**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**FREDERICK GOODING,**<br><br>**Defendant.** | **Case No.   19-cr-255**<br><br>**The Honorable Tanya S. Chutkan** |

## **ORDER**

This matter having come before the Court on the United States' Motion for Rule 15 Subpoenas ("Motion"), the Court having considered the Motion, and finding good cause, it is hereby,

ORDERED that Rule 15 depositions of the beneficiaries cited in the Motion shall be conducted no later than October 23, 2020.

Date: _____

The Honorable Tanya S. Chutkan
UNITED STATES DISTRICT JUDGE