UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      .
                               .
          Plaintiff,           .   CR No. 19-0255 (TSC)
                               .
     v.                        .
                               .   Washington, D.C.
FREDERICK GOODING,             .   Tuesday, September 6, 2022
                               .   10:07 a.m.
          Defendant.           .
. . . . . . . . . . . . . . . ..   Morning Session


DAY 1
TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:

For the Government:        JILLIAN D. WILLIS, ESQ.
                           JIL SIMON, ESQ.
                           U.S. Department of Justice
                           1400 New York Avenue NW
                           Washington, DC 20005
                           (202) 353-0822

For Defendant:             MICHAEL J. KHOURI, ESQ.
                           Khouri Law Firm, APC
                           2222 Martin
                           Suite 215
                           Irvine, CA 92612
                           (949) 336-2433

                           FREDERICK D. COOKE, JR., ESQ.
                           Rubin, Winston, Diercks,
                           Harris & Cooke, LLP
                           1250 Connecticut Avenue NW
                           Suite 700
                           Washington, DC 20036
                           (202) 861-0870

Court Reporter:            BRYAN A. WAYNE, RPR, CRR
                           U.S. Courthouse, Room 4704-A
                           333 Constitution Avenue NW
                           Washington, DC 20001
                           (202) 354-3186

P R O C E E D I N G S

THE DEPUTY CLERK:  Your Honor, we have criminal action 19-255, United States of America versus Frederick Gooding.  We have Ms. Jil Simon and Ms. Jillian Willis representing the government, and Mr. Frederick Cooke, Jr. and Mr. Michael Khouri representing Mr. Gooding.

THE COURT:  All right.  So I am Judge Tanya Chutkan and I will be the presiding judge in this case.  You've been called to this courtroom for possible selection as jurors in a case as you just heard called United States versus Frederick Gooding.

First I want to introduce you to the Court employees who you probably already met and to tell you how we will proceed. People often think that the judge is the most important person in the courtroom.  That is not true.  I learned that early in my career.  The most important people in the courtroom are sitting in front of me: the courtroom deputy and the court reporter.  They really run things.  So they're the ones I gotta make sure we keep on track and happy.

Assisting me is Mr. Bradley, the courtroom deputy who you've met, and Bryan Wayne, my court reporter.  A court reporter will keep a record of the court proceedings for me and for the people involved in this trial.  Also at the bench with me to my right is my law clerk, Kirby Mayo.  He's one of my law clerks.  And I will introduce the lawyers and the

 1    parties in a moment.

 2         Now, you're here because we need 12 of you to serve as

 3    jurors to hear this case, and two alternates.  The purpose of

 4    jury selection is to select jurors who have no prior knowledge

 5    of the case and no bias to either side in the case.  To help

 6    the parties learn more about you, I will be asking you some

 7    questions in a process we call voir dire -- some people call

 8    it voir dire, depending on what part of the country you're

 9    from.  There are no right or wrong answers in this process,

10    only truthful answers.

11         Now, you should all have an index card and a pencil or

12    pen.  Please write the last four digits of your juror number

13    on the card, on the upper right-hand corner of your index

14    card.  Now, we do that because we're going to refer to you

15    throughout this process by your juror number, not your name,

16    so that you will be entitled to privacy.

17         I'm going to ask you a number of questions, and most of

18    them, all of them really, you should be able to answer them

19    with a yes or no.  If you have a yes answer to a particular

20    question, simply write the question number on your card, not

21    "yes," but the question number.  So if it's question 8 and

22    you have a yes answer to question 8, write "8" on your card.

23         You do not have to put down why you have a yes answer or

24    any further explanation.  We'll hear that in private at the

25    bench during the voir dire process.

1        Now, once I finish with the questions, Mr. Bradley will

2    collect your index cards and bring them to me, and at that

3    time I will follow up with each of you individually here at

4    the bench.  You'll come to the podium so we can keep some

5    distance, one at a time, and I'll ask you some follow-up

6    questions about your answers to the card.  Occasionally,

7    the lawyers may have some follow-up questions as well.

8        When the follow-up questioning is over, I will decide

9    if any prospective juror should be excused for cause, and

10   then the lawyers will have a chance to make their selections.

11   And once that is completed we will impanel and swear the jury

12   to hear this case.  The jurors who are selected to hear the

13   case will hear more instructions about the trial before it

14   begins, and those who are not selected will return to the

15   jury lounge.

16       So, before we begin the questioning, I'm going to ask

17   Mr. Bradley to administer the oath.

18       (The jury panel is sworn.)

19       THE COURT:  Oh, I'm so sorry, ladies and gentlemen.

20   I'm sitting here looking at you and realizing I forgot my

21   mask.  Like you, I will be wearing a mask except when I'm

22   speaking.  I just walked out of my courtroom and forgot it.

23   You want to -- thank you.

24       (Law clerk exits.)

25       THE COURT:  I will take it off when I'm speaking, the

1    lawyers will take theirs off when they're speaking, and you

2    may take yours off when you're speaking at the microphone,

3    because often it is hard to hear an answer speaking with a

4    mask on.

5        All right.  We're going to press on since I'm pretty far

6    away from you all and behind Plexiglas.

7        Now that you've been sworn, we're going to begin voir dire.

8    The term "voir dire" is a legal term that comes from the

9    French and it means to speak truthfully.  Remember that you're

10    bound by the oath you've just taken to speak truthfully in

11    response to my questions.  Some of the questions I ask may

12    seem to address matters which are very personal to you.

13        Please understand it's not my intention or my desire, and

14    it's not the desire of the lawyers, to invade your privacy or

15    to embarrass you.  Our only wish is to select the fairest,

16    most impartial jury possible.

17        So each of the parties has a vital interest in this matter

18    and wants to be sure that the jurors have no biases or

19    prejudices in this case, and that the verdict that is returned

20    will be based only on the law and the evidence.  Therefore,

21    it's important that you be entirely straightforward with us

22    in your responses so we may more easily select a jury for this

23    case.

24        Now, the first question, question No. 1.  Do any of you

25    know or recognize me or my staff?  That's me, Judge Chutkan,

1    my staff, Mr. Wayne, Mr. Bradley, Mr. Mayo.

2        Question 2.  The lawyers representing the United States

3    during trial will be Department of Justice attorneys Jillian

4    Willis and Jil Simon.  Could you stand, please?  Thank you.

5    Assisting them at trial will be Mackenzie Slater.  Thank you.

6        The lawyers representing the defendant will be Michael

7    Khouri and Frederick Cooke.  And Mr. Gooding, could you also

8    stand?  And the defendant in this case is Dr. Frederick

9    Gooding.  Do you believe that you know or have any connection

10   to or association with any of the individuals you've just been

11   introduced to?  That's question No. 2.  Mr. Gooding,

12   Mr. Cooke, Mr. Khouri, Ms. Simon, Ms. Willis, or Ms. Slater.

13   Thank you.

14       Now, the government will call a number of witnesses at

15   trial to testify, and the defense may do so but is not

16   required to call witnesses or put on any evidence.  I will

17   ask each party to introduce or read a list of names of the

18   witnesses that you may hear from -- not that you're going to,

19   but that you may hear from in this case, or you may hear about

20   during this trial.  It doesn't mean that these witnesses will

21   all testify, but they're being introduced to determine whether

22   any of you recognize or think that you may know any of the

23   potential witnesses in this case.

24       When the parties -- after the parties are finished -- so

25   this is question No. 4.

1      4.   Witnesses.   Is there a question?

2           PROSPECTIVE JUROR:   Question 3?

3           THE COURT:   Question 3.   I'm sorry.   You're right.

4      Question 2 was whether you knew the lawyers in the case, and

5      question 3 is whether you know Mr. Gooding.   I put them

6      together.   Thank you for paying attention.   I compounded them.

7           So question 2 is whether you know any of the lawyers,

8      question 1 is whether you know me or my staff, question 3 is

9      whether you know Dr. Gooding, and question 4 is for the

10     witnesses.

11          So after you've heard all the names of the potential

12     witnesses, mark 4 if you think you might know or recognize

13     any of the witnesses.   And write down -- in this case I'll

14     tell you more.   Write down the name of the witness you think

15     you know or recognize.

16          All right.   Let's start with -- will it be Ms. Willis?

17          MS. WILLIS:   Thank you.   Good morning.   During the

18     course of trial you may hear from or about Karen Mackey,

19     Gregory Browne, Allene McDuffie, Yvonne Anderson, James

20     Gilchrist, Judith Mason, Maya Parrott, Erica Wright, Dr. Juan

21     Schaening-Perez, Alice Mierzwa, Patricia Davis, FBI Special

22     Agent Jason Coe, FBI Special Agent Adam Pool, HHS-OIG Special

23     Agent Jamila Shelton, and Stephen Quindoza.   Thank you.

24          THE COURT:   Thank you, Ms. Willis.

25          All right.   That's the first part.   The second part is --

1    Mr. Khouri?

2          MR. KHOURI:  Thank you, Your Honor.

3      Good morning again.  When the defense presents its case you

4    may hear from the following witnesses:  Lena Thompson, Kenrick

5    Cooper, Erika Wright, Ryan Hubbard.  Now I have to use my

6    glasses.  Georgeann Edford, Wilhelmena Goff, the Reverend

7    Darrell Macklin, Joseph Burden, Stephen Seabron, Ralph

8    Patterson and Phil Becnel.  Thank you.

9          THE COURT:  Thank you, Mr. Khouri.  Ladies and

10   gentlemen, if you know or recognize any of those individuals,

11   please write down No. 4 and the name of the individuals you

12   believe you recognize or know.

13     Question 5.  The United States has charged the defendant

14   with committing healthcare fraud against the federal Medicaid

15   health insurance program.  Have any of you -- do any of you

16   think you have seen, read, or heard anything about this case?

17   That's 5a.  5a.

18     Question 5b.  Have you formed an opinion about Dr. Gooding

19   because of any personal experience you have had or because of

20   any personal experience someone close to you has had?  That's

21   5b.

22     5c.  Is there anything about this case based on what little

23   I have told you that might impair your ability as a juror to

24   give all the parties in this case a fair trial?  That's 5c.

25     Question 6.  Do any of you have any planned vacations or

1   significant obligations that would interfere with your ability

2   or your availability to sit as a juror during the next two and

3   a half weeks?  Not whether you have plans that you don't want

4   to change, but whether you have booked airline tickets or

5   significant obligations that you need to let me know about.

6       We anticipate the evidence in this case will go this week

7   and next week, possibly into the following week.  Obviously,

8   we have no control over how long the jury will deliberate.

9   But I want to give you the outside estimate of the time so we

10  don't run up on people who have flights that are booked and

11  have to leave.  All right.  That's question 6.

12      Question 7.  Do you have any difficulty seeing or hearing

13  that would make it difficult for you to follow or receive the

14  evidence presented in this case?  And we can make

15  accommodations.  There are things that we can do to assist in

16  that regard, but we need to know ahead of time.  So if you

17  have any difficulty seeing or hearing that would make it

18  difficult for you to follow or receive the evidence presented

19  in this case.

20      8.  Are you taking any medications or do you have any

21  physical condition that could make it difficult for you to sit

22  as a juror and give your full attention to the trial and the

23  evidence in this case?  That's question No. 8.  Are you taking

24  any medication or do you have any physical condition that

25  could make it difficult for you to sit and give your full

1    attention to the case?

2        Question 9.  Do you have any difficulty speaking,

3    understanding, reading, or writing the English language?

4    That's question No. 9.

5        Question No. 10.  Have you ever served on a jury before

6    either in state court in D.C. or Maryland or Virginia, any

7    state court, or in federal court?  That's question No. 10.

8        10a.  If you've served on a jury previously, was there

9    anything about that experience that could in any way affect

10   your ability to sit as a fair and impartial juror in this type

11   of case and concerning this type of charge?  Anything about

12   your prior jury experience that would make it difficult or

13   would affect your ability to sit as a fair and impartial juror

14   in this case.  That's 10a.

15       Question 11.  This case is being prosecuted by the

16   United States Department of Justice Criminal Division Fraud

17   Section, which is an office of the federal government.  And it

18   was investigated by the Federal Bureau of Investigation, that

19   is the FBI, and the Department of Health and Human Services

20   Office of the Inspector General.

21       Have you, any member of your family or close friends, had

22   any experience with the DOJ, the FBI, the HHS, or any other

23   law enforcement agency?  That's question 11.

24       Question 12.  Do you have any feelings or views more

25   generally about the DOJ, FBI, or the HHS that might impair

your ability to be an impartial juror in this case?  Not
whether you have feelings, but whether those feelings would
impair your ability to be fair and impartial.  That's question
12.

Question 13.  Has any member of your family or close friend
or you been involved in law enforcement, including as state or
federal police officers, sheriff's deputies, law enforcement
agents, FBI or HHS agents, or with any state or other federal
law enforcement agency?  That's question 13.

Question 14.  Have you, any member of your family, or any
close friend been investigated, arrested, charged or convicted
by any federal, state, or local law enforcement agency?  That
is question 14.

Question 15.  Have you, any member of your family or any
close friend previously had a significant unpleasant
experience with law enforcement in some important matter?
That's question 15.

Question 16.  It is anticipated that law enforcement
officers will testify at this trial.  Would anything in your
prior experience with law enforcement make it difficult for
you to be impartial in considering the testimony of a law
enforcement officer?  That's question 16.

Question 17.  Do any of you have an opinion or belief that
simply because an individual is a law enforcement officer, FBI
agent, HHS agent, or an expert retained by the government that

their opinion and testimony should be given more or less
weight than any other witness?  That's question 17.  Do you
have an opinion or belief that simply because an individual is
a law enforcement officer, FBI agent, HHS agent, or an expert
retained by the government that their testimony should be
given greater or lesser weight?

Question 18.  Have you, any member of your family, or any
close friend ever been the victim of a crime?  That's question
18.  And unfortunately, that question these days is far too
often answered yes.  If so -- this is 18a.  If so, is there
anything about that experience that could in any way affect
your ability to render a verdict in this criminal case that
would be fair and impartial to both the defendant and to the
United States?  That's 18a.  If you have been a victim or a
member of your family or any close friend, is there anything
about that experience that could cause you to not be a fair
and impartial juror.  That's 18a.

Question 19.  Have you ever been a witness in any type of
court or judicial proceeding?  That's question 19.

19a.  If so, do you feel your experience as a witness could
in any way affect your ability to be fair and impartial in
evaluating the testimony of the witnesses who will testify in
this case?  That's 19a.

Question 20.  Do you have health insurance through
Medicare?  That's question 20, if you have Medicare health

1    insurance.

2         Question 21.  Have you, any member of your family, or

3    any close friend previously had any unpleasant experience in

4    connection with Medicare?  That's 21.

5         Question 22.  Have you, any member of your family or

6    any close friend ever been employed in the health insurance

7    industry?  That's question 22.

8         Question 23.  Have you, any member of your family or any

9    close friend ever been the victim of healthcare fraud?  That

10   is question No. 23.

11        Question No. 24.  Have any of you had an especially

12   positive or negative experience with a physician that might

13   affect your ability to be fair in this case?  That's question

14   24.

15        Question 25.  The law provides that the defendant is

16   presumed to be innocent.  The burden is on the government

17   to prove him guilty beyond a reasonable doubt of each element

18   of the offense.  The defendant does not have to produce any

19   evidence at trial because he is not required to prove his

20   innocence.

21        Nor is a defendant required to prove any fact in dispute

22   in this case.  This instruction is based on the law.  The

23   presumption of innocence continues through the trial unless

24   and until the government proves the defendant guilty beyond

25   a reasonable doubt.

Would any of you have any difficulty in following this principle?  That is question No. 25.  Would you have any trouble following the instruction that the defendant is presumed to be innocent?  That's 25.

Question 26.  The defendant, like every defendant in a criminal case, has an absolute right not to testify.  Our constitution provides that no defendant may be compelled to testify.  If the defendant chooses not to testify in this case, you must not draw any inference as to his guilt from that decision.

Would any of you have any difficulty at all in following this principle?  The defendant has a right not to testify. That's question 26.

Question 27.  Do any of you think there is any possibility that you may be unable to accept and follow my instructions of law in this case?  That's question 27.

Question 28.  Do you have any conscientious objection, religious belief, or other mental reservation such that you could not in good faith and in good conscience sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States had proven its case beyond a reasonable doubt?  That's question 28.

Question 29.  Do you feel that for any moral or religious reason that you cannot sit in judgment of another human being?

1    That's question 29.

2        Question 30.  Do you feel that you would be unable to

3    follow my instruction that in reading your verdict in this

4    case -- excuse me.  Let me read it again.

5        Question 30.  Do you feel that you would be unable to

6    follow my instruction that in reaching your verdict in this

7    case you must not be influenced in any way by either sympathy

8    or prejudice for or against either the defendant or the

9    United States?  That's question 30.

10       Question 31.  If the United States proves its case,

11   that is, presents evidence that shows beyond a reasonable

12   doubt that the defendant committed the crimes he's been

13   charged with, would you be able to find the defendant guilty?

14   That's question 31.

15       And finally, question 32.  Do you know of any other reason

16   not already discussed or raised by me that might interfere

17   with your ability to arrive at a fair and impartial verdict or

18   that causes you to feel that you cannot or should not sit as a

19   juror in this case?

20       So that's like a catch-all provision, anything I haven't

21   brought up.  If you're sitting there thinking I can't be fair,

22   I shouldn't sit in this case, but I haven't asked a question

23   that brings up why, if you have a reason you believe you

24   cannot be fair in this case for a reason I have not addressed,

25   that's question 32.

1        And before we begin our voir dire, ladies and gentlemen,

2   let me just tell you that we all appreciate you being here.

3   This is one of our obligations in a democracy.  I know it's

4   a great inconvenience to many of you, it's the first day back

5   after Labor Day, it's raining.  I know everyone in this room

6   has a lot to do and it's busy and would probably rather be

7   anywhere but here.  But we can't do these trials -- our

8   judicial system can't function without you.

9        And I will tell you that unlike other jurisdictions in

10  other places and other countries, everyone gets called for

11  jury duty.  I sat on a jury all the way to verdict just a

12  few years ago when I was a judge.  So we all have to do it.

13  And I will tell you, while it was inconvenient, it was one

14  of the best experiences I've had participating in that way.

15  So I really want to tell you that it's important, we all have

16  to do it, and I appreciate your being here today.

17        So let's get started on the voir dire.  Mr. Bradley?

18            THE DEPUTY CLERK:  What we're going to do is we're

19  going to call your number, you come stand at the podium.

20  We have a Dictaphone system here, so you will answer into

21  the phone where no one else can hear your answer.  We're

22  going to start with Juror No. 1.

23        (Bench conference.)

24      (Juror 0370 steps up.)

25            THE COURT:  All right.  You are Juror 0370?

```
 1              PROSPECTIVE JUROR:  That's correct.

 2              THE COURT:  And what questions did you have answers to?

 3              PROSPECTIVE JUROR:  The only one was 6 because I have

 4      travel between September 29 and October 2.

 5              THE COURT:  Okay.  May I ask, what do you do for a

 6      living, sir?

 7              PROSPECTIVE JUROR:  I am a software engineer.

 8              THE COURT:  And you said your travel is between?

 9              THE DEFENDANT:  September 29 and October 2.  So

10      Thursday the 29th through Sunday the 2nd.

11              THE COURT:  All right.  Let me just check something a

12      minute.  I think we should be okay with that.

13              THE DEFENDANT:  Okay.

14              THE COURT:  Did you have any other questions?

15              THE DEFENDANT:  I did not.  That was all.

16              THE COURT:  Is that work travel or personal travel?

17              THE DEFENDANT:  It's personal travel.

18              THE COURT:  Okay.  Counsel, any follow-up?  All right.

19      Thank you.

20          (Juror 0370 steps down.  Juror 2542 steps up.)

21              THE COURT:  Good morning.  Are you Juror 2542?

22              PROSPECTIVE JUROR:  Hi.  Yes.

23              THE COURT:  And what questions did you have answers to?

24              PROSPECTIVE JUROR:  I have answers to question 10,

25      question 18 and question 32.
```

```
 1              THE COURT:  Okay.  Let's take those one at a time.
 2          Question 10.  Okay.  You've served on a jury before?
 3              PROSPECTIVE JUROR:  Yes.  Four times.
 4              THE COURT:  Thank you for your service.  And anything
 5       about that experience would cause you to feel like you
 6       couldn't be fair and impartial in this case?
 7              PROSPECTIVE JUROR:  No, I don't think so.
 8              THE COURT:  Were all those trials in the District of
 9       Columbia?
10              PROSPECTIVE JUROR:  Two of them were, the last two.
11              THE COURT:  Okay.  I'm not going to ask you what your
12       verdict was, but were you able to reach a verdict in those
13       cases?
14              PROSPECTIVE JUROR:  Yes, we were.
15              THE COURT:  Okay.  Question 18.  You -- crime
16       victim question.
17              PROSPECTIVE JUROR:  Yeah.  I've been the victim of
18       a crime.
19              THE COURT:  Was it a violent crime or a fraud or
20       anything like that?
21              PROSPECTIVE JUROR:  It wasn't a violent crime.
22       It was just a break-in in my house.
23              THE COURT:  Okay.  Anything about that experience
24       cause you -- how long ago?
25              PROSPECTIVE JUROR:  About 10 years ago.
```

1       THE COURT:  Anything about that experience would

2   cause you not to be able to sit in this case?

3       PROSPECTIVE JUROR:  No.

4       THE COURT:  Okay.  And 32, okay.  The catch-all

5   question.

6       PROSPECTIVE JUROR:  That's the catch-all question.

7   And I struggle with this, but I work for an organization called

8   the Prison Journalism Project, and we train incarcerated writers

9   in the skills of journalism so they can write about their

10  stories inside, and we publish them and work with mainstream

11  media to publish them.  And with an attempt also to, you know,

12  have them have a voice in the table of criminal justice reform.

13   I struggle with this because I've participated on juries.

14  I've found it an incredible experience.  But since I've been

15  working with incarcerated writers, I feel I might have a very

16  difficult time convicting someone because I just feel like the

17  correctional system is just broken, and that's difficult for me.

18       THE COURT:  Would you have that same difficulty if I

19  told you that the question of punishment is not up to the

20  jurors but -- if the defendant is convicted in this case, the

21  question of punishment would be left to the Court.

22       PROSPECTIVE JUROR:  Right.  But it's always jail time,

23  correct?

24       THE COURT:  I can't -- it's a case-by-case basis.

25  But would that concern cause you to feel like you couldn't

1   be impartial or give it your full objective attention?

2          PROSPECTIVE JUROR:  I think it really would be

3   difficult.  I think I would struggle with it.  But -- you

4   know.

5          THE COURT:  All right.  Thank you.

6       Any follow-up, Ms. Willis?  Mr. Khouri?

7          MR. KHOURI:  Of your prior jury experience, how many

8   juries were on civil trials and how many on criminal?

9          PROSPECTIVE JUROR:  Two were on civil and two were on

10  criminal.

11         MR. KHOURI:  Okay.  And if the judge instructs you that

12  you cannot be swayed by sympathy, would you follow that

13  instruction and be fair to both the defense and the

14  government?

15         PROSPECTIVE JUROR:  I'm not sure I understand your

16  question.

17         MR. KHOURI:  Well, if the judge instructs you that you

18  should only pay attention to the facts of the case in terms of

19  whether to convict, can you follow that instruction and not

20  let your job influence whether -- what your decision is going

21  to be?

22         PROSPECTIVE JUROR:  I don't know.  I'll be honest with

23  you.  I don't know.

24         THE COURT:  Okay.  Thank you very much.

25         PROSPECTIVE JUROR:  All right.  Thanks.

1          (Juror 2542 steps down.)

2               THE COURT:  Counsel, is there a motion?  Ms. Willis?

3               MS. WILLIS:  Yes, Your Honor.  The government would

4     move to strike this juror for cause given that she has

5     indicated that she --

6               THE COURT:  Ms. Willis has moved to strike for cause.

7               MR. KHOURI:  I don't think it would be appropriate.

8               THE COURT:  The juror will be stricken for cause.

9          (Juror 2183 steps up.)

10              THE COURT:  Good morning.  Are you Juror No. 2183?

11              PROSPECTIVE JUROR:  Yes, ma'am.

12              THE COURT:  All right.  And what questions did you

13    have answers for?

14              PROSPECTIVE JUROR:  Question 11 and question 14.

15              THE COURT:  Okay.  Let's take a look.  I should have

16    these memorized by now.

17         Okay.  11.  Have you, any member of your family or close

18    friends had any experience with DOJ, FBI, HHS?

19              PROSPECTIVE JUROR:  My wife just wrapped up as

20    associate White House counsel a few months ago, and as part

21    of her job she had interface with DOJ.

22              THE COURT:  Okay.  And is there anything about your

23    wife's experience with DOJ or in the White House counsel's

24    office -- she's a lawyer, obviously -- that would cause you to

25    be -- not to be able to be fair or impartial in this case?

1          PROSPECTIVE JUROR:  No, ma'am.

2          THE COURT:  And what do you do for a living, sir?

3          PROSPECTIVE JUROR:  I'm a producer for MSNBC.

4          THE COURT:  All right.  And No. 14, have you, any

5    member of your family or close friends been investigated,

6    arrested, charged or convicted by a federal or local law

7    enforcement agency?

8          PROSPECTIVE JUROR:  I've had family members who have

9    been arrested and jailed.  I don't know for what crimes, but

10   it's during the course of my life people have been arrested

11   and put in jail.

12         THE COURT:  Anything about their experiences that

13   would cause you to not be fair and impartial to one side

14   or the other here?

15         PROSPECTIVE JUROR:  No, ma'am.

16         THE COURT:  All right.  Any follow-up, counsel?

17   Ms. Willis?

18         MS. WILLIS:  No, Your Honor.

19         MR. KHOURI:  No, Your Honor.

20         THE COURT:  Thank you, sir.

21      (Juror 2183 steps down.)

22         THE COURT:  I think it's like 32 we need.  There's a

23   number where if we have enough qualified people we can stop.

24   But I'll check with Mr. Bradley and see what that is.

25      Mr. Bradley, what's our number that we need to get to

1    for qualified jurors in this case?  Do you remember?

2           THE DEPUTY CLERK:  It's 32.

3           THE COURT:  32.

4       (Juror 2190 steps up.)

5           THE COURT:  Good morning.  You need to press the little

6    black button when you speak.

7           PROSPECTIVE JUROR:  All right.  Fine.

8           THE COURT:  Perfect.  Okay.  You are Juror No. 2190.

9    Is that correct?

10          PROSPECTIVE JUROR:  That's correct.

11          THE COURT:  All right.  And, ma'am, what questions did

12   you have answers to?

13          PROSPECTIVE JUROR:  No. 6.  I'm wondering if I can opt

14   out because of my age, and I do have some concerns about

15   sitting that long, for that amount of time.

16          THE COURT:  Okay.  Not to invade your privacy, but age

17   alone is not a reason to not be able to sit unless you think

18   there's something related to your age -- and if you don't mind

19   me asking, how old are you, ma'am?

20          PROSPECTIVE JUROR:  74.

21          THE COURT:  Well, congratulations to you because you

22   don't look it.  But when you say you're concerned about your

23   age, do you have a concern about your focus?  Any physical

24   aspect?

25          PROSPECTIVE JUROR:  I'm a diabetic and I have

1    inflammation of the joints.  And sitting that length of time,

2    it bothers me.

3          THE COURT:  Okay.  So let me tell you a little bit

4    about how trial would be.  We never have you sit for more than

5    about an hour and a half at a time.  We have midmorning and

6    mid-afternoon break and a lunch break, and anytime a juror

7    needs to get up or stretch or walk around they can also

8    request a break.  So it's not like you're going to be sitting

9    for hours and hours without a chance to move.  Would that help

10    at all?

11          PROSPECTIVE JUROR:  Yes.

12          THE COURT:  Okay.  Is there any other concern?

13          PROSPECTIVE JUROR:  No.  I have no other concerns.

14          THE COURT:  All right.  Okay.  You said -- that was 6.

15    Any other questions you answered?

16          PROSPECTIVE JUROR:  No, ma'am.  I have none.

17          THE COURT:  Let me ask you this.  Are you taking

18    medication for your diabetes?

19          PROSPECTIVE JUROR:  Yes, I am.

20          THE COURT:  Does that medication ever cause you to be

21    drowsy or not be able to focus?

22          PROSPECTIVE JUROR:  Sometimes.  If my sugar count is

23    high.

24          THE COURT:  And do you monitor your sugar throughout

25    the day?

1          PROSPECTIVE JUROR:  Yes, I do.  But I didn't bring no

2     monitor today.

3          THE COURT:  Let me just ask you, given your health

4     concerns, your age is less of a -- but given your health

5     concerns of your diabetes, are you worried that you might not

6     be able to give this case your full attention?

7          PROSPECTIVE JUROR:  Yes.  Somewhat.  Yes, somewhat.

8     Because I might -- I don't know.  I just don't know.  If my

9     sugar is high, I can't concentrate real well.

10          THE COURT:  All right.  Thank you.  Any follow-up,

11     counsel?

12          MR. KHOURI:  None, Your Honor.

13          MS. WILLIS:  Nothing from the government, Your Honor.

14          THE COURT:  Thank you, ma'am.

15          PROSPECTIVE JUROR:  All right.  Thank you.

16       (Juror 2190 steps down.)

17          THE COURT:  Does anyone have a motion?

18          MR. KHOURI:  Your Honor, I'd move to strike her for

19     cause.

20          THE COURT:  Any objection, Ms. Willis?

21          MS. WILLIS:  No objection.

22          THE COURT:  Juror will be stricken for cause.

23       (Juror 1530 steps up.)

24          THE COURT:  Good morning.  Are you Juror No. 1530?

25          PROSPECTIVE JUROR:  Yes, I am.

1          THE COURT:  What questions did you have answers to?

2          PROSPECTIVE JUROR:  6.  And it's not exactly travel,

3     but I have an 18-month-old at home and a three-year-old and

4     I don't have any child care available for them before 7:45 and

5     after 3:45.

6          THE COURT:  How were you planning to serve on a jury?

7          PROSPECTIVE JUROR:  I can't.  I don't have an option

8     for childcare.  My understanding is that if your child's under

9     three, there's no childcare provided.

10          THE COURT:  There isn't, but everyone has to serve on

11     a jury, so knowing you were coming in for jury duty, did you

12     make any provisions to have child care during the two weeks

13     you were called in for jury duty here?

14          PROSPECTIVE JUROR:  I just worked it out with my dad's

15     going to keep -- he still works but my dad's going to take off

16     today and help out.

17          THE COURT:  But what if you -- I mean --

18          PROSPECTIVE JUROR:  I know.  I know.  I know.  I don't

19     know what -- I don't know.  I was talking to my husband this

20     morning.  I don't know what we would do.

21          THE COURT:  All right.  We do not ever sit before 9:00

22     or 9:30, so you would never have to come in before 9:30 in the

23     morning.

24          PROSPECTIVE JUROR:  Okay.  Then that might work for me.

25          THE COURT:  And we never go past 5:00.  Most days we

1      would probably stop around 4:30 but we would never go past

2      5:00.

3              PROSPECTIVE JUROR:  As long as I -- yeah.  I'm an hour

4      away.  So that could work, actually.

5              THE COURT:  Okay.  What other questions did you have

6      answers for?

7              PROSPECTIVE JUROR:  11.  My mom was a lawyer at the

8      Department of Justice, not in a way that I think it would

9      affect anything.

10             THE COURT:  All right.  Any other questions?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  Counsel, do you have any follow-up?

13             MR. KHOURI:  None, Your Honor.

14             THE COURT:  Ms. Willis?

15             MS. WILLIS:  No, Your Honor.

16             THE COURT:  All right.  Thank you.

17             PROSPECTIVE JUROR:  Thanks.

18          (Juror 1530 steps down.)

19             THE COURT:  All right.  Counsel, this kind of thing

20     annoys me, but I guess we could put her at the bottom.

21     Do you have any objection to that -- of the list?

22             MS. WILLIS:  No objection from the government.

23             THE COURT:  Mr. Khouri?

24             MR. KHOURI:  None, Your Honor.

25             THE COURT:  So we'll move this juror to the bottom.

1          (Juror 1013 steps up.)

2               THE COURT:  Good morning.  Are you Juror No. 1013?

3               PROSPECTIVE JUROR:  I am.

4               THE COURT:  Could you pause a minute.

5          (End of bench conference.)

6               THE COURT:  I probably should have told you this

7     earlier, ladies and gentlemen.  This may inform some of your

8     answers.  We will never start trial probably before 9:30.

9     That's when we expect trial to begin for you all in the

10    morning.  Sometimes the lawyers will have matters that we

11    have to come in early for, but I do not expect trial to start

12    before 9:30 in the morning.

13         We will never go past 4:00 -- I mean, excuse me.  We'll

14    never go past 5:00.  That's a firm -- that's a hard stop at

15    5:00.  There may be many dates when we stop at 4:30 because I

16    have other matters to deal with, but we never go past 5:00.

17    We do not sit on weekends, you will not be sequestered.  Your

18    work as a juror will be over every day Monday through Friday

19    by five o'clock.

20         So if you're thinking about your schedule and plans you

21    have, those are the parameters, 9:30 to five o'clock.  We

22    won't go past that time.  And as I said, there will be several

23    days when we have to break at 4:30.

24         (Bench conference.)

25               THE COURT:  Good morning.  I see you're Juror No. 1013.

1      Which questions did you have answers to?

2              PROSPECTIVE JUROR:  No. 6 is the first one.

3              THE COURT:  What's your planned obligation?

4              PROSPECTIVE JUROR:  What is it?

5              THE COURT:  Do you have planned travel?

6              PROSPECTIVE JUROR:  Well, I just have a follow-up

7      appointment for cataract surgery next week.  I haven't tried

8      to change it.  I presume I could.  But that's the only thing

9      I have.

10             THE COURT:  What time is that appointment?

11             PROSPECTIVE JUROR:  I don't remember.  I'd have to

12     turn my phone on and look it up.  I think it's 11:00 or 11:15.

13     On the 14th.

14             THE COURT:  On the 14th.  Do you know if you could try

15     to change that or have it moved to early in the morning?

16             PROSPECTIVE JUROR:  I could certainly try.

17             THE COURT:  Okay.  Any other questions?

18             PROSPECTIVE JUROR:  Yes.  No. 7.

19             THE COURT:  Any difficulty seeing or hearing.

20     Is that related to the cataract surgery?

21             PROSPECTIVE JUROR:  No, it's related to the fact

22     that I wear two hearing aids, and even with that, I still

23     don't always hear, especially if someone has a mask on or

24     someone speaks very quickly or has a low voice.

25             THE COURT:  We have -- we can make accommodations

1        for that.  I have in the past.  I know it's available.

2        Have you served on a jury before?

3                PROSPECTIVE JUROR:  Yes.  But before I wore hearing

4        aids.

5                THE COURT:  Okay.  Any other questions you had answers

6        to?

7                PROSPECTIVE JUROR:  11.

8                THE COURT:  You or a family member had any experience

9        with any of the agencies described in this case?

10               PROSPECTIVE JUROR:  Yes.  I have a nephew who is an

11       assistant U.S. district attorney right now in the U.S.

12       district of Texas.  And I have a sister who just retired from

13       the FBI after, I think it was 15 years of service.

14               THE COURT:  Anything about your relatives' employment

15       with those agencies that would affect your ability to be fair

16       and hear the testimony of law enforcement officers in this

17       case?

18               PROSPECTIVE JUROR:  No.

19               THE COURT:  All right.  Any other questions?

20               PROSPECTIVE JUROR:  No. 19, and I remember that one.

21       You said if you've ever been a witness.  It was a commercial

22       case many years ago.  That's it.

23               THE COURT:  Anything about that case or your

24       participation as a witness in that case that might cause you

25       to be less than impartial in this case?

```
 1              PROSPECTIVE JUROR:  No.
 2              THE COURT:  All right.
 3              PROSPECTIVE JUROR:  And No. 20 there was something.
 4              THE COURT:  Yes.
 5              PROSPECTIVE JUROR:  I don't remember what it was.
 6              THE COURT:  Okay.  No. 20 is do you have health
 7    insurance through Medicare?
 8              PROSPECTIVE JUROR:  Yes.
 9              THE COURT:  And this is a Medicare fraud case.  Would
10    the fact that you have health insurance through Medicare cause
11    you to be biased in favor of one party or another or against
12    one party or another?
13              PROSPECTIVE JUROR:  I don't think so.  I can't say for
14    sure because I don't know what the facts are.  If it would be
15    something that's happened to me or that's been my case while
16    I've been on Medicare, I might -- that might influence how
17    I -- I don't know.
18              THE COURT:  This case is about an allegation that the
19    defendant submitted fraudulent requests to Medicare.  Would
20    that affect your ability to be fair in this case?
21              PROSPECTIVE JUROR:  I don't think so.
22              THE COURT:  All right.  Any follow-up, Ms. Willis,
23    Mr. Khouri?
24              MS. WILLIS:  No, Your Honor.
25              MR. KHOURI:  I do, Your Honor.  Briefly.
```

1          THE COURT:  Yes.

2          MR. KHOURI:  Good morning.

3          PROSPECTIVE JUROR:  Good morning.

4          MR. KHOURI:  You mentioned your friends and relatives

5    in law enforcement with the U.S. Attorney's Office and the

6    fact that you have Medicare insurance.  Do you think it's more

7    probable than not that you will have a difficult time being

8    fair in this case?

9          PROSPECTIVE JUROR:  I don't think it's an issue on the

10   law enforcement side, and I just don't know on the Medicare

11   side.  It probably would not impact things, but I -- I mean,

12   honestly I can't say a hundred percent.

