<pre>
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
     UNITED STATES OF AMERICA,
 3                                       Case No. 19-0255 (TSC)
                      Plaintiff(s),
 4                                       Washington, D.C.
               vs.                       Tuesday, September 6, 2022
 5                                       2:11 p.m.
     FREDERICK GOODING,
 6
                      Defendant(s).      Afternoon Session
 7   -------------------------------------------------------
                               DAY 1
 8                     TRANSCRIPT OF JURY TRIAL
               BEFORE THE HONORABLE TANYA S. CHUTKAN
 9                   UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   FOR THE GOVERNMENT:      Jillian D. Willis, Esquire
                              Jil Simon, Esquire
12                            United States Department of Justice
                              1400 New York Avenue Northwest
13                            Washington, D.C. 20005

14   FOR THE DEFENDANT:       Michael J. Khouri, Esquire
                              Khouri Law Firm, APC
15                            2222 Martin
                              Suite 215
16                            Irvine, California 92612

17                            Frederick D. Cooke, Jr., Esquire
                              Rubin, Winston, Diercks
18                             Harris & Cooke, LLP
                              1250 Connecticut Avenue Northwest
19                            Suite 700
                              Washington, D.C. 20036
20

21   REPORTED BY:            Tammy Nestor, RMR, CRR
                             Official Court Reporter
22                           333 Constitution Avenue NW
                             Washington, D.C. 20001
23                           tammy_nestor@dcd.uscourts.gov

24

25
</pre>

```
 1   The following proceedings began at 2:11 p.m.:
 2            THE COURT:  Good afternoon, ladies and gentlemen.  We
 3   are running a little behind.  I hope you all had a good lunch.
 4            Mr. Bradley?
 5            THE COURTROOM DEPUTY:  All right.  I can't remember
 6   who was last.
 7            THE COURT:  We were last with 1850.
 8            THE COURTROOM DEPUTY:  Thank you, Judge.
 9            (The following was heard sidebar.)
10            THE COURT:  Good afternoon.
11            A PROSPECTIVE JUROR:  Hello, Your Honor.
12            THE COURT:  You are Juror No. 1850?
13            A PROSPECTIVE JUROR:  Yes.
14            THE COURT:  Which questions do you have answers to?
15            A PROSPECTIVE JUROR:  6, 18, and 22.
16            THE COURT:  What are your plans, your travel plans?
17            A PROSPECTIVE JUROR:  I don't have travel plans, but
18   I'm a solo attorney and I have hearings next week.
19            THE COURT:  What kind of attorney are you?
20            A PROSPECTIVE JUROR:  I'm an immigration attorney.
21            THE COURT:  You are an immigration attorney?
22            A PROSPECTIVE JUROR:  I am.  I am a solo practitioner
23   for federal court.  If they have to postpone, my client is
24   going to have to wait for a work permit until the next hearing.
25            THE COURT:  And when do you have hearings scheduled?
```

1            A PROSPECTIVE JUROR:  I have next week on Tuesday, and

2      then I have one on the 29th.  I know you said that we would be

3      done before that, but just in case.

4            THE COURT:  Next Tuesday, what time is your hearing?

5            A PROSPECTIVE JUROR:  It's 1:00 p.m.

6            THE COURT:  Is there anyone who could cover that for

7      you?

8            A PROSPECTIVE JUROR:  I am solo and I am federal.  I

9      don't have anyone to go unless I paid a lot of money just for

10     that.

11           THE COURT:  Is there any way you can get to the

12     hearing earlier in the morning or the following week?

13           A PROSPECTIVE JUROR:  I prepared a motion.  I'm afraid

14     that it will be adjudicated before that.

15           THE COURT:  Because we can certainly contact the

16     court, we have done it before, and ask that they accommodate

17     this trial.

18           A PROSPECTIVE JUROR:  The thing is, like I said, like

19     if they postpone it and then they blame the client for that,

20     they won't be able to get a work permit until we get another

21     hearing, which could be a year from now or two years from now.

22           THE COURT:  Why would they blame the client?

23           A PROSPECTIVE JUROR:  Because he's an asylum client.

24     That's what they will do.

25           THE COURT:  I have actually done an asylum case a

```
 1  long, long time ago, and the clock is running.  But if the
 2  Court calls and says you are on jury service, why would that
 3  penalize your client?
 4          A PROSPECTIVE JUROR:  I hope it doesn't.  The way they
 5  are doing things, it's uncertain.  I hope they don't.
 6          THE COURT:  All right.  Question 18 -- excuse me.
 7          My law clerk reminds me that next Tuesday I have a
 8  sentencing, so I was planning to break for a longer lunch.
 9  Where is the hearing?  Is it over in Virginia?
10          A PROSPECTIVE JUROR:  It's in Arlington.  I don't know
11  which -- if they have anyone before me.
12          THE COURT:  Right.  But the hearings don't usually
13  last more than about a half hour, correct?
14          A PROSPECTIVE JUROR:  Yes.
15          THE COURT:  We could make it work.  If it's WebEx, we
16  could definitely make it work.  We would just take that lunch,
17  because my sentencings are at least an hour, hour and a half,
18  so I would usually have an extra long lunch, and we can just
19  work that around your hearing if it comes to that.
20          A PROSPECTIVE JUROR:  Okay.
21          THE COURT:  So No. 18, you, a member of your family,
22  or any close friend ever been the victim of a crime?
23          A PROSPECTIVE JUROR:  Yes.
24          THE COURT:  Who is that?
25          A PROSPECTIVE JUROR:  Well, my daughter had her purse
```

1    stolen.  One of my best friend's brother got murdered.

2             THE COURT:  Oh, dear.  I'm sorry to hear that.

3             A PROSPECTIVE JUROR:  Thank you.  And there's, like,

4    relatives and stuff like that.

5             THE COURT:  Given that those things happened to your

6    family members, do you think you would be able to sit as a fair

7    juror in a criminal case?

8             A PROSPECTIVE JUROR:  Yes, I think I could.  But from

9    what I said about the questions that I didn't write yes to,

10   like, for example, law enforcement, like in my experience, I

11   feel like CBP, for example, have not been fair with clients.

12   So I'm not sure that I will believe everything that an FBI

13   agent would say.

14            THE COURT:  If I instructed you that you were to

15   consider their testimony as you would -- because you are a

16   lawyer.

17            A PROSPECTIVE JUROR:  Right.

18            THE COURT:  -- as you would any other witness, would

19   you be able to follow that instruction?

20            A PROSPECTIVE JUROR:  I would follow it, but like if

21   it would -- I would give it more weight or less weight, well,

22   of course it would depend on testimony.  So, yeah, I would

23   follow your instruction.

24            THE COURT:  All right.  Ms. Willis?

25            MS. WILLIS:  I just want to follow up on that question

```
 1   regarding your view of federal law enforcement.  You indicated

 2   that you would be able to listen to the judge's instruction.

 3   And could you also, I guess, keep that in the back of your mind

 4   and evaluate the testimony fairly, or do you think that you

 5   could not be fair?

 6           A PROSPECTIVE JUROR:  I would try to be fair, of

 7   course.

 8           THE COURT:  Do you have any doubt in your mind as to

 9   whether you would be fair?

10           A PROSPECTIVE JUROR:  Depending on the testimony, I

11   would probably think that in my mind, if they are lying or not,

12   like, the way that they testify.  I don't know how to explain

13   it, but you know what I mean, I would hear the testimony, and

14   then make up my mind.

15           THE COURT:  Mr. Khouri?

16           MR. KHOURI:  No questions, Your Honor.

17           THE COURT:  All right.  Thank you, ma'am.

18           I think with regard to this juror's immigration

19   hearing, I think we could accommodate it, we could work around

20   it.

21           With regard to her last response, I, frankly, think

22   that that was elicited as a last-ditch effort to be struck.  So

23   I am not inclined to excuse her.  Does either of you have a

24   motion?

25           MS. WILLIS:  Your Honor, the government would make a
```

```
 1   motion only because her response at the end, she still -- from
 2   our perspective, she wavered a bit so could not answer fully
 3   that she would not have any bias.  I think she said she would
 4   try to not and hope to not, but I did not hear her say
 5   definitive she would be fair.
 6           THE COURT:  Mr. Khouri?
 7           MR. KHOURI:  My sense was the same as the Court's, but
 8   I will submit.
 9           THE COURT:  Well, we have had a number of jurors who
10   said they would try to and they didn't think they would be, and
11   that's usually the answer.
12           Again, because she didn't answer to this question, she
13   sort of came up at the end, she said she was rethinking, you
14   know, her answers.  But given her hearing and given that
15   Mr. Khouri doesn't have an objection, I will grant the motion
16   to strike for cause.
17           Ready.
18           THE COURTROOM DEPUTY:  Just press the button and hold
19   it.
20           THE COURT:  Good afternoon.  You have to press the
21   button when you are speaking.
22           A PROSPECTIVE JUROR:  Sorry.
23           THE COURT:  Are you Juror No. 0251?
24           A PROSPECTIVE JUROR:  Yes, I am.
25           THE COURT:  What questions did you have answers for?
```

```
 1           A PROSPECTIVE JUROR:  No. 7, I do wear hearing aids.
 2    It's not a problem, but I do wear them.
 3           THE COURT:  Okay.
 4           A PROSPECTIVE JUROR:  No. 11, I'm not sure this is
 5    still relevant because he retired last year, but my brother was
 6    a division policy chief at the Administrative Office of the
 7    Courts.
 8           And No. 20, I just signed up for Medicare.
 9           THE COURT:  Okay.  Let's start with No. 7.  Have you
10    had any trouble today hearing anything?
11           A PROSPECTIVE JUROR:  No.
12           THE COURT:  All the witnesses will testify and all the
13    parties will speak into microphones.
14           A PROSPECTIVE JUROR:  That's fine.
15           THE COURT:  Again, if you don't hear anything, you are
16    free to -- we have devices that can be assistive, and you can
17    raise your hand.
18           With regard to your brother, anything about your
19    brother's work at the Administrative Office of the Courts that
20    would affect your ability to be impartial here?
21           A PROSPECTIVE JUROR:  No.
22           THE COURT:  And then No. 20, yes, this is a Medicare
23    fraud claim.  Does the fact that you have recently signed up
24    for insurance through Medicare, would it affect your ability to
25    treat this case as you would any other?
```

```
 1              A PROSPECTIVE JUROR:  No.

 2              THE COURT:  Mr. Khouri?

 3              MR. KHOURI:  Yes, Your Honor.

 4              A PROSPECTIVE JUROR:  I do have one more question.

 5              THE COURT:  I'm sorry.  Go ahead.

 6              A PROSPECTIVE JUROR:  That's all right.  For 22, years

 7   ago I was in the Washington office at the Hartford Insurance

 8   Group and later was an editor with the Insurance Information

 9   Institute, which is the trade policy group for all insurance

10   companies.

11              THE COURT:  Given this area of experience you have

12   had, do you think you can -- well, a couple of things.  Do you

13   think you can be fair to both sides here?  And do you think

14   that you could put aside what you know about the insurance

15   industry and evaluate the case and base the evidence on what

16   you hear in the courtroom and the law as I instruct you?

17              A PROSPECTIVE JUROR:  Yes.

18              THE COURT:  Okay.  Mr. Khouri?

19              MR. KHOURI:  Thank you, Your Honor.

20              Good afternoon, ma'am.

21              A PROSPECTIVE JUROR:  Hi.

22              MR. KHOURI:  Hi.  When you were at the Hartford, did

23   your work have anything to do with medical billing?

24              A PROSPECTIVE JUROR:  No.

25              MR. KHOURI:  Okay.  And what do you do for a living
```

```
 1   now?

 2          A PROSPECTIVE JUROR:  I am a primary school teacher.

 3          MR. KHOURI:  Okay.  So --

 4          A PROSPECTIVE JUROR:  Preschool.

 5          MR. KHOURI:  Okay.  And what did your job at the

 6   Hartford -- what did you do there?

 7          A PROSPECTIVE JUROR:  I worked -- their Washington rep

 8   was the main person in the office, and I worked for him.  I

 9   went to hearings on The Hill and interacted with members of

10   Congress about initiatives that the Hartford was specifically

11   interested in.

12          MR. KHOURI:  Initiatives that dealt with the insurance

13   industry?

14          A PROSPECTIVE JUROR:  Yes.

15          MR. KHOURI:  Got it.  Thank you.

16          THE COURT:  Ms. Willis?

17          MS. WILLIS:  No questions, Your Honor.  Thank you.

18          THE COURT:  Thank you, ma'am.

19          Good afternoon.

20          A PROSPECTIVE JUROR:  Good afternoon, ma'am.

21          THE COURT:  Are you Juror No. 2745?

22          A PROSPECTIVE JUROR:  Yes, ma'am.

23          THE COURT:  All right.  And what questions did you

24   have answers to?

25          A PROSPECTIVE JUROR:  6, 13, and 14.
```

```
 1                THE COURT:  6 seems to be a popular one today.  Okay.
 2   What plans do you have?
 3                A PROSPECTIVE JUROR:  I have travel scheduled for the
 4   14th through 18th of September and again the 23rd through 26th
 5   of September.
 6                THE COURT:  When was your -- when were your two weeks
 7   scheduled to conclude?
 8                A PROSPECTIVE JUROR:  Thursday of this week.
 9                THE COURT:  I see.  The travel that you have scheduled
10   for the 14th, is that business or pleasure?
11                A PROSPECTIVE JUROR:  It's pleasure, ma'am.
12                THE COURT:  And is that something that can be
13   rescheduled?
14                A PROSPECTIVE JUROR:  It cannot.  It's a meet-up with
15   a bunch of military friends down in Florida.
16                THE COURT:  What's your answer to question 13?
17                A PROSPECTIVE JUROR:  Question 13 was friends that are
18   in law enforcement, I believe.
19                THE COURT:  Yes.
20                A PROSPECTIVE JUROR:  I have two good friends who are
21   both career law enforcement.
22                THE COURT:  What agency, do you know?
23                A PROSPECTIVE JUROR:  Well, one was Air Force Security
24   Forces and now works for county sheriff's department in Santa
25   Rosa, Florida, and the other worked for Army Criminal
```

1    Investigation Division.

2            THE COURT:  Anything about the fact that these are

3    your friends who are career law enforcement officers, would any

4    of that cause you to treat the testimony of a law enforcement

5    witness any differently from a regular lay witness?

6            A PROSPECTIVE JUROR:  No, ma'am.

7            THE COURT:  And question 14, whether you or any family

8    or close friend has been investigated, charged, or convicted.

9            A PROSPECTIVE JUROR:  Yes, ma'am.  A friend of mine

10   who was convicted by general court marshal and discharged from

11   the army.

12           THE COURT:  How long ago was this?

13           A PROSPECTIVE JUROR:  Three years ago.

14           THE COURT:  Anything about that, your friend's

15   experience, that would cause you to be biased against one side

16   or the other in this case?

17           A PROSPECTIVE JUROR:  No, ma'am.

18           THE COURT:  All right.  Ms. Willis?

19           MS. WILLIS:  Nothing from the government.

20           THE COURT:  Mr. Khouri?

21           MR. KHOURI:  Yes, Your Honor.

22           Good afternoon, sir.  What do you do for a living?

23           A PROSPECTIVE JUROR:  I work for the Department of

24   Defense.

25           MR. KHOURI:  In what capacity?

```
 1              A PROSPECTIVE JUROR:  I am a civilian engineer.

 2              MR. KHOURI:  Okay.  Thank you.

 3              THE COURT:  This juror has travel plans.  And to be

 4    fair, the travel plans are outside the end of his two-week

 5    service, so I can't fault him for making travel plans.  I am

 6    inclined to excuse him.

 7              MS. WILLIS:  No objection, Your Honor.

 8              MR. KHOURI:  No objection.

 9              THE COURT:  All right.

10         Good afternoon.  Are you Juror No. 2335?

11              A PROSPECTIVE JUROR:  Yes, ma'am.

12              THE COURT:  All right.  And which questions do you

13    have answers to, sir?

14              A PROSPECTIVE JUROR:  I had a couple down here; 5C, 6,

15    22, and 24.

16              THE COURT:  Okay.  Let's start with 5C.  Anything

17    about this case based on what I've told you that would impair

18    your ability as a juror to be fair?

19              A PROSPECTIVE JUROR:  Yeah.  I think it's kind of

20    connected to the other two questions that you have on here.  My

21    wife works for a health care organization, and all their

22    members are insurance companies.  So I get to hear a lot about

23    these things.

24              THE COURT:  And by these things, you mean health care

25    fraud things?
```

```
1            A PROSPECTIVE JUROR:  Health care plans, you know,

2     what's going on in the market.  So I'm on top of things when it

3     comes to health care.

4            THE COURT:  Well, this is a case involving allegations

5     of health care fraud in the Medicare program.

6            A PROSPECTIVE JUROR:  I don't know much about

7     Medicare.

8            THE COURT:  Okay.  And do you think you would be able

9     to put aside what you know about the insurance industry and

10    listen to the evidence with regard to these allegations of

11    Medicare fraud and follow my instructions?

12           A PROSPECTIVE JUROR:  Yeah.  That should be fine.

13           I do have No. 6.  I'm actually on vacation planned

14    starting next Wednesday through next Sunday.

15           THE COURT:  And is that something that can be

16    rescheduled?

17           A PROSPECTIVE JUROR:  No.  I have seven other people

18    depending on me being there.  I'm sorry.

19           THE COURT:  When is your jury service -- when is your

20    two weeks up?

21           A PROSPECTIVE JUROR:  This Friday.

22           THE COURT:  All right.  Thank you.

23           A PROSPECTIVE JUROR:  Thank you.

24           THE COURT:  Hold on.  Anybody have any follow-up?

25           MR. KHOURI:  No, Your Honor.
```

1           MS. WILLIS:  No, Your Honor.

2           THE COURT:  Thank you.

3           This is going to be a problem.  By my calculation, if

4    we lose one more, we are not going to have enough to find 32

5    qualified jurors.  I am not going to make people -- I don't

6    think you want a juror on this case whose is missing a

7    scheduled, long-planned trip.  Unless you have an objection, I

8    am going to excuse him.

9           MR. KHOURI:  No objection.

10          THE COURT:  Ms. Willis?

11          MR. KHOURI:  No objection.

12          THE COURTROOM DEPUTY:  He has one more thing.

13          A PROSPECTIVE JUROR:  My jury service is up this

14   Friday.  I know it's not extending to next week.  I know that

15   much.

16          THE COURT:  Okay.  Thank you.

17          Good afternoon.

18          A PROSPECTIVE JUROR:  Good afternoon, Your Honor.

19          THE COURT:  All right.  Good afternoon.  Are you Juror

20   No. 0191?

21          A PROSPECTIVE JUROR:  Yes, ma'am.

22          THE COURT:  And what questions did you have answers

23   to?

24          A PROSPECTIVE JUROR:  Hang on.  I marked yes for 2,

25   5C, 6, 13, 14, 15, 18, 26, and 30.

1          THE COURT:  All right.  30, let's start with that one.

2   Do you feel you would be unable to follow my instructions, that

3   in reaching your verdict, you must not be influenced in any way

4   by sympathy or prejudice for either side.  What is your answer

5   to that?  You said yes?

6          A PROSPECTIVE JUROR:  I did, but that doesn't ring a

7   bell.  I would normally say no to that, I think.  So I

8   apologize.

9          THE COURT:  That's okay.  Let's go to 5C then.

10          A PROSPECTIVE JUROR:  Okay.

11          THE COURT:  Is there anything about this case based on

12   what I have told you that might impair your ability as a juror

13   to give all the parties a fair trial?

14          A PROSPECTIVE JUROR:  You mentioned health care fraud,

15   Medicare.  I have had a relatively recent bad experience with

16   my parents in their early 80s that sort of -- it just has a

17   very sour taste in my mouth.

18          THE COURT:  What was that experience?

19          A PROSPECTIVE JUROR:  They are in their early 80s, and

20   my dad had a cancer situation that we thought was going to be

21   covered much more financially than it was.  And we had a health

22   care consultant that was helping us.  And I think we got misled

23   on some of the financial implications of it.  It involved me,

24   not knowing a lot of the details, but having to come up with

25   some money quickly that was unexpected.

```
 1            THE COURT:  Okay.  Well, this case involves
 2   allegations of fraudulent claims submitted by a physician to
 3   Medicare for reimbursement, so not the same as what your
 4   parents went through.  But I understand that must have been
 5   difficult for you.
 6            Do you think you would be able to put aside what you
 7   went through with your parents and hear the evidence in this
 8   case and confine your verdict to the evidence that you hear in
 9   this case?
10            A PROSPECTIVE JUROR:  Yeah, I think so.
11            THE COURT:  Okay.  Question No. 2, do you know any of
12   the lawyers in this case?
13            A PROSPECTIVE JUROR:  I don't know, but I feel like
14   I've met Counsel Willis before.  She looks very familiar to me.
15   If I have, in fact, it's through a certain friend that I know
16   specifically.  I don't know her.  You asked does anybody look
17   familiar, and I said yes.
18            THE COURT:  If it later turns out -- I assume if you
19   do know her, you don't know her well?
20            A PROSPECTIVE JUROR:  No, not at all.
21            THE COURT:  Say you are sitting as a juror in this
22   case and you remember where you met her before, would that
23   affect your ability to be fair?
24            A PROSPECTIVE JUROR:  No, not at all.
25            THE COURT:  Thank you for that.
```

1              Question No. 6, travel plans.

2              A PROSPECTIVE JUROR:  Yes.  I am scheduled from the

3    14th through the 24th for an Italy trip that is three years in

4    the making from COVID postponements.

5              THE COURT:  All right.  Do you have any feelings or,

6    question No. 12, feelings or views generally about the DOJ,

7    FBI, or HHS that could effect your ability to be fair?

8              A PROSPECTIVE JUROR:  Repeat it again.

9              THE COURT:  I thought you said 12.  Maybe --

10             A PROSPECTIVE JUROR:  13.

11             THE COURT:  13, I'm sorry.  13, any family member or

12   close friend been involved in law enforcement?

13             A PROSPECTIVE JUROR:  Yeah, two very close friends are

14   law enforcement, not around here, but just in general.

15             THE COURT:  Anything about your friendship with them

16   that would cause you to be biased in this case to one side or

17   the other?

18             A PROSPECTIVE JUROR:  I don't think so.

19             THE COURT:  Okay.  And have you, any member of your

20   family, or close friend previously had a significant unpleasant

21   experience with law enforcement in some important matter?

22             A PROSPECTIVE JUROR:  I have in the past, yes.

23   Nothing in the last five years, nothing related to this case,

24   but just law enforcement, you know.

25             THE COURT:  Given that experience, would you be able

1    to weigh the testimony of a law enforcement officer as you

2    would with any other witness, or would your experience color

3    how you evaluated that witness's testimony?

4              A PROSPECTIVE JUROR:  It would be tough.  I have a

5    pretty -- I have somewhat of a jaded view, but I would

6    certainly do my best.

7              THE COURT:  All right.  And 26, would you have any

8    trouble in the principle that you cannot draw any inference as

9    to the defendant's guilt if he fails to testify or put on a

10   case?

11             A PROSPECTIVE JUROR:  I would do my best to let the

12   case speak for itself, but in my opinion, if there is

13   innocence, then my gut is that that person would be taking the

14   stand to defend him or herself.  But, again, I would let the

15   case play out.

16             THE COURT:  Thank you.

17             Any follow-up, Mr. Khouri?

18             MR. KHOURI:  No, Your Honor.

19             THE COURT:  Ms. Willis?

20             MS. WILLIS:  No, Your Honor.

21             THE COURT:  All right.  Counsel, any motion?

22             MR. KHOURI:  We would move, Your Honor, to dismiss him

23   because of his vacation.

24             THE COURT:  Ms. Willis?

25             MS. WILLIS:  We won't object given all of the answers

1    as a whole.  We would just note that by our count, our count

2    may be different than the Court's, we've qualified 23 and we

3    need 9 of 11, so I don't think he was the last person we can

4    strike.  I think we have another one.

5              THE COURT:  Yes.  My law clerk reminded me of that.  I

6    will excuse him then.

7              Good afternoon.  You have to squeeze the little black

8    thing when you speak.

9              Are you Juror No. 2688?

10             A PROSPECTIVE JUROR:  Yes, ma'am.

11             THE COURT:  You got to hold it down while you are

12   speaking.

13             A PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Okay.  And what questions did you answer?

15             A PROSPECTIVE JUROR:  I answered all of the questions.

16   All of my answers were mainly no except for question 10.

17   Question 10 was yes.

18             THE COURT:  Okay.  Question 10, have you served on a

19   jury before?

20             A PROSPECTIVE JUROR:  Yes, I have.

21             THE COURT:  And where did you serve on a jury?

22             A PROSPECTIVE JUROR:  I served at the Carl Moultrie

23   Courthouse back in 2004.

24             THE COURT:  That's in superior court, correct?

25             A PROSPECTIVE JUROR:  Excuse me?

1          THE COURT:  Superior court?

2          A PROSPECTIVE JUROR:  Yes, ma'am.

3          THE COURT:  And was there a civil or criminal jury?

4          A PROSPECTIVE JUROR:  I believe it was a criminal

5     jury.  I believe it was.

6          THE COURT:  Do you remember what the charges were that

7     you were considering?

8          A PROSPECTIVE JUROR:  It was so long ago, I forget.

9     Sorry.

10          THE COURT:  Now, I don't want to know what your

11     verdict was.  Were you able on the jury to reach a verdict?

12          A PROSPECTIVE JUROR:  Yes, we were.

13          THE COURT:  Anything about that experience would make

14     it difficult for you to be fair in this case?

15          A PROSPECTIVE JUROR:  No, not really.  It's just that

16     courthouses kind of make me nervous a little bit, so just kind

17     of nervous.  That's all.

18          THE COURT:  I understand they can be intimidating

19     places.  Let me ask you, sir, what line of work are you in?

20          A PROSPECTIVE JUROR:  I'm in the market research

21     industry.  I am a telephone interviewer.  I call people to

22     participate in market search studies, in other words, focus

23     groups.

24          THE COURT:  Okay.  Even though this is, as I said, a

25     little bit of an intimidating place, you will find that

1    everyone here is very friendly and you have been through a

2    trial before.  Anything else that makes you think you might not

3    be able to sit in this case?