13         THE COURT:  Have you been able to hear what's been

14   going on all morning?

15         PROSPECTIVE JUROR:  I was not able sometimes to hear

16   the -- your deputy.

17         THE COURT:  Have you been able to hear me?

18         PROSPECTIVE JUROR:  Well, you're loud and clear.

19   Yes, you are, Judge.  Yes.  And I can hear you on the phone.

20   I have trouble with you, sir.  (Indicating deputy clerk).

21         THE COURT:  Did you have any trouble hearing

22   Mr. Bradley when he was speaking to you regularly or when he

23   was speaking in the microphone?

24         PROSPECTIVE JUROR:  I wasn't aware he was speaking

25   into a microphone.  I had some trouble once he was behind the

1      Plexiglas and out in the hall.

2              THE COURT:  All right.  Any other questions?

3              MR. KHOURI:  No, Your Honor.

4              THE COURT:  Thank you very much.

5          (Juror 1013 steps down.)

6              THE COURT:  Counsel, any motion?  I'm on the fence

7      on this one.

8              MR. KHOURI:  I would move to exclude her for cause.

9              MS. WILLIS:  If defense feels strongly, we won't

10     object.

11             THE COURT:  I think it makes sense.  Individually her

12     answers to the individual questions weren't so problematic,

13     but taken together I think they just raise enough issues that

14     I'll grant the motion.

15         (Juror 1764 steps up.)

16             THE COURT:  Good morning.  Are you Juror No. 1764?

17             PROSPECTIVE JUROR:  Yes, Your Honor.

18             THE COURT:  What questions did you have answers to?

19             PROSPECTIVE JUROR:  6 and 11.

20             THE COURT:  Okay.  You have plans?

21             PROSPECTIVE JUROR:  I have a board of trustees meeting

22     on September 21 in Boston.

23             THE COURT:  And how long will that take?

24             PROSPECTIVE JUROR:  It's the afternoon of the 21st

25     and then all day the 22nd.

1          THE COURT:  Just a minute.

2          PROSPECTIVE JUROR:  Sure.

3          THE COURT:  And is that something you have to be there

4     in person for?

5          PROSPECTIVE JUROR:  I could do it remotely, but it

6     would still be the afternoon and then the full day.

7          THE COURT:  All right.  And No. 11?

8          PROSPECTIVE JUROR:  I'm an attorney, so I've litigated

9     against DOJ and I have former FBI special agents that I employ

10    as investigators in my cases.

11         THE COURT:  Anything about your work as a lawyer or the

12    fact that you have former special agents as employees, would

13    that affect your ability to evaluate their testimony as you

14    would any other witness?

15         PROSPECTIVE JUROR:  No, Your Honor.

16         THE COURT:  And what line of work are you in, ma'am?

17         PROSPECTIVE JUROR:  I do class action product liability

18    defense work.

19         THE COURT:  I'm familiar with it.

20       All right.  Any follow-up, Mr. Khouri?

21         MR. KHOURI:  Your Honor, how can I speak to the Court,

22    make a comment to the Court?

23         THE COURT:  Oh, if you could just --

24       Yes.

25         MR. KHOURI:  Counsel and I were trying to look at each

1    other.  I think we'll probably be done next week based on the

2    way I think the case will go.

3         THE COURT:  Okay.

4         MS. WILLIS:  Not to be too optimistic, but I think

5    Mr. Khouri and I are on the same page that we think by the end

6    of next week.  So hopefully the 21st and 22nd would not

7    actually be a conflict.

8         THE COURT:  Okay.  That's great to know.  Okay.

9       I've just been informed by counsel they believe we'll be

10   done by then.

11        PROSPECTIVE JUROR:  Okay.

12        THE COURT:  So we'll keep that in mind.  Any other

13   answers?

14        PROSPECTIVE JUROR:  No.  That's it.

15        THE COURT:  Any follow-up from counsel?

16        MS. WILLIS:  No, Your Honor.

17        MR. KHOURI:  None, Your Honor.

18        THE COURT:  Thank you.

19      (Juror 1764 steps down.)

20      (End of bench conference.)

21        THE COURT:  Ladies and gentlemen, a further update that

22   might inform your answers to the questions.  I've been

23   informed by counsel -- and I'm not making any promises because

24   trials are unpredictable things, but they do believe that the

25   presentation of the evidence will be complete by -- by the

1      21st?  Is it the end of next week?

2              MS. WILLIS:  By next Friday.

3              THE COURT:  Okay.  We believe we may get the case to

4      the jury by next Friday, which will be the 16th.  So I was

5      being overly broad, but they're telling me they think they're

6      going to streamline everything and so if you have plans or

7      travel obligations, bear that in mind.  Okay.

8          (Bench conference.)

9         (Juror 1631 steps up.)

10             PROSPECTIVE JUROR:  No. 1631.

11             THE COURT:  Okay.  You're Juror No. 1631?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Good morning.

14             PROSPECTIVE JUROR:  Hi.  I don't have any major issues.

15             THE COURT:  What questions did you have answers for?

16             PROSPECTIVE JUROR:  Well, it is hard for me to sit for

17     long periods of time and pay attention.  And also I had knee

18     surgery on June 24th, I'm recovering from that.  I can walk

19     and everything, but I have to take pain medicine regularly.

20     And just the sitting.  That's all.  The other issues are not

21     much.

22             THE COURT:  Okay.  All right.  I'm going to come back

23     to this, but did you have any other questions you had answers

24     to?

25             PROSPECTIVE JUROR:  No.

1          THE COURT:  With regard to the sitting, you'll never

2     have to sit longer than about an hour and a half, at most two

3     hours because we will take a midmorning break and a

4     midafternoon break plus a lunch break.

5          PROSPECTIVE JUROR:  Okay.

6          THE COURT:  And if you need a break otherwise, you can

7     certainly raise your hand and we can stretch and take a break.

8          PROSPECTIVE JUROR:  Okay.

9          THE COURT:  But the question that concerns me also is

10    you said you had trouble paying attention.  Is that related to

11    the medication or --

12         PROSPECTIVE JUROR:  No.  It's related to sitting for

13    long periods of time.

14         THE COURT:  So if you sit too long you find it

15    difficult to pay attention?

16         PROSPECTIVE JUROR:  Difficult to pay attention because

17    I want to move.

18         THE COURT:  Ah.

19         PROSPECTIVE JUROR:  I need to move.

20         THE COURT:  Okay.  Well, I think we can accommodate

21    that.

22         PROSPECTIVE JUROR:  All right.

23         THE COURT:  Any follow-up?

24         MS. WILLIS:  I just had one follow-up.  And just to

25    clarify, the pain medication doesn't have any impact on your

1    ability to pay attention; it's only the sitting?  Is that

2    correct?

3              PROSPECTIVE JUROR:  Yeah.  Yeah.

4              THE COURT:  Mr. Khouri?

5              MR. KHOURI:  Thank you, Your Honor.

6         Good morning.

7              PROSPECTIVE JUROR:  Hi.

8              MR. KHOURI:  This case is going to involve treatment

9    and billing for people in pain.  Can you set aside your

10   experience and make a decision only on the evidence, or do you

11   think your own experience might keep you from being --

12             PROSPECTIVE JUROR:  No.  No.  My experience to me is

13   separate because it's an operation that I wanted to have and I

14   had it.

15             MR. KHOURI:  All right.  Thank you very much.

16             THE COURT:  All right.  Thank you.

17             MR. KHOURI:  Thank you, Your Honor.

18        (Juror 1631 steps down.  Juror 1727 steps up.)

19             THE COURT:  Good morning.

20             PROSPECTIVE JUROR:  Hello.  How are you?

21             THE COURT:  I'm fine, thanks.  Are you Juror No. 1727?

22             PROSPECTIVE JUROR:  I am, yes.

23             THE COURT:  And which questions did you have answers

24   to?

25             PROSPECTIVE JUROR:  I had answers to 10, 13, and 14.

1           THE COURT:  Okay.  Let's take those in turn.

2      10.  Have you served on a jury -- prior jury service.

3           PROSPECTIVE JUROR:  Yes.  Two civil cases.  No

4      criminal cases.

5           THE COURT:  Were those here in the District?

6           PROSPECTIVE JUROR:  One was in New York and one was

7      here in the District.

8           THE COURT:  I don't want to know what your verdict

9      was but were you able to reach a verdict in either of those

10     two cases?

11          PROSPECTIVE JUROR:  In both cases it did not go to the

12     jury in the end.

13          THE COURT:  Okay.  That happens.  Anything about that

14     experience as a juror in those cases cause you to be -- would

15     cause you to be not fair or impartial in this case?

16          PROSPECTIVE JUROR:  No.

17          THE COURT:  All right.  13.  You, friend or close

18     friends involved in law enforcement?

19          PROSPECTIVE JUROR:  My father was a New York City

20     police officer.

21          THE COURT:  All right.  Anything about his experience

22     as a police officer that might cause you to be biased in favor

23     of one side or the other?  You're going to hear testimony from

24     police officers.  Do you think you can give their testimony

25     the same weight as you would any other witness?

1          PROSPECTIVE JUROR:  Sure, of course.

2          THE COURT:  14.  Have you, any member of your family

3     or close friend been investigated, arrested, charged or

4     convicted.

5          PROSPECTIVE JUROR:  Arrested.

6          THE COURT:  And how long ago?

7          PROSPECTIVE JUROR:  Twenty-five years.

8          THE COURT:  And is this a family member, you or --

9          PROSPECTIVE JUROR:  It's myself.

10         THE COURT:  Okay.  And anything about that experience,

11    even though it was 25 years ago, cause you to be more

12    impartial or biased one way or the other in this case?

13         PROSPECTIVE JUROR:  No.  No.

14         THE COURT:  Okay.  Counsel, any follow-up?  Mr. Khouri?

15         MR. KHOURI:  None, Your Honor.

16         THE COURT:  Ms. Willis?

17         MS. WILLIS:  No, Your Honor.  Thank you.

18         THE COURT:  All right.  Thank you.

19       (Juror 1727 steps down.  Juror 2583 steps up.)

20         THE COURT:  Good morning.

21         PROSPECTIVE JUROR:  Good morning.

22         THE COURT:  Are you Juror 2583?

23         PROSPECTIVE JUROR:  I am.

24         THE COURT:  And what questions did you have answers to?

25         PROSPECTIVE JUROR:  13, 14, 18 and 19.

1          THE COURT:  Okay.  Let's take those one at a time.

2      13.  Any member of your family or close friend involved

3  in law enforcement.

4          PROSPECTIVE JUROR:  Yes.  I have two friends who work

5  for the FBI.

6          THE COURT:  Okay.  Well, you may hear testimony from

7  FBI employees in this case.  Given that your friends work for

8  the FBI, would you be able to just evaluate their testimony

9  and treat them as you would any other witness?

10          PROSPECTIVE JUROR:  I would.

11          THE COURT:  All right.  And how about -- do your

12  friends with the FBI ever talk about their work with you?

13          PROSPECTIVE JUROR:  Vaguely.  They don't really get

14  into any details, of course.  One of those is an agent in

15  California and another one works in the field office here in

16  Washington.

17          THE COURT:  Any of them work on healthcare fraud cases?

18          PROSPECTIVE JUROR:  Not to my knowledge.

19          THE COURT:  14.  Any family or close friend been

20  investigated, arrested, charged or convicted?

21          PROSPECTIVE JUROR:  Well, yes.  So that would be me.

22  So in 2009 I was charged with a DUI in Maricopa County and

23  convicted.  So I served three days.

24          THE COURT:  Anything about that experience would cause

25  you to be biased for one side or the other in a case, given

1       your own experience?

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  And 18.  You or any of your family member

4       been the victim of a crime?

5              PROSPECTIVE JUROR:  Yes.  Unfortunately, we had a

6       package theft in -- so last August of 2021.  It was a pack and

7       play.  We have an 11-month-old.  And someone stole it.  We

8       later found the box in our recycling bin.  Notified MPD.  They

9       investigated but ultimately didn't lead anywhere and the case

10      was closed.

11             THE COURT:  Sorry about that.  Unfortunately, far too

12      common.  Anything about that experience that would cause you

13      to be biased for one side or the other in this case?

14             PROSPECTIVE JUROR:  I don't think so.

15             THE COURT:  What line of work are you in, sir?

16             PROSPECTIVE JUROR:  I work for the District Department

17      of Transportation, so local government.

18             THE COURT:  And No. 19.  Have you ever been a witness

19      in any type of court or judicial proceeding?

20             PROSPECTIVE JUROR:  I have.  So as part of my job I've

21      been deposed for probably about 11 different cases against the

22      District, mostly trip and falls, and some automobile damage,

23      potholes, things like that.  So I've been deposed about 11

24      times in the last year.

25             THE COURT:  Okay.  Anything about being a witness that

1    might cause you to be biased in favor of or against one side

2    or the other or evaluate a witness's testimony differently in

3    this case?

4         PROSPECTIVE JUROR:  Maybe the evaluation part, just

5    because I know sort of some of the questions and line of

6    questioning.  But in terms of making an impartial decision, I

7    shouldn't -- it shouldn't be a factor.

8         THE COURT:  Well, let me ask you, if I were to instruct

9    you that you were to consider the witness -- you were to

10   consider the witness testimony, only the testimony you heard

11   in the courtroom, would you be able to put aside your own

12   personal experience as a deponent and simply judge a witness's

13   testimony based on what you heard here?

14        PROSPECTIVE JUROR:  I believe so, yes.

15        THE COURT:  All right.  Counsel, any follow-up?

16        MS. WILLIS:  No, Your Honor.

17        THE COURT:  Mr. Khouri?

18        MR. KHOURI:  Briefly.

19      Good morning.  We have something in common because I have

20   many friends who were in the FBI.  Are you sure that you can

21   set that friendship aside and decide on the evidence even if I

22   or Mr. Cooke were criticizing the FBI?

23        PROSPECTIVE JUROR:  I believe so, yes.

24        MR. KHOURI:  All right.  Thank you, sir.

25   Thank you, Your Honor.

1          THE COURT:  All right.  Thank you.

2        (Juror 2583 steps down.  Juror 0330 steps up.)

3          THE COURT:  Good morning.

4          PROSPECTIVE JUROR:  Good morning, Your Honor.

5          THE COURT:  Are you Juror No. 0330?

6          PROSPECTIVE JUROR:  That is me, Your Honor.

7          THE COURT:  All right.  What questions did you have

8    answers for?

9          PROSPECTIVE JUROR:  Yes.  There are several,

10   Your Honor.  5c, 6 --

11         THE COURT:  Okay.  Give me the numbers and then we'll

12   go over them.

13         PROSPECTIVE JUROR:  5c, 6, 11, 12, 16, 17, 18, 18a, 21,

14   25, 30, 31.

15         THE COURT:  Okay.  I think we should probably start

16   with 31, work our way from there.  Question 31.  If the

17   United States proves its case and presents evidence showing

18   beyond a reasonable doubt that the defendant committed the

19   crimes, will you be able to find the defendant guilty.  You

20   have a problem with that question?

21         PROSPECTIVE JUROR:  Well, and this is -- I only

22   included that one because the answer is yes.  And -- in other

23   words, I don't think I have a problem with the question I

24   don't believe, but I kind of understood the instructions to be

25   mark it down if the answer is yes.

1          THE COURT:  Well, tell me about that.

2          PROSPECTIVE JUROR:  Well, if anything, Your Honor,

3     I think I may have prejudged this case on the side of the

4     prosecution.  It is kind of -- not kind of.  It is

5     inconceivable to me that, for example, if there are going to

6     be law enforcement witnesses, particularly federal law

7     enforcement witnesses, the idea that they're not telling the

8     truth, I don't see what kind of showing the defense is going

9     to make that is going to make me disbelieve the law

10    enforcement witnesses.

11         THE COURT:  So let me stop you for a minute.  And maybe

12    this is one of the questions that's been covered but I think

13    we should probably have a general conversation here.  Can you

14    follow my instruction that the defendant is presumed to be

15    innocent and that the government has to prove him guilty?

16         PROSPECTIVE JUROR:  I would do my best to do so, but

17    I believe I may have prejudged the case.  In other words, I

18    have views about fraud allegations by the federal government,

19    the truth of whether or not -- when a law enforcement,

20    particularly federal law enforcement witness is giving

21    testimony, whether that's true.  I've interacted with a number

22    of federal law enforcement people.  I work closely with law

23    enforcement and I take at face value everything they say.

24         THE COURT:  Well, I hear you.  Does this mean that you

25    couldn't sit as a juror in any criminal case where law

1    enforcement's going to testify?

2            PROSPECTIVE JUROR:  I would not consider myself to have

3    the temperament of a neutral, at least as far as cases where

4    it's fraud, theft, money.

5            THE COURT:  Okay.  Thank you.

6        Any follow-up?

7            MR. KHOURI:  No, Your Honor.

8            THE COURT:  All right.  Thank you, sir.  You're

9    excused.  You can go sit back in the panel.

10           PROSPECTIVE JUROR:  Will do.  Thank you.

11       (Juror 0330 steps down.)

12           THE COURT:  Any objection?

13           MS. WILLIS:  No, Your Honor.

14           THE COURT:  All right.  I'm going to excuse this --

15           MR. KHOURI:  Your Honor.

16           MR. COOKE:  Your Honor, this man is an attorney.

17           THE COURT:  Mr. Khouri, I have -- I don't know if he's

18   an attorney.  He didn't state that for the record.  I didn't

19   look at the jury information.  What's your point?

20           MR. COOKE:  Well, it seems to me he's being less than

21   candid.  I mean, he's an attorney, he represents litigants.

22           THE COURT:  Mr. Khouri [sic], I share your concern as

23   to his candor.  Let me put it that way.  It wouldn't be the

24   first time, and probably not in your experience either, that

25   we got the sense that someone was trying to not serve.

1    However, you object to me striking him for cause?  Because I

2    don't think you want to waste a strike on that juror.

3          MR. COOKE:  I just recoil at the lack of candor.

4          THE COURT:  I agree.  And it's disappointing.  Are you

5    asking me to take any steps against this individual?  Because

6    my hunch and your hunch and Ms. Willis's hunch, if she has

7    one, may -- I see it happen.  It's disappointing.  But I'm not

8    sure what more we can do.  And as I said, if you object to me

9    excusing him for cause, then I'm not sure I would -- I

10   wouldn't overrule the objection, but I can't see why you would

11   want this man in your panel.

12         MR. COOKE:  Fine, Your Honor.

13         THE COURT:  All right.  He'll be stricken for cause.

14   Ms. Willis, do you have any objection?

15         MS. WILLIS:  No, Your Honor.

16      (Juror 1240 steps up.)

17         THE COURT:  Good morning.

18         PROSPECTIVE JUROR:  Good morning.

19         THE COURT:  Are you Juror No. 1240?

20         PROSPECTIVE JUROR:  Yes.

21         THE COURT:  What questions did you have answers to?

22         PROSPECTIVE JUROR:  I have a yes for No. 6.  I have a

23   summons for petty court for September 12.

24         THE COURT:  For D.C. Superior Court?  Oh, boy.

25         PROSPECTIVE JUROR:  For the --

1          THE COURT:  Yeah.  This hasn't happened before.

2     If you were selected, you would be excused.  If I select you

3     in this case to serve on a jury in this case, we would arrange

4     with Superior Court to have your service excused.

5          PROSPECTIVE JUROR:  Okay.

6          THE COURT:  Anything else?

7          PROSPECTIVE JUROR:  Number 10 is a yes.

8          THE COURT:  Okay.  Just give me a minute to grab that.

9     Okay.  You've served on a jury before?

10          PROSPECTIVE JUROR:  Yes.

11          THE COURT:  In D.C.?

12          PROSPECTIVE JUROR:  Yes.  I have served grand jury,

13     D.C. petty court and the other U.S. court.

14          THE COURT:  All right.  Well, thank you again for your

15     service.  Anything about your service in those cases that

16     makes you think you couldn't be fair in this case?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  And do you think you could be a fair and

19     impartial juror in this case?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Okay.  Any other questions you had answers

22     to?

23          PROSPECTIVE JUROR:  Number 20 is a yes.

24          THE COURT:  Health insurance through Medicare.

25          PROSPECTIVE JUROR:  I'm sorry?

1          THE COURT:  You have health insurance through Medicare?

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  Okay.  This is a case involving allegations

4     of Medicare fraud.  Do you think the fact that you have health

5     insurance through Medicare could affect your ability to be

6     fair and evaluate the evidence just as you heard it?

7          PROSPECTIVE JUROR:  No.  I don't think it would affect

8     me because I haven't had any issues or concerns.

9          THE COURT:  All right.  Any other question?

10         PROSPECTIVE JUROR:  That's it.

11         THE COURT:  Ma'am, let me ask you, what line of work

12    are you in or were you in?

13         PROSPECTIVE JUROR:  I was an administrative assistant.

14         THE COURT:  Okay.  Counsel?

15         MR. KHOURI:  No questions, Your Honor.  Thank you.

16         MS. WILLIS:  I have one follow-up question.  The way I

17    understood your answer to No. 10 is you served on a grand jury

18    and also on another jury.  Is that correct?

19         PROSPECTIVE JUROR:  Yeah.  I did grand jury, I have

20    done Superior Court before, and I did D.C. petty court.

21         MS. WILLIS:  Your Honor, may we ask not what the

22    verdict is but if her jury was able to reach a verdict?

23         THE COURT:  Ma'am, in the cases in which you sat as a

24    juror in a trial, were you able to reach a verdict?

25         PROSPECTIVE JUROR:  Yes, we were.

1          THE COURT:  Okay.  Thank you.

2          PROSPECTIVE JUROR:  You're welcome.

3     (Juror 1240 steps down.  Juror 0011 steps up.)

4          THE COURT:  Good morning.

5          PROSPECTIVE JUROR:  Good morning.

6          THE COURT:  Are you Juror No. 0011?

7          PROSPECTIVE JUROR:  Yes, ma'am.

8          THE COURT:  What questions did you have answers to?

9          PROSPECTIVE JUROR:  11, 13, and 22.

10         THE COURT:  Okay.  Let's take those one at a time.

11     11.  Have you, any member of your family or close friends

12  had any experience with any of the law enforcement agencies?

13         PROSPECTIVE JUROR:  Yep.  So I worked as a government

14  contractor for the DOJ.

15         THE COURT:  And do you still do that?

16         PROSPECTIVE JUROR:  No, ma'am.

17         THE COURT:  How long ago did you work as a contractor?

18         PROSPECTIVE JUROR:  Just a year and a half ago.

19         THE COURT:  And did you work in the fraud section or

20  have any experience with the fraud section while you were

21  there?

22         PROSPECTIVE JUROR:  No, ma'am.

23         THE COURT:  Anything about your experience as a

24  contractor for DOJ would cause you to be biased one way

25  or the other for or against them in this case?

1            PROSPECTIVE JUROR:  No, ma'am.

2            THE COURT:  And what type of contractor, what kind

3       of work do you do?

4            PROSPECTIVE JUROR:  Government consulting.

5            THE COURT:  All right.  So you weren't -- were you

6       working on any criminal matters?

7            PROSPECTIVE JUROR:  No criminal.

8            THE COURT:  All right.  And 13.  Any member of your

9       family or close friends been involved in law enforcement?

10           PROSPECTIVE JUROR:  My father is retired law

11      enforcement for the state of North Carolina.

12           THE COURT:  For the state of North Carolina?

13           PROSPECTIVE JUROR:  Mm-hm.

14           THE COURT:  You have to say yes or no for the court

15      reporter.

16           PROSPECTIVE JUROR:  Yes.

17           THE COURT:  Anything about his prior career that would

18      cause you to be more favorable?  For example, if you heard the

19      testimony of a law enforcement officer, because of your dad's

20      career would you be inclined to be more favorably disposed to

21      their testimony?

22           PROSPECTIVE JUROR:  No.

23           THE COURT:  22.  You or any member of your family or

24      close friend ever been employed in the health insurance

25      industry.

1    PROSPECTIVE JUROR:  My best friend used to work at

2    Blue Cross and Blue Shield.

3         THE COURT:  Okay.  Anything about your best friend's

4    experience working for Blue Cross and Blue Shield that might

5    make you be biased against or in favor of one of the parties

6    here?

7         PROSPECTIVE JUROR:  No.

8         THE COURT:  Okay.  Any follow-up?  Mr. Khouri?

9         MR. KHOURI:  Yes, Your Honor.  Good morning.

10        PROSPECTIVE JUROR:  Good morning.

11        MR. KHOURI:  Does your friend work in any particular

12   department at Blue Cross and Blue Shield?

13        PROSPECTIVE JUROR:  No.  When she worked there she was

14   just doing consulting, but she doesn't work there anymore.

15        MR. KHOURI:  And did she work in the area of coverage?

16        PROSPECTIVE JUROR:  I think she worked in coverage, but

17   I'm not a hundred percent sure of everything she did.

18        MR. KHOURI:  Do you have any familiarity with something

19   called a CPT code or diagnosis code?

20        PROSPECTIVE JUROR:  No.

21        MR. KHOURI:  And when you were a consultant to the

22   government, did it have to do with more administrative matters

23   than law enforcement?

24        PROSPECTIVE JUROR:  Yep.  So more human resources,

25   transitioning.

1          MR. KHOURI:  All right.  Thank you very much.

2          THE COURT:  Ms. Willis?

3          MS. WILLIS:  Nothing for the government.

4          THE COURT:  All right.  Thank you, ma'am.

5        (Juror 0011 steps down.  Juror 1548 steps up.)

6          THE COURT:  Good morning.

7          PROSPECTIVE JUROR:  Good morning, Your Honor.

8          THE COURT:  Are you Juror No. 1548?

9          PROSPECTIVE JUROR:  Correct.

10          THE COURT:  And what questions did you have answers

11     for?

12          PROSPECTIVE JUROR:  11, 13, 16, 18, and 32.

13          THE COURT:  Okay.  You know what, let's start with 32

14     first.

15          PROSPECTIVE JUROR:  Sure.

16          THE COURT:  The catch-all.  So any other reason not

17     already discussed why you couldn't be fair in this case?

18          PROSPECTIVE JUROR:  So I worked at a hospital before as

19     a scientist.  I wasn't in healthcare but I just wanted to

20     bring that up because that was one of the questions.

21          THE COURT:  Oh, okay.  Thank you.

22       But does that experience mean that you -- could you be fair

23     nonetheless --

24          PROSPECTIVE JUROR:  Yes.  I just wanted to bring it up.

25          THE COURT:  Okay.  Thank you for that.

1        Okay.  Number 11.  You, any member of your family or close

2   friends have any experience with law enforcement or any of the

3   agencies in this case?

4        PROSPECTIVE JUROR:  Yes.  My wife is a forensic

5   scientist.

6        THE COURT:  Does she work with any of those agencies?

7        PROSPECTIVE JUROR:  No.  She works at NIST.  National

8   Institute of Standards and Technology.

9        THE COURT:  Anything about her work or what she does

10   that would cause you to be biased against or for one side or

11   other in this case?

12        PROSPECTIVE JUROR:  No.

13        THE COURT:  All right.  And 13.  Any member of your

14   family or close friend involved in law enforcement?

15        PROSPECTIVE JUROR:  Again, my wife has done forensic

16   science.  She's not directly involved in law enforcement,

17   though.

18        THE COURT:  Okay.  Question 16.  Well, let me ask you,

19   given your wife's job and what she does, do you think you

20   could evaluate the testimony of law enforcement officers or

21   government employees objectively and give them the same weight

22   as you would any witness?

23        PROSPECTIVE JUROR:  Yes.

24        THE COURT:  16.  Anything about your prior experience

25   with law enforcement make it difficult for you to be

1   impartial?

2        PROSPECTIVE JUROR:  So not to bring her up again, but

3   my wife has done training for FBI agents and I've been in the

4   room with them, so I've had some interaction in that sense.

5   I don't think that will affect my judgment.  I just wanted to

6   be clear.

7        THE COURT:  No, I appreciate your being overinclusive.

8   Anything that you observed or learned about that training,

9   either from being in the room or from your wife, anything that

10  would cause you to evaluate an FBI agent's testimony any

11  differently from any other witness?

12       PROSPECTIVE JUROR:  No.

13       THE COURT:  All right.  18.  You, close friend or

14  family been a crime victim.

15       PROSPECTIVE JUROR:  Yes.

16       THE COURT:  When and what was the nature of the crime?

17       PROSPECTIVE JUROR:  I've been mugged.  It was about 10

18  years ago.  And my brother has also been mugged, but that was

19  about 20 years ago.

20       THE COURT:  Were the police called in your case or your

21  brother's case?

22       PROSPECTIVE JUROR:  Both cases, yes.

23       THE COURT:  Was there anything about their reaction or

24  how they handled those reports that would make you -- make it

25  difficult for you to be fair to the police in this case?

1              PROSPECTIVE JUROR:  No.

2              THE COURT:  Any follow-up, Mr. Khouri?

3              MR. KHOURI:  Yes, Your Honor.

4         Good morning, sir.

5              PROSPECTIVE JUROR:  Good morning.

6              MR. KHOURI:  Did you say you worked for a hospital?

7              PROSPECTIVE JUROR:  I worked for a hospital as a

8    scientist.  I work for NIH now.

9              MR. KHOURI:  What did you do for the hospital?

10   What kind of research did you do?

11             PROSPECTIVE JUROR:  I was a basic scientist.  I worked

12   on designing lung disease models at the hospital.

13             MR. KHOURI:  You didn't have anything to do with

14   billing or hospital records or anything like that?

15             PROSPECTIVE JUROR:  No.

16             MR. KHOURI:  Okay.  Thank you very much.

17             THE COURT:  Ms. Willis?

18             MS. WILLIS:  Nothing from the government.

19             THE COURT:  Thank you, sir.

20             PROSPECTIVE JUROR:  Thank you.

21        (Juror 1548 steps down.  Juror 1117 steps up.)

22             THE COURT:  Good morning.

23             PROSPECTIVE JUROR:  Good morning.

24             THE COURT:  Are you Juror No. 1117?

25             PROSPECTIVE JUROR:  Correct.

 1                    THE COURT:  What questions did you have answers to?

 2                    PROSPECTIVE JUROR:  6, 11, 13 and 19.

 3                    THE COURT:  Okay.  6, do you have plans?

 4                    PROSPECTIVE JUROR:  I do.  I'm supposed to travel to

 5       New York on Sunday through next Thursday.

 6                    THE COURT:  This coming Sunday?

 7                    PROSPECTIVE JUROR:  Mm-hm.

 8                    THE COURT:  Is that for -- you have to say yes or no so

 9       the court reporter --

10                    PROSPECTIVE JUROR:  Yes.

11                    THE COURT:  Is that for business or for pleasure?

12                    PROSPECTIVE JUROR:  Pleasure.

13                    THE COURT:  Is it something that can be rescheduled if

14       you were to be picked as a juror in this case?

15                    PROSPECTIVE JUROR:  No.  There are tickets for an event

16       that I'm supposed to attend later next week.

17                    THE COURT:  All right.  11, any -- you, your family or

18       close friend have any experience with any agencies listed in

19       this case?

20                    PROSPECTIVE JUROR:  I have a few good friends that have

21       work at the Department of Justice and the FBI.

22                    THE COURT:  Well, does the fact that you have some good

23       friends who work at those places, would that affect your

24       ability to fairly and impartially evaluate the testimony of

25       employees of those agencies in this case?

1              PROSPECTIVE JUROR:  No.

2              THE COURT:  And 13, any of your family or close friends

3         involved in law enforcement?  Is that the same answer?

4              PROSPECTIVE JUROR:  The same.

5              THE COURT:  19.  Been a witness in any proceeding?

6              PROSPECTIVE JUROR:  Yes.

7              THE COURT:  What type of proceeding?

8              PROSPECTIVE JUROR:  I was a witness to misdemeanor

9         sexual harassment on the Metro.

10             THE COURT:  And did you testify in court?

11             PROSPECTIVE JUROR:  I did.

12             THE COURT:  Anything about your experience as a witness

13        testifying in court that would cause you to be biased one side

14        or -- for one side or the other or to evaluate a witness's

15        testimony differently?

16             PROSPECTIVE JUROR:  No.

17             THE COURT:  How long ago did you testify?

18             PROSPECTIVE JUROR:  Two years ago.

19             THE COURT:  All right.  What line of work are you in,

20        ma'am?

21             PROSPECTIVE JUROR:  I work at MITRE.  I'm an analytic

22        systems engineer.

23             THE COURT:  All right.  Any follow-up, Ms. Willis?

24             MS. WILLIS:  No, Your Honor.

25             THE COURT:  Mr. Khouri?

```
 1            MR. KHOURI:  None, Your Honor.

 2            THE COURT:  All right.  Thank you.

 3            PROSPECTIVE JUROR:  Thank you.

 4         (Juror 1117 steps down.)

 5            THE COURT:  Counsel, I'm inclined to excuse this juror.

 6            MS. WILLIS:  No objection from the government.

 7            MR. KHOURI:  No objection either.

 8            THE COURT:  All right.

 9         (Juror 2691 steps up.)

10            THE COURT:  Good morning.

11            PROSPECTIVE JUROR:  Good morning.

12            THE COURT:  All right.  Are you Juror No. 2691?

13            PROSPECTIVE JUROR:  Yes, I am.

14            THE COURT:  Okay.  Sir, what questions did you have

15    answers to?

16            PROSPECTIVE JUROR:  Number 20.

17            THE COURT:  Is that the only one?

18            PROSPECTIVE JUROR:  That's the only one.

19            THE COURT:  Okay.  Let me turn to that one.  Health

20    insurance through Medicare.

21            PROSPECTIVE JUROR:  Yes.  You asked did we have

22    Medicare.

23            THE COURT:  Yes.

24            PROSPECTIVE JUROR:  And I'm answering yes.

25            THE COURT:  So here's the thing.  This is a criminal
```

1      case involving claims of Medicare fraud.  Does the fact that

2      you have insurance through Medicare, would that cause you to

3      be biased towards one side or the other?

4           PROSPECTIVE JUROR:  No.

5           THE COURT:  Have you ever had any problems with

6      Medicare, with your insurance?

7           PROSPECTIVE JUROR:  No.

8           THE COURT:  Mr. Khouri.

9           MR. KHOURI:  No questions, Your Honor.

10           THE COURT:  Ms. Willis.

11           MS. WILLIS:  No questions.

12           THE COURT:  Thank you, sir.

13           PROSPECTIVE JUROR:  All right.  Thank you.

14        (Juror 2691 steps down.  Juror 2089 steps up.)

15           THE COURT:  Good morning.

16           PROSPECTIVE JUROR:  Good morning.

17           THE COURT:  Are you Juror No. 2089?

18           PROSPECTIVE JUROR:  Yes.

19           THE COURT:  What questions did you have answers to?

20           PROSPECTIVE JUROR:  Number 7 and 18.

21           THE COURT:  All right.  Number 7.  Do you have any

22      difficulty seeing or hearing?

23           PROSPECTIVE JUROR:  I am hard of hearing.

24           THE COURT:  Have you served on a jury before?

25           PROSPECTIVE JUROR:  I served on a grand jury about 15

1    years ago before I had hearing aids, and I had a device given

2    to me to hear better.

3         THE COURT:  Right.  We could give you -- make an

4    accommodation for you and give you a device.  Do you hear

5    better when the witness speaks through a microphone?

6         PROSPECTIVE JUROR:  Yes.

7         THE COURT:  Everything will be in a microphone in a

8    courtroom because the court reporter has to record the -- the

9    exchanges.  And would you feel in any way constrained to raise

10   your hand if you didn't hear something?

11        PROSPECTIVE JUROR:  Yeah.  That would be no problem.

12   No problems this morning so far.

13        THE COURT:  Good.  All right.  Question No. 18.  You,

14   any member of your family or close friend ever been the victim

15   of a crime.

16        PROSPECTIVE JUROR:  Yes.

17        THE COURT:  Tell me about that.

18        PROSPECTIVE JUROR:  Credit card fraud.  Myself

19   personally.

20        THE COURT:  And was law enforcement involved in that?

21        PROSPECTIVE JUROR:  They were to an extent but it

22   didn't go to court or anything.

23        THE COURT:  All right.  Well, this is a case involving

24   allegations of fraud.  How long ago did that happen to you?

25        PROSPECTIVE JUROR:  This was three years ago.

```
 1              THE COURT:  Given what happened with you, do you think
 2       you could be a fair juror in a case involving fraud
 3       allegations?
 4              PROSPECTIVE JUROR:  Absolutely.
 5              THE COURT:  Ms. Willis, any follow-up?
 6              MS. WILLIS:  No follow-up.
 7              THE COURT:  Thank you.  Mr. Khouri?
 8              MR. KHOURI:  No, Your Honor.
 9              THE COURT:  All right.  Thank you, sir.
10          (Juror 2089 steps down.  Juror 2348 steps up.)
11              THE COURT:  Good morning.
12              PROSPECTIVE JUROR:  Good morning.
13              THE COURT:  Are you Juror No. 2348?
14              PROSPECTIVE JUROR:  Yes.
15              THE COURT:  And what questions did you have answers to?
16              PROSPECTIVE JUROR:  Only No. 20 and I forgot the one
17       with the juror.  I did already serve jury --
18              THE COURT:  You served on a jury before?
19              PROSPECTIVE JUROR:  Yes.
20              THE COURT:  Was this in the District of Columbia or
21       somewhere else?
22              PROSPECTIVE JUROR:  Here in the District of Columbia.
23              THE COURT:  Was it a criminal case or a civil case?
24              PROSPECTIVE JUROR:  Civil case.
25              THE COURT:  How long ago?
```

1          PROSPECTIVE JUROR:  I think four years ago.

2          THE COURT:  Were you -- I don't want to know what

3     the verdict was, but were you able to reach a verdict?