4             A PROSPECTIVE JUROR:  Not really.  It's just that

5    courthouses make me nervous.  That's it.  So I believe I would

6    be able to be a good juror.  It's just courthouses, sitting

7    around all these judges, kind of makes me leery.  That's about

8    it.

9             THE COURT:  I understand.  Makes me leery too.

10            Any questions, Mr. Khouri?

11            MR. KHOURI:  No, Your Honor.

12            THE COURT:  Ms. Willis?

13            MS. WILLIS:  No, Your Honor.

14            THE COURT:  Thank you, sir.

15            Good afternoon.

16            A PROSPECTIVE JUROR:  Good afternoon.

17            THE COURT:  Are you Juror No. 1566?

18            A PROSPECTIVE JUROR:  Yes.

19            THE COURT:  And which question did you have yes

20   answers to?

21            A PROSPECTIVE JUROR:  I have for question 6 and 7.

22            THE COURT:  Okay.  6, what are your travel plans?

23            A PROSPECTIVE JUROR:  So September 17th through the

24   19th, I'm going to Las Vegas.

25            THE COURT:  Hang on a second.  Let me just check the

```
 1    dates there.  Is that a weekend?

 2              A PROSPECTIVE JUROR:  It's from a Saturday to a

 3    Monday.

 4              THE COURT:  When do you get back on the Monday?

 5              A PROSPECTIVE JUROR:  I believe it's in the afternoon.

 6    It's the red eye.

 7              THE COURT:  Okay.  So you probably get back in the

 8    morning if it's a red eye.

 9              A PROSPECTIVE JUROR:  Okay then.

10              THE COURT:  Okay.  Well, I mean, you have heard us say

11    that we believe the testimony -- the case will be over by next

12    Friday.  Now, you may be, as a jury, still deliberating, in

13    which case you would be back on Monday.

14              Anything else?  Question 7 --

15              A PROSPECTIVE JUROR:  I believe question 7 was if you

16    have a hard time seeing.  I don't have good vision.  I don't

17    have my glasses, and I need to get glasses.  I believe that was

18    the question.

19              THE COURT:  Yes.  When you say you don't have good

20    vision, can you see me?

21              A PROSPECTIVE JUROR:  I can see, like, your

22    complexion, but like any details, no.

23              THE COURT:  Do you think that will affect your ability

24    to evaluate a witness's testimony?  We have jurors who are

25    blind, and they are not precluded from -- or hard of hearing
```

1    are not precluded from serving.  But I want you to tell me, do

2    you think you could be a fair juror and evaluate the testimony

3    with your eyesight as it is?

4         A PROSPECTIVE JUROR:  Yes.  I believe I did it for

5    question 31 too.  Yeah, I believe for question 31.  And then

6    question --

7         THE COURT:  Hold on.  Let me get to 31.

8         Okay.  Question 31 was, if the United States proves

9    its case and presents evidence beyond a reasonable doubt, would

10   you be able to find the defendant guilty?

11        A PROSPECTIVE JUROR:  Yes.

12        THE COURT:  Okay.  What was the other one?

13        A PROSPECTIVE JUROR:  So for question 11 and 14, I

14   didn't hear the question all the way.  I just put like a dash

15   next to it.

16        THE COURT:  Okay.  So question 11 -- is 11 you said

17   you didn't hear?

18        A PROSPECTIVE JUROR:  Yes.

19        THE COURT:  Have you, any member of your family, or

20   close friend had any experience with Department of Justice,

21   FBI, HHS, or any other law enforcement agency?

22        A PROSPECTIVE JUROR:  So like far as like a person

23   that's a criminal or a person that works for them?

24        THE COURT:  Well, do you have family, close friends

25   who have ever worked for any of those agencies, or have you

```
 1  ever had any experience with them that would make you not able
 2  to be fair in this case?
 3            A PROSPECTIVE JUROR:  Oh, no.
 4            THE COURT:  Okay.  And the other question you have an
 5  answer to?
 6            A PROSPECTIVE JUROR:  I believe 14.
 7            THE COURT:  14, whether you or any member of your
 8  family or close friend has been investigated, arrested,
 9  charged, or convicted.  What's your answer to that?
10            A PROSPECTIVE JUROR:  Okay.  No.
11            THE COURT:  Okay.  Any other questions?
12            A PROSPECTIVE JUROR:  No.  That's it.  Thank you.
13            THE COURT:  Any follow-up, Mr. Khouri?
14            MR. KHOURI:  None, Your Honor.
15            THE COURT:  Ms. Willis?
16            MS. WILLIS:  I have one follow-up.
17            Not to be too invasive about your eyesight, can you
18  read close up, like documents that are, like, in front of you?
19            A PROSPECTIVE JUROR:  Yes.
20            MS. WILLIS:  Okay.
21            THE COURT:  If they are documents or exhibits, you are
22  going to have a screen in front of you in the jury box.  Each
23  juror has their own little monitor in front of them.  Will that
24  be okay?
25            A PROSPECTIVE JUROR:  Yes, that will be perfect.
```

```
 1          THE COURT:  Okay.  Thank you, ma'am.
 2          Counsel, I am not going to excuse this is juror
 3   because it's a weekend trip.  If it means that we start at noon
 4   or something, I think that will be fine.  Any objection?
 5          MS. WILLIS:  No objection from the government.
 6          THE COURT:  And, Mr. Khouri, no objection?
 7          MR. KHOURI:  None from the defense.
 8          THE COURT:  All right.  Thank you.
 9          MR. KHOURI:  Although I hope she's with all her
10   facilities.
11          THE COURT:  I know.  A little tired maybe.
12          Mr. Bradley informs me that if we want ten more
13   jurors, we need to let them know by 3:00.  So keep that in
14   mind, and I will check with you again.
15          THE COURT:  Good afternoon.
16          A PROSPECTIVE JUROR:  Hi.  How are you?
17          THE COURT:  I'm fine.  Thanks.  How are you?
18          A PROSPECTIVE JUROR:  Good.
19          THE COURT:  Are you Juror No. 0781?
20          A PROSPECTIVE JUROR:  Yes.
21          THE COURT:  What questions did you have answers to?
22          A PROSPECTIVE JUROR:  No. 6.
23          THE COURT:  Okay.  Where are you going?
24          A PROSPECTIVE JUROR:  It's not necessarily where I am
25   going.  I have a newborn, and my husband is a first responder
```

1    and I don't have access right -- I'm a stay-at-home mom, and I
2    don't really have access to last-minute child care.
3              THE COURT:  When is your jury service supposed to be
4    over here?
5              A PROSPECTIVE JUROR:  Today, I think it said today on
6    my form.
7              THE COURT:  And, for example, do you have any backup
8    child care?
9              A PROSPECTIVE JUROR:  I do not.
10             THE COURT:  And what about your husband, is he working
11   currently?
12             A PROSPECTIVE JUROR:  Today he's not working.  But
13   he's a first responder, so he works 24-hour shifts.
14             THE COURT:  What does he do?
15             A PROSPECTIVE JUROR:  He's a firefighter, EMT.
16             THE COURT:  Okay.  How old is your baby now?
17             A PROSPECTIVE JUROR:  Six months.
18             THE COURT:  All right.  Thank you.
19             A PROSPECTIVE JUROR:  Is that it?
20             THE COURT:  Yes.  Oh, wait.
21             Is there any follow-up, Mr. Khouri?
22             MR. KHOURI:  No, Your Honor.
23             THE COURT:  Ms. Willis?
24             MS. WILLIS:  No, Your Honor.
25             THE COURT:  That's it.  Thank you.

1            I am inclined to excuse this juror unless there's an

2   objection.

3            MS. WILLIS:  No objection from the government.

4            MR. KHOURI:  None, Your Honor.

5            THE COURT:  All right.

6            Good afternoon.

7            A PROSPECTIVE JUROR:  Good afternoon.

8            THE COURT:  Are you Juror No. 0356?

9            A PROSPECTIVE JUROR:  Yes.

10           THE COURT:  And what questions do you have answers to?

11           A PROSPECTIVE JUROR:  None.

12           THE COURT:  What line of work are you in?

13           A PROSPECTIVE JUROR:  I am a data analyst for a public

14   charter school system.

15           THE COURT:  Never been on a jury before?

16           A PROSPECTIVE JUROR:  No.

17           THE COURT:  Well, thank you.

18           Any further questions?

19           MR. KHOURI:  No, Your Honor.

20           MS. WILLIS:  No, Your Honor.

21           THE COURT:  Thank you.

22           Good afternoon.

23           A PROSPECTIVE JUROR:  Good afternoon.

24           THE COURT:  Are you Juror No. 1659?

25           A PROSPECTIVE JUROR:  Yes, ma'am.

1          THE COURT:  All right.  And what questions do you have

2   answers to?

3          A PROSPECTIVE JUROR:  All of them.

4          THE COURT:  Well, you say all of them.  Does that mean

5   you have yeses to all of them?

6          A PROSPECTIVE JUROR:  No, ma'am.  Most -- all of them

7   are no.

8          THE COURT:  Okay.  Can you sit fairly as a juror in

9   this case?

10          A PROSPECTIVE JUROR:  Yes.

11          THE COURT:  Okay.  So when you say all of them are no,

12   you've never -- have you ever served on a jury before?

13          A PROSPECTIVE JUROR:  No, ma'am.

14          THE COURT:  Have you ever -- any family member, close

15   friends in law enforcement?

16          A PROSPECTIVE JUROR:  Not that I know, no.

17          THE COURT:  Okay.  So basically you didn't have a yes

18   answer to any of the questions?

19          A PROSPECTIVE JUROR:  No. 33.

20          THE COURT:  Okay.  33.  Do you know of any reason that

21   I didn't discuss that could affect your ability to be a fair

22   juror in this case?

23          A PROSPECTIVE JUROR:  No.

24          THE COURT:  Okay.  So do you think you could be a fair

25   juror in this case?

```
 1              A PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Any follow-up?

 3              Do you know about the juror?

 4              A PROSPECTIVE JUROR:  Repeat that?

 5              THE COURT:  Do you know any other juror members,

 6   anybody else on the jury panel?

 7              A PROSPECTIVE JUROR:  No.

 8              THE COURT:  Okay.  Mr. Khouri?

 9              MR. KHOURI:  No questions, Your Honor.

10              THE COURT:  Ms. Willis?

11              MS. WILLIS:  May I ask what this potential juror does

12   for a living, line of work?

13              THE COURT:  Yes.  What line of work are you in, sir,

14   so we can know a little bit about you?

15              A PROSPECTIVE JUROR:  I'm a car courier for Metro.

16              THE COURT:  You work for Metro?

17              A PROSPECTIVE JUROR:  Yes.

18              THE COURT:  Tell me what you do again.

19              A PROSPECTIVE JUROR:  I'm a rail car courier.

20              THE COURT:  Thank you, sir.

21              Good afternoon.

22              A PROSPECTIVE JUROR:  Good afternoon.

23              THE COURT:  Are you Juror No. 2295?

24              A PROSPECTIVE JUROR:  Yes, I am.

25              THE COURT:  All right.  And what questions did you
```

1    have yes answers?

2            A PROSPECTIVE JUROR:  No. 20.

3            THE COURT:  No. 20, do you have health insurance

4    through Medicare?

5            A PROSPECTIVE JUROR:  Yes.

6            THE COURT:  Anything about that, the fact that you

7    have health insurance through Medicare, that would cause you

8    not be able to be fair in this case?

9            A PROSPECTIVE JUROR:  No.

10           THE COURT:  Have you had any bad experiences with

11   Medicare?

12           A PROSPECTIVE JUROR:  No.

13           THE COURT:  And if you hear evidence in a case where

14   the defendant is charged with, okay, so obviously hasn't been

15   proven guilty, charged with defrauding Medicare, would you be

16   able to be fair knowing that your insurance is through

17   Medicare?

18           A PROSPECTIVE JUROR:  Yes.

19           THE COURT:  Any questions?

20           MR. KHOURI:  No, Your Honor.

21           THE COURT:  Any questions, Ms. Willis?

22           MS. WILLIS:  No, Your Honor.

23           THE COURT:  Thank you, sir.

24           Good afternoon.

25           A PROSPECTIVE JUROR:  Hi.  How are you?

```
1              THE COURT:  Fine.  Thank you.  How are you?

2              A PROSPECTIVE JUROR:  I'm fine.

3              THE COURT:  Are you Juror No. 1869?

4              A PROSPECTIVE JUROR:  , yes.

5              THE COURT:  What questions did you have answers to?

6              A PROSPECTIVE JUROR:  The medication, and I can't

7    judge nobody.

8              THE COURT:  Let's first go on medication.  Are you on

9    medication that makes you sleepy?

10             A PROSPECTIVE JUROR:  No.  It makes me go to the

11   bathroom in the mornings.

12             THE COURT:  We are going to have to breaks.  We start

13   at 9:30.  We'll take a midmorning break.  We'll break for

14   lunch.  We often have other breaks to give the court reporter a

15   rest.  And we will also take a break if you need to go to the

16   bathroom.  Just raise your hand, and we will take a break.  Is

17   that workable?

18             A PROSPECTIVE JUROR:  Yes.

19             THE COURT:  What about the can't judge nobody?  You

20   may not like it.  Nobody really likes it.  I mean, I'm a judge,

21   and I understand you don't -- it may be difficult for you to

22   sit there and render a verdict.  But if you are chosen, do you

23   think you can do that, as much as you may not like it?

24             A PROSPECTIVE JUROR:  I've got a lot of stress on me

25   right now.  My parents are sick.  I've got one in a wheelchair
```

1    and one in a walker.  So I just like been down for a minute.

2            THE COURT:  I understand you have a lot going on, but

3    if you were chosen to sit as a juror in this case, could you

4    set aside what's going on for the hours that you are in the

5    courtroom and focus on the evidence?

6            A PROSPECTIVE JUROR:  I guess I don't have no other

7    choice.

8            THE COURT:  In other words, if you were a defendant in

9    this case, if you were a defendant, would you want you as your

10   juror?

11           A PROSPECTIVE JUROR:  No.

12           THE COURT:  Why?

13           A PROSPECTIVE JUROR:  Because I wouldn't.  I couldn't

14   answer that right now.

15           THE COURT:  Okay.  Thank you, ma'am.

16           Any objection?

17           MR. KHOURI:  None, Your Honor.

18           MS. WILLIS:  No objection.

19           THE COURT:  All right.  This juror will be stricken

20   for cause.

21           Where does that take us?  Do we have to get the next

22   three or we are going to be short?

23           THE CLERK:  If we get the next three, we will be at

24   31.

25           THE COURT:  Counsel, maybe we need to ask for ten more

1    just to be on the safe side.  Okay?

2          Good afternoon.

3          A PROSPECTIVE JUROR:  Good afternoon, Your Honor.

4          THE COURT:  Are you Juror No. 1326?

5          A PROSPECTIVE JUROR:  I am.

6          THE COURT:  What questions did you answer?

7          A PROSPECTIVE JUROR:  I put down No. 6 because of a

8    holiday on September 26.  I don't think we will go that far,

9    but if we do, it will be an issue.

10         THE COURT:  When you say holiday, is it travel?

11         A PROSPECTIVE JUROR:  No.  Jewish holiday.

12         THE COURT:  We would accommodate that.  I don't think

13   it will be an issue.

14         A PROSPECTIVE JUROR:  Okay.

15         THE COURT:  Counsel, does anybody have any follow-up

16   on that point?

17         MR. KHOURI:  No, Your Honor.

18         THE COURT:  Any other answers?

19         A PROSPECTIVE JUROR:  Yes.  No. 10, I have been a

20   juror before once in D.C. Superior Court.

21         THE COURT:  Anything about that experience that would

22   affect your ability to be fair in this case?

23         A PROSPECTIVE JUROR:  No, Your Honor.  It was an

24   assault case that had nothing to do with, I don't think,

25   anything we are talking about here.

```
 1          THE COURT:  And I don't want to know the verdict.
 2   Were you able to reach a verdict?
 3          A PROSPECTIVE JUROR:  We were.
 4          THE COURT:  Are there any other questions?
 5          A PROSPECTIVE JUROR:  Yes.  No. 11, I think probably
 6   in an abundance of caution here, in law school some 40-plus
 7   years ago, I was a student prosecutor during a clinical program
 8   for one semester.  That was my last involvement with any
 9   prosecutorial or other law enforcement activity.
10          THE COURT:  Okay.  I see you are a retired attorney.
11   Is that right?
12          A PROSPECTIVE JUROR:  That's correct.
13          THE COURT:  What kind of law did you practice?
14          A PROSPECTIVE JUROR:  Mostly copyright law, started
15   out in food and drug and moved to copyright, specialized in
16   copyright, litigation, counseling, legislative work, the whole
17   gamut of copyright issues.
18          THE COURT:  Anything about your experience as a
19   student prosecutor and your practice, your career in law, do
20   you think any of that would prevent you from accepting my
21   instructions on the law as I give them to you?
22          A PROSPECTIVE JUROR:  No, Your Honor.  Nothing would
23   prevent me from -- indeed, it's further trained me to find the
24   facts neutrally and apply them to the law as instructed.
25          THE COURT:  Good for you.
```

```
 1              Any questions, Mr. Khouri?

 2              MR. KHOURI:  No, Your Honor.

 3              A PROSPECTIVE JUROR:  I'm sorry, I had some others.

 4              THE COURT:  Yes.

 5              A PROSPECTIVE JUROR:  No. 13, I have a nephew who is a

 6     Philadelphia police officer.  I'm not sure if that was included

 7     in the list of categories of people I should disclose, but he's

 8     my brother's son so...

 9              THE COURT:  Yes, it is included.  Thank you for

10     disclosing it.

11              Anything about his work that might affect your ability

12     to evaluate the testimony of a law enforcement officer?

13              A PROSPECTIVE JUROR:  Nothing.

14              THE COURT:  Any other questions?

15              A PROSPECTIVE JUROR:  What was No. 20?  Oh, I am a

16     Medicare recipient.

17              THE COURT:  Okay.  So this is, as you heard, this is a

18     case involving an allegation of Medicare fraud in terms of the

19     reimbursement requests by a medical provider.  The fact that

20     you are a Medicare recipient, would that affect your ability to

21     be fair, to treat the defendant fairly and the government

22     fairly in this case?

23              A PROSPECTIVE JUROR:  I don't believe so, Your Honor.

24     I don't believe it would affect my ability, no.

25              THE COURT:  Any other questions?
```

```
 1              A PROSPECTIVE JUROR:  No.  That was it.

 2              THE COURT:  Any follow-up, Mr. Khouri?

 3              MR. KHOURI:  No, Your Honor.

 4              THE COURT:  Ms. Willis?

 5              MS. WILLIS:  None, Your Honor.

 6              THE COURT:  Thank you.

 7         Good afternoon.

 8              A PROSPECTIVE JUROR:  Good afternoon.  How are you?

 9              THE COURT:  I'm fine.  How are you?

10              A PROSPECTIVE JUROR:  Good.

11              THE COURT:  All right.  Are you Juror No. 2748?

12              A PROSPECTIVE JUROR:  2748, yes.

13              THE COURT:  What questions did you have answers to?

14              A PROSPECTIVE JUROR:  Do I have answers to?

15              THE COURT:  Yes.  Do you have a yes answer to any of

16         the questions I asked?

17              A PROSPECTIVE JUROR:  I believe No. 6, 8, 12, 16, 15,

18         25, 29, 30.

19              THE COURT:  Okay.  Let me start with No. 30.  No. 30

20         says, do you feel that you would be unable to follow my

21         instructions that you can't be influenced by sympathy in this

22         case or bias?

23              A PROSPECTIVE JUROR:  I don't think so.

24              THE COURT:  So what was the reason for your answer of

25         yes to No. 30 if you said you would be unable, or the question
```

1    wasn't clear?

2          A PROSPECTIVE JUROR:  The question wasn't clear, no.

3          THE COURT:  Do you think you could be fair?

4          A PROSPECTIVE JUROR:  Yeah, I could be fair.

5          THE COURT:  Okay.  29, do you have any moral or

6    religious reason why you couldn't sit in judgment?  I'm not

7    asking you to pronounce the moral judgment, but can you render

8    a verdict if the evidence shows you one way or the other?

9          A PROSPECTIVE JUROR:  Yeah.

10         THE COURT:  Okay.  25, can you follow the presumption

11   that the defendant is presumed innocent until proven guilty?

12         A PROSPECTIVE JUROR:  Yes.

13         THE COURT:  So how come you answered that question?

14         A PROSPECTIVE JUROR:  I wasn't really sure.  I

15   probably didn't hear.  I just put yes.

16         THE COURT:  Okay.  Tell me about No. 6.  Do you have

17   plans to travel or be away?

18         A PROSPECTIVE JUROR:  Yeah, I have some plans a week

19   from now.

20         THE COURT:  A week from today?

21         A PROSPECTIVE JUROR:  Yeah.

22         THE COURT:  What are your plans?

23         A PROSPECTIVE JUROR:  Going out of town, vacation.

24         THE COURT:  When is your jury service supposed to be

25   over?

```
 1              A PROSPECTIVE JUROR:  The 9th.

 2              THE COURT:  Okay.  And you said vacation.  Is it

 3    something that can be rescheduled?

 4              A PROSPECTIVE JUROR:  For my job, I would have to

 5    reschedule it, but --

 6              THE COURT:  If the Court were to call them up and say,

 7    he's on jury service, could you change his vacation, would that

 8    help?

 9              A PROSPECTIVE JUROR:  They would have no choice,

10    right?

11              THE COURT:  Okay.  No. 12?

12              A PROSPECTIVE JUROR:  No. 12.

13              THE COURT:  Your answer to No. 12, do you have any

14    feelings generally about the DOJ, FBI, or HHS that could affect

15    your ability to be fair?

16              A PROSPECTIVE JUROR:  Sort of, yeah.

17              THE COURT:  Tell me about what are those.

18              A PROSPECTIVE JUROR:  I just, when I was younger, they

19    had planted some stuff on me, so I don't like the police or

20    nothing.

21              THE COURT:  Okay.  So if you were to hear the

22    testimony of a police officer, you would already -- are you

23    saying you would already be biased because you tend not to

24    believe them or something?

25              A PROSPECTIVE JUROR:  Yeah, I don't believe them.
```

```
1              THE COURT:  All right.  Thank you, sir.

2              A PROSPECTIVE JUROR:  Okay.

3              THE COURT:  Is there a motion?

4              MS. WILLIS:  The government would make a motion based

5    on -- well, a combination of things.  While he has plans, it

6    may be able to be rescheduled, the government would have some

7    concerns that he was thinking about them.  But mostly the

8    answer to the question about how he doesn't like -- his

9    feelings about the FBI and doesn't like the police and believe

10   them would be the basis for the motion to strike for cause.

11             THE COURT:  Mr. Khouri?

12             MR. KHOURI:  I submit.

13             THE COURT:  All right.  He will be stricken for cause.

14             While I have you on the phone, Counsel -- Mr. Bradley,

15   can you get on the phone too.

16             If you only need a few more qualified ones,

17   Mr. Bradley, can we excuse, once we have questioned everybody,

18   excuse the people who are stricken, excuse everybody else who

19   is qualified, and do the voir dire right quick of the other

20   people that are coming in today?

21             THE COURTROOM DEPUTY:  They are not coming today.

22   They are coming tomorrow.

23             THE COURT:  They don't have anybody here that we can

24   question today?

25             THE COURTROOM DEPUTY:  No, I tried.  Everybody is
```

```
 1   gone.  They said tomorrow.

 2           THE COURT:  All right.  Let's finish up.

 3           Good afternoon.

 4           A PROSPECTIVE JUROR:  Hi.  How are you?

 5           THE COURT:  I'm fine.  Thanks.  How are you?

 6           A PROSPECTIVE JUROR:  Good.  Thanks.

 7           THE COURT:  Are you Juror 0103?

 8           A PROSPECTIVE JUROR:  That's me.

 9           THE COURT:  What questions did you have answers for?

10           A PROSPECTIVE JUROR:  I said yes to No. 6 and 15.

11           THE COURT:  A with regard to No. 6, do you have some

12   plans that would cause this to be a problem?

13           A PROSPECTIVE JUROR:  Well, first, I work at a middle

14   school/high school.  We are short-staffed, and I am an

15   instructional aide, so I stand in for teachers who are not

16   there yet or who have left.  And I am also planning a big staff

17   school-wide first, what is it called, school-wide party for the

18   school, and we had our first meeting today.  I had to cancel.

19           And also, next Friday I do have travel plans.  I'm

20   leaving work next Friday at 2:00 so...

21           THE COURT:  When is your jury service scheduled to

22   conclude?

23           A PROSPECTIVE JUROR:  The 8th, the last day.

24           THE COURT:  And your travel plans next Friday, how

25   long are they for?
```

1           A PROSPECTIVE JUROR:  It's just that Friday.

2           THE COURT:  What time do you have to leave?

3           A PROSPECTIVE JUROR:  I'm leaving work at 2:00.

4           THE COURT:  Okay.  And you come back when?

5           A PROSPECTIVE JUROR:  On Sunday.

6           THE COURT:  Okay.  So when is the big party that you

7    are working on organizing for the school?

8           A PROSPECTIVE JUROR:  It's October 15, Saturday.  It

9    takes a lot of planning, and it's a whole to-do.  It's the

10   first school event.

11          THE COURT:  And if we were to conclude the evidence in

12   this case and your deliberations -- if we conclude the evidence

13   next Friday and your deliberations go into the following week,

14   would you be able to do some of that planning in the morning,

15   evening, or on the phone?

16          A PROSPECTIVE JUROR:  Definitely it would need to be

17   during school hours as staff members are involved.

18          THE COURT:  Because we are not -- as I said, we

19   wouldn't start any morning before 9:30.  We take lunch.  Many

20   days it's going to be more than an hour, closer to an hour and

21   a half, between -- somewhere between 12:30 and 2:00 or 1:00 and

22   2:30.  So there would be breaks during the day.