4          PROSPECTIVE JUROR:  No.  Because I was dismissed.

5          THE COURT:  And do you know why you were dismissed?

6          PROSPECTIVE JUROR:  Because I wasn't selected.

7          THE COURT:  Oh, I see.  So you didn't hear the evidence

8     in the case?

9          PROSPECTIVE JUROR:  No.

10         THE COURT:  You went in for jury service?

11         PROSPECTIVE JUROR:  Yes.  For one day only.

12         THE COURT:  I see.  Okay.

13       Number 20.  You have health insurance through Medicare?

14         PROSPECTIVE JUROR:  Yes.

15         THE COURT:  Now, this is a case, the allegations are --

16    the charges are Medicare fraud.  Do you think because you have

17    your insurance from Medicare, could you be fair hearing

18    allegations about Medicare fraud?

19         PROSPECTIVE JUROR:  I'm just neutral.

20         THE COURT:  Okay.  That's what we ask.  You could be

21    fair to both sides?

22         PROSPECTIVE JUROR:  I'm fair.

23         THE COURT:  Mr. Khouri?

24         MR. KHOURI:  No questions, Your Honor.

25         THE COURT:  Ms. Willis?

1          MS. WILLIS:  Nothing from the government, Your Honor.

2     Thank you.

3          THE COURT:  Thank you, ma'am.

4       (Juror 2348 steps down.  Juror 0986 steps up.)

5          THE COURT:  Good morning.

6          PROSPECTIVE JUROR:  Good morning.

7          THE COURT:  Are you Juror No. 0986?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  All right.  What questions did you have

10    answers to?

11         PROSPECTIVE JUROR:  6, 11, 13, and 18.

12         THE COURT:  Okay.  Question No. 6.  You have plans?

13         PROSPECTIVE JUROR:  Yes.  I will be traveling

14    internationally between September 16 and the 23rd.

15         THE COURT:  Is that work travel or vacation?

16         PROSPECTIVE JUROR:  That's personal travel.  And then

17    I have work travel shortly thereafter.

18         THE COURT:  What dates?

19         PROSPECTIVE JUROR:  That is tentatively scheduled for

20    October 3rd through the 15th.

21         THE COURT:  Well, we will not be in trial still then.

22      With regard to the personal travel, is that something that

23    can be rescheduled?

24         PROSPECTIVE JUROR:  Not easily.

25         THE COURT:  Tell me the dates again?

1          PROSPECTIVE JUROR:  September 16 through 23rd.

2          THE COURT:  Okay.  Question No. 11.  You, a member of

3     your family or close friends have an experience with any of

4     the agencies?

5          PROSPECTIVE JUROR:  I have a close friend who works

6     for the FBI.

7          THE COURT:  Anything about that friend's experience

8     or employment with the FBI that might make you biased for one

9     side or the other or weigh the testimony of an FBI witness

10    differently?

11         PROSPECTIVE JUROR:  I don't think so.

12         THE COURT:  No. 13.  Any of your family or close

13    friends been involved in law enforcement.  Is that the same --

14         PROSPECTIVE JUROR:  Same thing.

15         THE COURT:  And question No. 18.  You or any member of

16    your family or close friends been a crime victim?

17         PROSPECTIVE JUROR:  Yes.  I have.  I suffered an

18    assault here in D.C.

19         THE COURT:  How long ago?

20         PROSPECTIVE JUROR:  About two years ago.

21         THE COURT:  And were the police involved in that?

22         PROSPECTIVE JUROR:  I didn't file a police report.

23         THE COURT:  This is not a crime of violence; this is

24    a healthcare fraud case.  But given what happened to you, do

25    you think you'd be able to be fair and impartial in this case

1    and hearing a criminal case?

2         PROSPECTIVE JUROR:  I do.

3         THE COURT:  And you're an attorney.  Is that correct?

4         PROSPECTIVE JUROR:  Yes.

5         THE COURT:  Would you think you'd be able to set aside

6    what you know about the law, criminal law, fraud law, and

7    follow my instructions?

8         PROSPECTIVE JUROR:  Yes.

9         THE COURT:  Okay.  Any follow-up, Ms. Willis?

10         MS. WILLIS:  Your Honor, may we ask what type of

11    attorney?

12         PROSPECTIVE JUROR:  Yes.  I practice immigration law.

13         MS. WILLIS:  Thank you.  That's all from the

14    government.

15         THE COURT:  Mr. Khouri.

16         MR. KHOURI:  No questions, Your Honor.

17         THE COURT:  Thank you.

18      (Juror 0986 steps down.)

19         THE COURT:  Counsel, I'm inclined to excuse this juror.

20         MR. KHOURI:  No objection.

21         MS. WILLIS:  No objection.

22         THE COURT:  All right.

23      (Juror 1490 steps up.)

24         THE COURT:  Good morning.

25         PROSPECTIVE JUROR:  Good morning.

1          THE COURT:  Are you Juror No. 1490?

2          PROSPECTIVE JUROR:  I am.

3          THE COURT:  May I ask what you do for a living?

4          PROSPECTIVE JUROR:  I'm a registered nurse.

5          THE COURT:  All right.  This is a case involving claims

6     of Medicare fraud.  Given what you do as a nurse -- do you

7     work in a hospital?

8          PROSPECTIVE JUROR:  I do.  I work for Washington

9     Hospital Center and also District of Columbia Nurse Examiners.

10          THE COURT:  Okay.  Given your line of work and your

11     career, do you think you'd be able to hear the testimony of

12     medical professionals, healthcare professionals, health

13     insurance employees and listen to a case involving Medicare

14     fraud impartially and without bias?

15          PROSPECTIVE JUROR:  Yes.

16          THE COURT:  Do you think you'd be able to set aside

17     what you know from your job and follow my instructions and

18     just go on the evidence presented in court?

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  And what questions did you have answers to?

21          PROSPECTIVE JUROR:  Actually, I answered yes to I

22     believe it was No. 6.  And it's not a vacation that the time

23     is a problem for; it's actually my employment.  Both of my

24     positions, I'm the only nurse that does the job I do.  So

25     we're canceling patients or patients are going to have long

1    wait times for their care.

2         THE COURT:  Is it you're concerned that that will

3    happen or do you know that if you're serving on this jury

4    they'll have to cancel procedures?

5         PROSPECTIVE JUROR:  I know they'll have to cancel

6    because just calling in the night before, I've probably had

7    to cancel 40 patient appointments due to Friday appointments.

8    And my job as a sexual assault nurse examiner, I'm the only

9    person during my hours that's on duty.  So I've managed to get

10   coverage for like today and coverage pending the other

11   call-ins, but to actually sit, I have 60 hours of that work

12   scheduled already next week that I'm not sure there will be

13   a nurse to cover.

14        THE COURT:  So here's my question, and I don't doubt

15   that it's important that you be at work.  But everybody has

16   to come in for jury service.  And is there another time that

17   you would be able to serve if you were excused today?

18        PROSPECTIVE JUROR:  No.  That's why I didn't ask to

19   be excused completely from this.  They told me that if I came

20   in, I could explain my circumstances.  But a deferral doesn't

21   help; it just really moves the problem further.

22        THE COURT:  And you said you're a sexual assault nurse

23   examiner.  When you say the procedures, it's not operations,

24   it's examinations of sexual assault victims.

25        PROSPECTIVE JUROR:  Yes.  The way we operate, if a

1    survivor comes into the hospital, we're on call, so we start
2    our exam within an hour of our call.  But there's only one
3    nurse on at a time.  So I don't know for sure I'll have
4    patients during the hours, but if I do, there needs to be
5    someone to do their exam or they'd have to wait hours.
6         THE COURT:  And say you're out sick.  Is there a nurse
7    that's able to come and sub for you while you're out?
8         PROSPECTIVE JUROR:  Usually we scramble to try and make
9    sure someone comes in.  From what it sounds like, this would
10   be at least two weeks out.
11        THE COURT:  We anticipate that this case would be done
12   with the evidence by next Friday.
13        PROSPECTIVE JUROR:  Friday as this Friday -- or a week
14   from?
15        THE COURT:  A week from.
16        PROSPECTIVE JUROR:  So that's already about eight days'
17   worth of work.
18        THE COURT:  So you could -- are you saying that you
19   could probably do a shorter trial?
20        PROSPECTIVE JUROR:  Yeah.  Something that was within
21   the time of my jury summons, because that I was able to get
22   coverage for.  Just this one is going to take me at least a
23   week beyond the dates on the summons.
24        THE COURT:  Okay.  Any other questions you had answers
25   to?

1          PROSPECTIVE JUROR:  No.  Thank you.

2          THE COURT:  Do either of you have follow-up.

3          MR. KHOURI:  No, Your Honor.

4          MS. WILLIS:  No, Your Honor.

5          THE COURT:  Thank you.

6      (Juror 1490 steps down.)

7          THE COURT:  These are tough ones because everybody has

8  to serve.  I think trying to excuse this juror and hope -- she

9  could probably serve for a shorter trial but I think it's a

10  lot to ask for two weeks.  Does anybody have any objection to

11  me excusing her?

12          MR. KHOURI:  No, Your Honor.

13          MS. WILLIS:  No, Your Honor.

14          THE COURT:  All right.

15      (Juror 1436 steps up.)

16          THE COURT:  Good morning.

17          PROSPECTIVE JUROR:  Good morning.

18          THE COURT:  And you are Juror 1436?

19          PROSPECTIVE JUROR:  Yes, ma'am.

20          THE COURT:  May I ask, what do you do or what did you

21  used to do for a living?

22          PROSPECTIVE JUROR:  I used to repair appliances for

23  Sears.

24          THE COURT:  Thank you.  What questions did you have

25  answers to?

1      PROSPECTIVE JUROR:  I have yes to, one, I've been to

2   Reverend Dr. Macklin's church.  And yes to 6 for doctors'

3   appointments.

4      THE COURT:  Let me stop you first.  You said you've

5   been to -- was it a person that was listed as a witness?

6   Who was it again?

7      PROSPECTIVE JUROR:  Reverend Macklin.

8      THE COURT:  You've been to his church?

9      PROSPECTIVE JUROR:  Yes, ma'am.

10      THE COURT:  If he is a witness in this case, do you

11   think you'll be able to evaluate his testimony as you would

12   any other witness, or would you be inclined to favor him

13   because you've been to his church?

14      PROSPECTIVE JUROR:  No.  I would treat him fair.

15      THE COURT:  Okay.  Are you friends with him or you've

16   just been to his church?

17      PROSPECTIVE JUROR:  No, ma'am.  Just to his church.

18      THE COURT:  No. 6.  You said you had medical

19   appointments.  When are they?

20      PROSPECTIVE JUROR:  Doctor's appointments.  Some I have

21   to make.  And I know you gave a time, a date when this one

22   would be over.  But I have to have an MRI.  I have arthritis

23   real bad.

24      THE COURT:  When is the MRI scheduled for?

25      PROSPECTIVE JUROR:  I have to make an appointment.

```
 1        I haven't done it because of this.
 2              THE COURT:  So could you make an appointment for after
 3        the 16th?
 4              PROSPECTIVE JUROR:  I could.
 5              THE COURT:  Because from what I know, you probably
 6        couldn't get an appointment before then.  So you could make
 7        an for appointment after this case?
 8              PROSPECTIVE JUROR:  I could.
 9              THE COURT:  Okay.  What else?
10              PROSPECTIVE JUROR:  And I was on grand jury, so
11        I do know how things work and I have no problem.
12              THE COURT:  Okay.  So this is going to be a trial jury
13        as opposed to -- in a grand jury you just have to determine
14        whether there's probable cause, whereas here you have to
15        determine guilt beyond a reasonable doubt.  You understand
16        the difference?
17              PROSPECTIVE JUROR:  Yes.
18              THE COURT:  You said you're having knee problems;
19        is that right?
20              PROSPECTIVE JUROR:  No, not knee problems.  My hands.
21              THE COURT:  Okay.  So can you sit for a couple of
22        hours at a time?
23              PROSPECTIVE JUROR:  Yes.
24              THE COURT:  All right.  Any follow-up, Ms. Willis?
25              MS. WILLIS:  No, Your Honor.
```

1          THE COURT:  Mr. Khouri.

2          MR. KHOURI:  Yes, please.

3      Good morning, ma'am.

4          PROSPECTIVE JUROR:  Good morning.

5          MR. KHOURI:  What caught my attention was you said

6  you know how things work.  Could you elaborate on that?

7          PROSPECTIVE JUROR:  I know grand is different from

8  trial.

9          MR. KHOURI:  Okay.  At the grand jury there was

10  just a requirement of probable cause.  You remember that?

11          PROSPECTIVE JUROR:  Yes.

12          MR. KHOURI:  And this is beyond a reasonable doubt.

13  Do you think you understand the difference?

14          PROSPECTIVE JUROR:  Yes.

15          MR. KHOURI:  All right.  Thank you very much, ma'am.

16  Thank you, Your Honor.

17          PROSPECTIVE JUROR:  Thank you.

18      (Juror 1436 steps down.  Juror 1331 steps up.)

19          THE COURT:  Good morning.

20          PROSPECTIVE JUROR:  Good morning.

21          THE COURT:  Are you Juror No. 1331?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  All right.  Ma'am, what do you do for a

24  living?

25          PROSPECTIVE JUROR:  I do babysitting.  My nephew.

1          THE COURT:  All right.  I only ask because it didn't

2     say on the form.  All right.  And what questions did you have

3     answers to?

4          PROSPECTIVE JUROR:  Okay.  The yes one is from 8 and

5     28.

6          THE COURT:  8 and 28.  So let's start with 8.  Are you

7     taking any medications or do you have any physical condition

8     that could make it difficult --

9          PROSPECTIVE JUROR:  Yes.

10         THE COURT:  Okay.  Tell me about that.

11         PROSPECTIVE JUROR:  First, I take blood pressure

12    medicine, two types of blood pressure medicine, and also I

13    have physical problems with my wrist.

14         THE COURT:  With your wrist?

15         PROSPECTIVE JUROR:  Mm-hm.

16         THE COURT:  You have to say yes or no so the court

17    reporter can --

18         PROSPECTIVE JUROR:  Yes.  Yes.

19         THE COURT:  Okay.  Now, the blood pressure medicine,

20    does it affect your ability to focus and understand what's

21    going on?

22         PROSPECTIVE JUROR:  It makes me drowsy.

23         THE COURT:  All right.  So if you were to sit as a

24    juror in this trial, we would have breaks.  We'd have a

25    midmorning break, a midafternoon break, a lunch break, and

probably little stretch breaks in between.  Do you think you'd
be able to sit if you were taking your medication and pay
attention if we had those breaks?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  Your wrist.  You're having some
pain?

PROSPECTIVE JUROR:  Mm-hm.

THE COURT:  Would the pain -- would you be able to sit
as a juror if your wrist was hurting?

PROSPECTIVE JUROR:  It's hard to write sometimes.

THE COURT:  You don't have to take notes.  Taking notes
is optional.  Some jurors take notes, some don't.  Do you
think you would be able to pay attention and remember things
if you didn't take notes or if you couldn't always take notes?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  28.  Do you have any conscious
objection or religious belief that could prevent you from
rendering a verdict?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Tell me about that.

PROSPECTIVE JUROR:  Well, I come from a Christian home
and I don't like to judge nobody.

THE COURT:  Well, I'm a judge, but I understand that.
But is there something -- I understand you may not like it,
it's probably not a pleasurable experience doing this.  It's

1    difficult.  But could you do it if you were selected?  Could

2    you render a verdict either way?

3              PROSPECTIVE JUROR:  Yes.  I would do it.

4              THE COURT:  All right.  And you said you come from a

5    Christian home.  Is there anything you believe in your

6    Christian beliefs that prevents you from following my

7    instruction and rendering a verdict either for guilty or not

8    guilty if the evidence leads you in that direction?

9              PROSPECTIVE JUROR:  No.  It wouldn't.  It wouldn't.

10             THE COURT:  All right.  Mr. Khouri?

11             MR. KHOURI:  No questions, Your Honor.

12             THE COURT:  Ms. Willis?

13             MS. WILLIS:  Nothing from the government, Your Honor.

14             THE COURT:  Thank you, ma'am.

15          (Juror 1331 steps down.  Juror 2473 steps up.)

16             THE COURT:  Good morning.  Are you Juror No. 2473?

17             PROSPECTIVE JUROR:  That I am.

18             THE COURT:  And what questions did you have answers to?

19             PROSPECTIVE JUROR:  I have a 6, an 18, and a 26.

20             THE COURT:  So plans.  What plans do you have that

21    might make it difficult?

22             PROSPECTIVE JUROR:  My work is as an independent

23    contractor so I don't have the wage protection that other

24    full-time employees might have.  So a case that would last

25    potentially two weeks would be somewhat of a financial burden.

1    I just wanted to raise that there.

2        When initially you gave the timeline of two and a half

3    weeks I wanted to raise plans that I have for October 4, but

4    it sounds like that won't be an issue.

5            THE COURT:  No, that should not be an issue.  And you

6    said you're self-employed.  Obviously, it would be difficult,

7    but is it work that you can do before or after jury service?

8            PROSPECTIVE JUROR:  Unfortunately not.  The majority of

9    my work right now is private French lessons for professionals

10   who are learning French, like during their lunch hours.  Most

11   of my lessons are between 10 a.m. and 4 p.m.  They're on a

12   monthly subscription service.  So they can't just like push it

13   back to next week.  The hours are running out so they'd just

14   have to take the lessons with a different teacher this month.

15   So I'd just lose them generally.

16           THE COURT:  Obviously, this would cause a financial

17   hit.  Could you serve in a shorter case?  Are you saying you

18   couldn't serve at all?

19           PROSPECTIVE JUROR:  Yes.  If it's a few days, then I

20   think that would be fine.  I think it would be more of an

21   issue if it's the week and a half, two-week-long trial.  In

22   addition to the French tutoring, I do have other things I do.

23   Such is life as an independent contractor.

24           THE COURT:  All right.  And have you, any member of

25   your family or close friend ever been the victim of a crime?

1        PROSPECTIVE JUROR:  Right.  Yeah.  So do we get into

2    the details?

3        THE COURT:  Well, a couple of things.  How long ago was

4    it?  Was it you?

5        PROSPECTIVE JUROR:  No.  It was my mother and my

6    sister.  Two separate incidents.  This was a while ago.

7        THE COURT:  Was law enforcement involved?

8        PROSPECTIVE JUROR:  Through my sister, yes, law

9    enforcement was involved at a point, and yeah, she ended up --

10   yeah, she did end up having to go to trial for that.

11       THE COURT:  Anything about your experiences with your

12   mother and sister that would cause you -- could make you

13   biased for one side or the other in a criminal trial even

14   though -- this is a Medicare fraud case.  But anything about

15   those experiences?

16       PROSPECTIVE JUROR:  Unlikely.  Yeah, I would say it's

17   unlikely.  They were sexual assault related so it's unlikely

18   to be something that would come up again here.

19       THE COURT:  Okay.  And 26.

20       PROSPECTIVE JUROR:  Right.  26 was the --

21       THE COURT:  The right to not testify.

22       PROSPECTIVE JUROR:  Yeah.  And I think I initially

23   noted that under the understanding of what the question was,

24   so I initially understood the question as the defense didn't

25   mount any defense, but I now understand the question as if the

1    defendant didn't go up to the podium himself, which I'm going

2    to strike that.  I think that would be perfectly normal if the

3    defendant doesn't go up himself.

4         THE COURT:  Well, I want to follow up on that,

5    because again, as I told you, the defendant is presumed

6    to be innocent.  The defendant doesn't have to prove himself

7    innocent.  The government has to prove him guilty.  So,

8    actually, there's no requirement that a defendant mount a

9    defense.  A defendant can simply say the government hasn't

10   proven its case.

11        PROSPECTIVE JUROR:  Sure.

12        THE COURT:  If the defendant were to do that in this

13   case, and I'm not saying he's going to, but if the defense

14   were to do that, could you just evaluate the government's

15   evidence, determine if they've proven their case beyond a

16   reasonable doubt without somehow raising an inference that the

17   defendant must be guilty because he didn't raise a defense.

18        PROSPECTIVE JUROR:  I would imagine so.  I imagine I

19   would still base it on the evidence that the prosecution

20   presented.  Like if they presented convincing evidence, then

21   I would be convinced.  And if they didn't, I wouldn't.

22        THE COURT:  So you would put aside -- you would be able

23   to put aside the fact that the defendant didn't put on a case?

24        PROSPECTIVE JUROR:  I believe so.  Yeah.  I would just

25   be looking at what the prosecution said.

1          THE COURT:  Okay.  Any follow-up, Mr. Khouri?

2          MR. KHOURI:  Please, Your Honor.

3       Good morning.

4          PROSPECTIVE JUROR:  Good morning.

5          MR. KHOURI:  What caught my attention was the fact

6    that you're an independent contractor.

7          PROSPECTIVE JUROR:  Yes.

8          MR. KHOURI:  And sitting on a case that may last as

9    long as two weeks would cause you financial hardship, sir?

10         PROSPECTIVE JUROR:  Yes.

11         MR. KHOURI:  Are you the sole provider of yourself

12   and your family?

13         PROSPECTIVE JUROR:  Yeah, I am.

14         MR. KHOURI:  So if when you're sitting on this case,

15   if you're chosen as a juror, would your attention be

16   distracted by the fact that you're losing a lot of money?

17         PROSPECTIVE JUROR:  I'm fortunate enough to not be

18   living paycheck to paycheck, so it wouldn't be financial ruin.

19   So, no.  If chosen I would be here, I would be present.  Just

20   in the back of my mind.

21         MR. KHOURI:  All right.  Thank you very much, sir.

22         THE COURT:  Ms. Willis?

23         MS. WILLIS:  Nothing from the government.

24         THE COURT:  Thank you.

25         PROSPECTIVE JUROR:  Thank you.

1          (Juror 2473 steps down.)

2           (End of bench conference.)

3          THE COURT:  Ladies and gentlemen, my very, very

4     diligent, hard-working court reporter needs a break.  He's

5     been reporting every word that's said and we need to take a

6     break.  We'll take a 10-minute break.  We'll come back in 10

7     minutes.

8        We're moving along and as soon as we have enough qualified

9     jurors to start the selection process, we'll excuse the rest

10    of you.  But we're not there yet.  Thank you for your

11    patience.

12         (Recess from 11:55 a.m. to 12:13 p.m.)

13         THE COURT:  All right.  Ladies and gentlemen, thanks

14    for bearing with us.  It is currently about 12:15, and we are

15    not yet through.  So I'm thinking we're going to break for

16    lunch probably close to one o'clock and then finish the

17    questioning after lunch.

18       All right.  Next juror?

19       Yes, Ms. Willis?

20       (Bench conference.)

21         MS. WILLIS:  I just wanted to make sure.  I don't think

22    we discussed the last juror after he was finished, No. 2473.

23    I just wanted to confirm we didn't have any objections, but I

24    didn't know if we were going to have a --

25         THE COURT:  No.  I'm going to leave him where he is.

1    Obviously, we'll take into consideration his statements about

2    his pay, but everybody to some extent suffers a financial hit

3    so I'm not going to excuse him at this point.  But obviously

4    you can factor that in in your strikes.

5             MS. WILLIS:  Thank you, Your Honor.

6             THE COURT:  Okay.

7        (Juror 1794 steps up.)

8             THE COURT:  Good morning.  Are you Juror No. 1794?

9             PROSPECTIVE JUROR:  Yes, ma'am.

10            THE COURT:  What questions did you have answers to?

11            PROSPECTIVE JUROR:  5c, 11, 13, 16, and 17.

12            THE COURT:  Okay.  5c.  Anything about this case based

13   on what I've just told you that might impair your ability as a

14   juror to give everyone a fair trial?

15            PROSPECTIVE JUROR:  Yes.  I am myself a lawyer, and in

16   law school one of my focus areas was federal healthcare

17   compliance.  So healthcare fraud and abuse, that sort of

18   thing.  I know the case law very well.  Wanted to just bring

19   that to your attention.

20            THE COURT:  Thank you.  And do you currently practice

21   as a lawyer right now?

22            PROSPECTIVE JUROR:  No.  I work in healthcare policy.

23   So technically not practicing.  I am barred.

24            THE COURT:  Now -- and I ask you this as someone who

25   has been on a jury and formerly did criminal law.  Would you

1    be able to put aside what you learned in law school and what

2    you retained from that and what you know now from your work

3    and follow the instructions of law as I give them to you even

4    if they don't comport with what you recall the law is or what

5    you think the law is?

6            PROSPECTIVE JUROR:  Yeah.  Yes.

7            THE COURT:  Do you think you'd have trouble not

8    teaching the jury?  In other words, not using the knowledge

9    you have -- obviously, you have your common sense and your

10   life experience and that informs your discussions in your

11   deliberations.  But given your background and what you focused

12   on in law school, do you think it would be difficult for you

13   to just be a regular juror and not an instructor or help

14   people understand the law better?

15           PROSPECTIVE JUROR:  I hate to give a lawyerly answer,

16   but I think it depends.

17           THE COURT:  Okay.  Let me ask about question 11.  You

18   or any member of your family or close friends, an experience

19   with any of the agencies in this case?

20           PROSPECTIVE JUROR:  Yes.  One of my best friends from

21   law school currently works for HHS, CMS division.

22           THE COURT:  Does that friend work in the fraud section

23   or insurance fraud section?

24           PROSPECTIVE JUROR:  No.  Office of general counsel.

25           THE COURT:  Anything about that friend's work at the

1    HHS that would cause you to evaluate an HHS witness's

2    testimony differently or be biased in favor of one side or the

3    other?

4         PROSPECTIVE JUROR:  Depends.  She does legal review of

5    different rules that come out.  And if I thought a rule might

6    have come from her, that could be a potential area of bias.

7         THE COURT:  All right.  I'm going to keep going on and

8    then I'm going to ask you some other questions.  Number 13,

9    family or close friends involved in law enforcement.  Is that

10   the same friend with HHS?

11        PROSPECTIVE JUROR:  No.  My uncle was a former FBI

12   agent, currently retired.

13        THE COURT:  Would you be able to, given your uncle's

14   prior career, would you be able to evaluate and judge the

15   testimony of an FBI agent just as you would any other witness

16   and put aside whatever you learned about or your fondness for

17   your uncle?

18        PROSPECTIVE JUROR:  My bias here is that my uncle is

19   not my favorite uncle.

20        THE COURT:  Okay.

21        PROSPECTIVE JUROR:  He's very conservative.

22        THE COURT:  In other words, would you be able to

23   evaluate the testimony of an FBI witness or any law

24   enforcement witness as you would any other witness, regardless

25   of -- despite your relationship with your uncle?

1      PROSPECTIVE JUROR:  Yes.  I would think I have other

2   bias that might affect that.  I think that was really -- it

3   was one of the other questions.

4      THE COURT:  Okay.  You seem to be struggling here, and

5   I understand.  I appreciate that.  Because I know you're

6   trying to be inclusive and trying to err on the side of

7   bringing up concerns that you have.

8      If you were the defendant in this case, would you want you

9   to be a juror in this case?  With all your experience and

10  connections, do you think you could be fair to the defendant

11  in this case?  Or the government, actually.

12     PROSPECTIVE JUROR:  Of course I would hope to be fair

13  to both defendant and government.  I haven't previously been

14  on a jury, so I don't know what jury deliberations are like.

15  I like to think that I would not commandeer a jury discussion

16  or bring previous knowledge of healthcare fraud and abuse into

17  jury deliberation as supplemental, outside of what has been

18  brought into evidence.

19     THE COURT:  What's your concern here?

20     PROSPECTIVE JUROR:  With regards to --

21     THE COURT:  To whether you're suitable as a juror in

22  this kind of case.

23     PROSPECTIVE JUROR:  Concern is just that I have an area

24  of knowledge.  I don't want to say that I would be evaluating

25  how either government or defendant is arguing or the evidence

1    that they're bringing, I just know that I already have a

2    framework for how cases similar to this would work.

3         THE COURT:  So we have a lot of lawyers who come in

4    and serve on juries, as I said, judges.  Can you follow my

5    instructions as I give them to you as to what the law is and

6    disregard any evidence I tell you you're not to factor in and

7    confine yourself to the evidence in the courtroom and the law

8    as I present it to you?

9         PROSPECTIVE JUROR:  I would to the best of my ability.

10        THE COURT:  And do you have any doubt as to your

11   ability to do that?

12        PROSPECTIVE JUROR:  Only to the extent that jury

13   deliberation is an unknown experience.

14        THE COURT:  Okay.  Mr. Khouri?

15        MR. KHOURI:  Thank you, Your Honor.

16     Good morning, sir.  Or actually good afternoon.  It's a

17   pleasure to meet you.  You know all about the particulars of

18   healthcare, like CPT codes and diagnosis codes and how a bill

19   is submitted to a federally funded healthcare program, the

20   relationship between local coverage determinations and

21   national coverage determinations and so on and so on.  Right?

22        THE COURT:  Wait a second, Mr. Khouri.  Do you know

23   those things?

24        PROSPECTIVE JUROR:  Yes.  I'm aware of them.  I have

25   not worked with them personally.

1    THE COURT:  Do you have any familiarity with those

2    things?

3    PROSPECTIVE JUROR:  Yes, I do.

4    THE COURT:  Okay.

5    MR. KHOURI:  And is your familiarity based upon your

6    position, your job position?

7    PROSPECTIVE JUROR:  No.  My education.

8    MR. KHOURI:  So if you have personal knowledge of these

9    things and you hear evidence coming in, are you going to

10   listen to the evidence or apply what you have personal

11   knowledge of to make determinations?  Do you think you can do

12   that?  Or do you think you could just listen to the evidence

13   or are you going to apply your personal knowledge.

14   PROSPECTIVE JUROR:  To the best of my ability I would

15   listen to the evidence.  I think it depends on what the

16   evidence is.  And if I do have a frame of reference, it's

17   limited.

18   MR. KHOURI:  Sounds like you really don't know what

19   you're going to be able to do.  Is that accurate?

20   PROSPECTIVE JUROR:  That's fair, yes.

21   MR. KHOURI:  As a lawyer, you gotta uphold the law.

22   So I understand why you're struggling.  Do you think that

23   you're going to bring your personal knowledge into the jury

24   deliberations if the other jurors are saying something that

25   you think is wrong factually?

1          THE COURT:  Mr. Khouri.

2          MR. KHOURI:  Yes, Your Honor.

3          THE COURT:  That's part of deliberations.

4          MR. KHOURI:  When you're listening to the evidence, do

5     you think you're going to be able to rely on what comes from

6     the witness stand, or are you going to apply what you know

7     because you're a healthcare attorney?

8          PROSPECTIVE JUROR:  I would think they would try to do

9     such a good job, I wouldn't have to rely on my prior

10    knowledge.

11         MR. KHOURI:  Nothing further.

12         THE COURT:  Okay.  Ms. Willis?

13         MS. WILLIS:  No questions from the government.

14         THE COURT:  All right.  Thank you.

15      (Juror 1794 steps down.)

16         THE COURT:  Counsel, Mr. Khouri, I give lawyers a

17    lot of leeway in this case, but you can't argue to the juror.

18    You can't argue with the juror.  You can ask follow-up

19    questions that are in a limited frame.

20      But your first question was, frankly, assuming facts not

21    in evidence, assuming that this witness knew about the things

22    that you were talking about.  And the questions should be

23    open-ended and not argumentative.  So I think you're coming

24    close to it and I'd ask you to keep your questions a little

25    less weighted.

1        MR. KHOURI:  Yes, Your Honor.  Could I make a motion?

2        THE COURT:  Yes.  Are you moving to strike for cause?

3        MR. KHOURI:  Yes, ma'am.

4        THE COURT:  All right.  Ms. Willis, do you have an

5    objection?

6        MS. WILLIS:  May I have the Court's brief indulgence?

7      (Government conferring.)

8      No objection.

9        THE COURT:  Okay.  I actually don't -- I think this

10   juror was someone who has not been on a jury before and was

11   recently graduated from law school and probably has an

12   overestimation of their knowledge.  But given that there's a

13   motion and there's no objection, I will strike the juror for

14   cause.

15     (Juror 0289 steps up.)

16       THE COURT:  Good morning.

17       PROSPECTIVE JUROR:  Good morning.

18       THE COURT:  Are you Juror No. 0289?

19       PROSPECTIVE JUROR:  Yes, I am.

20       THE COURT:  What questions did you have answers to?

21       PROSPECTIVE JUROR:  13, 18, and possibly 31.  I needed

22   you to repeat it just to clarify.

23       THE COURT:  Okay.  I will do that right now.

24     Question 31 is if the United States proves its case,

25   that is presents evidence that shows beyond a reasonable

1    doubt that the defendant committed the crimes he has been

2    charged with, will you be able to find him guilty?

3            PROSPECTIVE JUROR:  Oh, then yes.

4            THE COURT:  You will be able to?

5            PROSPECTIVE JUROR:  Yes.

6            THE COURT:  All right.  So 13.  Has any member of your

7    family or any close friend been involved in law enforcement.

8            PROSPECTIVE JUROR:  Yes.

9            THE COURT:  Who is that?

10           PROSPECTIVE JUROR:  My best friend was a special agent

11   for the IRS for many years and now she's a special agent with

12   another government agency.

13           THE COURT:  Okay.  Given that it's your best friend and

14   her history of employment, do you think you'd be able to weigh

15   the testimony of a law enforcement witness as you would with

16   any other witness, despite your friend's job?

17           PROSPECTIVE JUROR:  Sure.

18           THE COURT:  Okay.  And number 18.  Have you or any

19   member of your family ever been -- or close friend ever been

20   the victim of a crime.

21           PROSPECTIVE JUROR:  Yes.  A close friend of mine was

22   just carjacked about a month ago.

23           THE COURT:  I'm sorry to hear that.  Were the police

24   involved?  Was your friend injured in any way?

25           PROSPECTIVE JUROR:  The police were involved but my

1       friend was not injured, thank God.

2              THE COURT:  Given what happened to your friend, do you

3       think you'd be able to sit as a fair juror in this case?

4              PROSPECTIVE JUROR:  Sure.

5              THE COURT:  Yes.  Any follow-up from the government?

6              MS. WILLIS:  No, Your Honor.

7              MR. KHOURI:  No, Your Honor.

8              THE COURT:  All right.  Thank you.

9          (Juror 0289 steps down.  Juror 1291 steps up.)

10             PROSPECTIVE JUROR:  Good morning.

11             THE COURT:  Good morning.  Are you Juror No. 1291?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  All right.  And what questions do you have

14      answers to?

15             PROSPECTIVE JUROR:  Number 6, 11, 12, 13.

16             THE COURT:  Okay.  With No. 6, you have plans?

17             PROSPECTIVE JUROR:  Well, I was on vacation, but that's

18      canceled.

19             THE COURT:  Oh, no.  I'm sorry.  Was it because of this

20      jury service?

21             PROSPECTIVE JUROR:  Yes.

22             THE COURT:  And so were you able to reschedule it?

23             PROSPECTIVE JUROR:  I'm working until they said I had

24      to come down here.

25             THE COURT:  So you moved your vacation time to another

1    time?

2              PROSPECTIVE JUROR:  Not yet.  No, ma'am.

3              THE COURT:  Oh.  I'm so sorry.

4         Number 11.  You or any member of your family or close

5    friends had any experience with any of the agencies involved

6    here?

7              PROSPECTIVE JUROR:  Yes.  One of them did.

8              THE COURT:  Who is that that had experience with the

9    agency?

10             PROSPECTIVE JUROR:  My mother and father, but they're

11   deceased.

12             THE COURT:  What experience did they have?

13             PROSPECTIVE JUROR:  They tried to get Medicaid and had

14   problems with Section A and B.  And unfortunately, they're not

15   here anymore so we didn't go further with that.

16             THE COURT:  Okay.  So did your parents -- the fact that

17   your parents had these problems with their Medicare insurance,

18   do you think that would cause you to be more or less -- be

19   biased one way or against the fact that Medicare's involved

20   here, or that it's Medicare witnesses?

21             PROSPECTIVE JUROR:  No.  I'll be fine.  No, ma'am.

22             THE COURT:  Okay.  What line of work are you in, ma'am?

23             PROSPECTIVE JUROR:  I work for Unified

24   Communications -- Office of Unified Communications, 911, 311.

25             THE COURT:  Okay.  Question 12.  Do you have any

1    feelings or views more generally about DOJ, FBI, or HHS that

2    might impair your ability to be fair in this case?

3            PROSPECTIVE JUROR:  No.  I should have put no for that

4    one.  Yes, ma'am.

5            THE COURT:  Okay.  13.  Any member of your family or

6    close friends been involved in law enforcement?

7            PROSPECTIVE JUROR:  Yes.

8            THE COURT:  Who is that?

9            PROSPECTIVE JUROR:  You're talking about as far as

10   being arrested?

11           THE COURT:  No.  Just involved in work.  Law

12   enforcement.

13           PROSPECTIVE JUROR:  Yes.  I have two cousins.

14           THE COURT:  And what agency do they work for?

15           PROSPECTIVE JUROR:  One of them was a detective,

16   one was a D.C. police officer.

17           THE COURT:  Anything about the fact that these

18   relatives who worked for law enforcement, do you think you

19   could consider the testimony of a law enforcement officer

20   the same as you would any other witness?

21           PROSPECTIVE JUROR:  Yes, I could.

22           THE COURT:  Now, you said -- do you have any close

23   friends, family members or yourself ever been arrested or

24   charged with a crime?

25           PROSPECTIVE JUROR:  My son.

1          THE COURT:  And what's the status of his case?

2          PROSPECTIVE JUROR:  Well, he's still away.

3          THE COURT:  Is he locked up?

4          PROSPECTIVE JUROR:  Yes, ma'am.

5          THE COURT:  Does the fact that your son is

6     incarcerated, would that cause you to be biased for one side

7     or the other here?