23          A PROSPECTIVE JUROR:  I understand, you know, this is

24   a duty we have to serve.  But also it's kind of stressful in my

25   department because we do stand in for teachers, so it's like we

182

```
 1    are short-staffed, so I am shorting my team.  So it's kind of a

 2    stressful situation, but I mean --

 3              THE COURT:  Let me ask you question 15.  Have you, any

 4    member of your family, or close friend previously had a

 5    significant unpleasant experience with law enforcement in some

 6    important matter?

 7              A PROSPECTIVE JUROR:  My brother-in-law, he is a

 8    Latino male, dark-skinned.  He was racially profiled in his own

 9    neighborhood and picked up for -- they said that he was casing

10    the neighborhood, but he was just walking.  So that's my close

11    encounter.

12              THE COURT:  Would that very unfortunate encounter that

13    your brother (sic) had, would that cause you to treat the

14    testimony of a law enforcement officer in this case differently

15    than you would any other witness?

16              A PROSPECTIVE JUROR:  Would this case have nothing to

17    do with race?

18              THE COURT:  No, I don't think so.  I mean, the claim

19    is Medicare fraud.

20              A PROSPECTIVE JUROR:  I don't think so.

21              THE COURT:  Any follow-up, Ms. Willis?

22              MS. WILLIS:  Just given the answer about the

23    brother-in-law, given that this case -- assuming that you would

24    not hear any evidence related to race, can you be fair and

25    impartial and treat an FBI agent's testimony or law enforcement
```

1   testimony the same as any other witness?

2         A PROSPECTIVE JUROR:  I believe so.

3         MS. WILLIS:  You said you believe so?

4         A PROSPECTIVE JUROR:  Yes.

5         MS. WILLIS:  No more questions.

6         THE COURT:  Mr. Khouri?

7         MR. KHOURI:  No questions, Your Honor.

8         THE COURT:  All right.  Thank you, ma'am.

9         A PROSPECTIVE JUROR:  All right.  Thank you.

10        THE COURT:  All right.  Counsel, so we are done, and

11  we are short.  With strikes and alternates, we don't have

12  enough qualified jurors.  So I asked Mr. Bradley if we could

13  have a couple more come in, and he says the jury office doesn't

14  have any.  So it means we have to excuse everybody who has been

15  excused or stricken and ask everybody else to come back

16  tomorrow morning.  We would ask them to come back a little

17  later so we could do the voir dire of the next ten.  It's not

18  ideal.  It's not how I wished to proceed.  But I think that's

19  our only option.  Does anybody have any objection to that?

20        MR. KHOURI:  No, Your Honor.

21        MS. WILLIS:  No, Your Honor.

22        THE COURT:  All right.  Thank you.

23        My law clerk, we need 14 jurors in the box, and with

24  strikes, that would take us to -- is it 10?

25        THE CLERK:  I believe there's 16 strikes total, but

1    the parties will correct me.

2          THE COURT:  Mr. Bradley, how many -- by my

3    calculation, we've got 30 qualified jurors which would leave

4    us -- do you remember how many strikes we have here?

5          THE COURTROOM DEPUTY:  How many strikes?

6          THE COURT:  Is it ten each or eight each?

7          THE COURTROOM DEPUTY:  I counted 18.  I count 18

8    strikes, causes for strikes.

9          THE COURT:  No, no, no.  How many peremptories does

10   each side get?

11         THE COURTROOM DEPUTY:  I'm sorry.  Government gets

12   ten, and the defense gets six.

13         THE COURT:  16.

14         THE COURTROOM DEPUTY:  It's the other way around.

15         THE COURT:  No, the government gets six and the

16   defendant gets ten.  So we are there.  But it means that if we

17   lose somebody, we are out.  Unless somebody passes, we are out.

18   It's up to you all.  We can get a few more as an insurance

19   policy tomorrow, or we can go right into the strikes now.  What

20   do you want to do?

21         MS. WILLIS:  The only question from the government is

22   we get ten, they get six, which was my understanding, but --

23         THE COURT:  No.  You get six --

24         MS. WILLIS:  We get six, they get ten, which was my

25   understanding.  We get the lesser of the two numbers.  But the

1   32 came from, do we get one more strike for the alternate?

2          THE COURT:  The alternate, that's right.

3          THE COURTROOM DEPUTY:  That's built in, Your Honor.

4          THE COURT:  Oh, that's already in there?

5          THE COURTROOM DEPUTY:  Yes.  We have 14 jurors all

6   together, you have 10 and 16 --

7          THE COURT:  With the last one being the alternate

8   juror.

9          MS. WILLIS:  Then that's fine.

10          THE COURT:  But we see it all the time.  When people

11  realize they are going to be on the jury, all of a sudden they

12  remember something that they forgot to tell us.  I guess if

13  that happens, we can risk having to do another round in the

14  morning.  Totally up to you.  We are not going to get to

15  openings today, I don't think.  But we can do the peremptories

16  or we can wait.  And it's just a matter of whether you want

17  everybody to come back tomorrow or just the jury.  These people

18  are here for two weeks, so having them come back tomorrow

19  morning is not necessarily unexpected.

20          MS. WILLIS:  May I have the Court's indulgence?

21          THE COURT:  Yes.  You all can discuss this among

22  yourselves if you like.

23          (The following was heard in open court.)

24          Ladies and gentlemen, bear with me.  We are trying to

25  figure out some of the logistics here.

```
 1                    (The following was heard sidebar.)

 2            THE COURTROOM DEPUTY:  Counsel?

 3            MS. WILLIS:  On behalf of the government, I don't mean

 4     to be difficult.  I just think under the rules, under Federal

 5     Criminal Procedure 24(c)(4), I think when they are alternates,

 6     they are not in the six and the ten.

 7            THE COURT:  I've got to check.  You may be right.  I

 8     have to tell you that, given where we are, how close we are, I

 9     it think just makes sense to have everyone who is not excused

10     or stricken for cause come back tomorrow, excuse the woman with

11     child care since I said I would put her at the bottom, we have

12     no bottom, and just tell them to come in a little late tomorrow

13     while we voir dire the ten more that we get just so we don't

14     have to do this all over again.

15            Unless anybody has an objection, that's what I am

16     going to do.

17            MS. WILLIS:  No objection from the government.

18            THE COURT:  Mr. Khouri?

19            MR. KHOURI:  No objection.

20            THE COURT:  We will do that in my courtroom because

21     once we excuse everybody that's been stricken or excused, we

22     will have enough room.

23            MR. KHOURI:  Okay.  9:30?

24            THE COURT:  I am going to have -- yes, I am going to

25     have the ten jurors come at 9:30.  I am going to have these
```

 1  individuals, these qualified jurors, come at 10:30.

 2          MR. KHOURI:  And, Counsel and I, for the Court's

 3  information, we will be meeting early to go over stipulations.

 4          THE COURT:  Great.  I do have some rulings on the

 5  motions in limine which I will do before we do openings and

 6  preliminary instructions.  I just want to get this jury in the

 7  box and sworn.  All right.  Thank you.

 8          (The following was heard in open court.)

 9          Ladies and gentlemen, the reason for all the

10  consultation, we have not quite enough qualified jurors.  When

11  I say qualified jurors, I mean, you all are qualified, but some

12  of you are going to be excused.  And so we don't have enough to

13  conduct our peremptory strikes tomorrow -- today.  So what we

14  are going to have to do is, in the morning -- I was trying to

15  get some more jurors to come in so we could voir dire them

16  again and finish today, but the jury office has no more.  No

17  more jurors for us today.

18          So what they will do is they send us some more jurors

19  in the morning.  I will do another round of voir dire, which

20  will not take as long because we are only talking to about ten

21  people or so.  So I am going to do that in the morning, have

22  all of you who have not been excused come back at about 10:30,

23  and then do the strikes then, and then start with the trial.  I

24  was really trying not to have you come back for even a couple

25  hours, because that's all it's going to be, but I'm afraid

1    there is no way we can do that under our rules of court.

2             So Mr. Bradley is going to tell you -- call out the

3    numbers of the jurors who are excused from this case to report

4    to the jury lounge, and then I will tell you all what time to

5    come in tomorrow.

6             Counsel, let's make sure we are on the same page with

7    the jurors.

8             (The following was heard sidebar.)

9             THE COURT:  Let's go over them right quick here.  I've

10   got 2542 -- 2542, 2190, 1530.  That was the one who we were

11   going to put at the bottom.  1013, 0330, 1117, 0986, 1490,

12   1794, 1291, 1031, 2073, 0935, 1028, 1850, 2745, 2335, 0191,

13   0781, 1869, and 2748.

14            Those are the ones that have been either excused or

15   struck for cause.  Does that comport with your records,

16   Ms. Willis?

17            MS. WILLIS:  I just want to make sure.  I had 1031 as

18   being struck.  Did you call that one out?  I'm sorry.

19            THE COURTROOM DEPUTY:  It's 1013 -- both of them, 1013

20   and 1031.

21            THE COURT:  Mr. Khouri?

22            MR. KHOURI:  It's good, Your Honor.

23            THE COURT:  Okay.  Thank you.  Mr. Bradley, you can

24   excuse those jurors now.

25            (The following was heard in open court.)

1          THE COURT:  Ladies and gentlemen, Mr. Bradley is going

2    to call your juror number.  If your juror number is called, you

3    are excused and you can return to the jury lounge.

4          THE COURTROOM DEPUTY:  If I call your juror number,

5    please grab all of your belongings and return to the jury

6    office and let them know you have been excused from this trial.

7          Starting with Juror No. 2542, you may report back to

8    the jury lounge, 2542, back to the jury lounge, yes, ma'am.

9          Juror No. 2190, Juror No. 1530, Juror No. 1013, Juror

10   No. 0330, Juror No. 1117, Juror No. 0986, Juror No. 1490, Juror

11   No. 1794, Juror No. 1291, Juror No. 1031, Juror No. 2073, Juror

12   No. 0935, Juror No. 1028, Juror No. 1850, Juror No. 2745, Juror

13   No. 2335, Juror No. 0191, Juror No. 0781, Juror No. 1869, 1869.

14   I didn't see anybody move.

15         THE COURT:  1869, ma'am?

16         A PROSPECTIVE JUROR:  Oh, yeah.

17         THE COURTROOM DEPUTY:  Okay.  And Juror No. 2748.

18         THE COURT:  All right.  Ladies and gentlemen, so we

19   are in the final round.  We really hoped to conclude today so

20   we could send those of you who were not selected for the jury

21   home for the rest of the day, but unfortunately we couldn't do

22   it.  So what I would like to do is voir dire another group,

23   small group, of jurors in the morning.  Once that's completed,

24   then we will put you all together and do the strikes and then

25   start the trial.

1          So what I would like you to do is I would like you to

2    come at 11:00 a.m., 11:00 a.m., not to this courtroom.  This is

3    not my courtroom.  This is our ceremonial courtroom.  We just

4    use it for voir dire in cases where we want the whole panel

5    together.  My courtroom is Courtroom 9.  It is on the fourth

6    floor of this side of the courthouse, so two floors down,

7    Courtroom 9, all the way at the end of the hall.  Mr. Bradley

8    will give you additional information.  Actually, he will tell

9    you where to gather.

10         Mr. Bradley, you will tell them where to come tomorrow

11   at 11:00?

12         All right.  So the ceremonial courtroom is available

13   for you all to wait here.  So tomorrow morning when you come at

14   11:00, come here.  You can come in here and sit down.  And by

15   the time you get here, by 11:00, hopefully we will be done in

16   my courtroom, and we can bring you all down to my courtroom and

17   complete strikes.

18         So I'm hoping that, for many of you, you won't be here

19   that long.  I am sorry, but you do have to come back tomorrow

20   at 11:00 while we complete the jury selection process.

21         Thank you all.  I really appreciate your patience,

22   your forbearance.  We couldn't do this without you.  Thank you,

23   and see you tomorrow at 11:00 a.m.

24         Please try and be on time so we can get started.

25   Again, we will try very hard on our end to be done with the

1    voir dire by 11:00 so we can do strikes.

2            THE COURTROOM DEPUTY:  If it's possible, try and sit

3    where you are sitting right now.

4            THE COURT:  That's even better, because we have to

5    have you in order.  So look around.  See what row you are in,

6    who's next to you.  But it's not -- if you don't remember,

7    Mr. Bradley will help you.  He knows all.

8            THE COURTROOM DEPUTY:  Yeah, it's no big deal.

9            THE COURT:  Thank you, ladies and gentlemen.  Have a

10   good evening.  Don't talk about the case.  I know you don't

11   know anything about it.  If someone says what's going on, just

12   say I'm on jury service.  That's all.  Thank you.

13           (The prospective jurors exited the courtroom at

14   3:22 p.m.)

15           THE COURT:  Since we have some time now, let me

16   address the motions in limine now.  I hate to keep jurors

17   waiting.  Having been on a jury where I think we did two hours

18   of trial testimony a day in that trial, I try not to do that.

19           As of Friday, there are two new disputes.  First,

20   defense counsel filed a motion in limine to exclude summary

21   exhibits and summary testimony which the government opposes.

22   And second, the parties could not agree on the verdict form,

23   and each filed their own proposed version.

24           With regard to the motion in limine for the summary

25   exhibits and summary testimony --

1            Mr. Bradley, do you need to tell them anything more?

2   I saw some people lurking around outside, so I don't know.

3            THE COURTROOM DEPUTY:  Oh, okay.

4            THE COURT:  I thought I saw somebody looking in.

5            The government asserts that it intends to call Stephen

6   Quindoza, that's Q-U-I-N-D-O-Z-A, who is an employee of

7   SafeGuard Services, a Medicare unified program integrity

8   contractor, and that during Mr. Quindoza's testimony, it

9   intends to introduce certain Medicare documents and data.

10           Specifically, the government intends to introduce or

11  have Mr. Quindoza summarize Medicare enrollment documents,

12  Medicare claims data for defendant and his practice, summaries

13  of enrollment information, and Medicare claims data which are

14  Exhibits 9H, 9F, and 9J, peer comparison data which are

15  Exhibits 8A to 8X, and summaries of peer comparison data which

16  are Exhibits 9G through 9I.

17           In its motion in limine, defense counsel objects to

18  summary Exhibits 9G to 9H and testimony relating to peer

19  comparison data as well as summary Exhibit 9C and testimony

20  rating to the frequency of Dr. Gooding's services.

21           With regard to the summary exhibits, as the D.C.

22  Circuit recently stated in United States versus Abou-Khatwa,

23  that's A-B-O-U-dash-K-H-A-T-W-A, 40 F.4th 666, Federal Rule of

24  Evidence 1006 permits the admission of a summary chart or

25  calculation to prove the content of voluminous writings,

recordings, or photographs that cannot be conveniently examined in court.  That's at 684.

If the voluminous underlying records themselves are admissible and made reasonably available for inspection and copying and the summaries of the voluminous records are accurate and nonprejudicial, the summaries can help the jury organize and evaluate evidence which is factually complex and fragmentally revealed in the testimony of a multitude of witnesses or documents through the trial.

Here the government's proposed Rule 1006 summary exhibits, I find, meet the requirements of the Federal Rules of Evidence as outlined in Abou-Khatwa, and I will admit them as substantive evidence that needs no limiting instruction.

That is true for four reasons.  First -- and the jury does get instructions about summaries.  First, the Medicare enrollment records and claims data that underlie summary Exhibits 9A to 9J appear admissible as business records.  The government anticipates that Mr. Quindoza will testify that the records underlying the summary exhibits are a true and accurate copy of the enrollment records and claims data regularly used by SafeGuard Services in the regular course of its business, and defense counsel does not object to their admissibility.

Second, the government asserts that it has made these records available to defense counsel for inspection and copying, and defense counsel does not object to their accuracy.

1          Third, the Court disagrees with defense counsel that

2     the underlying records are not voluminous.  The government

3     represents that Mr. Quindoza based the peer comparison summary

4     exhibits on data from multiple fields across more than 20 Excel

5     files and that the summary exhibit relating to the frequency of

6     Dr. Gooding's services stems from claims data on over 20,000

7     Medicare claims.

8          Without such a summary, the jury would not easily be

9     able to determine of the 20,000-plus claims submitted to

10    Medicare during the indictment period how many times particular

11    services at issue were billed and how often.  Accordingly, both

12    the peer comparison summaries and the Medicare claims data

13    summaries are charts and calculations proving the content of

14    voluminous documents.

15         And fourth, the Court disagrees that the summary

16    exhibits are prejudicial.  The exhibits do not state the

17    significance of Dr. Gooding's billing certain codes with the

18    frequency that he did.  And Mr. Quindoza will not be permitted

19    to offer his opinion or his interpretation about the

20    significance of that data.  Defense counsel does not offer any

21    case law that dictates a different outcome.  For these reasons,

22    I will allow the summary exhibits into evidence pending any

23    valid objection from defense counsel.

24         Now, with regard to the summary testimony, the role of

25    summary witnesses is limited in that the witness must not usurp

1    the jury's fact-finding function by summarizing or describing,

2    not only what is in evidence, but also what inferences should

3    be drawn from that evidence.  And that's also from Abou-Khatwa.

4         Courts must guard against the jury treating summary

5    testimony as additional evidence or as corroborative of the

6    truth rather than the compilation of existing evidence into a

7    manageable format, again from Abou-Khatwa.

8         The government proffers that it does not expect

9    Mr. Quindoza to draw any inferences for the jury with this

10   testimony, and the Court rules that Mr. Quindoza will not be

11   allowed to testify as to any inferences that should be taken

12   from the summaries.

13        If Mr. Quindoza does not do that, in other words, if

14   he does not draw any inferences to the jury with his testimony,

15   his testimony does not go beyond summarizing, and I will allow

16   that testimony.

17        And I intend to give a limiting instruction to jurors

18   that such testimony is only an aid in evaluating the evidence

19   as recommended by the circuit in Abou-Khatwa at 688.

20        Consequently, defendant's motion in limine as to both

21   summary exhibits and summary testimony is denied.

22        With regard to the verdict form, both parties have

23   submitted their own proposed form and there appears to be two

24   differences between your respective proposals.  First, for 10

25   of the 11 counts, defense counsel introduces the count with the

1  following language, with respect to the knowing and intentional

2  commission of the offense of health care fraud, whereas the

3  government states only with respect to the offense of health

4  care fraud.

5          The government's proposal tracks the form using United

6  States versus Wheeler, which is 11-CR-0151, and another case

7  that I looked up, United States versus Bikundi, B-I-K-U-N-D-I,

8  14-CR-030.

9          Mr. Khouri, I don't understand why it's necessary -- I

10 understand why you want it, but I don't understand why it's

11 necessary to list the elements of knowing and intentional

12 commission when I will instruct the jury on the elements of

13 that claim and what that means.  So under what basis do you

14 believe I should add the knowing and intentional commission?

15         MR. KHOURI:  (Inaudible.)

16         (There was an interruption by the court reporter.)

17         THE COURT:  By the way, for tomorrow, Mr. Bradley,

18 where are the ten extra jurors being told to come tomorrow?

19         THE COURTROOM DEPUTY:  Outside our courtroom.

20         THE COURT:  Courtroom 9?

21         THE COURTROOM DEPUTY:  We'll voir dire them there.

22         THE COURT:  So tomorrow morning we are going to be

23 9:30 in my courtroom, Courtroom 9.

24         Sorry.  Yes, Mr. Khouri.

25         MR. KHOURI:  Yes, Your Honor.  I think that the

verdict form should accurately represent what the defendant is

charged with, and I think the description of health care fraud

does not accurately reflect what the defendant is charged with.

THE COURT:  Well, the jury will be instructed on all

the elements of the claim.  And I don't think I need to

emphasize knowing and intentional.  I think by doing that --

Those are your people?

MS. WILLIS:  Those are the government's paralegals.

THE COURT:  I don't want to emphasize any element.  I

don't want to emphasize any part.  There's the instruction as

to how they consider the elements and there's the verdict form.

And I don't want the verdict form to highlight any particular

element.  I don't find it -- so I am going to instruct them,

and I am sure you are going to make sure I instruct them, that

they have to find that the offense was committed knowingly and

intentionally.  And I am sure you will have argument on that.

But I don't think the verdict form needs to have that on it, so

I am not going to include that language.

MR. KHOURI:  Can we limit it then to taking out the

word fraud because the word fraud, I think, is prejudicial.

THE COURT:  With respect to the offense of health

care?

MR. KHOURI:  No.  With respect to the offense of

Count --

THE COURT:  No.  I am going to state the name of the

 1   offense.  If the defendant was charged with robbery or armed

 2   robbery, it would say armed robbery.  I'm not going to say with

 3   respect to the offense knowingly and intentionally committing

 4   armed robbery.  So, no, I am not going to take out the full

 5   name.  I think it would be confusing if they have to go back

 6   and look at what the count is.  Just state what it is.

 7   Obviously no one likes the word fraud, but that is what he's

 8   been charged with.

 9           MR. KHOURI:  All right.  Thank you.

10           THE COURT:  All right.  Second, the government

11   includes a reference to the relevant billing code for each

12   count, whereas defense counsel proposes replacing the

13   references to billing codes with language describing the

14   underlying procedure.  For example, the government proposed on

15   Count 1, with respect to the offense of health care fraud on or

16   about March 31, 2016 related to beneficiary KM for code 64636.

17           Defense proposal says Count 1, with respect to the

18   offense of health care fraud on or about March 31, 2016

19   relating to beneficiary KM arising out of a billing for

20   injection with fluoroscopy.

21           Again, the government's proposed verdict form is

22   modeled after the verdict form used United States versus

23   Wheeler, 11-CR-0151, and it tracks the indictment.

24           Mr. Khouri, what's the basis for -- what about putting

25   them both on?

```
 1              MR. KHOURI:  I'm sorry, Your Honor?

 2              THE COURT:  Ms. Willis, do you have any objection to

 3    putting them both on, or is that going to be Ms. Simon

 4    handling --

 5              MS. SIMON:  Thank you, Your Honor.

 6              THE COURT:  I'm sorry, Mr. Khouri.  Let Ms. Simon come

 7    up, and then I will hear you.

 8              MS. SIMON:  We do have an objection because, for one,

 9    the language that defense has proposed is not in the

10    indictment, in the description for that code, the word

11    fluoroscopy is not in the CPT description.

12              THE COURT:  The verdict form should track the

13    indictment and I don't think that -- I think the billing code

14    number is clear and the indictment is clear what he's been

15    charged with.

16              MR. KHOURI:  On this one, I have a strong objection

17    because I think it makes it too easy for the jury to ignore the

18    events in this case and just ask the question with respect to

19    that one billing code.

20              THE COURT:  And the date and the beneficiary.

21              MR. KHOURI:  And the date and the beneficiary.  If we

22    are going to stick to describing the offense in the verdict

23    form --

24              THE COURT:  As it appears in the indictment.

25              MR. KHOURI:  -- then the offense that is in the
```

1    indictment is health care fraud.  This whole offense in this

2    case, it's no secret, is based upon the fact that Dr. Gooding

3    billed through his staff multiple CPT codes for a procedure

4    with a modifier on the occasion.  And the fact of the matter is

5    the government wants the jury to limit its inquiry and say did

6    he bill the CPT code and was it done.  The CPT codes, the way I

7    understand it, is the injection with the fluoroscopy.  There is

8    no question he didn't have a fluoroscope, but I think it makes

9    it very easy for the jury to say he billed injection guided by

10   fluoroscopy, he doesn't have a fluoroscope, he's guilty.

11          THE COURT:  Well --

12          MR. KHOURI:  I think that's exactly what the

13   government is going to argue on their opening statement and

14   their final argument, and it guides the jury in a way which is

15   impermissible.

16          So if we are to rely upon the offense in the

17   indictment, which is I believe what I heard, then we should

18   rely on the offense in the indictment which is health care

19   fraud without any nudge of the jury.

20          THE COURT:  There are multiple counts of health care

21   fraud.  For example, with respect to Count 1, it says, with

22   respect to the offense of health care fraud on or about

23   March 31, 2016 with a beneficiary for a code.  That way -- I

24   mean that's a certain level of specificity that you would argue

25   is required.  Right?

1              MR. KHOURI:  I've heard that, but I disagree.  As a

2    matter of fact, when the government and myself are meeting and

3    conferring about the verdict form, that was one of the points.

4    But I reject that because it guides the jury in an

5    impermissible manner to limit the scope of their inquiry to

6    whether Dr. Gooding had a fluoroscope in that office.

7              We know he did not, but there is a whole area in this

8    case that has nothing to do with whether he had a fluoroscope

9    in that office.  He had ultrasound, which Dr. Gooding provided

10   him a reasonable basis to guide his injections.  And if the

11   jury finds a reasonable doubt as to whether he was acting in

12   good faith in that regard, then he's not guilty.

13             THE COURT:  I understand.  And certainly you are free

14   to make whatever argument you want to make.  But as far as a

15   verdict form, and again, this is not even in the instruction,

16   it's a verdict form, I am guided by the verdict form and I am

17   not -- Ms. Willis, let me hear from you.

18             MR. KHOURI:  Can I say one more thing before

19   Ms. Willis speaks?

20             THE COURT:  Yes.

21             MR. KHOURI:  Thank you, Ms. Willis.  Thank you, Your

22   Honor.

23             I don't mean to press on too much, but I think the

24   jury can read the verdict form and compare the verdict form to

25   what's in the indictment.  So when they read with respect to

Count 1 for health care fraud on such and such a date, they are
not going to have any problem comparing that to the indictment
and saying this is the verdict form for that count in the
indictment.

THE COURT:  Right.  But I think what you are doing
through your proposed verdict form is narrowing the charged
conduct.  You are putting your defense in there.  And I don't
think that's allowed.  But let me hear Ms.  Willis -- I mean,
Ms. Simon.

MS. SIMON:  Your Honor, I don't have much more to add
than that.  The verdict form we propose, as you noted, tracks
Wheeler.  The reason we put the codes in, as we noted in our
footnote, is because there are situations with the same patient
on the same day for different counts, so we wanted to make sure
that the verdict form was clear as to what the jury was or was
not convicting on.

And, you know, to the extent there's any additional
language the defense wants in, we just would ask that it track
what's in the indictment and not the additional language.

THE COURT:  All right.  Well, the evidence hasn't come
in yet.  I haven't heard the opening statements, which are
statements, they were not arguments.  And so at this point, my
inclination is not to keep that verdict form.  But I will
reserve ruling.  And if you can find me a case or somewhere
else where some judge has given that, I will consider it.