8          PROSPECTIVE JUROR:  Yes, because when the jury made

9     the decision about him, it was unfair.  So I don't want to

10    judge anybody else or anything else like this.

11         THE COURT:  So you think that even if the government

12    proved its case beyond a reasonable doubt, you would -- would

13    you have a problem entering a verdict of guilty if the

14    government proved its case beyond a reasonable doubt because

15    of what happened with your son?

16         PROSPECTIVE JUROR:  Yes.  I would have a problem with it.

17         THE COURT:  Okay.  Thank you, ma'am.

18         PROSPECTIVE JUROR:  Welcome.

19       (Juror 1291 steps down.)

20         THE COURT:  Any objection?

21         MS. WILLIS:  The government would move to strike this

22    witness for cause.

23         THE COURT:  Mr. Khouri?

24         MR. KHOURI:  Submit, Your Honor.

25         THE COURT:  All right.  The juror will be stricken for

1    cause.

2         (Juror 1809 steps up.)

3              THE COURT:  Good morning.

4              PROSPECTIVE JUROR:  Good afternoon.

5              THE COURT:  Good afternoon.  You're right.  Are you

6    Juror No. 1809?

7              PROSPECTIVE JUROR:  Yes, I am.

8              THE COURT:  What questions did you answer, sir?

9              PROSPECTIVE JUROR:  13 and 31.

10             THE COURT:  Okay.  Let's start with 13.  You, family,

11   close friend involved in law enforcement?

12             PROSPECTIVE JUROR:  Yes.  My father was a local and

13   then state trooper in Massachusetts.

14             THE COURT:  Anything about his employment in that

15   capacity that would affect your ability to evaluate the

16   testimony of a law enforcement officer the same as you would

17   any other witness?

18             PROSPECTIVE JUROR:  No.

19             THE COURT:  All right.  31.

20             PROSPECTIVE JUROR:  I may have misunderstood this

21   question.

22             THE COURT:  That's okay.  Err on the side of answering

23   it if you're not sure.  All right.  If the government proves

24   its case beyond a reasonable doubt that the defendant

25   committed the crimes that he's been charged with, would you be

1    able to find the defendant guilty?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  What was your concern about that question?

4              PROSPECTIVE JUROR:  I guess I didn't expect to write

5    down yes for something that was expected.

6              THE COURT:  Right.  Well, there are people who say I

7    just can't find somebody guilty, period, no matter what.  And

8    that's what I'm trying to get at.  Obviously, the government

9    has a burden to prove him guilty beyond a reasonable doubt.

10   But the question is if they meet that burden, and obviously

11   that's for you to decide, could you find him guilty?

12             PROSPECTIVE JUROR:  Yes.  And I'm sorry.  I thought we

13   were only supposed to note when you said yes.

14             THE COURT:  Okay.  That's all right.  Sometimes the

15   wording is a little confusing.

16       Okay.  Any follow-up, Ms. Willis?

17             MS. WILLIS:  Nothing further, Your Honor.

18             THE COURT:  Mr. Khouri?

19             MR. KHOURI:  Yes, Your Honor, please.

20       Good afternoon, sir.  If the government does not prove its

21   case beyond a reasonable doubt, can you find the defendant not

22   guilty?

23             PROSPECTIVE JUROR:  Yes.

24             MR. KHOURI:  Okay.  Thank you.

25             PROSPECTIVE JUROR:  I do have one other note.

1          THE COURT:  Yes.

2          PROSPECTIVE JUROR:  There's actually another member of

3     the jury pool known to me.  I don't know if it's an issue.

4          THE COURT:  Actually, that's a question that I usually

5     ask, and I don't know why I didn't ask it this time.  If you

6     were selected to sit on the jury panel, would you be able to

7     deliberate, disagree with the person that you know?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  All right.  Thank you.

10      (Juror 1809 steps down.)

11          THE COURT:  That's a question I forgot to ask.

12      (End of bench conference.)

13          THE COURT:  Ladies and gentlemen, there's one question

14     I did forget to ask:  If you know somebody else on the jury

15     panel.  And one of the questions I'd ask, if you know someone

16     else on the jury panel and you were selected to serve on the

17     jury with them, would you be able to deliberate with them and

18     disagree if necessary and -- or would that affect your ability

19     to be fair if you know someone else on the jury?

20      If you've already come up and you want to add to that, let

21     Mr. Bradley know.  But I guess that would be No. 33.  You want

22     to come back up, sir?  Okay.

23      (Juror 1548 steps up.)

24          THE COURT:  Yes.

25          PROSPECTIVE JUROR:  I guess you just talked to my

 1    friend.

 2         THE COURT:  Oh, sorry.  And this is -- what's your

 3    juror number again?

 4         PROSPECTIVE JUROR:  I think 1548.

 5         THE COURT:  Yes.  1548.  Thank you.

 6         PROSPECTIVE JUROR:  No, it wouldn't affect.

 7         THE COURT:  Okay.  Thank you.

 8      (Juror 1548 steps down.  Juror 2082 steps up.)

 9         THE COURT:  Good morning.

10         PROSPECTIVE JUROR:  Good afternoon.

11         THE COURT:  Oh, good afternoon.  You're right.  Sorry

12    about that.  Are you juror 2052?

13         PROSPECTIVE JUROR:  2082.

14         THE COURT:  You're right.  2082.  And what questions

15    did you have answers to?

16         PROSPECTIVE JUROR:  So I only have numbers 6 and 19.

17         THE COURT:  Okay.  And what are your plans that you

18    have?

19         PROSPECTIVE JUROR:  So the only thing is I really don't

20    have plans to get out of the country or any travel, but I'm a

21    nurse manager and we have a nursing shortage right now.  I

22    just feel like leaving my staff hanging with two resignations

23    just last week, so it gives us like an awkward situation we're

24    in with staffing.  And I would be in a clinical -- clinicals

25    aside from being a manager.

1          THE COURT:  All right.  And what kind of nurse are you?

2          PROSPECTIVE JUROR:  I'm a radiology nurse manager at

3     Children's.

4          THE COURT:  And if you were -- say you were out sick

5     for a week or two, who covers for you?

6          PROSPECTIVE JUROR:  I have a -- have like a right-hand

7     team leader who helps me with staffing just in case I'm out.

8          THE COURT:  If you're out and your team leader has to

9     take over for you, what happens to your patients?

10         PROSPECTIVE JUROR:  It will really impact because --

11    she will help in staffing as well.  So she will take over

12    whatever is necessary if I have to be chosen.

13         THE COURT:  Do you actually conduct the procedures, or

14    do you just organize the administration of --

15         PROSPECTIVE JUROR:  I do both.  I do both.  So if we

16    have not enough staffing, I do procedures with the doctors

17    because I'm covering for whatever missing staffing we have in

18    the department.

19         THE COURT:  This is a case involving Medicare fraud for

20    certain medical procedures.  Do you think you'll be able to --

21    do you have any familiarity with that area?

22         PROSPECTIVE JUROR:  Medicare, no, not really.

23         THE COURT:  Okay.  Because you work with kids.

24         PROSPECTIVE JUROR:  Mm-hm.

25         THE COURT:  And do you think you'd be able to put aside

1    your medical knowledge?  If you were hearing testimony about

2    medical procedures or the necessity for medical procedures, do

3    you think you'll be able to set aside what you know from your

4    job and follow only the evidence and the instructions that are

5    given to you?

6          PROSPECTIVE JUROR:  I believe so, yes.

7          THE COURT:  Okay.  Number 19.

8          PROSPECTIVE JUROR:  Number 19 I think is the witness.

9          THE COURT:  Yes.

10         PROSPECTIVE JUROR:  I was a witness last -- 2019 for

11   an IRS criminal investigation about fraud in regards to my

12   tax preparer.

13         THE COURT:  So was the allegation that your tax

14   preparer had committed fraud against you or just had committed

15   fraud?

16         PROSPECTIVE JUROR:  Just committed fraud.

17         THE COURT:  So you weren't a victim.

18         PROSPECTIVE JUROR:  I was a victim.

19         THE COURT:  You were a victim.  Well, this is a fraud

20   case.  Do you think the fact that you were a victim of fraud

21   could affect your ability to be fair in this case and give the

22   defendant a fair trial?  He's accused of fraud.

23         PROSPECTIVE JUROR:  I don't think so.  I don't think --

24   I believe I can be biased about it.

25         THE COURT:  When you say you can be biased, you mean --

1    can you be fair?

2            PROSPECTIVE JUROR:  I can be fair, yes.

3            THE COURT:  Could you evaluate the testimony of a law

4    enforcement officer as you would any other witness given what

5    you've experienced?

6            PROSPECTIVE JUROR:  Yes.

7            THE COURT:  Mr. Khouri?

8            MR. KHOURI:  Thank you, Your Honor.

9       Good afternoon.

10           PROSPECTIVE JUROR:  Good afternoon.

11           MR. KHOURI:  How would you be biased?

12           PROSPECTIVE JUROR:  Well, I think, you know, I will

13   separate my experience against, you know, like what I

14   experienced and put it aside --

15           THE COURT:  I think there was a misunderstanding.

16   When you say biased -- when you say biased, do you mean fair

17   or unfair?

18           PROSPECTIVE JUROR:  Fair.  I'm sorry.

19           THE COURT:  I think you mean unbiased?

20           PROSPECTIVE JUROR:  Unbiased.

21           MR. KHOURI:  Oh, okay.

22           PROSPECTIVE JUROR:  Sorry.

23           MR. KHOURI:  Thank you.  So you're a nurse?

24           PROSPECTIVE JUROR:  Yes.

25           MR. KHOURI:  Do you have any experience in pain

1    management?

2              PROSPECTIVE JUROR:  Yes, I do.

3              THE COURT:  What kind of experience?

4              PROSPECTIVE JUROR:  So we do interventional radiologic

5    procedures where I administer sometimes fentanyl, and that's

6    pain medication.  We administer propofol and Versed

7    medications as well.

8              MR. KHOURI:  Is that IV or by injection?

9              PROSPECTIVE JUROR:  IV, IV.

10             MR. KHOURI:  And do you have any experience with

11   Medicaid fraud?

12             PROSPECTIVE JUROR:  No.

13             MR. KHOURI:  All right.  Thank you very much.

14             THE COURT:  Ms. Willis?

15             MS. WILLIS:  Just one follow-up.  While I understand

16   it would be inconvenient for you to be out, would somebody be

17   able, just to clarify, to cover your patients for you?

18             PROSPECTIVE JUROR:  Yes.

19             MS. WILLIS:  That was my only question.

20             THE COURT:  All right.  Thank you, ma'am.

21        (Juror 2082 steps down.)

22             THE COURT:  I realize that I excused the previous

23   nurse.  I'm not going to do that in this case.  For a couple

24   reasons.  One is I think she can get someone to cover, and

25   two, the previous nurse was a sexual assault examiner and time

1      is of the essence, and she did say that some of those things

2      may be delayed.  I don't think similar concerns are here.

3      Does anyone have a motion?

4              MS. WILLIS:  No, Your Honor.

5              THE COURT:  All right.  Thank you.

6          (Juror 1031 steps up.)

7              THE COURT:  Good afternoon.  Are you Juror No. 1031?

8              PROSPECTIVE JUROR:  Yes.  Yes.

9              THE COURT:  And what questions did you have answers to,

10     sir?

11             PROSPECTIVE JUROR:  You mean -- what do you mean, the

12     answer -- like do you think -- can you --

13             THE COURT:  Did you have any trouble understanding my

14     questions?

15             PROSPECTIVE JUROR:  Yeah.  Number 21, you asked the --

16     you say if anybody cannot follow what you will say today, some

17     vocabulary I didn't understand.

18             THE COURT:  Okay.

19             PROSPECTIVE JUROR:  And also 27, I answer do you have

20     or your family Medicaid -- I'm sorry -- Medicare.  My family

21     have Medicare.

22             THE COURT:  Okay.  Thank you, sir.

23         Any objections, counsel?

24             MS. WILLIS:  None from the government.

25             MR. KHOURI:  Was the question any objections?

```
 1                THE COURT:  Yeah.  I was not going to question further.
 2                MR. KHOURI:  Yeah.  I think there might be a
 3      misunderstanding.
 4                THE COURT:  All right.  Thank you, sir.
 5           (Juror 1031 steps down.)
 6                THE COURT:  Mr. Bradley had indicated that there was
 7      some indication earlier that this witness has some
 8      comprehension difficulties.  And I'm inclined to excuse him
 9      unless you all have an objection.
10                MS. WILLIS:  No objection from the government.
11                MR. KHOURI:  None.
12                THE COURT:  I'll just note that he got the questions
13      wrong.  He seemed very confused.  And unless you have a reason
14      why I shouldn't excuse him, I will excuse him.
15                MR. KHOURI:  I think he should be excused.
16                THE COURT:  All right.  He will be.
17           Actually, if there's a motion to strike for cause -- I'm
18      just going to excuse him, since you both agree.  All right.
19           (Juror 2073 steps up.)
20                THE COURT:  Good afternoon, sir.  Are you Juror No.
21      2073?
22                PROSPECTIVE JUROR:  Yes, ma'am.
23                THE COURT:  What questions did you have answers to?
24                PROSPECTIVE JUROR:  Say that again.
25                THE COURT:  What questions did you have answers to?
```

1      PROSPECTIVE JUROR:  I would say No. 5, I think.  Yeah.

2   Elaine Thomas or something like that.  That sounds familiar.

3      THE COURT:  Are you saying there was a witness name

4   that you heard of a potential witness?

5      PROSPECTIVE JUROR:  Mm-hm.  I think it's Elena Thomas

6   or Thompson?  Something like that.

7      THE COURT:  Any other questions you had answers to?

8      PROSPECTIVE JUROR:  No, ma'am.

9      THE COURT:  What do you do for a living, sir?

10      PROSPECTIVE JUROR:  I work for Hertz as a Flex customer

11   service agent at Ronald Reagan Airport.

12      THE COURT:  Have you ever been a juror before?

13      PROSPECTIVE JUROR:  Yeah.  Back in the '90s.

14      THE COURT:  And do you think you could be a fair and

15   impartial juror in this case?

16      PROSPECTIVE JUROR:  Yes.  I did grand jury before.

17      THE COURT:  Do you understand the difference between

18   a grand jury and a trial jury?  In other words, a grand juror

19   only has to find that there's probable cause, whereas a

20   criminal trial juror has to find proof beyond a reasonable

21   doubt.  Do you understand?

22      PROSPECTIVE JUROR:  Yes, ma'am.

23      THE COURT:  Counsel, any questions?

24      MS. WILLIS:  Just one clarification.  When the juror

25   was a juror in the '90s, just the grand jury, not another type

1    of jury; is that correct?  Just want to make sure I

2    understand.

3              PROSPECTIVE JUROR:  I did a grand jury and a pretrial

4    jury, whatever that is.

5              THE COURT:  Pretrial juror?  Did you sit in a courtroom

6    and hear evidence?

7              PROSPECTIVE JUROR:  Yeah.  And seen the bailiff bring

8    in the --

9              THE COURT:  Defendant?

10             PROSPECTIVE JUROR:  Yes, ma'am.

11             THE COURT:  Did you reach a verdict in that case?

12             PROSPECTIVE JUROR:  Yeah.  Yeah, that was grand jury.

13   That was like six months.  You gotta do grand jury for six

14   months and we reached a verdict.

15             THE COURT:  Okay.  But when you say you reached a

16   verdict, you mean you voted on whether there was probable

17   cause?

18             PROSPECTIVE JUROR:  Yeah.  We had to write on a piece

19   of paper as an anonymous group.

20             THE COURT:  Was there a judge there or no judge?

21             PROSPECTIVE JUROR:  There was a judge there.  There was

22   a judge.

23             THE COURT:  And do you remember the charges in that

24   case?

25             PROSPECTIVE JUROR:  No, ma'am.  It's been a while.

1          THE COURT:  Okay.  Any follow-up, Mr. Khouri?

2          MR. KHOURI:  No, Your Honor.

3          THE COURT:  Thank you.

4       (Juror 2073 steps down.)

5          THE COURT:  I would also note that Mr. Bradley said

6    there were a couple issues with this juror earlier, just sort

7    of unusual behavior.  Is there a motion?

8          MS. WILLIS:  Your Honor, the government would make a

9    motion.  We would just note that this witness didn't -- it

10   appears misunderstood the Court's questions or didn't answer

11   some of them because he mentioned being on a jury.  That was

12   one of the questions, and he hadn't answered that as one of

13   the questions he came up here for.

14      He seemed a little bit -- just it did seem from the

15   government's perspective that something was going on and I

16   don't know what that is.  I'm just noting that there was from

17   the government's perspective some issues with the juror's

18   demeanor.

19         THE COURT:  He seemed to have a very clear

20   misunderstanding of whether he was in a jury trial or in a

21   grand jury and I still don't know which one it was, and I

22   don't think he does either.  Is there a motion?

23         MS. WILLIS:  Yes.  I would move to strike.

24         THE COURT:  Mr. Khouri.

25         MR. KHOURI:  No opposition.

```
1              THE COURT:  Juror will be stricken for cause.
2          (Juror 2787 steps up.)
3              THE COURT:  Good afternoon.
4              PROSPECTIVE JUROR:  Hello.
5              THE COURT:  Are you Juror No. 2787?
6              PROSPECTIVE JUROR:  I am.
7              THE COURT:  What questions did you have answers for?
8              PROSPECTIVE JUROR:  For 13 and 18.
9              THE COURT:  All right.  You or any member of your
10     family or close friends been involved in law enforcement?
11             PROSPECTIVE JUROR:  Yes.  My father was a police
12     officer, and my paternal grandfather was a police officer.
13             THE COURT:  And anything -- where?
14             PROSPECTIVE JUROR:  In Tidewater, Virginia.
15             THE COURT:  And anything about -- well, does the fact
16     that your father and grandfather were in law enforcement,
17     would you be able to weigh the testimony of a law enforcement
18     officer the same as you would any other witness in this case?
19             PROSPECTIVE JUROR:  Yes.  I believe I could.
20             THE COURT:  And number 18.  You, any member of your
21     family or close friend ever been a crime victim.
22             PROSPECTIVE JUROR:  Yes.  My uncle was severely injured
23     as a cyclist from a driver.
24             THE COURT:  How long ago was that?
25             PROSPECTIVE JUROR:  That was two years ago.
```

1          THE COURT:  Were the police involved at all?

2          PROSPECTIVE JUROR:  They were.

3          THE COURT:  Anything about what happened to your uncle

4     that would affect your ability to be fair and impartial in

5     this case?

6          PROSPECTIVE JUROR:  No.  I don't think so.

7          THE COURT:  What do you do for a living, sir?

8          PROSPECTIVE JUROR:  I'm a data analyst.

9          THE COURT:  Any follow-up, Mr. Khouri?

10         MR. KHOURI:  No, Your Honor.

11         THE COURT:  Ms. Willis?

12         MS. WILLIS:  No, Your Honor.

13         THE COURT:  Thank you.

14       (Juror 2787 steps down.  Juror 0935 steps up.)

15         THE COURT:  Good afternoon.  Are you Juror No. 0935?

16         PROSPECTIVE JUROR:  Yes.

17         THE COURT:  Okay.  What questions did you have answers

18    to?

19         PROSPECTIVE JUROR:  Huh?

20         THE COURT:  What questions did you have answers to?

21    What questions did you write down on your card?

22         PROSPECTIVE JUROR:  Well, answered 1, 2, 3, 4, 5, 6, 7,

23    8, missed 9, 10, didn't do 11, 12.  13 --

24         THE COURT:  You did have an answer to No. 13?

25         PROSPECTIVE JUROR:  No, I did 13.  I just say yes for

1        that.  My nephew 14.  15 answered.  16 skipped --

2              THE COURT:  All right.  Just tell me the ones you had

3        answers for.

4              PROSPECTIVE JUROR:  That's what I said.

5              THE COURT:  Well, let's start with No. 1.  You know me

6        or any member of my staff?

7              PROSPECTIVE JUROR:  No.

8              THE COURT:  So why did you answer question No. 1?

9              PROSPECTIVE JUROR:  I thought you said to answer the

10       ones you said no.

11             THE COURT:  No.  If you had a yes answer, you would

12       answer No. 1.

13             PROSPECTIVE JUROR:  You know, I didn't understand all

14       this.  I just went no, no, like that.

15             THE COURT:  Okay.  No. 2, do you know any of the

16       lawyers involved in the case?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  All right.  And are your answers to 3 and 4

19       also no, you don't know any of those people?

20             PROSPECTIVE JUROR:  No.

21             THE COURT:  5?

22             PROSPECTIVE JUROR:  No.

23             THE COURT:  All right.  Just give me the ones -- do you

24       know which ones you had yes to?

25             PROSPECTIVE JUROR:  Well, like I said, it was yes about

1    my nephew.

2              THE COURT:  Tell me about your nephew.  Is that someone

3    who was convicted, charged, accused of a crime?

4              PROSPECTIVE JUROR:  Yes.

5              THE COURT:  Tell me about him.  Was he charged with a

6    crime?

7              PROSPECTIVE JUROR:  Yes.  He's in federal prison.

8              THE COURT:  And what were the charges that he was

9    locked up on?

10             PROSPECTIVE JUROR:  They try to say he robbed somebody

11   and molested a woman, raped her or something.  I don't know.

12             THE COURT:  Well, obviously that must be very difficult

13   for you and your family.  Does the fact that you have a nephew

14   who is in a federal prison, do you think you'd be able to be

15   fair in a federal criminal case?

16             PROSPECTIVE JUROR:  No, not really.  Because like I

17   said, I don't know if people are innocent or not.  And I ain't

18   trying to go that way by saying, you know, some people could

19   be guilty and some people could be innocent.

20             THE COURT:  If you heard evidence in the case and the

21   government proved beyond a reasonable doubt the defendant's

22   guilt, would you be able to find him guilty?

23             PROSPECTIVE JUROR:  See, that's what I'm saying.

24   I'm telling you I don't know.

25             THE COURT:  All right.

1           PROSPECTIVE JUROR:  Because in my heart I can't say

2       somebody's guilty and I don't know, even if the evidence is

3       there.

4           THE COURT:  Okay.  Thank you, ma'am.

5           PROSPECTIVE JUROR:  Thank you.

6       (Juror 0935 steps down.)

7           THE COURT:  Do I have a motion?

8           MS. WILLIS:  The government would move to strike for

9       cause, Your Honor.

10          THE COURT:  Any objection?

11          MR. KHOURI:  None.

12          THE COURT:  All right.  That juror will be stricken

13      for cause.

14      (Juror 2792 steps up.)

15          THE COURT:  Good afternoon.

16          PROSPECTIVE JUROR:  Good afternoon.

17          THE COURT:  Are you Juror No. 2792?

18          PROSPECTIVE JUROR:  I am.

19          THE COURT:  And what question did you have answers for?

20          PROSPECTIVE JUROR:  I have No. 10.

21          THE COURT:  Have you ever served on a jury before?

22          PROSPECTIVE JUROR:  Yes.  I was on a D.C. grand jury.

23          THE COURT:  By the grand jury, meaning in the room with

24      16 to 23 people, no judge?

25          PROSPECTIVE JUROR:  For a month.

THE COURT:  And do you understand that a grand jury determines only whether there's probable cause, whereas a trial jury in this case would have to determine guilt beyond a reasonable doubt?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Any other questions?

PROSPECTIVE JUROR:  Yes.  So 11, 13, 18, and 21.

THE COURT:  Okay.  11.  You, any member of your family or close friend had any experiences with any of the agencies involved here?

PROSPECTIVE JUROR:  I work for the GSA, and I do a lot of site visits.  So I'm very often in agency headquarters and things like that.  So not personal.

THE COURT:  Would the fact of what you do in your job cause you to view the testimony of the witnesses from those agencies any differently than you would any other witness?

PROSPECTIVE JUROR:  No.

THE COURT:  And 13, law enforcement question.

PROSPECTIVE JUROR:  I have an uncle who was a prosecutor for the Department of Justice.  We're fairly close.

THE COURT:  Anything about his work that might cause you to be more or less favorable to, say, a Department of Justice employee?

PROSPECTIVE JUROR:  I do not believe so.

THE COURT:  All right.  And the crime victim question.

1          PROSPECTIVE JUROR:  I had a burglary like 20 years ago.

2          THE COURT:  Anything about that cause you not to be

3     able to be fair in a criminal case?

4          PROSPECTIVE JUROR:  I do not believe so.

5          THE COURT:  21.  You, any member of your family or

6     close friend had any unpleasant experiences in connection with

7     Medicare.

8          PROSPECTIVE JUROR:  Well, I think it's actually

9     Medicaid.  I don't know if that counts.

10          THE COURT:  Sure.

11          PROSPECTIVE JUROR:  My significant other has substance

12     abuse and mental issues, and his insurance is through

13     Medicaid, and a lot of the programs that he gets referred to

14     don't seem like legitimate programs, like there's no help

15     offered and the staff changes a lot.

16          THE COURT:  Okay.  Well, this is a case involving

17     allegations of Medicare fraud.  Do you think that your

18     significant other's experience would cause you to be biased

19     in favor or against either side in this case?

20          PROSPECTIVE JUROR:  I do not think so.

21          THE COURT:  Okay.  Any follow-up, Ms. Willis?

22          MS. WILLIS:  Nothing from the government.

23          THE COURT:  Mr. Khouri?

24          MR. KHOURI:  No, Your Honor.

25          THE COURT:  All right.  Thank you.

```
1              PROSPECTIVE JUROR:  Okay.  Thank you.

2          (Juror 2792 steps down.  Juror 1523 steps up.)

3              THE COURT:  Good afternoon.

4              PROSPECTIVE JUROR:  Good afternoon, Your Honor.

5      How are you?

6              THE COURT:  Fine, thanks.  Yourself?

7              PROSPECTIVE JUROR:  Not too bad.  Thanks.

8              THE COURT:  Are you Juror No. 1523?

9              PROSPECTIVE JUROR:  Yes, ma'am.

10             THE COURT:  What questions did you have answers for?

11             PROSPECTIVE JUROR:  I had answers for 11, 18, and 31.

12             THE COURT:  Well, let's take that in reverse order.

13     31.  If the government proves its case beyond a reasonable

14     doubt, will you be able to find the defendant guilty?

15             PROSPECTIVE JUROR:  Yes, ma'am.

16             THE COURT:  So why did you answer No. 31?  Oh, because

17     the question was -- now I'm reading it, I'm seeing why we're

18     getting yeses.

19             PROSPECTIVE JUROR:  Okay.

20             THE COURT:  It should say would you have any problem.

21             PROSPECTIVE JUROR:  Oh, no problem.

22             THE COURT:  Thank you.  I will change that.

23          Number 18.  Have you or any member of your family, close

24     friend been a crime victim?

25             PROSPECTIVE JUROR:  Yes.  My girlfriend's dad was a
```

1    victim of identity theft.

2             THE COURT:  All right.  And so this is a case of

3    Medicare fraud.  Would the fact of what happened to your

4    girlfriend's dad lead you to be biased in favor or against

5    any side in this case?

6             PROSPECTIVE JUROR:  No.

7             THE COURT:  How long ago was that?

8             PROSPECTIVE JUROR:  I think it was in the last two or

9    three months.

10            THE COURT:  Have you been involved in it?  Are you

11   involved in the investigation or prosecution of that case?

12            PROSPECTIVE JUROR:  No.

13            THE COURT:  Question 11.  You or any member of your

14   family or close friends had any experience with any of the

15   agencies involved in this case?

16            PROSPECTIVE JUROR:  Yes.  One of my roommates and best

17   friends worked in the HHS OIG office, as a consultant for the

18   HHS OIG office.

19            THE COURT:  Do they still work there?

20            PROSPECTIVE JUROR:  No.

21            THE COURT:  And would that friend's previous employment

22   there affect your ability to evaluate HHS witnesses as you

23   would any other witness?

24            PROSPECTIVE JUROR:  I don't think so.

25            THE COURT:  Would you be inclined to be biased for one

1    side or the other because HHS was involved in this case?

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  Any follow-up, Mr. Khouri?

4              MR. KHOURI:  Yes, Your Honor.

5         Good afternoon, sir.  If the government fails to prove its

6    case beyond a reasonable doubt, could you find the defendant

7    not guilty?

8              PROSPECTIVE JUROR:  Yes.

9              MR. KHOURI:  You said that you think that your

10   friendship will not affect your judgment in this case.

11   Do you have any doubt?

12             PROSPECTIVE JUROR:  No.

13             MR. KHOURI:  Okay.  Thank you.

14        Thank you, Your Honor.

15             THE COURT:  Ms. Willis?

16             MS. WILLIS:  No, Your Honor.

17             THE COURT:  Thank you.

18             PROSPECTIVE JUROR:  Thank you.

19        (Juror 1523 steps down.  Juror 1028 steps up.)

20             THE COURT:  Good afternoon.

21             PROSPECTIVE JUROR:  Hi.

22             THE COURT:  Are you Juror No. 1028?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  What questions did you have answers to?

25             PROSPECTIVE JUROR:  I answered yes to question 5c, 6,

1    and 18.

2         THE COURT:  Okay.  Let's look at 5c.  Anything about

3    this case based on what I've just told you that might impair

4    your ability as a juror to give all the parties a fair trial?

5         PROSPECTIVE JUROR:  So I work for an organization that

6    runs federally funded research and development centers.  And

7    one of our FFRDCs is with CMS, and I specifically was on a

8    project for CPI, which is the Center for Program Integrity.

9    And we specifically look at instances of fraud, waste and

10   abuse.

11        THE COURT:  So given what you do for a living, which

12   is fairly specific, do you think you would be affected or you

13   wouldn't be able to simply confine your assessment to the

14   evidence presented in the case?

15        PROSPECTIVE JUROR:  I mean, I would really like to try.

16   I just know that I've spent the last six months buried in

17   looking at fraud, waste and abuse cases, specifically for

18   Medicare, and I just worry that that might cloud my judgment a

19   little bit.

20        THE COURT:  Ms. Willis, do you have any follow-up?

21        MS. WILLIS:  If the Court instructed you that you had

22   to put all of that aside, do you think you'd be able to do so?

23        PROSPECTIVE JUROR:  I would certainly do my best.  Yes.

24        THE COURT:  Mr. Khouri?

25        MR. KHOURI:  Thank you, Your Honor.

1        Do you work for a Medicare contractor?

2            PROSPECTIVE JUROR:  I do.

3            MR. KHOURI:  Okay.  And can you tell me which one it

4     is?

5            PROSPECTIVE JUROR:  Sure.  So we're a not for profit

6     called MITRE, M-I-T-R-E.

7            MR. KHOURI:  And when you say you deal with fraud and

8     abuse cases, are you constantly reviewing the conduct of

9     Medicare providers for possible fraud and abuse?

10           PROSPECTIVE JUROR:  No.  Not specifically.  We mostly

11    look at past instances, or they ask us to investigate certain

12    things, and we provide risk assessments and mitigation

13    measures to try to prevent fraud in the future.

14           MR. KHOURI:  Okay.  So are you familiar with things

15    like procedure codes and diagnosis codes?

16           PROSPECTIVE JUROR:  Yes.

17           MR. KHOURI:  Okay.  And you do have some question

18    whether you could be fair?

19           PROSPECTIVE JUROR:  Yes.

20           MR. KHOURI:  Okay.  Thank you very much.

21       Thank you, Your Honor.

22           THE COURT:  Thank you.  No. 6.

23           PROSPECTIVE JUROR:  Can you remind me what No. 6 is?

24           THE COURT:  Do you have travel plans.

25           PROSPECTIVE JUROR:  Oh, I just -- I split custody with

```
 1        my three kids with my ex-husband, and he's traveling to

 2        Asia tomorrow for three weeks.  So I'm going to have full

 3        responsibility, and I'm just concerned about getting to and

 4        from the court and to their aftercare program in time.

 5             THE COURT:  What time do they have to be picked up

 6        from aftercare?

 7             PROSPECTIVE JUROR:  I usually get them at 5:00, but I

 8        think I can get them at 5:30.

 9             THE COURT:  Okay.  Where is the program?

10             PROSPECTIVE JUROR:  It's in Columbia Heights.

11             THE COURT:  All right.  And 18.  You or any family

12        member or close friend ever been a crime victim.

13             PROSPECTIVE JUROR:  Yes, I have.

14             THE COURT:  And what was that?

15             PROSPECTIVE JUROR:  Rape.

16             THE COURT:  How long ago?

17             PROSPECTIVE JUROR:  When I was a child.

18             THE COURT:  That's obviously a very traumatic

19        experience.  Do you think you could sit in a -- I know this

20        is Medicare fraud, but do you think you can sit in a criminal

21        case?

22             PROSPECTIVE JUROR:  I think so, yes.

23             THE COURT:  All right.  Thank you.

24           (Juror 1028 steps down.)

25             THE COURT:  Counsel, is there a motion?  I normally
```

1    wouldn't entertain one, but this is very specific.

2         MR. KHOURI:  We would move to excuse her for cause.

3         MS. WILLIS:  The government won't object.

4         THE COURT:  All right.  This juror would be excused for

5    cause.  It's just that she's been spending months up to her

6    neck in Medicare fraud claims, and I think it's a little too

7    close.

8         (End of bench conference.)

9         THE COURT:  Okay, ladies and gentlemen.  We are going

10   to break.  I was hoping we'd be done with the questioning and

11   go straight to the selection, but we still have a bit to do.

12   So I'm going to ask that you go to lunch.  Enjoy your lunch,

13   and come back here.  It's now 1:04.  Come back here at two

14   o'clock.  Thank you very much.  And thanks for the attention

15   you've paid and your patience so far.

16        (Lunch recess taken at 1:04 p.m.)

17

18

19

20

21

22

23

24

25

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.