1          With regard to my rulings on -- I've made my rulings

2    on the motion in limine with regard to the summary exhibits and

3    the summary witness testimony, summary testimony, and with

4    regard to the first aspect of the verdict form with regard to

5    this language.  With regard to the fluoroscopy, I will hold it

6    in abeyance.  I have to tell you, at this point I am not

7    persuaded, but I will hear argument.

8          MR. COOKE:  Your Honor, may I be heard?

9          THE COURT:  Yes, but you need to come up to the

10   microphone.

11         MR. COOKE:  Yes, Your Honor.

12         With respect to the motion in limine ruling, the

13   instruction you are going to give, is that going to be only at

14   the end or when the witness is testifying?

15         THE COURT:  When would you like it to be?  I will

16   consider your request.

17         MR. COOKE:  I think, as the witness is testifying

18   about the summary, I don't want the jury to get the impression

19   that this is evidence opinion when it's not.

20         THE COURT:  Are you asking for an instruction with

21   regard to the summary testimony before the witness testifies?

22         MR. COOKE:  Before the witness testifies.

23         THE COURT:  Do you have any objection, Ms. Willis?

24         MS. WILLIS:  We do not object to a limiting

25   instruction that --

1          THE COURTROOM DEPUTY:  Microphone, sorry.

2          MS. WILLIS:  My apologies.  We do not object to an

3    instruction about the summary testimony being for just aiding

4    the jury, but we would ask that that would come in when they

5    start going through the summary exhibits.

6          THE COURT:  So is this witness going to just go right

7    into the summary or is the witness testifying about other

8    stuff?

9          MS. WILLIS:  The witness is anticipated to enter in

10   the Medicare data, explain what the Medicare data is, talk

11   about the actual data SafeGuard Services uses for its ordinary

12   course of business, go through the data, and then go through

13   the summary exhibits.  So before the summary exhibit testimony,

14   we do not oppose a limiting instruction of the testimony about

15   the summary exhibits will be an aid to the jury, but the

16   summary exhibits themselves are substantive evidence --

17         THE COURT:  There is an instruction on that in the

18   final instructions.

19         Do you have any objection to that, Mr. Cooke, so that

20   just before he starts talking about the summaries, give --

21         MR. COOKE:  No, Your Honor.

22         THE COURT:  I will look at the one I gave.  I think I

23   did give one in Abou-Khatwa.  I will look.  If not, you all can

24   give me a proposed instruction.

25         MS. SIMON:  The government did propose a summary

1    instruction based on Abou-Khatwa, but we think that we are

2    going to have to make a revision because something that we

3    proposed said that you could consider the testimony and the

4    summary exhibits like we would consider any other evidence, and

5    that's what --

6              THE COURT:  I think we need to separate it out.

7              Okay.  So as we get on -- well, why don't you change

8    it, show it to the defense.  If you all can come to some

9    agreement on it, then I will give it at the time we have agreed

10   to.  Before the witness gets into the testimony, somebody is

11   going to have to give me a, you know, Your Honor, the

12   instruction or whatever.

13             All right.  I will see you all at 9:25 just in case

14   there's something that comes up.  Be there at 9:15.

15             MR. KHOURI:  Just for planning purposes, I intend to

16   reserve opening.

17             THE COURT:  Yes, you did say that.  That's fine.

18             Tomorrow we have a judges' meeting at 4:30, so I am

19   going to have to break at 4:25 tomorrow.  And I have a short

20   status at 12:30.

21             Is he detained, Mr. Bradley?  Are we doing that by

22   Zoom?

23             It's a Zoom hearing.  It will be short.  I will send

24   the jury to lunch at 12:30.  We will come back at 1:30, and we

25   will have to break for the day at 4:25.

1           For the rest of the week, Thursday we can start at

2    9:30.  I am going to have to break at 4:30 on Thursday because

3    I have a Zoom status hearing with a defendant who is in

4    Virginia and they only have certain times we can see them.  And

5    Friday --

6           THE COURTROOM DEPUTY:  12:30.

7           THE COURT:  -- I have a 12:30, again a status

8    conference by Zoom.  It shouldn't be very long.  So the jury

9    can take their lunch at 12:30, and we can go until 5:00 on

10   Friday if necessary.

11          Mr. Cooke?

12          MR. COOKE:  Your Honor, briefly.  Thursday --

13          THE COURT:  Oh, you teach.

14          MR. COOKE:  Yes, Your Honor.

15          THE COURT:  As it happens, we have a 4:30 conference.

16   You have to leave at 4:00?

17          MR. COOKE:  4:00, Your Honor.

18          THE COURT:  All right.  We will break at 4:00.

19          MR. COOKE:  You really don't need me.  You can carry

20   on without me.

21          THE COURT:  Not at all.  You are essential.

22          All right.  So that's our plan for the week.  See you

23   all at 9:15 or 9:30.  Be here at 9:15.  If we don't have

24   preliminary matters in the courtroom, promptly at 9:30 for the

25   rest of the voir dire, my courtroom, Courtroom 9.  The jurors

1    from today will wait here until we are done and then they will

2    come down to the fourth floor.

3            All right, everyone.  I will see you tomorrow.

4            (The trial adjourned at 3:46 p.m.)

5                              - - -

6                    C E R T I F I C A T E

7

8            I hereby certify that the foregoing is an

9    accurate transcription of the proceedings in the

10   above-entitled matter.

11

12

13   9/6/22                s/ Tammy Nestor
                            Tammy Nestor, RMR, CRR
14                          Official Court Reporter
                            333 Constitution Avenue NW
15                          Washington, D.C. 20001
                            tammy_nestor@dcd.uscourts

16

17

18

19

20

21

22

23

24

25

208

A PROSPECTIVE JUROR:
[226] 141/11 141/13 141/15
141/17 141/20 141/22 142/1
142/5 142/8 142/13 142/18
142/23 143/4 143/10 143/14
143/20 143/23 143/25 144/3
144/8 144/17 144/20 145/6
145/10 146/22 146/24 147/1
147/4 147/11 147/14 147/21
148/1 148/4 148/6 148/17
148/21 148/24 149/2 149/4
149/7 149/14 149/20 149/22
149/25 150/3 150/8 150/11
150/14 150/17 150/20
150/23 151/6 151/9 151/13
151/17 151/23 152/1 152/11
152/14 152/19 153/1 153/6
153/12 153/17 153/21
153/23 154/13 154/18
154/21 154/24 155/6 155/10
155/14 155/19 156/10
156/13 156/20 156/24 157/2
157/8 157/10 157/13 157/18
157/22 158/4 158/11 159/10
159/13 159/15 159/20
159/22 159/25 160/2 160/4
160/8 160/12 160/15 160/20
161/4 161/16 161/18 161/21
161/23 162/2 162/5 162/9
162/15 162/21 163/4 163/11
163/13 163/18 163/22 164/3
164/6 164/10 164/12 164/19
164/25 165/16 165/18
165/20 165/22 165/24 166/5
166/9 166/12 166/15 166/17
166/19 167/7 167/9 167/11
167/13 167/16 167/23
167/25 168/3 168/6 168/10
168/13 168/16 168/19
168/23 169/1 169/4 169/7
169/15 169/17 169/19
169/22 169/24 170/2 170/5
170/9 170/12 170/18 170/25
171/2 171/4 171/6 171/10
171/18 171/24 172/6 172/11
172/13 173/3 173/5 173/7
173/11 173/14 173/19
173/23 174/3 174/5 174/12
174/14 174/22 175/3 175/5
175/13 175/15 175/23 176/1
176/8 176/10 176/12 176/14
176/17 176/23 177/2 177/4
177/9 177/12 177/14 177/18
177/21 177/23 178/1 178/4
178/9 178/12 178/16 178/18
178/25 179/2 180/4 180/6
180/8 180/10 180/13 180/23
181/1 181/3 181/5 181/8
181/16 181/23 182/7 182/16
182/20 183/2 183/4 183/9
189/16
MR. COOKE: [9] 203/8
203/11 203/17 203/22
204/21 206/12 206/14
206/17 206/19
MR. KHOURI: [53] 145/16
146/7 148/3 148/19 148/22
148/25 149/3 149/5 149/12

152/8 153/25 154/9 154/11
158/18 158/22 161/11
164/14 165/7 165/9 166/22
167/4 167/19 169/9 170/20
172/17 173/17 175/2 176/3
179/12 183/7 183/20 186/19
186/23 187/2 188/22 196/15
196/25 197/19 197/23 198/9
199/1 199/16 199/21 199/25
200/12 201/1 201/18 201/21
205/15
MS. SIMON: [4] 199/5 199/8
202/10 204/25
MS. WILLIS: [35] 144/25
145/25 149/17 151/19 152/7
154/1 158/20 158/25 161/13
164/16 164/20 165/5 166/24
167/3 167/20 169/11 170/22
172/18 176/5 179/4 182/22
183/3 183/5 183/21 184/21
184/24 185/9 185/20 186/3
186/17 188/17 197/8 203/24
204/2 204/9
THE CLERK: [2] 172/23
183/25
THE COURT: [319] 141/2
141/7 141/10 141/12 141/14
141/16 141/19 141/21
141/25 142/4 142/6 142/11
142/15 142/22 142/25 143/6
143/12 143/15 143/21
143/24 144/2 144/5 144/14
144/18 144/24 145/8 145/15
145/17 146/6 146/9 146/20
146/23 146/25 147/3 147/9
147/12 147/15 147/22 148/2
148/5 148/11 148/18 149/16
149/18 149/21 149/23 150/1
150/6 150/9 150/12 150/16
150/19 150/22 151/2 151/7
151/12 151/14 151/18
151/20 152/3 152/9 152/12
152/16 152/24 153/4 153/8
153/15 153/19 153/22
153/24 154/2 154/10 154/16
154/19 154/22 155/1 155/9
155/11 155/18 156/1 156/11
156/18 156/21 156/25 157/5
157/9 157/11 157/15 157/19
157/25 158/7 158/16 158/19
158/21 158/24 159/5 159/11
159/14 159/18 159/21
159/24 160/1 160/3 160/6
160/10 160/13 160/18
160/24 161/9 161/12 161/14
161/17 161/19 161/22
161/25 162/4 162/7 162/10
162/19 162/23 163/7 163/12
163/16 163/19 163/24 164/4
164/7 164/11 164/13 164/15
164/21 165/1 165/6 165/8
165/11 165/15 165/17
165/19 165/21 165/23 166/3
166/7 166/10 166/14 166/16
166/18 166/20 166/23
166/25 167/5 167/8 167/10
167/12 167/15 167/17
167/21 167/24 168/1 168/4

168/20 168/24 169/2 169/5
169/8 169/10 169/13 169/16
169/18 169/20 169/23
169/25 170/3 170/6 170/10
170/13 170/19 170/21
170/23 171/1 171/3 171/5
171/8 171/12 171/19 172/2
172/8 172/12 172/15 172/19
172/25 173/4 173/6 173/10
173/12 173/15 173/18
173/21 174/1 174/4 174/10
174/13 174/18 174/25 175/4
175/9 175/14 175/17 175/25
176/2 176/4 176/6 176/9
176/11 176/13 176/15
176/19 176/24 177/3 177/5
177/10 177/13 177/16
177/20 177/22 177/24 178/2
178/6 178/11 178/13 178/17
178/21 179/1 179/3 179/11
179/13 179/23 180/2 180/5
180/7 180/9 180/11 180/21
180/24 181/2 181/4 181/6
181/11 181/18 182/3 182/12
182/18 182/21 183/6 183/8
183/10 183/22 184/2 184/6
184/9 184/13 184/15 184/23
185/2 185/4 185/7 185/10
185/21 186/7 186/18 186/20
186/24 187/4 188/9 188/21
188/23 189/1 189/15 189/18
191/4 191/9 191/15 192/4
196/17 196/20 196/22 197/4
197/9 197/21 197/25 198/10
199/2 199/6 199/12 199/20
199/24 200/11 200/20
201/13 201/20 202/5 202/20
203/9 203/15 203/20 203/23
204/6 204/17 204/22 205/6
205/17 206/7 206/13 206/15
206/18 206/21
THE COURTROOM
DEPUTY: [23] 141/5 141/8
146/18 154/12 179/21
179/25 184/5 184/7 184/11
184/14 185/3 185/5 186/2
188/19 189/4 189/17 191/2
191/8 192/3 196/19 196/21
204/1 206/6

0

0103 [1] 180/7
0151 [2] 196/6 198/23
0191 [3] 154/20 188/12
189/13
0251 [1] 146/23
0255 [1] 140/3
030 [1] 196/8
0330 [2] 188/11 189/10
0356 [1] 167/8
0781 [3] 165/19 188/13
189/13
0935 [2] 188/12 189/12
0986 [2] 188/11 189/10

1

10 [7] 159/16 159/17 159/18
173/19 183/24 185/6 195/24
1006 [2] 192/24 193/10

188/19 189/9
1028 [2] 188/12 189/12
1031 [4] 188/12 188/17
188/20 189/11
10:30 [2] 187/1 187/22
11 [7] 147/4 159/3 163/13
163/16 163/16 174/5 195/25
11-CR-0151 [2] 196/6 198/23
1117 [2] 188/11 189/10
11:00 [3] 190/11 190/14
190/15
11:00 a.m [3] 190/2 190/2
190/23
11:00 so [1] 191/1
11:00 while [1] 190/20
12 [6] 157/6 157/9 176/17
178/11 178/12 178/13
1250 [1] 140/18
1291 [2] 188/12 189/11
12:30 [6] 181/21 205/20
205/24 206/6 206/7 206/9
13 [8] 149/25 150/16 150/17
154/25 157/10 157/11
157/11 175/5
1326 [1] 173/4
14 [8] 149/25 151/7 154/25
163/13 164/6 164/7 183/23
185/5
14-CR-030 [1] 196/8
1400 [1] 140/12
1490 [2] 188/11 189/10
14th [3] 150/4 150/10 157/3
15 [5] 154/25 176/17 180/10
181/8 182/3
1530 [2] 188/10 189/9
1566 [1] 161/17
16 [4] 176/17 183/25 184/13
185/6
1659 [1] 167/24
1794 [2] 188/12 189/11
17th [1] 161/23
18 [6] 141/15 143/6 143/21
154/25 184/7 184/7
1850 [4] 141/7 141/12
188/12 189/12
1869 [5] 171/3 188/13
189/13 189/13 189/15
18th [1] 150/4
19-0255 [1] 140/3
19th [1] 161/24
1:00 and [1] 181/21
1:00 p.m [1] 142/5
1:30 [1] 205/24

2

20 [6] 147/8 147/22 170/2
170/3 175/15 194/4
20,000 [1] 194/6
20,000-plus [1] 194/9
20001 [2] 140/22 207/15
20005 [1] 140/13
20036 [1] 140/19
2004 [1] 159/23
2016 [3] 198/16 198/18
200/23
2022 [1] 140/4
2073 [2] 188/12 189/11
215 [1] 140/15
2190 [2] 188/10 189/9

22 [4]  141/15 148/6 152/15
 207/13
2222 [1]  140/15
2295 [1]  169/23
23 [1]  159/2
2335 [3]  152/10 188/12
 189/13
23rd [1]  150/4
24 [2]  152/15 186/5
24-hour [1]  166/13
24th [1]  157/3
25 [2]  176/18 177/10
2542 [4]  188/10 188/10
 189/7 189/8
26 [3]  154/25 158/7 173/8
2688 [1]  159/9
26th [1]  150/4
2745 [3]  149/21 188/12
 189/12
2748 [4]  176/11 176/12
 188/13 189/17
29 [2]  176/18 177/5
29th [1]  142/2
2:00 [2]  180/20 181/3
2:00 or [1]  181/21
2:11 [2]  140/5 141/1
2:30 [1]  181/22

3
30 [7]  154/25 155/1 176/18
 176/19 176/19 176/25 184/3
31 [8]  163/5 163/5 163/7
 163/8 172/24 198/16 198/18
 200/23
32 [2]  154/4 185/1
33 [2]  168/19 168/20
333 [2]  140/22 207/14
3:00 [1]  165/13
3:22 p.m [1]  191/14
3:46 [1]  207/4

4
40 [1]  192/23
40-plus [1]  174/6
4:00 [2]  206/16 206/18
4:00, Your [1]  206/17
4:25 [2]  205/19 205/25
4:30 [3]  205/18 206/2 206/15

5
5:00 on [1]  206/9
5C [4]  152/14 152/16 154/25
 155/9

6
64636 [1]  198/16
666 [1]  192/23
684 [1]  193/2
688 [1]  195/19

7
700 [1]  140/19

8
80s [2]  155/16 155/19
8A [1]  192/15
8th [1]  180/23
8X [1]  192/15

9/6/22 [1]  207/13
92612 [1]  140/16
9:15 [3]  205/14 206/23
 206/23
9:25 [1]  205/13
9:30 [8]  171/13 181/19
 186/23 186/25 196/23 206/2
 206/23 206/24
9A [1]  193/17
9C [1]  192/19
9F [1]  192/14
9G [2]  192/16 192/18
9H [2]  192/14 192/18
9I [1]  192/16
9J [2]  192/14 193/17
9th [1]  178/1

A
a.m [3]  190/2 190/2 190/23
abeyance [1]  203/6
ability [13]  147/20 147/24
 152/18 155/12 156/23 157/7
 162/23 168/21 173/22
 175/11 175/20 175/24
 178/15
able [18]  142/20 144/6
 144/19 145/2 153/8 156/6
 157/25 160/11 161/3 161/6
 163/10 164/1 170/8 170/16
 174/2 179/6 181/14 194/9
Abou [7]  192/22 193/12
 195/3 195/7 195/19 204/23
 205/1
Abou-Khatwa [7]  192/22
 193/12 195/3 195/7 195/19
 204/23 205/1
about [50]  143/13 144/9
 147/18 148/14 149/10 151/2
 151/14 152/17 152/22 153/6
 153/9 155/11 157/6 157/15
 160/13 161/7 164/17 166/10
 169/3 169/14 170/6 171/19
 173/21 173/25 174/18
 175/11 177/16 178/14
 178/17 179/7 179/8 179/9
 182/22 187/20 187/22
 191/10 191/11 193/15
 194/19 198/16 198/18
 198/24 200/22 201/3 203/18
 204/3 204/7 204/11 204/14
 204/20
above [1]  207/10
above-entitled [1]  207/10
abundance [1]  174/6
accepting [1]  174/20
access [2]  166/1 166/2
accommodate [3]  142/16
 145/19 173/12
Accordingly [1]  194/11
accuracy [1]  193/25
accurate [3]  193/6 193/19
 207/9
accurately [2]  197/1 197/3
across [1]  194/4
acting [1]  201/11
activity [1]  174/9
actual [1]  204/11
actually [3]  142/25 153/13

add [2]  196/14 202/10
additional [4]  190/8 195/5
 202/17 202/19
address [1]  191/16
adjourned [1]  207/4
adjudicated [1]  142/14
Administrative [2]  147/6
 147/19
admissibility [1]  193/22
admissible [2]  193/4 193/17
admission [1]  192/24
admit [1]  193/12
affect [10]  147/20 147/24
 156/23 162/23 168/21
 173/22 175/11 175/20
 175/24 178/14
afraid [2]  142/13 187/25
after [1]  198/22
afternoon [29]  140/6 141/2
 141/10 146/20 148/20
 149/19 149/20 151/22
 152/10 154/17 154/18
 154/19 159/7 161/15 161/16
 162/5 165/15 167/6 167/7
 167/22 167/23 169/21
 169/22 170/24 173/2 173/3
 176/7 176/8 180/3
again [14]  146/12 147/15
 150/4 157/8 158/14 165/14
 169/18 186/14 187/16
 190/25 195/7 198/21 201/15
 206/7
against [2]  151/15 195/4
agencies [1]  163/25
agency [2]  150/22 163/21
agent [1]  144/13
agent's [1]  182/25
ago [6]  143/1 148/7 151/12
 151/13 160/8 174/7
agree [1]  191/22
agreed [1]  205/9
agreement [1]  205/9
ahead [1]  148/5
aid [2]  195/18 204/15
aide [1]  180/15
aiding [1]  204/3
aids [1]  147/1
Air [1]  150/23
all [84]  141/3 141/5 143/6
 144/24 145/17 147/12
 147/12 148/6 148/9 149/23
 151/18 152/9 152/12 152/21
 153/22 154/19 155/1 155/13
 156/20 156/24 157/5 158/7
 158/21 158/25 159/15
 159/16 160/17 161/7 163/14
 165/8 165/9 166/18 167/5
 168/1 168/3 168/4 168/5
 168/6 168/11 169/25 172/19
 176/11 179/1 179/13 180/2
 183/8 183/9 183/10 183/22
 184/18 185/5 185/10 185/11
 185/21 186/14 187/7 187/9
 187/11 187/22 187/25 188/4
 189/5 189/18 189/24 190/7
 190/12 190/13 190/16
 190/21 191/7 191/12 197/4
 198/9 198/10 202/20 204/23

allegation [1]  175/18
allegations [3]  153/4 153/10
 156/2
allow [2]  194/22 195/15
allowed [2]  195/11 202/8
already [3]  178/22 178/23
 185/4
also [7]  145/3 171/15 180/16
 180/19 181/24 195/2 195/3
alternate [3]  185/1 185/2
 185/7
alternates [2]  183/11 186/5
Although [1]  165/9
am [40]  141/22 141/22 142/8
 142/8 145/23 146/24 149/2
 152/1 152/5 154/5 154/8
 157/2 160/21 165/2 165/24
 167/1 167/13 169/24 173/5
 175/15 180/14 180/16 182/1
 186/15 186/24 186/24
 186/25 187/21 190/19
 197/13 197/14 197/17
 197/18 197/25 198/4 201/16
 201/16 203/6 205/18 206/2
AMERICA [1]  140/2
among [1]  185/21
analyst [1]  167/13
another [6]  142/20 159/4
 185/13 187/19 189/22 196/6
answer [16]  146/2 146/11
 146/12 150/16 155/4 159/14
 164/5 164/9 168/18 172/14
 173/6 176/15 176/24 178/13
 179/8 182/22
answered [2]  159/15 177/13
answers [18]  141/14 146/14
 146/25 149/24 152/13
 154/22 158/25 159/16
 161/20 165/21 167/10 168/2
 170/1 171/5 173/18 176/13
 176/14 180/9
anticipated [1]  204/9
anticipates [1]  193/18
any [79]  142/11 143/22
 144/18 145/8 146/3 147/10
 147/25 151/3 151/5 151/7
 153/24 155/3 156/11 157/5
 157/11 157/19 158/2 158/7
 158/8 158/17 158/21 161/10
 162/22 163/19 163/20
 163/21 163/25 164/1 164/7
 164/11 164/13 165/4 166/7
 166/21 167/18 168/14
 168/18 168/20 169/2 169/5
 170/10 170/19 170/21
 172/16 173/13 173/18 174/4
 174/8 174/20 175/1 175/14
 175/25 176/2 176/15 177/5
 178/13 181/19 182/3 182/15
 182/21 182/24 183/1 183/14
 183/19 194/20 194/22 195/9
 195/11 195/14 197/9 197/10
 197/12 199/22 200/19 200/2
 202/17 203/23 204/19 205/4
anybody [8]  153/24 156/16
 169/6 173/15 179/23 183/19
 186/15 189/14

**A**

anyone [3]  142/6 142/9
 143/11
anything [19]  147/10 147/15
 147/18 148/23 151/2 151/14
 152/16 155/11 157/15
 160/13 161/2 162/14 170/6
 173/21 173/25 174/18
 175/11 191/11 192/1
APC [1]  140/14
apologies [1]  204/2
apologize [1]  155/8
appear [1]  193/17
APPEARANCES [1]  140/10
appears [2]  195/23 199/24
apply [1]  174/24
appreciate [1]  190/21
are [138]  141/3 141/12
 141/16 141/19 141/21 143/2
 143/5 143/17 144/15 145/11
 146/21 146/23 147/15
 149/21 150/17 150/20 151/2
 151/3 152/4 152/10 152/22
 154/4 154/19 155/19 156/21
 157/13 159/9 159/11 160/19
 161/17 161/22 162/24
 162/25 163/1 164/18 164/21
 164/21 165/16 165/17
 165/19 165/23 167/8 167/12
 167/24 168/7 168/11 169/13
 169/23 170/25 171/1 171/3
 171/8 171/12 171/22 171/25
 172/4 172/22 173/4 173/25
 174/4 174/10 175/20 176/8
 176/9 176/11 177/22 178/17
 178/22 179/18 179/20
 179/21 179/22 180/4 180/5
 180/7 180/14 180/15 180/25
 181/7 181/17 181/18 182/1
 183/10 183/11 184/16
 184/17 184/17 185/11
 185/14 185/18 185/24 186/5
 186/6 186/8 186/8 187/11
 187/12 187/14 187/20 188/3
 188/6 188/14 189/3 189/19
 191/3 191/5 191/19 192/13
 192/14 192/16 193/3 193/5
 193/19 194/2 194/13 194/16
 196/18 196/22 197/7 197/8
 197/14 199/22 200/16
 200/20 201/2 201/13 202/1
 202/5 202/7 202/13 202/21
 203/13 203/20 204/16 205/1
 205/21 206/21 207/1
area [2]  148/11 201/7
argue [2]  200/13 200/24
argument [4]  197/16 200/14
 201/14 203/7
arguments [1]  202/22
arising [1]  198/19
Arlington [1]  143/10
armed [3]  198/1 198/2 198/4
army [2]  150/25 151/11
around [7]  143/19 145/19
 157/14 161/7 184/14 191/5
 192/2
arrested [1]  164/8
as [58]  144/6 144/15 144/18
 145/8 145/22 146/7 147/25

 156/21 158/1 158/8 159/1
 160/24 162/12 163/3 163/22
 168/8 171/23 171/23 172/3
 172/9 174/18 174/21 174/24
 175/17 181/17 181/18 183/1
 184/18 187/20 188/17
 191/19 192/19 192/19
 192/21 193/12 193/12
 193/17 195/5 195/5 195/11
 195/19 195/20 197/10
 199/24 201/1 201/11 201/14
 201/14 202/11 202/12
 202/15 203/17 205/7 206/15
 206/24  148/14 153/9 156/6
 172/4
ask [10]  142/16 160/19
 169/11 172/25 182/3 183/15
 183/16 199/18 202/18 204/4
asked [3]  156/16 176/16
 183/12
asking [2]  177/7 203/20
aspect [1]  203/4
assault [1]  173/24
asserts [2]  192/5 193/23
assistive [1]  147/16
assume [1]  156/18
assuming [1]  182/23
asylum [2]  142/23 142/25
attorney [5]  141/18 141/19
 141/20 141/21 174/10
available [3]  190/12 193/4
 193/24
Avenue [4]  140/12 140/18
 140/22 207/14
away [1]  177/17