*/s/ Bryan A. Wayne*
Bryan A. Wayne

**'**

**'90s** [2] - 105:13, 105:25

**/**

**/s** [1] - 122:9

**0**

**0011** [3] - 50:3, 50:6, 53:5
**0289** [3] - 89:15, 89:18, 91:9
**0330** [3] - 44:2, 44:5, 46:11
**0370** [3] - 16:24, 16:25, 17:20
**0935** [3] - 109:14, 109:15, 112:6
**0986** [3] - 64:4, 64:7, 66:18

**1**

**1** [8] - 1:9, 5:24, 7:8, 16:22, 109:22, 110:5, 110:8, 110:12
**10** [14] - 10:5, 10:7, 17:24, 18:2, 18:25, 38:25, 39:2, 48:7, 49:17, 55:17, 77:11, 81:6, 109:23, 112:20
**10-minute** [1] - 81:6
**1013** [4] - 28:1, 28:2, 28:25, 33:5
**1028** [3] - 117:19, 117:22, 120:24
**1031** [3] - 103:6, 103:7, 104:5
**10:07** [1] - 1:6
**10a** [2] - 10:8, 10:14
**11** [28] - 10:15, 10:23, 21:14, 21:17, 27:7, 30:7, 33:19, 34:7, 42:21, 42:23, 44:13, 50:9, 50:11, 53:12, 54:1, 57:2, 57:17, 64:11, 65:2, 82:11, 83:17, 91:15, 92:4, 109:23, 113:7, 113:8, 115:11, 116:13
**11-month-old** [1] - 42:7
**1117** [3] - 56:21,

56:24, 59:4
**11:00** [1] - 29:12
**11:15** [1] - 29:12
**11:55** [1] - 81:12
**12** [8] - 3:2, 10:24, 11:4, 44:13, 47:23, 91:15, 92:25, 109:23
**1240** [3] - 47:16, 47:19, 50:3
**1250** [1] - 1:21
**1291** [3] - 91:9, 91:11, 94:19
**12:13** [1] - 81:12
**12:15** [1] - 81:14
**13** [28] - 11:5, 11:9, 38:25, 39:17, 40:25, 41:2, 50:9, 51:8, 53:12, 54:13, 57:2, 58:2, 64:11, 65:12, 82:11, 84:8, 89:21, 90:6, 91:15, 93:5, 95:9, 95:10, 108:8, 109:23, 109:24, 109:25, 113:7, 113:18
**1331** [3] - 73:18, 73:21, 76:15
**14** [9] - 11:10, 11:13, 21:14, 22:4, 38:25, 40:2, 40:25, 41:19, 110:1
**1400** [1] - 1:14
**1436** [3] - 70:15, 70:18, 73:18
**1490** [3] - 66:23, 67:1, 70:6
**14th** [2] - 29:13, 29:14
**15** [5] - 11:14, 11:17, 30:13, 60:25, 110:1
**1523** [3] - 115:2, 115:8, 117:19
**1530** [3] - 25:23, 25:24, 27:18
**1548** [7] - 53:5, 53:8, 56:21, 97:23, 98:4, 98:5, 98:8
**15th** [1] - 64:20
**16** [11] - 11:18, 11:22, 44:13, 53:12, 54:18, 54:24, 64:14, 65:1, 82:11, 110:1, 112:24
**1631** [4] - 36:9, 36:10, 36:11, 38:18
**16th** [2] - 36:4, 72:3
**17** [4] - 11:23, 12:2, 44:13, 82:11
**1727** [3] - 38:18, 38:21, 40:19
**1764** [3] - 33:15, 33:16, 35:19

**1794** [3] - 82:7, 82:8, 88:15
**18** [23] - 12:7, 12:9, 17:25, 18:15, 40:25, 42:3, 44:13, 53:12, 55:13, 60:20, 61:13, 64:11, 65:15, 76:19, 89:21, 90:18, 108:8, 108:20, 113:7, 115:11, 115:23, 118:1, 120:11
**18-month-old** [1] - 26:3
**1809** [3] - 95:2, 95:6, 97:10
**18a** [4] - 12:10, 12:14, 12:17, 44:13
**19** [10] - 12:18, 12:19, 30:20, 40:25, 42:18, 57:2, 58:5, 98:16, 100:7, 100:8
**19-0255** [1] - 1:4
**19-255** [1] - 2:3
**19a** [2] - 12:20, 12:23
**1:04** [2] - 121:13, 121:16

**2**

**2** [8] - 6:2, 6:11, 7:4, 7:7, 17:4, 17:9, 109:22, 110:15
**20** [10] - 12:24, 12:25, 31:3, 31:6, 48:23, 55:19, 59:16, 62:16, 63:13, 114:1
**20001** [1] - 1:25
**20005** [1] - 1:14
**20036** [1] - 1:22
**2009** [1] - 41:22
**2019** [1] - 100:10
**202** [3] - 1:15, 1:22, 1:25
**2021** [1] - 42:6
**2022** [1] - 1:6
**2052** [1] - 98:12
**2073** [3] - 104:19, 104:21, 107:4
**2082** [4] - 98:8, 98:13, 98:14, 102:21
**2089** [3] - 60:14, 60:17, 62:10
**21** [7] - 13:2, 13:4, 33:22, 44:13, 103:15, 113:7, 114:5
**215** [1] - 1:17
**2183** [3] - 21:9, 21:10, 22:21
**2190** [3] - 23:4, 23:8,

25:16
**21st** [3] - 33:24, 35:6, 36:1
**22** [4] - 13:5, 13:7, 50:9, 51:23
**2222** [1] - 1:17
**22nd** [2] - 33:25, 35:6
**23** [3] - 13:8, 13:10, 112:24
**2348** [3] - 62:10, 62:13, 64:4
**23rd** [2] - 64:14, 65:1
**24** [2] - 13:11, 13:14
**2473** [4] - 76:15, 76:16, 81:1, 81:22
**24th** [1] - 36:18
**25** [5] - 13:15, 14:2, 14:4, 40:11, 44:14
**2542** [3] - 17:20, 17:21, 21:1
**2583** [2] - 40:19, 40:22, 44:2
**26** [5] - 14:5, 14:13, 76:19, 78:19, 78:20
**2691** [3] - 59:9, 59:12, 60:14
**27** [3] - 14:14, 14:16, 103:19
**2787** [3] - 108:2, 108:5, 109:14
**2792** [3] - 112:14, 112:17, 115:2
**28** [5] - 14:17, 14:23, 74:5, 74:6, 75:16
**29** [4] - 14:24, 15:1, 17:4, 17:9
**29th** [1] - 17:10
**2nd** [1] - 17:10

**3**

**3** [6] - 7:2, 7:3, 7:5, 7:8, 109:22, 110:18
**30** [4] - 15:2, 15:5, 15:9, 44:14
**31** [12] - 15:10, 15:14, 44:14, 44:16, 89:21, 89:24, 95:9, 95:19, 115:11, 115:13, 115:16
**311** [1] - 92:24
**32** [9] - 15:15, 15:25, 17:25, 19:4, 22:22, 23:2, 23:3, 53:12, 53:13
**33** [1] - 97:21
**333** [1] - 1:24
**336-2433** [1] - 1:18
**353-0822** [1] - 1:15

**354-3186** [1] - 1:25
**3:45** [1] - 26:5
**3rd** [1] - 64:20

**4**

**4** [9] - 6:25, 7:1, 7:9, 7:12, 8:11, 77:3, 77:11, 109:22, 110:18
**40** [1] - 68:7
**4704-A** [1] - 1:24
**4:00** [1] - 28:13
**4:30** [3] - 27:1, 28:15, 28:23

**5**

**5** [4] - 8:13, 105:1, 109:22, 110:21
**5:00** [6] - 26:25, 27:2, 28:14, 28:15, 28:16, 120:7
**5:30** [1] - 120:8
**5a** [2] - 8:17
**5b** [2] - 8:18, 8:21
**5c** [8] - 8:22, 8:24, 44:10, 44:13, 82:11, 82:12, 117:25, 118:2

**6**

**6** [27] - 1:6, 8:25, 9:11, 17:3, 23:13, 24:14, 26:2, 29:2, 33:19, 44:10, 44:13, 47:22, 57:2, 57:3, 64:11, 64:12, 67:22, 71:2, 71:18, 76:19, 91:15, 91:16, 98:16, 109:22, 117:25, 119:22, 119:23
**60** [1] - 68:11

**7**

**7** [5] - 9:12, 29:18, 60:20, 60:21, 109:22
**700** [1] - 1:21
**74** [1] - 23:20
**7:45** [1] - 26:4

**8**

**8** [9] - 3:21, 3:22, 9:20, 9:23, 74:4, 74:6, 109:23

**861-0870** [1] - 1:22

**9**

**9** [3] - 10:2, 10:4, 109:23
**911** [1] - 92:24
**92612** [1] - 1:18
**949** [1] - 1:18
**9:00** [1] - 26:21
**9:30** [5] - 26:22, 28:8, 28:12, 28:21

**A**

**a.m** [3] - 1:6, 77:11, 81:12
**ability** [28] - 8:23, 9:1, 10:10, 10:13, 11:1, 11:3, 12:12, 12:21, 13:13, 15:17, 30:15, 31:20, 34:13, 38:1, 49:5, 57:24, 74:20, 82:13, 86:9, 86:11, 87:14, 93:2, 95:15, 97:18, 100:21, 109:4, 116:22, 118:4
**able** [55] - 3:18, 15:13, 18:12, 19:2, 21:25, 23:17, 24:21, 25:6, 32:13, 32:15, 32:17, 39:9, 41:8, 43:11, 44:19, 49:22, 49:24, 63:3, 65:25, 66:5, 67:11, 67:16, 68:17, 69:7, 69:21, 71:11, 75:2, 75:8, 75:13, 79:22, 83:1, 84:13, 84:14, 84:22, 87:19, 88:5, 90:2, 90:4, 90:14, 91:3, 91:22, 96:1, 97:6, 97:17, 99:20, 99:25, 100:3, 102:17, 108:17, 111:14, 111:22, 114:3, 115:14, 118:13, 118:22
**above-entitled** [1] - 122:5
**absolute** [1] - 14:6
**absolutely** [1] - 62:4
**abuse** [7] - 82:17, 85:16, 114:12, 118:10, 118:17, 119:8, 119:9
**accept** [1] - 14:15
**accommodate** [1] - 37:20
**accommodation** [1] -

61:4
**accommodations** [2] - 9:15, 29:25
**accurate** [1] - 87:19
**accused** [2] - 100:22, 111:3
**action** [2] - 2:2, 34:17
**Adam** [1] - 7:22
**add** [1] - 97:20
**addition** [1] - 77:22
**address** [1] - 5:12
**addressed** [1] - 15:24
**administer** [3] - 4:17, 102:5, 102:6
**administration** [1] - 99:14
**administrative** [2] - 49:13, 52:22
**affect** [22] - 10:9, 10:13, 12:11, 12:21, 13:13, 27:9, 30:15, 31:20, 34:13, 49:5, 49:7, 55:5, 57:23, 74:20, 85:2, 95:15, 97:18, 98:6, 100:21, 109:4, 116:22, 117:10
**affected** [1] - 118:12
**aftercare** [2] - 120:4, 120:6
**afternoon** [21] - 24:6, 33:24, 34:6, 86:16, 95:4, 95:5, 96:20, 98:10, 98:11, 101:9, 101:10, 103:7, 104:20, 108:3, 109:15, 112:15, 112:16, 115:3, 115:4, 117:5, 117:20
**age** [5] - 23:14, 23:16, 23:18, 23:23, 25:4
**agencies** [13] - 30:9, 30:15, 50:12, 54:3, 54:6, 57:18, 57:25, 65:4, 83:19, 92:5, 113:9, 113:16, 116:15
**agency** [6] - 10:23, 11:9, 11:12, 22:7, 90:12, 92:9, 93:14, 113:12
**Agent** [3] - 7:22, 7:23
**agent** [11] - 11:25, 12:4, 41:14, 84:12, 84:15, 90:10, 90:11, 105:11
**agent's** [1] - 55:10
**agents** [5] - 11:8, 34:9, 34:12, 55:3
**ago** [28] - 16:12,

18:24, 18:25, 21:20, 30:22, 40:6, 40:11, 50:17, 50:18, 55:18, 55:19, 58:17, 58:18, 61:1, 61:24, 61:25, 62:25, 63:1, 65:19, 65:20, 78:3, 78:6, 90:22, 108:24, 108:25, 114:1, 116:7, 120:16
**agree** [2] - 47:4, 104:18
**ahead** [1] - 9:16
**aids** [3] - 29:22, 30:4, 61:1
**ain't** [1] - 111:17
**airline** [1] - 9:4
**Airport** [1] - 105:11
**Alice** [1] - 7:21
**allegation** [2] - 31:18, 100:13
**allegations** [7] - 45:18, 49:3, 61:24, 62:3, 63:15, 63:18, 114:17
**Allene** [1] - 7:19
**alone** [1] - 23:17
**alternates** [1] - 3:3
**America** [1] - 2:3
**AMERICA** [1] - 1:3
**amount** [1] - 23:15
**analyst** [1] - 109:8
**analytic** [1] - 58:21
**Anderson** [1] - 7:19
**annoys** [1] - 27:20
**anonymous** [1] - 106:19
**answer** [22] - 3:18, 3:19, 3:22, 3:23, 5:3, 16:20, 16:21, 44:22, 44:25, 49:17, 58:3, 83:15, 95:8, 103:12, 103:19, 107:10, 109:24, 110:8, 110:9, 110:11, 110:12, 115:16
**answered** [7] - 12:10, 24:15, 67:21, 107:12, 109:22, 110:1, 117:25
**answering** [2] - 59:24, 95:22
**answers** [54] - 3:9, 3:10, 4:6, 17:2, 17:23, 17:24, 21:13, 23:12, 26:1, 27:6, 28:8, 29:1, 30:5, 33:12, 33:18, 35:13, 35:22, 36:15, 36:23, 38:23, 38:25, 40:24,

44:8, 47:21, 48:21, 50:8, 53:10, 57:1, 59:15, 60:19, 62:15, 64:10, 67:20, 69:24, 70:25, 74:3, 76:18, 82:10, 89:20, 91:14, 98:15, 103:9, 104:23, 104:25, 105:7, 108:7, 109:17, 109:20, 110:3, 110:18, 112:19, 115:10, 115:11, 117:24
**anticipate** [2] - 9:6, 69:11
**anticipated** [1] - 11:18
**anytime** [1] - 24:6
**APC** [1] - 1:16
**APPEARANCES** [1] - 1:11
**appliances** [1] - 70:22
**apply** [3] - 87:10, 87:13, 88:6
**appointment** [6] - 29:7, 29:10, 71:25, 72:2, 72:6, 72:7
**appointments** [5] - 68:7, 71:3, 71:19, 71:20
**appreciate** [4] - 16:2, 16:16, 55:7, 85:5
**appropriate** [1] - 21:7
**area** [4] - 52:15, 84:6, 85:23, 99:21
**areas** [1] - 82:16
**argue** [2] - 88:17, 88:18
**arguing** [1] - 85:25
**argumentative** [1] - 88:23
**arrange** [1] - 48:3
**arrested** [9] - 11:11, 22:6, 22:9, 22:10, 40:3, 40:5, 41:20, 93:10, 93:23
**arrive** [1] - 15:17
**arthritis** [1] - 71:22
**Asia** [1] - 120:2
**aside** [14] - 38:9, 43:11, 43:21, 66:5, 67:16, 79:22, 79:23, 83:1, 84:16, 98:25, 99:25, 100:3, 101:14, 118:22
**aspect** [1] - 23:24
**assault** [6] - 65:18, 68:8, 68:22, 68:24, 78:17, 102:25
**assessment** [1] - 118:13

**assessments** [1] - 119:12
**assist** [1] - 9:15
**assistant** [2] - 30:11, 49:13
**assisting** [2] - 2:20, 6:5
**associate** [1] - 21:20
**association** [1] - 6:10
**assuming** [2] - 88:20, 88:21
**attempt** [1] - 19:11
**attend** [1] - 57:16
**attention** [18] - 7:6, 9:22, 10:1, 20:1, 20:18, 25:6, 36:17, 37:10, 37:15, 37:16, 38:1, 73:5, 75:3, 75:13, 80:5, 80:15, 82:19, 121:14
**attorney** [31] - 30:1, 34:8, 46:16, 46:18, 46:21, 66:3, 66:11, 88:7
**Attorney's** [1] - 32:5
**attorneys** [1] - 6:3
**August** [1] - 42:6
**automobile** [1] - 42:22
**availability** [1] - 9:2
**available** [2] - 26:4, 30:1
**Avenue** [3] - 1:14, 1:21, 1:24
**aware** [2] - 32:24, 86:24
**awkward** [1] - 98:23

**B**

**babysitting** [1] - 73:25
**background** [1] - 83:11
**bad** [2] - 71:23, 115:7
**bailiff** [1] - 106:7
**barred** [1] - 82:23
**base** [1] - 79:19
**based** [8] - 5:20, 8:22, 13:22, 35:1, 43:13, 82:12, 87:5, 118:3
**basic** [1] - 56:11
**basis** [1] - 19:24
**bear** [1] - 36:7
**bearing** [1] - 81:14
**Becnel** [1] - 8:8
**BEFORE** [1] - 1:10
**begin** [4] - 4:16, 5:7, 16:1, 28:9
**begins** [1] - 4:14
**behavior** [1] - 107:7

**behind** [2] - 5:6, 32:25
**belief** [4] - 11:23, 12:3, 14:18, 75:17
**beliefs** [1] - 76:6
**bench** [8] - 2:23, 3:25, 4:4, 28:5, 35:20, 81:2, 97:12, 121:8
**Bench** [4] - 16:23, 28:24, 36:8, 81:20
**best** [11] - 16:14, 45:16, 52:1, 52:3, 83:20, 86:9, 87:14, 90:10, 90:13, 116:16, 118:23
**better** [3] - 61:2, 61:5, 83:14
**between** [7] - 17:4, 17:8, 64:14, 75:1, 77:11, 86:20, 105:17
**beyond** [20] - 13:17, 13:24, 14:22, 15:11, 44:18, 69:23, 72:15, 73:12, 79:15, 89:25, 94:12, 94:14, 95:24, 96:9, 96:21, 105:20, 111:21, 113:3, 115:13, 117:6
**bias** [5] - 3:5, 67:14, 84:6, 84:18, 85:2
**biased** [24] - 31:11, 39:22, 40:12, 41:25, 42:13, 43:1, 50:24, 52:5, 54:10, 58:13, 60:3, 65:8, 78:13, 84:2, 92:19, 94:6, 100:24, 100:25, 101:11, 101:16, 114:18, 116:4, 116:25
**biases** [1] - 5:18
**bill** [1] - 86:18
**billing** [2] - 38:9, 56:14
**bin** [1] - 42:8
**bit** [4] - 24:3, 107:14, 118:19, 121:11
**black** [1] - 23:6
**blood** [3] - 74:11, 74:12, 74:19
**Blue** [6] - 52:2, 52:4, 52:12
**board** [1] - 33:21
**booked** [2] - 9:4, 9:10
**Boston** [1] - 33:22
**bothers** [1] - 24:2
**bottom** [2] - 27:20, 27:25
**bound** [1] - 5:10
**box** [1] - 42:8
**boy** [1] - 47:24

**Bradley** [11] - 2:20, 4:1, 4:17, 6:1, 16:17, 22:24, 22:25, 32:22, 97:21, 104:6, 107:5
**break** [18] - 18:22, 24:6, 24:8, 28:23, 37:3, 37:4, 37:6, 37:7, 74:25, 81:4, 81:6, 81:15, 121:10
**break-in** [1] - 18:22
**breaks** [3] - 74:24, 75:1, 75:3
**brief** [1] - 89:6
**briefly** [2] - 31:25, 43:18
**bring** [9] - 4:2, 25:1, 53:20, 53:24, 55:2, 82:18, 85:16, 87:23, 106:7
**bringing** [2] - 85:7, 86:1
**brings** [1] - 15:23
**broad** [1] - 36:5
**broken** [1] - 19:17
**brother** [1] - 55:18
**brother's** [1] - 55:18
**brought** [2] - 15:21, 85:18
**Browne** [1] - 7:19
**Bryan** [3] - 2:21, 122:9, 122:9
**BRYAN** [1] - 1:23, 122:3
**burden** [4] - 13:16, 76:25, 96:9, 96:10
**Burden** [1] - 8:7
**Bureau** [1] - 10:18
**burglary** [1] - 114:1
**buried** [1] - 118:16
**business** [1] - 57:11
**busy** [1] - 16:6
**button** [1] - 23:6

**C**

**CA** [1] - 1:18
**California** [1] - 41:15
**call-ins** [1] - 68:11
**cancel** [3] - 68:4, 68:5, 68:7
**canceled** [1] - 91:18
**canceling** [1] - 67:25
**candid** [1] - 46:21
**candor** [2] - 46:23, 47:3
**cannot** [5] - 14:25, 15:18, 15:24, 20:12, 103:16
**capacity** [1] - 95:15

**card** [8] - 3:11, 3:13, 3:14, 3:20, 3:22, 4:6, 61:18, 109:21
**cards** [1] - 4:2
**care** [3] - 26:4, 26:12, 68:1
**career** [5] - 2:16, 51:17, 51:20, 67:11, 84:14
**carjacked** [1] - 90:22
**Carolina** [2] - 51:11, 51:12
**case** [160] - 2:8, 2:10, 3:3, 3:5, 4:12, 4:13, 5:19, 5:23, 6:8, 6:19, 6:23, 7:4, 7:13, 8:3, 8:16, 8:22, 8:24, 9:6, 9:14, 9:19, 9:23, 10:1, 10:11, 10:14, 10:15, 11:1, 12:12, 12:23, 13:13, 13:22, 14:6, 14:9, 14:16, 14:20, 14:22, 15:4, 15:7, 15:10, 15:19, 15:22, 15:24, 18:6, 19:2, 19:20, 19:24, 20:18, 21:25, 23:1, 25:6, 30:9, 30:17, 30:22, 30:23, 30:24, 30:25, 31:9, 31:15, 31:18, 31:20, 32:8, 35:2, 36:3, 38:8, 39:15, 40:12, 41:7, 41:25, 42:9, 42:13, 43:3, 44:17, 45:3, 45:17, 45:25, 48:3, 48:16, 48:19, 49:3, 50:25, 53:17, 54:3, 54:11, 55:20, 55:21, 55:25, 57:14, 57:19, 57:25, 60:1, 61:23, 62:2, 62:23, 62:24, 63:8, 63:15, 65:24, 65:25, 66:1, 67:5, 67:13, 69:11, 71:10, 72:7, 76:24, 77:17, 78:14, 79:10, 79:13, 79:15, 79:23, 80:8, 80:14, 82:12, 82:18, 83:19, 85:8, 85:9, 85:11, 85:22, 88:17, 89:24, 91:3, 93:2, 94:1, 94:12, 94:14, 95:24, 96:21, 99:7, 99:19, 100:20, 100:21, 102:23, 105:15, 106:11, 106:24, 108:18, 109:5, 110:16, 111:15, 111:20, 113:3, 114:3, 114:16, 114:19, 115:13, 116:2, 116:5, 116:11, 116:15, 117:1, 117:6, 117:10, 118:3, 118:14, 120:21
**case-by-case** [1] - 19:24
**cases** [16] - 18:13, 34:10, 39:3, 39:4, 39:10, 39:11, 39:14, 41:17, 42:21, 46:3, 48:15, 49:23, 55:22, 86:2, 118:17, 118:23
**cataract** [2] - 29:7, 29:20
**catch** [4] - 15:20, 19:4, 19:6, 53:16
**catch-all** [4] - 15:20, 19:4, 19:6, 53:16
**caught** [2] - 73:5, 80:5
**causes** [1] - 15:18
**Center** [2] - 67:9, 118:8
**centers** [1] - 118:6
**certain** [2] - 99:20, 119:11
**certainly** [3] - 29:16, 37:7, 118:23
**CERTIFICATE** [1] - 122:2
**certify** [1] - 122:3
**chance** [2] - 4:10, 24:9
**change** [4] - 9:4, 29:8, 29:15, 115:22
**changes** [1] - 114:15
**charge** [1] - 10:11
**charged** [12] - 8:13, 11:11, 15:13, 22:6, 40:3, 41:20, 41:22, 90:2, 93:24, 95:25, 111:3, 111:5
**charges** [3] - 63:16, 106:23, 111:8
**check** [2] - 17:11, 22:24
**child** [3] - 26:4, 26:12, 120:17
**child's** [1] - 26:8
**childcare** [2] - 26:8, 26:9
**Children's** [1] - 99:3
**chooses** [1] - 14:8
**chosen** [3] - 80:15, 80:19, 99:12
**Christian** [3] - 75:21, 76:5, 76:6
**church** [5] - 71:2,

113:3, 114:3, 114:16, 114:19, 115:13, 116:2, 116:5, 116:15, 117:1, 117:6, 117:10, 118:3, 118:14, 120:21
**case-by-case** [1] - 19:24
**cases** [16] - 18:13, 34:10, 39:3, 39:4, 39:10, 39:11, 39:14, 41:17, 42:21, 46:3, 48:15, 49:23, 55:22, 86:2, 118:17, 118:23
**cataract** [2] - 29:7, 29:20
**catch** [4] - 15:20, 19:4, 19:6, 53:16
**catch-all** [4] - 15:20, 19:4, 19:6, 53:16
**caught** [2] - 73:5, 80:5
**causes** [1] - 15:18
**Center** [2] - 67:9, 118:8
**centers** [1] - 118:6
**certain** [2] - 99:20, 119:11
**certainly** [3] - 29:16, 37:7, 118:23
**CERTIFICATE** [1] - 122:2
**certify** [1] - 122:3
**chance** [2] - 4:10, 24:9
**change** [4] - 9:4, 29:8, 29:15, 115:22
**changes** [1] - 114:15
**charge** [1] - 10:11
**charged** [12] - 8:13, 11:11, 15:13, 22:6, 40:3, 41:20, 41:22, 90:2, 93:24, 95:25, 111:3, 111:5
**charges** [3] - 63:16, 106:23, 111:8
**check** [2] - 17:11, 22:24
**child** [3] - 26:4, 26:12, 120:17
**child's** [1] - 26:8
**childcare** [2] - 26:8, 26:9
**Children's** [1] - 99:3
**chooses** [1] - 14:8
**chosen** [3] - 80:15, 80:19, 99:12
**Christian** [3] - 75:21, 76:5, 76:6
**church** [5] - 71:2,

71:8, 71:13, 71:16, 71:17
**CHUTKAN** [1] - 1:10
**Chutkan** [2] - 2:7, 5:25
**circumstances** [1] - 68:20
**City** [1] - 39:19
**civil** [5] - 20:8, 20:9, 39:3, 62:23, 62:24
**claims** [3] - 60:1, 67:5, 121:6
**clarification** [1] - 105:24
**clarify** [3] - 37:25, 89:22, 102:17
**class** [1] - 34:17
**clear** [3] - 32:18, 55:6, 107:19
**CLERK** [3] - 2:2, 16:18, 23:2
**clerk** [2] - 2:24, 4:24
**clerk)** [1] - 32:20
**clerks** [1] - 2:25
**clinical** [1] - 98:24
**clinicals** [1] - 98:24
**close** [50] - 8:20, 10:21, 11:5, 11:11, 11:15, 12:8, 12:15, 13:3, 13:6, 13:9, 21:17, 22:5, 39:17, 40:3, 41:2, 41:19, 50:11, 51:9, 51:24, 54:1, 54:14, 55:13, 57:18, 58:2, 61:14, 65:3, 65:5, 65:12, 65:16, 77:25, 81:16, 83:18, 84:9, 88:24, 90:7, 90:19, 90:21, 92:4, 93:6, 93:22, 95:11, 108:10, 108:21, 113:9, 113:20, 114:6, 115:23, 116:14, 120:12, 121:7
**closed** [1] - 42:10
**closely** [1] - 45:22
**cloud** [1] - 118:18
**CMS** [2] - 83:21, 118:7
**code** [2] - 52:19
**codes** [4] - 86:18, 119:15
**Coe** [1] - 7:22
**collect** [1] - 4:2
**Columbia** [5] - 18:9, 62:20, 62:22, 67:9, 120:10
**COLUMBIA** [1] - 1:1
**coming** [4] - 26:11, 57:6, 87:9, 88:23
**commandeer** [1] -

85:15
**comment** [1] - 34:22
**commercial** [1] - 30:21
**committed** [7] - 15:12, 44:18, 90:1, 95:25, 100:14, 100:16
**committing** [1] - 8:14
**common** [3] - 42:12, 43:19, 83:9
**Communications** [2] - 92:24
**compelled** [1] - 14:7
**complete** [1] - 35:25
**completed** [1] - 4:11
**completely** [1] - 68:19
**compliance** [1] - 82:17
**comport** [1] - 83:4
**compounded** [1] - 7:6
**comprehension** [1] - 104:8
**concentrate** [1] - 25:9
**concern** [7] - 19:25, 23:23, 24:12, 46:22, 85:19, 85:23, 96:3
**concerned** [3] - 23:22, 68:2, 120:3
**concerning** [1] - 10:11
**concerns** [8] - 23:14, 24:13, 25:4, 25:5, 37:9, 49:8, 85:7, 103:2
**condition** [3] - 9:21, 9:24, 74:7
**conduct** [2] - 99:13, 119:8
**conference** [9] - 16:23, 28:5, 28:24, 35:20, 36:8, 81:2, 81:20, 97:12, 121:8
**conferring** [1] - 89:7
**confine** [2] - 86:7, 118:13
**confirm** [1] - 81:23
**conflict** [1] - 35:7
**confused** [1] - 104:13
**confusing** [1] - 96:15
**congratulations** [1] - 23:21
**Connecticut** [1] - 1:21
**connection** [3] - 6:9, 13:4, 114:6
**connections** [1] - 85:10
**conscience** [1] - 14:19
**conscientious** [1] - 14:17
**conscious** [1] - 75:16

**conservative** [1] - 84:21
**consider** [4] - 43:9, 43:10, 46:2, 93:19
**consideration** [1] - 82:1
**considering** [1] - 11:21
**constantly** [1] - 119:8
**Constitution** [1] - 1:24
**constitution** [1] - 14:7
**constrained** [1] - 61:9
**consultant** [2] - 52:21, 116:17
**consulting** [2] - 51:4, 52:14
**continues** [1] - 13:23
**contractor** [14] - 50:14, 50:17, 50:24, 51:2, 76:23, 77:23, 80:6, 119:1
**control** [1] - 9:8
**conversation** [1] - 45:13
**convict** [1] - 20:19
**convicted** [7] - 11:11, 19:20, 22:6, 40:4, 41:20, 41:23, 111:3
**convicting** [1] - 19:16
**convinced** [1] - 79:21
**convincing** [1] - 79:20
**COOKE** [5] - 1:19, 46:16, 46:20, 47:3, 47:12
**Cooke** [5] - 1:20, 2:5, 6:7, 6:12, 43:22
**Cooper** [1] - 8:5
**corner** [1] - 3:13
**correct** [11] - 17:1, 19:23, 23:9, 23:10, 38:2, 49:18, 53:9, 56:25, 66:3, 106:1, 122:4
**correctional** [1] - 19:17
**counsel** [22] - 17:18, 21:2, 21:20, 22:16, 25:11, 27:12, 27:19, 33:6, 34:25, 35:9, 35:15, 35:23, 40:14, 43:15, 49:14, 59:5, 66:19, 83:24, 88:16, 103:23, 105:23, 120:25
**counsel's** [1] - 21:23
**count** [1] - 24:22
**countries** [1] - 16:10
**country** [2] - 3:8, 98:20
**counts** [1] - 114:9

**County** [1] - 41:22
**couple** [4] - 72:21, 78:3, 102:23, 107:6
**course** [5] - 7:18, 22:10, 40:1, 41:14, 85:12
**COURT** [649] - 1:1, 2:7, 4:19, 4:25, 7:3, 7:24, 8:9, 16:25, 17:2, 17:5, 17:8, 17:11, 17:14, 17:16, 17:18, 17:21, 17:23, 18:1, 18:4, 18:8, 18:11, 18:15, 18:19, 18:23, 19:1, 19:4, 19:18, 19:24, 20:5, 20:24, 21:2, 21:6, 21:8, 21:10, 21:12, 21:15, 21:22, 22:2, 22:4, 22:12, 22:16, 22:20, 22:22, 23:3, 23:5, 23:8, 23:11, 23:16, 23:21, 24:3, 24:12, 24:14, 24:17, 24:20, 24:24, 25:3, 25:10, 25:14, 25:17, 25:20, 25:22, 25:24, 26:1, 26:6, 26:10, 26:17, 26:21, 26:25, 27:5, 27:10, 27:12, 27:14, 27:16, 27:19, 27:23, 27:25, 28:2, 28:4, 28:6, 28:25, 29:3, 29:5, 29:10, 29:14, 29:17, 29:19, 29:25, 30:5, 30:8, 30:14, 30:19, 30:23, 31:2, 31:4, 31:6, 31:9, 31:18, 31:22, 32:1, 32:13, 32:17, 32:21, 33:2, 33:4, 33:6, 33:11, 33:16, 33:18, 33:20, 33:23, 34:1, 34:3, 34:7, 34:11, 34:16, 34:19, 34:23, 35:3, 35:8, 35:12, 35:15, 35:18, 35:21, 36:3, 36:11, 36:13, 36:15, 36:22, 37:1, 37:6, 37:9, 37:14, 37:18, 37:20, 37:23, 38:4, 38:16, 38:19, 38:21, 38:23, 39:1, 39:5, 39:8, 39:13, 39:17, 39:21, 40:2, 40:6, 40:8, 40:10, 40:14, 40:16, 40:18, 40:20, 40:22, 40:24, 41:1, 41:6, 41:11, 41:17, 41:19, 41:24, 42:3, 42:11,

42:15, 42:18, 42:25, 43:8, 43:15, 43:17, 44:1, 44:3, 44:5, 44:7, 44:11, 44:15, 45:1, 45:11, 45:24, 46:5, 46:8, 46:12, 46:14, 46:17, 46:22, 47:4, 47:13, 47:17, 47:19, 47:21, 47:24, 48:1, 48:6, 48:8, 48:11, 48:14, 48:18, 48:21, 48:24, 49:1, 49:3, 49:9, 49:11, 49:14, 49:23, 50:1, 50:4, 50:6, 50:8, 50:10, 50:15, 50:17, 50:19, 50:23, 51:2, 51:5, 51:8, 51:12, 51:14, 51:17, 51:23, 52:3, 52:8, 53:2, 53:4, 53:6, 53:8, 53:10, 53:13, 53:16, 53:21, 53:25, 54:6, 54:9, 54:13, 54:18, 54:24, 55:7, 55:13, 55:16, 55:20, 55:23, 56:2, 56:17, 56:19, 56:22, 56:24, 57:1, 57:3, 57:6, 57:8, 57:11, 57:13, 57:17, 57:22, 58:2, 58:5, 58:7, 58:10, 58:12, 58:17, 58:19, 58:23, 58:25, 59:2, 59:5, 59:8, 59:10, 59:12, 59:14, 59:17, 59:19, 59:23, 59:25, 60:5, 60:8, 60:10, 60:12, 60:15, 60:17, 60:19, 60:21, 60:24, 61:3, 61:7, 61:13, 61:17, 61:20, 61:23, 62:1, 62:5, 62:7, 62:9, 62:11, 62:13, 62:15, 62:18, 62:20, 62:23, 62:25, 63:2, 63:5, 63:7, 63:10, 63:12, 63:15, 63:20, 63:23, 63:25, 64:3, 64:5, 64:7, 64:9, 64:12, 64:15, 64:18, 64:21, 64:25, 65:2, 65:7, 65:12, 65:15, 65:19, 65:21, 65:23, 66:3, 66:5, 66:9, 66:15, 66:17, 66:19, 66:22, 66:24, 67:1, 67:3, 67:5, 67:10, 67:16, 67:20, 68:2, 68:14, 68:22, 69:6, 69:11, 69:15, 69:18, 69:24,

70:2, 70:5, 70:7, 70:14, 70:16, 70:18, 70:20, 70:24, 71:4, 71:8, 71:10, 71:15, 71:18, 71:24, 72:2, 72:5, 72:9, 72:12, 72:18, 72:21, 72:24, 73:1, 73:19, 73:21, 73:23, 74:1, 74:6, 74:10, 74:14, 74:16, 74:19, 74:23, 75:5, 75:8, 75:11, 75:16, 75:20, 75:23, 76:4, 76:10, 76:12, 76:14, 76:16, 76:18, 76:20, 77:5, 77:16, 77:24, 78:3, 78:7, 78:11, 78:19, 78:21, 79:4, 79:12, 79:22, 80:1, 80:22, 80:24, 81:3, 81:13, 81:25, 82:6, 82:8, 82:10, 82:12, 82:20, 82:24, 83:7, 83:17, 83:22, 83:25, 84:7, 84:13, 84:20, 84:22, 85:4, 85:19, 85:21, 86:3, 86:10, 86:14, 86:22, 87:1, 87:4, 88:1, 88:3, 88:12, 88:14, 88:16, 89:2, 89:4, 89:9, 89:16, 89:18, 89:20, 89:23, 90:4, 90:6, 90:9, 90:13, 90:18, 90:23, 91:2, 91:5, 91:8, 91:11, 91:13, 91:16, 91:19, 91:22, 91:25, 92:3, 92:8, 92:12, 92:16, 92:22, 92:25, 93:5, 93:8, 93:11, 93:14, 93:17, 93:22, 94:1, 94:3, 94:5, 94:11, 94:17, 94:20, 94:23, 94:25, 95:3, 95:5, 95:8, 95:10, 95:14, 95:19, 95:22, 96:3, 96:6, 96:14, 96:18, 97:1, 97:4, 97:9, 97:11, 97:13, 97:24, 98:2, 98:5, 98:7, 98:9, 98:11, 98:14, 98:17, 99:1, 99:4, 99:8, 99:13, 99:19, 99:23, 99:25, 100:7, 100:9, 100:13, 100:17, 100:19, 100:25, 101:3, 101:7, 101:15, 101:19, 102:3, 102:14, 102:20, 102:22,

103:5, 103:7, 103:9, 103:13, 103:18, 103:22, 104:1, 104:4, 104:6, 104:12, 104:16, 104:20, 104:23, 104:25, 105:3, 105:7, 105:9, 105:12, 105:14, 105:17, 105:23, 106:5, 106:9, 106:11, 106:15, 106:20, 106:23, 107:1, 107:3, 107:5, 107:19, 107:24, 108:1, 108:3, 108:5, 108:7, 108:9, 108:13, 108:15, 108:20, 108:24, 109:1, 109:3, 109:7, 109:9, 109:11, 109:13, 109:15, 109:17, 109:20, 109:24, 110:2, 110:5, 110:8, 110:11, 110:15, 110:18, 110:21, 110:23, 111:2, 111:5, 111:8, 111:12, 111:20, 111:25, 112:4, 112:7, 112:10, 112:12, 112:15, 112:17, 112:19, 112:21, 112:23, 113:1, 113:6, 113:8, 113:14, 113:18, 113:21, 113:25, 114:2, 114:5, 114:10, 114:16, 114:21, 114:23, 114:25, 115:3, 115:6, 115:8, 115:10, 115:12, 115:16, 115:20, 115:22, 116:2, 116:7, 116:10, 116:13, 116:19, 116:21, 116:25, 117:3, 117:15, 117:17, 117:20, 117:22, 117:24, 118:2, 118:11, 118:20, 118:24, 118:22, 119:24, 120:5, 120:9, 120:11, 120:14, 120:16, 120:18, 120:23, 120:25, 121:4, 121:9
**court** [23] - 2:17, 2:21,

2:22, 10:6, 10:7, 12:19, 42:19, 47:23, 48:13, 49:20, 51:14, 57:9, 58:10, 58:13, 61:8, 61:22, 67:18, 74:16, 81:4, 120:4
**Court** [10] - 1:23, 2:12, 19:21, 34:21, 34:22, 47:24, 48:4, 49:20, 118:21, 122:3
**Court's** [2] - 89:6, 107:10
**Courthouse** [1] - 1:24
**courtroom** [10] - 2:9, 2:15, 2:16, 2:17, 2:20, 4:22, 43:11, 61:8, 86:7, 106:5
**cousins** [1] - 93:13
**cover** [3] - 68:13, 102:17, 102:24
**coverage** [7] - 52:15, 52:16, 68:10, 69:22, 86:20, 86:21
**covered** [1] - 45:12
**covering** [1] - 99:17
**covers** [1] - 99:5
**CPI** [1] - 118:8
**CPT** [2] - 52:19, 86:18
**CR** [1] - 1:4
**credit** [1] - 61:18
**crime** [20] - 12:8, 18:15, 18:18, 18:19, 18:21, 42:4, 55:14, 55:16, 61:15, 65:16, 65:23, 77:25, 90:20, 93:24, 108:21, 111:3, 111:6, 113:25, 115:24, 120:12
**crimes** [5] - 15:12, 22:9, 44:19, 90:1, 95:25
**Criminal** [1] - 10:16
**criminal** [22] - 2:2, 12:12, 14:6, 14:20, 19:12, 20:8, 20:10, 39:4, 45:25, 51:6, 51:7, 59:25, 62:23, 66:1, 66:6, 78:13, 82:25, 100:11, 105:20, 111:15, 114:3, 120:20
**criticizing** [1] - 43:22
**Cross** [3] - 52:2, 52:4, 52:12
**CRR** [1] - 1:23
**custody** [1] - 119:25
**customer** [1] - 105:10
**cyclist** [1] - 108:23