**B**

B-I-K-U-N-D-I [1]  196/7
baby [1]  166/16
back [18]  145/3 159/23
 162/4 162/7 162/13 181/4
 183/15 183/16 185/17
 185/18 186/10 187/22
 187/24 189/7 189/8 190/19
 198/5 205/24
backup [1]  166/7
bad [2]  155/15 170/10
base [1]  148/15
based [6]  152/17 155/11
 179/4 194/3 200/2 205/1
basically [1]  168/17
basis [4]  179/10 196/13
 198/24 201/10
bathroom [2]  171/11 171/16
be [116]  142/2 142/14
 142/20 142/21 144/6 144/19
 145/2 145/5 145/6 145/9
 145/22 146/5 146/10 147/16
 147/20 148/13 150/1 150/12
 151/15 152/3 152/18 153/8
 153/12 153/15 154/3 155/2
 155/3 155/20 156/6 156/23
 157/7 157/16 157/25 158/4
 158/13 159/2 160/14 160/18
 161/3 161/6 161/6 162/11
 162/12 162/13 162/3 163/10
 164/2 164/17 164/24 164/25
 165/4 166/3 168/21 168/24
 170/8 170/8 170/15 170/16

 172/23 173/1 173/9 173/13
 173/22 175/21 176/20
 176/21 176/25 177/3 177/4
 177/17 177/24 178/3 178/15
 178/23 179/6 179/6 179/10
 179/13 180/12 181/14
 181/16 181/20 181/22
 182/24 185/11 186/4 186/7
 187/3 187/12 187/25 190/15
 190/18 190/24 190/25 193/1
 194/8 194/18 195/3 195/10
 195/11 195/23 196/22 197/4
 198/5 199/3 203/8 203/13
 203/15 204/15 205/14
 205/23 206/8 206/23
bear [1]  185/24
because [25]  142/15 142/23
 143/17 144/15 146/1 146/12
 147/5 158/23 165/3 172/13
 173/7 178/23 181/18 181/25
 186/20 187/20 187/25 191/4
 197/20 198/8 199/17 201/4
 202/13 205/2 206/2
been [19]  143/22 144/11
 151/8 156/4 157/12 161/1
 164/8 167/15 170/14 172/1
 173/19 183/14 186/21
 187/22 188/14 189/6 191/17
 198/8 199/14
before [20]  140/8 142/3
 142/14 142/16 143/11
 156/14 156/22 159/19 161/2
 167/15 168/12 173/20
 181/19 187/5 201/18 203/21
 203/22 204/13 204/20
 205/10
began [1]  141/1
behalf [1]  186/3
behind [1]  141/3
being [5]  153/18 185/7
 188/18 196/18 204/3
believe [23]  144/12 150/18
 160/4 160/5 161/5 162/5
 162/11 162/15 162/17 163/4
 163/5 164/6 175/23 175/24
 176/17 178/24 178/25 179/9
 183/2 183/3 183/25 196/14
 200/17
bell [1]  155/7
belongings [1]  189/5
beneficiary [5]  198/16 198/19
 199/20 199/21 200/23
best [3]  144/1 158/6 158/11
better [1]  191/4
between [3]  181/21 181/21
 195/24
beyond [2]  163/9 195/15
bias [2]  146/3 176/22
biased [3]  151/15 157/16
 178/23
big [3]  180/16 181/6 191/8
Bikundi [1]  196/7
bill [1]  200/6
billed [5]  194/11 200/3 200/9
 billing [7]  148/23 194/17
 198/11 198/13 198/19
 199/13 199/19
bit [4]  146/2 160/16 160/25

black [1]  159/7
blame [2]  142/19 142/22
blind [1]  162/25
both [8]  148/13 150/21
 188/19 194/11 195/20
 195/22 198/25 199/3
bottom [3]  186/11 186/12
 188/11
box [3]  164/22 183/23 187/7
Bradley [15]  141/4 165/12
 179/14 179/17 183/12 184/2
 188/2 188/23 189/1 190/7
 190/10 191/7 192/1 196/17
 205/21
break [9]  143/8 171/13
 171/13 171/15 171/16
 205/19 205/25 206/2 206/18
breaks [3]  171/12 171/14
 181/22
briefly [1]  206/12
bring [1]  190/16
brother [6]  144/1 147/5
 147/18 182/7 182/13 182/23
brother's [2]  147/19 175/8
built [1]  185/3
bunch [1]  150/15
business [4]  150/10 193/17
 193/21 204/12
button [2]  146/18 146/21

**C**

calculation [3]  154/3 184/3
 192/25
calculations [1]  194/13
California [1]  140/16
call [7]  160/21 178/6 188/2
 188/18 189/2 189/4 192/5
called [2]  180/17 189/2
calls [1]  143/2
came [2]  146/13 185/1
can [49]  142/11 142/15
 143/18 147/16 147/16
 148/12 148/13 150/12
 153/15 159/3 160/18 162/20
 162/21 164/17 168/8 169/14
 171/23 177/7 177/10 178/3
 179/15 179/17 179/23
 182/24 184/18 184/19
 185/13 185/15 185/16
 188/1 188/11 188/23 189/3
 190/14 190/16 190/24 191/1
 193/6 197/19 201/18 201/24
 202/24 204/23 205/8 206/1
 206/4 206/9 206/9 206/19
can't [5]  141/5 152/5 171/6
 171/19 176/21
cancel [1]  180/18
cancer [1]  155/20
cannot [3]  150/14 158/8
 193/1
capacity [1]  151/25
car [2]  169/15 169/19
care [21]  152/21 152/24
 153/1 153/3 153/5 155/14
 155/22 166/2 166/8 186/11
 196/2 196/4 197/2 197/22
 198/15 198/18 200/1 200/18
 200/20 200/22 202/1
career [3]  150/21 151/3

career... [1] 174/19
Carl [1] 159/22
carry [1] 206/19
case [52] 140/3 142/3 142/25
144/7 147/25 148/15 151/16
152/17 153/4 154/6 155/11
156/1 156/8 156/9 156/12
156/22 157/16 157/23
158/10 158/12 158/15
160/14 161/3 162/11 162/13
163/9 164/2 168/9 168/22
168/25 170/8 170/13 172/3
172/9 173/22 173/24 175/18
175/22 176/22 181/12
182/14 182/16 182/23 188/3
191/10 194/21 196/6 199/18
200/2 201/8 202/24 205/13
cases [1] 190/4
casing [1] 182/9
categories [1] 175/7
cause [12] 146/16 151/4
151/15 157/16 170/7 172/20
179/10 179/13 180/12
182/13 186/10 188/15
causes [1] 184/8
caution [1] 174/6
CBP [1] 144/11
ceremonial [2] 190/3 190/12
certain [5] 156/15 192/9
194/17 200/24 206/4
certainly [3] 142/15 158/6
201/13
certify [1] 207/8
change [2] 178/7 205/7
charged [10] 151/8 164/9
170/14 170/15 197/2 197/3
198/1 198/8 199/15 202/6
charges [1] 160/6
chart [1] 192/24
charter [1] 167/14
charts [1] 194/13
check [3] 161/25 165/14
186/7
chief [1] 147/6
child [3] 166/2 166/8 186/11
choice [2] 172/7 178/9
chosen [2] 171/22 172/3
CHUTKAN [1] 140/8
circuit [2] 192/22 195/19
civil [1] 160/3
civilian [1] 152/1
claim [4] 147/23 182/18
196/13 197/5
claims [9] 156/2 192/12
192/13 193/16 193/20 194/6
194/7 194/9 194/12
clear [5] 177/1 177/2 199/14
199/14 202/15
clerk [3] 143/7 159/5 183/23
client [5] 141/23 142/19
142/22 142/23 143/3
clients [1] 144/11
clinical [1] 174/7
clock [1] 143/1
close [13] 143/22 151/8
157/12 157/13 157/20
163/20 163/24 164/8 164/18
168/14 182/4 182/10 186/8

code [7] 198/11 198/16
199/10 199/13 199/19 200/6
200/23
codes [5] 194/17 198/13
200/3 200/6 202/12
color [1] 158/2
COLUMBIA [1] 140/1
combination [1] 179/5
come [30] 155/24 177/13
181/4 183/13 183/15 183/16
185/17 185/18 186/10
186/12 186/25 187/1 187/15
187/22 187/24 188/5 190/2
190/10 190/13 190/14
190/14 190/19 196/18 199/6
202/20 203/9 204/4 205/8
205/24 207/2
comes [3] 143/19 153/3
205/14
coming [3] 179/20 179/21
179/22
commission [3] 196/2 196/12
196/14
committed [1] 197/15
committing [1] 198/3
companies [2] 148/10 152/22
compare [1] 201/24
comparing [1] 202/2
comparison [5] 192/14
192/15 192/19 194/3 194/12
compilation [1] 195/6
complete [2] 190/17 190/20
completed [1] 189/23
complex [1] 193/7
complexion [1] 162/22
comport [1] 188/15
concerns [1] 179/7
conclude [5] 150/7 180/22
181/11 181/12 189/19
conduct [2] 187/13 202/7
conference [2] 206/8 206/15
conferring [1] 201/3
confine [1] 156/8
confusing [1] 198/5
Congress [1] 149/10
connected [1] 152/20
Connecticut [1] 140/18
Consequently [1] 195/20
consider [6] 144/15 197/11
202/25 203/16 205/3 205/4
considering [1] 160/7
Constitution [2] 140/22
207/14
consultant [1] 155/22
consultation [1] 187/10
contact [1] 142/15
content [2] 192/25 194/13
contractor [1] 192/8
conveniently [1] 193/1
convicted [2] 151/8 151/10
164/9
convicting [1] 202/16
Cooke [4] 140/17 140/18
204/19 206/11
copy [1] 193/20
copying [2] 193/5 193/25
copyright [4] 174/14 174/15
174/16 174/17

corrected [1]
174/12 184/1
corroborative [1] 195/5
could [26] 142/6 142/21
143/15 143/16 144/8 145/3
145/5 145/19 145/19 146/2
148/14 157/7 163/2 168/21
168/24 172/3 177/3 177/4
178/7 178/14 183/12 183/17
187/15 189/20 191/22 205/3
couldn't [4] 172/13 177/6
189/21 190/22
counsel [20] 156/14 158/21
165/2 172/25 173/15 179/14
183/10 186/2 187/2 188/6
191/20 192/17 193/22
193/24 193/25 194/1 194/20
194/23 195/25 198/12
counseling [1] 174/16
count [21] 159/1 159/1 184/7
195/25 197/24 198/6 198/12
198/15 198/17 200/21 202/1
202/3
Count 1 [4] 198/15 198/17
200/21 202/1
counted [1] 184/7
counts [3] 195/25 200/20
202/14
county [1] 150/24
couple [4] 148/12 152/14
183/13 187/24
courier [2] 169/15 169/19
course [4] 144/22 145/7
193/21 204/12
court [21] 140/1 140/21
141/23 142/16 143/2 151/10
159/24 160/1 171/14 173/20
178/6 185/23 187/8 188/1
188/25 193/2 194/1 194/15
195/10 196/16 207/14
Court's [4] 146/7 159/2
185/20 187/2
courthouse [2] 159/23 190/6
courthouses [3] 160/16 161/5
161/6
courtroom [20] 146/18 172/5
186/20 190/2 190/3 190/3
190/5 190/5 190/7 190/12
190/16 190/16 191/13
196/19 196/20 196/23
196/23 206/24 206/25
206/25
Courts [3] 147/7 147/19
195/4
cover [1] 142/6
covered [1] 155/21
COVID [1] 157/4
CPT [4] 199/11 200/3 200/6
200/6
CR [3] 196/6 196/8 198/23
crime [1] 143/22
criminal [6] 144/7 150/25
160/3 160/4 163/23 186/5
CRR [2] 140/21 207/13
currently [1] 166/11

D

D.C [7] 140/4 140/13 140/19
140/22 173/20 192/21
207/15

dark [1] 182/8
dark-skinned [1] 182/8
dash [2] 163/14 192/23
data [17] 167/13 192/9
192/12 192/13 192/14
192/15 192/19 193/16
193/20 194/4 194/6 194/12
194/20 204/10 204/10
204/11 204/12
date [3] 199/20 199/21 202/1
dates [1] 162/1
daughter [1] 143/25
day [7] 140/7 180/23 181/22
189/21 191/18 202/14
205/25
days [1] 181/20
dcd.uscourts [1] 207/15
dcd.uscourts.gov [1] 140/23
deal [1] 191/8
dealt [1] 149/12
dear [1] 144/2
defend [1] 158/14
defendant [14] 140/6 140/14
163/10 170/14 172/8 172/9
175/21 177/11 184/16
192/12 197/1 197/3 198/1
206/3
defendant's [2] 158/9 195/20
defense [18] 151/24 165/7
184/12 191/20 192/17
193/22 193/24 193/25 194/1
194/20 194/23 195/25
198/12 198/17 199/9 202/7
202/18 205/8
definitely [2] 143/16 181/16
definitive [1] 146/5
defrauding [1] 170/15
deliberating [1] 162/12
deliberations [2] 181/12
181/13
denied [1] 195/21
department [5] 140/12
150/24 151/23 163/20
181/25
depend [1] 144/22
depending [2] 145/10 153/18
describing [3] 195/1 198/13
199/22
description [3] 197/2 199/10
199/11
details [2] 155/24 162/22
detained [1] 205/21
determine [1] 194/9
devices [1] 147/16
dictates [1] 194/21
did [27] 146/4 146/25 148/22
149/5 149/6 149/23 154/22
155/6 159/14 159/21 161/19
163/4 165/21 169/25 171/5
173/6 174/13 176/13 180/9
188/18 191/17 194/18 200/5
201/7 204/23 204/25 205/17
didn't [10] 144/9 146/10
146/12 163/14 163/17
168/17 168/21 177/15
189/14 200/8
Diercks [1] 140/17
differences [1] 195/24

212

# D

different [3] 159/2 194/21 202/14
differently [2] 151/5 182/14
difficult [4] 156/5 160/14 171/21 186/4
dire [10] 179/19 183/17 186/13 187/15 187/19 189/22 190/4 191/1 196/21 206/25
disagree [1] 201/1
disagrees [2] 194/1 194/15
discharged [1] 151/10
disclose [1] 175/7
disclosing [1] 175/10
discuss [2] 168/21 185/21
dismiss [1] 158/22
disputes [1] 191/19
DISTRICT [3] 140/1 140/1 140/9
ditch [1] 145/22
division [2] 147/6 151/1
do [106] 141/14 141/25 142/24 144/6 145/4 145/8 147/1 147/2 148/4 148/12 148/12 148/13 148/23 148/25 148/25 149/6 150/2 150/22 151/22 151/22 152/12 153/8 153/13 155/2 156/6 156/11 156/19 157/5 158/6 158/11 160/6 162/4 162/23 163/1 163/24 166/7 166/9 166/14 167/10 168/1 168/20 168/24 169/3 169/5 169/18 170/3 171/22 171/23 172/21 173/9 173/24 174/19 176/14 176/15 176/20 177/3 177/5 177/16 178/13 179/19 180/11 180/19 181/2 181/9 181/14 181/25 182/17 183/17 184/4 184/20 184/20 185/1 185/13 185/15 186/14 186/16 186/20 187/4 187/5 187/5 187/14 187/18 187/19 187/21 187/23 188/1 189/21 189/22 189/24 190/1 190/19 190/22 191/1 191/18 192/1 194/16 195/13 196/13 199/2 199/8 201/8 203/23 203/24 204/2 204/14 204/19
documents [6] 164/18 164/21 192/9 192/11 193/9 194/14
does [20] 145/23 147/23 156/16 166/14 168/4 169/11 172/21 173/15 183/19 184/9 188/15 193/15 193/22 193/25 194/20 195/8 195/13 195/14 195/15 197/3
doesn't [7] 143/4 146/15 155/6 179/8 179/9 183/13 200/10
doing [4] 143/5 197/6 202/5 205/21
DOJ [2] 157/6 178/14
don't [59] 141/17 142/9 143/5 143/10 143/12 145/12 147/15 153/6 154/5 156/13 156/16 156/19 157/18 159/3 160/10 162/16 162/16

172/6 173/8 173/12 173/24 174/1 175/23 175/24 176/23 178/19 178/25 179/23 182/18 182/20 183/11 185/15 186/3 186/13 187/12 191/6 191/10 191/10 192/2 196/9 196/10 197/5 197/9 197/10 197/12 197/13 197/17 199/13 201/23 202/7 202/10 203/18 205/7 206/19 206/23
done [8] 142/3 142/16 142/25 183/10 190/15 190/25 200/6 207/1
doubt [3] 145/8 163/9 201/11
down [9] 150/15 152/14 159/11 172/1 173/7 190/6 190/14 190/16 207/2
Dr. [6] 192/20 194/6 194/17 200/2 201/6 201/9
Dr. Gooding [3] 200/2 201/6 201/9
Dr. Gooding's [1] 192/20 194/6 194/17
draw [3] 158/8 195/9 195/14
drawn [1] 195/3
drug [1] 174/15
during [5] 174/7 181/17 181/22 192/8 194/10
duty [1] 181/24

# E

each [6] 164/22 184/6 184/6 184/10 191/23 198/11
earlier [1] 142/12
early [3] 155/16 155/19 187/3
easily [1] 194/8
easy [2] 199/17 200/9
editor [1] 148/8
effect [1] 157/7
effort [1] 145/22
eight [1] 184/6
either [3] 145/23 155/4 188/14
element [1] 197/9 197/13
elements [4] 196/11 196/12 197/5 197/11
elicited [1] 145/22
else [6] 161/2 162/14 169/6 179/18 183/15 202/25
emphasize [3] 197/6 197/9 197/10
employee [1] 192/6
EMT [1] 166/15
encounter [2] 182/11 182/12
end [6] 146/1 146/13 152/4 190/7 190/25 203/14
enforcement [18] 144/10 145/1 150/18 150/21 151/3 151/4 157/12 157/14 157/21 157/24 158/1 163/21 168/15 174/9 175/12 182/5 182/14 182/25
engineer [1] 152/1
enough [5] 154/4 183/12 186/22 187/10 187/12
enrollment [4] 192/11 192/13 193/16 193/20

entitled [1] 207/10
Esquire [4] 140/11 140/11 140/14 140/17
essential [1] 206/21
evaluate [6] 145/4 148/15 162/24 163/2 175/12 193/7
evaluated [1] 158/3
evaluating [1] 195/18
even [4] 160/24 187/24 191/4 201/15
evening [2] 181/15 191/10
event [1] 181/10
events [1] 199/18
ever [5] 143/22 163/25 164/1 168/12 168/14
everybody [7] 179/17 179/18 179/25 183/14 183/15 185/17 186/21
everyone [3] 161/1 186/9 207/3
everything [1] 144/12
evidence [25] 148/15 153/10 156/7 156/8 163/9 170/13 172/5 177/8 181/11 181/12 182/24 192/24 193/7 193/12 193/13 194/22 195/2 195/3 195/5 195/6 195/18 202/20 203/19 204/16 205/4
exactly [1] 200/12
examined [1] 193/1
example [5] 144/10 144/11 166/7 198/14 200/21
Excel [1] 194/4
except [1] 159/16
exclude [1] 191/20
excuse [15] 143/6 145/23 152/6 154/8 159/6 159/25 165/2 167/1 179/17 179/18 179/18 183/14 186/10 186/21 187/24
excused [9] 183/15 186/9 186/21 187/12 187/22 188/3 188/14 189/3 189/6
exhibit [3] 192/19 194/5 204/13
exhibits [22] 164/21 191/21 191/25 192/14 192/15 192/16 192/18 192/21 193/11 193/17 193/19 194/4 194/16 194/16 194/22 195/21 203/2 204/5 204/13 204/15 204/16 205/4
existing [1] 195/6
exited [1] 191/13
expect [1] 195/8
experience [14] 144/10 148/11 151/11 155/15 155/18 157/21 157/25 158/2 160/13 163/20 164/1 173/21 174/18 182/5
experiences [1] 170/10
explain [2] 145/12 204/10
extending [1] 154/14
extent [1] 202/17
extra [2] 143/18 196/18
eye [2] 162/6 162/8
eyesight [2] 163/3 164/17

# F

F.4th [1] 192/23
facilities [1] 165/10
fact [9] 147/23 151/2 156/15 170/6 175/19 195/1 200/2 200/4 201/2
fact-finding [1] 195/1
facts [1] 174/24
factually [1] 193/7
fails [1] 158/9
fair [25] 144/6 144/11 145/5 145/6 145/9 146/5 148/13 152/4 152/18 155/13 156/23 157/7 160/14 163/2 164/2 168/21 168/24 170/8 170/16 173/22 175/21 177/3 177/4 178/15 182/24
fairly [4] 145/4 168/8 175/21 175/22
faith [1] 201/12
familiar [2] 156/14 156/17
family [10] 143/21 144/6 151/7 157/11 157/20 163/19 163/24 164/8 168/14 182/4
far [3] 163/22 173/8 201/14
fault [1] 152/5
FBI [6] 144/12 157/7 163/21 178/14 179/9 182/25
federal [6] 141/23 142/8 145/1 186/4 192/23 193/11
feel [4] 144/11 155/2 156/13 176/20
feelings [4] 157/5 157/6 178/14 179/9
few [2] 179/16 184/18
fields [1] 194/4
figure [1] 185/25
filed [2] 191/20 191/23
files [1] 194/5
final [3] 189/19 200/14 204/18
financial [1] 155/23
financially [1] 155/21
find [8] 154/4 160/25 163/10 174/23 193/11 197/13 197/15 202/24
finding [1] 195/1
finds [1] 201/11
fine [10] 147/14 153/12 165/4 165/17 171/1 171/2 176/9 180/5 185/9 205/17
finish [2] 180/2 187/16
firefighter [1] 166/15
Firm [1] 140/14
first [12] 165/25 166/13 171/8 180/13 180/17 180/18 181/10 191/19 193/14 193/15 195/24 203/4
five [1] 157/23
floor [2] 190/6 207/2
floors [1] 190/6
Florida [2] 150/15 150/25
fluoroscope [4] 200/8 200/10 201/6 201/8
fluoroscopy [5] 198/20 199/11 200/7 200/10 203/5
focus [2] 160/22 172/5
follow [17] 144/19 144/20 144/23 144/25 153/11

**F**

follow... [12]  153/24 155/2
  158/17 164/13 164/16
  166/21 169/2 173/15 176/2
  176/20 177/10 182/21
follow-up [9]  153/24 158/17
  164/13 164/16 166/21 169/2
  173/15 176/2 182/21
following [10]  141/1 141/9
  142/12 181/13 185/23 186/1
  187/8 188/8 188/25 196/1
food [1]  174/15
footnote [1]  202/13
forbearance [1]  190/22
Force [1]  150/23
Forces [1]  150/24
foregoing [1]  207/8
forget [1]  160/8
forgot [1]  185/12
form [25]  166/6 191/22
  195/22 195/23 196/5 197/1
  197/11 197/12 197/17
  198/21 198/22 199/12
  199/23 201/3 201/15 201/16
  201/16 201/24 201/24 202/3
  202/6 202/11 202/15 202/23
  203/4
format [1]  195/7
four [1]  193/14
fourth [3]  190/5 194/15 207/2
fragmentally [1]  193/8
frankly [1]  145/21
fraud [20]  147/23 152/25
  153/5 153/11 155/14 175/18
  182/19 196/2 196/4 197/2
  197/20 197/20 198/7 198/15
  198/18 200/1 200/19 200/21
  200/22 202/1
fraudulent [1]  156/2
FREDERICK [2]  140/5
  140/17
free [2]  147/16 201/13
frequency [3]  192/20 194/5
  194/18
Friday [11]  153/21 154/14
  162/12 180/19 180/20
  180/24 181/1 181/13 191/19
  206/5 206/10
friend [9]  143/22 151/8 151/9
  156/15 157/12 157/20
  163/20 164/8 182/4
friend's [2]  144/1 151/14
friendly [1]  161/1
friends [7]  150/15 150/17
  150/20 151/3 157/13 163/24
  168/15
friendship [1]  157/15
front [3]  164/18 164/22
  164/23
full [1]  198/4
fully [1]  146/2
function [1]  195/1
further [2]  167/18 174/23