# D

**D.C** [9] - 1:5, 10:6, 47:24, 48:11, 48:13, 49:20, 65:18, 93:16, 112:22
**dad** [2] - 115:25, 116:4
**dad's** [3] - 26:14, 26:15, 51:19
**damage** [1] - 42:22
**Darrell** [1] - 8:7
**data** [1] - 109:8
**date** [1] - 71:21
**dates** [4] - 28:15, 64:18, 64:25, 69:23
**Davis** [1] - 7:21
**DAY** [1] - 1:9
**days** [5] - 12:9, 26:25, 28:23, 41:23, 77:19
**days'** [1] - 69:16
**DC** [3] - 1:14, 1:22, 1:25
**deal** [2] - 28:16, 119:7
**deceased** [1] - 92:11
**decide** [3] - 4:8, 43:21, 96:11
**decision** [5] - 14:10, 10:20, 38:10, 43:6, 94:9
**DEFENDANT** [4] - 17:9, 17:13, 17:15, 17:17
**defendant** [43] - 6:6, 6:8, 8:13, 12:13, 13:15, 13:18, 13:21, 13:24, 14:3, 14:5, 14:7, 14:8, 14:12, 15:8, 15:12, 15:13, 19:20, 31:19, 44:18, 44:19, 45:14, 79:1, 79:3, 79:5, 79:6, 79:8, 79:9, 79:12, 79:17, 79:23, 85:8, 85:10, 85:13, 85:25, 90:1, 95:24, 96:1, 96:21, 100:22, 106:9, 115:14, 117:6
**Defendant** [2] - 1:7, 1:16
**defendant's** [1] - 111:21
**defense** [11] - 6:15, 8:3, 20:13, 33:9, 34:18, 45:8, 78:24, 78:25, 79:9, 79:13, 79:17
**deferral** [1] - 68:20
**delayed** [1] - 103:2
**deliberate** [3] - 9:8,

97:7, 97:17
**deliberation** [2] - 85:17, 86:13
**deliberations** [4] - 83:11, 85:14, 87:24, 88:3
**demeanor** [1] - 107:18
**democracy** [1] - 16:3
**department** [2] - 52:12, 99:18
**Department** [9] - 1:13, 6:3, 10:16, 10:19, 27:8, 42:16, 57:21, 113:20, 113:22
**deponent** [1] - 43:12
**deposed** [2] - 42:21, 42:23
**deputies** [1] - 11:7
**DEPUTY** [3] - 2:2, 16:18, 23:2
**deputy** [4] - 2:17, 2:20, 32:16, 32:20
**described** [1] - 30:9
**designing** [1] - 56:12
**desire** [2] - 5:13, 5:14
**despite** [2] - 84:25, 90:16
**details** [2] - 41:14, 78:2
**detective** [1] - 93:15
**determinations** [3] - 86:20, 86:21, 87:11
**determine** [6] - 6:21, 72:13, 72:15, 79:15, 113:3
**determines** [1] - 113:2
**development** [1] - 118:6
**device** [2] - 61:1, 61:4
**diabetes** [2] - 24:18, 25:5
**diabetic** [1] - 23:25
**diagnosis** [3] - 52:19, 86:18, 119:15
**Dictaphone** [1] - 16:20
**Diercks** [1] - 1:20
**difference** [3] - 72:16, 73:13, 105:17
**different** [4] - 42:21, 73:7, 77:14, 84:5
**differently** [6] - 43:2, 55:11, 58:15, 65:10, 84:2, 113:16
**difficult** [20] - 9:13, 9:18, 9:21, 9:25, 10:12, 11:20, 19:16, 19:17, 20:3, 32:7, 37:15, 37:16, 54:25, 55:25, 74:8, 76:1,

76:21, 77:6, 83:12, 111:12
**difficulties** [1] - 104:8
**difficulty** [8] - 9:12, 9:17, 10:2, 14:1, 14:11, 19:18, 29:19, 60:22
**digits** [1] - 3:12
**diligent** [1] - 81:4
**dire** [7] - 3:7, 3:8, 3:25, 5:7, 5:8, 16:1, 16:17
**direction** [1] - 76:8
**directly** [1] - 54:16
**disagree** [2] - 97:7, 97:18
**disappointing** [2] - 47:4, 47:7
**disbelieve** [1] - 45:9
**discussed** [3] - 15:16, 53:17, 81:22
**discussion** [1] - 85:15
**discussions** [1] - 83:10
**disease** [1] - 56:12
**dismissed** [2] - 63:4, 63:5
**disposed** [1] - 51:20
**dispute** [1] - 13:21
**disregard** [1] - 86:6
**distance** [1] - 4:5
**distracted** [1] - 80:16
**DISTRICT** [3] - 1:1, 1:1, 1:10
**district** [2] - 30:11, 30:12
**District** [8] - 18:8, 39:5, 39:7, 42:16, 42:22, 62:20, 62:22, 67:9
**division** [1] - 83:21
**Division** [1] - 10:16
**doctor's** [1] - 71:20
**doctors** [1] - 99:16
**doctors'** [1] - 71:2
**DOJ** [9] - 10:22, 10:25, 21:18, 21:21, 21:23, 34:9, 50:14, 50:24, 93:1
**done** [8] - 35:1, 35:10, 49:20, 54:15, 55:3, 69:11, 72:1, 121:10
**doubt** [22] - 13:17, 13:25, 14:22, 15:12, 44:18, 68:14, 72:15, 73:12, 79:16, 86:10, 90:1, 94:12, 94:14, 95:24, 96:9, 96:21, 105:21, 111:21, 113:4, 115:14,

117:6, 117:11
**down** [44] - 3:23, 7:13,
7:14, 8:11, 17:20,
21:1, 22:21, 25:16,
27:18, 33:5, 35:19,
38:18, 40:19, 44:2,
44:25, 46:11, 50:3,
53:5, 56:21, 59:4,
60:14, 62:10, 64:4,
66:18, 70:6, 73:18,
76:15, 81:1, 88:15,
91:9, 91:24, 94:19,
96:5, 97:10, 98:8,
102:21, 104:5,
107:4, 109:14,
109:21, 112:6,
115:2, 117:19,
120:24
**Dr** [5] - 6:8, 7:9, 7:20,
8:18, 71:2
**draw** [1] - 14:9
**driver** [1] - 108:23
**drowsy** [2] - 24:21,
74:22
**due** [1] - 68:7
**DUI** [1] - 41:22
**during** [10] - 3:25, 6:3,
6:20, 7:17, 9:2,
22:10, 26:12, 68:9,
69:4, 77:10
**duty** [4] - 16:11, 26:11,
26:13, 68:9

**E**

**early** [3] - 2:15, 28:11,
29:15
**easily** [2] - 5:22, 64:24
**Edford** [1] - 8:6
**education** [1] - 87:7
**eight** [1] - 69:16
**either** [14] - 3:5, 10:6,
15:7, 15:8, 39:9,
46:24, 55:9, 59:7,
70:2, 76:2, 76:7,
85:25, 107:22,
114:19
**elaborate** [1] - 73:6
**Elaine** [1] - 105:2
**element** [1] - 13:17
**Elena** [1] - 105:5
**embarrass** [1] - 5:15
**employ** [1] - 34:9
**employed** [3] - 13:6,
51:24, 77:6
**employee** [1] - 113:23
**employees** [7] - 2:12,
34:12, 41:7, 54:21,
57:25, 67:13, 76:24

**employment** [6] -
30:14, 65:8, 67:23,
90:14, 95:14, 116:21
**end** [4] - 35:5, 36:1,
39:12, 78:10
**End** [5] - 28:5, 35:20,
81:2, 97:12, 121:8
**ended** [2] - 78:9,
88:23
**enforcement** [54] -
10:23, 11:6, 11:7,
11:9, 11:12, 11:16,
11:18, 11:20, 11:22,
11:24, 12:4, 22:7,
30:16, 32:5, 32:10,
39:18, 41:3, 45:6,
45:7, 45:10, 45:19,
45:20, 45:22, 45:23,
50:12, 51:9, 51:11,
51:19, 52:23, 54:2,
54:14, 54:16, 54:20,
54:25, 58:3, 61:20,
65:13, 78:7, 78:9,
84:9, 84:24, 90:7,
90:15, 93:6, 93:12,
93:18, 93:19, 95:11,
95:16, 101:4,
108:10, 108:16,
108:17, 113:18
**enforcement's** [1] -
46:1
**engineer** [2] - 17:7,
58:22
**English** [1] - 10:3
**enjoy** [1] - 121:12
**entering** [1] - 94:13
**entertain** [1] - 121:1
**entirely** [1] - 5:21
**entitled** [2] - 3:16,
122:5
**Erica** [1] - 7:20
**Erika** [1] - 8:5
**err** [2] - 85:6, 95:22
**especially** [2] - 13:11,
29:23
**ESQ** [4] - 1:12, 1:13,
1:16, 1:19
**essence** [1] - 103:1
**estimate** [1] - 9:9
**evaluate** [16] - 34:13,
41:8, 43:2, 49:6,
54:20, 55:10, 57:24,
58:14, 71:11, 79:14,
84:1, 84:14, 84:23,
95:15, 101:3, 116:22
**evaluating** [2] - 12:22,
85:24
**evaluation** [1] - 43:4
**event** [1] - 57:15
**evidence** [38] - 5:20,

6:16, 9:6, 9:14, 9:18,
9:23, 13:19, 14:21,
15:11, 35:25, 38:10,
43:21, 44:17, 49:6,
63:7, 67:18, 69:12,
76:8, 79:15, 79:19,
79:20, 85:18, 85:25,
86:6, 86:7, 87:9,
87:10, 87:12, 87:15,
87:16, 88:4, 88:21,
89:25, 100:4, 106:6,
111:20, 112:2,
118:14
**ex** [1] - 120:1
**ex-husband** [1] -
120:1
**exactly** [1] - 26:2
**exam** [2] - 69:2, 69:5
**examinations** [1] -
68:24
**examiner** [3] - 68:8,
68:23, 102:25
**Examiners** [1] - 67:9
**example** [2] - 45:5,
51:18
**except** [1] - 4:21
**exchanges** [1] - 61:9
**exclude** [1] - 33:8
**excuse** [13] - 15:4,
28:13, 46:14, 59:5,
66:19, 70:8, 81:9,
82:3, 104:8, 104:14,
104:18, 121:2
**excused** [9] - 4:9,
46:9, 48:2, 48:4,
68:17, 68:19,
102:22, 104:15,
121:4
**excusing** [2] - 47:9,
70:11
**exits** [1] - 4:24
**expect** [3] - 28:9,
28:11, 96:4
**expected** [1] - 96:5
**experience** [57] - 8:19,
8:20, 10:9, 10:12,
10:22, 11:16, 11:20,
12:11, 12:16, 12:20,
13:3, 13:12, 18:5,
18:23, 19:1, 19:14,
20:7, 21:18, 21:23,
30:8, 38:10, 38:11,
38:12, 39:14, 39:21,
40:10, 41:24, 42:1,
42:12, 43:12, 46:24,
50:12, 50:20, 50:23,
52:4, 53:22, 54:2,
54:24, 57:18, 58:12,
65:3, 65:7, 75:25,
83:10, 83:18, 85:9,

86:13, 92:5, 92:8,
92:12, 101:13,
101:25, 102:3,
102:10, 114:18,
116:14, 120:19
**experienced** [2] -
101:5, 101:14
**experiences** [6] -
16:14, 22:12, 78:11,
78:15, 113:9, 114:6
**expert** [2] - 11:25,
12:4
**explain** [1] - 68:20
**explanation** [1] - 3:24
**extent** [3] - 61:21,
82:2, 86:12

**F**

**face** [1] - 45:23
**fact** [20] - 13:21,
29:21, 31:10, 32:6,
34:12, 49:4, 57:22,
60:1, 79:23, 80:5,
80:16, 92:16, 92:19,
93:17, 94:5, 100:20,
108:15, 111:13,
113:14, 116:3
**factor** [2] - 43:7, 82:4,
86:6
**facts** [5] - 20:18,
31:14, 88:20
**factually** [1] - 87:25
**fails** [1] - 117:5
**fair** [50] - 8:24, 10:10,
10:13, 11:3, 12:13,
12:16, 12:21, 13:13,
15:17, 15:21, 15:24,
18:6, 20:13, 21:25,
22:13, 30:15, 31:20,
32:8, 39:15, 48:16,
48:18, 49:6, 53:17,
53:22, 55:25, 62:2,
63:17, 63:21, 63:22,
65:25, 71:14, 82:14,
85:10, 85:12, 87:20,
91:3, 93:2, 97:19,
100:21, 100:22,
101:1, 101:2,
101:16, 101:18,
105:14, 109:4,
111:15, 114:3,
118:4, 119:18
**fairest** [1] - 5:15
**fairly** [3] - 57:24,
113:20, 118:12
**faith** [1] - 14:19
**falls** [1] - 42:22
**familiar** [3] - 34:19,

105:2, 119:14
**familiarity** [4] - 52:18,
87:1, 87:5, 99:21
**family** [50] - 10:21,
11:5, 11:10, 11:14,
12:7, 12:15, 13:2,
13:5, 13:8, 21:17,
22:5, 22:8, 30:8,
40:2, 40:8, 41:2,
41:19, 42:3, 50:11,
51:9, 51:23, 54:1,
54:14, 55:14, 57:17,
62:8, 61:14, 65:3,
65:12, 65:16, 77:25,
80:12, 83:18, 84:9,
90:7, 90:19, 92:4,
93:5, 93:23, 95:10,
103:20, 108:10,
108:21, 111:13,
113:8, 114:5,
115:23, 116:14,
120:11
**far** [7] - 5:5, 12:9,
42:11, 46:3, 61:12,
93:9, 121:15
**father** [6] - 39:19,
51:10, 92:10, 95:12,
108:11, 108:16
**favor** [8] - 31:11,
39:22, 43:1, 52:5,
71:12, 84:2, 114:19,
116:4
**favorable** [2] - 51:18,
113:22
**favorably** [1] - 51:20
**favorite** [1] - 84:19
**FBI** [27] - 7:21, 7:22,
10:19, 10:22, 10:25,
11:8, 11:24, 12:4,
21:18, 30:13, 34:9,
41:5, 41:7, 41:8,
41:12, 43:20, 43:22,
55:3, 55:10, 57:21,
65:6, 65:8, 65:9,
84:11, 84:15, 84:23,
93:1
**federal** [15] - 8:14,
10:7, 10:17, 11:7,
11:8, 11:12, 22:6,
45:6, 45:18, 45:20,
45:22, 82:16, 111:7,
111:14, 111:15
**Federal** [1] - 10:18
**federally** [2] - 86:19,
118:6
**feelings** [4] - 10:24,
11:2, 93:1
**fence** [1] - 33:6
**fentanyl** [1] - 102:5
**few** [4] - 16:12, 21:20,

57:20, 77:19
**FFRDCs** [1] - 118:7
**field** [1] - 41:15
**file** [1] - 65:22
**finally** [1] - 15:15
**financial** [5] - 76:25, 77:16, 80:9, 80:18, 82:2
**fine** [6] - 23:7, 38:21, 47:12, 77:20, 92:21, 115:6
**finish** [2] - 4:1, 81:16
**finished** [2] - 6:24, 81:22
**firm** [1] - 28:14
**Firm** [1] - 1:16
**first** [10] - 2:12, 5:24, 7:25, 16:4, 29:2, 46:24, 53:14, 71:4, 74:11, 88:20
**five** [3] - 28:19, 28:21, 40:7
**Flex** [1] - 105:10
**flights** [1] - 9:10
**focus** [4] - 23:23, 24:21, 74:20, 82:16
**focused** [1] - 83:11
**follow** [52] - 4:3, 4:5, 4:7, 4:8, 9:13, 9:18, 14:15, 15:3, 15:6, 17:18, 20:6, 20:12, 20:19, 22:16, 25:10, 27:12, 29:6, 31:22, 34:20, 35:15, 37:23, 37:24, 40:14, 43:15, 45:14, 46:6, 49:16, 52:8, 56:2, 58:23, 62:5, 62:6, 66:7, 66:9, 67:17, 70:2, 72:24, 79:4, 80:1, 83:3, 86:4, 88:18, 91:5, 96:16, 100:4, 102:15, 103:16, 107:1, 109:9, 114:21, 117:3, 118:20
**follow-up** [36] - 4:5, 4:7, 4:8, 17:18, 20:6, 22:16, 25:10, 27:12, 29:6, 31:22, 34:20, 35:15, 37:23, 37:24, 40:14, 43:15, 46:6, 49:16, 52:8, 56:2, 58:23, 62:5, 62:6, 66:9, 70:2, 72:24, 80:1, 88:18, 91:5, 96:16, 102:15, 107:1, 109:9, 114:21, 117:3, 118:20

**following** [6] - 8:4, 9:7, 14:1, 14:3, 14:11, 76:6
**fondness** [1] - 84:16
**FOR** [1] - 1:1
**foregoing** [1] - 122:4
**forensic** [2] - 54:4, 54:15
**forget** [1] - 97:14
**forgot** [4] - 4:20, 4:22, 62:16, 97:11
**form** [1] - 74:2
**formed** [1] - 8:18
**former** [3] - 34:9, 34:12, 84:11
**formerly** [1] - 82:25
**fortunate** [1] - 80:17
**four** [3] - 3:12, 18:3, 63:1
**frame** [2] - 87:16, 88:9
**framework** [1] - 86:2
**frankly** [1] - 88:20
**Fraud** [1] - 10:16
**fraud** [43] - 8:14, 13:9, 18:19, 31:9, 41:17, 45:18, 46:4, 49:4, 50:19, 50:20, 60:1, 61:18, 61:24, 62:2, 63:16, 63:18, 65:24, 66:6, 67:6, 67:14, 78:14, 82:17, 83:22, 83:23, 85:16, 99:19, 100:11, 100:14, 100:15, 100:16, 100:19, 100:20, 100:22, 102:11, 114:17, 116:3, 118:9, 118:17, 119:7, 119:9, 119:13, 120:20, 121:6
**fraudulent** [1] - 31:19
**Frederick** [5] - 2:3, 2:5, 2:10, 6:7, 6:8
**FREDERICK** [2] - 1:6, 1:19
**French** [4] - 5:9, 77:9, 77:10, 77:22
**Friday** [7] - 28:18, 36:2, 36:4, 68:7, 69:12, 69:13
**friend** [38] - 11:5, 11:11, 11:15, 12:8, 12:15, 13:3, 13:6, 13:9, 39:17, 40:3, 41:2, 41:19, 51:24, 52:1, 52:11, 54:14, 55:13, 57:18, 61:14, 65:5, 77:25, 83:22,

84:10, 90:7, 90:10, 90:13, 90:19, 90:21, 90:24, 91:1, 91:2, 95:11, 98:1, 108:21, 113:9, 114:6, 115:24, 120:12
**friend's** [5] - 52:3, 65:7, 83:25, 90:16, 116:21
**friends** [28] - 10:21, 21:18, 22:5, 32:4, 39:18, 41:4, 41:7, 41:12, 43:20, 50:11, 51:9, 54:2, 57:20, 57:23, 58:2, 65:3, 65:13, 65:16, 71:15, 83:18, 83:20, 84:9, 92:5, 93:6, 93:23, 108:10, 116:14, 116:17
**friendship** [2] - 43:21, 117:10
**front** [1] - 2:17
**full** [7] - 9:22, 9:25, 20:1, 25:6, 34:6, 76:24, 120:2
**full-time** [1] - 76:24
**function** [1] - 16:8
**funded** [2] - 86:19, 118:6
**future** [1] - 119:13

**G**

**general** [2] - 45:13, 83:24
**General** [1] - 10:20
**generally** [3] - 10:25, 77:15, 93:1
**gentlemen** [9] - 4:19, 8:10, 16:1, 28:7, 35:21, 81:3, 81:13, 97:13, 121:9
**Georgeann** [1] - 8:6
**Gilchrist** [1] - 7:20
**girlfriend's** [2] - 115:25, 116:4
**given** [21] - 12:1, 12:6, 21:4, 25:3, 25:4, 41:7, 41:25, 54:19, 61:1, 62:1, 65:24, 67:6, 67:10, 83:11, 84:13, 89:12, 90:13, 91:2, 100:5, 101:4, 118:11
**glasses** [1] - 8:6
**God** [1] - 91:1
**Goff** [1] - 8:6
**GOODING** [1] - 1:6

**Gooding** [9] - 2:3, 2:6, 2:11, 6:7, 6:9, 6:11, 7:5, 7:9, 8:18
**gotta** [3] - 2:19, 87:21, 106:13
**government** [49] - 2:5, 6:14, 10:17, 11:25, 12:5, 13:16, 13:24, 20:14, 21:3, 25:13, 27:22, 42:17, 45:15, 45:18, 50:13, 51:4, 52:22, 53:3, 54:21, 56:18, 59:6, 64:1, 66:14, 76:13, 79:7, 79:9, 80:23, 85:11, 85:13, 85:25, 88:13, 89:7, 90:12, 91:5, 94:11, 94:14, 94:21, 95:23, 96:8, 96:20, 103:24, 104:10, 107:8, 111:21, 112:8, 114:22, 115:13, 117:5, 121:3
**Government** [1] - 1:12
**government's** [3] - 79:14, 107:15, 107:17
**grab** [1] - 48:8
**graduated** [1] - 89:11
**grand** [19] - 48:12, 49:17, 49:19, 60:25, 72:10, 72:13, 73:7, 73:9, 105:16, 105:18, 105:25, 106:3, 106:12, 106:13, 107:21, 112:22, 112:23, 113:1
**grandfather** [2] - 108:12, 108:16
**grant** [1] - 33:14
**great** [2] - 16:4, 35:8
**greater** [1] - 12:6
**Gregory** [1] - 7:19
**group** [1] - 106:19
**GSA** [1] - 113:11
**guess** [4] - 27:20, 96:4, 97:21, 97:25
**guilt** [4] - 14:9, 72:15, 111:22, 113:3
**guilty** [22] - 13:17, 13:24, 14:20, 15:13, 44:19, 45:15, 76:7, 76:8, 79:7, 79:17, 90:2, 94:13, 96:1, 96:7, 96:9, 96:11, 96:22, 111:19, 111:22, 112:2, 115:14, 117:7

**H**

**half** [6] - 9:3, 24:5, 37:2, 50:18, 77:2, 77:21
**hall** [1] - 33:1
**hand** [4] - 3:13, 37:7, 61:10, 99:6
**handled** [1] - 55:24
**hands** [1] - 72:20
**hanging** [1] - 98:22
**happy** [1] - 2:19
**harassment** [1] - 58:9
**hard** [6] - 5:3, 28:14, 36:16, 60:23, 75:10, 81:4
**hard-working** [1] - 81:4
**hardship** [1] - 80:9
**Harris** [1] - 1:20
**hate** [1] - 83:15
**headquarters** [1] - 113:12
**Health** [1] - 10:19
**health** [18] - 8:15, 12:24, 12:25, 13:6, 25:3, 25:4, 31:6, 31:10, 48:24, 49:1, 49:4, 51:24, 59:19, 63:13, 67:12
**healthcare** [13] - 8:14, 13:9, 41:17, 53:19, 65:24, 67:12, 82:16, 82:17, 82:22, 85:16, 86:18, 86:19, 88:7
**hear** [29] - 3:3, 3:24, 4:12, 4:13, 5:3, 6:18, 6:19, 7:18, 8:4, 16:21, 29:23, 30:16, 32:13, 32:15, 32:17, 32:19, 39:23, 41:6, 45:24, 61:2, 61:4, 61:10, 63:7, 67:11, 87:9, 90:23, 106:6
**heard** [9] - 2:10, 7:11, 8:16, 43:10, 43:13, 49:6, 51:18, 105:4, 111:20
**hearing** [12] - 9:12, 9:17, 29:19, 29:22, 30:3, 32:21, 60:22, 60:23, 61:1, 63:17, 66:1, 100:1
**heart** [1] - 112:1
**Heights** [1] - 120:10
**hello** [2] - 38:20, 108:4
**help** [7] - 3:5, 24:9, 26:16, 68:21, 83:13, 99:11, 114:14

**helps** [1] - 99:7
**Hertz** [1] - 105:10
**HHS** [16] - 7:22, 10:22, 10:25, 11:8, 11:25, 12:4, 21:18, 83:21, 84:1, 84:10, 93:1, 116:17, 116:18, 116:22, 117:1
**HHS-OIG** [1] - 7:22
**hi** [4] - 17:22, 36:14, 38:7, 117:21
**high** [2] - 24:23, 25:9
**himself** [3] - 79:1, 79:3, 79:6
**history** [1] - 90:14
**hit** [2] - 77:17, 82:2
**hm** [6] - 51:13, 57:7, 74:15, 75:7, 99:24, 105:5
**home** [3] - 26:3, 75:21, 76:5
**honest** [1] - 20:22
**honestly** [1] - 32:12
**Honor** [80] - 2:2, 8:2, 21:3, 22:18, 22:19, 25:12, 25:13, 25:18, 27:13, 27:15, 27:24, 31:24, 31:25, 33:3, 33:17, 34:15, 34:21, 35:16, 35:17, 38:5, 38:17, 40:15, 40:17, 43:16, 43:25, 44:4, 44:6, 44:10, 45:2, 46:7, 46:13, 46:15, 46:16, 47:12, 47:15, 49:15, 49:21, 52:9, 53:7, 56:3, 58:24, 59:1, 60:9, 62:8, 63:24, 64:1, 66:10, 66:16, 70:3, 70:4, 70:12, 70:13, 72:25, 73:16, 76:11, 76:13, 80:2, 82:5, 86:15, 88:2, 89:1, 91:6, 91:7, 94:24, 96:17, 96:19, 101:8, 103:4, 107:2, 107:8, 109:10, 109:12, 112:9, 114:24, 115:4, 117:4, 117:14, 117:16, 118:25, 119:21
**HONORABLE** [1] - 1:10
**hope** [2] - 70:8, 85:12
**hopefully** [1] - 35:6
**hoping** [1] - 121:10
**hospital** [8] - 53:18, 56:6, 56:7, 56:9, 56:12, 56:14, 67:7,

69:1
**Hospital** [1] - 67:9
**hour** [4] - 24:5, 27:3, 37:2, 69:2
**hours** [10] - 24:9, 37:3, 68:9, 68:11, 69:4, 69:5, 72:22, 77:10, 77:13
**house** [1] - 18:22
**House** [2] - 21:20, 21:23
**Hubbard** [1] - 8:5
**human** [2] - 14:25, 52:24
**Human** [1] - 10:19
**hunch** [3] - 47:6
**hundred** [2] - 32:12, 52:17
**hurting** [1] - 75:9
**husband** [2] - 26:19, 120:1

**I**

**idea** [1] - 45:7
**identity** [1] - 116:1
**imagine** [2] - 79:18
**immigration** [1] - 66:12
**impact** [3] - 32:11, 37:25, 99:10
**impair** [6] - 8:23, 10:25, 11:3, 82:13, 93:2, 118:3
**impanel** [1] - 4:11
**impartial** [23] - 5:16, 10:10, 10:13, 11:1, 11:3, 11:21, 12:13, 12:17, 12:21, 15:17, 18:6, 20:1, 21:25, 22:13, 30:25, 39:15, 40:12, 43:6, 48:19, 55:1, 65:25, 105:15, 109:4
**impartially** [1] - 57:24, 67:14
**important** [6] - 2:14, 2:16, 5:21, 11:16, 16:15, 68:15
**incarcerated** [3] - 19:8, 19:15, 94:6
**incidents** [1] - 78:6
**inclined** [6] - 51:20, 59:5, 66:19, 71:12, 104:8, 116:25
**included** [1] - 44:22
**including** [1] - 11:6
**inclusive** [1] - 85:6
**inconceivable** [1] -

45:5
**inconvenience** [1] -
16:4
**inconvenient** [2] -
16:13, 102:16
**incredible** [1] - 19:14
**independent** [3] -
76:22, 77:23, 80:6
**index** [3] - 3:11, 3:13, 4:2
**indicated** [2] - 21:5, 104:6
**indicating** [1] - 33:20
**indication** [1] - 104:7
**individual** [4] - 11:24, 12:3, 33:12, 47:5
**individually** [2] - 4:3, 33:11
**individuals** [3] - 6:10, 8:10, 8:11
**indulgence** [1] - 89:6
**industry** [2] - 13:7, 51:25
**inference** [2] - 14:9, 79:16
**inflammation** [1] -
24:1
**influence** [2] - 20:20, 31:16
**influenced** [1] - 15:7
**inform** [2] - 28:7, 35:22
**information** [1] -
46:19
**informed** [2] - 35:9, 35:23
**informs** [1] - 83:10
**injection** [1] - 102:8
**injured** [3] - 90:24, 91:1, 108:22
**innocence** [2] - 13:20, 13:23
**innocent** [7] - 13:16, 14:4, 45:15, 79:6, 79:7, 111:17, 111:19
**inside** [1] - 19:10
**Inspector** [1] - 10:20
**instances** [2] - 118:9, 119:11
**Institute** [1] - 54:8
**instruct** [1] - 43:8
**instructed** [1] - 118:21
**instruction** [8] -
13:22, 14:3, 15:3, 15:6, 20:13, 20:19, 45:14, 76:7
**instructions** [8] -
4:13, 14:15, 44:24, 66:7, 67:17, 83:3, 86:5, 100:4

**instructor** [1] - 83:13
**instructs** [2] - 20:11, 20:17
**insurance** [20] - 8:15, 12:24, 13:1, 13:6, 31:7, 31:10, 32:6, 48:24, 49:1, 49:5, 51:24, 59:20, 60:2, 60:6, 63:13, 63:17, 67:13, 83:23, 92:17, 114:12
**Integrity** [1] - 118:8
**intention** [1] - 5:13
**interacted** [1] - 45:21
**interaction** [1] - 55:4
**interest** [1] - 5:17
**interface** [2] - 21:21
**interfere** [2] - 9:1, 15:16
**internationally** [1] -
64:14
**interventional** [1] -
102:4
**introduce** [3] - 2:12, 2:25, 6:17
**introduced** [2] - 6:11, 6:21
**invade** [2] - 5:14, 23:16
**investigate** [1] -
119:11
**investigated** [6] -
10:18, 11:11, 22:5, 40:3, 41:20, 42:9
**investigation** [2] -
100:11, 116:11
**Investigation** [1] -
10:18
**investigators** [1] -
34:10
**involve** [1] - 38:8
**involved** [30] - 2:23, 11:6, 39:18, 41:2, 51:9, 54:14, 54:16, 58:3, 61:20, 65:13, 65:21, 78:7, 78:9, 84:9, 90:7, 90:24, 90:25, 92:5, 92:19, 93:6, 93:11, 95:11, 108:10, 109:1, 110:16, 113:10, 116:10, 116:11, 116:15, 117:1
**involving** [8] - 49:3, 60:1, 61:23, 62:2, 67:5, 67:13, 99:19, 114:16
**IRS** [2] - 90:11, 100:11
**Irvine** [1] - 1:18
**issue** [5] - 32:9, 77:4,

77:5, 77:21, 97:3
**issues** [7] - 33:13, 36:14, 36:20, 49:8, 107:6, 107:17, 114:12
**IV** [3] - 102:8, 102:9

**J**

**jail** [2] - 19:22, 22:11
**jailed** [1] - 22:9
**James** [1] - 7:19
**Jamila** [1] - 7:23
**Jason** [1] - 7:22
**JIL** [1] - 1:13
**Jil** [2] - 2:4, 6:4
**JILLIAN** [1] - 1:12
**Jillian** [2] - 2:4, 6:3
**job** [12] - 20:20, 21:21, 42:20, 54:19, 67:17, 67:24, 68:8, 87:6, 88:9, 90:16, 100:4, 113:14
**joints** [1] - 24:1
**Joseph** [1] - 8:7
**Journalism** [1] - 19:8
**journalism** [1] - 19:9
**JR** [1] - 1:19
**Jr** [1] - 2:5
**Juan** [1] - 7:20
**Judge** [3] - 2:7, 5:25, 32:19
**JUDGE** [1] - 1:10
**judge** [15] - 2:8, 2:14, 16:12, 20:11, 20:17, 43:12, 75:22, 75:23, 84:14, 94:10, 106:20, 106:21, 106:22, 112:24
**judges** [1] - 86:4
**judgment** [4] - 14:25, 55:5, 117:10, 118:18
**judicial** [3] - 12:19, 16:8, 42:19
**Judith** [1] - 7:20
**June** [1] - 36:18
**juries** [3] - 19:13, 20:8, 86:4
**jurisdictions** [1] - 16:9
**juror** [58] - 3:12, 3:15, 4:9, 8:23, 9:2, 9:22, 10:10, 10:13, 11:1, 12:17, 14:19, 15:19, 21:4, 21:8, 24:6, 25:22, 27:25, 28:18, 39:14, 45:25, 47:2, 48:19, 49:24, 57:14, 59:5, 62:2, 62:17, 66:19, 70:8, 74:24,

75:9, 80:15, 81:18,
81:22, 82:14, 83:13,
85:9, 85:21, 88:17,
88:18, 89:10, 89:13,
91:3, 94:25, 98:3,
98:12, 105:12,
105:15, 105:18,
105:20, 105:24,
105:25, 106:5,
107:6, 108:1,
112:12, 118:4, 121:4
**JUROR** [552] - 7:2,
17:1, 17:3, 17:7,
17:22, 17:24, 18:3,
18:7, 18:10, 18:14,
18:17, 18:21, 18:25,
19:3, 19:6, 19:22,
20:2, 20:9, 20:15,
20:22, 20:25, 21:11,
21:14, 21:19, 22:1,
22:3, 22:8, 22:15,
23:7, 23:10, 23:13,
23:20, 23:25, 24:11,
24:13, 24:16, 24:19,
24:22, 25:1, 25:7,
25:15, 25:25, 26:2,
26:7, 26:14, 26:18,
26:24, 27:3, 27:7,
27:11, 27:17, 28:3,
29:2, 29:4, 29:6,
29:11, 29:16, 29:18,
29:21, 30:3, 30:7,
30:10, 30:18, 30:20,
31:1, 31:3, 31:5,
31:8, 31:13, 31:21,
32:3, 32:9, 32:15,
32:18, 32:24, 33:17,
33:19, 33:21, 33:24,
34:2, 34:5, 34:8,
34:15, 34:17, 35:11,
35:14, 36:10, 36:12,
36:14, 36:16, 36:25,
37:5, 37:8, 37:12,
37:16, 37:19, 37:22,
38:3, 38:7, 38:12,
38:20, 38:22, 38:25,
39:3, 39:6, 39:11,
39:16, 39:19, 40:1,
40:5, 40:7, 40:9,
40:13, 40:21, 40:23,
40:25, 41:4, 41:10,
41:13, 41:18, 41:21,
42:2, 42:5, 42:14,
42:16, 42:20, 43:4,
43:14, 43:23, 44:4,
44:6, 44:9, 44:13,
44:21, 45:2, 45:16,
46:2, 46:10, 47:18,
47:20, 47:22, 47:25,
48:5, 48:7, 48:10,
48:12, 48:17, 48:20,

48:23, 48:25, 49:2,
49:7, 49:10, 49:13,
49:19, 49:25, 50:2,
50:5, 50:7, 50:9,
50:13, 50:16, 50:18,
50:22, 51:1, 51:4,
51:7, 51:10, 51:13,
51:16, 51:22, 52:1,
52:7, 52:10, 52:13,
52:16, 52:20, 52:24,
53:7, 53:9, 53:12,
53:15, 53:18, 53:24,
54:4, 54:7, 54:12,
54:15, 54:23, 55:2,
55:12, 55:15, 55:17,
55:22, 56:1, 56:5,
56:7, 56:11, 56:15,
56:20, 56:23, 56:25,
57:2, 57:4, 57:7,
57:10, 57:12, 57:15,
57:20, 58:1, 58:4,
58:6, 58:8, 58:11,
58:16, 58:18, 58:21,
59:3, 59:11, 59:13,
59:16, 59:18, 59:21,
59:24, 60:4, 60:7,
60:13, 60:16, 60:18,
60:20, 60:23, 60:25,
61:6, 61:11, 61:16,
61:18, 61:21, 61:25,
62:4, 62:12, 62:14,
62:16, 62:19, 62:22,
62:24, 63:1, 63:4,
63:6, 63:9, 63:11,
63:14, 63:19, 63:22,
64:6, 64:8, 64:11,
64:13, 64:16, 64:19,
64:24, 65:1, 65:5,
65:11, 65:14, 65:17,
65:20, 65:22, 66:2,
66:4, 66:8, 66:12,
66:25, 67:2, 67:4,
67:8, 67:15, 67:19,
67:21, 68:5, 68:18,
68:25, 69:8, 69:13,
69:16, 69:20, 70:1,
70:17, 70:19, 70:22,
71:1, 71:7, 71:9,
71:14, 71:17, 71:20,
71:25, 72:4, 72:8,
72:10, 72:17, 72:20,
72:23, 73:4, 73:7,
73:11, 73:14, 73:17,
73:20, 73:22, 73:25,
74:4, 74:9, 74:11,
74:15, 74:18, 74:22,
75:4, 75:7, 75:10,
75:15, 75:19, 75:21,
76:3, 76:9, 76:17,
76:19, 76:22, 77:8,
77:19, 78:1, 78:5,