**G**

gamut [1]  174/17
gather [1]  190/9
gave [1]  204/22
general [2]  151/10 157/14
generally [2]  170/7 178/4
gentlemen [6]  141/2 185/24
  187/9 189/1 189/18 191/9
get [29]  142/11 142/20
  142/20 152/22 162/4 162/7
  162/17 163/7 172/21 172/23
  179/15 184/10 184/18
  184/22 184/22 184/23
  184/24 184/24 184/25 185/1
  185/14 186/13 187/6 187/15
  190/15 190/24 193/15
  203/18 205/7
gets [5]  184/11 184/12
  184/15 184/16 205/10
give [12]  144/21 155/13
  171/14 174/21 190/8 195/17
  203/13 204/20 204/23
  204/24 205/9 205/11
given [10]  144/5 146/14
  146/14 148/11 157/25
  158/25 182/22 182/23 186/8
  202/25
glasses [2]  162/17 162/17
go [17]  142/9 148/5 155/9
  171/8 171/10 171/15 173/8
  181/13 184/19 187/3 188/9
  195/15 198/5 204/6 204/12
  204/12 206/9
going [51]  141/24 153/2
  154/3 154/4 154/5 154/8
  155/20 161/24 164/22 165/2
  165/23 165/25 171/12 172/2
  172/4 172/22 177/23 181/20
  185/11 185/14 186/16
  186/24 186/24 186/25
  187/12 187/14 187/21
  187/25 188/2 188/11 189/1
  191/11 196/22 197/13
  197/14 197/18 197/25 198/2
  198/4 199/3 199/22 200/13
  202/2 203/13 203/13 204/5
  204/6 205/2 205/11 205/19
  206/2
gone [1]  180/1
good [39]  141/2 141/3
  141/10 146/20 148/20
  149/19 149/20 150/20
  151/22 152/10 154/17
  154/18 154/19 159/7 161/6
  161/15 161/16 162/16
  162/19 165/15 165/18 167/6
  167/7 167/22 167/23 169/21
  169/22 170/24 173/2 173/3
  174/25 176/7 176/8 176/10
  180/3 180/6 188/22 191/10
  201/12
GOODING [4]  140/5 200/2
  201/6 201/9
Gooding's [3]  192/20 194/6
  194/17
got [9]  144/1 149/15 155/22
  159/11 171/24 171/25 184/3
  186/7 188/10
government [27]  140/11
  145/25 151/19 165/5 167/3
  175/21 179/4 179/6 184/11
  184/15 184/21 186/3 186/17
  191/21 192/5 192/10 193/18
  193/23 194/2 195/8 196/3
  201/2 204/25
government's [4]  193/10
  196/5 197/8 198/21
grab [1]  189/5
grant [1]  146/15
Great [1]  187/4
group [4]  148/8 148/9 189/22
  189/23
groups [1]  160/23
guard [1]  195/4
guess [3]  145/3 172/6 185/12
guide [1]  201/10
guided [2]  200/9 201/16
guides [2]  200/14 201/4
guilt [1]  158/9
guilty [5]  163/10 170/15
  177/11 200/10 201/12
gut [1]  158/13

**H**

had [24]  141/3 143/25 146/9
  147/10 148/12 152/14
  155/15 155/20 155/21
  157/20 163/20 164/1 170/10
  173/24 175/3 178/19 180/18
  180/18 182/4 182/13 188/17
  201/6 201/8 201/9
half [3]  143/13 143/17
  181/21
hall [1]  190/7
hand [2]  147/17 171/16
handling [1]  199/4
Hang [2]  154/24 161/25
happened [1]  144/5
happens [2]  185/13 206/15
hard [3]  162/16 162/25
  190/25
Harris [1]  140/18
Hartford [4]  148/7 148/22
  149/6 149/10
has [14]  151/8 152/3 154/12
  155/16 164/8 164/23 179/5
  183/14 186/15 187/16
  193/23 199/9 201/8 202/25
hasn't [2]  170/14 202/20
hate [1]  191/16
have [177]  141/14 141/17
  141/18 141/23 141/24
  141/25 142/1 142/2 142/9
  142/16 142/25 143/7 143/11
  143/18 144/11 145/8 145/23
  146/3 146/9 146/15 146/20
  146/25 147/9 147/16 147/23
  148/4 148/11 148/23 149/24
  150/2 150/3 150/9 150/20
  152/13 152/20 153/13
  153/17 153/24 154/4 154/7
  154/22 155/12 155/15 156/4
  156/15 157/5 157/19 157/22
  158/4 158/5 158/7 159/4
  159/7 159/18 159/20 161/1
  161/19 161/21 162/10
  162/16 162/16 162/17
  162/19 162/24 163/19
  163/24 163/25 163/25 164/4
  164/16 164/22 165/21
  165/25 166/1 166/2 166/7
  167/10 168/1 168/5 168/12
  168/14 168/17 170/1 170/3
  government [27]  government
government [27]  govern...

hear [18]  144/2 145/13 146/4
  147/15 148/16 152/22 156/7
  156/8 163/14 163/17 170/13
  177/15 178/21 182/24 199/7
  201/17 202/8 203/7
heard [12]  141/9 162/10
  175/17 185/23 186/1 187/8
  188/8 188/25 200/17 201/1
  202/21 203/8
hearing [13]  141/24 142/4
  142/12 142/21 143/9 143/19
  145/19 146/14 147/1 147/10
  162/25 205/23 206/3
hearings [4]  141/18 141/25
  143/12 149/9
Hello [1]  141/11
help [3]  178/8 191/7 193/6
helping [1]  155/22
her [13]  143/25 145/21
  145/23 146/1 146/4 146/14
  146/14 156/16 156/19
  156/19 156/22 165/9 186/11
here [22]  147/20 148/13
  152/14 152/20 157/14 161/1

201/2 204/25
government's [4]  193/10
  196/5 197/8 198/21

he [30]  147/5 154/12 158/9
  159/3 166/10 166/13 166/14
  179/5 179/7 179/8 179/13
  182/7 182/8 182/9 182/10
  183/13 190/8 191/7 194/18
  195/14 200/6 200/8 200/9
  200/10 201/7 201/8 201/9
  201/11 204/20 205/21
he's [10]  142/23 166/12
  166/13 166/15 175/7 178/7
  198/7 199/14 200/10 201/12
health [20]  152/21 152/24
  153/1 153/3 153/5 155/14
  155/21 170/3 170/7 196/2
  196/3 197/2 197/21 198/15
  198/18 200/1 200/18 200/20
  200/22 202/1

171/10 171/5 171/12
  171/14 172/2 172/6 172/21
  173/15 173/19 175/5 176/13
  176/14 176/15 177/5 177/16
  177/18 178/4 178/9 178/13
  179/6 179/14 179/17 179/23
  180/9 180/11 180/16 180/19
  181/2 181/24 182/3 182/16
  183/11 183/13 183/14
  183/14 183/19 184/4 185/5
  185/6 185/20 186/8 186/9
  186/11 186/14 186/22
  186/24 186/25 186/25 187/4
  187/10 187/12 187/14
  187/21 187/22 187/24
  188/14 189/6 190/19 191/4
  191/5 191/9 191/15 192/11
  195/22 197/15 197/16
  197/17 198/5 199/2 199/8
  199/16 200/8 200/10 202/2
  202/10 203/6 203/23 204/19
  205/2 205/9 205/11 205/18
  205/19 205/19 205/25 206/2
  206/3 206/4 206/7 206/15
  206/16 206/23
haven't [1]  202/21
having [4]  155/24 185/13
  185/18 191/17

haven't [1]  202/21
having [4]  155/24 185/13
  185/18 191/17

## H

here... [16]  166/4 173/25
174/6 179/23 184/4 185/18
185/25 188/9 190/13 190/14
190/14 190/15 190/18
193/10 206/23 207/1
hereby [1]  207/8
herself [1]  158/14
HHS [3]  157/7 163/21 178/14
Hi [5]  148/21 148/22 165/16
170/25 180/4
high [1]  180/14
highlight [1]  197/12
Hill [1]  149/9
him [8]  149/8 152/5 152/6
154/8 158/14 158/22 159/6
201/10
his [13]  152/4 158/23 175/11
178/7 179/8 182/8 192/12
194/19 194/19 195/14
195/15 200/3 201/10
hold [5]  146/18 153/24
159/11 163/7 203/5
holiday [3]  173/8 173/10
173/11
home [2]  166/1 189/21
Honor [51]  141/11 145/16
145/25 148/3 148/19 149/17
151/21 152/7 153/25 154/1
154/18 158/18 158/20
158/22 161/11 161/13
164/14 166/22 166/24 167/4
167/19 167/20 169/9 170/20
170/22 172/17 173/3 173/17
173/23 174/22 175/2 175/23
176/3 176/5 183/7 183/20
183/21 185/3 188/22 196/25
199/1 199/5 201/22 202/10
203/8 203/11 204/21 205/11
206/12 206/14 206/17
HONORABLE [1]  140/8
hope [5]  141/3 143/4 143/5
146/4 165/9
hoped [1]  189/19
hopefully [1]  190/15
hoping [1]  190/18
hour [6]  143/13 143/17
143/17 166/13 181/20
181/20
hours [4]  172/4 181/17
187/25 191/17
how [24]  145/12 151/12
158/3 165/16 165/17 166/16
170/25 171/1 176/8 176/9
177/13 179/8 180/4 180/5
180/24 183/18 184/2 184/4
184/5 184/9 186/8 194/10
194/11 197/11
husband [2]  165/25 166/10

## I

I'm [34]  141/18 141/20
142/13 144/2 144/12 147/4
148/5 153/2 153/13 153/18
157/11 160/20 161/24
165/17 166/1 169/15 169/19
171/2 171/20 175/3 175/6
176/9 177/6 180/5 180/19
181/3 184/11 187/25 188/18

199/6
I've [8]  152/17 156/14 171/24
171/25 186/7 188/9 201/1
203/1
ideal [1]  183/18
ignore [1]  199/17
immigration [3]  141/20
141/21 145/18
impair [2]  152/17 155/12
impartial [3]  147/20 182/25
impermissible [2]  200/15
201/5
implications [1]  155/23
important [2]  157/21 182/6
impression [1]  203/18
Inaudible [1]  196/15
inclination [1]  202/23
inclined [3]  145/23 152/6
167/1
include [1]  197/18
included [2]  175/6 175/9
includes [1]  198/11
indeed [1]  174/23
indicated [1]  145/1
indictment [13]  194/10
198/23 199/10 199/13
199/14 199/24 200/1 200/17
200/18 201/25 202/2 202/4
202/19
individuals [1]  187/1
indulgence [1]  185/20
industry [4]  148/15 149/13
153/9 160/21
inference [1]  158/8
inferences [4]  195/2 195/9
195/11 195/14
influenced [2]  155/3 176/21
information [4]  148/8 187/3
190/8 192/13
informs [1]  165/12
initiatives [2]  149/10 149/12
injection [3]  198/20 200/7
200/9
injections [1]  201/10
innocence [1]  158/13
innocent [1]  177/11
inquiry [2]  200/5 201/5
inspection [2]  193/4 193/24
Institute [1]  148/9
instruct [4]  148/16 196/12
197/13 197/14
instructed [3]  144/14 174/24
197/4
instruction [16]  144/19
144/23 145/2 193/13 195/17
197/10 201/15 203/13
203/20 203/25 204/3 204/14
204/17 204/24 205/1 205/12
instructional [1]  180/15
instructions [7]  153/11 155/2
174/21 176/21 187/6 193/15
204/18
insurance [12]  147/24 148/7
148/8 148/9 148/14 149/12
152/22 153/9 170/3 170/7
170/16 184/18
integrity [1]  192/7
intend [2]  195/17 205/15

192/10
intentional [4]  192/1 196/11
196/14 197/6
intentionally [2]  197/16 198/3
interacted [1]  149/9
interested [1]  149/11
interpretation [1]  194/19
interruption [1]  196/16
interviewer [1]  160/21
intimidating [2]  160/18
160/25
introduce [2]  192/9 192/10
introduces [1]  195/25
invasive [1]  164/17
investigated [2]  151/8 164/8
Investigation [1]  151/1
involved [3]  155/23 157/12
181/17
involvement [1]  174/8
involves [1]  156/1
involving [2]  153/4 175/18
Irvine [1]  140/16
is [127]  141/23 142/4 142/6
142/11 142/18 143/1 143/9
143/9 143/24 147/4 147/22
148/9 150/10 150/12 153/4
153/15 153/19 153/19 154/3
154/6 154/13 155/4 155/11
157/3 158/12 158/13 160/24
161/1 162/1 163/3 163/16
165/2 165/25 166/3 166/10
166/16 166/19 166/21
170/14 170/16 171/16
173/10 174/11 175/5 175/9
175/17 175/17 177/11
177/24 178/2 179/3 179/19
179/25 180/17 180/21 181/6
181/23 182/7 182/19 183/24
184/6 184/21 185/19 186/9
187/14 187/18 188/1 188/2
189/1 189/2 189/22 190/1
190/2 190/3 190/5 190/5
190/12 192/6 193/7 193/14
194/25 195/2 195/18 195/21
196/6 197/1 197/3 197/20
198/6 198/6 198/7 198/21
199/3 199/9 199/11 199/14
199/14 199/25 200/1 200/2
200/4 200/7 200/7 200/13
200/14 200/17 200/18
200/25 201/7 201/15 202/3
202/6 202/13 202/23 203/13
203/14 203/17 203/19 204/6
204/7 204/9 204/10 204/17
205/10 205/21 206/3 207/8
issue [3]  173/9 173/13
194/11
issues [1]  174/17
it [105]  142/14 142/16
142/19 143/4 143/9 143/15
143/16 143/19 144/20
144/21 144/21 144/22
145/13 145/19 145/20
146/19 147/24 149/15
150/14 152/2 155/16 155/21
155/23 155/23 156/18 157/8
158/4 159/11 160/4 160/5
160/8 160/14 161/5 161/8

165/3 166/5 166/19 166/25
171/11 171/20 171/20
171/21 171/23 173/9 173/10
173/13 173/23 175/9 175/10
175/24 176/1 178/2 178/5
179/5 180/17 181/8 181/16
183/14 183/24 184/6 184/16
185/10 186/9 189/22 190/4
190/5 191/11 192/5 192/8
193/23 195/8 196/10 197/13
197/17 197/19 198/22 198/5
198/6 198/23 199/17 199/17
199/24 200/6 200/7 200/8
200/9 200/14 200/21 201/4
202/18 202/25 203/5 203/15
205/6 205/8 205/8 205/9
205/9 205/23 206/8 206/15
it's [45]  142/5 143/5 143/10
143/15 147/2 150/11 150/14
152/19 154/14 156/15
160/15 161/4 161/6 162/2
162/5 162/6 162/8 165/3
165/24 174/23 181/1 181/8
181/9 181/9 181/20 181/24
181/25 182/1 183/17 183/18
184/14 184/18 185/16
187/25 188/19 188/22 191/2
191/6 191/8 196/9 196/10
200/2 201/16 203/19 205/23
Italy [1]  157/3
its [5]  163/9 192/17 193/21
200/5 204/11
itself [1]  158/12

## J

jaded [1]  158/5
Jewish [1]  173/11
Jil [1]  140/11
Jillian [1]  140/11
job [2]  149/5 178/4
Jr [1]  140/17
judge [6]  140/9 141/8 171/7
171/19 171/20 202/25
judge's [1]  145/2
judges [1]  161/2
judges' [1]  205/18
judgment [2]  177/6 177/7
juror [61]  141/12 144/7
146/23 149/21 152/3 152/10
152/18 154/6 154/19 155/12
156/21 159/9 161/6 161/17
163/2 164/23 165/2 165/19
167/1 167/8 167/24 168/8
168/22 168/25 169/3 169/5
169/11 169/23 171/3 172/3
172/10 172/19 173/4 173/20
176/11 180/7 185/8 189/2
189/2 189/4 189/7 189/9
189/9 189/9 189/9 189/10
189/10 189/10 189/10
189/11 189/11 189/11
189/11 189/12 189/12
189/12 189/12 189/13
189/13 189/13 189/17
juror's [1]  145/18
jurors [24]  146/9 154/5
162/24 165/13 183/12
183/23 184/3 185/5 186/25
187/1 187/10 187/11 187/15

jurors... [11] 187/17 187/18
188/3 188/7 188/24 189/23
191/13 191/16 195/17
196/18 206/25

jury [54] 140/8 143/2 153/19
154/13 159/19 159/21 160/3
160/5 160/11 162/12 164/22
166/3 167/15 168/12 169/6
177/24 178/7 180/21 183/13
185/11 185/17 187/6 187/16
188/4 189/3 189/5 189/8
189/8 189/20 190/20 191/12
191/17 193/6 193/14 194/8
195/4 195/9 195/14 196/12
197/4 199/17 200/5 200/9
200/14 200/19 201/4 201/11
201/24 202/15 203/18 204/4
204/15 205/24 206/8

jury's [1] 195/1

just [43] 142/3 142/9 143/16
143/18 144/25 146/18 147/8
155/16 157/14 157/24 159/1
160/15 160/16 161/4 161/6
161/25 163/14 171/16 172/1
173/1 177/15 178/18 181/1
182/10 182/22 185/16
185/17 186/4 186/9 186/12
186/13 187/6 188/17 190/3
191/11 198/6 199/18 202/18
204/3 204/6 204/20 205/13
205/15

Justice [2] 140/12 163/20

K

keep [4] 145/3 165/13
191/16 202/23

Khatwa [7] 192/22 193/12
195/3 195/7 195/19 204/23
205/1

Khouri [24] 140/14 140/14
145/15 146/6 146/15 148/2
148/18 151/20 158/17
161/10 164/13 165/6 166/21
169/8 175/1 176/2 179/11
183/6 186/18 188/21 196/9
196/24 198/24 199/6

kind [8] 141/19 152/19
160/16 160/16 161/7 174/13
181/24 182/1

KM [2] 198/16 198/19

know [36] 142/2 143/10
145/12 145/13 146/14
148/14 150/22 153/1 153/6
153/9 154/14 154/14 156/11
156/13 156/15 156/16
156/19 156/19 157/24
160/10 165/11 165/13
168/16 168/20 169/3 169/5
169/14 174/1 181/23 189/6
191/10 191/11 192/2 201/7
202/17 205/11

knowing [6] 155/24 170/16
196/1 196/11 196/14 197/6

knowingly [2] 197/15 198/3

knows [1] 191/7

L

ladies [6] 141/2 185/24 187/9

language [7] 196/1 197/18
198/13 199/9 202/18 202/19
203/5

Las [1] 161/24

last [12] 141/6 141/7 143/13
145/21 145/22 147/5 157/23
159/3 166/2 174/8 180/23
185/7

last-ditch [1] 145/22

last-minute [1] 166/2

late [1] 186/12

later [3] 148/8 156/18 183/17

Latino [1] 182/8

law [32] 140/14 143/7 144/10
145/1 148/16 150/18 150/21
151/3 151/4 157/12 157/14
157/21 157/24 158/1 159/5
163/21 168/15 174/6 174/9
174/13 174/14 174/19
174/21 174/24 175/12 182/5
182/7 182/14 182/23 182/25
183/23 194/21

lawyer [1] 144/16

lawyers [1] 156/12

lay [1] 151/5

least [1] 143/17

leave [3] 181/2 184/3 206/16

leaving [2] 180/20 181/3

leery [2] 161/7 161/9

left [1] 180/16

legislative [1] 174/16

less [1] 144/21

lesser [1] 184/25

let [13] 158/11 158/14
160/19 161/25 163/7 165/13
176/19 182/3 189/6 191/15
199/6 201/17 202/8

let's [8] 147/9 152/16 155/1
155/9 171/8 180/2 188/6
188/9

level [1] 200/24

like [30] 142/18 142/18 144/3
144/4 144/10 144/10 144/11
144/20 145/12 156/13
162/21 162/22 163/14
163/22 163/22 164/18
164/18 171/20 171/23 172/1
178/19 179/8 179/9 181/25
185/22 189/22 190/1 190/1
203/15 205/4

likes [2] 171/20 198/7

limine [8] 187/5 191/16
191/20 191/24 192/17
195/20 203/2 203/12

limit [3] 197/19 200/5 201/5

limited [1] 194/25

limiting [4] 191/13 195/17
203/24 204/14

line [4] 160/19 167/12 169/12
169/13

list [2] 175/7 196/11

listen [2] 152/3 153/10

litigation [1] 174/16

little [9] 141/3 159/7 160/16
160/25 164/23 165/11
169/14 183/16 186/12

living [3] 148/25 151/22
169/12

logistics [1] 185/25

long [10] 143/1 143/13 143/18
151/12 154/7 160/8 180/25
187/20 190/19 206/20

long-planned [1] 154/7

longer [1] 143/8

look [5] 156/16 191/5 198/6
204/22 204/23

looked [1] 196/7

looking [1] 192/4

looks [1] 156/14

lose [2] 154/4 184/17

lot [6] 142/9 152/22 155/24
171/24 172/2 181/9

lounge [4] 188/4 189/3 189/8
189/8

lunch [8] 141/3 143/8 143/16
143/18 171/14 181/19
205/24 206/9

lurking [1] 192/2

lying [1] 145/11

M

ma'am [21] 145/17 148/20
149/18 149/20 149/22
150/11 151/6 151/9 151/17
152/11 154/21 159/10 160/2
165/1 167/25 168/6 168/13
172/15 183/8 189/8 189/15

made [3] 193/4 193/23 203/1

main [1] 149/8

mainly [1] 159/16

make [17] 143/15 143/16
145/14 145/25 154/5 160/13
160/16 161/5 164/1 179/4
188/6 188/17 197/14 201/14
201/14 202/14 205/2

makes [8] 161/2 161/7 161/9
171/9 171/10 186/9 199/17
200/8

making [2] 152/5 157/4

male [1] 182/8

manageable [1] 195/7

manner [1] 201/5

many [7] 181/19 184/2 184/4
184/5 184/9 190/18 194/10

March [3] 198/16 198/18
200/23

March 31 [3] 198/16 198/18
200/23

marked [1] 154/24

market [3] 153/2 160/20
160/22

marshal [1] 171/10

Martin [1] 140/15

matter [6] 157/21 182/6
185/16 200/4 201/2 207/10

matters [1] 206/24

may [11] 159/2 162/12
169/11 171/20 171/21
171/23 179/6 185/20 186/7
189/7 203/8

maybe [3] 157/9 165/11
172/25

me [39] 143/6 143/7 143/11
153/18 155/23 156/14 159/5
159/25 160/16 160/19 161/5
161/7 161/9 161/25 162/20
163/1 163/7 165/12 169/18

logistics [1] 185/25 174/24 174/23
174/23 176/19 177/16
178/17 178/19 180/8 182/3
184/1 185/24 191/15 201/17
202/8 202/24 204/24 205/11
206/19 206/20

mean [12] 145/13 152/24
162/10 168/4 171/20 182/2
182/18 186/3 187/11 200/24
201/23 202/8

means [4] 165/3 183/14
184/16 196/13

medical [2] 148/23 175/19

Medicare [28] 147/8 147/22
147/24 153/5 153/7 153/11
155/15 156/3 170/4 170/7
170/11 170/15 170/17
175/16 175/18 175/20
182/19 192/7 192/9 192/11
192/12 192/13 193/15 194/7
194/10 194/12 204/10
204/10

medication [3] 171/6 171/8
171/9

meet [2] 150/14 193/11

meet-up [1] 150/14

meeting [4] 180/18 187/3
201/2 205/18

member [7] 143/21 157/11
157/19 163/19 164/7 168/14
182/4

members [5] 144/6 149/9
152/22 169/5 181/17

mentioned [1] 155/14

met [2] 156/14 156/22

Metro [2] 169/15 169/16

Michael [1] 140/14

microphone [2] 203/10 204/1

microphones [1] 147/13

middle [1] 180/13

midmorning [1] 171/13

might [3] 155/12 161/2
175/11

military [1] 150/15

mind [5] 145/3 145/8 145/11
145/14 165/14

mine [1] 151/9

minute [2] 166/2 172/1

misled [1] 155/22

missing [1] 154/6

modeled [1] 198/22

modifier [1] 200/4

mom [1] 166/1

Monday [1] 162/3 164/4
162/13

money [2] 142/9 155/25

monitor [1] 164/23

months [1] 166/17

moral [2] 177/5 177/7

more [23] 143/13 144/21
148/4 154/4 154/12 155/21
165/12 172/25 179/16
181/20 183/5 183/13 184/18
185/1 186/13 187/15 187/16
187/17 187/18 192/1 194/4
201/18 202/10

morning [13] 142/12 162/8
181/14 181/19 183/16
185/14 185/19 187/14

**M**

morning... [5] 187/19 187/21
 189/23 190/13 196/22
mornings [1] 171/11
Most [1] 168/6
mostly [2] 174/14 179/7
motion [14] 142/13 145/24
 146/1 146/15 158/21 179/3
 179/4 179/10 191/20 191/24
 192/17 195/20 203/2 203/12
motions [2] 187/5 191/16
Moultrie [1] 159/22
mouth [1] 155/17
move [2] 158/22 189/14
moved [1] 174/15
Mr [5] 141/4 183/6 184/2
 190/10 194/18
Mr. [42] 145/15 146/6 146/15
 148/2 148/18 151/20 158/17
 161/10 164/13 165/6 165/12
 166/21 169/8 175/1 176/2
 179/11 179/14 179/17
 183/12 186/18 188/2 188/21
 188/23 189/1 190/7 191/7
 192/1 192/8 192/11 193/18
 194/3 195/9 195/10 195/13
 196/9 196/17 196/24 198/24
 199/6 204/19 205/21 206/11
Mr. Khouri [1] 146/15
Mr. Bradley [12] 165/12
 179/14 179/17 183/12 188/2
 188/23 189/1 190/7 191/7
 192/1 196/17 205/21
Mr. Cooke [2] 204/19 206/11
Mr. Khouri [20] 145/15 146/6
 148/2 148/18 151/20 158/17
 161/10 164/13 165/6 166/21
 169/8 175/1 176/2 179/11
 186/18 188/21 196/9 196/24
 198/24 199/6
Mr. Quindoza [6] 192/11
 193/18 194/3 195/9 195/10
 195/13
Mr. Quindoza's [1] 192/8
Ms [3] 154/10 199/3 202/8
Ms. [20] 144/24 149/16
 151/18 158/19 158/24
 161/12 164/15 166/23
 169/10 170/21 176/4 182/21
 188/16 199/2 199/6 201/17
 201/19 201/21 202/9 203/23
Ms. Simon [2] 199/6 202/9
Ms. Willis [18] 144/24 149/16
 151/18 158/19 158/24
 161/12 164/15 166/23
 169/10 170/21 176/4 182/21
 188/16 199/2 201/17 201/19
 201/21 203/23
much [6] 153/6 154/15
 155/21 171/23 201/23
 202/10
multiple [3] 194/4 200/3
 200/20
multitude [1] 193/8
murdered [1] 144/1
must [4] 155/3 156/4 194/25
 195/4
my [53] 141/23 143/7 143/17
 143/25 144/1 144/10 145/11

153/11 154/3 154/13 155/2
 155/16 155/17 155/20 158/6
 158/11 158/12 158/13 159/5
 159/16 162/17 165/25 166/6
 171/25 174/8 174/20 175/8
 175/24 176/20 178/4 181/24
 182/1 182/7 182/10 183/23
 184/2 184/22 184/24 186/20
 190/3 190/5 190/16 190/16
 196/23 202/22 203/1 203/1
 204/2 206/25
myself [1] 201/2