78:8, 78:16, 78:20,
78:22, 79:11, 79:18,
79:24, 80:4, 80:7,
80:10, 80:13, 80:17,
80:25, 82:9, 82:11,
82:15, 82:22, 83:6,
83:15, 83:20, 83:24,
84:4, 84:11, 84:18,
84:21, 85:1, 85:12,
85:20, 85:23, 86:9,
86:12, 86:24, 87:3,
87:7, 87:14, 87:20,
88:8, 89:17, 89:19,
89:21, 90:3, 90:5,
90:8, 90:10, 90:17,
90:21, 90:25, 91:4,
91:10, 91:12, 91:15,
91:17, 91:21, 91:23,
92:2, 92:7, 92:10,
92:13, 92:21, 92:23,
93:3, 93:7, 93:9,
93:13, 93:15, 93:21,
93:25, 94:2, 94:4,
94:8, 94:16, 94:18,
95:4, 95:7, 95:9,
95:12, 95:18, 95:20,
96:2, 96:4, 96:12,
96:23, 96:25, 97:2,
97:8, 97:25, 98:4,
98:6, 98:10, 98:13,
98:16, 98:19, 99:2,
99:6, 99:10, 99:15,
99:22, 99:24, 100:6,
100:8, 100:10,
100:16, 100:18,
100:23, 101:2,
101:6, 101:10,
101:12, 101:18,
101:20, 101:22,
101:24, 102:2,
102:4, 102:9,
102:12, 102:18,
103:8, 103:11,
103:15, 103:19,
104:22, 104:24,
105:1, 105:5, 105:8,
105:10, 105:13,
105:16, 105:22,
106:3, 106:7,
106:10, 106:12,
106:18, 106:21,
106:25, 108:4,
108:6, 108:8,
108:11, 108:14,
108:19, 108:22,
108:25, 109:2,
109:6, 109:8,
109:16, 109:19,
109:22, 109:25,
110:4, 110:7, 110:9,
110:13, 110:17,

110:20, 110:22,
110:25, 111:4,
111:7, 111:10,
111:16, 111:23,
112:1, 112:5,
112:16, 112:18,
112:20, 112:22,
112:25, 113:5,
113:7, 113:11,
113:17, 113:19,
113:24, 114:1,
114:4, 114:8,
114:11, 114:20,
115:1, 115:4, 115:7,
115:9, 115:11,
115:15, 115:19,
115:21, 115:25,
116:6, 116:8,
116:12, 116:16,
116:20, 116:24,
117:2, 117:8,
117:12, 117:18,
117:21, 117:23,
117:25, 118:5,
118:15, 118:23,
119:2, 119:5,
119:10, 119:16,
119:19, 119:23,
119:25, 120:7,
120:10, 120:13,
120:15, 120:17,
120:22
**Juror** [108] - 16:22,
16:24, 16:25, 17:20,
17:21, 21:1, 21:9,
21:10, 22:21, 23:4,
23:8, 25:16, 25:23,
25:24, 27:18, 28:1,
28:2, 28:25, 33:5,
33:15, 33:16, 35:19,
36:9, 36:11, 38:18,
38:21, 40:19, 40:22,
44:2, 44:5, 46:11,
47:16, 47:19, 50:3,
50:6, 53:5, 53:8,
56:21, 56:24, 59:4,
59:9, 59:12, 60:14,
60:17, 62:10, 62:13,
64:4, 64:7, 66:18,
66:23, 67:1, 70:6,
70:15, 70:18, 73:18,
73:21, 76:15, 76:16,
81:1, 82:7, 82:8,
88:15, 89:15, 89:18,
91:9, 91:11, 94:19,
95:2, 95:6, 97:10,
97:23, 98:8, 102:21,
103:6, 103:7, 104:5,
104:19, 104:20,
107:4, 108:2, 108:5,
109:14, 109:15,

112:6, 112:14,
112:17, 115:2,
115:8, 117:19,
117:22, 120:24
**juror's** [1] - 107:17
**jurors** [10] - 2:9, 3:3,
3:4, 4:12, 5:18,
19:20, 23:1, 75:12,
81:9, 87:24
**jury** [78] - 3:4, 4:11,
4:15, 4:18, 5:16,
5:22, 9:8, 10:5, 10:8,
10:12, 16:11, 18:2,
20:7, 26:6, 26:11,
26:13, 30:2, 36:4,
39:2, 39:12, 46:19,
48:3, 48:9, 48:12,
49:17, 49:18, 49:19,
49:22, 60:24, 60:25,
62:17, 62:18, 63:10,
68:3, 68:16, 69:21,
72:10, 72:12, 72:13,
73:9, 77:7, 82:25,
83:8, 85:14, 85:15,
85:17, 86:12, 87:23,
89:10, 91:20, 94:8,
97:3, 97:6, 97:14,
97:16, 97:17, 97:19,
105:16, 105:18,
105:25, 106:1,
106:3, 106:4,
106:12, 106:13,
107:11, 107:20,
107:21, 112:21,
112:22, 112:23,
113:1, 113:3
**JURY** [1] - 1:9
**justice** [1] - 19:12
**Justice** [7] - 1:13, 6:3,
10:16, 27:8, 57:21,
113:20, 113:23

## K

**Karen** [1] - 7:18
**keep** [8] - 2:19, 2:22,
4:4, 26:15, 35:12,
38:11, 84:7, 88:24
**Kenrick** [1] - 8:4
**KHOURI** [102] - 1:16,
8:2, 20:7, 20:11,
20:17, 21:7, 22:19,
25:12, 25:18, 27:13,
27:24, 31:25, 32:2,
32:4, 33:3, 33:8,
34:21, 34:25, 35:17,
38:5, 38:8, 38:15,
38:17, 40:15, 43:18,
43:24, 46:7, 46:15,
49:15, 52:9, 52:11,

52:15, 52:18, 52:21,
53:1, 56:3, 56:6,
56:9, 56:13, 56:16,
59:1, 59:7, 60:9,
62:8, 63:24, 66:16,
66:20, 70:3, 70:12,
73:2, 73:5, 73:9,
73:12, 73:15, 76:11,
80:2, 80:5, 80:8,
80:11, 80:14, 80:21,
86:15, 87:5, 87:8,
87:18, 87:21, 88:2,
88:4, 88:11, 89:1,
89:3, 91:7, 94:24,
96:19, 96:24, 101:8,
101:11, 101:21,
101:23, 101:25,
102:8, 102:10,
102:13, 103:25,
104:2, 104:11,
104:15, 107:2,
107:25, 109:10,
112:11, 114:24,
117:4, 117:9,
117:13, 118:25,
119:3, 119:7,
119:14, 119:17,
119:20, 121:2
**Khouri** [39] - 1:16, 2:6,
6:7, 6:12, 8:1, 8:9,
20:6, 27:23, 31:23,
34:20, 35:5, 38:4,
40:14, 43:17, 46:17,
46:22, 52:8, 56:2,
58:25, 60:8, 62:7,
63:23, 66:15, 73:1,
76:10, 80:1, 86:14,
86:22, 88:1, 88:16,
94:23, 96:18, 101:7,
107:1, 107:24,
109:9, 114:23,
117:3, 118:24
**kids** [2] - 99:23, 120:1
**kind** [10] - 27:19,
44:24, 45:4, 45:8,
51:2, 56:10, 85:22,
99:1, 102:3
**Kirby** [1] - 2:24
**knee** [3] - 36:17,
72:18, 72:20
**knowing** [1] - 26:11
**knowledge** [12] - 3:4,
41:18, 83:8, 85:16,
85:24, 87:8, 87:11,
87:13, 87:23, 88:10,
89:12, 100:1
**known** [1] - 97:3

## L

**Labor** [1] - 16:5
**lack** [1] - 47:3
**ladies** [9] - 4:19, 8:9,
16:1, 28:7, 35:21,
81:3, 81:13, 97:13,
121:9
**language** [1] - 10:3
**last** [11] - 3:12, 18:10,
42:6, 42:24, 76:24,
80:8, 81:22, 98:23,
100:10, 116:8,
118:16
**Law** [1] - 1:16
**law** [80] - 2:24, 2:25,
4:24, 5:20, 10:23,
11:6, 11:7, 11:9,
11:12, 11:16, 11:18,
11:20, 11:21, 11:24,
12:4, 13:15, 13:22,
14:16, 22:6, 30:16,
32:5, 32:10, 39:18,
41:3, 45:6, 45:9,
45:19, 45:20, 45:22,
45:25, 50:12, 51:9,
51:10, 51:19, 52:23,
54:2, 54:14, 54:16,
54:20, 54:25, 58:3,
61:20, 65:13, 66:6,
66:12, 78:7, 78:8,
82:16, 82:18, 82:25,
83:1, 83:3, 83:4,
83:5, 83:12, 83:14,
83:21, 84:9, 84:23,
86:5, 86:7, 87:21,
89:11, 90:7, 90:15,
93:6, 93:11, 93:18,
93:19, 95:11, 95:16,
101:3, 108:10,
108:16, 108:17,
113:18
**lawyer** [6] - 21:24,
27:7, 34:11, 82:15,
82:21, 87:21
**lawyerly** [1] - 83:15
**lawyers** [13] - 2:25,
4:7, 4:10, 5:1, 5:14,
6:2, 6:6, 7:4, 7:7,
28:10, 86:3, 88:16,
110:16
**lead** [2] - 42:9, 116:4
**leader** [2] - 99:7, 99:8
**leads** [1] - 76:8
**learn** [1] - 3:6
**learned** [4] - 2:15,
55:8, 83:1, 84:16
**learning** [1] - 77:10
**least** [3] - 46:3, 69:10,

69:22
**leave** [2] - 9:11, 81:25
**leaving** [1] - 98:22
**leeway** [1] - 88:17
**left** [1] - 19:21
**legal** [2] - 5:8, 84:4
**legitimate** [1] - 114:14
**Lena** [1] - 8:4
**length** [1] - 24:1
**less** [7] - 12:1, 25:4,
30:25, 46:20, 88:25,
92:18, 113:22
**lesser** [1] - 12:6
**lessons** [3] - 77:9,
77:11, 77:14
**liability** [1] - 34:17
**life** [3] - 22:10, 77:23,
83:10
**limited** [2] - 87:17,
88:19
**line** [7] - 34:16, 42:15,
43:5, 49:11, 58:19,
67:10, 92:22
**list** [2] - 6:17, 27:21
**listed** [2] - 57:18, 71:5
**listen** [4] - 67:13,
87:10, 87:12, 87:15
**listening** [1] - 88:4
**litigants** [1] - 46:21
**litigated** [1] - 34:8
**living** [9] - 17:6, 22:2,
67:3, 70:21, 73:24,
80:18, 105:9, 109:7,
118:11
**LLP** [1] - 1:20
**local** [5] - 11:12, 22:6,
42:17, 86:20, 95:12
**locked** [2] - 94:3,
111:9
**look** [8] - 21:15, 23:22,
29:12, 34:25, 46:19,
118:2, 118:9, 119:11
**looking** [3] - 4:20,
79:25, 118:17
**lose** [1] - 77:15
**losing** [1] - 80:16
**loud** [1] - 32:18
**lounge** [1] - 4:15
**low** [1] - 29:24
**Lunch** [1] - 121:16
**lunch** [8] - 24:6, 37:4,
74:25, 77:10, 81:16,
81:17, 121:12
**lung** [1] - 56:12

## M

**M-I-T-R-E** [1] - 119:6
**ma'am** [41] - 21:11,

22:1, 22:15, 23:11,
23:19, 24:16, 25:14,
34:16, 49:11, 49:23,
50:7, 50:16, 50:22,
51:1, 53:4, 58:20,
64:3, 70:19, 71:9,
71:17, 73:3, 73:15,
73:23, 76:14, 82:9,
89:3, 92:2, 92:21,
92:22, 93:4, 94:4,
94:17, 102:20,
104:22, 105:8,
105:22, 106:10,
106:25, 112:4,
115:9, 115:15
**Mackenzie** [1] - 6:5
**Mackey** [1] - 7:18
**Macklin** [2] - 8:7, 71:7
**Macklin's** [1] - 71:2
**mainstream** [1] -
19:10
**major** [1] - 36:14
**majority** [1] - 77:8
**man** [2] - 46:16, 47:11
**managed** [1] - 68:9
**management** [1] -
102:1
**manager** [3] - 98:21,
98:25, 99:2
**Maricopa** [1] - 41:22
**mark** [2] - 7:12, 44:25
**Martin** [1] - 1:17
**Maryland** [1] - 10:6
**mask** [4] - 4:21, 5:4,
29:23
**Mason** [1] - 7:20
**Massachusetts** [1] -
95:13
**matter** [4] - 5:17,
11:16, 96:7, 122:5
**matters** [5] - 5:12,
28:10, 28:16, 51:6,
52:22
**Maya** [1] - 7:20
**Mayo** [2] - 2:24, 6:1
**McDuffie** [1] - 7:19
**mean** [14] - 6:20,
26:17, 28:13, 32:11,
45:24, 46:21, 53:22,
100:25, 101:16,
101:19, 103:11,
106:16, 118:15
**meaning** [1] - 112:23
**means** [1] - 5:9
**measures** [1] - 119:13
**media** [1] - 19:11
**Medicaid** [6] - 8:14,
92:13, 102:11,
103:20, 114:9,
114:13

**medical** [6] - 67:12,
71:18, 99:20, 100:1,
100:2
**Medicare** [40] - 12:25,
13:4, 31:7, 31:9,
31:10, 31:16, 31:19,
32:6, 32:10, 48:24,
49:1, 49:4, 49:5,
59:20, 59:22, 60:1,
60:2, 60:6, 63:13,
63:16, 63:17, 63:18,
67:6, 67:13, 78:14,
92:17, 92:20, 99:19,
99:22, 103:20,
103:21, 114:7,
114:17, 116:3,
118:18, 119:1,
119:9, 120:20, 121:6
**Medicare's** [1] - 92:19
**medication** [7] - 9:24,
24:18, 24:20, 37:11,
37:25, 75:2, 102:6
**medications** [3] -
9:20, 74:7, 102:7
**medicine** [4] - 36:19,
74:12, 74:19
**meet** [2] - 86:17, 96:10
**meeting** [1] - 33:21
**member** [39] - 10:21,
11:5, 11:10, 11:14,
12:7, 12:15, 13:2,
13:5, 13:8, 21:17,
22:5, 30:8, 40:2,
40:8, 41:2, 42:3,
50:11, 51:8, 51:23,
54:1, 54:13, 61:14,
65:2, 65:15, 77:24,
83:18, 90:6, 90:19,
92:4, 93:5, 97:2,
108:9, 108:20,
110:6, 113:8, 114:5,
115:23, 116:13,
120:12
**members** [2] - 22:8,
93:23
**memorized** [1] - 21:16
**mental** [2] - 14:18,
114:12
**mentioned** [2] - 32:4,
107:11
**met** [2] - 2:13, 2:21
**Metro** [1] - 58:9
**MICHAEL** [1] - 1:16
**Michael** [2] - 2:5, 6:6
**microphone** [5] - 5:2,
32:23, 32:25, 61:5,
61:7
**mid** [1] - 24:6
**mid-afternoon** [1] -
24:6

midafternoon [2] - 37:4, 74:25
midmorning [3] - 24:5, 37:3, 74:25
Mierzwa [1] - 7:21
might [28] - 7:12, 8:23, 10:25, 13:12, 15:16, 19:15, 25:5, 25:8, 26:24, 30:24, 31:16, 35:22, 38:11, 39:22, 43:1, 52:4, 65:8, 76:21, 76:24, 82:13, 84:5, 85:2, 93:2, 104:2, 113:21, 118:3, 118:18
mind [4] - 23:18, 35:12, 36:7, 80:20
mine [1] - 90:21
minute [5] - 17:12, 28:4, 34:1, 45:11, 48:8
minutes [1] - 81:7
misdemeanor [1] - 58:8
missed [1] - 109:23
missing [1] - 99:17
misunderstanding [3] - 101:15, 104:3, 107:20
misunderstood [2] - 95:20, 107:10
mitigation [1] - 119:12
MITRE [2] - 58:21, 119:6
mm-hm [6] - 51:13, 57:7, 74:15, 75:7, 99:24, 105:5
models [1] - 56:12
molested [1] - 111:11
mom [1] - 27:7
moment [1] - 3:1
Monday [1] - 28:18
money [2] - 46:4, 80:16
monitor [2] - 24:24, 25:2
month [3] - 77:14, 90:22, 112:25
monthly [1] - 77:12
months [6] - 21:20, 106:13, 106:14, 116:9, 118:16, 121:5
moral [1] - 14:24
morning [65] - 7:17, 8:3, 17:21, 21:10, 23:5, 25:24, 26:20, 26:23, 28:2, 28:10, 28:12, 28:25, 29:15, 32:2, 32:3, 32:14, 33:16, 36:13, 38:6,

38:19, 40:20, 40:21, 43:19, 44:3, 44:4, 47:17, 47:18, 50:4, 50:5, 52:9, 52:10, 53:6, 53:7, 56:4, 56:5, 56:22, 56:23, 59:10, 59:11, 60:15, 60:16, 61:12, 62:11, 62:12, 64:5, 64:6, 66:24, 66:25, 70:16, 70:17, 73:3, 73:4, 73:19, 73:20, 76:16, 80:3, 80:4, 82:8, 86:16, 89:16, 89:17, 91:10, 91:11, 95:3, 98:9
Morning [1] - 1:7
most [7] - 2:14, 2:16, 3:17, 5:16, 26:25, 37:2, 77:10
mostly [2] - 42:22, 119:10
mother [3] - 78:5, 78:12, 92:10
motion [13] - 21:2, 25:17, 33:6, 33:14, 89:1, 89:13, 103:3, 104:17, 107:7, 107:9, 107:22, 112:7, 120:25
mount [2] - 78:25, 79:8
move [11] - 21:4, 24:9, 25:18, 27:25, 33:8, 37:17, 37:19, 94:21, 107:23, 112:8, 121:2
moved [3] - 21:6, 29:15, 91:25
moves [1] - 68:21
moving [2] - 81:8, 89:2
MPD [1] - 42:8
MR [105] - 8:2, 20:7, 20:11, 20:17, 21:7, 22:19, 25:12, 25:18, 27:13, 27:24, 31:25, 32:2, 32:4, 33:3, 33:8, 34:21, 34:25, 35:17, 38:5, 38:8, 38:15, 38:17, 40:15, 43:18, 43:24, 46:7, 46:15, 46:16, 46:20, 47:3, 47:12, 49:15, 52:9, 52:11, 52:15, 52:18, 52:21, 53:1, 56:3, 56:6, 56:9, 56:13, 56:16, 59:1, 59:7, 60:9, 62:8, 63:24, 66:16, 66:20, 70:3, 70:12, 73:2,

73:5, 73:9, 73:12, 73:15, 76:11, 80:2, 80:5, 80:8, 80:11, 80:14, 80:21, 86:15, 87:5, 87:8, 87:18, 87:21, 88:2, 88:4, 88:11, 89:1, 89:3, 91:7, 94:24, 96:19, 96:24, 101:8, 101:11, 101:21, 101:23, 101:25, 102:8, 102:10, 102:13, 103:25, 104:2, 104:11, 104:15, 107:2, 107:25, 109:10, 112:11, 114:24, 117:4, 117:9, 117:13, 118:25, 119:3, 119:7, 119:14, 119:17, 119:20, 121:2
MRI [2] - 71:22, 71:24
MS [55] - 7:17, 21:3, 22:18, 25:13, 25:21, 27:15, 27:22, 31:24, 33:9, 35:4, 35:16, 36:2, 37:24, 40:17, 43:16, 46:13, 47:15, 49:16, 49:21, 53:3, 56:18, 58:24, 59:6, 60:11, 62:6, 64:1, 66:10, 66:13, 66:21, 70:4, 70:13, 72:25, 76:13, 80:23, 81:21, 82:5, 88:13, 89:6, 91:6, 94:21, 96:17, 102:15, 102:19, 103:4, 103:24, 104:10, 105:24, 107:8, 107:23, 109:12, 112:8, 114:22, 117:16, 118:21, 121:3
MSNBC [1] - 22:3
mugged [2] - 55:17, 55:18
must [4] - 14:9, 15:7, 79:17, 111:12

## N

name [4] - 3:15, 7:14, 8:11, 105:3
names [2] - 6:17, 7:11
national [2] - 54:7, 86:21
nature [1] - 55:16
necessary [2] - 97:18, 99:12

necessity [1] - 100:2
neck [1] - 121:6
need [9] - 3:2, 9:5, 9:16, 22:22, 22:25, 23:5, 37:6, 37:19, 81:5
needed [1] - 89:21
needs [3] - 24:7, 69:4, 81:4
negative [1] - 13:12
nephew [6] - 30:10, 73:25, 110:1, 111:1, 111:2, 111:13
neutral [2] - 46:3, 63:19
never [9] - 24:4, 26:22, 26:25, 27:1, 28:8, 28:13, 28:14, 28:16, 37:1
New [4] - 1:14, 39:6, 39:19, 57:5
next [14] - 9:2, 9:7, 29:7, 35:1, 35:6, 36:1, 36:2, 36:4, 57:5, 57:16, 68:12, 69:12, 77:13, 81:18
night [1] - 68:6
NIH [1] - 56:8
NIST [1] - 54:7
nobody [1] - 75:22
none [10] - 24:16, 25:12, 27:13, 27:24, 35:17, 40:15, 59:1, 103:24, 104:11, 112:11
nonetheless [1] - 53:23
normal [1] - 79:2
normally [1] - 120:25
North [2] - 51:11, 51:12
note [5] - 96:13, 96:25, 104:12, 107:5, 107:9
noted [1] - 78:23
notes [5] - 75:11, 75:12, 75:14
nothing [9] - 25:13, 53:3, 56:18, 64:1, 76:13, 80:23, 88:11, 96:17, 114:22
notified [1] - 42:8
noting [1] - 107:16
number [27] - 3:12, 3:15, 3:17, 3:20, 3:21, 6:14, 16:19, 22:23, 22:25, 45:21, 48:7, 48:23, 54:1, 59:16, 60:20, 60:21, 63:13, 84:8, 90:18,

91:15, 92:4, 98:3, 100:7, 100:8, 103:15, 108:20, 115:23
numbers [2] - 44:11, 98:16
nurse [14] - 67:4, 67:6, 67:24, 68:8, 68:13, 68:22, 69:3, 69:6, 98:21, 99:1, 99:2, 101:23, 102:23, 102:25
Nurse [1] - 67:9
nursing [1] - 98:21
NW [3] - 1:14, 1:21, 1:24

## O

o'clock [4] - 28:19, 28:21, 81:16, 121:14
oath [2] - 4:17, 5:10
object [4] - 33:10, 47:1, 47:8, 121:3
objection [21] - 14:17, 25:20, 25:21, 27:21, 27:22, 46:12, 47:10, 47:14, 59:6, 59:7, 66:20, 66:21, 70:10, 75:17, 89:5, 89:8, 89:13, 94:20, 104:9, 104:10, 112:10
objections [3] - 81:23, 103:23, 103:25
objective [1] - 20:1
objectively [1] - 54:21
obligation [1] - 29:3
obligations [4] - 9:1, 9:5, 16:3, 36:7
observed [1] - 55:8
obviously [11] - 9:7, 21:24, 77:6, 77:16, 82:1, 82:3, 83:9, 96:8, 96:10, 111:12, 120:18
occasionally [1] - 4:6
October [4] - 17:4, 17:9, 64:20, 77:3
OF [3] - 1:1, 1:3, 1:9
offense [1] - 13:18
offered [1] - 114:15
office [5] - 10:17, 21:24, 41:15, 116:17, 116:18
Office [4] - 10:20, 32:5, 83:24, 92:24
officer [13] - 11:22, 11:24, 12:4, 39:20, 39:22, 51:19, 93:16,

93:19, 95:16, 101:4,
108:12, 108:18
officers [5] - 11:7,
11:19, 30:16, 39:24,
54:20
Official [1] - 122:3
often [4] - 2:14, 5:3,
12:10, 113:12
OIG [3] - 7:22, 116:17,
116:18
old [2] - 23:19, 26:3
once [3] - 4:1, 4:11,
32:25
one [73] - 2:24, 4:5,
16:3, 16:13, 16:21,
17:3, 18:1, 22:13,
29:2, 30:20, 31:11,
31:12, 33:7, 37:24,
39:6, 39:23, 40:12,
41:1, 41:14, 41:15,
41:25, 42:13, 43:1,
44:22, 45:12, 47:7,
49:16, 50:10, 50:24,
52:5, 53:20, 54:10,
58:13, 58:14, 59:17,
59:18, 59:19, 60:3,
62:16, 63:11, 65:8,
69:2, 69:22, 71:1,
71:21, 74:4, 78:13,
81:16, 82:16, 83:20,
84:2, 85:3, 92:7,
92:19, 93:4, 93:15,
93:16, 94:6, 96:25,
97:13, 97:15,
102:15, 102:24,
105:24, 107:12,
107:21, 116:16,
116:25, 118:7,
119:3, 121:1
ones [6] - 2:18, 70:7,
110:2, 110:10,
110:23, 110:24
open [1] - 88:23
open-ended [1] -
88:23
operate [1] - 68:25
operation [1] - 38:13
operations [1] - 68:23
opinion [4] - 8:18,
11:23, 12:1, 12:3
opposed [1] - 72:13
opposition [1] -
107:25
opt [1] - 23:13
optimistic [1] - 35:4
option [1] - 26:7
optional [1] - 75:12
order [1] - 115:12
organization [2] -
19:7, 118:5

organize [1] - 99:14
otherwise [1] - 37:6
outside [2] - 9:9,
85:17
overestimation [1] -
89:12
overinclusive [1] -
55:7
overly [1] - 36:5
overrule [1] - 47:10
own [3] - 38:11, 42:1,
43:11

## P

p.m [3] - 77:11, 81:12,
121:16
pack [1] - 42:6
package [1] - 42:6
page [1] - 35:5
pages [1] - 122:4
paid [1] - 121:15
pain [7] - 36:19, 37:25,
38:9, 75:6, 75:8,
101:25, 102:6
panel [6] - 4:18, 46:9,
47:11, 97:6, 97:15,
97:16
paper [1] - 106:19
parameters [1] - 28:21
parents [2] - 92:16,
92:17
Parrott [1] - 7:20
part [7] - 3:8, 7:25,
21:20, 42:20, 43:4,
88:3
participated [1] -
19:13
participating [1] -
16:14
participation [1] -
30:24
particular [2] - 3:19,
52:11
particularly [2] - 45:6,
45:20
particulars [1] - 86:17
parties [8] - 3:1, 3:6,
5:17, 6:24, 8:24,
52:5, 118:4
party [3] - 6:17, 31:11,
31:12
past [8] - 26:25, 27:1,
28:13, 28:14, 28:16,
28:22, 30:1, 119:11
paternal [1] - 108:12
patience [2] - 81:11,
121:15
patient [1] - 68:7

patients [5] - 67:25,
69:4, 99:9, 102:17
Patricia [1] - 7:21
Patterson [1] - 8:8
pause [1] - 28:4
pay [8] - 20:18, 36:17,
37:15, 37:16, 38:1,
75:2, 75:13, 82:2
paycheck [2] - 80:18
paying [2] - 7:6, 37:10
pen [1] - 3:12
pencil [1] - 3:11
pending [1] - 68:10
people [16] - 2:14,
2:16, 2:23, 3:7, 9:10,
22:10, 22:23, 38:9,
45:22, 83:14, 96:6,
110:19, 111:17,
111:18, 111:19,
112:24
percent [2] - 32:12,
52:17
Perez [1] - 7:21
perfect [1] - 23:8
perfectly [1] - 79:2
period [1] - 96:7
periods [2] - 36:17,
37:13
person [5] - 2:14,
34:4, 68:9, 71:5,
97:7
personal [13] - 5:12,
8:19, 8:20, 17:16,
17:17, 43:12, 64:16,
64:22, 87:8, 87:10,
87:13, 87:23, 113:13
personally [2] - 61:19,
86:25
perspective [2] -
107:15, 107:17
petty [3] - 47:23,
48:13, 49:20
Phil [1] - 8:8
phone [3] - 16:21,
29:12, 32:19
physical [5] - 9:21,
9:24, 23:23, 74:7,
74:13
physician [1] - 13:12
picked [2] - 57:14,
120:5
piece [1] - 106:18
places [2] - 16:10,
57:23
Plaintiff [1] - 1:4
planned [3] - 8:25,
29:3, 29:5
planning [1] - 26:6
plans [13] - 9:3, 28:20,
33:20, 36:6, 57:3,

64:12, 76:20, 77:3,
91:16, 98:17, 98:20,
119:24
play [1] - 42:7
pleasurable [1] -
75:25
pleasure [3] - 57:11,
57:12, 86:17
Plexiglas [2] - 5:6,
33:1
plus [1] - 37:4
podium [3] - 4:4,
16:19, 79:1
point [3] - 46:19, 78:9,
82:3
police [14] - 11:7,
39:20, 39:22, 39:24,
55:20, 55:25, 65:21,
65:22, 90:23, 90:25,
93:16, 108:11,
108:12, 109:1
policy [1] - 82:22
Pool [1] - 7:22
pool [1] - 97:3
position [2] - 87:6
positions [1] - 67:24
positive [1] - 13:12
possibility [1] - 14:14
possible [3] - 2:9,
5:16, 119:9
possibly [2] - 9:7,
89:21
potential [4] - 6:23,
7:11, 84:6, 105:4
potentially [1] - 76:25
potholes [1] - 42:23
practice [2] - 66:12,
82:20
practicing [1] - 82:23
prejudged [2] - 45:3,
45:17
prejudice [1] - 15:8
prejudices [1] - 5:19
preparer [2] - 100:12,
100:14
present [2] - 80:19,
86:8
presentation [1] -
35:25
presented [6] - 9:14,
9:18, 67:18, 79:20,
118:14
presents [4] - 8:3,
15:11, 44:17, 89:25
presiding [1] - 2:8
press [2] - 5:5, 23:5
pressure [3] - 74:11,
74:12, 74:19
presume [1] - 29:8
presumed [4] - 13:16,

14:4, 45:14, 79:5
presumption [1] -
13:23
pretrial [2] - 106:3,
106:5
pretty [1] - 5:5
prevent [2] - 75:17,
119:13
prevents [1] - 76:6
previous [4] - 85:16,
102:22, 102:25,
116:21
previously [4] - 10:8,
11:15, 13:3, 85:13
principle [2] - 14:2,
14:12
Prison [1] - 19:8
prison [2] - 111:7,
111:14
privacy [3] - 3:16,
5:14, 23:16
private [2] - 3:24, 77:9
probable [6] - 32:7,
72:14, 73:10,
105:19, 106:16,
113:2
problem [10] - 44:20,
44:23, 61:11, 67:23,
68:21, 72:11, 94:13,
94:16, 115:20,
115:21
problematic [1] -
33:12
problems [7] - 60:5,
61:12, 72:18, 72:20,
74:13, 92:14, 92:17
procedure [1] - 119:15
procedures [8] - 68:4,
68:23, 99:13, 99:16,
99:20, 100:2, 102:5
proceed [1] - 2:13
proceeding [4] -
12:19, 42:19, 58:5,
58:7
proceedings [2] -
2:22, 122:5
process [5] - 3:7, 3:9,
3:15, 3:25, 81:9
produce [1] - 13:18
producer [1] - 22:3
product [1] - 34:17
professionals [3] -
67:12, 77:9
profit [1] - 119:5
program [4] - 8:15,
86:19, 120:4, 120:9
Program [1] - 118:8
programs [2] - 114:13,
114:14
Project [1] - 19:8

**project** [1] - 118:8
**promises** [1] - 35:23
**proof** [1] - 105:20
**propofol** [1] - 102:6
**prosecuted** [1] - 10:15
**prosecution** [4] -
45:4, 79:19, 79:25,
116:11
**prosecutor** [1] -
113:20
**prospective** [1] - 4:9
**PROSPECTIVE** [552] -
7:2, 17:1, 17:3, 17:7,
17:22, 17:24, 18:3,
18:7, 18:10, 18:14,
18:17, 18:21, 18:25,
19:3, 19:6, 19:22,
20:2, 20:9, 20:15,
20:22, 20:25, 21:11,
21:14, 21:19, 22:1,
22:3, 22:8, 22:15,
23:7, 23:10, 23:13,
23:20, 23:25, 24:11,
24:13, 24:16, 24:19,
24:22, 25:1, 25:7,
25:15, 25:25, 26:2,
26:7, 26:14, 26:18,
26:24, 27:3, 27:7,
27:11, 27:17, 28:3,
29:2, 29:4, 29:6,
29:11, 29:16, 29:18,
29:21, 30:3, 30:7,
30:10, 30:18, 30:20,
31:1, 31:3, 31:5,
31:8, 31:13, 31:21,
32:3, 32:9, 32:15,
32:18, 32:24, 33:17,
33:19, 33:21, 33:24,
34:2, 34:5, 34:8,
34:15, 34:17, 35:11,
35:14, 36:10, 36:12,
36:14, 36:16, 36:25,
37:5, 37:8, 37:12,
37:16, 37:19, 37:22,
38:3, 38:7, 38:12,
38:20, 38:22, 38:25,
39:3, 39:6, 39:11,
39:16, 39:19, 40:1,
40:5, 40:7, 40:9,
40:13, 40:21, 40:23,
40:25, 41:4, 41:10,
41:13, 41:18, 41:21,
42:2, 42:5, 42:14,
42:16, 42:20, 43:4,
43:14, 43:23, 44:4,
44:6, 44:9, 44:13,
44:21, 45:2, 45:16,
46:2, 46:10, 47:18,
47:20, 47:22, 47:25,
48:5, 48:7, 48:10,

48:12, 48:17, 48:20,
48:23, 48:25, 49:2,
49:7, 49:10, 49:13,
49:19, 49:25, 50:2,
50:5, 50:7, 50:9,
50:13, 50:16, 50:18,
50:22, 51:1, 51:4,
51:7, 51:10, 51:13,
51:16, 51:22, 52:1,
52:7, 52:10, 52:13,
52:16, 52:20, 52:24,
53:7, 53:9, 53:12,
53:15, 53:18, 53:24,
54:4, 54:7, 54:12,
54:15, 54:23, 55:2,
55:12, 55:15, 55:17,
55:22, 56:1, 56:5,
56:7, 56:11, 56:15,
56:20, 56:23, 56:25,
57:2, 57:4, 57:7,
57:10, 57:12, 57:15,
57:20, 58:1, 58:4,
58:6, 58:8, 58:11,
58:16, 58:18, 58:21,
59:3, 59:11, 59:13,
59:16, 59:18, 59:21,
59:24, 60:4, 60:7,
60:13, 60:16, 60:18,
60:20, 60:23, 60:25,
61:6, 61:11, 61:16,
61:18, 61:21, 61:25,
62:4, 62:12, 62:14,
62:16, 62:19, 62:22,
62:24, 63:1, 63:4,
63:6, 63:9, 63:11,
63:14, 63:19, 63:22,
64:6, 64:8, 64:11,
64:13, 64:16, 64:19,
64:24, 65:1, 65:5,
65:11, 65:14, 65:17,
65:20, 65:22, 66:2,
66:4, 66:8, 66:12,
66:25, 67:2, 67:4,
67:8, 67:15, 67:19,
67:21, 68:5, 68:18,
68:25, 69:8, 69:13,
69:16, 69:20, 70:1,
70:17, 70:19, 70:22,
71:1, 71:7, 71:9,
71:14, 71:17, 71:20,
71:25, 72:4, 72:8,
72:10, 72:17, 72:20,
72:23, 73:4, 73:7,
73:11, 73:14, 73:17,
73:20, 73:22, 73:25,
74:4, 74:9, 74:11,
74:15, 74:18, 74:22,
75:4, 75:7, 75:10,
75:15, 75:19, 75:21,
76:3, 76:9, 76:17,
76:19, 76:22, 77:8,

77:19, 78:1, 78:5,
78:8, 78:16, 78:20,
78:22, 79:11, 79:18,
79:24, 80:4, 80:7,
80:10, 80:13, 80:17,
80:25, 82:9, 82:11,
82:15, 82:22, 83:6,
83:15, 83:20, 83:24,
84:4, 84:11, 84:18,
84:21, 85:1, 85:12,
85:20, 85:23, 86:9,
86:12, 86:24, 87:3,
87:7, 87:14, 87:20,
88:8, 89:17, 89:19,
89:21, 90:3, 90:5,
90:8, 90:10, 90:17,
90:21, 90:25, 91:4,
91:10, 91:12, 91:15,
91:17, 91:21, 91:23,
92:2, 92:7, 92:10,
92:13, 92:21, 92:23,
93:3, 93:7, 93:9,
93:13, 93:15, 93:21,
93:25, 94:2, 94:4,
94:8, 94:16, 94:18,
95:4, 95:7, 95:9,
95:12, 95:18, 95:20,
96:2, 96:4, 96:12,
96:23, 96:25, 97:2,
97:8, 97:25, 98:4,
98:6, 98:10, 98:13,
98:16, 98:19, 99:2,
99:6, 99:10, 99:15,
99:22, 99:24, 100:6,
100:8, 100:10,
100:16, 100:18,
100:23, 101:2,
101:6, 101:10,
101:12, 101:18,
101:20, 101:22,
101:24, 102:2,
102:4, 102:9,
102:12, 102:18,
103:8, 103:11,
103:15, 103:19,
104:22, 104:24,
105:1, 105:5, 105:8,
105:10, 105:13,
105:16, 105:22,
106:3, 106:7,
106:10, 106:12,
106:18, 106:21,
106:25, 108:4,
108:6, 108:8,
108:11, 108:14,
108:19, 108:22,
108:25, 109:2,
109:6, 109:8,
109:16, 109:19,
109:22, 109:25,
110:4, 110:7, 110:9,