**N**

name [2] 197/25 198/5
narrowing [1] 202/6
necessarily [2] 165/24
 185/19
necessary [3] 196/9 196/11
 206/10
need [13] 159/3 162/17
 165/13 171/15 172/25
 179/16 181/16 183/23 192/1
 197/5 203/9 205/6 206/19
needs [2] 193/13 197/17
neighborhood [2] 182/9
 182/10
nephew [1] 175/5
nervous [3] 160/16 160/17
 161/5
nestor [5] 140/21 140/23
 207/13 207/13 207/15
neutrally [1] 174/24
never [2] 167/15 168/12
new [2] 140/12 191/19
newborn [1] 165/25
next [18] 141/18 141/24
 142/1 142/4 143/7 153/14
 153/14 154/14 162/11
 163/15 172/21 172/23
 180/19 180/20 180/24
 181/13 183/17 191/6
no [90] 140/3 141/12 145/16
 147/11 147/21 148/1 148/24
 149/17 151/6 151/17 152/7
 152/8 153/17 153/25 154/1
 154/9 154/11 155/7 156/20
 156/24 158/18 158/20
 159/16 160/15 161/11
 161/13 162/22 164/3 164/10
 164/12 165/5 165/6 166/22
 166/24 167/3 167/16 167/19
 167/20 168/6 168/7 168/11
 168/13 168/16 168/23 169/7
 169/9 170/9 170/12 170/20
 170/22 171/10 172/6 172/11
 172/18 173/11 173/17
 173/23 174/22 175/2 175/24
 176/1 176/3 177/2 178/9
 179/25 182/18 183/5 183/7
 183/20 183/21 184/9 184/9
 184/9 184/15 184/23 186/12
 186/17 186/19 187/16
 187/16 188/1 191/8 193/13
 197/23 197/25 198/4 198/7
 200/2 200/8 204/21

159/9 161/17 165/19 165/22
 167/8 167/24 168/19 169/23
 170/2 170/3 171/3 173/4
 173/7 173/19 174/4 175/5
 175/15 176/11 176/17
 176/19 176/19 176/25
 177/16 178/11 178/12
 178/13 180/10 180/11 189/7
 189/9 189/9 189/9 189/10
 189/10 189/10 189/10
 189/11 189/11 189/11
 189/11 189/12 189/12
 189/12 189/12 189/13
 189/13 189/13 189/13
 189/17
No. 0191 [2] 154/20 189/13
No. 0251 [1] 146/23
No. 0330 [1] 189/10
No. 0356 [1] 167/8
No. 0781 [2] 165/19 189/13
No. 0935 [1] 189/12
No. 0986 [1] 189/10
No. 10 [1] 173/19
No. 1013 [1] 189/9
No. 1028 [1] 189/12
No. 1031 [1] 189/11
No. 11 [2] 147/4 174/5
No. 1117 [1] 189/10
No. 12 [4] 157/6 178/11
 178/12 178/13
No. 1291 [1] 189/11
No. 13 [1] 175/5
No. 1326 [1] 173/4
No. 1490 [1] 189/10
No. 1530 [1] 189/9
No. 1566 [1] 161/17
No. 1659 [1] 167/24
No. 1794 [1] 189/11
No. 18 [1] 143/21
No. 1850 [1] 189/12
No. 1869 [2] 171/3 189/13
No. 2 [1] 156/11
No. 20 [5] 147/8 147/22
 170/2 170/3 175/15
No. 2073 [1] 189/11
No. 2190 [1] 189/9
No. 2295 [1] 169/23
No. 2335 [2] 152/10 189/13
No. 2542 [1] 189/7
No. 2688 [1] 159/9
No. 2745 [2] 149/21 189/12
No. 2748 [2] 176/11 189/17
No. 30 [3] 176/19 176/19
 176/25
No. 33 [1] 168/19
No. 6 [8] 153/13 157/1
 165/22 173/7 176/17 177/16
 180/10 180/11
No. 7 [2] 147/1 147/9
nobody [3] 171/7 171/19
 171/20
None [6] 164/14 165/7 167/4
 167/11 172/17 176/5
nonprejudicial [1] 193/6
noon [1] 165/3
normally [1] 155/7
Northwest [2] 140/12 140/18
not [95] 144/11 144/12 145/5

146/4 146/4 146/4 147/2
 147/4 154/4 154/5 154/14
 155/3 155/24 156/3 156/20
 156/24 157/14 160/15 161/2
 161/4 162/25 163/1 164/1
 164/17 165/2 165/24 166/9
 167/3 168/16 170/8 171/20
 171/23 175/6 177/6 178/23
 179/21 180/15 181/18
 182/24 183/17 183/18
 185/14 185/19 186/6 186/9
 187/10 187/20 187/22
 187/24 189/20 190/2 190/3
 191/6 191/18 191/22 193/22
 193/25 194/2 194/8 194/16
 194/18 194/20 194/25 195/2
 195/8 195/10 195/13 195/14
 195/15 197/3 197/18 198/2
 198/4 199/9 199/11 201/7
 201/12 201/15 201/17 202/2
 202/16 202/19 202/22
 202/23 203/6 203/19 203/24
 204/2 204/14 204/23 206/21
note [1] 159/1
noted [2] 202/11 202/12
nothing [9] 151/19 157/23
 157/23 173/24 174/22
 175/13 178/20 182/16 201/8
now [16] 142/21 142/21
 149/1 150/24 160/10 162/12
 166/16 171/25 172/14
 177/19 184/19 188/24 191/3
 191/15 191/16 194/24
nudge [1] 200/19
number [6] 146/9 189/2
 189/2 189/4 199/14
numbers [2] 184/25 188/3
NW [2] 140/22 207/14

**O**

object [5] 158/25 193/22
 193/25 203/24 204/2
objection [23] 146/15 152/7
 152/8 154/7 154/9 154/11
 165/4 165/5 165/6 167/2
 167/3 172/16 172/18 183/19
 186/15 186/17 186/19
 194/23 199/2 199/8 199/16
 203/23 204/19
objects [1] 192/17
obviously [2] 170/14 198/7
occasion [1] 200/4
October [1] 181/8
October 15 [1] 181/8
offense [15] 196/2 196/3
 197/15 197/21 197/23 198/1
 198/3 198/15 198/18 199/22
 199/25 200/1 200/16 200/18
 200/22
offer [2] 194/19 194/20
office [9] 147/6 147/19 148/7
 149/8 183/13 187/16 189/6
 201/6 201/9
officer [5] 158/1 175/6
 175/12 178/22 182/14
officers [1] 151/3
Official [2] 140/21 207/14
often [2] 171/14 194/11
Oh [8] 144/2 164/3 166/20

217

**O**

Oh... [5] 175/15 185/4 189/16 192/3 206/13
okay [62] 143/20 147/3 147/9 148/18 148/25 149/3 149/5 150/1 152/2 152/16 153/8 154/16 155/9 155/10 156/1 156/11 157/19 159/14 159/18 160/24 161/22 162/7 162/9 162/10 163/8 163/12 163/16 164/4 164/10 164/11 164/20 164/24 165/1 165/23 166/16 168/8 168/11 168/17 168/20 168/24 169/8 170/14 172/15 173/1 173/14 174/10 175/17 176/19 177/5 177/10 177/16 178/2 178/11 178/21 179/2 181/4 181/6 186/23 188/23 189/17 192/3 205/7
old [1] 166/16
once [4] 173/20 179/17 186/21 189/23
one [29] 142/2 144/1 148/4 150/1 150/23 151/15 154/4 154/12 155/1 157/16 159/4 163/12 164/16 171/25 172/1 174/8 177/8 185/1 185/7 188/10 188/18 198/7 199/8 199/16 199/19 201/3 201/18 204/22 204/23
ones [2] 179/16 188/14
only [10] 146/1 179/16 183/19 184/21 187/20 195/2 195/18 196/3 203/13 206/4
open [3] 185/23 187/8 188/25
opening [3] 200/13 202/21 205/16
openings [2] 185/15 187/5
opinion [3] 158/12 194/19 203/19
oppose [1] 204/14
opposes [1] 191/21
option [1] 183/19
order [1] 191/5
ordinary [1] 204/11
organization [1] 152/21
organize [1] 193/7
organizing [1] 181/7
other [30] 144/18 147/25 150/25 151/16 152/20 153/17 157/17 158/2 160/22 163/12 163/21 164/4 164/11 169/5 171/14 172/6 172/8 173/18 174/4 174/9 175/14 175/25 177/8 179/19 182/15 183/1 184/14 195/13 204/7 205/4
others [1] 175/3
our [12] 146/2 159/1 159/1 180/18 183/19 187/13 188/1 190/3 190/25 196/19 202/12 206/22
out [13] 156/18 158/15 174/15 177/23 184/17 184/17 185/25 188/2 188/18 197/19 198/4 198/19 205/6
outcome [1] 194/21
outlined [1] 193/12

196/19
over [8] 143/9 162/11 166/4 177/25 186/14 187/3 188/9 194/6
own [4] 164/23 182/8 191/23 195/23

**P**

.p.m [5] 140/5 141/1 142/5 191/14 207/4
page [1] 188/6
paid [1] 142/9
panel [2] 169/6 190/4
paralegals [1] 197/8
parents [4] 155/16 156/4 156/7 171/25
part [1] 197/10
participate [1] 160/22
particular [2] 194/10 197/12
parties [5] 147/13 155/13 184/1 191/22 195/22
party [2] 180/17 181/6
passes [1] 184/17
past [1] 157/22
patience [1] 190/21
patient [1] 202/13
peer [5] 192/14 192/15 192/18 194/3 194/12
penalize [1] 143/3
pending [1] 194/22
people [11] 153/17 154/5 160/21 175/7 179/18 179/20 185/10 185/17 187/21 192/2 197/7
peremptories [2] 184/9 185/15
peremptory [1] 187/13
perfect [1] 164/25
period [1] 194/10
permit [2] 141/24 142/20
permits [1] 192/24
permitted [1] 194/18
person [5] 149/8 158/13 159/3 163/22 163/23
perspective [1] 146/2
persuaded [1] 203/7
Philadelphia [1] 175/6
phone [3] 179/14 179/15 181/15
photographs [1] 193/1
physician [1] 156/2
picked [1] 182/9
place [1] 160/25
places [1] 160/19
Plaintiff [1] 140/3
plan [1] 206/22
planned [2] 153/13 154/7
planning [5] 143/8 180/16 181/9 181/14 205/15
plans [17] 141/16 141/16 141/17 150/2 152/3 152/4 152/5 153/1 157/1 161/22 177/17 177/18 177/22 179/5 180/12 180/19 180/24
planted [1] 178/19
play [1] 158/15
please [2] 189/5 190/24
pleasure [2] 150/10 150/11
plus [2] 174/6 194/9

203/6
points [1] 201/3
police [4] 175/6 178/19 178/22 179/9
policy [3] 147/6 148/9 184/19
popular [1] 150/1
possible [1] 191/2
postpone [2] 141/23 142/19
postponements [1] 157/4
potential [1] 169/11
practice [3] 174/13 174/19 192/12
practitioner [1] 141/22
precluded [2] 162/25 163/1
prejudice [1] 155/4
prejudicial [2] 194/16 197/20
preliminary [2] 187/6 206/24
prepared [1] 142/13
Preschool [1] 174/4
presents [1] 163/9
press [3] 146/18 146/20 201/23
presumed [1] 177/11
presumption [1] 177/10
pretty [1] 158/5
prevent [2] 174/20 174/23
previously [2] 157/20 182/4
primary [1] 149/2
principle [1] 158/8
probably [4] 145/11 162/7 175/4 177/15
problem [4] 147/2 154/3 180/12 202/2
procedure [2] 186/5 198/14 200/3
proceed [1] 183/18
proceedings [2] 141/1 207/9
process [1] 190/20
proffers [1] 195/8
profiled [1] 182/8
program [3] 153/5 174/7 192/7
promptly [1] 206/24
pronounce [1] 177/7
proposal [2] 196/5 198/17
proposals [1] 195/24
propose [2] 202/11 204/25
proposed [9] 191/23 193/10 195/23 198/14 198/21 199/9 202/6 204/24 205/3
proposes [1] 198/12
prosecutor [2] 174/7 174/19
prosecutorial [1] 174/9
prospective [1] 191/13
prove [1] 192/25
proven [2] 170/15 177/11
proves [1] 163/8
provided [1] 201/9
provider [1] 175/19
proving [1] 194/13
public [1] 167/13
purposes [1] 205/15
purse [1] 143/25
put [11] 148/14 153/9 156/6 158/9 163/14 173/7 177/15 186/11 188/11 189/24 202/12
putting [3] 198/24 199/3

**Q**

Q-U-I-N-D-O-Z-A [1] 192/6
qualified [10] 154/5 159/2 179/16 179/19 183/12 184/3 187/1 187/10 187/11 187/11
question [35] 143/6 144/25 146/12 148/4 150/16 150/17 151/7 156/11 157/1 157/6 159/16 159/17 159/18 161/19 161/21 162/14 162/15 162/18 163/5 163/5 163/6 163/8 163/13 163/14 163/16 164/4 176/25 177/2 177/13 179/8 179/24 182/3 184/21 199/18 200/8
questioned [1] 179/17
questions [33] 141/14 144/9 145/16 146/25 149/17 149/23 152/12 152/20 154/22 159/14 159/15 161/10 164/11 165/21 167/10 167/18 168/1 168/18 169/9 169/25 170/19 170/21 171/5 173/6 174/4 175/1 175/14 175/25 176/13 176/16 180/9 183/5 183/7
quick [2] 179/19 188/9
quickly [1] 155/25
Quindoza [8] 192/6 192/11 193/18 194/3 194/18 195/9 195/10 195/13
Quindoza's [1] 192/8
quite [1] 187/10

**R**

race [2] 182/17 182/24
racially [1] 182/8
rail [1] 169/19
raise [2] 147/17 171/16
rather [1] 195/6
rating [1] 192/20
reach [2] 160/11 174/2
reaching [1] 155/3
read [3] 164/18 201/24 201/25
Ready [1] 146/17
realize [1] 185/11
really [9] 160/15 161/4 166/2 171/20 177/14 187/24 189/19 190/21 206/19
reason [5] 168/20 176/24 177/6 187/9 202/12
reasonable [3] 163/9 201/10 201/11
reasonably [1] 193/4
reasons [2] 193/14 194/21
recent [1] 155/15
recently [2] 147/23 192/22
recipient [1] 175/16 175/20
recommended [1] 195/19
recordings [1] 193/1
records [9] 188/15 193/3 193/5 193/16 193/17 193/19 193/20 193/24 194/2
red [2] 162/6 162/8
reference [1] 198/11
references [1] 198/13
reflect [1] 197/3

**R**

regard [16]  145/18 145/21
147/18 153/10 180/11
191/24 192/21 194/24
195/22 201/12 203/1 203/2
203/4 203/4 203/5 203/21
regarding [1]  145/1
regular [2]  151/5 193/21
regularly [1]  193/20
reimbursement [2]  156/3
175/19
reject [1]  201/4
related [3]  157/23 182/24
198/16
relating [3]  192/18 194/5
198/19
relatively [1]  155/15
relatives [1]  144/4
relevant [2]  147/5 198/11
religious [1]  177/6
rely [2]  200/16 200/18
remember [6]  141/5 156/22
160/6 184/4 185/12 191/6
reminded [1]  159/5
reminds [1]  143/7
render [2]  171/22 177/7
rep [1]  149/7
Repeat [2]  157/8 169/4
replacing [1]  198/12
report [2]  188/3 189/7
REPORTED [1]  140/21
reporter [4]  140/21 171/14
196/16 207/14
represent [1]  197/1
represents [1]  194/3
request [1]  203/16
requests [1]  175/19
required [1]  200/25
requirements [1]  193/11
reschedule [1]  178/5
rescheduled [4]  150/13
153/16 178/3 179/6
research [1]  160/20
reserve [2]  202/24 205/16
respect [12]  196/1 196/3
197/21 197/23 198/3 198/15
198/17 199/18 200/21
200/22 201/25 203/12
respective [1]  195/24
responder [2]  165/25 166/13
response [2]  145/21 146/1
rest [4]  171/15 189/21 206/1
206/25
rethinking [1]  146/13
retired [2]  147/5 174/10
return [2]  189/3 189/5
revealed [1]  193/8
revision [1]  205/2
right [55]  141/5 143/6 143/12
144/17 144/24 145/17 148/6
149/23 151/18 152/9 152/12
153/22 154/19 155/1 157/5
158/7 158/21 165/8 166/1
166/18 167/5 168/1 169/25
171/25 172/14 172/19
174/1 176/11 178/10 179/1
179/13 179/19 180/2 183/8
183/9 183/10 183/22 184/19
185/2 186/7 187/7 188/9

198/10 200/25 202/5 202/20
204/6 205/13 206/18 206/22
207/3
ring [1]  155/6
risk [1]  185/13
RMR [2]  140/21 207/13
robbery [4]  198/1 198/2
198/2 198/4
role [1]  194/24
room [1]  186/22
Rosa [1]  150/25
round [3]  185/13 187/19
189/19
row [1]  191/5
Rubin [1]  140/17
Rule [2]  192/23 193/10
rules [4]  186/4 188/1 193/11
195/10
ruling [2]  202/24 203/12
rulings [3]  187/4 203/1 203/1
running [2]  141/3 143/1

**S**

safe [1]  173/1
SafeGuard [3]  192/7 193/21
204/11
said [21]  142/2 142/18 144/9
146/3 146/10 146/13 155/5
156/17 157/9 160/24 163/16
166/5 176/25 178/2 180/1
180/10 181/18 182/9 183/3
186/11 205/3
same [4]  146/7 156/3 183/1
188/6 202/13 202/14
Santa [1]  150/24
Saturday [2]  162/2 181/8
saw [2]  192/2 192/4
say [18]  144/13 144/4 155/7
156/21 162/10 162/19 168/4
168/11 173/10 178/6 187/11
191/12 198/2 198/2 200/5
200/9 201/18 205/17
saying [2]  178/23 202/3
says [6]  143/2 176/20 183/13
191/11 198/17 200/21
scheduled [7]  141/25 150/3
150/7 150/9 154/7 157/2
180/21
school [11]  149/2 167/14
174/6 180/14 180/14 180/17
180/17 180/18 181/7 181/10
181/17
school-wide [2]  180/17
180/17
school/high [1]  180/14
scope [1]  201/5
screen [1]  164/22
search [1]  160/22
second [4]  161/25 191/22
193/23 198/10
secret [1]  200/2
Security [1]  150/23
see [12]  150/9 162/20
162/21 174/10 185/10
189/14 190/23 191/5 205/13
206/4 206/22 207/3
seeing [1]  162/16
seems [1]  150/1
selected [1]  189/20

semester [1]  174/8
send [3]  187/18 189/20
205/23
sense [2]  146/7 186/9
sentencing [1]  143/8
sentencings [1]  143/17
separate [1]  205/6
September [5]  140/4 150/4
150/5 161/23 173/8
September 17th [1]  161/23
September 26 [1]  173/8
serve [2]  159/21 181/24
served [3]  159/18 159/22
168/12
service [9]  143/2 152/5
153/19 154/13 166/3 177/24
178/7 180/21 191/12
services [6]  192/7 192/20
193/21 194/6 194/11 204/11
serving [1]  163/1
Session [1]  140/6
set [1]  172/4
seven [1]  153/17
she [11]  146/1 146/2 146/3
146/3 146/3 146/5 146/12
146/12 146/13 146/13
156/14
she's [1]  165/9
sheriff's [1]  150/24
shifts [1]  166/13
short [6]  172/22 180/14
182/1 183/11 205/19 205/23
short-staffed [2]  180/14
182/1
shorting [1]  182/1
should [8]  153/12 175/7
195/2 195/11 196/14 197/1
199/12 200/17
shouldn't [1]  206/8
show [1]  205/8
shows [1]  177/8
sic [1]  182/13
sick [1]  171/25
side [6]  151/15 155/4 157/16
173/1 184/10 190/6
sidebar [3]  141/9 186/1
188/8
sides [1]  148/13
signed [2]  147/8 147/23
significance [2]  194/17
194/20
significant [2]  157/20 182/5
Simon [4]  140/11 199/3
199/6 202/9
since [2]  186/11 191/15
sir [8]  151/22 152/13 160/19
161/14 169/13 169/20
170/23 179/1
sit [8]  144/6 161/3 168/8
171/22 172/3 177/6 190/14
191/2
sitting [3]  156/21 161/6 191/3
situation [2]  155/20 182/2
situations [1]  202/13
six [7]  166/17 184/12 184/15
184/22 184/23 184/24 186/6
skinned [1]  182/8
sleepy [1]  171/9

so [94]  143/8 143/18 143/21
144/12 144/22 145/22 146/2
149/3 152/5 152/22 153/2
155/7 156/3 156/10 157/18
159/3 160/8 160/16 161/5
161/23 162/7 163/13 163/16
163/22 165/13 166/13
168/11 168/17 168/24
169/14 170/14 172/1 175/8
175/17 175/23 176/23
176/24 177/13 178/19
178/21 180/15 180/20 181/6
181/22 181/25 182/1 182/1
182/10 182/18 182/20 183/2
183/3 183/10 183/12 183/14
183/17 184/16 185/18
186/13 187/12 187/13
187/15 187/18 187/21
187/21 188/22 189/18 189/19
189/22 190/1 190/6 190/12
190/13 190/18 190/24 191/1
191/5 192/2 196/13 196/22
197/13 197/17 198/4 200/16
201/25 202/14 202/22 204/6
204/13 204/19 205/7 205/18
206/8 206/22
solo [3]  141/18 141/22 142/8
some [20]  155/23 155/25
157/21 174/6 175/3 177/18
178/19 179/6 180/11 181/14
182/5 185/25 187/4 187/11
187/15 187/18 191/15 192/2
202/25 205/8
somebody [4]  184/17 184/17
192/4 205/10
someone [1]  191/11
something [8]  150/12 153/15
165/4 178/3 178/24 185/12
205/2 205/14
somewhat [1]  158/5
somewhere [2]  181/21
202/24
son [1]  175/8
sorry [14]  144/2 146/22
148/5 153/18 157/11 160/9
175/3 184/11 188/18 190/19
196/24 199/1 199/6 204/1
sort [3]  146/13 155/16
178/16
sour [1]  155/17
speak [3]  147/13 158/12
159/8
speaking [2]  146/21 159/12
speaks [1]  201/19
specialized [1]  174/15
specifically [3]  149/10 156/16
192/10
specificity [1]  200/24
squeeze [1]  159/7
staff [3]  180/16 181/17 200/3
staffed [2]  180/14 182/1
stand [3]  158/14 180/15
181/25
start [11]  147/9 152/16 155/1
165/3 171/12 176/19 181/19
187/23 189/25 204/5 206/1
started [2]  174/14 190/24
starting [2]  154/14 190/7

**S**

starts [1] 204/20
state [3] 194/16 197/25
198/6
stated [1] 192/22
statement [1] 200/13
statements [2] 202/21
202/22
states [10] 140/1 140/2
140/9 140/12 163/8 192/22
196/3 196/6 196/7 198/22
status [3] 205/20 206/3
206/7
stay [1] 166/1
stems [1] 194/6
Stephen [1] 192/5
stick [1] 199/22
still [3] 146/1 147/5 162/12
stipulations [1] 187/3
stolen [1] 144/1
stress [1] 171/24
stressful [2] 181/24 182/2
stricken [6] 172/19 179/13
179/18 183/15 186/10
186/21
strike [4] 146/16 159/4
179/10 185/1
strikes [13] 183/11 183/24
183/25 184/4 184/5 184/8
184/8 184/19 187/13 187/23
189/24 190/17 191/1
strong [1] 199/16
struck [3] 145/22 188/15
188/18
student [2] 174/7 174/19
studies [1] 160/22
stuff [3] 144/4 178/19 204/8
submit [2] 146/8 179/12
submitted [3] 156/2 194/9
195/23
substantive [2] 193/13
204/16
such [4] 194/8 195/18 202/1
202/1
sudden [1] 185/11
Suite [2] 140/15 140/19
summaries [9] 192/12 192/15
193/5 193/6 193/15 194/12
194/13 195/12 204/20
summarize [1] 192/11
summarizing [2] 195/1
195/15
summary [35] 191/20 191/21
191/24 191/25 192/18
192/19 192/21 192/24
193/10 193/16 193/19 194/3
194/5 194/8 194/15 194/22
194/24 194/25 195/4 195/21
195/21 203/2 203/3 203/3
203/18 203/21 204/3 204/5
204/7 204/13 204/13 204/15
204/16 204/25 205/4
Sunday [2] 153/14 181/5
superior [3] 159/24 160/1
173/20
supposed [2] 166/3 177/24
sure [10] 144/12 147/4 175/6
177/14 188/6 188/17 197/14
197/14 197/16 202/14

sympathy [1] 155/4 176/21
system [1] 167/14

**T**

take [10] 143/16 171/13
171/15 171/16 172/21
181/19 183/24 187/20 198/4
206/9
taken [1] 195/11
takes [1] 181/9
taking [2] 158/13 197/19
talk [1] 191/10 204/10
talking [3] 173/25 187/20
204/20
tammy [5] 140/21 140/23
207/13 207/13 207/15
TANYA [1] 140/8
taste [1] 155/17
teach [1] 206/13
teacher [1] 149/2
teachers [2] 180/15 181/25
team [1] 182/1
telephone [1] 160/21
tell [13] 163/1 169/18 177/16
178/17 185/12 186/8 186/12
188/2 188/4 190/8 190/10
192/1 203/6
ten [13] 165/12 172/25
183/17 184/6 184/12 184/16
184/22 184/24 186/6 186/13
186/25 187/20 196/18
tend [1] 178/23
terms [1] 175/18
testifies [2] 203/21 203/22
testify [5] 145/12 147/12
158/9 193/18 195/11
testifying [3] 203/14 203/17
204/7
testimony [39] 144/15 144/22
145/4 145/10 145/13 151/4
158/1 158/3 162/11 162/24
163/2 175/12 178/22 182/14
182/25 183/1 191/18 191/21
191/25 192/8 192/18 192/19
193/8 194/24 195/5 195/10
195/14 195/15 195/16
195/18 195/21 203/3 203/3
203/21 204/3 204/13 204/14
205/3 205/10
than [8] 143/13 155/21 159/2
181/20 182/15 194/4 195/6
202/11
thank [42] 141/8 144/3
145/17 148/19 149/15
149/17 149/18 152/2 153/22
153/23 154/2 154/16 156/25
158/16 161/14 164/12 165/1
165/8 166/18 166/25 167/17
167/21 169/20 170/23 171/1
172/15 175/9 176/6 179/1
183/8 183/9 183/22 187/7
188/23 190/21 190/22 191/9
191/12 198/9 199/5 201/21
201/21
Thanks [3] 165/17 180/5
180/6
that [240] 142/2 142/3 142/6
142/10 142/14 142/14
142/16 142/19 143/2 143/7