110:13, 110:17,
110:20, 110:22,
110:25, 111:4,
111:7, 111:10,
111:16, 111:23,
112:1, 112:5,
112:16, 112:18,
112:20, 112:22,
112:25, 113:5,
113:7, 113:11,
113:17, 113:19,
113:24, 114:1,
114:4, 114:8,
114:11, 114:20,
115:1, 115:4, 115:7,
115:9, 115:11,
115:15, 115:19,
115:21, 115:25,
116:6, 116:8,
116:12, 116:16,
116:20, 116:24,
117:2, 117:8,
117:12, 117:18,
117:21, 117:23,
117:25, 118:5,
118:15, 118:23,
119:2, 119:5,
119:10, 119:16,
119:19, 119:23,
119:25, 120:7,
120:10, 120:13,
120:15, 120:17,
120:22
**protection** [1] - 76:23
**prove** [9] - 13:17,
13:19, 13:21, 45:15,
79:6, 79:7, 96:9,
96:20, 117:5
**proved** [3] - 94:12,
94:14, 111:21
**proven** [3] - 14:22,
79:10, 79:15
**proves** [6] - 13:24,
15:10, 44:17, 89:24,
95:23, 115:13
**provide** [1] - 119:12
**provided** [1] - 26:9
**provider** [1] - 80:11
**providers** [1] - 119:9
**provides** [2] - 13:15,
14:7
**provision** [1] - 15:20
**provisions** [1] - 26:12
**publish** [2] - 19:10,
19:11
**punishment** [2] -
19:19, 19:21
**purpose** [1] - 3:3
**push** [1] - 77:12
**put** [16] - 3:23, 6:16,

7:5, 22:11, 27:20,
43:11, 46:23, 79:22,
79:23, 83:1, 84:16,
93:3, 99:25, 101:14,
118:22

## Q

**qualified** [3] - 22:23,
23:1, 81:8
**questioning** [5] - 4:8,
4:16, 43:6, 81:17,
121:10
**questions** [81] - 3:7,
3:17, 4:1, 4:6, 4:7,
5:11, 17:2, 17:14,
17:23, 21:12, 23:11,
24:15, 26:1, 27:5,
27:10, 29:1, 29:17,
30:5, 30:19, 33:2,
33:12, 33:18, 35:22,
36:15, 36:23, 38:23,
40:24, 43:5, 44:7,
45:12, 47:21, 48:21,
49:15, 50:8, 53:10,
53:20, 57:1, 59:14,
60:9, 60:11, 60:19,
62:15, 63:24, 64:9,
66:16, 67:20, 69:24,
70:24, 74:2, 76:11,
76:18, 82:10, 84:8,
85:3, 88:13, 88:19,
88:22, 88:24, 89:20,
91:13, 95:8, 97:15,
98:14, 103:9,
103:14, 104:12,
104:23, 104:25,
105:7, 105:23,
107:10, 107:12,
107:13, 108:7,
109:17, 109:20,
109:21, 113:6,
115:10, 117:24
**quickly** [1] - 29:24
**Quindoza** [1] - 7:23

## R

**radiologic** [1] - 102:4
**radiology** [1] - 99:2
**raining** [1] - 16:5
**raise** [6] - 33:13, 37:7,
61:9, 77:1, 77:3,
79:17
**raised** [1] - 15:16
**raising** [1] - 79:16
**Ralph** [1] - 8:7
**rape** [1] - 120:15
**raped** [1] - 111:11

**rather** [1] - 16:6
**reach** [6] - 18:12, 39:9, 49:22, 49:24, 63:3, 106:11
**reached** [2] - 106:14, 106:15
**reaching** [1] - 15:6
**reaction** [1] - 55:23
**read** [3] - 6:17, 8:16, 15:4
**reading** [3] - 10:3, 15:3, 115:17
**Reagan** [1] - 105:11
**real** [2] - 25:9, 71:23
**realize** [1] - 102:22
**realizing** [1] - 4:20
**really** [13] - 2:18, 3:18, 16:15, 20:2, 41:13, 68:21, 85:2, 87:18, 98:19, 99:10, 99:22, 111:16, 118:15
**reason** [7] - 14:25, 15:15, 15:23, 15:24, 23:17, 53:16, 104:13
**reasonable** [19] - 13:17, 13:25, 14:22, 15:11, 44:18, 72:15, 73:12, 79:16, 89:25, 94:12, 94:14, 95:24, 96:9, 96:21, 105:20, 111:21, 113:4, 115:13, 117:6
**reasons** [1] - 102:24
**receive** [2] - 9:13, 9:18
**recently** [1] - 89:11
**recess** [1] - 121:16
**Recess** [1] - 81:12
**recognize** [6] - 5:25, 6:22, 7:12, 7:15, 8:10, 8:12
**recoil** [1] - 47:3
**record** [4] - 2:22, 46:18, 61:8, 122:5
**records** [1] - 56:14
**recovering** [1] - 36:18
**recycling** [1] - 42:8
**refer** [1] - 3:14
**reference** [1] - 87:16
**referred** [1] - 114:13
**reform** [1] - 19:12
**regard** [3] - 9:16, 37:1, 64:22
**regardless** [1] - 84:24
**regards** [2] - 85:20, 100:11
**registered** [1] - 67:4
**regular** [1] - 83:13
**regularly** [2] - 32:22, 36:19
**related** [6] - 23:18,

29:20, 29:21, 37:10, 37:12, 78:17
**relationship** [2] - 84:25, 86:20
**relatives** [2] - 32:4, 93:18
**relatives'** [1] - 30:14
**religious** [3] - 14:18, 14:24, 75:17
**rely** [2] - 88:5, 88:9
**remember** [8] - 5:9, 23:1, 29:11, 30:20, 31:5, 73:10, 75:13, 106:23
**remind** [1] - 119:23
**remotely** [1] - 34:5
**render** [2] - 12:12, 76:2
**rendering** [2] - 75:18, 76:7
**repair** [1] - 70:22
**repeat** [1] - 89:22
**report** [1] - 65:22
**Reporter** [2] - 1:23, 122:3
**reporter** [8] - 2:18, 2:21, 2:22, 51:15, 57:9, 61:8, 74:17, 81:4
**reporting** [1] - 81:5
**reports** [1] - 55:24
**representing** [4] - 2:4, 2:6, 6:2, 6:6
**represents** [1] - 46:21
**request** [1] - 24:8
**requests** [1] - 31:19
**required** [3] - 6:16, 13:19, 13:21
**requirement** [2] - 73:10, 79:8
**reschedule** [1] - 91:22
**rescheduled** [2] - 57:13, 64:23
**research** [2] - 56:10, 118:6
**reservation** [1] - 14:18
**resignations** [1] - 98:22
**resources** [1] - 52:24
**response** [1] - 5:11
**responses** [1] - 5:22
**responsibility** [1] - 120:3
**rest** [1] - 81:9
**retained** [3] - 11:25, 12:5, 83:2
**retired** [3] - 30:12, 51:10, 84:12
**return** [2] - 4:14, 14:20
**returned** [1] - 5:19

**reverend** [1] - 71:7
**Reverend** [2] - 8:6, 71:2
**reverse** [1] - 115:12
**review** [1] - 84:4
**reviewing** [1] - 119:8
**right-hand** [2] - 3:13, 99:6
**risk** [1] - 119:12
**robbed** [1] - 111:10
**Ronald** [1] - 105:11
**Room** [1] - 1:24
**room** [4] - 16:5, 55:4, 55:9, 112:23
**roommates** [1] - 116:10
**RPR** [1] - 1:23
**Rubin** [1] - 1:20
**ruin** [1] - 80:18
**rule** [1] - 84:5
**rules** [1] - 84:5
**run** [2] - 2:18, 9:10
**running** [1] - 77:13
**runs** [1] - 118:6
**Ryan** [1] - 8:5

---

# S

**sat** [2] - 16:11, 49:23
**Schaening** [1] - 7:21
**Schaening-Perez** [1] - 7:21
**schedule** [1] - 28:20
**scheduled** [3] - 64:19, 68:12, 71:24
**school** [5] - 82:16, 83:1, 83:12, 83:21, 89:11
**science** [1] - 54:16
**scientist** [4] - 53:19, 54:5, 56:8, 56:11
**scramble** [1] - 69:8
**Seabron** [1] - 8:7
**Sears** [1] - 70:23
**second** [2] - 7:25, 86:22
**Section** [2] - 10:17, 92:14
**section** [4] - 50:19, 50:20, 83:22, 83:23
**see** [8] - 22:24, 28:25, 45:8, 47:7, 47:10, 63:7, 63:12, 111:23
**seeing** [5] - 9:12, 9:17, 29:19, 60:22, 115:17
**seem** [4] - 5:12, 85:4, 107:14, 114:14
**select** [4] - 3:4, 5:15, 5:22, 48:2

**selected** [7] - 4:12, 4:14, 48:2, 63:6, 76:1, 97:6, 97:16
**selection** [4] - 2:9, 3:4, 81:9, 121:11
**selections** [1] - 4:10
**self** [1] - 77:6
**self-employed** [1] - 77:6
**sense** [4] - 33:11, 46:25, 55:4, 83:9
**separate** [3] - 38:13, 78:6, 101:13
**September** [7] - 1:6, 17:4, 17:9, 33:22, 47:23, 64:14, 65:1
**sequestered** [1] - 28:17
**serve** [13] - 3:2, 26:6, 26:10, 46:25, 48:3, 62:17, 68:17, 70:8, 70:9, 77:17, 77:18, 86:4, 97:16
**served** [13] - 10:5, 10:8, 18:2, 30:2, 39:2, 41:23, 48:9, 48:12, 49:17, 60:24, 60:25, 62:18, 112:21
**service** [12] - 18:4, 30:13, 39:2, 48:4, 48:15, 63:10, 68:16, 77:7, 77:12, 91:20, 105:11
**Services** [1] - 10:19
**serving** [1] - 68:3
**Session** [1] - 1:7
**set** [5] - 38:9, 43:21, 66:5, 67:16, 100:3
**several** [2] - 28:22, 44:9
**severely** [1] - 108:22
**sexual** [6] - 58:9, 68:8, 68:22, 68:24, 78:17, 102:25
**share** [1] - 46:22
**Shelton** [1] - 7:23
**sheriff's** [1] - 11:7
**Shield** [3] - 52:2, 52:4, 52:12
**shortage** [1] - 98:21
**shorter** [3] - 69:19, 70:9, 77:17
**shortly** [1] - 64:17
**showing** [2] - 44:17, 45:8
**shows** [2] - 15:11, 89:25
**sic** [1] - 46:22
**sick** [2] - 69:6, 99:4
**side** [22] - 3:5, 22:13,

32:10, 32:11, 39:23, 41:25, 42:13, 43:1, 45:3, 54:10, 58:13, 58:14, 60:3, 65:9, 78:13, 84:2, 85:6, 94:6, 95:22, 114:19, 116:5, 117:1
**sides** [1] - 63:21
**significant** [5] - 9:1, 9:5, 11:15, 114:11, 114:18
**similar** [2] - 86:2, 103:2
**Simon** [3] - 2:4, 6:4, 6:12
**SIMON** [1] - 1:13
**simply** [6] - 3:20, 11:24, 12:3, 43:12, 79:9, 118:13
**sister** [4] - 30:12, 78:6, 78:8, 78:12
**sit** [29] - 9:2, 9:21, 9:25, 10:10, 10:13, 14:19, 14:25, 15:18, 15:22, 19:2, 23:17, 24:4, 26:21, 28:17, 36:16, 37:2, 37:14, 45:25, 46:9, 68:11, 72:21, 74:23, 75:2, 75:8, 91:3, 97:6, 106:5, 120:19, 120:20
**site** [1] - 113:12
**sitting** [12] - 2:17, 4:20, 15:21, 23:15, 24:1, 24:8, 36:20, 37:1, 37:12, 38:1, 80:8, 80:14
**situation** [1] - 98:23
**six** [3] - 106:13, 118:16
**skills** [1] - 19:9
**skipped** [1] - 110:1
**Slater** [2] - 6:5, 6:12
**software** [1] - 17:7
**sole** [1] - 80:11
**someone** [14] - 8:20, 19:16, 29:23, 29:24, 42:7, 46:25, 69:5, 69:9, 82:24, 89:10, 97:15, 97:19, 102:24, 111:2
**sometimes** [6] - 24:22, 28:10, 32:15, 75:10, 96:14, 102:5
**somewhat** [3] - 25:7, 76:25
**somewhere** [1] - 62:21
**son** [3] - 93:25, 94:5,

94:15
**soon** [1] - 81:8
**sorry** [13] - 4:19, 7:3, 42:11, 48:25, 90:23, 91:19, 92:3, 96:12, 98:2, 98:11, 101:18, 101:22, 103:20
**sort** [3] - 43:5, 82:17, 107:6
**sounds** [4] - 69:9, 77:4, 87:18, 105:2
**speaking** [9] - 4:22, 4:25, 5:1, 5:2, 5:3, 10:2, 32:22, 32:23, 32:24
**speaks** [2] - 29:24, 61:5
**Special** [3] - 7:21, 7:22
**special** [4] - 34:9, 34:12, 90:10, 90:11
**specific** [2] - 118:12, 121:1
**specifically** [4] - 118:7, 118:9, 118:17, 119:10
**spending** [1] - 121:5
**spent** [1] - 118:16
**split** [1] - 119:25
**staff** [6] - 5:25, 6:1, 7:8, 98:22, 110:6, 114:15
**staffing** [5] - 98:24, 99:7, 99:11, 99:16, 99:17
**stand** [4] - 6:4, 6:8, 16:19, 88:6
**Standards** [1] - 54:8
**start** [11] - 7:16, 16:22, 28:8, 28:11, 44:15, 53:13, 69:1, 74:6, 81:9, 95:10, 110:5
**started** [1] - 16:17
**state** [9] - 10:6, 10:7, 11:6, 11:8, 11:12, 46:18, 51:11, 51:12, 95:13
**statements** [1] - 82:1
**States** [11] - 2:3, 2:10, 6:2, 8:13, 10:16, 12:14, 14:21, 15:9, 15:10, 44:17, 89:24
**STATES** [3] - 1:1, 1:3, 1:10
**status** [1] - 94:1
**Stephen** [2] - 7:23, 8:7
**steps** [73] - 16:24, 17:20, 21:1, 21:9, 22:21, 23:4, 25:16, 25:23, 27:18, 28:1,

33:5, 33:15, 35:19, 36:9, 38:18, 40:19, 44:2, 46:11, 47:5, 47:16, 50:3, 53:5, 56:21, 59:4, 59:9, 60:14, 62:10, 64:4, 66:18, 66:23, 70:6, 70:15, 73:18, 76:15, 81:1, 82:7, 88:15, 89:15, 91:9, 94:19, 95:2, 97:10, 97:23, 98:8, 102:21, 103:6, 104:5, 104:19, 107:4, 108:2, 109:14, 112:6, 112:14, 115:2, 117:19, 120:24
**still** [10] - 26:15, 29:22, 34:6, 50:15, 64:21, 79:19, 94:2, 107:21, 116:19, 121:11
**stole** [1] - 42:7
**stop** [6] - 22:23, 27:1, 28:14, 28:15, 45:11, 71:4
**stories** [1] - 19:10
**straight** [1] - 121:11
**straightforward** [1] - 5:21
**streamline** [1] - 36:6
**stretch** [3] - 24:7, 37:7, 75:1
**stricken** [6] - 21:8, 25:22, 47:13, 94:25, 108:1, 112:12
**strike** [11] - 21:4, 21:6, 25:18, 47:2, 79:2, 89:2, 89:13, 94:21, 104:17, 107:23, 112:8
**strikes** [1] - 82:4
**striking** [1] - 47:1
**strongly** [1] - 33:9
**struggle** [3] - 19:7, 19:13, 20:3
**struggling** [2] - 85:4, 87:22
**sub** [1] - 69:7
**submit** [1] - 94:24
**submitted** [2] - 31:19, 86:19
**subscription** [1] - 77:12
**substance** [1] - 114:11
**suffered** [1] - 65:17
**suffers** [1] - 82:2
**sugar** [3] - 24:22, 24:24, 25:9

**suitable** [1] - 85:21
**Suite** [2] - 1:17, 1:21
**summons** [3] - 47:23, 69:21, 69:23
**Sunday** [3] - 17:10, 57:5, 57:6
**Superior** [3] - 47:24, 48:4, 49:20
**supplemental** [1] - 85:17
**supposed** [3] - 57:4, 57:16, 96:13
**surgery** [3] - 29:7, 29:20, 36:18
**survivor** [1] - 69:1
**swayed** [1] - 20:12
**swear** [1] - 4:11
**sworn** [2] - 4:18, 5:7
**sympathy** [2] - 15:7, 20:12
**system** [3] - 16:8, 16:20, 19:17
**systems** [1] - 58:22

# T

**table** [1] - 19:12
**TANYA** [1] - 1:10
**Tanya** [1] - 2:7
**tax** [2] - 100:12, 100:13
**teacher** [1] - 77:14
**teaching** [1] - 83:8
**team** [2] - 99:7, 99:8
**technically** [1] - 82:23
**Technology** [1] - 54:8
**temperament** [1] - 46:3
**tentatively** [1] - 64:19
**term** [1] - 5:8
**terms** [2] - 20:18, 43:6
**testify** [12] - 6:15, 6:21, 11:19, 12:22, 14:6, 14:8, 14:12, 46:1, 58:10, 58:17, 78:21
**testifying** [1] - 58:13
**testimony** [34] - 11:21, 12:1, 12:5, 12:22, 30:16, 34:13, 39:23, 39:24, 41:6, 41:8, 43:2, 43:10, 43:13, 45:21, 51:19, 51:21, 54:20, 55:10, 57:24, 58:15, 65:9, 67:11, 71:11, 84:2, 84:15, 84:23, 90:15, 93:19, 95:16, 100:1, 101:3, 108:17, 113:15

**Texas** [1] - 30:12
**THE** [657] - 1:1, 1:10, 2:2, 2:7, 4:19, 4:25, 7:3, 7:24, 8:9, 16:18, 16:25, 17:2, 17:5, 17:8, 17:9, 17:11, 17:13, 17:14, 17:15, 17:16, 17:17, 17:18, 17:21, 17:23, 18:1, 18:4, 18:8, 18:11, 18:15, 18:19, 18:23, 19:1, 19:4, 19:18, 19:24, 20:5, 20:24, 21:2, 21:6, 21:8, 21:10, 21:12, 21:15, 21:22, 22:2, 22:4, 22:12, 22:16, 22:20, 22:22, 23:2, 23:3, 23:5, 23:8, 23:11, 23:16, 23:21, 24:3, 24:12, 24:14, 24:17, 24:20, 24:24, 25:3, 25:10, 25:14, 25:17, 25:20, 25:22, 25:24, 26:1, 26:6, 26:10, 26:17, 26:21, 26:25, 27:5, 27:10, 27:12, 27:14, 27:16, 27:19, 27:23, 27:25, 28:2, 28:4, 28:6, 28:25, 29:3, 29:5, 29:10, 29:25, 30:5, 30:8, 30:14, 30:19, 30:23, 31:2, 31:4, 31:6, 31:9, 31:18, 31:22, 32:1, 32:13, 32:17, 32:21, 33:2, 33:4, 33:6, 33:11, 33:16, 33:18, 33:20, 33:23, 34:1, 34:3, 34:7, 34:11, 34:16, 34:19, 34:23, 35:3, 35:8, 35:12, 35:15, 35:18, 35:21, 36:3, 36:11, 36:13, 36:15, 36:22, 37:1, 37:6, 37:9, 37:14, 37:18, 37:20, 37:23, 38:4, 38:16, 38:19, 38:21, 38:23, 39:1, 39:5, 39:8, 39:13, 39:17, 39:21, 40:2, 40:6, 40:8, 40:10, 40:14, 40:16, 40:18, 40:20, 40:22, 40:24, 41:1, 41:6, 41:11, 41:17, 41:19, 41:24, 42:3, 42:11, 42:15, 42:18, 42:25, 43:8, 43:15, 43:17, 44:1, 44:3, 44:5,

44:7, 44:11, 44:15, 45:1, 45:11, 45:24, 46:5, 46:8, 46:12, 46:14, 46:17, 46:22, 47:4, 47:13, 47:17, 47:19, 47:21, 47:24, 48:1, 48:6, 48:8, 48:11, 48:14, 48:18, 48:21, 48:24, 49:1, 49:3, 49:9, 49:11, 49:14, 49:23, 50:1, 50:4, 50:6, 50:8, 50:10, 50:15, 50:17, 50:19, 50:23, 51:2, 51:5, 51:8, 51:12, 51:14, 51:17, 51:23, 52:3, 52:8, 53:2, 53:4, 53:6, 53:8, 53:10, 53:13, 53:16, 53:21, 53:25, 54:6, 54:9, 54:13, 54:18, 54:24, 55:7, 55:13, 55:16, 55:20, 55:23, 56:2, 56:17, 56:19, 56:22, 56:24, 57:1, 57:3, 57:6, 57:8, 57:11, 57:13, 57:17, 57:22, 58:2, 58:5, 58:7, 58:10, 58:12, 58:17, 58:19, 58:23, 58:25, 59:2, 59:5, 59:8, 59:10, 59:12, 59:14, 59:17, 59:19, 59:23, 59:25, 60:5, 60:8, 60:10, 60:12, 60:15, 60:17, 60:19, 60:21, 60:24, 61:3, 61:7, 61:13, 61:17, 61:20, 61:23, 62:1, 62:5, 62:7, 62:9, 62:11, 62:13, 62:15, 62:18, 62:20, 62:23, 62:25, 63:2, 63:5, 63:7, 63:10, 63:12, 63:15, 63:20, 63:23, 63:25, 64:3, 64:5, 64:7, 64:9, 64:12, 64:15, 64:18, 64:21, 64:25, 65:2, 65:7, 65:12, 65:15, 65:19, 65:21, 65:23, 66:3, 66:5, 66:9, 66:15, 66:17, 66:19, 66:22, 66:24, 67:1, 67:3, 67:5, 67:10, 67:16, 67:20, 68:2, 68:14, 68:22, 69:6, 69:11, 69:15, 69:18, 69:24, 70:2, 70:5, 70:7, 70:14, 70:16, 70:18, 70:20, 70:24, 71:4,

71:8, 71:10, 71:15, 71:18, 71:24, 72:2, 72:5, 72:9, 72:12, 72:18, 72:21, 72:24, 73:1, 73:19, 73:21, 73:23, 74:1, 74:6, 74:10, 74:14, 74:16, 74:19, 74:23, 75:5, 75:8, 75:11, 75:16, 75:20, 75:23, 76:4, 76:10, 76:12, 76:14, 76:16, 76:18, 76:20, 77:5, 77:16, 77:24, 78:3, 78:7, 78:11, 78:19, 78:21, 79:4, 79:12, 79:22, 80:1, 80:22, 80:24, 81:3, 81:13, 81:25, 82:6, 82:8, 82:10, 82:12, 82:20, 82:24, 83:7, 83:17, 83:22, 83:25, 84:7, 84:13, 84:20, 84:22, 85:4, 85:19, 85:21, 86:3, 86:10, 86:14, 86:22, 87:1, 87:4, 88:1, 88:3, 88:12, 88:14, 88:16, 89:2, 89:4, 89:9, 89:16, 89:18, 89:20, 89:23, 90:4, 90:6, 90:9, 90:13, 90:18, 90:23, 91:2, 91:5, 91:8, 91:11, 91:13, 91:16, 91:19, 91:22, 91:25, 92:3, 92:8, 92:12, 92:16, 92:22, 92:25, 93:5, 93:8, 93:11, 93:14, 93:17, 93:22, 94:1, 94:3, 94:5, 94:11, 94:17, 94:20, 94:23, 94:25, 95:3, 95:5, 95:8, 95:10, 95:14, 95:19, 95:22, 96:3, 96:6, 96:14, 96:18, 97:1, 97:4, 97:9, 97:11, 97:13, 97:24, 98:2, 98:5, 98:7, 98:9, 98:11, 98:14, 98:17, 99:1, 99:4, 99:8, 99:13, 99:19, 99:23, 99:25, 100:7, 100:9, 100:13, 100:17, 100:19, 100:25, 101:3, 101:7, 101:15, 101:19, 102:3, 102:14, 102:20, 102:22, 103:5, 103:7, 103:9, 103:13, 103:18, 103:22, 104:1,

104:4, 104:6, 104:12, 104:16, 104:20, 104:23, 104:25, 105:3, 105:7, 105:9, 105:12, 105:14, 105:17, 105:23, 106:5, 106:9, 106:11, 106:15, 106:20, 106:23, 107:1, 107:3, 107:5, 107:19, 107:24, 108:1, 108:3, 108:5, 108:7, 108:9, 108:13, 108:15, 108:20, 108:24, 109:1, 109:3, 109:7, 109:9, 109:11, 109:13, 109:15, 109:17, 109:20, 109:24, 110:2, 110:5, 110:8, 110:11, 110:15, 110:18, 110:21, 110:23, 111:2, 111:5, 111:8, 111:12, 111:20, 111:25, 112:4, 112:7, 112:10, 112:12, 112:15, 112:17, 112:19, 112:21, 112:23, 113:1, 113:6, 113:8, 113:14, 113:18, 113:21, 113:25, 114:2, 114:5, 114:10, 114:16, 114:21, 114:23, 114:25, 115:3, 115:6, 115:8, 115:10, 115:12, 115:16, 115:20, 115:22, 116:2, 116:7, 116:10, 116:13, 116:19, 116:21, 116:25, 117:3, 117:15, 117:17, 117:20, 117:22, 117:24, 118:2, 118:11, 118:20, 118:24, 119:22, 119:24, 120:5, 120:9, 120:11, 120:14, 120:16, 120:18, 120:23, 120:25, 121:4, 121:9

**theft** [3] - 42:6, 46:4, 116:1
**theirs** [1] - 5:1
**thereafter** [1] - 64:17

**therefore** - 5:20
**they've** [1] - 79:15
**thinking** [3] - 15:21, 28:20, 81:15
**Thomas** [2] - 105:2, 105:5
**Thompson** [2] - 8:4, 105:6
**three** [7] - 26:3, 26:9, 41:23, 61:25, 116:9, 121:1, 120:2
**three-year-old** [1] - 26:3
**throughout** [2] - 3:15, 24:24
**Thursday** [2] - 17:10, 57:5
**tickets** [2] - 9:4, 57:15
**Tidewater** [1] - 108:14
**timeline** [1] - 77:2
**today** [6] - 16:16, 25:2, 26:16, 68:10, 68:17, 103:16
**together** [2] - 7:6, 33:13
**tomorrow** [1] - 120:2
**tough** [1] - 70:7
**towards** [1] - 60:3
**track** [1] - 2:19
**train** [1] - 19:8
**training** [2] - 55:3, 55:8
**transcript** [1] - 122:4
**TRANSCRIPT** [1] - 1:9
**transitioning** [1] - 52:25
**Transportation** [1] - 42:17
**traumatic** [1] - 120:18
**travel** [15] - 17:4, 17:8, 17:16, 17:17, 26:2, 29:5, 36:7, 57:4, 64:15, 64:16, 64:17, 64:22, 98:20, 119:24
**traveling** [2] - 64:13, 120:1
**treat** [2] - 41:9, 71:14
**treatment** [1] - 38:8
**TRIAL** [1] - 1:9
**trial** [33] - 2:23, 4:13, 6:3, 6:5, 6:15, 6:20, 7:18, 8:24, 9:22, 11:19, 13:19, 13:23, 24:4, 28:8, 28:9, 28:11, 49:24, 64:21, 69:19, 70:9, 72:12, 73:8, 74:24, 77:21, 78:10, 78:13, 82:14, 100:22, 105:18, 105:20, 107:20,

113:3, 118:4
**trials** [4] - 16:7, 18:8, 20:8, 35:24
**tried** [2] - 29:7, 92:13
**trip** [1] - 42:22
**trooper** [1] - 95:13
**trouble** [7] - 14:3, 32:20, 32:21, 32:25, 37:10, 83:7, 103:13
**true** [2] - 2:15, 45:21
**trustees** [1] - 33:21
**truth** [2] - 45:8, 45:19
**truthful** [1] - 3:10
**truthfully** [2] - 5:9, 5:10
**try** [7] - 29:14, 29:16, 69:8, 88:8, 111:10, 118:15, 119:13
**trying** [7] - 34:25, 46:25, 70:8, 85:6, 96:8, 111:18
**TSC** [1] - 1:4
**Tuesday** [1] - 1:6
**turn** [3] - 29:12, 39:1, 59:19
**tutoring** [1] - 77:22
**twenty** [1] - 40:7
**twenty-five** [1] - 40:7
**two** [29] - 3:3, 9:2, 18:10, 20:9, 26:12, 29:22, 37:2, 39:3, 39:10, 41:4, 58:18, 65:20, 69:10, 70:10, 74:12, 76:25, 77:2, 77:21, 78:6, 80:9, 93:13, 98:22, 99:5, 102:25, 108:25, 116:8, 121:13
**two-week-long** [1] - 77:21
**type** [8] - 10:10, 10:11, 12:18, 42:19, 51:2, 58:7, 66:10, 105:25
**types** [1] - 74:12

## U

**U.S** [6] - 1:13, 1:24, 30:11, 32:5, 48:13
**ultimately** [1] - 42:9
**unable** [3] - 14:15, 15:2, 15:5
**unbiased** [2] - 101:19, 101:20
**uncle** [8] - 84:11, 84:17, 84:18, 84:19, 84:25, 108:22, 109:3, 113:19
**uncle's** [1] - 84:13

**under** [2] - 26:8, 78:23
**understood** [3] - 44:24, 49:17, 78:24
**unfair** [2] - 94:9, 101:17
**unfortunately** [5] - 12:9, 42:5, 42:11, 77:8, 92:14
**Unified** [2] - 92:23, 92:24
**United** [11] - 2:3, 2:10, 6:2, 8:13, 10:16, 12:14, 14:21, 15:9, 15:10, 44:17, 89:24
**UNITED** [3] - 1:1, 1:3, 1:10
**unknown** [1] - 86:13
**unless** [4] - 13:23, 23:17, 104:9, 104:13
**unlike** [1] - 16:9
**unlikely** [2] - 78:16, 78:17
**unpleasant** [3] - 11:15, 13:3, 114:6
**unpredictable** [1] - 35:24
**unusual** [1] - 107:7
**up** [97] - 4:3, 4:5, 4:7, 4:8, 9:10, 15:21, 15:23, 16:24, 17:18, 17:20, 19:19, 20:6, 21:9, 21:19, 22:16, 23:4, 24:7, 25:10, 25:23, 27:12, 28:1, 29:6, 29:12, 31:22, 33:15, 34:20, 35:15, 36:9, 37:23, 37:24, 38:18, 40:14, 40:19, 43:15, 44:2, 46:6, 47:16, 49:16, 50:3, 52:8, 53:5, 53:20, 53:24, 55:2, 56:2, 56:21, 58:23, 59:9, 60:14, 62:5, 62:6, 62:10, 64:4, 66:9, 66:23, 70:2, 70:15, 72:24, 73:18, 76:15, 78:9, 78:10, 78:18, 79:1, 79:3, 79:4, 80:1, 82:7, 85:7, 88:18, 89:15, 91:5, 91:9, 94:3, 95:2, 96:16, 97:20, 97:22, 97:23, 98:8, 102:15, 103:6, 104:19, 107:1, 107:13, 108:2, 109:9, 109:14, 111:9, 112:14, 114:21, 115:2, 117:3,

117:19, 118:20, 120:5, 121:5
**update** [1] - 35:21
**uphold** [1] - 87:21
**upper** [1] - 3:13

## V

**vacation** [4] - 64:15, 67:22, 91:17, 91:25
**vacations** [1] - 8:25
**vaguely** [1] - 41:13
**value** [1] - 45:23
**verdict** [23] - 5:19, 12:12, 14:20, 15:3, 15:6, 15:17, 16:11, 18:12, 39:8, 39:9, 49:22, 49:24, 63:3, 75:18, 76:2, 76:7, 94:13, 106:11, 106:14, 106:16
**Versed** [1] - 102:6
**versus** [2] - 2:3, 2:10
**victim** [20] - 12:8, 12:14, 13:9, 18:16, 18:17, 42:4, 55:14, 61:14, 65:16, 77:25, 90:20, 100:17, 100:18, 100:19, 100:20, 108:21, 113:25, 115:24, 116:1, 120:12
**victims** [1] - 68:24
**view** [1] - 113:15
**views** [3] - 10:24, 45:18, 93:1
**violence** [1] - 65:23
**violent** [2] - 18:19, 18:21
**Virginia** [2] - 10:6, 108:14
**visits** [1] - 113:12
**vital** [1] - 5:17
**vocabulary** [1] - 103:17
**voice** [2] - 19:12, 29:24
**voir** [7] - 3:7, 3:8, 3:25, 5:7, 5:8, 16:1, 16:17
**voted** [1] - 106:16

## W

**wage** [1] - 76:23
**wait** [3] - 68:1, 69:5, 86:22
**walk** [2] - 24:7, 36:18
**walked** [1] - 4:22

**wants** [1] - 5:18
**Washington** [6] - 1:5, 1:14, 1:22, 1:25, 41:16, 67:8
**waste** [3] - 47:2, 118:9, 118:17
**Wayne** [4] - 2:21, 6:1, 122:9, 122:9
**WAYNE** [2] - 1:23, 122:3
**wear** [1] - 29:22
**wearing** [1] - 4:21
**week** [17] - 9:6, 9:7, 29:7, 35:1, 35:6, 36:1, 57:16, 68:12, 69:13, 69:15, 69:23, 77:13, 77:21, 98:23, 99:5
**weekends** [1] - 28:17
**weeks** [8] - 9:3, 26:12, 69:10, 70:10, 76:25, 77:3, 80:9, 120:2
**weigh** [3] - 65:9, 90:14, 108:17
**weight** [4] - 12:2, 12:6, 39:25, 54:21
**weighted** [1] - 88:25
**welcome** [2] - 50:2, 94:18
**whereas** [3] - 72:14, 105:19, 113:2
**White** [2] - 21:20, 21:23
**wife** [5] - 21:19, 54:4, 54:15, 55:3, 55:9
**wife's** [2] - 21:23, 54:19
**Wilhelmena** [1] - 8:6
**WILLIS** [56] - 1:12, 7:17, 21:3, 22:18, 25:13, 25:21, 27:15, 27:22, 31:24, 33:9, 35:4, 35:16, 36:2, 37:24, 40:17, 43:16, 46:13, 47:15, 49:16, 49:21, 53:3, 56:18, 58:24, 59:6, 60:11, 62:6, 64:1, 66:10, 66:13, 66:21, 70:4, 70:13, 72:25, 76:13, 80:23, 81:21, 82:5, 88:13, 89:6, 91:6, 94:21, 96:17, 102:15, 102:19, 103:4, 103:24, 104:10, 105:24, 107:8, 107:23, 109:12, 112:8, 114:22, 117:16, 118:21, 121:3

**Willis** [33] - 2:4, 6:4, 6:12, 7:16, 7:24, 20:6, 21:2, 21:6, 22:17, 25:20, 27:14, 31:22, 40:16, 47:14, 53:2, 56:17, 58:23, 60:10, 62:5, 63:25, 66:9, 72:24, 76:12, 80:22, 81:19, 88:12, 89:4, 96:16, 102:14, 109:11, 114:21, 117:15, 118:20
**Willis's** [1] - 47:6
**Winston** [1] - 1:20
**wish** [1] - 5:15
**witness** [45] - 7:14, 12:2, 12:18, 12:20, 20:21, 30:24, 34:14, 39:25, 41:9, 42:18, 42:25, 43:9, 43:10, 45:20, 54:22, 55:11, 58:5, 58:8, 58:12, 61:5, 65:9, 71:5, 71:10, 71:12, 84:15, 84:23, 84:24, 88:6, 88:21, 90:15, 90:16, 93:20, 94:22, 95:17, 100:8, 100:10, 101:4, 104:7, 105:3, 105:4, 107:9, 108:18, 113:16, 116:23
**witness's** [4] - 43:2, 43:12, 58:14, 84:1
**witnesses** [17] - 6:14, 6:16, 6:18, 6:20, 6:23, 7:1, 7:10, 7:12, 7:13, 8:4, 12:22, 45:6, 45:7, 45:10, 92:20, 113:15, 116:22
**woman** [1] - 111:11
**wondering** [1] - 23:13
**word** [1] - 81:5
**wording** [1] - 96:15
**words** [5] - 44:23, 45:17, 83:8, 84:22, 105:18
**wore** [1] - 30:3
**works** [5] - 26:15, 41:15, 54:7, 65:5, 83:21
**worried** [1] - 25:5
**worry** [1] - 118:18
**worth** [1] - 69:17
**wrapped** [1] - 21:19
**Wright** [2] - 7:20, 8:5
**wrist** [4] - 74:11, 74:14, 75:5, 75:9
**write** [11] - 3:12, 3:20,

3:22, 7:13, 7:14, 8:11, 19:9, 75:10, 96:4, 106:18, 109:21
**writers** [2] - 19:8, 19:15
**writing** [1] - 10:3

## Y

**year** [3] - 26:3, 42:24, 50:18
**years** [16] - 16:12, 18:25, 30:13, 30:22, 40:7, 40:11, 55:18, 55:19, 58:18, 61:1, 61:25, 63:1, 65:20, 90:11, 108:25, 114:1
**yeses** [1] - 115:18
**York** [4] - 1:14, 39:6, 39:19, 57:5
**yourself** [4] - 80:11, 86:7, 93:23, 115:6
**Yvonne** [1] - 7:19