143/24 144/2 144/4 144/5
144/9 144/12 144/12 144/14
144/19 144/25 145/2 145/3
145/4 145/11 145/12 145/22
145/22 146/3 146/14 147/16
147/19 147/23 148/14
147/10 149/12 150/9 150/10
150/12 150/12 150/17 151/2
151/4 151/14 151/15 152/17
152/20 153/12 153/15
153/15 154/14 155/1 155/2
155/5 155/6 155/7 155/12
155/16 155/18 155/20
155/22 155/25 156/4 156/8
156/15 156/22 156/25 157/3
157/7 157/16 157/25 158/3
158/8 158/13 158/13 159/1
159/5 160/6 160/13 160/15
160/25 161/2 161/4 162/1
162/11 162/17 162/23
163/23 164/1 164/9 164/18
164/23 164/25 165/3 165/4
165/12 165/13 166/19 168/4
168/16 168/20 168/21 169/4
170/6 170/6 170/7 170/16
171/9 171/17 171/23 172/4
172/14 172/21 173/8 173/12
173/16 173/21 173/21
173/24 174/8 174/11 174/20
175/6 175/11 175/19 175/20
176/1 176/20 176/21 177/11
177/13 178/3 178/7 178/14
179/7 179/20 179/23 180/12
181/1 181/6 181/14 182/9
182/12 182/12 182/13
182/23 182/23 183/19
183/24 184/16 185/12
185/13 186/8 186/13 186/20
187/21 188/1 188/10 188/14
188/15 188/18 190/18
190/19 191/18 191/18 192/5
192/8 193/1 193/13 193/14
193/16 193/18 193/18
193/23 194/1 194/3 194/5
194/15 194/18 194/20
194/21 194/25 195/3 195/8
195/10 195/11 195/13
195/16 195/18 196/7 196/13
196/13 196/25 197/6 197/14
197/15 197/16 197/17
197/18 198/7 199/3 199/9
199/10 199/13 199/19
199/25 200/2 200/23 200/24
201/1 201/3 201/4 201/6
201/8 201/9 201/12 202/2
202/3 202/11 202/15 202/18
202/23 202/25 203/13
203/19 203/25 204/4 204/4
204/17 204/19 204/19 205/1
205/2 205/3 205/14 205/17
205/21 207/8
that's [36] 142/24 146/11
147/14 148/6 155/9 159/24
160/17 161/5 161/7 163/23
164/12 166/25 174/12 180/8
182/10 183/18 185/2 185/3
185/4 185/9 186/15 186/21
187/25 189/23 191/4 191/12

200/12 200/24 202/8 205/5
205/17 206/22
their [14] 144/15 149/7
152/21 155/16 155/19
164/23 191/23 193/22
193/25 195/23 200/13
200/14 201/5 206/9
them [34] 147/2 157/15
163/23 164/1 164/23 165/13
168/3 168/4 168/5 168/6
168/11 174/21 174/24 178/6
178/24 178/25 179/7 179/10
183/16 185/18 186/12
187/15 188/9 188/19 189/6
190/10 192/1 193/12 196/21
197/13 197/14 198/25 199/3
206/4
themselves [2] 193/3 204/16
then [24] 142/2 142/19
145/14 147/22 155/9 158/13
159/6 162/9 163/5 185/9
187/23 187/23 187/23 188/4
189/24 189/24 197/19 199/7
199/25 200/17 201/12
204/12 205/9 207/1
there [28] 142/6 142/11
149/6 153/18 155/11 158/12
160/3 162/1 166/21 171/22
174/4 179/3 180/16 181/22
184/16 185/4 188/1 191/19
195/23 196/16 196/21 200/7
200/20 201/7 202/7 202/13
204/17 205/14
there's [7] 144/3 167/1
183/25 197/10 197/11
202/17 205/14
these [10] 151/2 152/23
152/24 153/10 161/7 185/17
186/25 187/1 193/23 194/21
they [45] 141/23 142/16
142/19 142/19 142/20
142/22 142/24 143/4 143/5
143/11 145/11 145/12
146/10 146/10 146/10
155/19 160/18 162/25
164/21 178/9 178/18 179/21
179/22 179/23 180/1 180/25
182/9 184/22 184/24 185/11
185/11 185/12 186/5 186/6
187/18 187/18 187/11
197/15 198/5 201/25 202/1
202/22 204/4 206/4 207/1
thing [4] 142/18 154/12
159/8 201/18
things [8] 143/5 144/5 148/12
152/23 152/24 152/25 153/2
179/5
think [63] 144/6 144/8 145/4
145/11 145/18 145/19
145/21 146/3 146/10 148/12
148/13 148/13 152/19 153/8
154/6 155/7 155/22 156/6
156/10 157/18 159/3 159/4
161/2 162/23 163/2 165/4
166/5 168/24 171/23 173/8
173/12 173/24 174/5 174/20
176/23 177/3 182/18 182/20
183/18 185/15 186/4 186/5

think... [21] 186/9 191/17
196/25 197/2 197/5 197/6
197/17 197/20 198/5 199/13
199/13 199/17 200/8 200/12
201/23 202/5 202/8 203/17
204/22 205/1 205/6
thinking [1] 179/7
Third [1] 194/1
this [73] 142/17 145/18
146/17 147/4 147/22 147/25
148/11 150/8 151/12 151/16
152/3 152/17 153/4 153/21
154/3 154/6 154/13 155/11
156/1 156/7 156/9 156/12
156/21 157/16 157/23
160/14 160/24 161/3 164/2
165/2 167/1 168/9 168/22
168/25 169/11 170/8 172/3
172/9 172/19 173/22 175/17
175/17 175/22 176/21
180/12 181/12 181/23
182/14 182/16 182/23
185/21 186/14 187/6 188/3
189/6 190/2 190/2 190/3
190/6 190/22 195/9 199/16
199/18 200/1 200/1 201/7
201/15 202/3 202/22 203/5
203/6 203/19 204/6
those [8]  144/5 163/25
178/17 188/14 188/24
189/20 197/7 197/8
though [1]  160/24
thought [3]  155/20 157/9
192/4
three [4]  151/13 157/3
172/22 172/23
through [20]  147/24 150/4
150/4 153/14 156/4 156/7
156/15 157/3 161/1 161/23
170/4 170/7 170/16 192/16
193/9 200/3 202/6 204/5
204/12 204/12
Thursday [4]  150/8 206/1
206/2 206/12
time [10]  142/4 143/1 162/16
181/2 185/10 188/4 190/15
190/24 191/15 205/9
times [2]  194/10 206/4
tired [1]  165/11
today [16]  147/10 150/1
166/5 166/5 166/12 177/20
179/20 179/21 179/24
180/18 185/15 187/13
187/16 187/17 189/19 207/1
together [3]  185/6 189/24
190/5
told [3]  152/17 155/12
196/18
tomorrow [20]  179/22 180/1
183/16 184/19 185/17
185/18 186/10 186/12
187/13 188/5 190/10 190/13
190/19 190/23 196/17
196/18 196/22 205/18
205/19 207/3
too [6]  161/9 163/5 164/17
179/15 199/17 201/23
top [1]  153/2

Totally [1]  185/14
tough [1]  158/4
town [1]  177/23
track [2]  199/12 202/18
tracks [3]  196/5 198/23
202/11
trade [1]  148/9
trained [1]  174/23
TRANSCRIPT [1]  140/8
transcription [1]  207/9
travel [12]  141/16 141/17
150/3 150/9 152/3 152/4
152/5 157/1 161/22 173/10
177/17 180/19 180/24
treat [5]  147/25 151/4 175/21
182/13 182/25
treating [1]  195/4
trial [11]  140/8 142/17
155/13 161/2 187/23 189/6
189/25 191/18 191/18 193/9
207/4
tried [1]  179/25
trip [3]  154/7 157/3 165/3
trouble [2]  147/10 158/8
true [2]  193/14 193/19
truth [1]  195/6
try [7]  145/6 146/4 146/10
190/24 190/25 191/2 191/18
trying [3]  185/24 187/14
187/24
TSC [1]  140/3
Tuesday [4]  140/4 142/1
142/4 143/7
turns [1]  156/18
two [13]  142/21 150/6
150/20 152/4 152/20 153/20
157/13 184/25 185/18 190/6
191/17 191/19 195/23
two-week [1]  152/4

U

ultrasound [1]  201/9
unable [3]  155/2 176/20
176/25
uncertain [1]  143/5
under [4]  186/4 186/4 188/1
196/13
underlie [1]  193/16
underlying [4]  193/3 193/19
194/2 198/14
understand [11]  156/4
160/18 161/9 171/21 172/2
181/23 196/9 196/10 196/10
200/7 201/13
understanding [2]  184/22
184/25
unexpected [2]  155/25
185/19
unfortunate [1]  182/12
unfortunately [1]  189/21
unified [1]  192/7
UNITED [9]  140/1 140/2
140/9 140/12 163/8 192/22
196/5 196/7 198/22
unless [5]  142/9 154/7 167/1
184/17 186/15
unpleasant [2]  157/20 182/5
until [5]  141/24 142/20
177/11 206/9 207/1

146/13 147/8 147/23 150/14
153/20 153/24 154/13
155/24 158/17 164/13
164/16 164/18 166/21 169/2
173/15 176/2 178/6 180/2
182/9 182/21 184/18 185/14
196/7 199/7 203/9 205/14
upon [2]  200/2 200/16
us [8]  155/22 162/10 172/21
183/24 184/4 185/12 187/17
187/18
use [1]  190/4
used [2]  193/20 198/22
uses [1]  204/11
using [1]  196/5
usually [3]  143/12 143/18
146/11
usurp [1]  194/25

V

vacation [5]  153/13 158/23
177/23 178/2 178/7
valid [1]  194/23
Vegas [1]  161/24
verdict [30]  155/3 156/8
160/11 160/11 171/22 174/1
174/2 177/8 191/22 195/22
197/1 197/11 197/12 197/17
198/21 198/22 199/12
199/22 201/3 201/15 201/16
201/16 201/24 201/24 202/3
202/6 202/11 202/15 202/23
203/4
version [1]  191/23
versus [4]  192/22 196/6
196/7 198/22
very [8]  155/17 156/14
157/13 161/1 182/12 190/25
200/9 206/8
victim [1]  143/22
view [2]  145/1 158/5
views [1]  157/6
Virginia [2]  143/9 206/4
vision [2]  162/16 162/20
voir [10]  179/19 183/17
186/13 187/15 187/19
189/22 190/4 191/1 196/21
206/25
voluminous [5]  192/25 193/3
193/5 194/2 194/14
vs [1]  140/4

W

wait [5]  141/24 166/20
185/16 190/13 207/1
waiting [1]  191/17
walker [1]  172/1
walking [1]  182/10
want [18]  144/25 154/6
160/10 163/1 165/12 172/9
174/1 184/20 185/16 187/6
188/17 190/4 196/10 197/9
197/10 197/12 201/14
203/18
wanted [1]  202/14
wants [2]  200/5 202/18
was [63]  141/6 141/9 143/8
145/22 146/7 146/13 147/5
148/7 148/8 149/8 149/10

151/12 155/18 155/20
151/23 155/22 155/25 159/3
159/17 160/3 160/4 160/5
160/8 160/11 162/15 162/17
163/8 163/12 173/23 174/7
174/8 175/6 175/15 176/1
176/24 178/18 179/7 182/8
182/9 182/10 184/22 184/24
185/23 186/1 187/8 187/14
187/24 188/8 188/10 188/25
196/16 197/15 198/1 200/6
201/3 201/11 202/15 202/15
202/15
Washington [7]  140/4 140/13
140/19 140/22 148/7 149/7
207/15
wasn't [3]  177/1 177/2
177/14
wavered [1]  146/2
way [13]  142/11 143/4
145/12 155/3 163/14 177/8
184/14 188/1 190/7 196/17
200/6 200/14 200/23
we [156]  141/2 141/7 142/2
142/15 142/16 142/20
143/15 143/15 143/16
143/18 145/19 145/19 146/9
147/16 154/4 154/4 155/20
155/21 155/22 158/22
158/25 159/1 159/2 159/3
159/4 160/12 162/11 162/24
165/3 165/12 165/13 169/14
171/12 171/12 171/14
171/15 171/16 172/21
172/22 172/23 172/23
172/25 173/8 173/9 173/12
173/25 174/3 179/17 179/17
179/23 180/14 180/18
181/11 181/12 181/18
181/18 181/19 181/24
181/25 181/25 183/10
183/11 183/11 183/12
183/14 183/16 183/17
183/23 184/4 184/16 184/16
184/17 184/17 184/18
184/19 184/22 184/24
184/25 185/1 185/5 185/10
185/13 185/14 185/15
185/16 185/24 186/8 186/8
186/11 186/13 186/13
186/13 186/20 186/21
186/21 187/3 187/5 187/10
187/12 187/13 187/15
187/20 188/1 188/6 188/10
189/18 189/19 189/20
189/21 189/24 190/3 190/4
190/15 190/16 190/20
190/22 190/24 190/25 191/1
191/4 191/15 191/17 196/22
197/19 199/8 199/21 200/16
200/17 201/7 202/11 202/12
202/12 202/14 202/18
203/24 204/2 204/4 204/14
205/1 205/1 205/2 205/4
205/6 205/7 205/9 205/18
205/21 205/24 205/24 206/1
206/4 206/9 206/15 206/18
206/23 207/1

**W**

We'll [3] 171/13 171/13 196/21
we've [2] 159/2 184/3
wear [2] 147/1 147/2
WebEx [1] 143/15
Wednesday [1] 153/14
week [11] 141/18 142/1 142/12 150/8 152/4 154/14 177/18 177/20 181/13 206/1 206/22
weekend [2] 162/1 165/3
weeks [3] 150/6 153/20 185/18
weigh [1] 158/1
weight [2] 144/21 144/21
well [19] 143/25 144/21 146/9 148/12 150/23 153/4 156/1 156/19 162/10 163/24 167/17 168/4 179/5 180/13 192/19 197/4 200/11 202/20 205/7
went [3] 149/9 156/4 156/7
were [21] 141/7 144/14 148/22 150/6 159/16 160/6 160/7 160/11 160/12 172/3 172/8 172/9 174/2 174/3 178/6 178/21 181/11 188/10 189/20 194/11 202/22
what [78] 141/16 141/19 142/4 142/24 144/9 145/13 146/25 148/14 148/15 148/25 149/5 149/6 149/23 150/2 150/22 151/22 151/25 152/17 153/9 154/22 155/4 155/12 155/18 156/3 156/6 159/14 160/6 160/10 160/19 161/22 163/12 165/21 166/10 166/14 167/10 167/12 168/1 169/11 169/13 169/18 169/25 171/5 171/19 173/6 174/13 175/15 176/13 176/24 177/22 178/17 180/9 180/17 181/2 184/19 186/15 187/13 187/18 188/4 189/22 190/1 191/5 195/2 195/2 196/13 196/13 197/1 197/3 198/6 198/6 198/7 198/24 199/14 200/12 200/17 202/5 202/15 204/10 205/5
what's [8] 150/16 153/2 164/9 172/4 191/11 198/24 201/25 202/19
whatever [2] 201/14 205/12
wheelchair [1] 171/25
Wheeler [3] 196/6 198/23 202/12
when [30] 141/25 146/21 148/22 150/6 150/6 153/2 153/19 153/19 159/8 162/4 162/19 166/3 168/11 173/10 177/24 178/18 180/21 181/4 181/6 185/10 186/5 187/10 190/13 196/12 201/2 201/25 203/14 203/15 203/19 204/4
where [15] 143/9 156/22 159/21 165/23 165/24 170/13 172/21 186/8 190/4 190/9 190/10 191/3 191/17

whereas [2] 196/2 198/12
whether [7] 145/9 151/7 164/7 185/16 201/6 201/8 201/11
which [23] 141/14 142/21 143/11 148/9 152/12 161/19 162/13 184/3 184/22 184/24 187/5 187/19 191/21 192/13 192/14 192/15 193/7 196/6 200/14 200/17 200/18 201/9 202/21
while [5] 159/11 179/5 179/14 186/13 190/20
who [22] 141/6 142/6 143/24 146/9 150/20 151/3 151/10 162/24 163/25 175/5 179/18 179/18 180/15 180/16 183/14 186/9 187/22 188/3 188/10 189/20 192/6 206/3
who's [1] 191/6
whole [6] 159/1 174/16 181/9 190/4 200/1 201/7
whose [1] 154/6
why [8] 142/22 143/2 172/12 177/6 196/9 196/10 196/10 205/7
wide [2] 180/17 180/17
wife [1] 152/21
will [67] 142/14 142/24 144/12 146/8 146/15 147/12 147/13 159/6 160/25 162/11 162/23 164/23 164/25 165/4 165/14 171/15 171/16 172/19 172/23 173/8 173/9 173/13 179/13 184/1 186/20 186/22 187/3 187/5 187/18 187/19 187/20 188/4 189/24 190/8 190/8 190/10 190/15 190/25 191/7 193/12 193/18 194/18 194/22 195/10 195/15 196/12 197/4 197/16 199/7 202/23 202/25 203/5 203/7 203/15 204/15 204/22 204/23 205/9 205/13 205/23 205/23 205/24 205/25 206/18 207/1 207/1 207/3
Willis [22] 140/11 144/24 149/16 151/18 154/10 156/14 158/19 158/24 161/12 164/15 166/23 169/10 170/21 176/4 182/21 188/16 199/2 201/17 201/19 201/21 202/8 203/23
Winston [1] 140/17
wished [1] 183/18
without [4] 190/22 194/8 200/19 206/20
witness [16] 144/18 151/5 151/5 158/2 182/15 183/1 194/25 203/3 203/14 203/17 203/21 203/22 204/6 204/7 204/9 205/10
witness's [2] 158/3 162/24
witnesses [3] 147/12 193/9 194/25
woman [1] 186/10
won't [3] 142/20 158/25 190/18

198/7 199/10
words [3] 160/22 172/8 195/13
work [19] 141/24 142/20 143/15 143/16 143/19 145/19 147/19 148/23 151/23 160/19 167/12 162/12 169/13 169/16 174/16 175/11 180/13 180/20 181/3
workable [1] 171/17
worked [4] 149/7 149/8 150/25 163/25
working [3] 166/10 166/12 181/7
works [4] 150/24 152/21 163/23 166/13
would [98] 142/2 142/22 143/2 143/16 143/18 144/6 144/13 144/15 144/48 144/21 144/22 144/22 145/2 145/6 145/9 145/11 145/13 145/25 146/3 146/3 146/5 146/10 146/10 147/20 147/24 147/25 151/3 151/15 152/17 153/8 155/2 155/7 156/6 156/22 157/16 157/25 158/2 158/2 158/4 158/5 158/7 158/11 158/13 158/14 158/22 159/1 160/13 161/5 162/13 163/9 164/1 170/7 170/15 172/9 173/12 173/21 174/20 174/22 175/20 175/24 176/20 176/25 178/4 178/7 178/9 178/22 178/23 179/4 179/6 179/10 180/12 181/14 181/16 181/22 182/12 182/13 182/15 182/16 182/23 183/16 183/24 184/3 186/11 189/22 190/1 190/1 194/8 198/2 198/5 200/24 202/18 203/15 204/4 204/4 205/4
wouldn't [2] 172/13 181/19
write [1] 144/9
writings [1] 192/25

**Y**

yeah [14] 144/22 152/19 153/12 156/10 157/13 163/5 177/4 177/9 177/18 177/21 178/16 178/25 189/16 191/8
year [2] 142/21 147/5
years [6] 142/21 148/6 151/13 157/3 157/23 174/7
yes [74] 141/13 143/14 143/23 144/8 144/9 146/24 147/22 148/3 148/17 149/14 149/22 150/19 151/9 151/21 152/11 154/21 154/24 155/5 156/17 157/2 157/22 159/5 159/10 159/13 159/17 159/20 160/2 160/12 161/18 161/19 162/19 163/4 163/11 163/18 164/19 164/25 165/20 166/20 167/9 167/25 168/10 168/17 169/1 169/13 169/17 169/24 170/1 170/5

174/5 175/4 175/9 176/12 176/15 176/15 176/25 177/12 177/15 180/10 183/4 185/5 185/21 186/24 189/8 196/24 196/25 201/20 203/9 203/11 205/17 206/14
yeses [1] 168/5
yet [2] 180/16 202/21
York [1] 140/12
you [393] 141/3 141/8 141/12 141/14 141/19 141/21 141/25 142/2 142/7 142/11 143/2 143/21 144/3 144/6 144/6 144/14 144/14 144/15 144/15 144/18 144/19 145/1 145/2 145/3 145/4 145/4 145/8 145/9 145/13 145/17 145/23 146/13 146/20 146/21 146/23 146/25 147/9 147/15 147/15 147/16 147/23 147/25 148/11 148/12 148/12 148/12 148/13 148/13 148/14 148/14 148/16 148/16 148/19 148/22 148/25 149/6 149/17 149/18 149/21 149/23 150/2 150/9 150/22 151/4 151/7 151/15 151/22 152/2 152/10 152/12 152/17 152/20 152/24 153/1 153/8 153/8 153/9 153/22 153/22 153/23 154/14 154/22 154/7 154/16 154/19 154/22 155/2 155/2 155/3 155/15 155/12 155/14 156/5 156/6 156/6 156/6 156/8 156/11 156/16 156/18 156/19 156/21 156/22 156/22 156/25 157/5 157/9 157/17 157/19 157/24 157/25 158/1 158/3 158/7 158/8 158/16 159/7 159/8 158/16 159/7 159/8 159/11 159/11 159/14 159/18 159/21 160/6 160/7 160/11 160/14 160/19 160/19 160/25 161/1 161/2 161/2 161/14 161/17 161/19 162/4 162/7 162/10 162/12 162/13 162/15 162/19 162/19 162/20 162/23 163/1 163/2 163/2 163/10 163/16 163/17 163/19 163/24 163/25 164/1 164/4 164/7 164/12 164/17 164/18 164/21 164/22 165/1 165/8 165/14 165/16 165/17 165/15 165/21 165/23 166/7 166/18 166/25 167/8 167/10 167/12 167/17 167/21 167/24 168/1 168/4 168/5 168/8 168/11 168/12 168/14 168/18 168/20 168/24 168/24 169/3 169/5 169/13 169/20 169/23 169/25 170/3 170/6 170/7 170/10 170/13 170/15 170/23 170/25 171/1 171/1 171/3 171/5 171/8

**Y**

you... [179]  171/9 171/15
171/19 171/21 171/21
171/22 171/22 171/23
171/23 172/2 172/3 172/3
172/4 172/8 172/9 172/9
172/9 172/15 173/4 173/6
173/10 174/2 174/10 174/13
174/20 174/20 174/21
174/25 175/9 175/17 175/20
176/6 176/8 176/9 176/11
176/13 176/15 176/20
176/20 176/21 176/25
176/25 177/3 177/3 177/5
177/6 177/7 177/7 177/8
177/10 177/13 177/16 178/2
178/7 178/13 178/21 178/22
178/22 178/23 178/23 179/1
179/14 179/15 179/16 180/4
180/5 180/7 180/9 180/11
181/2 181/4 181/6 181/14
181/23 182/3 182/3 182/13
182/15 182/23 182/24 183/3
183/3 183/8 183/9 183/22
184/4 184/18 184/20 184/23
185/6 185/14 185/16 185/21
185/22 186/7 186/8 187/7
187/11 187/12 187/22
187/24 188/2 188/4 188/18
188/23 188/23 189/2 189/3
189/6 189/7 189/20 189/24
190/1 190/1 190/8 190/9
190/10 190/13 190/13
190/14 190/15 190/16
190/18 190/18 190/19
190/21 190/22 190/22
190/23 191/3 191/5 191/5
191/6 191/6 191/7 191/9
191/10 191/12 192/1 196/10
196/13 197/14 197/16 198/9
199/2 199/5 199/7 200/24
201/13 201/14 201/17
201/21 201/21 202/5 202/7
202/11 202/17 202/24 203/6
203/9 203/13 203/15 203/20
203/23 204/19 204/23 205/3
205/7 205/8 205/11 205/13
205/17 206/13 206/16
206/19 206/19 206/21
206/22 207/3
you've [1]  168/12
younger [1]  178/18
your [133]  141/11 141/16
141/16 142/4 143/3 143/19
143/21 144/5 144/23 145/1
145/3 145/8 145/16 145/25
147/17 147/18 147/18
147/20 147/24 148/3 148/19
148/23 149/5 149/17 150/6
150/6 150/16 151/3 151/14
151/21 152/7 152/18 153/19
153/19 153/25 154/1 154/18
155/3 155/4 155/12 156/3
156/7 156/8 156/23 157/7
157/15 157/19 158/2 158/18
158/20 158/22 160/10
161/11 161/13 161/22
162/21 162/23 163/3 163/19
164/7 164/9 164/14 164/17

166/24 167/4 167/19 167/20
168/21 169/9 170/16 170/20
170/22 171/16 172/9 172/17
173/3 173/17 173/22 173/23
174/18 174/19 174/19
174/22 175/2 175/11 175/20
175/23 176/3 176/5 176/24
177/22 177/24 178/13
178/15 180/21 180/24
181/12 181/13 182/4 182/13
183/7 183/20 183/21 185/3
188/15 188/22 189/2 189/2
189/4 189/5 190/21 190/22
195/24 196/25 197/7 199/1
199/5 201/21 202/6 202/7
202/10 203/8 203/11 203/16
204/21 205/11 206/12
206/14 206/17
yourselves [1]  185/22

**Z**

Zoom [4]  205/22 205/23
206/3 206/8