UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       .
                                .
            Plaintiff,          .    CR No. 19-0255 (TSC)
                                .
      v.                        .
                                .    Washington, D.C.
FREDERICK GOODING,              .    Wednesday, September 7, 2022
                                .    9:34 a.m.
            Defendant.          .
. . . . . . . . . . . . . . . ..    Morning Session

DAY 2
TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE

<u>APPEARANCES</u>:

For the Government:         JILLIAN D. WILLIS, ESQ.
                            JIL SIMON, ESQ.
                            U.S. Department of Justice
                            1400 New York Avenue NW
                            Washington, DC 20005
                            (202) 353-0822

For Defendant:              MICHAEL J. KHOURI, ESQ.
                            Khouri Law Firm, APC
                            2222 Martin
                            Suite 215
                            Irvine, CA 92612
                            (949) 336-2433

                            FREDERICK D. COOKE, JR., ESQ.
                            Rubin, Winston, Diercks,
                            Harris & Cooke, LLP
                            1250 Connecticut Avenue NW
                            Suite 700
                            Washington, DC 20036
                            (202) 861-0870

Court Reporter:             BRYAN A. WAYNE, RPR, CRR
                            U.S. Courthouse, Room 4704-A
                            333 Constitution Avenue NW
                            Washington, DC 20001
                            (202) 354-3186

                    P R O C E E D I N G S

1            THE DEPUTY CLERK:  Your Honor, we have criminal action

2    19-255, United States of America versus Frederick Gooding.

3    We have Ms. Jil Simon and Ms. Jillian Willis representing the

4    government and Mr. Frederick Cooke, Jr. and Mr. Michael Khouri

5    representing Mr. Gooding, all appearing in person.

6            THE COURT:  All right.  Good morning, everyone.

7    Thank you all for being so prompt.  We are picking a jury in the

8    case of United States versus Frederick Gooding.  My name is

9    Judge Chutkan, and I'm presiding over this trial.

10       The reason you're here and there's so few of you -- and

11   I'm going to take my mask off when I'm speaking into the

12   microphone -- is because we started picking a jury in this case

13   yesterday and we ran short of jurors, qualified jurors.  So we

14   have come back this morning, and we're only questioning about

15   10 of you because we don't need very many more.  So, hopefully,

16   this will not be -- will not take too long.

17       And I'm going to introduce you to the case and read you some

18   questions.  If at any time -- you've already met Mr. Bradley,

19   and you should have been provided index cards --

20           THE DEPUTY CLERK:  I'm doing it now, Judge.

21           THE COURT:  All right.  Thank you, Mr. Bradley.

22        Thank you.  As I said, ladies and gentlemen, I am Judge

23   Chutkan, and I'm presiding over this case.  You've been

24   called to this courtroom for possible selection as a juror

1    in the case of United States versus Frederick Gooding.

2        First, let me introduce you to the court employees, some

3    of whom you have already met, and explain to you how we will

4    proceed.  It's a common fallacy that the most important person

5    in the courtroom is the judge.  That is not true.

6        As you can tell, the most important person in this

7    courtroom is Mr. Bradley, my courtroom deputy clerk, who

8    runs things, arranges things, makes sure all the trains are

9    running on time.

10       To my right is another very important person in the

11   courtroom, Mr. Bryan Wayne.  Sometimes there will be a

12   different court reporter here, but he's generally assigned

13   to me.  He'll be keeping a transcript of all the proceedings.

14       To my left is one of my law clerks, Kirby Mayo, and I

15   will introduce the lawyers and the parties in a moment.

16       Now, you're here because we have to select 12 jurors

17   to hear this case and two alternates.  The purpose of jury

18   selection is to select jurors who have no prior knowledge

19   of the case and no bias towards either side in this case.

20       To help the parties learn more about you, I will be asking

21   you questions during a process we call voir dire, or some

22   people call it voir dire.  There are no right or wrong answers

23   during this process, only truthful ones.

24       Now, you all have by now an index card and a pen or pencil.

25   Please write the last four digits of your juror number in the

1    upper right-hand corner of the index card.  We will not be

2    referring to you by your name in this process; we will be

3    referring to you by juror number for your own privacy.

4    So the last four digits of your juror number in the upper

5    right-hand corner of your index card.

6        I'm going to ask you a series of questions that can be

7    answered with a yes or no.  If you have a yes answer to a

8    particular question or if you think you might but are not

9    sure, write down the number of the question on your index

10   card.  Better to be overinclusive than underinclusive.  You

11   don't have to put down why you have a yes answer.  I'll hear

12   your reason for your yes answer up here.

13       You'll sit in the -- actually, they're -- oh, the witness

14   box.  I'll have the husher on and the attorneys can hear what

15   you have to say about why your answer is yes.  But just put

16   the question number for which you have a -- for the question

17   for which you have a yes answer. Once I finish your questions,

18   I will follow up with each of you individually during the voir

19   dire process when you come up here to the witness stand.

20       Now, again, we'll be calling you by juror number, not by

21   name, and I'll be referring to you by your juror number, not

22   your name.  That's not because this case is particularly

23   dangerous or there are any problems; that's how we do it in

24   every case.  It's nothing unusual about that.

25       When the follow-up questioning is over, I'll decide and hear

1     motions from the parties as to whether any juror should be
2     excused for cause, and then the lawyers will have their chance
3     to make their selections.
4         We'll bring all the jurors from yesterday into the courtroom,
5     and then we will have -- the lawyers for the parties will make
6     their selections and then we will impanel and swear the jury.
7     After you're impaneled and sworn, you'll hear more instructions
8     about the case and about the trial, and those who are not
9     selected will return to the jury lounge.
10        So, before we begin the process, I'll ask Mr. Bradley to
11    administer the oath to you all.
12        (Jury panel is sworn.)
13        All right.  Now that you've been sworn we will begin the
14    voir dire.  And again, the term "voir dire" is a legal term that
15    comes from French and it means *to speak truthfully*, and so that
16    you're bound by the oath you've just taken to speak truthfully
17    in response to my questions.
18        Some of the questions I ask may seem to touch upon matters
19    that are personal to you, and please understand it's not my
20    intention or my desire and it's not the desire of the parties
21    to invade your privacy or to embarrass you.  Our only wish is
22    to select the fairest, most impartial jury possible.
23        Each of the parties has a vital interest in this matter
24    and wants to be assured that jurors will have no biases or
25    prejudices about the case, and that the verdict that is returned

1     is based only on the law and the evidence.  Therefore, it's

2     important that you be extremely straightforward with us in your

3     responses so we may more easily select the jury for this case.

4         So the first question, question No. 1:  Do any of you know or

5     recognize me, or any person on my staff?  That's question No. 1.

6     If the answer is yes, write No. 1.

7         Question No. 2.  The lawyers representing the United States

8     during trial will be the Department of Justice attorneys Jillian

9     Willis and Jil Simon.  Ms. Willis and Ms. Simon have stood.

10    Assisting them at trial will be Mackenzie Slater.  Ms. Slater?

11    Thank you.

12        The lawyers representing the defendant will be Michael Khouri

13    and Frederick Cooke.

14        (Counsel stand.)

15        All right.  Do any of you believe that you know or have any

16    connection or any association with any of these people,

17    Ms. Willis, Ms. Simon, Mr. Cooke, Mr. Khouri, or Ms. Slater,

18    then write No. 2 on the index card.

19        The defendant in this case is Dr. Frederick Gooding.

20    Dr. Gooding?  Thank you.

21        (Defendant stands.)

22        Do you believe that any of you know or have any connection

23    to or association with Dr. Frederick Gooding?  If you do, write

24    No. 3 on your index card.

25        Now, question 4.  The government will call a number of

1   witnesses to testify during the trial.  The defense may choose

2   to do so, but it is not required to call witnesses or put on any

3   evidence.  I'm going to ask each party -- out of an abundance of

4   caution, I'm going to ask each party to introduce or read a list

5   of names of witnesses that you may hear from or about during the

6   trial.  Not all of these witnesses will necessarily testify, but

7   they are being introduced, again, just to make sure, to

8   determine whether any of you recognize or think you may know any

9   of the potential witnesses in this case.

10      So after the government and the defense have stated the names

11   of possible witnesses, if you think you recognize or think that

12   you may know any of these witnesses, please write down No. 4 and

13   the name of the person you think might know.

14      So, Ms. Willis and Ms. Simon?  Ms. Willis, thank you.

15          MS. WILLIS:  Good morning.  During the course of the

16   trial you may hear from or about Karen Mackey, Gregory Browne,

17   Allene McDuffie, James Gilchrist, Judith Mason, Maya Parrott,

18   Erika Wright, Dr. Juan Schaening-Perez, Alice Mierzwa,

19   Patricia Davis, FBI Special Agent Jason Coe, FBI Special Agent

20   Adam Pool, HHS-OIG Special Agent Jamila Shelton, and Stephen

21   Quindoza.

22          THE COURT:  Thank you, Ms. Willis.

23      Mr. Khouri, if you would just say the names of any people

24   the jury may hear from or about.

25          MR. KHOURI:  Good morning again.  As the judge said,

1    I'm Mike Khouri.  And the witnesses the defense may call --
2    I want to emphasize *may* call -- in this case are:  Lena
3    Thompson, Kenrick Cooper, Erika Wright, Georgeann Edford,
4    Wilhelmena Goff, the Reverend Darrell Macklin, Joseph Burden,
5    Stephen Seabron, Dr. Raymond Patterson, and Mr. Phil Becnel.
6    Thank you.
7         THE COURT:  Thank you, Mr. Khouri.
8      So, ladies and gentlemen, if you recognize any of the
9    names or think you may know any of the people that either the
10   government or the defense mentioned, you should write down the
11   number 4 and the name of the person you believe you may know
12   or be familiar with.
13     All right.  Question 5.  The United States has charged the
14   defendant with committing healthcare fraud against the federal
15   Medicare health insurance program.  Have any of you -- do you
16   believe you have seen, read, or heard anything about this
17   case?  If you have, answer question 5.  That will be 5a.
18     5b.  Have you formed an opinion about Dr. Frederick Gooding
19   because of any personal experience you have had or because
20   of any personal experience someone close to you has had?
21   That would be 5b.  If you have a yes answer, write 5b.
22     5c.  Is there anything about this case, based on what I've
23   just told you, that could affect your ability as a juror to
24   give all the parties in this case a fair trial?  That's 5c.
25     Question 6.  Do any of you have any planned vacations or any

1    significant obligations that would interfere with your

2    availability to sit as a juror during this trial?  And I will

3    tell you that the parties estimate -- of course, trials are

4    unpredictable things but the parties are experienced lawyers

5    and they estimate that the evidence -- we'll finish putting on

6    the evidence in this case on Friday, the 16th of September.

7    That is a week and a half from now.  Next week Friday.

8        Now, obviously, none of us can predict how long deliberations

9    will last; that's entirely up to the jury, but at least for your

10   planning purposes, we expect the evidence to be -- presentation

11   of the evidence to be completed by next Friday.

12       At this point I just want to remind you that most people

13   don't eagerly look forward to their jury service, but it is a

14   very important part of our civic obligation, right up there with

15   voting.  It is essential to the functioning of the rule of law

16   and to our democratic system, and I can't tell you how important

17   it is and that we can't do these trials and we can't administer

18   justice without you, without jurors.

19       The District of Columbia is unique among many states in this

20   country, and the United States is unique among many countries

21   because we entrust our citizens with a very, very grave and

22   serious responsibility of deciding the guilt or innocence of

23   their fellow citizens.

24       And I will tell you, I have served on a jury in the District

25   of Columbia while I have been a judge.  So no one's exempt.  I

1    have seen Supreme Court justices sitting in the jury lounge.
2    So everyone has to show up and everyone has to be considered
3    and I appreciate you all being here.
4        All of which is to say, if you're going to be inconvenienced
5    by -- the question 6 does not ask about inconvenience.  It means
6    if you have solid plans to travel or some other very solid,
7    difficult-to-move plans that would make you unavailable to sit
8    through next week and possibly sometime into the following week,
9    then please write question 6.
10       Question 7.  Do you have any difficulty seeing or hearing
11   that would make it difficult for you to follow or receive the
12   evidence presented in this case?  That's question 7.  That
13   doesn't mean you can't be a juror, it just means we simply
14   need to know so we can make any necessary accommodations that
15   we have to make.  So if you have any trouble seeing or hearing.
16       Question No. 8.  Are you taking any medications or do you
17   have any physical conditions that could make it difficult for
18   you to sit as a juror and give your full attention to the trial
19   and the evidence in this case?  That's question 8.  And
20   frequently people are taking medication.  Sometimes the
21   medication might make you a little -- if you have to sit for
22   a long time, sometimes people have to get up, they might get
23   a little drowsy.  We will take frequent breaks during trial,
24   so bear that in mind as well.
25       But if you're taking medication or have a physical condition

1    that might make it difficult for you to sit as a juror and

2    give your full attention to the trial, please write down

3    question No. 8.

4       Question 9.  Do you have any difficulty speaking,

5    understanding, reading or writing the English language?

6    That's question 9.

7       And by the way, with regard to question 7 about difficulties

8    seeing or hearing, if you have difficulty seeing, you should

9    also know that we have monitors in the jury box for all the

10   jurors.  So any exhibits that are put up will appear on the

11   screen so you'll be able to see exhibits closer up.

12      So question 9, any difficulty speaking, understanding,

13   reading or writing the English language.

14      Question 10.  Have you ever served on a jury before, either

15   in state court or in federal court?  That's question 10.

16      Question 10a.  If so, was there anything about that

17   experience you had as a juror which could in any way affect

18   your ability to sit as a fair and impartial juror in this

19   case -- in this type of case and concerning this type of charge?

20   That's 10a.

21      Question 11.  This case is being prosecuted by the United

22   States Department of Justice Criminal Division Fraud Section,

23   which is an office of the federal government, and it was

24   investigated by the Federal Bureau of Investigation, that's

25   the FBI, and the Department of Health and Human Services, that's

1    HHS, Office of the Inspector General.

2      Have you -- this is still question 11 -- have you, any

3    member of your family or close friends had any experience

4    with the DOJ, FBI, HHS, or any other law enforcement agency?

5    That's law enforcement question, 11.

6      Question 12.  Do you have any feelings or views more

7    generally about the DOJ, FBI, or HHS that might impair your

8    ability to be an impartial juror in this trial?  Not just

9    having feelings but feelings that could impair your ability

10    to be fair and impartial in this case.  That's question 12.

11      Question 13.  Has any member of your family or any close

12    friend been involved in law enforcement, including state or

13    federal police officers, sheriff's deputies, law enforcement

14    agents, FBI or HHS agents, or with any state or other federal

15    law enforcement agency?  That's question 13.

16      Question 14.  Have you, any member of your family or any

17    close friend been investigated, arrested, charged, or convicted

18    by any federal, state, or local law enforcement agency?

19      Question 15.  Have you, any member of your family or any

20    close friend previously had a significant unpleasant experience

21    with law enforcement in some important matter?  That's 15.

22      Question 16.  It is anticipated that law enforcement officers

23    will testify at this trial.  Would anything in your prior

24    experience with law enforcement make it difficult for you to

25    be impartial in considering the testimony of a law enforcement

1    officer?  You will hear an instruction that says the testimony

2    of a law enforcement officer is to be considered as you would

3    the testimony of any other witness.

4        So would anything in your prior experience with law

5    enforcement make it difficult for you to be impartial in

6    considering the testimony of a law enforcement officer.

7    That's question 16.

8        Question 17.  This part is sort of related to question 16.

9    Question 17.  Do any of you have an opinion or belief that

10   simply because an individual is a law enforcement officer,

11   FBI agent, HHS agent, or an expert retained by the government

12   that their opinion and testimony should be given more or less

13   weight?  That's question 17.

14       Question 18.  Have you, any member of your family, or any

15   close friend ever been the victim of a crime?

16       18a.  If so, is there anything about that experience that

17   could in any way affect your ability to render a verdict in

18   this criminal case, or to be fair and impartial to both the

19   defendant and to the United States?  If you've been a victim

20   of a crime.  Unfortunately, the answer these days is very often

21   yes.  If there's anything about that experience that would

22   affect your ability to be fair and impartial, then you should

23   answer 18a.

24       Question 19.  Have you ever been a witness in any type of

25   court or judicial proceeding?  That's question 19.

19a.  If so, do you feel that your experience as a witness could in any way affect your ability to be a fair and impartial -- to be fair and impartial in evaluating the testimony of the witnesses who will testify in this case?

Question 20.  Do you have health insurance through Medicare? That's 20.

21.  Have you, any member of your family, or any close friend previously had any unpleasant experience in connection with Medicare?  That's 21.

22.  Have you, any member of your family or any close friend ever been employed in the health insurance industry?  That's 22.

Question No. 23.  Have you, any member of your family or any close friend ever been the victim of healthcare fraud? That's 23.

24.  Have any of you had an especially positive or negative experience with a physician that might affect your ability to be fair in this case?  That's question 24.

Question 25.  The law provides that the defendant is presumed innocent.  The burden is on the government to prove him guilty of each element of the offense beyond a reasonable doubt.  The defendant does not have to produce any evidence at trial because he is not required to prove his innocence, nor is the defendant required to prove any fact in dispute in this case.

This instruction is based on the law.  This presumption of innocence continues through the trial unless and until the

1   government proves a defendant guilty beyond a reasonable doubt.

2   So here's the question.  This is 25.  Would any of you have

3   any difficulty following this principle, this principle of

4   presumption of innocence?  That is question 25.

5   Question 26.  The defendant, like every defendant in a

6   criminal case, has the absolute right not to testify.  Our

7   constitution provides that no defendant may be compelled to

8   testify.  If the defendant elects not to testify, you must not

9   draw any inference as to his guilt from that decision.

10  Here's the question for 26:  Would you have any difficulty

11  at all in following this principle?  That's 26.

12  27.  Do any of you think there is any possibility that you

13  might not be able to accept and follow my instructions of law

14  in this case?  That's question 27.

15  Question 28.  Do any of you have any conscientious objection,

16  religious belief, or other mental reservation such that you

17  could not, in good faith and in good conscience, sit as a juror

18  in this criminal case and return a verdict of guilty if you

19  believed from all the evidence that the United States had proven

20  its case beyond a reasonable doubt?  That's question 28.

21  Question 29.  Do you feel that for any moral or religious

22  reason that you cannot sit in judgment of another human being?

23  That's question 29.

24  Question 30.  In reaching your verdict in this case, you

25  must not be influenced in any way by either sympathy or

1    prejudice for or against either the defendant or the United

2    States.  Do any of you feel you would be unable to follow that

3    instruction?  That's question No. 30.

4        If the United States proves its case, that is, presents

5    evidence that shows beyond a reasonable doubt that the defendant

6    committed the crimes he has been charged with, will you be able

7    to find the defendant guilty, or will -- excuse me.  Will you be

8    unable to find the defendant guilty?  Either one of those.

9        If you're going to have any problem reaching a verdict in

10   this case, even if you find that the government has proven its

11   case beyond a reasonable doubt, answer question 31.

12       The last question, question 32, sort of a catch-all.  Do you

13   know of any other reason that I've not brought up that might

14   interfere with your ability to arrive at a fair and impartial

15   verdict or that causes you to feel that you cannot or should not

16   sit as a juror in this case?  It's question 32.  Any reason you

17   have that I have not brought up.

18       All right.  Thank you very much.  And we will begin voir

19   dire.  Mr. Bradley?

20           Sorry, one other question.  33.  Do any of you know any

21   other member of the jury panel?  If you know any other member

22   of the jury panel, write down question 33.  Thank you.  All

23   right.

24       (Bench conference.)

25       (Juror 0977 steps up.)

1          THE COURT:  Good morning.  Are you Juror No. 0977?

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  All right.  Which questions did you have

4      answers to?

5          PROSPECTIVE JUROR:  I had two, 11 and potentially 13.

6      I was hoping you could reread that one.  But 11 definitely.

7          THE COURT:  So 11 and possibly 13.  All right.  So 11.

8      Yes.  Law enforcement.  Friends, family?

9          PROSPECTIVE JUROR:  I personally work for the U.S.

10     Border Patrol.

11         THE COURT:  What do you do?

12         PROSPECTIVE JUROR:  I'm a management and program

13     analyst.

14         THE COURT:  All right.  And is there anything about

15     your work for the U.S. Border Patrol that you think would

16     affect your ability to be fair and impartial here?

17         PROSPECTIVE JUROR:  No.

18         THE COURT:  Do you think you could evaluate the

19     testimony of law enforcement agency employees the same as you

20     would any other witness?

21         PROSPECTIVE JUROR:  Yes.

22         THE COURT:  And No. 13, any of your family or close

23     friends been involved in law enforcement, including state or

24     federal police officers, sheriff's deputies, law enforcement

25     agents, FBI or HHS agents or with any other state or federal

1    law enforcement agency.

2            PROSPECTIVE JUROR:  So, for that one, it's just that

3    I work for Border Patrol and so that there are other law

4    enforcement -- well, not other law enforcement, there are

5    law enforcement people I work with.  So that was it.

6            THE COURT:  Okay.  Those two are overlapping.

7    Same question: any difficulty being fair and impartial

8    in assessing the testimony of law enforcement officers as

9    you would any other witness?

10           PROSPECTIVE JUROR:  No.

11           THE COURT:  All right.  Counsel, any follow-up?

12           MS. WILLIS:  Nothing from the government.

13           THE COURT:  Mr. Khouri?

14           MR. KHOURI:  No questions, Your Honor.  Thank you.

15           THE COURT:  Thank you.  You may step down.

16        (Juror 0977 steps down.  Juror 0176 steps up.)

17           THE COURT:  Good morning.

18           PROSPECTIVE JUROR:  Good morning.

19           THE COURT:  Are you Juror No. 0176?

20           PROSPECTIVE JUROR:  I thought it was the last four

21    numbers.

22           THE COURT:  Yes, 0176.  Are those the last four numbers

23    of your --

24           PROSPECTIVE JUROR:  I didn't bring my thing up.

25    Do you want me to go get it?

1          THE COURT:  Yes.  Thank you.

2       All right.  Are you Juror No. 0176?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Which questions did you have answers to?

5          PROSPECTIVE JUROR:  None.

6          THE COURT:  What do you do for a living, ma'am?

7          PROSPECTIVE JUROR:  I'm the deputy secretary of

8    state for the District of Columbia.

9          THE COURT:  Okay.  And have you served on a jury

10   before?

11         PROSPECTIVE JUROR:  No.

12         THE COURT:  Okay.  Any questions, any follow-up,

13   Ms. Willis, Ms. Simon?

14         MS. WILLIS:  No, Your Honor.

15         THE COURT:  Mr. Khouri?

16         MR. KHOURI:  Good morning.  Can you repeat what you

17   do for a living?

18         PROSPECTIVE JUROR:  I'm the deputy secretary of state

19   for the District of Columbia.

20         MR. KHOURI:  Do you have anything to do with law

21   enforcement or the judicial process in that position?

22         PROSPECTIVE JUROR:  No.

23         MR. KHOURI:  What exactly are you responsible for?

24         PROSPECTIVE JUROR:  It's a myriad of stuff.  Everything

25   from ceremonial things for the mayor to managing diplomatic

1        issues that come about to writing speeches.

2              MR. KHOURI:  Okay.  Thank you very much.

3              THE COURT:  Thank you, ma'am.

4          (Juror 0176 steps down.  Juror 2485 steps up.)

5              THE COURT:  Good morning.

6              PROSPECTIVE JUROR:  Good morning.

7              THE COURT:  Are you Juror No. 2485?

8              PROSPECTIVE JUROR:  I am.

9              THE COURT:  All right.  And what questions do you have

10       answers to?

11             PROSPECTIVE JUROR:  11 and 24.

12             THE COURT:  Okay.  11.  Law enforcement?  What's your

13       answer -- tell me more about your answer.

14             PROSPECTIVE JUROR:  Yeah.  I'm an attorney, and one

15       of the cases that I work on has involved an FBI investigation

16       into fraud for criminal sending of emails under the CAN-SPAM

17       Act.

18             THE COURT:  And what kind of law do you practice?

19             PROSPECTIVE JUROR:  I'm a commercial litigation

20       attorney.

21             THE COURT:  Are you in private practice?

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  Okay.  And how long have you been

24       practicing?

25             PROSPECTIVE JUROR:  About a year and a half now.

1          THE COURT:  All right.  Does your -- does the fact that

2     the FBI's involved in a case that you're currently working on,

3     would that affect your ability to impartially evaluate a

4     witness who is employed by the FBI?

5          PROSPECTIVE JUROR:  No.  It's just they're involved.

6          THE COURT:  And also, given that you're a lawyer, would

7     you be able to put aside whatever you learned in law school or

8     have learned through practicing and follow my instructions as

9     I give them to you?

10          PROSPECTIVE JUROR:  Yes.

11          THE COURT:  Okay.  Question 24.  If you had a specially

12     positive or negative experience with a physician that might

13     affect your ability to be fair.  Tell me about that.

14          PROSPECTIVE JUROR:  Yeah.  My brother, father, and

15     grandfather are all primary care physicians.

16          THE COURT:  And because of that familial involvement,

17     do you think you'd be able to assess the case against a

18     physician or hear testimony from a physician or medical

19     professional impartially?

20          PROSPECTIVE JUROR:  Yes.  I think I would.  I just have

21     a positive experience with those physicians in particular.

22          THE COURT:  All right.  And do you think that your

23     positive experience with your family members would make you

24     biased one way or the other in this case?

25          PROSPECTIVE JUROR:  I don't think so.

1          THE COURT:  All right.  Any follow-up, Mr. Khouri?

2          MR. KHOURI:  Good morning, sir.

3          PROSPECTIVE JUROR:  Good morning.

4          MR. KHOURI:  I had a hard time hearing you.  Did you

5     say that your law practice -- in your law practice you're

6     representing someone in a lawsuit and the FBI is involved?

7          PROSPECTIVE JUROR:  Yeah.  That's correct.  The case

8     is currently paused right now, but, yes.  I represent someone

9     or have represented someone who is in a case involving the FBI.

10         MR. KHOURI:  Did you say it was a qui tam case?

11         PROSPECTIVE JUROR:  CAN-SPAM.

12         MR. KHOURI:  Oh, CAN-SPAM.  Okay.  And are you

13    representing the plaintiff or the defendant?

14         PROSPECTIVE JUROR:  Defendant.

15         MR. KHOURI:  And is the FBI investigating the

16    plaintiff's allegations?

17         PROSPECTIVE JUROR:  I mean, the plaintiff is the

18    government.

19         MR. KHOURI:  Oh, I get it.  Okay.  Now, do you have

20    any conversations with your relatives about their practice of

21    medicine?

22         PROSPECTIVE JUROR:  I mean, you know, I talk to my

23    family about their work.  I mean, there's nothing involving

24    insurance or anything like that, anything specific.

25         MR. KHOURI:  Nothing involving billing?

1            PROSPECTIVE JUROR:  No.

2            MR. KHOURI:  Okay.  Thank you very much, sir.

3            THE COURT:  Thank you.  Ms. Willis?

4            MS. WILLIS:  No questions, Your Honor.  Thank you.

5            THE COURT:  Thank you, sir.

6            PROSPECTIVE JUROR:  Thanks.

7            THE COURT:  Would Juror No. 0721 step up.

8         (Juror 2485 steps down.  Juror 0721 steps up.)

9            THE COURT:  Good morning.

10            PROSPECTIVE JUROR:  Good morning.

11            THE COURT:  Are you Juror No. 0721?

12            PROSPECTIVE JUROR:  I am.

13            THE COURT:  And what questions did you have answers

14    for?

15            PROSPECTIVE JUROR:  I had answers for 6, 11, 13, 14,

16    and 18.

17            THE COURT:  Okay.  No. 6, what plans do you have?

18            PROSPECTIVE JUROR:  I have a scheduled camping trip

19    for starting the 24th, so probably a little not likely to

20    be a problem but I just wanted to flag that.

21            THE COURT:  Okay.  I think that should be fine,

22    but we'll bear that in mind.  You said the 24th.

23            PROSPECTIVE JUROR:  Yeah.

24            THE COURT:  Okay.  And 11, law enforcement.

25            PROSPECTIVE JUROR:  My uncle used to be a local police

1   officer in Pierre, South Dakota.

2        THE COURT:  All right.  And anything about your uncle's

3   prior career, would that in any way affect how you evaluate or

4   whether you are biased towards a law enforcement witness?

5        PROSPECTIVE JUROR:  No.

6        THE COURT:  Number 13, is that the same thing?

7        PROSPECTIVE JUROR:  I apologize.  What was the question

8   for 13?

9        THE COURT:  13 was whether you have family or close

10   friends involved in law enforcement.

11        PROSPECTIVE JUROR:  Oh.  No.  Number 13 is I had a

12   couple friends in law school that interned at the DOJ during

13   law school, and they were with the antitrust division for DOJ.

14        THE COURT:  Okay.  So you are an attorney.

15        PROSPECTIVE JUROR:  Yes.

16        THE COURT:  Do you practice law now?

17        PROSPECTIVE JUROR:  I'm an attorney for the FCC.  So I

18   guess you could say practice, but not trial or anything like

19   that.

20        THE COURT:  Okay.  Anything -- well, would you be able

21   to -- obviously, we've got lots of lawyers serving as jurors

22   in this case.  Would you be able to put aside whatever you

23   learned in law school or whatever you've learned through your

24   practice and accept the instructions of law as I give them to

25   you?

1          PROSPECTIVE JUROR:  Yes.  Yes, Your Honor.

2          THE COURT:  You said you had some friends who interned

3     at DOJ.  Despite your friends' internships or your own

4     employment at a government agency, would you be able to treat

5     government or law enforcement or DOJ employees as any other

6     witness?  Would you be able to evaluate their testimony as you

7     would any other witness?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  All right.  Question 14.  Have you, any

10    member of your family or close friends been investigated,

11    arrested or charged.

12          PROSPECTIVE JUROR:  I was arrested for DUI about eight

13    years ago in Sioux Falls, South Dakota, and resulted in a

14    suspended imposition of sentencing.

15          THE COURT:  Anything about that experience that might

16    lead you to be biased or less than, you know -- or less than

17    impartial to one side or the other in this case?

18          PROSPECTIVE JUROR:  No.

19          THE COURT:  Did you think you were treated fairly?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Okay.  Question 18.  Have you, any member

22    of your family or close friend ever been a crime victim.

23          PROSPECTIVE JUROR:  Yes.  I mean, I've had like a bike

24    stolen in college, window broken into in my car.

25          THE COURT:  Were the police involved in any of those

1    incidents?

2         PROSPECTIVE JUROR:  I filed police reports but that's

3    about it.

4         THE COURT:  Anything about those incidents that you

5    believe would affect your ability to be a fair juror in this

6    case?

7         PROSPECTIVE JUROR:  No.

8         THE COURT:  All right.  Ms. Willis?

9         MS. WILLIS:  I don't have any questions, Your Honor.

10   Thank you.

11        THE COURT:  Mr. Khouri?

12        MR. KHOURI:  None, Your Honor.

13        THE COURT:  Thank you.

14        PROSPECTIVE JUROR:  Thank you.

15      (Juror 0721 steps down.  Juror 0894 steps up.)

16        THE COURT:  Good morning.  Can you hear me?

17        PROSPECTIVE JUROR:  Yes, I can.

18        THE COURT:  Okay.  Are you Juror No. 0894?

19        PROSPECTIVE JUROR:  Yes.

20        THE COURT:  What questions did you have answers to,

21   ma'am?

22        PROSPECTIVE JUROR:  I had No. 13.  No, I'm sorry.

23   No. 10.

24        THE COURT:  Just No. 10?

25        PROSPECTIVE JUROR:  I have 10, 13, 14 -- wait a minute.

1          Let me start again.  What was your question again?

2              THE COURT:  Which questions did you have answers to?

3      I have 10, 13, 14.  Any more?

4              PROSPECTIVE JUROR:  10, 13, 14.  I had a question for

5      15.  No. 20 I had yes.  And I had a question for 28 and 31.

6              THE COURT:  Okay.  Let's take those in turn.

7      Number 10.  Ever served on a jury before?

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  And how long ago was -- well, first,

10     how many times?

11             PROSPECTIVE JUROR:  I've been here twice and I've

12     been to district court probably about 15.

13             THE COURT:  And how many times have you actually

14     served on a jury?

15             PROSPECTIVE JUROR:  Those are the number of times

16     that I've served.

17             THE COURT:  Okay.  We really have been calling on

18     you, haven't we?  And was the jury able to reach a verdict

19     in those cases?

20             PROSPECTIVE JUROR:  There was only one in this court

21     that they did not.

22             THE COURT:  Anything about your prior jury experience

23     or jury service that would cause you to be -- affect your

24     ability to be fair and impartial in this case?

25             PROSPECTIVE JUROR:  No.

1            THE COURT:  Now, No. 13.  Any family or close friend

2      involved in law enforcement?

3            PROSPECTIVE JUROR:  Yes.  I have a son-in-law and a

4      brother-in-law who is deceased.

5            THE COURT:  And what do they do in law enforcement?

6            PROSPECTIVE JUROR:  They were -- my brother-in-law,

7      he worked at Seventh District, so he was involved in different

8      things.

9            THE COURT:  Anything about your family's law

10     enforcement involvement that would affect your ability to

11     evaluate the testimony of a law enforcement officer as you

12     would any other witness here?

13            PROSPECTIVE JUROR:  No.

14            THE COURT:  Number 14, has any member of your family

15     or close friend been investigated or charged?

16            PROSPECTIVE JUROR:  Yes.

17            THE COURT:  Who is that?

18            PROSPECTIVE JUROR:  My youngest son.

19            THE COURT:  And was he convicted?

20            PROSPECTIVE JUROR:  Yes, he was.

21            THE COURT:  Is he incarcerated currently?

22            PROSPECTIVE JUROR:  No.

23            THE COURT:  And how long ago was that?

24            PROSPECTIVE JUROR:  Oh, it's probably been about

25     10 years, I guess.

1        THE COURT:  Obviously, that's someone close to you,

2   ma'am.  Do you think given what happened with your son that

3   you'd be able to sit as a fair juror in a criminal case?

4        PROSPECTIVE JUROR:  Oh, yes, I can.

5        THE COURT:  All right.  Thank you.  Question 15 was

6   about whether you or any member of your family or close friend

7   had a significant unpleasant experience with law enforcement.

8   Can you tell us about that?

9        PROSPECTIVE JUROR:  No, I had a question about that

10  because I needed a clarification.

11        THE COURT:  Sure.  What's your question?

12        PROSPECTIVE JUROR:  This happened recently.  My son had

13  a disagreement with -- he felt that the police was harassing

14  him and he had to go -- I think he had to go to court.  It was

15  in reference to a misdemeanor.  He was riding a bicycle, but

16  he had been drinking, but it wasn't an electric bicycle, it

17  was just a manual one, and they gave him a ticket.  And he was

18  asking questions about it and they ended up, you know, locking

19  him up.

20     But when he went to court I think the judge felt that -- he

21  didn't say that they were harassing him, but he thought it was

22  a minor thing that should not have been addressed that way.

23        THE COURT:  Anything about what happened with your son

24  recently with that incident affect your ability to be fair to

25  a police officer who's testifying in this case?

1          PROSPECTIVE JUROR:  Yes.  I can be fair.

2          THE COURT:  And question 20.  You have health insurance

3      through Medicare?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  All right.  So this case involves a charge

6      of Medicare fraud.  Does the fact that you have your health

7      insurance through Medicare, do you think that would affect

8      your ability to hear the evidence and be impartial?

9          PROSPECTIVE JUROR:  Sure, because my Medicare was

10     included in with my Kaiser.  So I haven't had any issues, and

11     I feel like I can be responsible enough to decide whether the

12     person was right or wrong.

13         THE COURT:  Okay.  Thank you.  And 28.  Any

14     conscientious objection or religious belief that you cannot

15     sit as a juror in this case?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  Okay.  31.  Would you be able to -- if the

18     government proves its case beyond a reasonable doubt, would

19     you be able to find the defendant guilty?

20         PROSPECTIVE JUROR:  If they proved their case, yes, I

21     can find him guilty.

22         THE COURT:  And if they didn't prove their case, could

23     you find the defendant not guilty?

24         PROSPECTIVE JUROR:  I could also do that.

25         THE COURT:  Thank you.

1          Mr. Khouri, any questions?

2               MR. KHOURI:  No, Your Honor.

3               THE COURT:  Ms. Willis?

4               MS. WILLIS:  Just one.  What do you do for a living,

5     or, if you're retired, what did you do?

6               PROSPECTIVE JUROR:  Now?

7               MS. WILLIS:  Are you retired?

8               PROSPECTIVE JUROR:  I've always worked in mental

9     health.

10              MS. WILLIS:  Thank you, ma'am.

11              THE COURT:  Thank you very much, ma'am.

12              PROSPECTIVE JUROR:  You're welcome.

13          (Juror 0894 steps down.  Juror 1564 steps up.)

14              THE COURT:  Good morning.  Are you Juror No. 1564?

15              PROSPECTIVE JUROR:  Yes, I am.

16              THE COURT:  All right.  And what questions did you

17     have answers for?

18              PROSPECTIVE JUROR:  6, 11, 13, and 22.

19              THE COURT:  Question 6.  What are your plans?

20              PROSPECTIVE JUROR:  I have a trip for work scheduled

21     next week from the 12th to the 16th.

22              THE COURT:  And is that something that you can't miss?

23              PROSPECTIVE JUROR:  It's a week of meetings in

24     San Diego that I'm supposed to be there for.

25              THE COURT:  Okay.  Where are you employed, sir?

1          PROSPECTIVE JUROR:  I work for Serco.

2          THE COURT:  What kind of company is that?

3          PROSPECTIVE JUROR:  I'm a naval architect.

4    I support the U.S. Navy.

5          THE COURT:  Okay.  Question 11.  Do you have any --

6    you, family or close friends have experience with law

7    enforcement?

8          PROSPECTIVE JUROR:  Yes.  I have a number of family

9    members and friends who are law enforcement.

10          THE COURT:  Is that related to your answer for 13

11    as well?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  Anything about the fact that you have

14    friends and relatives who work for law enforcement that

15    would affect your ability to evaluate the testimony of a

16    law enforcement officer as you would any other witness?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.  And question 22, whether you or

19    any member of your family or close friend has been employed

20    in the health insurance industry.  What's your answer to that

21    one?  Tell me about that.

22          PROSPECTIVE JUROR:  One of my friends works for a

23    health insurance company.

24          THE COURT:  Do you know which one?

25          PROSPECTIVE JUROR:  I believe it's Blue Cross Blue

1    Shield but I don't recall.

2             THE COURT:  This obviously is a case involving

3    Medicare fraud.  Does that friend ever talk to you about

4    billing or insurance claims or anything like that?

5             PROSPECTIVE JUROR:  No.

6             THE COURT:  Okay.  Anything about your friend's

7    employment with the health insurance company that would

8    affect your ability to be fair in this case?

9             PROSPECTIVE JUROR:  No.

10            THE COURT:  All right.  With regard to your trip, when

11   does your jury service here, your two weeks, when is that up?

12            PROSPECTIVE JUROR:  This Friday, the 9th.

13            THE COURT:  Okay.  Any follow-up, Ms. Willis?

14            MS. WILLIS:  No, Your Honor.

15            THE COURT:  Mr. Khouri?

16            MR. KHOURI:  None, Your Honor.

17            THE COURT:  Thank you.

18        (Juror 1564 steps down.)

19            THE COURT:  I'm inclined to put him at the bottom.

20   Or, actually, I'm inclined to excuse this juror.  Any objection?

21            MS. WILLIS:  No objection, Your Honor.

22            MR. KHOURI:  None, Your Honor.

23            THE COURT:  All right.

24        (Juror 0849 steps up.)

25            THE COURT:  Good morning.

 1              PROSPECTIVE JUROR:  Good morning.

 2              THE COURT:  Are you Juror No. 0849?

 3              PROSPECTIVE JUROR:  Yes, I am.

 4              THE COURT:  Which questions did you have answers to?

 5              PROSPECTIVE JUROR:  Question 11.

 6              THE COURT:  Okay.  Law enforcement.  Tell me about your

 7      answer to that question.  Who do you know in law enforcement

 8      or is it you or a family member?

 9              PROSPECTIVE JUROR:  Sure.  I'm a trial attorney with

10      the Civil Division of the Department of Justice.

11              THE COURT:  Okay.  So what kind of cases do you work on?

12              PROSPECTIVE JUROR:  I'm within the Commercial

13      Litigation Branch in the fraud section, so a range of mostly

14      False Claims Act cases.

15              THE COURT:  So you know this is a case involving

16      Medicare fraud.  Do you think you could sit fairly in a case

17      like that given what you do for a living.

18              PROSPECTIVE JUROR:  I believe I could, but of course

19      I leave it to you and counsel on that.

20              THE COURT:  Well, let me probe you for a little bit

21      because, as I said, everybody has to serve, and we get lots

22      of lawyers on our juries.  But you work in the DOJ doing fraud

23      cases.  Would you be able to put aside what you know about the

24      law or what you know about prosecuting or investigating these

25      cases and accept the instructions on the law as I give them to

1    you?

2              PROSPECTIVE JUROR:  I believe so, Your Honor.

3              THE COURT:  And what about evaluating the testimony

4    of witnesses?  Since again you have experience in this area,

5    would you be able to simply evaluate the government witnesses

6    as you would any -- or the defense witnesses, if there are

7    any, as you would any other witness?

8              PROSPECTIVE JUROR:  I believe so, yes.

9              THE COURT:  Okay.  Mr. Khouri?

10             MR. KHOURI:  Yes, Your Honor.

11        Good morning, sir.  With respect to the False Claims Act

12   cases that you handle, do any of your cases now or in the past

13   have to do with alleged fraudulent billing of a

14   government-funded healthcare plan?

15             PROSPECTIVE JUROR:  Yes, they do.

16             THE COURT:  Can you give me a percentage of how many

17   of those cases have to do with billing of a government-funded

18   healthcare program?

19             PROSPECTIVE JUROR:  I'm sorry.  My total cases or of

20   cases within healthcare?

21             MR. KHOURI:  The percentage of the healthcare cases

22   that relate to your total cases.

23             PROSPECTIVE JUROR:  I would say about half of my work

24   is within healthcare and related to government healthcare

25   programs.

1              MR. KHOURI:  So when you're investigating these

2      qui tam cases, they're under seal, I presume?

3              PROSPECTIVE JUROR:  Yes, that's correct.

4              MR. KHOURI:  And you're working with a team of agents,

5      probably HHS agents and FBI agents?

6              PROSPECTIVE JUROR:  It would depend on the case, but

7      in some cases, yes.

8              MR. KHOURI:  And I imagine you'd be investigating or

9      evaluating the billing of healthcare providers to programs

10     like Medicare and Medicaid and TRICARE.

11             PROSPECTIVE JUROR:  Yes.  In some cases.

12             MR. KHOURI:  Okay.  Having that knowledge and having

13     to make those decisions now and in the past, do you think it's

14     more probable than not that you're not a good fit for this

15     case?

16             PROSPECTIVE JUROR:  You know, it's a hard question.

17     I don't have a good answer for that.  I think I certainly will

18     be upfront about that background with you, sir.  As I said, I

19     think about half of the cases I currently have -- I have about

20     30 cases across about 20 jurisdictions in the country.  About

21     half of those are healthcare.  Within those half, they all do

22     relate in some way to billing to government healthcare

23     programs.  But beyond that, you know, I don't think I can

24     speculate too much about whether I'm a good or bad fit.

25             MR. KHOURI:  Okay.  Thank you, sir.

1          THE COURT:  Ms. Willis, did you have any questions?

2          MS. WILLIS:  Would you be able to put your experience

3     working on these cases involving billing to healthcare

4     programs aside in reaching a verdict?  Would you be able to go

5     only on the evidence and not rely on your experiences in your

6     current role?

7          PROSPECTIVE JUROR:  I believe so.

8          THE COURT:  All right.  Thank you, sir.

9          PROSPECTIVE JUROR:  Thank you, Your Honor.

10        (Juror 0849 steps down.)

11         MR. KHOURI:  Your Honor, if I may, I have a motion.

12         THE COURT:  Yes.  It's a close one.  His work

13    experience is very, very, very much what's involved here.  On

14    the other hand, as I said, I was a public defender defending

15    robbery cases and I sat as a juror, and as a judge I sat on a

16    jury in a criminal robbery case.  So I don't think that

17    necessarily disqualifies him.

18        Ms. Willis, I'll hear you.

19         MS. WILLIS:  So yesterday we did exclude somebody that

20    worked in Medicare, like had been working on Medicare fraud

21    stuff.  I do think this is a little bit different because that

22    person expressed some hesitancy about their ability to be able

23    to put it aside, and when asked directly if he could put it

24    aside he said he believed so and -- yes.  The government

25    acknowledges when he asked -- when counsel asked if he was a

1    good fit for the case, I think the potential juror's answer

2    was I can only tell you my background.  Like he couldn't

3    decide if he was a good fit, but he did seem to indicate he

4    would be able to set it aside.

5         THE COURT:  I think it's just too close.  I'm going to

6    grant the motion.

7       (Juror 0806 steps up.)

8         THE COURT:  Good morning.

9         PROSPECTIVE JUROR:  Good morning.

10        THE COURT:  Are you Juror No. 0806?

11        PROSPECTIVE JUROR:  I sure am.

12        THE COURT:  All right.  What questions do you have

13   answers for?

14        PROSPECTIVE JUROR:  I have answers for 11 and 13.

15        THE COURT:  And those are both the law enforcement

16   question.  Are they related?

17        PROSPECTIVE JUROR:  Yeah.  I believe they're related to

18   if I know anyone in the DOJ, FBI --

19        THE COURT:  Yes.  Tell us about that.

20        PROSPECTIVE JUROR:  So I used to date someone who was

21   the granddaughter of a former attorney general, and I dated

22   her for three years, and basically I would spend time with the

23   former attorney general, you know, go up there and visit them

24   for any holiday, Christmas, for about three years.

25        THE COURT:  Okay.  Anything about that experience that

1      would cause you to be biased one way or the other or cause you

2      to evaluate the testimony of a law enforcement officer

3      differently than you would any other witness?

4               PROSPECTIVE JUROR:  No.  Not that one specifically.

5               THE COURT:  You said not that one specifically.  Do you

6      have any concern about the fact that you had this relationship

7      and you got to know people in law enforcement, any concern

8      that you couldn't be a fair juror in this case?

9               PROSPECTIVE JUROR:  No.

10              THE COURT:  What do you do for a living, sir?

11              PROSPECTIVE JUROR:  I work for a think tank.

12              THE COURT:  All right.  Any questions, Mr. Khouri?

13              MR. KHOURI:  Yes, Your Honor.

14         Can you give me an idea of what kind of things you work on

15      in your employment?

16              PROSPECTIVE JUROR:  Yeah.  So I have done, in the past

17      I've done international human rights advocacy work.  Currently

18      I do advocacy within the United States on issues relating to

19      labor unions, people being able to retire and have access to

20      affordable small dollar loans.

21              MR. KHOURI:  All right.  Thank you.

22         Thank you, Your Honor.

23              THE COURT:  Thank you.  Ms. Willis?

24              MS. WILLIS:  No questions from the government.

25              THE COURT:  Thank you, sir.

```
 1              (Juror 0806 steps down.  Juror 0629 steps up.)

 2                 THE COURT:  Good morning.

 3                 PROSPECTIVE JUROR:  Good morning.

 4                 THE COURT:  And are you Juror No. 0629?

 5                 PROSPECTIVE JUROR:  Yes.

 6                 THE COURT:  Okay.  And what questions did you have

 7      answers for?

 8                 PROSPECTIVE JUROR:  No. 10 yes and No. 13 yes.

 9                 THE COURT:  Number 10.  Have you served on a jury

10      before?

11                 PROSPECTIVE JUROR:  Yes.

12                 THE COURT:  Was it here or over in Superior Court?

13                 PROSPECTIVE JUROR:  I think it was the court on

14      Indiana Avenue.

15                 THE COURT:  That's Superior Court.  Do you remember

16      how long ago it was?

17                 PROSPECTIVE JUROR:  It's been quite a few years.

18                 THE COURT:  I don't want to know what your verdict was.

19      Were you able to reach a verdict in that case?

20                 PROSPECTIVE JUROR:  Well, I sat as a juror throughout

21      the case but I was dismissed once they went for deliberations.

22                 THE COURT:  Okay.  So you were probably an alternate.

23                 PROSPECTIVE JUROR:  Yes.

24                 THE COURT:  Anything about that experience that would

25      affect your ability to be fair as a juror in this case?
```

1          PROSPECTIVE JUROR:  No.

2          THE COURT:  And number 13, the law enforcement

3      question.

4          PROSPECTIVE JUROR:  I have a nephew that serves with

5      the P.G. County Police Department.  But I don't know if he's

6      still serving.  I haven't spoken to him in a few years now.

7          THE COURT:  Anything about the fact that your nephew

8      is a police officer would cause you -- in other words, you're

9      going to hear from law enforcement officers in this case.

10     Would your nephew's involvement in law enforcement cause you

11     to evaluate a law enforcement officer's testimony differently

12     than you would any other witness?  Would you be biased in

13     favor or against?

14         PROSPECTIVE JUROR:  No.  I wouldn't.

15         THE COURT:  What kind of work do you do, ma'am?

16         PROSPECTIVE JUROR:  Accounting.

17         THE COURT:  Okay.  Thank you.

18      Ms. Willis?

19         MS. WILLIS:  No questions from the government.

20         THE COURT:  Mr. Khouri?

21         MR. KHOURI:  Yes, Your Honor.

22      Does the accounting have anything to do with healthcare

23     billing?

24         PROSPECTIVE JUROR:  No.  I'm with an association.

25         MR. KHOURI:  Thank you very much.

 1            THE COURT:  Thank you.

 2         (Juror 0629 steps down.  Juror 2479 steps up.)

 3            THE COURT:  Good morning.

 4            PROSPECTIVE JUROR:  Good morning.

 5            THE COURT:  Are you Juror No. 2479?

 6            PROSPECTIVE JUROR:  Yes.

 7            THE COURT:  What questions do you have answers to?

 8            PROSPECTIVE JUROR:  I had 1, 5a, 6, 11, 13, 22, and 32.

 9            THE COURT:  Okay.  Let's start with 1.  Do you know me

10    or my staff?

11            PROSPECTIVE JUROR:  I work for Fox News and I've worked

12    there for about 17 years, so though I don't know you

13    personally, I've covered a lot of cases at the courthouse and

14    sent crews and sketch artists and whatnot.

15            THE COURT:  All right.  Well, don't believe everything

16    you read.

17         (Laughter.)

18      Okay.  Anything about the fact that you know who I am,

19    you've covered cases, anything about that experience would

20    cause you to be not impartial or affect your ability to be a

21    fair juror in this case?

22            PROSPECTIVE JUROR:  No.

23            THE COURT:  All right.  5a.  Do you think you've seen

24    or read or heard anything about this case?

25            PROSPECTIVE JUROR:  None of the names rang a bell but

1    we do get a lot of information, press releases have obviously

2    covered a lot of healthcare fraud cases.  So if there was a

3    press release about the indictment, I would have received

4    that, I would have read it.  Again, nothing's ringing a bell

5    but just throwing it all out there.

6           THE COURT:  Oh, I appreciate that.  We want you to be

7    overinclusive rather than under.  If you were in the middle of

8    this trial as a juror and you were suddenly to remember, oh,

9    yeah, I think I remember a press release about this case, not

10   that there is one -- I don't know -- would you be able to put

11   aside whatever you recall and address the case solely on the

12   facts presented in court, on the evidence presented in court?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  All right.  And question 6.  Trips, plans.

15          PROSPECTIVE JUROR:  I do have a trip planned September

16   25th, that week, with my mom who has mobility issues.  So she

17   couldn't go by herself, just very limited mobility issues.

18          THE COURT:  I think you'll be okay with that.

19      Question 11.  Are 11 and 13 related, the law enforcement

20   question?

21          PROSPECTIVE JUROR:  I honestly don't remember what

22   the questions were.  I'm really sorry.

23          THE COURT:  That's fine.  11 is whether you or any

24   family or close friends had any experience with any of the

25   law enforcement agencies listed.  And 13 is whether you or

1    any family or close friend been involved in law enforcement.

2         PROSPECTIVE JUROR:  So the 11 one just went back to

3    being in the media, obviously, contacts within the DOJ, FBI,

4    stuff like that.  So that was just media related.

5         THE COURT:  Well, given what you know in your line of

6    work, the kind of stuff you learn and hear, do you think you'd

7    be able to set that aside and just focus on the evidence as

8    presented in the trial?

9         PROSPECTIVE JUROR:  Yes.

10        THE COURT:  And --

11        PROSPECTIVE JUROR:  And 13, I do have some cousins

12   who are state troopers.  So.

13        THE COURT:  Would you be able to evaluate the testimony

14   of a law enforcement officer the same as you would any other

15   witness, given your cousins' involvement in law enforcement?

16        PROSPECTIVE JUROR:  Yes.

17        THE COURT:  Okay.  22.  Any family, close friends or

18   you been involved in the health insurance industry?

19        PROSPECTIVE JUROR:  My dad was a State Farm insurance

20   agent for 25 years.  So the extent to -- how much healthcare

21   he sold I don't know, but he sold life insurance, hospital,

22   income, those kinds of policies.

23        THE COURT:  Did he talk about his work to you or ever

24   discuss insurance fraud or billing issues with you?

25        PROSPECTIVE JUROR:  I mean, he never discussed like

1    insurance fraud, but he was in favor of being highly insured

2    as I guess a lot of insurance agents are.  But beyond that,

3    no.

4         THE COURT:  Anything about your father's career that

5    might cause you to -- might make you believe that you couldn't

6    be impartial in this case?

7         PROSPECTIVE JUROR:  No.

8         THE COURT:  And 32, the catch-all provision.  Anything

9    else that I haven't covered that makes you think that you

10   couldn't be a fair juror in this case?

11        PROSPECTIVE JUROR:  Just going back to the media issue.

12   I would probably have to be on work emails before and after

13   trial days.  So I can't control sort of what our DOJ producers

14   email out, so just -- I don't think this would be anywhere on

15   the radar, but just if I were to receive something, that would

16   be the only thing.

17        THE COURT:  Yeah.  I don't think there's going to be

18   much media publicity about this case, and we can find out, you

19   know -- I don't think there's going to be any press releases

20   while the trial is going on.  Certainly we have members of the

21   media on juries all the time, and what I instruct them to do

22   is to make sure that if they see anything that might be

23   involving this case, not to read it, and if they inadvertently

24   do, not to discuss it with the other jurors but to let me

25   know.  Do you think you could follow that instruction?

1        PROSPECTIVE JUROR:  Yes.

2        THE COURT:  All right.  Ms. Willis, any questions?

3        MS. WILLIS:  Nothing from the government.  Thank you.

4        THE COURT:  Mr. Khouri?

5        MR. KHOURI:  Yes, Your Honor.

6    Good morning, ma'am.

7        PROSPECTIVE JUROR:  Good morning.

8        MR. KHOURI:  Do you report on television or do you

9    mostly do analysis and write copy, things like that?

10       PROSPECTIVE JUROR:  I'm not on air, and I don't write

11   copy.  I'm a director of news gathering.  So we're the ones

12   who take a look at what's going on and send the crews and

13   producers out and reporters out to those.  So more assigning

14   the coverage.

15       MR. KHOURI:  When you say Fox News, are you talking

16   about the local Fox News?

17       PROSPECTIVE JUROR:  No, sir.  The national.

18       MR. KHOURI:  All right.  Thank you very much.

19       THE COURT:  Thank you, ma'am.

20     (Juror 2479 steps down.)

21     (End of bench conference.)

22       THE COURT:  All right.  Thank you for your patience.

23   The other jurors who were examined yesterday were told to

24   arrive here at 11:00 because we thought this process might

25   take a bit longer.  So what I'm going to do is excuse you for

1    now.  Mr. Bradley will tell you where you can go.  And then

2    have you all rejoin us at 11 a.m. in this courtroom for the

3    final selection process.

4        The other jurors are gathering in the Ceremonial Courtroom,

5    courtroom 6, which is bigger, because again, we have space

6    requirements because of the pandemic.  I mean, if you need

7    to go to the bathroom or want to get a cup of coffee or

8    something, feel free.  But congregate in the Ceremonial

9    Courtroom on the sixth floor.  Mr. Bradley will tell you

10   where to go.

11       Thank you.  And again, don't discuss anything about what

12   little you've heard about this case, and we hope to be done

13   before lunch.

14       Oh, Mr. Bradley.  We can excuse the two.

15           THE DEPUTY CLERK:  That's right.  I'll take my list.

16           THE COURT:  Thanks.

17       (Jury panel exits the courtroom.)

18           THE COURT:  All right.  So that went relatively

19   smoothly.  So a couple things that I realize I didn't cover

20   with you with regards to jury selection because every judge

21   does it differently.

22       First of all, you can strike into the box or into the

23   panel.  Two successive passes, if you pass and you pass, we

24   have a jury.  Two successive strikes into the panel, we have

25   a jury.  And what I want you to do is do a round at a time.

1    Well, actually no.  It's going to be difficult because if you

2    strike the same person.

3         So -- let me wait for Mr. Bradley, but what I'm thinking

4    is -- what I usually do is one strike, two strikes; one

5    strike, two strikes, and all the way down to the end, and the

6    alternate strikes are last.

7         So let me see.  Defense, government... and then alternate.

8    It's 6 and 10, right?  1 and 1.

9         So, Mr. Bradley, what I've told them is they can strike

10   into the box or into the panel.  Two successive passes means

11   we're done.  Two strikes -- both striking into the panel,

12   we're done.  And alternate strikes are last.

13        How I'm going to do it is defense do two strikes,

14   government does two for the first round.  Then defense does

15   two, government does one.  Defense two, government one.

16   Defense two, government one.  Defense two, government one.

17   Then alternates.

18        So defense will do two at a time five times.  Government

19   will do two the first round and then one, two, three, four

20   after that.  And then we'll do our alternate strikes.

21        Oh.  We need to designate -- we don't tell the jurors who

22   our alternates are, we don't tell them what seats they're in.

23   What seat do you want to designate for an alternate,

24   Ms. Willis?

25             MS. WILLIS:  Fourteen.

1          THE COURT:  Just keeping it simple.  And Mr. Khouri?

2          MR. KHOURI:  Did Ms. Willis say 14?

3          THE COURT:  She said 14.  So all the way at the end.

4     So we start 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14.

5     So 14 is all the way in the back.

6          MR. KHOURI:  I'm used to 7 and 14.

7          THE COURT:  That makes it easy.  All right.  So don't

8     strike those two seats till the end.

9        All right.  So anything else we need to talk about before

10    jury selection begins?  How we'll do it is you'll write down

11    your strikes on a piece of paper, give them to Mr. Bradley,

12    who will show them to me, and then Mr. Bradley will ask the

13    jurors who have been struck to get up, move around, so you all

14    don't call out the strikes.

15         MR. KHOURI:  Your Honor, I'm sorry.  I'm a little

16    confused here.  Is 7 in the upper right-hand?

17         THE COURT:  That's 1.

18         MR. KHOURI:  Oh, that's 1.

19         THE COURT:  7 and 14.  So it's 1, 2, 3, 4, 5, 6, 7,

20    8, 9, 10, 11, 12, 13, 14.

21         MR. KHOURI:  It's a large difference from what I'm

22    used to.

23         THE COURT:  How is it --

24         MR. KHOURI:  From left to right.

25         THE COURT:  Ah.  I can't switch now.

1          MR. KHOURI:  I'm not suggesting that.

2          THE COURT:  It's too ingrained.  Anything you want

3     to take up before we break, to come back at 11?

4          MS. WILLIS:  So are we going to reseat the box after

5     every round?

6          THE COURT:  Yeah.  Some judges and lawyers can

7     visualize where everybody is.  I never could and I still

8     can't.  And I just want to make sure I know who is on the

9     jury before we end and you're like who's -- you know.  So I

10    just think it keeps it simpler.

11       All right.  I'll see you all at eleven o'clock once

12    everybody's here.

13       (Recess from 10:48 a.m. to 11:29 a.m.)

14         THE COURT:  Good morning, ladies and gentlemen.

15    We're running a little behind.  Wrangling a lot of people.

16      Counsel, could you pick up the phone.

17       (Bench conference.)

18         THE COURT:  What's the number of the juror again?

19         MR. KHOURI:  1523.

20         THE COURT:  Counsel, Juror No. 1523 now realizes

21    they have a trial or something.  So I'm going to bring them

22    up to question them.  Unfortunately, this does happen

23    sometimes.  Does anybody have any objection?

24         MS. WILLIS:  No objection from the government.

25         MR. KHOURI:  None, Your Honor.

1        THE COURT:  All right.

2     Will Juror No. 1523 please come up?

3     (Juror 1523 steps up.)

4        PROSPECTIVE JUROR:  Good morning, Your Honor.

5        THE COURT:  Good morning.  I understand you have

6     a scheduling issue?

7        PROSPECTIVE JUROR:  Yes.  I'm a news producer and my

8     boss called me yesterday saying one of our producers who is

9     doing a shoot out in California that already has interviews

10    and hotel rooms and everything booked just got COVID and we

11    need someone to fill in for her.  And I am that person to fill

12    in and would be flying out Sunday and coming back late

13    Tuesday.

14        THE COURT:  When is your jury service scheduled to end?

15        PROSPECTIVE JUROR:  The 8th.

16        THE COURT:  Tomorrow.  Is there anybody else in your

17    office that could cover?

18        PROSPECTIVE JUROR:  At this point I don't think so.

19        THE COURT:  Are you concerned that it would have career

20    ramifications if you said you couldn't do it?

21        PROSPECTIVE JUROR:  No career ramifications.

22        THE COURT:  Okay.  Thank you.

23     (Juror 1523 steps down.)

24        THE COURT:  Counsel, since we have enough jurors, I'm

25    inclined to excuse this juror.  Does anyone have an objection?

 1          MS. WILLIS:  No objection from the government.

 2          MR. KHOURI:  Same.  No objection.

 3          THE COURT:  All right.  Thank you.

 4       (End of bench conference.)

 5          THE COURT:  All right.  Mr. Bradley, you can tell that

 6     juror they're excused.

 7       (Deputy clerk complies.)

 8       All right, ladies and gentlemen.  We're now scheduled

 9     to begin our jury selection process, so now the lawyers are

10     going to make their selections, and at the close we will have

11     our jury, we will swear you in and then we will begin with

12     the preliminary instructions and opening statements.

13       So you all can begin your first round.

14       (Counsel exercising strikes.)

15          THE DEPUTY CLERK:  All right.  If I call your juror

16     number you may report back to the jury lounge and let them

17     know you've been excused.  So juror in seat No. 3, 1764, you

18     may report back to the jury lounge.  Juror in seat No. 4,

19     1631, you may report back to the jury lounge.

20       Juror 2473, please take seat No. 3, and Juror 0289, please

21     take seat No. 4.

22          THE COURT:  Ladies and gentlemen, you'll see the juror

23     seats are numbered starting 1 closest to me in the first row,

24     going to 7 furthest from me in the first row, continuing on

25     with seat No. 8 all the way to 14 at the end of the second

1    row.  That's how the numbering goes.

2         (Counsel exercising strikes.)

3         THE COURT:  To those of you who were questioned this

4    morning, I just want to tell you what I told the jurors from

5    yesterday, which is we will never go past five o'clock.  You

6    do not deliberate or do anything on the weekends or after

7    five o'clock.

8         We will never usually start before 9:30.  We will take

9    at least an hour, sometimes more if I have lunch matters,

10   and then we will have -- we'll take an hour break for lunch

11   somewhere between 12:30 and 1:00, sometimes a little longer

12   if I have a sentencing or something, and then we will take a

13   midmorning and a midafternoon break.

14        So, for your planning purposes, that's where we are.

15   We do sit Monday through Friday.

16        THE DEPUTY CLERK:  Juror in seat No. 9, 1548, you may

17   report back to the jury lounge.  And juror in seat No. 11, you

18   may report back to the jury lounge.  And seat No. 10, 2691,

19   you may report back to the jury lounge.

20        Juror No. 1809, please take seat No. 9 in the jury box.

21        Juror No. 2082, please take seat No. 10.

22        And then Juror No. 2087, please take seat No. 11.

23        THE COURT:  2787.  Right?

24        THE DEPUTY CLERK:  What'd I say?

25        THE COURT:  I thought you said 2087.

1        Yeah, that's right.  All right.  Thank you.

2        (Counsel exercising strikes.)

3            THE DEPUTY CLERK:  All right.  Juror in seat No. 5,

4    1727, you may report back to the jury lounge.  And juror in

5    seat No. 12, 2348, you may report back to the jury lounge.

6        Juror No. 2792, please take seat No. 5 in the jury box.

7    Juror 0251, please take seat No. 12 in the jury box.

8        Oh, I missed one.  My apology.  Juror 2479, you're out in

9    the gallery somewhere, you may report back to the jury lounge.

10       (Counsel exercising strikes.)

11           THE DEPUTY CLERK:  Juror in seat No. 13, 1436, you may

12    report back to the jury lounge.  Thank you for your service.

13    Juror in seat No. 10, 2082, you may report back to the jury

14    lounge.  Juror No. 2082 --

15           THE COURT:  We already excused that juror.  They were

16    seated in seat No. 10.  We excused that juror already.

17           THE DEPUTY CLERK:  Yeah.

18           THE COURT:  That was 2082.

19           THE DEPUTY CLERK:  Right, my apology.  Got it.  That's

20    what was throwing me off.  All right.  Juror No. 2688, you

21    will take seat No. 10.  And then Juror No. 1566, please take

22    seat No. 13.

23       Juror in seat No. 5, 2792, you may be excused and go back

24    to the jury lounge.  And Juror No. 0356, please take seat

25    No. 5.

1          Counsel, now I'm ready if you guys have the sheets.

2          (Court reviewing jury list.)

3          THE COURT:  Just a reminder that everybody's phone

4     needs to be turned off.  You will see me occasionally look

5     at my phone because for some mysterious IT reason I can't

6     pull up my email on this screen although I'm supposed to be

7     able to.  So I have to periodically check, because things come

8     in that I have to deal with even when I'm sitting in trial.

9     So it's not me that I'm not paying attention, but occasionally

10    I have to check, or check my calendar or some other thing.

11    Because I can't get it up here.

12         THE DEPUTY CLERK:  Juror 1659 out in the audience,

13    you're excused.  You may report back to the jury lounge.

14    Juror in seat No. 3, that's Juror No. 2473, you may report

15    back to the jury lounge.  And then Juror 2295, you may take

16    seat No. 3 in the jury box.  Juror in seat No. 6, 2385, you

17    may report back to the jury lounge.

18         THE COURT:  It's 2583.

19         THE DEPUTY CLERK:  2583.  Correct.  And then Juror

20    No. 2295 -- am I right?  I think I'm right.

21         THE COURT:  Hold on.  No, I think it's 1659.

22         THE DEPUTY CLERK:  That's the one they struck.

23         THE COURT:  Oh, okay.  So next.

24         THE DEPUTY CLERK:  So the next one will be 2295.

25    Juror 2295.

1          THE COURT:  We have a juror raising his hand.

2     Is that you?

3       (Juror indicates.)

4          THE DEPUTY CLERK:  So we're set.  Right?

5          THE COURT:  So he's already in the box.

6          THE DEPUTY CLERK:  So we're set?

7          THE COURT:  We have to fill seat No. 6.

8          THE DEPUTY CLERK:  Right.  So then --

9          THE COURT:  1326.

10          THE DEPUTY CLERK:  Then Juror No. 1326, please take

11     seat No. 6 in the jury box.

12       (Bench conference.)

13          THE COURT:  Counsel, I think the next juror that's

14     scheduled is Juror 0103.  You may recall that's a school

15     teacher who has a big school event planned.  Do you all --

16     since we have more jurors, do you all have any objection to

17     me putting her at the bottom?

18          MS. WILLIS:  No objection from the government.

19          MR. KHOURI:  None, Your Honor.

20          THE COURT:  All right.  Mr. Bradley, just move 0103

21     to the bottom of the list.  Thank you.

22       (End of bench conference.)

23       (Counsel exercising strikes.)

24       (Bench conference.)

25          THE COURT:  Yes.

1          MR. KHOURI:  I count 10.  But I think 2792 was struck

2      by the government also.

3          THE COURT:  Well, then that's how it goes sometimes.

4      You both struck the same person.

5          MR. KHOURI:  Do we get one extra?

6          THE COURT:  I don't believe so.

7          MR. KHOURI:  Okay.

8          THE COURT:  No.  I usually do it in rounds, but it

9      happens sometimes.  We're moving to the alternate strikes

10     now.  Is that correct?

11         MS. WILLIS:  That's the government's understanding.

12         MR. KHOURI:  Yes.  Okay.  Thank you.

13       (End of bench conference.)

14      (Counsel exercising strikes.)

15         THE DEPUTY CLERK:  Juror in seat No. 14, 1331, you

16     may return back to the jury lounge.  Thank you.  And Juror

17     2787 in seat No. 11?  Do I have that right?

18       Juror 0977, please take seat No. 14.

19         THE COURT:  Counsel, could you pick up the phone?

20       (Bench conference.)

21         THE COURT:  We have our jury.  Any objections?

22     Ms. Willis?

23         MS. WILLIS:  No objections.

24         THE COURT:  Mr. Khouri?

25         MR. KHOURI:  None, Your Honor.

1          THE COURT:  All right.  Thank you.

2       (End of bench conference.)

3          THE COURT:  Ladies and gentlemen, you are our jury.

4    You've been selected to serve as the jury in this case.  The

5    remaining jurors, thank you very much.  We couldn't have done

6    this process without you.  You may report back to the jury

7    lounge.

8          THE DEPUTY CLERK:  Thank you very much.

9       (Excused jurors exit the courtroom.)

10          THE COURT:  Mr. Bradley, are you ready to swear them

11   in?

12          THE DEPUTY CLERK:  Yes, I am.

13          THE COURT:  All right.

14          THE DEPUTY CLERK:  Will the ladies and gentlemen of

15   the jury panel please stand and raise your right hand.

16       (Jury is sworn.)

17          THE COURT:  All right.  Thank you, ladies and

18   gentlemen.  I appreciate your patience.  You've now been

19   selected as jurors in this case.

20        Before we begin, I want to explain some of the legal

21   rules that will be important in this trial, and I want to

22   emphasize that these remarks are not meant to be a substitute

23   for the detailed instructions that I will give you at the

24   end of the trial just before you begin your deliberations.

25   These preliminary instructions are intended to give you a

1    sense of what will be going on in the courtroom and what your

2    responsibilities as jurors will be.

3       My function is to conduct the trial in an orderly, fair,

4    and efficient manner, to rule on questions of law, and to

5    instruct you on the law that applies in this case.  You should

6    consider all the instructions as a whole.  You may not ignore

7    or refuse to follow any of them.

8       Your function as the jury is to determine what the facts

9    are in this case.  You are the sole judges of the facts.

10   While it is my responsibility to decide what is admitted as

11   evidence during the trial, you alone decide what weight, if

12   any, to give to that evidence.  You alone decide the

13   credibility or believability of the witnesses.

14      You should determine the facts without prejudice, fear,

15   sympathy, or favoritism.  You should not be improperly

16   influenced by anyone's race, ethnic origin, or gender.

17   You should not be improperly -- excuse me -- decide the

18   case solely from a fair consideration of the evidence.

19      You may not take anything I may have said or done as

20   indicating how I think you should decide this case.  If you

21   believe that I have expressed or indicated any such opinion,

22   you should ignore it.  The verdict in this case is your sole

23   and exclusive responsibility.

24      When you took your seats, or just now -- you've noticed

25   that each of you have a notebook and pencil.  That is because

1    I allow jurors to take notes during the trial if they wish.

2    Whether you take notes or not is entirely up to you.  Many

3    people find that taking notes helps them remember testimony

4    and evidence; others find it distracts them from listening

5    to the witness.

6        You will be permitted to take your notebooks back with

7    you into the jury room during deliberations if you take notes.

8    You should remember, however, that your notes are only an aid

9    to your memory.  They are not evidence in this case, and they

10   should not replace your own memory of the evidence.  Those

11   jurors who choose not to take notes should rely on their own

12   memory of the evidence and should not be influenced by another

13   juror's notes.

14       Other than during your deliberations, the notebooks will

15   remain locked in the courtroom during recesses -- actually,

16   they remain locked in my chambers during recesses and overnight.

17   And no one looks at them.  Not me, not my staff, nobody looks

18   at them during the trial.  You will not be able to take the

19   notebooks with you as you come and go and you will not be

20   permitted to take them home with you overnight.

21       At the end of the trial when you come back to the courtroom

22   to deliver your verdict, your notebooks will be collected and

23   the pages on which you've written notes will be torn out and

24   destroyed.  No one, including myself, will ever look at any

25   notes you've taken, so you may feel free to write whatever you

1    wish.

2        You must pay careful attention to the testimony of all of

3    the witnesses because despite seeing a court reporter here, you

4    will not be given any transcripts or summaries of the testimony

5    during your deliberations.  You'll have to rely on your memory

6    and your notes if you choose to take any.

7        Now, you have probably noticed that there are 14 of you

8    sitting in the jury box.  Only 12 of you will retire to

9    deliberate in this case.  Before any of you even entered the

10   courtroom we randomly selected the alternate seats, and I will

11   not tell you who the alternate jurors are until the end of my

12   final instructions just before you begin your deliberations, as

13   any seat might turn out to be an alternate seat.

14       You may be sitting in an alternate seat now but something may

15   happen in the trial that makes you not an alternate anymore and

16   you're a regular juror.  We don't want you to not pay attention

17   because you think you're an alternate.  So it's important that

18   each of you think of yourselves as regular jurors during this

19   trial and that all of you give this case your fullest and most

20   serious attention.

21       At the beginning of the jury selection process, you were

22   introduced to some witnesses by name.  If at any time during

23   this trial you suddenly realize that you recognize or might

24   know any witness, lawyer, someone who's mentioned in the

25   testimony or evidence, or anyone else connected with this case

1    in any way, you should simply raise your hand immediately and

2    tell Mr. Bradley and ask to speak with me, and we'll sort it

3    out.  But don't tell the other jurors.

4        All right.  Let me explain briefly some of the procedures

5    we'll be following and some of the rules of law that will be

6    important in this case.

7        The United States represents the prosecution, and the

8    United States lawyers are employees of the Department of

9    Justice.  They are the federal prosecutors and are also

10   sometimes referred to as the government.  When I mention the

11   government I'm referring to Ms. Willis and Ms. Simon.

12       The defendant is Dr. Frederick Gooding.  When I mention the

13   defendant or the defense, I'm referring either to the defendant,

14   Dr. Gooding, or to one of his lawyers, Mr. Frederick Cooke or

15   Mr. Michael Khouri.

16       This is a criminal case that began when a grand jury returned

17   an indictment charging the defendant, Dr. Gooding, with 11

18   counts of healthcare fraud against the Medicare program.  But

19   the grand jury does not determine guilt or innocence.  That is

20   your role.

21       The government has the burden of proving a defendant guilty

22   beyond a reasonable doubt.  In civil cases it is only necessary

23   to prove that a fact is more likely true than not, or in some

24   cases that its truth is highly probable.  In criminal cases such

25   as this one, the government's proof must be more powerful than

that.  It must be beyond a reasonable doubt.

Reasonable doubt, as the name implies, is a doubt based on reason, a doubt for which you have a reason based upon the evidence or lack of evidence in the case.  If after careful, honest and impartial consideration of all the evidence you cannot say that you are firmly convinced of the defendant's guilt, then you have a reasonable doubt.

Reasonable doubt is the kind of doubt that would cause a reasonable person, after careful and thoughtful reflection, to hesitate to act in the graver or more important matters in life. However, it is not an imaginary doubt, nor a doubt based on speculation or guesswork.  It is a doubt based on reason.

The government is not required to prove guilt beyond all doubt or to a mathematical or scientific certainty.  Its burden is to prove guilt beyond a reasonable doubt.

Dr. Gooding has pleaded not guilty to all charges in the indictment.  Every defendant in a criminal case is presumed to be innocent.  This presumption of innocence remains with the defendant throughout the trial unless and until he is proven guilty beyond a reasonable doubt.  The burden is on the government to prove the defendant guilty beyond a reasonable doubt, and that burden of proof never shifts throughout the trial.

The law does not require a defendant to prove his innocence or to produce any evidence.  If you find that the government

1   has proven beyond a reasonable doubt every element of a

2   particular offense with which the defendant is charged, it

3   is your duty to find him guilty of that offense.

4       On the other hand, if you find that the government has failed

5   to prove any element of a particular offense beyond a reasonable

6   doubt, you must find the defendant not guilty of that offense.

7       As a first step in this trial, the government and the

8   defendant will have an opportunity to make opening statements.

9   In this case the government will make an opening statement, and

10  the defendant will make an opening statement at the close of the

11  government's case.  So you will not hear a defendant opening

12  statement until the government has rested.

13      You should understand that the opening statements are not

14  evidence.  They are only intended to help you understand the

15  evidence that the lawyers expect will be introduced.

16      After the opening statement or statements, the government

17  will put on what is called its case-in-chief.  This means that

18  the government will call witnesses to the witness stand and ask

19  them questions.  This is called direct examination.  When the

20  government is finished asking questions, the defense may ask

21  questions.  This is called cross-examination.  When the defense

22  is finished cross-examination, the government may have brief

23  redirect examination.

24      After the government presents all its evidence, the defendant

25  may present evidence, but he is not required to do so.  The law

1   does not require a defendant to prove his innocence or to

2   produce any evidence.  If the defense does put on evidence,

3   Mr. Khouri and Mr. Cooke will call witnesses to the stand and

4   ask questions on direct examination, Ms. Willis and Ms. Simon

5   will cross-examine, and Mr. Khouri and Mr. Cooke may have brief

6   redirect examination.

7       When the defense is finished, the government may offer a

8   rebuttal case which would operate along the same lines as its

9   case-in-chief.

10      At the end of all the evidence each side will have an

11  opportunity to make a closing argument in support of its case.

12  The lawyers' closing arguments, just like their opening

13  statements, are not evidence in this case; they are only

14  intended to help you understand the evidence.

15      Finally, at the end of the evidence and after both sides have

16  finished closing arguments, I will tell you in detail about the

17  rules of law that you must follow when you consider what your

18  verdict shall be.  Your verdicts must be unanimous, that is all

19  12 jurors must agree on the verdicts.

20      During this trial I may rule on motions and objections by the

21  lawyers.  I may make comments to lawyers, question witnesses,

22  and instruct you on the law.  You should not take any of my

23  statements or actions as any indication of my opinion about how

24  you should decide the facts.  If you think that somehow I have

25  expressed or even hinted at any opinion as to the facts in this

case, you should disregard it.  The verdict in this case is your sole and exclusive responsibility.

You may consider only the evidence properly admitted in this case.  That evidence includes the sworn testimony of witnesses and the exhibits admitted into evidence.

There are two types of evidence from which you may determine what the facts are in this case: direct evidence and circumstantial evidence.  When a witness, such as an eyewitness, asserts actual knowledge of a fact, that witness's testimony is direct evidence.  On the other hand, evidence of facts and circumstances from which reasonable inferences may be drawn is circumstantial evidence.

Let me give you an example:  Assume a person looked out the window and saw that snow was falling.  If he later testified in court about what he had seen, his testimony would be direct evidence that snow was falling at the time he saw it happen.

Assume, however, that he looked out the window and saw no snow on the ground and then went to sleep and saw snow on the ground after he woke up.  His testimony about what he had seen would be circumstantial evidence that it had snowed while he was asleep.

The law says that both direct and circumstantial evidence are acceptable as a means of proving a fact.  The law does not favor one form of evidence over another.  It is for you to decide how much weight to give any particular evidence, whether it is

direct or circumstantial.  You are permitted to give equal weight to both.

Circumstantial evidence does not require a greater degree of certainty than direct evidence, and in reaching a verdict in this case you should consider all of the evidence presented, both direct and circumstantial.

Sometimes a lawyer's question suggests the existence of a fact.  But the lawyer's question alone is not evidence.  If the evidence includes anything other than testimony and exhibits, I will instruct you about these other types of evidence when they are admitted during trial.

During the trial, if the Court or lawyer makes a statement or asks a question that refers to evidence that you remember differently, you should rely on your memory of the evidence during your deliberations.

The lawyers may object when the other side asks a question, makes an argument or offers evidence that the objecting lawyer believes is not properly admissible.  You must not hold such objections against the lawyer who makes them or the party they represent.  It is the lawyers' responsibility to object to evidence that they believe is not admissible.

If I sustain an objection to a question asked by a lawyer, the question must be withdrawn and you must not guess or speculate what the answer to the question would have been. If a question is asked and answered, and I then rule that the

1   answer should be stricken from the record, you must disregard

2   both the question and the answer in your deliberations.  You

3   should follow this same rule if any of the exhibits are stricken.

4       You are not permitted to discuss this case with anyone until

5   the case is submitted to you for your decision at the end of my

6   final instructions.

7       This means that, until the case is submitted to you, you

8   may not talk about it even with your fellow jurors.  And even

9   if something exciting happens and you go back to your jury room

10  and you want to say, hey, what did you think?  Can't do that.

11      You have to wait until the case is submitted to you for

12  deliberation, and this is because we don't want you making

13  decisions until you've heard all the evidence and the

14  instructions of law.

15      In addition, you may not talk about the case with anyone

16  else.  It should go without saying that you may not also write

17  about the case electronically through any blog, posting or

18  other communication, including social networking sites such as

19  Facebook, Instagram and Twitter, until after you've delivered

20  your verdict and the case is over.

21      This is because you must decide the case based on what

22  happens here in the courtroom, and not on what someone may or

23  may not tell you outside of the courtroom.

24      I'm sure that when we take our first recess, you may want to

25  call home or call in to work and tell them you've been selected

1   for a jury.  Your friends or family or employers may ask you

2   what kind of case you're going to be sitting on.  You can tell

3   them a criminal case but nothing else.  When the case is over,

4   you may discuss any part of it with anyone you wish, but not

5   until then.  You cannot discuss the case.

6       Although it is a natural human tendency to talk with people

7   with whom you may come into contact, you must not talk to any of

8   the parties, their attorneys, or any witnesses in this case

9   during the time you serve on this jury.  If you encounter anyone

10  connected to the case outside the courtroom, you should avoid

11  having any conversations with them, overhearing their

12  conversation, or having any contact with them at all.

13      For example, if you find yourself in a courthouse corridor,

14  elevator, or any other location where the case is being

15  discussed by the attorneys, parties, witnesses, or anyone else,

16  you should immediately leave the area to avoid hearing such

17  discussions.  If you do overhear a discussion about the case,

18  you should report that to me through Mr. Bradley as soon as

19  possible.

20      And finally, if you see any of the attorneys or witnesses

21  involved in the case and they turn and walk away from you,

22  they're not being rude; they're merely following the same

23  instruction that I give to them.  And that is true, ladies and

24  gentlemen, that everyone involved in this case is very nice,

25  friendly and polite person; they're not being rude.  You may

see me wandering about the courthouse.  I may at most say good

morning or good afternoon but I will not tarry in your presence

and I won't speak and we cannot have a conversation.  It's not

because I'm rude, it's because you're jurors in a case before

me.

Now, it is very unlikely, but if someone tries to talk to you

about the case, you should refuse to do so and immediately let

me know by telling the clerk or the marshal.  Don't tell the

other jurors, just let me know and I'll bring you in to discuss

it.

Now, between now and when you're discharged from jury duty,

you must not provide to or receive from anyone, including

friends, coworkers, or family members, any information about

your jury service.  You may tell those who need to know where

you are, that you've been picked for a jury, it's a criminal

case, and how long the case may take.  But you must not give

anyone any information about the case itself or the people

involved in the case.

You must also warn people not to try to say anything to

you or to write to you about your jury service on this case.

This includes face-to-face, phone, or computer communications.

In this age of electronic communication, I want to stress

that you must not use electronic devices or computers to talk

about this case, including tweeting, texting, blogging,

emailing, posting information on a website or chat room or any

1     other means at all.  We've had jurors do that, and it has

2     caused great problems.

3        Do not send or accept messages, including email and text

4     messages, about your jury service.  You must not disclose

5     your thoughts about your jury service or ask for advice on

6     how to decide any case.  You must decide the facts based on

7     the evidence presented in court and according to the legal

8     principles about which I'll instruct you.

9        You are not permitted during the course of this trial to

10    conduct any independent investigation or research about

11    this case, especially in the age of the internet and Google.

12    You are not -- that means, for example, you cannot use the

13    internet to do research about the facts or the law or the people

14    involved in this case.  Research includes something even as

15    simple as -- seemingly harmless as using the internet to look

16    up a legal term or to view a satellite photo of the scene of

17    the alleged crime.  Can't Google any of the people involved in

18    the case.

19    I want to explain the reasons for this.  All parties have a

20    right to have the case decided only on evidence and legal rules

21    that they know about and that they have a chance to respond to.

22    Relying on information you get outside of this courtroom is

23    unfair because the parties would not have a chance to refute,

24    correct, or explain it.  Unfortunately, information that we get

25    over the internet or from other sources may be incomplete or

1    misleading or just plain wrong.

2        It is up to you to decide whether to credit any evidence

3    presented in court, and only the evidence presented in court

4    may be considered.  If evidence or legal information has not

5    been presented in court, you cannot rely on it.

6        Moreover, if any of you do your own research about the facts

7    or the law, this may result in different jurors basing their

8    decision on different information.  Each juror must make his

9    or her decision based on the same evidence and under the same

10   rules.

11       In some cases there may be reports in the newspaper or on

12   the radio, internet, or television concerning the case while

13   the trial is ongoing.  I don't have any information that that's

14   going to happen here, but sometimes it happens.  If there should

15   be such media coverage in this case, you may be tempted to read,

16   listen to, or watch it.  You must not read, listen to, or watch

17   such reports because you must decide this case again solely on

18   the evidence presented in the courtroom.

19       If any publicity about this trial inadvertently comes to

20   your attention during trial, do not discuss it with your fellow

21   jurors or anyone else; just let me or my clerk know, my

22   courtroom deputy Mr. Bradley know, as soon after it happens as

23   you can, and I'll briefly discuss it with you.

24       After I submit the case to you, you may discuss it only

25   when I instruct you to do so and only in the jury room and

1    only in the presence of your fellow jurors.  It is important

2    that you keep an open mind and not decide any issue in the case

3    until after I submit the entire case to you with my final

4    instructions.

5        A few housekeeping matters.  From now on, you will not come

6    in the courtroom through those double doors -- well, actually,

7    no.  Normally, you would come into the courtroom through this

8    door right here, which leads to the jury room.

9        But since the COVID pandemic, we have realized that my jury

10   room at least -- some of them are okay, but my jury room is not

11   appropriate for the jury to sit in to deliberate in or spend

12   any time in.  The ventilation system is not very good and it's

13   kind of close.

14       So, for your own comfort and safety and well-being, we

15   have arranged for you to spend your off time when you're not

16   in the courtroom in another courtroom where you can spread out,

17   that has better ventilation, and that will be safer and more

18   comfortable for you to do not only deliberations, to gather in

19   the morning and when there are breaks.

20       With regard to masking, as you've seen, everybody in

21   the courtroom is masked except when we're speaking into a

22   microphone.  During the course of the trial, our masking

23   rules may change outside of the courtroom.  I'll let you know

24   if that's the case.

25       When you are all together in your jury room, the courtroom

1    you're going to be spending time in, it is up to you whether

2    you want to keep your masks on or not.  I don't have any rule

3    for that.  But I ask you to make whatever decision about that

4    unanimously and with an eye to respecting everyone's comfort

5    level and safety level.

6        If you decide that, while you're in the courtroom and

7    deliberations, you want to take your masks off, that has to be a

8    universal, unanimous decision.  Call it your first deliberation.

9    But I ask you to make that decision amongst yourselves and with

10   an eye to respecting everyone's comfort level.

11       You will notice that -- well, you will probably notice in the

12   coming days that the temperature -- this is an old part of the

13   building and the temperature can vary.  I suggest you dress in

14   layers.  It can get cool, it can get warm, it can do that in the

15   course of one day.  I also ask that you not leave any valuables

16   in the jury room, that you bring any valuables or possessions

17   with you where they can be -- where you can keep an eye on them.

18       And finally, you will have breakfast brought to you in the

19   morning before the time we're supposed to start trial, so if

20   you want to have breakfast, breakfast will be delivered at nine

21   o'clock.  Continental breakfast.  If you wish to have breakfast,

22   you need to be here by nine o'clock.

23       Unless I tell you the evening before, we plan to start at

24   9:30.  And as I told you yesterday, there are days when we may

25   go to 5:00 and there are some days when we will stop at 4:30.

1    Tomorrow we will stop at 4:00.

2        And -- wait.  Do I have something today?  Yeah.  I have a

3    hearing at 12:30, so we're going to stop shortly.  And we will

4    take a midmorning and a midafternoon break as well, so my court

5    reporter can get a rest and you all can stretch your legs.

6        All right.  If there's something that causes you to be late,

7    Mr. Bradley will give you the number.

8            THE DEPUTY CLERK:  They contact the jury office.

9            THE COURT:  Oh, there you go.  Okay.  Mr. Bradley

10    will explain how to do that.  And that being said, I am going

11    to excuse you now for lunch.  I have a short matter at 12:30.

12        Counsel, 1:30?  Mr. Bradley, is that enough time for you

13    all?  All right.  1:30 for lunch.

14        Now, we have a cafeteria in this courthouse.  It's not up

15    to full capacity yet.  It's not serving everything it normally

16    does but it's a pretty good cafeteria.  Especially compared to

17    other federal courthouses I've been in.  So you're free to

18    have lunch in the cafeteria, and there are places outside the

19    courthouse you can go to as well.

20        So enjoy your lunch, and I will see you all again at 1:30

21    this afternoon.  You can leave your notebooks on your seats.

22    Thank you.

23            THE DEPUTY CLERK:  When you come back from lunch, go

24    to courtroom 14.  It's at the end of this hallway.  That'll be

25    your breakout room for the trial.  So every morning you will

1        go there, I'll come and get you and bring you back.  So when

2        you go to lunch, go to courtroom 14 and come back.

3             THE COURT:  And also when you come in in the mornings,

4        go to courtroom 14.  You'll only be in this courtroom when

5        you're hearing evidence.

6             (Lunch recess taken at 12:28 p.m.)

\* \* \* \* \* \*

CERTIFICATE

     I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

*/s/ Bryan A. Wayne*
Bryan A. Wayne

## /

**/s** [1] - 299:9

## 0

**0103** [2] - 278:14, 278:20
**0176** [5] - 240:16, 240:19, 240:22, 241:2, 242:4
**0251** [1] - 276:7
**0289** [1] - 274:20
**0356** [1] - 276:24
**0629** [3] - 262:1, 262:4, 264:2
**0721** [4] - 245:7, 245:8, 245:11, 248:15
**0806** [3] - 260:7, 260:10, 262:1
**0849** [3] - 255:24, 256:2, 259:10
**0894** [3] - 248:15, 248:18, 253:13
**0977** [4] - 238:25, 239:1, 240:16, 279:18

## 1

**1** [12] - 228:4, 228:5, 228:6, 264:8, 264:9, 270:8, 271:4, 271:17, 271:18, 271:19, 274:23
**10** [21] - 224:16, 233:14, 233:15, 248:23, 248:24, 248:25, 249:3, 249:4, 249:7, 250:25, 262:8, 262:9, 270:8, 271:4, 271:20, 275:18, 275:21, 276:13, 276:16, 276:21, 279:1
**10:48** [1] - 272:13
**10a** [2] - 233:16, 233:20
**11** [28] - 233:21, 234:2, 234:5, 239:5, 239:6, 239:7, 242:11, 242:12, 245:15, 245:24, 253:18, 254:5, 256:5, 260:14, 264:8, 265:19, 265:23,

266:2, 269:2, 271:4, 271:20, 272:3, 275:17, 275:22, 279:17, 284:17
**11:00** [1] - 268:24
**11:29** [1] - 272:13
**12** [9] - 225:16, 234:6, 234:10, 271:4, 271:20, 276:5, 276:7, 283:8, 287:19
**1250** [1] - 223:21
**12:28** [1] - 298:6
**12:30** [3] - 275:11, 297:3, 297:11
**12th** [1] - 253:21
**13** [28] - 234:11, 234:15, 239:5, 239:7, 239:22, 245:15, 246:6, 246:8, 246:9, 246:11, 248:22, 248:25, 249:3, 249:4, 250:1, 253:18, 254:10, 260:14, 262:8, 263:2, 264:8, 265:19, 265:25, 266:11, 271:4, 271:20, 276:11, 276:22
**1326** [2] - 278:9, 278:10
**1331** [1] - 279:15
**14** [21] - 234:16, 245:15, 247:9, 248:25, 249:3, 249:4, 250:14, 271:2, 271:3, 271:4, 271:5, 271:6, 271:19, 271:20, 274:25, 279:15, 279:18, 283:7, 297:24, 298:2, 298:4
**1400** [1] - 223:14
**1436** [1] - 276:11
**15** [5] - 234:19, 234:21, 249:5, 249:12, 251:5
**1523** [5] - 272:19, 272:20, 273:2, 273:3, 273:23
**1548** [1] - 275:16
**1564** [3] - 253:13, 253:14, 255:18
**1566** [1] - 276:21
**16** [3] - 234:22, 235:7, 235:8
**1631** [1] - 274:19
**1659** [2] - 277:12, 277:21

**16th** [2] - 231:6, 253:21
**17** [4] - 235:8, 235:9, 235:13, 264:12
**1727** [1] - 276:4
**1764** [1] - 274:17
**18** [3] - 235:14, 245:16, 247:21
**1809** [1] - 275:20
**18a** [2] - 235:16, 235:23
**19** [2] - 235:24, 235:25
**19-0255** [1] - 223:4
**19-255** [1] - 224:3
**19a** [1] - 236:1
**1:00** [1] - 275:11
**1:30** [3] - 297:12, 297:13, 297:20

## 2

**2** [5] - 223:9, 228:7, 228:18, 271:4, 271:19
**20** [5] - 236:5, 236:6, 249:5, 252:2, 258:20
**20001** [1] - 223:25
**20005** [1] - 223:14
**20036** [1] - 223:22
**202** [3] - 223:15, 223:22, 223:25
**2022** [1] - 223:24
**2082** [4] - 275:21, 276:13, 276:14, 276:18
**2087** [2] - 275:22, 275:25
**21** [2] - 236:7, 236:9
**215** [1] - 223:17
**22** [6] - 236:10, 236:11, 253:18, 254:18, 264:8, 266:17
**2222** [1] - 223:17
**2295** [4] - 277:15, 277:20, 277:24, 277:25
**23** [2] - 236:12, 236:14
**2348** [1] - 276:5
**2385** [1] - 277:16
**24** [4] - 236:15, 236:17, 242:11, 243:11
**2473** [2] - 274:20, 277:14
**2479** [1] - 264:2, 264:5, 268:20, 276:8
**2485** [3] - 242:4, 242:7, 245:8

**24th** [2] - 245:19, 245:22
**25** [4] - 236:18, 237:2, 237:4, 266:20
**2583** [2] - 277:18, 277:19
**25th** [1] - 265:16
**26** [3] - 237:5, 237:10, 237:11
**2688** [1] - 276:20
**2691** [1] - 275:18
**27** [2] - 237:12, 237:14
**2787** [2] - 275:23, 279:17
**2792** [2] - 276:6, 276:23, 279:1
**28** [4] - 237:15, 237:20, 249:5, 252:13
**29** [2] - 237:21, 237:23

## 3

**3** [7] - 228:24, 271:4, 271:19, 274:17, 274:20, 277:14, 277:16
**30** [3] - 237:24, 238:3, 258:20
**31** [3] - 238:11, 249:5, 252:17
**32** [4] - 238:12, 238:16, 264:8, 267:8
**33** [2] - 238:20, 238:22
**333** [1] - 223:24
**336-2433** [1] - 223:18
**353-0822** [1] - 223:15
**354-3186** [1] - 223:25

## 4

**4** [7] - 228:25, 229:12, 230:11, 271:4, 271:19, 274:18, 274:21
**4704-A** [1] - 223:24
**4:00** [1] - 297:1
**4:30** [1] - 296:25

## 5

**5** [8] - 230:13, 230:17, 271:4, 271:19, 276:3, 276:6, 276:23, 276:25
**5:00** [1] - 296:25
**5a** [3] - 230:17, 264:8, 264:23

**5b** [3] - 230:18, 230:21
**5c** [2] - 230:22, 230:24

## 6

**6** [16] - 230:25, 232:5, 232:9, 245:15, 245:17, 253:18, 253:19, 264:8, 265:14, 269:5, 270:8, 271:4, 271:19, 277:16, 278:7, 278:11

## 7

**7** [10] - 223:6, 232:10, 232:12, 233:7, 271:4, 271:6, 271:16, 271:19, 274:24
**700** [1] - 223:21

## 8

**8** [6] - 232:16, 232:19, 233:3, 271:4, 271:20, 274:25
**861-0870** [1] - 223:22
**8th** [1] - 273:15

## 9

**9** [7] - 233:4, 233:6, 233:12, 271:4, 271:20, 275:16, 275:20
**92612** [1] - 223:18
**949** [1] - 223:18
**9:30** [2] - 275:8, 296:24
**9:34** [1] - 223:6
**9th** [1] - 255:12

## A

**a.m** [4] - 223:6, 269:2, 272:13
**ability** [22] - 230:23, 233:18, 234:8, 234:9, 235:17, 235:22, 236:2, 236:16, 238:14, 239:16, 243:3, 243:13, 248:5, 249:24, 250:10, 251:24, 252:8,

254:15, 255:8,
259:22, 262:25,
264:20
**able** [26] - 233:11,
237:13, 238:6,
243:7, 243:17,
246:20, 246:22,
247:4, 247:6,
249:18, 251:3,
252:17, 252:19,
256:23, 257:5,
259:2, 259:4,
259:22, 260:4,
261:19, 262:19,
265:10, 266:7,
266:13, 277:7,
282:18
**above-entitled** [1] -
299:5
**absolute** [1] - 237:6
**abundance** [1] - 229:3
**accept** [4] - 237:13,
246:24, 256:25,
293:3
**acceptable** [1] -
288:23
**access** [1] - 261:19
**accommodations** [1]
- 232:14
**according** [1] - 293:7
**accounting** [2] -
263:16, 263:22
**acknowledges** [1] -
259:25
**act** [1] - 285:10
**Act** [3] - 242:17,
256:14, 257:11
**action** [1] - 224:2
**actions** [1] - 287:23
**actual** [1] - 288:9
**Adam** [1] - 229:20
**addition** [1] - 290:15
**address** [1] - 265:11
**addressed** [1] -
251:22
**administer** [2] -
227:11, 231:17
**admissible** [2] -
289:18, 289:21
**admitted** [4] - 281:10,
288:3, 288:5, 289:11
**advice** [1] - 293:5
**advocacy** [2] - 261:17,
261:18
**affect** [19] - 230:23,
233:17, 235:17,
235:22, 236:2,
236:16, 239:16,
243:3, 243:13,
246:3, 248:5,

249:23, 250:10,
251:24, 252:7,
254:15, 255:8,
262:25, 264:20
**affordable** [1] - 261:20
**afternoon** [2] - 292:2,
297:21
**age** [2] - 292:22,
293:11
**agencies** [1] - 265:25
**agency** [6] - 234:4,
234:15, 234:18,
239:19, 240:1, 247:4
**agent** [3] - 235:11,
266:20
**Agent** [3] - 229:19,
229:20
**agents** [8] - 234:14,
239:25, 258:4,
258:5, 267:2
**ago** [4] - 247:13,
249:9, 250:23,
262:16
**agree** [1] - 287:19
**aid** [1] - 282:8
**air** [1] - 268:10
**Alice** [1] - 229:18
**allegations** [1] -
244:16
**alleged** [2] - 257:13,
293:17
**Allene** [1] - 229:17
**allow** [1] - 282:1
**alone** [3] - 281:11,
281:12, 289:8
**alternate** [13] - 262:22,
270:6, 270:7,
270:12, 270:20,
270:23, 279:9,
283:10, 283:11,
283:13, 283:14,
283:15, 283:17
**alternates** [3] -
225:17, 270:17,
270:22
**AMERICA** [1] - 223:3
**America** [1] - 224:3
**analysis** [1] - 268:9
**analyst** [1] - 239:13
**answer** [21] - 226:7,
226:11, 226:12,
226:15, 226:17,
228:6, 230:17,
230:21, 235:20,
235:23, 238:11,
242:13, 254:10,
254:20, 256:7,
258:17, 260:1,
289:24, 290:1, 290:2
**answered** [2] - 226:7,

289:25
**answers** [14] - 225:22,
239:4, 241:4,
242:10, 245:13,
245:15, 248:20,
249:2, 253:17,
256:4, 260:13,
260:14, 262:7, 264:7
**anticipated** [1] -
234:22
**antitrust** [1] - 246:13
**APC** [1] - 223:16
**apologize** [1] - 246:7
**apology** [2] - 276:8,
276:19
**appear** [1] - 233:10
**APPEARANCES** [1] -
223:11
**appearing** [1] - 224:6
**applies** [1] - 281:5
**appreciate** [3] - 232:3,
265:6, 280:18
**appropriate** [1] -
295:11
**architect** [1] - 254:3
**area** [2] - 257:4,
291:16
**argument** [2] - 287:11,
289:17
**arguments** [2] -
287:12, 287:16
**arranged** [1] - 295:15
**arranges** [1] - 225:8
**arrested** [3] - 234:17,
247:11, 247:12
**arrive** [2] - 238:14,
268:24
**artists** [1] - 264:14
**aside** [9] - 243:7,
246:22, 256:23,
259:4, 259:23,
259:24, 260:4,
265:11, 266:7
**asleep** [1] - 288:21
**asserts** [1] - 288:9
**assess** [1] - 243:17
**assessing** [1] - 240:8
**assigned** [1] - 225:12
**assigning** [1] - 268:13
**assisting** [1] - 228:10
**association** [3] -
228:16, 228:23,
263:24
**assume** [2] - 288:13,
288:17
**assured** [1] - 227:24
**attention** [7] - 232:18,
233:2, 277:9, 283:2,
283:16, 283:20,
294:20

289:25
**attorney** [7] - 242:14,
242:20, 246:14,
246:17, 256:9,
260:21, 260:23
**attorneys** [5] - 226:14,
228:8, 291:8,
291:15, 291:20
**audience** [1] - 277:12
**availability** [1] - 231:2
**Avenue** [4] - 223:14,
223:21, 223:24,
262:14
**avoid** [2] - 291:10,
291:16

### B

**background** [2] -
258:18, 260:2
**bad** [1] - 258:24
**based** [10] - 228:1,
230:22, 236:24,
285:2, 285:3,
285:11, 285:12,
290:21, 293:6, 294:9
**basing** [1] - 294:7
**bathroom** [1] - 269:7
**bear** [2] - 232:24,
245:22
**Becnel** [1] - 230:5
**BEFORE** [1] - 223:10
**began** [1] - 284:16
**begin** [9] - 227:10,
227:13, 238:18,
274:9, 274:11,
274:13, 280:20,
280:24, 283:12
**beginning** [1] - 283:21
**begins** [1] - 271:10
**behind** [1] - 272:15
**belief** [3] - 235:9,
237:16, 252:14
**believability** [1] -
281:13
**believes** [1] - 289:18
**bell** [2] - 264:25, 265:4
**bench** [5] - 268:21,
274:4, 278:22,
279:13, 280:2
**Bench** [5] - 238:24,
272:17, 278:12,
278:24, 279:20
**better** [2] - 226:10,
295:17
**between** [2] - 275:11,
292:11
**beyond** [16] - 236:20,
237:1, 237:20,
238:5, 238:11,

252:18, 258:23,
267:2, 284:22,
285:1, 285:13,
285:15, 285:20,
285:21, 286:1, 286:5
**bias** [1] - 225:19
**biased** [5] - 243:24,
246:4, 247:16,
261:1, 263:12
**biases** [1] - 227:24
**bicycle** [2] - 251:15,
251:16
**big** [1] - 278:15
**bigger** [1] - 269:5
**bike** [1] - 247:23
**billing** [9] - 244:25,
255:4, 257:13,
257:17, 258:9,
258:22, 259:3,
263:23, 266:24
**bit** [3] - 256:20,
259:21, 268:25
**blog** [1] - 290:17
**blogging** [1] - 292:24
**Blue** [2] - 254:25
**booked** [1] - 273:10
**Border** [3] - 239:10,
239:15, 240:3
**boss** [1] - 273:8
**bottom** [3] - 255:19,
278:17, 278:21
**bound** [1] - 227:16
**box** [12] - 226:14,
233:9, 269:22,
270:10, 272:4,
275:20, 276:6,
276:7, 277:16,
278:5, 278:11, 283:8
**Bradley** [21] - 224:19,
224:22, 225:7,
227:10, 238:19,
269:1, 269:9,
269:14, 270:3,
270:9, 271:11,
271:12, 274:5,
272:20, 280:10,
284:2, 291:18,
294:22, 297:7,
297:9, 297:12
**Branch** [1] - 256:13
**break** [4] - 272:3,
275:10, 275:13,
297:4
**breakfast** [5] - 296:18,
296:20, 296:21
**breakout** [1] - 297:25
**breaks** [2] - 232:23,
295:19
**brief** [2] - 286:22,
287:5

**briefly** [2] - 284:4, 294:23
**bring** [6] - 227:4, 240:24, 272:21, 292:9, 296:16, 298:1
**broken** [1] - 247:24
**brother** [3] - 243:14, 250:4, 250:6
**brother-in-law** [2] - 250:4, 250:6
**brought** [3] - 238:13, 238:17, 296:18
**Browne** [1] - 229:16
**Bryan** [3] - 225:11, 299:9, 299:9
**BRYAN** [2] - 223:23, 299:3
**building** [1] - 296:13
**Burden** [1] - 230:4
**burden** [5] - 236:19, 284:21, 285:14, 285:20, 285:22
**Bureau** - 233:24

## C

**CA** [1] - 223:18
**cafeteria** [3] - 297:14, 297:16, 297:18
**calendar** [1] - 277:10
**California** [1] - 273:9
**camping** [1] - 245:18
**CAN** [3] - 242:16, 244:11, 244:12
**CAN-SPAM** [3] - 242:16, 244:11, 244:12
**cannot** [8] - 237:22, 238:15, 252:14, 285:6, 291:5, 292:3, 293:12, 294:5
**capacity** [1] - 297:15
**car** [1] - 247:24
**card** [6] - 225:24, 226:1, 226:5, 226:10, 228:18, 228:24
**cards** [1] - 224:20
**care** [1] - 243:15
**career** [4] - 246:3, 267:4, 273:19, 273:21
**careful** [3] - 283:2, 285:4, 285:9
**case** [143] - 224:9, 224:13, 224:18, 224:24, 225:1, 225:17, 225:19, 226:22, 226:24,

227:8, 227:25, 228:3, 228:19, 229:9, 230:2, 230:17, 230:22, 230:24, 231:6, 232:12, 232:19, 233:19, 233:21, 234:10, 235:18, 236:4, 236:17, 236:23, 237:6, 237:14, 237:18, 237:20, 237:24, 238:4, 238:10, 238:11, 238:16, 243:2, 243:17, 243:24, 244:7, 244:9, 244:10, 246:22, 247:17, 248:6, 249:24, 251:3, 251:25, 252:5, 252:15, 252:18, 252:20, 252:22, 255:2, 255:8, 256:15, 256:16, 258:6, 258:15, 259:16, 260:1, 261:8, 262:19, 262:21, 262:25, 263:9, 264:21, 264:24, 265:9, 265:11, 267:6, 267:10, 267:18, 267:23, 269:12, 280:4, 280:19, 281:5, 281:9, 281:18, 281:20, 281:22, 282:9, 283:9, 283:19, 283:25, 284:6, 284:16, 285:4, 285:17, 286:9, 286:11, 286:17, 287:8, 287:9, 287:11, 287:13, 288:1, 288:4, 288:7, 289:5, 290:4, 290:5, 290:7, 290:11, 290:15, 290:17, 290:20, 290:21, 291:2, 291:3, 291:5, 291:8, 291:10, 291:14, 291:17, 291:21, 291:24, 292:4, 292:7, 292:16, 292:17, 292:18, 292:20, 292:24, 293:6, 293:11, 293:14, 293:18, 293:20, 294:12, 294:15, 294:17,

294:24, 295:2, 295:3, 295:24
**case-in-chief** [2] - 286:17, 287:9
**cases** [27] - 242:15, 249:19, 256:11, 256:14, 256:23, 256:25, 257:12, 257:17, 257:19, 257:20, 257:21, 257:22, 258:2, 258:7, 258:11, 258:19, 258:20, 259:3, 259:15, 264:13, 264:19, 265:2, 284:22, 284:24, 294:11
**catch** [2] - 238:12, 267:8
**catch-all** [2] - 238:12, 267:8
**caused** [1] - 293:2
**causes** [2] - 238:15, 297:6
**caution** [1] - 229:4
**Ceremonial** [2] - 269:4, 269:8
**ceremonial** [1] - 241:25
**certainly** [2] - 258:17, 267:20
**certainty** [2] - 285:14, 289:4
**CERTIFICATE** [1] - 299:2
**certify** [1] - 299:3
**chambers** [1] - 282:16
**chance** [3] - 227:2, 293:21, 293:23
**change** [1] - 295:23
**charge** [2] - 233:19, 252:5
**charged** [6] - 230:13, 234:17, 238:6, 247:11, 250:15, 286:2
**charges** [1] - 285:16
**charging** [1] - 284:17
**chat** [1] - 292:25
**check** [3] - 277:7, 277:10
**chief** [2] - 286:17, 287:9
**choose** [3] - 229:1, 282:11, 283:6
**Christmas** [1] - 260:24
**Chutkan** [2] - 224:10, 224:24
**CHUTKAN** [1] - 223:10

**circumstances** [1] - 288:11
**circumstantial** [7] - 288:8, 288:12, 288:20, 288:22, 289:1, 289:3, 289:6
**citizens** [2] - 231:21, 231:23
**civic** [1] - 231:14
**civil** [1] - 284:22
**Civil** [1] - 256:10
**claims** [1] - 255:4
**Claims** [2] - 256:14, 257:11
**clarification** [1] - 251:10
**clerk** [4] - 225:7, 274:7, 292:8, 294:21
**CLERK** [24] - 224:2, 224:21, 269:15, 274:15, 275:16, 275:24, 276:3, 276:11, 276:17, 276:19, 277:12, 277:19, 277:22, 277:24, 278:4, 278:6, 278:8, 278:10, 279:15, 280:8, 280:12, 280:14, 297:8, 297:23
**clerks** [1] - 225:14
**close** [27] - 230:20, 234:3, 234:11, 234:17, 234:20, 235:15, 236:7, 236:10, 236:13, 239:22, 246:9, 247:10, 247:22, 250:1, 250:15, 251:1, 251:6, 254:6, 254:19, 259:12, 260:5, 265:24, 266:1, 266:17, 274:10, 286:10, 295:13
**closer** [1] - 233:11
**closest** [1] - 274:23
**closing** [3] - 287:11, 287:12, 287:16
**Coe** [1] - 229:19
**coffee** [1] - 269:7
**collected** [1] - 282:22
**college** [1] - 247:24
**COLUMBIA** [1] - 223:1
**Columbia** [4] - 231:19, 231:25, 241:8, 241:19
**comfort** [3] - 295:14, 296:4, 296:10

**comfortable** [1] - 295:18
**coming** [2] - 273:12, 296:12
**comments** [1] - 287:21
**Commercial** [1] - 256:12
**commercial** [1] - 242:19
**committed** [1] - 238:6
**committing** [1] - 230:14
**common** [1] - 225:4
**communication** [2] - 290:18, 292:22
**communications** [1] - 292:21
**company** [3] - 254:2, 254:23, 255:7
**compared** [1] - 297:16
**compelled** [1] - 237:7
**completed** [1] - 231:11
**complies** [1] - 274:7
**computer** [1] - 292:21
**computers** [1] - 292:23
**concern** [2] - 261:6, 261:7
**concerned** [1] - 273:19
**concerning** [2] - 233:19, 294:12
**condition** [1] - 232:25
**conditions** [1] - 232:17
**conduct** [2] - 281:3, 293:10
**conference** [10] - 238:24, 268:21, 272:17, 274:4, 278:12, 278:22, 278:24, 279:13, 279:20, 280:2
**confused** [1] - 271:16
**congregate** [1] - 269:8
**connected** [2] - 283:25, 291:10
**Connecticut** [1] - 223:21
**connection** [3] - 228:16, 228:22, 236:8
**conscience** [1] - 237:17
**conscientious** [2] - 237:15, 252:14
**consider** [4] - 281:6, 287:17, 288:3, 289:5

consideration [2] -
281:18, 285:5
considered [3] -
232:2, 235:2, 294:4
considering [2] -
234:25, 235:6
Constitution [1] -
223:24
constitution [1] -
237:7
contact [3] - 291:7,
291:12, 297:8
contacts [1] - 266:3
continental [1] -
296:21
continues [1] - 236:25
continuing [1] -
274:24
control [1] - 267:13
conversation [2] -
291:12, 292:3
conversations [2] -
244:20, 291:11
convicted [2] -
234:17, 250:19
convinced [1] - 285:6
COOKE [1] - 223:19
Cooke [7] - 223:20,
224:5, 228:13,
228:17, 284:14,
287:3, 287:5
cool [1] - 296:14
Cooper [1] - 230:3
copy [2] - 268:9,
268:11
corner [2] - 226:1,
226:5
correct [6] - 244:7,
258:3, 277:19,
279:10, 293:24,
299:4
corridor [1] - 291:13
counsel [17] - 228:14,
240:11, 256:19,
259:25, 272:16,
272:20, 273:24,
274:14, 275:2,
276:2, 276:10,
277:1, 278:13,
278:23, 279:14,
279:19, 297:12
count [1] - 279:1
countries [1] - 231:20
country [2] - 231:20,
258:20
counts [1] - 284:18
County [1] - 263:5
couple [2] - 246:12,
269:19
course [6] - 229:15,

231:3, 256:18,
293:9, 295:22,
296:15
COURT [228] - 223:1,
224:7, 224:22,
229:22, 230:7,
239:1, 239:3, 239:7,
239:11, 239:14,
239:18, 239:22,
240:6, 240:11,
240:13, 240:15,
240:17, 240:19,
240:22, 241:1,
241:4, 241:6, 241:9,
241:12, 241:15,
242:3, 242:5, 242:7,
242:9, 242:12,
242:18, 242:21,
242:23, 243:1,
243:6, 243:11,
243:16, 243:22,
244:1, 245:3, 245:5,
245:7, 245:9,
245:11, 245:13,
245:17, 245:21,
245:24, 246:2,
246:6, 246:9,
246:14, 246:16,
246:20, 247:2,
247:9, 247:15,
247:19, 247:21,
247:25, 248:4,
248:8, 248:11,
248:13, 248:16,
248:18, 248:20,
248:24, 249:2,
249:6, 249:9,
249:13, 249:17,
249:22, 250:1,
250:5, 250:9,
250:14, 250:17,
250:19, 250:21,
250:23, 251:1,
251:5, 251:11,
251:23, 252:2,
252:5, 252:13,
252:17, 252:22,
252:25, 253:3,
253:11, 253:14,
253:16, 253:19,
253:22, 253:25,
254:2, 254:5,
254:10, 254:13,
254:18, 254:24,
255:2, 255:6,
255:10, 255:13,
255:15, 255:17,
255:19, 255:23,
255:25, 256:2,
256:4, 256:6,
256:11, 256:15,

256:20, 257:3,
257:9, 257:16,
259:1, 259:8,
259:12, 260:5,
260:8, 260:10,
260:12, 260:15,
260:19, 260:25,
261:5, 261:10,
261:12, 261:23,
261:25, 262:2,
262:4, 262:6, 262:9,
262:12, 262:15,
262:18, 262:22,
262:24, 263:2,
263:7, 263:15,
263:17, 263:20,
264:1, 264:3, 264:5,
264:7, 264:9,
264:15, 264:23,
265:6, 265:14,
265:18, 265:23,
266:5, 266:10,
266:13, 266:17,
266:23, 267:4,
267:8, 267:17,
268:2, 268:4,
268:19, 268:22,
269:16, 269:18,
271:1, 271:3, 271:7,
271:17, 271:19,
271:23, 271:25,
272:2, 272:6,
272:14, 272:18,
272:20, 273:1,
273:5, 273:14,
273:16, 273:19,
273:22, 273:24,
274:3, 274:5,
274:22, 275:3,
275:23, 275:25,
276:15, 276:18,
277:3, 277:18,
277:21, 277:23,
278:1, 278:5, 278:7,
278:9, 278:13,
278:20, 278:25,
279:3, 279:6, 279:8,
279:19, 279:21,
279:24, 280:1,
280:3, 280:10,
280:13, 280:17,
297:9, 298:3
Court [6] - 223:23,
232:1, 262:12,
262:15, 289:12,
299:3
court [20] - 225:2,
225:12, 233:15,
235:25, 249:12,
249:20, 251:14,
251:20, 262:13,

265:12, 277:2,
283:3, 288:15,
293:7, 294:3, 294:5,
297:4
courthouse [5] -
264:13, 291:13,
292:1, 297:14,
297:19
Courthouse [1] -
223:24
courthouses [1] -
297:17
courtroom [32] -
224:25, 225:5,
225:7, 225:11,
227:4, 269:2, 269:5,
269:17, 280:9,
281:1, 282:15,
282:21, 283:10,
290:22, 290:23,
291:10, 293:22,
294:18, 294:22,
295:6, 295:7,
295:16, 295:21,
295:23, 295:25,
296:6, 297:24,
298:2, 298:4
Courtroom [2] -
269:4, 269:9
cousins [1] - 266:11
cousins' [1] - 266:15
cover [2] - 269:19,
273:17
coverage [2] - 268:14,
294:15
covered [4] - 264:13,
264:19, 265:2, 267:9
COVID [2] - 273:10,
295:9
coworkers [1] -
292:13
CR [1] - 223:4
credibility [1] - 281:13
credit [1] - 294:2
crews [2] - 264:14,
268:12
crime [4] - 235:15,
235:20, 247:22,
293:17
crimes [1] - 238:6
Criminal [1] - 233:22
criminal [12] - 224:2,
235:18, 237:6,
237:18, 242:16,
251:3, 259:16,
284:16, 284:24,
285:17, 291:3,
292:15
Cross [1] - 254:25
cross [3] - 286:21,

265:12, 277:2,
283:3, 288:15,
293:7, 294:3, 294:5,
297:4

286:22, 287:5
cross-examination [2]
- 286:21, 286:22
cross-examine [1] -
287:5
CRR [1] - 223:23
cup [1] - 269:7
current [1] - 259:6

# D

D.C [1] - 223:5
dad [1] - 266:19
Dakota [2] - 246:1,
247:13
dangerous [1] -
226:23
Darrell [1] - 230:4
date [1] - 260:20
dated [1] - 260:21
Davis [1] - 229:19
DAY [1] - 223:9
days [5] - 235:20,
267:13, 296:12,
296:24, 296:25
DC [3] - 223:14,
223:22, 223:25
deal [1] - 277:8
deceased [1] - 250:4
decide [17] - 226:25,
252:11, 260:3,
281:10, 281:11,
281:12, 281:17,
281:20, 287:24,
288:24, 290:21,
293:6, 294:2,
294:17, 295:2, 296:6
decided [1] - 293:20
deciding [1] - 231:22
decision [7] - 237:9,
290:5, 294:8, 294:9,
296:3, 296:8, 296:9
decisions [2] -
258:13, 290:13
defendant [37] -
228:12, 228:19,
228:21, 230:14,
235:19, 236:18,
236:21, 236:22,
237:1, 237:5, 237:7,
237:8, 238:1, 238:5,
238:7, 238:8,
244:13, 244:14,
252:19, 252:23,
284:12, 284:13,
284:17, 284:24,
285:17, 285:19,
285:21, 285:24,
286:2, 286:6, 286:8,

286:10, 286:11, 286:24, 287:1
**Defendant** [2] - 223:7, 223:16
**defendant's** [1] - 285:6
**defender** [1] - 259:14
**defending** [1] - 259:14
**defense** [17] - 229:1, 229:10, 230:1, 230:10, 257:6, 270:7, 270:13, 270:14, 270:15, 270:16, 270:18, 284:13, 286:20, 286:21, 287:2, 287:7
**definitely** [1] - 239:6
**degree** [1] - 289:3
**deliberate** [3] - 275:6, 283:9, 295:11
**deliberation** [2] - 290:12, 296:8
**deliberations** [11] - 231:8, 262:21, 280:24, 282:7, 282:14, 283:5, 283:12, 289:15, 290:2, 295:18, 296:7
**deliver** [1] - 282:22
**delivered** [2] - 290:19, 296:20
**democratic** [1] - 231:16
**Department** [7] - 223:13, 228:8, 233:22, 233:25, 256:10, 263:5, 284:8
**deputies** [2] - 234:13, 239:24
**DEPUTY** [24] - 224:2, 224:21, 269:15, 274:15, 275:16, 275:24, 276:3, 276:11, 276:17, 276:19, 277:12, 277:19, 277:22, 277:24, 278:4, 278:6, 278:8, 278:10, 279:15, 280:8, 280:12, 280:14, 297:8, 297:23
**deputy** [5] - 225:7, 241:7, 241:18, 274:7, 294:22
**designate** [2] - 270:21, 270:23
**desire** [2] - 227:20
**despite** [2] - 247:3, 283:3

**destroyed** [1] - 282:24
**detail** [1] - 287:16
**detailed** [1] - 280:23
**determine** [5] - 229:8, 281:8, 281:14, 284:19, 288:6
**devices** [1] - 292:23
**Diego** [1] - 253:24
**Diercks** [1] - 223:20
**difference** [1] - 271:21
**different** [5] - 225:12, 250:7, 259:21, 294:7, 294:8
**differently** [4] - 261:3, 263:11, 269:21, 289:14
**difficult** [7] - 232:7, 232:11, 232:17, 233:1, 234:24, 235:5, 270:1
**difficult-to-move** [1] - 232:7
**difficulties** [1] - 233:7
**difficulty** [7] - 232:10, 233:4, 233:8, 233:12, 237:3, 237:10, 240:7
**digits** [2] - 225:25, 226:4
**diplomatic** [1] - 241:25
**dire** [6] - 225:21, 225:22, 226:19, 227:14, 238:19
**direct** [9] - 286:19, 287:4, 288:7, 288:10, 288:15, 288:22, 289:1, 289:4, 289:6
**directly** [1] - 259:23
**director** [1] - 268:11
**disagreement** [1] - 251:13
**discharged** [1] - 292:11
**disclose** [1] - 293:4
**discuss** [10] - 266:24, 267:24, 269:11, 290:4, 291:4, 291:5, 292:9, 294:20, 294:23, 294:24
**discussed** [2] - 266:25, 291:15
**discussion** [1] - 291:17
**discussions** [1] - 291:17
**dismissed** [1] - 262:21
**dispute** [1] - 236:23

**disqualifies** [1] - 259:17
**disregard** [2] - 288:1, 290:1
**distracts** [1] - 282:4
**District** [5] - 231:19, 231:24, 241:8, 241:19, 250:7
**DISTRICT** [3] - 223:1, 223:1, 223:10
**district** [1] - 249:12
**division** [1] - 246:13
**Division** [2] - 233:22, 256:10
**DOJ** [10] - 234:4, 234:7, 246:12, 246:13, 247:3, 247:5, 256:22, 260:18, 266:3, 267:13
**dollar** [1] - 261:20
**done** [7] - 261:16, 261:17, 269:12, 270:11, 270:12, 280:5, 281:19
**door** [1] - 295:8
**doors** [1] - 295:6
**double** [1] - 295:6
**doubt** [23] - 236:20, 237:1, 237:20, 238:5, 238:11, 252:18, 284:22, 285:1, 285:2, 285:3, 285:7, 285:8, 285:11, 285:12, 285:14, 285:15, 285:20, 285:22, 286:1, 286:6
**down** [20] - 226:9, 226:11, 229:12, 230:10, 233:2, 238:22, 240:15, 240:16, 242:4, 245:8, 248:15, 253:13, 255:18, 259:10, 262:1, 264:2, 268:20, 270:5, 271:10, 273:23
**Dr** [10] - 228:19, 228:20, 228:23, 229:18, 230:5, 230:18, 284:12, 284:14, 284:17, 285:16
**draw** [1] - 237:9
**drawn** [1] - 288:11
**dress** [1] - 296:13
**drinking** [1] - 251:16
**drowsy** [1] - 232:23

**DUI** [1] - 247:12
**during** [28] - 225:21, 225:23, 226:18, 228:8, 229:1, 229:5, 229:15, 231:2, 232:23, 246:12, 281:11, 282:1, 282:7, 282:14, 282:15, 282:16, 282:18, 283:5, 283:18, 283:22, 287:20, 289:11, 289:12, 289:15, 291:9, 293:9, 294:20, 295:22
**duty** [2] - 286:3, 292:11

# E

**eagerly** [1] - 231:13
**easily** [1] - 228:3
**easy** [1] - 271:7
**Edford** [1] - 230:3
**efficient** [1] - 281:4
**eight** [1] - 247:12
**either** [7] - 225:19, 230:9, 233:14, 237:25, 238:1, 238:8, 284:13
**electric** [1] - 251:16
**electronic** [2] - 292:22, 292:23
**electronically** [1] - 290:17
**elects** [1] - 237:8
**element** [3] - 236:20, 286:1, 286:5
**elevator** [1] - 291:14
**eleven** [1] - 272:11
**email** [3] - 267:14, 277:6, 293:3
**emailing** [1] - 292:25
**emails** [2] - 242:16, 267:12
**embarrass** [1] - 227:21
**emphasize** [2] - 230:2, 280:22
**employed** [4] - 236:11, 243:4, 253:25, 254:19
**employees** [4] - 225:2, 239:19, 247:5, 284:8
**employers** [1] - 291:1
**employment** [3] - 247:4, 255:7, 261:15
**encounter** [1] - 291:9
**End** [5] - 268:21,

274:4, 278:22, 279:13, 280:2
**end** [13] - 270:5, 271:3, 271:8, 272:9, 273:14, 274:25, 280:24, 282:21, 283:11, 287:10, 287:15, 290:5, 297:24
**ended** [1] - 251:18
**enforcement** [52] - 234:4, 234:5, 234:12, 234:13, 234:15, 234:18, 234:21, 234:22, 234:24, 234:25, 235:2, 235:5, 235:6, 235:10, 239:8, 239:19, 239:23, 239:24, 240:1, 240:4, 240:5, 240:8, 241:21, 242:12, 245:24, 246:4, 246:10, 247:5, 250:2, 250:5, 250:10, 250:11, 251:7, 254:7, 254:9, 254:14, 254:16, 256:6, 256:7, 260:15, 261:2, 261:7, 263:2, 263:9, 263:10, 263:11, 265:19, 265:25, 266:1, 266:14, 266:15
**English** [2] - 233:5, 233:13
**enjoy** [1] - 297:20
**entered** [1] - 283:9
**entire** [1] - 295:3
**entirely** [2] - 231:9, 282:2
**entitled** [1] - 299:5
**entrust** [1] - 231:21
**equal** [1] - 289:1
**Erika** [2] - 229:18, 230:3
**especially** [3] - 236:15, 293:11, 297:16
**ESQ** [4] - 223:12, 223:13, 223:16, 223:19
**essential** [1] - 231:15
**estimate** [2] - 231:3, 231:5
**ethnic** [1] - 281:16
**evaluate** [10] - 239:18, 243:3, 246:3, 247:6, 250:11, 254:15,

257:5, 261:2,
263:11, 266:13
**evaluating** [3] - 236:3,
257:3, 258:9
**evening** [1] - 296:23
**event** [1] - 278:15
**evidence** [70] - 228:1,
229:3, 231:5, 231:6,
231:10, 231:11,
232:12, 232:19,
236:21, 237:19,
238:5, 252:8, 259:5,
265:12, 266:7,
281:11, 281:12,
281:18, 282:4,
282:9, 282:10,
282:12, 283:25,
285:4, 285:5,
285:25, 286:14,
286:15, 286:24,
286:25, 287:2,
287:10, 287:13,
287:14, 287:15,
288:3, 288:4, 288:5,
288:6, 288:7, 288:8,
288:10, 288:12,
288:16, 288:20,
288:22, 288:24,
288:25, 289:3,
289:4, 289:5, 289:8,
289:9, 289:10,
289:13, 289:14,
289:17, 289:21,
290:13, 293:7,
293:20, 294:2,
294:3, 294:4, 294:9,
294:18, 298:5
**exactly** [1] - 241:23
**examination** [6] -
286:19, 286:21,
286:22, 286:23,
287:4, 287:6
**examine** [1] - 287:5
**examined** [1] - 268:23
**example** [3] - 288:13,
291:13, 293:12
**except** [1] - 295:21
**exciting** [1] - 290:9
**exclude** [1] - 259:19
**exclusive** [2] - 281:23,
288:2
**excuse** [7] - 238:7,
255:20, 268:25,
269:14, 273:25,
281:17, 297:11
**excused** [8] - 227:2,
274:6, 274:17,
276:15, 276:16,
276:23, 277:13,
280:9

**exempt** [1] - 231:25
**exercising** [6] -
274:14, 275:2,
276:2, 276:10,
278:23, 279:14
**exhibits** [5] - 233:10,
233:11, 288:5,
289:9, 290:3
**existence** [1] - 289:7
**exit** [1] - 280:9
**exits** [1] - 269:17
**expect** [2] - 231:10,
286:15
**experience** [26] -
230:19, 230:20,
233:17, 234:3,
234:20, 234:24,
235:4, 235:16,
235:21, 236:1,
236:8, 236:16,
243:12, 243:21,
243:23, 247:15,
249:22, 251:7,
254:6, 257:4, 259:2,
259:13, 260:25,
262:24, 264:19,
265:24
**experienced** [1] -
231:4
**experiences** [1] -
259:5
**expert** [1] - 235:11
**explain** [6] - 225:3,
280:20, 284:4,
293:19, 293:24,
297:10
**expressed** [3] -
259:22, 281:21,
287:25
**extent** [1] - 266:20
**extra** [1] - 279:5
**extremely** [1] - 228:2
**eye** [3] - 296:4,
296:10, 296:17
**eyewitness** [1] - 288:8

## F

**face** [2] - 292:21
**face-to-face** [1] -
292:21
**Facebook** [1] - 290:19
**fact** [11] - 236:23,
243:1, 252:6,
254:13, 261:6,
263:7, 264:18,
284:23, 288:9,
288:23, 289:8
**facts** [11] - 265:12,

281:8, 281:9,
281:14, 287:24,
287:25, 288:7,
288:10, 293:6,
293:13, 294:6
**failed** [1] - 286:4
**fair** [24] - 230:24,
233:18, 234:10,
235:18, 235:22,
236:2, 236:3,
236:17, 238:14,
239:16, 240:7,
243:13, 248:5,
249:24, 251:3,
251:24, 252:1,
255:8, 261:8,
262:25, 264:21,
267:10, 281:3,
281:18
**fairest** [1] - 227:22
**fairly** [2] - 247:19,
256:16
**faith** [1] - 237:17
**fallacy** [1] - 225:4
**falling** [2] - 288:14,
288:16
**Falls** [1] - 247:13
**False** [2] - 256:14,
257:11
**familial** [1] - 243:16
**familiar** [1] - 230:12
**family** [27] - 234:3,
234:11, 234:16,
234:19, 235:14,
236:7, 236:10,
236:12, 239:8,
239:22, 243:23,
244:23, 246:9,
247:10, 247:22,
250:1, 250:14,
251:6, 254:6, 254:8,
254:19, 256:8,
265:24, 266:4,
266:17, 291:1,
292:13
**family's** [1] - 250:9
**Farm** [1] - 266:19
**father** [1] - 243:14
**father's** [1] - 267:4
**favor** [3] - 263:13,
267:1, 288:23
**favoritism** [1] - 281:15
**FBI** [16] - 229:19,
233:25, 234:4,
234:7, 234:14,
235:11, 239:25,
242:15, 243:4,
244:6, 244:9,
244:15, 258:5,
260:18, 266:3

**FBI's** [1] - 243:2
**FCC** [1] - 246:17
**fear** [1] - 281:14
**federal** [10] - 230:14,
233:15, 233:23,
234:13, 234:14,
234:18, 239:24,
239:25, 284:9,
297:17
**Federal** [1] - 233:24
**feelings** [1] - 234:6,
234:9
**fellow** [4] - 231:23,
290:8, 294:20, 295:1
**felt** [2] - 251:13,
251:20
**few** [4] - 224:11,
262:17, 263:6, 295:5
**filed** [1] - 248:2
**fill** [3] - 273:11, 278:7
**final** [4] - 269:3,
283:12, 290:6, 295:3
**finally** [3] - 281:15,
291:20, 296:18
**fine** [2] - 245:21,
265:23
**finish** [2] - 226:17,
231:5
**finished** [4] - 286:20,
286:22, 287:7,
287:16
**Firm** [1] - 223:16
**firmly** [1] - 285:6
**first** [12] - 225:2,
228:4, 249:9,
269:22, 270:14,
270:19, 274:13,
274:23, 274:24,
286:7, 290:24, 296:8
**fit** [4] - 258:14, 258:24,
260:1, 260:3
**five** [3] - 270:18,
275:5, 275:7
**flag** [1] - 245:20
**floor** [1] - 269:9
**flying** [1] - 273:12
**focus** [1] - 266:7
**follow** [14] - 226:18,
226:25, 232:11,
237:13, 238:2,
240:11, 241:12,
243:8, 244:1,
255:13, 267:25,
281:7, 287:17, 290:3
**follow-up** [5] - 226:25,
240:11, 241:12,
244:1, 255:13
**following** [5] - 232:8,
237:3, 237:11,
284:5, 291:22

**FOR** [1] - 223:1
**foregoing** [1] - 299:4
**form** [1] - 288:24
**formed** [1] - 230:18
**former** [2] - 260:21,
260:23
**forward** [1] - 231:13
**four** [5] - 225:25,
226:4, 240:20,
240:22, 270:19
**fourteen** [1] - 270:25
**Fox** [3] - 264:11,
268:15, 268:16
**fraud** [13] - 230:14,
236:13, 242:16,
252:6, 255:3,
256:13, 256:16,
256:22, 259:20,
265:2, 266:24,
267:1, 284:18
**Fraud** [1] - 233:22
**fraudulent** [1] -
257:13
**Frederick** [10] - 224:3,
224:5, 224:9, 225:1,
228:13, 228:19,
228:23, 230:18,
284:12, 284:14
**FREDERICK** [2] -
223:6, 223:19
**free** [3] - 269:8,
282:25, 297:17
**French** [1] - 227:15
**frequent** [1] - 232:23
**frequently** [1] - 232:20
**Friday** [5] - 231:6,
231:7, 231:11,
255:12, 275:15
**friend** [14] - 234:12,
234:17, 234:20,
235:15, 236:7,
236:10, 236:13,
247:22, 250:1,
250:15, 251:6,
254:19, 255:3, 266:1
**friend's** [1] - 255:6
**friendly** [1] - 291:25
**friends** [15] - 234:3,
239:8, 239:23,
246:10, 246:12,
247:2, 247:10,
254:6, 254:9,
254:14, 254:22,
265:24, 266:17,
291:1, 292:13
**friends'** [1] - 247:3
**full** [3] - 232:18, 233:2,
297:15
**fullest** [1] - 283:19
**function** [2] - 281:3,

281:8
**functioning** [1] -
231:15
**funded** [2] - 257:14,
257:17
**furthest** [1] - 274:24

## G

**gallery** [1] - 276:9
**gather** [1] - 295:18
**gathering** [2] - 268:11,
269:4
**gender** [1] - 281:16
**general** [2] - 260:21,
260:23
**General** [1] - 234:1
**generally** [2] - 225:12,
234:7
**gentlemen** [9] -
224:23, 230:8,
272:14, 274:8,
274:22, 280:3,
280:14, 280:18,
291:24
**Georgeann** [1] - 230:3
**Gilchrist** [1] - 229:17
**given** [7] - 235:12,
243:6, 251:2,
256:17, 266:5,
266:15, 283:4
**Goff** [1] - 230:4
**GOODING** [1] - 223:6
**Gooding** [12] - 224:3,
224:6, 224:9, 225:1,
228:19, 228:20,
228:23, 230:18,
284:12, 284:14,
284:17, 285:16
**Google** [2] - 293:11,
293:17
**government** [49] -
224:5, 228:25,
229:10, 230:10,
233:23, 235:11,
236:19, 237:1,
238:10, 240:12,
244:18, 247:4,
247:5, 252:18,
257:5, 257:14,
257:17, 257:24,
258:22, 259:24,
261:24, 263:19,
268:3, 270:14,
270:15, 270:16,
270:18, 272:24,
274:1, 278:18,
279:2, 284:10,
284:11, 284:21,

285:13, 285:21,
285:25, 286:4,
286:7, 286:9,
286:12, 286:16,
286:18, 286:20,
286:22, 286:24,
287:7
**Government** [1] -
223:12
**government's** [3] -
279:11, 284:25,
286:11
**government-funded**
[2] - 257:14, 257:17
**government..** [1] -
270:7
**grand** [2] - 284:16,
284:19
**granddaughter** [1] -
260:21
**grandfather** [1] -
243:15
**grant** [1] - 260:6
**grave** [1] - 231:21
**graver** [1] - 285:10
**great** [1] - 293:2
**greater** [1] - 289:3
**Gregory** [1] - 229:16
**ground** [2] - 288:18,
288:19
**guess** [4] - 246:18,
250:25, 267:2,
269:23
**guesswork** [1] -
285:12
**guilt** [6] - 231:22,
237:9, 284:19,
285:7, 285:13,
285:15
**guilty** [14] - 236:19,
237:1, 237:18,
238:7, 238:8,
252:19, 252:21,
252:23, 284:21,
285:16, 285:20,
285:21, 286:3, 286:6
**guys** [1] - 277:1

## H

**half** [6] - 231:7,
242:25, 257:23,
258:19, 258:21
**hallway** [1] - 297:24
**hand** [9] - 226:1,
226:5, 259:14,
271:16, 278:1,
280:15, 284:1,
286:4, 288:10

**handle** [1] - 257:12
**harassing** [2] -
251:13, 251:21
**hard** [2] - 244:4,
258:16
**harmless** [1] - 293:15
**Harris** [1] - 223:20
**Health** [1] - 233:25
**health** [10] - 230:15,
236:5, 236:11,
252:2, 252:6, 253:9,
254:20, 254:23,
255:7, 266:18
**healthcare** [16] -
230:14, 236:13,
257:14, 257:18,
257:20, 257:21,
257:24, 258:9,
258:21, 258:22,
259:3, 263:22,
265:2, 266:20,
284:18
**hear** [16] - 225:17,
226:11, 226:14,
226:25, 227:7,
229:5, 229:16,
229:24, 235:1,
243:18, 248:16,
252:8, 259:18,
263:9, 266:6, 286:11
**heard** [4] - 230:16,
264:24, 269:12,
290:13
**hearing** [7] - 232:10,
232:15, 233:8,
244:4, 291:16,
297:3, 298:5
**help** [3] - 225:20,
286:14, 287:14
**helps** [1] - 282:3
**herself** [1] - 265:17
**hesitancy** [1] - 259:22
**hesitate** [1] - 285:10
**HHS** [8] - 229:20,
234:1, 234:4, 234:7,
234:14, 235:11,
239:25, 258:5
**HHS-OIG** [1] - 229:20
**highly** [2] - 267:1,
284:24
**hinted** [1] - 287:25
**hold** [2] - 277:21,
289:18
**holiday** [1] - 260:24
**home** [2] - 282:20,
290:25
**honest** [1] - 285:5
**honestly** [1] - 265:21
**Honor** [25] - 224:2,
240:14, 241:14,

245:4, 247:1, 248:9,
248:12, 253:2,
255:14, 255:16,
255:21, 255:22,
257:2, 257:10,
259:9, 259:11,
261:13, 261:22,
263:21, 268:5,
271:15, 272:25,
273:4, 278:19,
279:25
**HONORABLE** [1] -
223:10
**hope** [1] - 269:12
**hopefully** [1] - 224:16
**hoping** [1] - 239:6
**hospital** [1] - 266:21
**hotel** [1] - 273:10
**hour** [2] - 275:9,
275:10
**housekeeping** [1] -
295:5
**Human** [1] - 233:25
**human** [3] - 237:22,
261:17, 291:6
**husher** [1] - 226:14

## I

**idea** [1] - 261:14
**ignore** [2] - 281:6,
281:22
**imaginary** [1] - 285:11
**imagine** [1] - 258:8
**immediately** [3] -
284:1, 291:16, 292:7
**impair** [2] - 234:7,
234:9
**impanel** [1] - 227:6
**impaneled** [1] - 227:7
**impartial** [19] - 227:22,
233:18, 234:8,
234:10, 234:25,
235:5, 235:18,
235:22, 236:2,
236:3, 238:14,
239:16, 240:7,
247:17, 249:24,
252:8, 264:20,
267:6, 285:5
**impartially** [2] - 243:3,
243:19
**implies** [1] - 285:2
**important** [12] - 225:4,
225:6, 225:10,
228:2, 231:14,
231:16, 234:21,
280:21, 283:17,
284:6, 285:10, 295:1

**imposition** [1] -
247:14
**improperly** [2] -
281:15, 281:17
**inadvertently** [2] -
267:23, 294:19
**incarcerated** [1] -
250:21
**incident** [1] - 251:24
**incidents** [2] - 248:1,
248:4
**inclined** [3] - 255:19,
255:20, 273:25
**included** [1] - 252:10
**includes** [4] - 288:4,
289:9, 292:21,
293:14
**including** [7] - 234:12,
239:23, 282:24,
290:18, 292:12,
292:24, 293:3
**income** [1] - 266:22
**incomplete** [1] -
293:25
**inconvenience** [1] -
232:5
**inconvenienced** [1] -
232:4
**independent** [1] -
293:10
**index** [7] - 224:20,
225:24, 226:1,
226:5, 226:9,
228:18, 228:24
**Indiana** [1] - 262:14
**indicate** [1] - 260:3
**indicated** [1] - 281:21
**indicates** [1] - 278:3
**indicating** [1] - 281:20
**indication** [1] - 287:23
**indictment** [5] - 265:3,
284:17, 285:17
**individual** [1] - 235:10
**individually** [1] -
226:18
**industry** [3] - 236:11,
254:20, 266:18
**inference** [1] - 237:9
**inferences** [1] -
288:11
**influenced** [3] -
237:25, 281:16,
282:12
**information** [9] -
265:1, 292:13,
292:17, 292:25,
293:22, 293:24,
294:4, 294:8, 294:13
**ingrained** [1] - 272:2
**innocence** [8] -

231:22, 236:22,
236:25, 237:4,
284:19, 285:18,
285:24, 287:1
**innocent** [2] - 236:19,
285:18
**Inspector** [1] - 234:1
**Instagram** [1] - 290:19
**instruct** [6] - 267:21,
281:5, 287:22,
289:10, 293:8,
294:25
**instruction** [5] -
235:1, 236:24,
238:3, 267:25,
291:23
**instructions** [13] -
227:7, 237:13,
243:8, 246:24,
256:25, 274:12,
280:23, 280:25,
281:6, 283:12,
290:6, 290:14, 295:4
**insurance** [16] -
230:15, 236:5,
236:11, 244:24,
252:2, 252:7,
254:20, 254:23,
255:4, 255:7,
266:18, 266:19,
266:21, 266:24,
267:1, 267:2
**insured** [1] - 267:1
**intended** [3] - 280:25,
286:14, 287:14
**intention** [1] - 227:20
**interest** [1] - 227:23
**interfere** [2] - 231:1,
238:14
**international** [1] -
261:17
**interned** [2] - 246:12,
247:2
**internet** [5] - 293:11,
293:13, 293:15,
293:25, 294:12
**internships** [1] - 247:3
**interviews** [1] - 273:9
**introduce** [4] - 224:18,
225:2, 225:15, 229:4
**introduced** [3] -
229:7, 283:22,
286:15
**invade** [1] - 227:21
**investigated** [4] -
233:24, 234:17,
247:10, 250:15
**investigating** [4] -
244:15, 256:24,
258:1, 258:8

**investigation** [2] -
242:15, 293:10
**Investigation** [1] -
233:24
**involved** [18] - 234:12,
239:23, 242:15,
243:2, 243:5, 244:6,
246:10, 247:25,
250:2, 250:7,
259:13, 266:1,
266:18, 291:21,
291:24, 292:18,
293:14, 293:17
**involvement** [4] -
243:16, 250:10,
263:10, 266:15
**involves** [1] - 252:5
**involving** [7] - 244:9,
244:23, 244:25,
255:2, 256:15,
259:3, 267:23
**Irvine** [1] - 223:18
**issue** [3] - 267:11,
273:6, 295:2
**issues** [6] - 242:1,
252:10, 261:18,
265:16, 265:17,
266:24
**IT** [1] - 277:5
**itself** [1] - 292:17

## J

**James** [1] - 229:17
**Jamila** [1] - 229:20
**Jason** [1] - 229:19
**Jil** [2] - 224:4, 228:9
**JIL** [1] - 223:13
**Jillian** [2] - 224:4,
228:8
**JILLIAN** [1] - 223:12
**Joseph** [1] - 230:4
**JR** [1] - 223:19
**Jr** [1] - 224:5
**Juan** [1] - 229:18
**Judge** [3] - 224:10,
224:21, 224:23
**JUDGE** [1] - 223:10
**judge** [6] - 225:5,
229:25, 231:25,
251:20, 259:15,
269:20
**judges** [2] - 272:6,
281:9
**judgment** [1] - 237:22
**judicial** [2] - 235:25,
241:21
**Judith** [1] - 229:17
**juries** [2] - 256:22,

267:21
**jurisdictions** [1] -
258:20
**Juror** [51] - 238:25,
239:1, 240:16,
240:19, 241:2,
242:4, 242:7, 245:7,
245:8, 245:11,
248:15, 248:18,
253:13, 253:14,
255:18, 255:24,
256:2, 259:10,
260:7, 260:10,
262:1, 262:4, 264:2,
264:5, 268:20,
272:20, 273:2,
273:3, 273:23,
274:20, 275:20,
275:21, 275:22,
276:6, 276:14,
276:21, 276:24,
277:14, 277:15,
277:19, 278:10,
278:14, 279:16,
279:18
**juror** [58] - 224:25,
225:25, 226:3,
226:4, 226:20,
226:21, 227:1,
230:23, 231:2,
232:13, 232:18,
233:1, 233:17,
233:18, 234:8,
237:17, 238:16,
248:5, 251:3,
252:15, 255:20,
259:15, 261:8,
262:20, 262:25,
264:21, 265:8,
267:10, 272:18,
273:25, 274:6,
274:15, 274:17,
274:18, 274:20,
274:22, 275:16,
275:17, 276:3,
276:4, 276:7, 276:8,
276:11, 276:13,
276:15, 276:16,
276:20, 276:23,
277:12, 277:14,
277:16, 277:25,
278:1, 278:3,
278:13, 279:15,
283:16, 294:8
**JUROR** [167] - 239:2,
239:5, 239:9,
239:12, 239:17,
239:21, 240:2,
240:10, 240:18,
240:20, 240:24,
241:3, 241:5, 241:7,

241:11, 241:18,
241:22, 241:24,
242:6, 242:8,
242:11, 242:14,
242:19, 242:22,
242:25, 243:5,
243:10, 243:14,
243:20, 243:25,
244:3, 244:7,
244:11, 244:14,
244:17, 244:22,
245:1, 245:6,
245:10, 245:12,
245:15, 245:18,
245:23, 245:25,
246:5, 246:7,
246:11, 246:15,
246:17, 247:1,
247:8, 247:12,
247:18, 247:20,
247:23, 248:2,
248:7, 248:14,
248:17, 248:19,
248:22, 248:25,
249:4, 249:8,
249:11, 249:15,
249:20, 249:25,
250:3, 250:6,
250:13, 250:16,
250:18, 250:20,
250:22, 250:24,
251:4, 251:9,
251:12, 252:1,
252:4, 252:9,
252:16, 252:20,
252:24, 253:6,
253:8, 253:12,
253:15, 253:18,
253:20, 253:23,
254:1, 254:3, 254:8,
254:12, 254:17,
254:22, 254:25,
255:5, 255:9,
255:12, 256:1,
256:3, 256:5, 256:9,
256:12, 256:18,
257:2, 257:8,
257:15, 257:19,
257:23, 258:3,
258:6, 258:11,
258:16, 259:7,
259:9, 260:9,
260:11, 260:14,
260:17, 260:20,
261:4, 261:9,
261:11, 261:16,
262:3, 262:5, 262:8,
262:11, 262:13,
262:17, 262:20,
262:23, 263:1,
263:4, 263:14,

263:16, 263:24,
264:4, 264:6, 264:8,
264:11, 264:22,
264:25, 265:13,
265:15, 265:21,
266:2, 266:9,
266:11, 266:16,
266:19, 266:25,
267:7, 267:11,
268:1, 268:7,
268:10, 268:17,
273:4, 273:7,
273:15, 273:18,
273:21
**juror's** [2] - 260:1,
282:13
**jurors** [34] - 224:14,
225:16, 225:18,
227:4, 227:24,
231:18, 233:10,
246:21, 267:24,
268:23, 269:4,
270:21, 271:13,
273:24, 275:4,
278:16, 280:5,
280:9, 280:19,
281:2, 282:1,
282:11, 283:11,
283:18, 284:3,
287:19, 290:8,
292:4, 292:9, 293:1,
294:7, 294:21, 295:1
**jury** [86] - 224:8,
224:13, 225:17,
227:6, 227:9,
227:12, 227:22,
228:3, 229:24,
231:9, 231:13,
231:24, 232:1,
233:9, 233:14,
238:21, 238:22,
241:9, 249:7,
249:14, 249:18,
249:22, 249:23,
255:11, 259:16,
262:9, 269:17,
269:20, 269:24,
269:25, 271:10,
272:9, 273:14,
274:9, 274:11,
274:16, 274:18,
274:19, 275:17,
275:18, 275:19,
275:20, 276:4,
276:5, 276:6, 276:7,
276:9, 276:12,
276:13, 276:24,
277:2, 277:13,
277:15, 277:16,
277:17, 278:11,
279:16, 279:21,

280:3, 280:4, 280:6,
280:15, 280:16,
281:8, 282:7, 283:8,
283:21, 284:16,
284:19, 290:9,
291:1, 291:9,
292:11, 292:14,
292:15, 292:20,
293:4, 293:5,
294:25, 295:8,
295:9, 295:10,
295:11, 295:25,
296:16, 297:8
**JURY** [1] - 223:9
**justice** [1] - 231:18
**Justice** [5] - 223:13,
228:8, 233:22,
256:10, 284:9
**justices** [1] - 232:1

## K

**Kaiser** [1] - 252:10
**Karen** [1] - 229:16
**keep** [3] - 295:2,
296:2, 296:17
**keeping** [2] - 225:13,
271:1
**keeps** [1] - 272:10
**Kenrick** [1] - 230:3
**KHOURI** [51] - 223:16,
229:25, 240:14,
241:16, 241:20,
241:23, 242:2,
244:2, 244:4,
244:10, 244:12,
244:15, 244:19,
244:25, 245:2,
248:12, 253:2,
255:16, 255:22,
257:10, 257:21,
258:1, 258:4, 258:8,
258:12, 258:25,
259:11, 261:13,
261:21, 263:21,
263:25, 268:5,
268:8, 268:15,
268:18, 271:2,
271:6, 271:15,
271:18, 271:21,
271:24, 272:1,
272:19, 272:25,
274:2, 278:19,
279:1, 279:5, 279:7,
279:12, 279:25
**Khouri** [22] - 223:16,
224:5, 228:12,
228:17, 229:23,
230:1, 230:7,
240:13, 241:15,

244:1, 248:11,
253:1, 255:15,
257:9, 261:12,
263:20, 268:4,
271:1, 279:24,
284:15, 287:3, 287:5
**kind** [9] - 242:18,
254:2, 256:11,
261:14, 263:15,
266:6, 285:8, 291:2,
295:13
**kinds** [1] - 266:22
**Kirby** [1] - 225:14
**knowledge** [3] -
225:18, 258:12,
288:9

## L

**labor** [1] - 261:19
**lack** [1] - 285:4
**ladies** [9] - 224:23,
230:8, 272:14,
274:8, 274:22,
280:3, 280:14,
280:17, 291:23
**language** [2] - 233:5,
233:13
**large** [1] - 271:21
**last** [8] - 225:25,
226:4, 231:9,
238:12, 240:20,
240:22, 270:6,
270:12
**late** [2] - 273:12, 297:6
**Laughter** [1] - 264:17
**law** [84] - 225:14,
228:1, 231:15,
234:4, 234:5,
234:12, 234:13,
234:15, 234:18,
234:21, 234:22,
234:24, 234:25,
235:2, 235:4, 235:6,
235:10, 236:18,
236:24, 237:13,
239:8, 239:19,
239:23, 239:24,
240:1, 240:3, 240:4,
240:5, 240:8,
241:20, 242:12,
242:18, 243:7,
244:5, 245:24,
246:4, 246:10,
246:12, 246:13,
246:16, 246:23,
246:24, 247:5,
250:2, 250:3, 250:4,
250:5, 250:6, 250:9,
250:11, 251:7,

254:6, 254:9,
254:14, 254:16,
256:6, 256:7,
256:24, 256:25,
260:15, 261:2,
261:7, 263:2, 263:9,
263:10, 263:11,
265:19, 265:25,
266:1, 266:14,
266:15, 281:4,
281:5, 284:5,
285:24, 286:25,
287:17, 287:22,
288:22, 288:23,
290:14, 293:13,
294:7
**Law** [1] - 223:16
**lawsuit** [1] - 244:6
**lawyer** [6] - 243:6,
283:24, 289:12,
289:17, 289:19,
289:22
**lawyer's** [2] - 289:7,
289:8
**lawyers** [16] - 225:15,
227:2, 227:5, 228:7,
228:12, 231:4,
246:21, 256:22,
272:6, 274:9, 284:8,
284:14, 286:15,
287:21, 289:16
**lawyers'** [2] - 287:12,
289:20
**layers** [1] - 296:14
**lead** [1] - 247:16
**leads** [1] - 295:8
**learn** [2] - 225:20,
266:6
**learned** [4] - 243:7,
243:8, 246:23
**least** [3] - 231:9,
275:9, 295:10
**leave** [4] - 256:19,
291:16, 296:15,
297:21
**left** [2] - 225:14,
271:24
**legal** [6] - 227:14,
280:20, 293:7,
293:16, 293:20,
294:4
**legs** [1] - 297:5
**Lena** [1] - 230:2
**less** [3] - 235:12,
247:16
**level** [3] - 296:5,
296:10
**life** [2] - 266:21,
285:10
**likely** [2] - 245:19,

284:23
**limited** [1] - 265:17
**line** [1] - 266:5
**lines** [1] - 287:8
**list** [4] - 229:4, 269:15,
277:2, 278:21
**listed** [1] - 265:25
**listen** [2] - 294:16
**listening** [1] - 282:4
**Litigation** [1] - 256:13
**litigation** [1] - 242:19
**living** [5] - 241:6,
241:17, 253:4,
256:17, 261:10
**LLP** [1] - 223:20
**loans** [1] - 261:20
**local** [3] - 234:18,
245:25, 268:16
**location** [1] - 291:14
**locked** [2] - 282:15,
282:16
**locking** [1] - 251:18
**look** [5] - 231:13,
268:12, 277:4,
282:24, 293:15
**looked** [2] - 288:13,
288:17
**looks** [1] - 282:17
**lounge** [19] - 227:9,
232:1, 274:16,
274:18, 274:19,
275:17, 275:18,
275:19, 276:4,
276:5, 276:9,
276:12, 276:14,
276:24, 277:13,
277:15, 277:17,
279:16, 280:7
**Lunch** [1] - 298:6
**lunch** [9] - 269:13,
275:9, 275:10,
297:11, 297:13,
297:18, 297:20,
297:23, 298:2

## M

**ma'am** [9] - 241:6,
242:3, 248:21,
251:2, 253:10,
253:11, 263:15,
268:6, 268:19
**Mackenzie** [1] -
228:10
**Mackey** [1] - 229:16
**Macklin** [1] - 230:4
**management** [1] -
239:12
**managing** [1] - 241:25

**manner** [1] - 281:4
**manual** [1] - 251:17
**marshal** [1] - 292:8
**Martin** [1] - 223:17
**mask** [1] - 224:12
**masked** [1] - 295:21
**masking** [2] - 295:20,
295:22
**masks** [2] - 296:2,
296:7
**Mason** [1] - 229:17
**mathematical** [1] -
285:14
**matter** [4] - 227:23,
234:21, 297:11,
299:5
**matters** [4] - 227:18,
275:9, 285:10, 295:5
**Maya** [1] - 229:17
**Mayo** [1] - 225:14
**mayor** [1] - 241:25
**McDuffie** [1] - 229:17
**mean** [7] - 232:13,
244:17, 244:22,
244:23, 247:23,
266:25, 269:6
**means** [9] - 227:15,
232:5, 232:13,
270:10, 286:17,
288:23, 290:7,
293:1, 293:12
**meant** [1] - 280:22
**media** [6] - 266:3,
266:4, 267:11,
267:18, 267:21,
294:15
**Medicaid** [1] - 258:10
**medical** [1] - 243:18
**Medicare** [13] -
230:15, 236:5,
236:9, 252:3, 252:6,
252:7, 252:9, 255:3,
256:16, 258:10,
259:20, 284:18
**medication** [3] -
232:20, 232:21,
232:25
**medications** [1] -
232:16
**medicine** [1] - 244:21
**meetings** [1] - 253:23
**member** [16] - 234:3,
234:11, 234:16,
234:19, 235:14,
236:7, 236:10,
236:12, 238:21,
247:10, 247:21,
250:14, 251:6,
254:19, 256:8
**members** [4] - 243:23,

254:9, 267:20,
292:13
**memory** [5] - 282:9,
282:10, 282:12,
283:5, 289:14
**mental** [2] - 237:16,
253:8
**mention** [2] - 284:10,
284:12
**mentioned** [2] -
230:10, 283:24
**merely** [1] - 291:24
**messages** [2] - 293:3,
293:4
**met** [2] - 224:19, 225:3
**MICHAEL** [1] - 223:16
**Michael** [3] - 224:5,
228:12, 284:15
**microphone** [2] -
224:13, 295:22
**midafternoon** [1] -
275:13, 297:4
**middle** [1] - 265:7
**midmorning** [2] -
275:13, 297:4
**Mierzwa** [1] - 229:18
**might** [17] - 226:8,
229:13, 232:21,
232:22, 233:1,
234:7, 236:16,
237:13, 238:13,
243:12, 247:15,
267:5, 267:22,
268:24, 283:13,
283:23
**Mike** [1] - 230:1
**mind** [3] - 232:24,
245:22, 295:2
**minor** [1] - 251:22
**minute** [1] - 248:25
**misdemeanor** [1] -
251:15
**misleading** [1] - 294:1
**miss** [1] - 253:22
**missed** [1] - 276:8
**mobility** [2] - 265:16,
265:17
**mom** [1] - 265:16
**moment** [1] - 225:15
**Monday** [1] - 275:15
**monitors** [1] - 233:9
**moral** [1] - 237:21
**moreover** [1] - 294:6
**morning** [35] - 224:7,
224:15, 229:15,
229:25, 239:1,
240:17, 240:18,
241:16, 242:5,
242:6, 244:2, 244:3,
245:9, 245:10,

248:16, 253:14,
255:25, 256:1,
257:11, 260:8,
260:9, 262:2, 262:3,
264:3, 264:4, 268:6,
268:7, 272:14,
273:4, 273:5, 275:4,
292:2, 295:19,
296:19, 297:25
**Morning** [1] - 223:7
**mornings** [1] - 298:3
**most** [6] - 225:4,
225:6, 227:22,
231:12, 283:19,
292:1
**mostly** [2] - 256:13,
268:9
**motion** [2] - 259:11,
260:6
**motions** [2] - 227:1,
287:20
**move** [2] - 232:7,
271:13, 278:20
**moving** [1] - 279:9
**MR** [50] - 229:25,
240:14, 241:16,
241:20, 241:23,
242:2, 244:2, 244:4,
244:10, 244:12,
244:15, 244:19,
244:25, 245:2,
248:12, 253:2,
255:16, 255:22,
257:10, 257:21,
258:1, 258:4, 258:8,
258:12, 258:25,
259:11, 261:13,
261:21, 263:21,
263:25, 268:5,
268:8, 268:15,
268:18, 271:2,
271:6, 271:15,
271:18, 271:21,
271:24, 272:1,
272:19, 272:25,
274:2, 278:19,
279:1, 279:5, 279:7,
279:12, 279:25
**MS** [22] - 229:15,
240:12, 241:14,
245:4, 248:9, 253:4,
253:7, 253:10,
255:14, 255:21,
259:2, 259:19,
261:24, 263:19,
268:3, 270:25,
272:4, 272:24,
274:1, 278:18,
279:11, 279:23
**must** [24] - 237:8,

237:25, 283:2,
284:25, 285:1,
286:6, 287:17,
287:18, 287:19,
289:18, 289:23,
290:1, 290:21,
291:7, 292:12,
292:16, 292:19,
292:23, 293:4,
293:6, 294:8,
294:16, 294:17
**myriad** [1] - 241:24
**mysterious** [1] - 277:5

## N

**name** [8] - 224:9,
226:2, 226:21,
226:22, 229:13,
230:11, 283:22,
285:2
**names** [5] - 229:5,
229:10, 229:23,
230:9, 264:25
**national** [1] - 268:17
**natural** [1] - 291:6
**naval** [1] - 254:3
**Navy** [1] - 254:4
**necessarily** [2] -
229:6, 259:17
**necessary** [2] -
232:14, 284:22
**need** [8] - 224:16,
232:14, 269:6,
270:21, 271:9,
273:11, 292:14,
296:22
**needed** [1] - 251:10
**needs** [1] - 277:4
**negative** [2] - 236:15,
243:12
**nephew** [2] - 263:4,
263:7
**nephew's** [1] - 263:10
**networking** [1] -
290:18
**never** [5] - 266:25,
272:7, 275:5, 275:8,
285:22
**New** [1] - 223:14
**news** [2] - 268:11,
273:7
**News** [3] - 264:11,
268:15, 268:16
**newspaper** [1] -
294:11
**next** [7] - 231:7,
231:11, 232:8,
253:21, 277:23,

277:24, 278:13
**nice** [1] - 291:24
**nine** [2] - 296:20,
296:22
**nobody** [1] - 282:17
**none** [9] - 231:8,
241:5, 248:12,
255:16, 255:22,
264:25, 272:25,
278:19, 279:25
**normally** [2] - 295:7,
297:15
**notebook** [1] - 281:25
**notebooks** [5] - 282:6,
282:14, 282:19,
282:22, 297:21
**notes** [10] - 282:1,
282:2, 282:3, 282:7,
282:8, 282:11,
282:13, 282:23,
282:25, 283:6
**nothing** [6] - 226:24,
240:12, 244:23,
244:25, 268:3, 291:3
**nothing's** [1] - 265:4
**notice** [2] - 296:11
**noticed** [2] - 281:24,
283:7
**number** [7] - 225:25,
226:3, 226:4, 226:9,
226:16, 226:20,
226:21, 228:25,
230:11, 246:6,
246:11, 249:7,
249:15, 250:14,
254:8, 262:9, 263:2,
272:18, 274:16,
297:7
**numbered** [1] - 274:23
**numbering** [1] - 275:1
**numbers** [2] - 240:21,
240:22
**NW** [3] - 223:14,
223:21, 223:24

## O

**o'clock** [5] - 272:11,
275:5, 275:7,
296:21, 296:22
**oath** [2] - 227:11,
227:16
**object** [2] - 289:16,
289:20
**objecting** [1] - 289:17
**objection** [12] -
237:15, 252:14,
255:20, 255:21,
272:23, 272:24,

273:25, 274:1,
274:2, 278:16,
278:18, 289:22
**objections** [4] -
279:21, 279:23,
287:20, 289:19
**obligation** [1] - 231:14
**obligations** [1] - 231:1
**obviously** [6] - 231:8,
246:21, 251:1,
255:2, 265:1, 266:3
**occasionally** [2] -
277:4, 277:9
**OF** [3] - 223:1, 223:3,
223:9
**offense** [7] - 236:20,
286:2, 286:3, 286:5,
286:6
**offer** [1] - 287:7
**offers** [1] - 289:17
**office** [3] - 233:23,
273:17, 297:8
**Office** [1] - 234:1
**officer** [7] - 235:1,
235:2, 235:6,
235:10, 246:1,
250:11, 251:25,
254:16, 261:2,
263:8, 266:14
**officer's** [1] - 263:11
**officers** [5] - 234:13,
234:22, 239:24,
240:8, 263:9
**Official** [1] - 299:3
**often** [1] - 235:20
**OIG** [1] - 229:20
**old** [1] - 296:12
**once** [3] - 226:17,
262:21, 272:11
**one** [38] - 225:14,
238:8, 238:20,
239:6, 240:2,
242:14, 243:24,
247:17, 249:20,
251:17, 253:4,
254:21, 254:22,
254:24, 259:12,
261:1, 261:4, 261:5,
265:10, 266:2,
270:4, 270:15,
270:16, 270:19,
273:8, 276:8,
277:22, 277:24,
279:5, 282:17,
282:24, 284:14,
284:25, 288:24,
296:15
**one's** [1] - 231:25
**ones** [2] - 225:23,
268:11

ongoing [1] - 294:13
open [1] - 295:2
opening [8] - 274:12, 286:8, 286:9, 286:10, 286:11, 286:13, 286:16, 287:12
operate [1] - 287:8
opinion [6] - 230:18, 235:9, 235:12, 281:21, 287:23, 287:25
opportunity [2] - 286:8, 287:11
orderly [1] - 281:3
origin [1] - 281:16
outside [5] - 290:23, 291:10, 293:22, 295:23, 297:18
overhear [1] - 291:17
overhearing [1] - 291:11
overinclusive [2] - 226:10, 265:7
overlapping [1] - 240:6
overnight [2] - 282:16, 282:20
own [6] - 226:3, 247:3, 282:10, 282:11, 294:6, 295:14

**P**

P.G [1] - 263:5
p.m [1] - 298:6
pages [2] - 282:23, 299:4
pandemic [2] - 269:6, 295:9
panel [9] - 227:12, 238:21, 238:22, 269:17, 269:23, 269:24, 270:10, 270:11, 280:15
paper [1] - 271:11
Parrott [1] - 229:17
part [4] - 231:14, 235:8, 291:4, 296:12
particular [5] - 226:8, 243:21, 286:2, 286:5, 288:25
particularly [1] - 226:22
parties [13] - 225:15, 225:20, 227:1, 227:5, 227:20, 227:23, 230:24, 231:3, 231:4, 291:8,

291:15, 293:19, 293:23
party [3] - 229:3, 229:4, 289:19
pass [2] - 269:23
passes [2] - 269:23, 270:10
past [4] - 257:12, 258:13, 261:16, 275:5
patience [2] - 268:22, 280:18
Patricia [1] - 229:19
Patrol [3] - 239:10, 239:15, 240:3
Patterson [1] - 230:5
paused [1] - 244:8
pay [2] - 283:2, 283:16
paying [1] - 277:9
pen [1] - 225:24
pencil [2] - 225:24, 281:25
people [17] - 225:22, 228:16, 229:23, 230:9, 231:12, 232:20, 232:22, 240:5, 261:7, 261:19, 272:15, 282:3, 291:6, 292:17, 292:19, 293:13, 293:17
percentage [2] - 257:16, 257:21
Perez [1] - 229:18
periodically [1] - 277:7
permitted [5] - 282:6, 282:20, 289:1, 290:4, 293:9
person [15] - 224:6, 225:4, 225:6, 225:10, 228:5, 229:13, 230:11, 252:12, 259:22, 270:2, 273:11, 279:4, 285:9, 288:13, 291:25
personal [3] - 227:19, 230:19, 230:20
personally [2] - 239:9, 264:13
Phil [1] - 230:5
phone [5] - 272:16, 277:3, 277:5, 279:19, 292:21
photo [1] - 293:16
physical [2] - 232:17, 232:25
physician [4] - 236:16, 243:12, 243:18

physicians [2] - 243:15, 243:21
pick [2] - 272:16, 279:19
picked [1] - 292:15
picking [2] - 224:8, 224:13
piece [1] - 271:11
Pierre [1] - 246:1
places [1] - 297:18
plain [1] - 294:1
Plaintiff [1] - 223:4
plaintiff [2] - 244:13, 244:17
plaintiff's [1] - 244:16
plan [2] - 257:14, 296:23
planned [3] - 230:25, 265:15, 278:15
planning [2] - 231:10, 275:14
plans [5] - 232:6, 232:7, 245:17, 253:19, 265:14
pleaded [1] - 285:16
point [2] - 231:12, 273:18
police [8] - 234:13, 239:24, 245:25, 247:25, 248:2, 251:13, 251:25, 263:8
Police [1] - 243:15
policies [1] - 266:22
polite [1] - 291:25
Pool [1] - 229:20
position [1] - 241:21
positive [4] - 236:15, 243:12, 243:21, 243:23
possessions [1] - 296:16
possibility [1] - 237:12
possible [4] - 224:25, 227:22, 229:11, 291:19
possibly [2] - 232:8, 239:7
posting [2] - 290:17, 292:25
potential [2] - 229:9, 260:1
potentially [1] - 239:5
powerful [1] - 284:25
practice [8] - 242:18, 242:21, 244:5, 244:20, 246:16, 246:18, 246:24
practicing [2] -

242:24, 243:8
predict [1] - 231:8
prejudice [2] - 238:1, 281:14
prejudices [1] - 227:25
preliminary [2] - 274:12, 280:25
presence [2] - 292:2, 295:1
present [1] - 286:25
presentation [1] - 231:10
presented [10] - 232:12, 265:12, 266:8, 289:5, 293:7, 294:3, 294:5, 294:18
presents [2] - 238:4, 286:24
presiding [2] - 224:10, 224:24
press [4] - 265:1, 265:3, 265:9, 267:19
presume [2] - 258:2
presumed [2] - 236:18, 285:17
presumption [3] - 236:24, 237:4, 285:18
pretty [1] - 297:16
previously [2] - 234:20, 236:8
primary [1] - 243:15
principle [3] - 237:3, 237:11
principles [1] - 293:8
privacy [2] - 226:3, 227:21
private [1] - 242:21
probable [2] - 258:14, 284:24
probe [1] - 256:20
problem [2] - 238:9, 245:20
problems [2] - 226:23, 293:2
procedures [1] - 284:4
proceed [1] - 225:4
proceeding [1] - 235:25
proceedings [2] - 225:13, 299:5
process [11] - 225:21, 225:23, 226:2, 226:19, 227:10, 241:21, 268:24, 269:3, 274:9, 280:6, 283:21
produce [3] - 236:21, 285:25, 287:2

producer [1] - 273:7
producers [3] - 267:13, 268:13, 273:8
professional [1] - 243:19
program [4] - 230:15, 239:12, 257:18, 284:18
programs [4] - 257:25, 258:9, 258:23, 259:4
prompt [1] - 224:8
proof [2] - 284:25, 285:22
properly [2] - 288:3, 289:18
prosecuted [1] - 233:21
prosecuting [1] - 256:24
prosecution [1] - 284:7
prosecutors [1] - 284:9
PROSPECTIVE [167] - 239:2, 239:5, 239:9, 239:12, 239:17, 239:21, 240:2, 240:10, 240:18, 240:20, 240:24, 241:3, 241:5, 241:7, 241:11, 241:18, 241:22, 241:24, 242:6, 242:8, 242:11, 242:14, 242:19, 242:22, 242:25, 243:5, 243:10, 243:14, 243:20, 243:25, 244:3, 244:7, 244:11, 244:14, 244:17, 244:22, 245:1, 245:6, 245:10, 245:12, 245:15, 245:18, 245:23, 245:25, 246:5, 246:7, 246:11, 246:15, 246:17, 247:1, 247:8, 247:12, 247:18, 247:20, 247:23, 248:2, 248:7, 248:14, 248:17, 248:19, 248:22, 248:25, 249:4, 249:8, 249:11, 249:15, 249:20, 249:25, 250:3, 250:6, 250:13, 250:16,

250:18, 250:20,
250:22, 250:24,
251:4, 251:9,
251:12, 252:1,
252:4, 252:9,
252:16, 252:20,
252:24, 253:6,
253:8, 253:12,
253:15, 253:18,
253:20, 253:23,
254:1, 254:3, 254:8,
254:12, 254:17,
254:22, 254:25,
255:5, 255:9,
255:12, 256:1,
256:3, 256:5, 256:9,
256:12, 256:18,
257:2, 257:8,
257:15, 257:19,
257:23, 258:3,
258:6, 258:11,
258:16, 259:7,
259:9, 260:9,
260:11, 260:14,
260:17, 260:20,
261:4, 261:9,
261:11, 261:16,
262:3, 262:5, 262:8,
262:11, 262:13,
262:17, 262:20,
262:23, 263:1,
263:4, 263:14,
263:16, 263:24,
264:4, 264:6, 264:8,
264:11, 264:22,
264:25, 265:13,
265:15, 265:21,
266:2, 266:9,
266:11, 266:16,
266:19, 266:25,
267:7, 267:11,
268:1, 268:7,
268:10, 268:17,
273:4, 273:7,
273:15, 273:18,
273:21
**prove** [11] - 236:19,
236:22, 236:23,
252:22, 284:23,
285:13, 285:15,
285:21, 285:24,
286:5, 287:1
**proved** [1] - 252:20
**proven** [4] - 237:19,
238:10, 285:19,
286:1
**proves** [3] - 237:1,
238:4, 252:18
**provide** [1] - 292:12
**provided** [1] - 224:20

**providers** [1] - 258:9
**provides** [2] - 236:18,
237:7
**proving** [2] - 284:21,
288:23
**provision** [1] - 267:8
**public** [1] - 259:14
**publicity** [2] - 267:18,
294:19
**pull** [1] - 277:6
**purpose** [1] - 225:17
**purposes** [2] - 231:10,
275:14
**put** [14] - 226:11,
226:15, 229:2,
233:10, 243:7,
246:22, 255:19,
256:23, 259:2,
259:23, 265:10,
286:17, 287:2
**putting** [2] - 231:5,
278:17

**Q**

**qualified** [1] - 224:14
**questioned** [1] - 275:3
**questioning** [2] -
224:15, 226:25
**questions** [34] -
224:19, 225:21,
226:6, 226:17,
227:17, 227:18,
239:3, 240:14,
241:4, 241:12,
242:9, 245:4,
245:13, 248:9,
248:20, 249:2,
251:18, 253:1,
253:16, 256:4,
259:1, 260:12,
261:12, 261:24,
262:6, 263:19,
264:7, 265:22,
268:2, 281:4,
286:19, 286:20,
286:21, 287:4
**qui** [2] - 244:10, 258:2
**Quindoza** [1] - 229:21
**quite** [1] - 262:17

**R**

**race** [1] - 281:16
**radar** [1] - 267:15
**radio** [1] - 294:12
**raise** [2] - 280:15,
284:1
**raising** [1] - 278:1

**ramifications** [2] -
273:20, 273:21
**ran** [1] - 224:14
**randomly** [1] - 283:10
**rang** [1] - 264:25
**range** [1] - 256:13
**rather** [1] - 265:7
**Raymond** [1] - 230:5
**reach** [2] - 249:18,
262:19
**reaching** [4] - 237:24,
238:9, 259:4, 289:4
**read** [9] - 224:18,
229:4, 230:16,
264:16, 264:24,
265:4, 267:23,
294:15, 294:16
**reading** [2] - 233:5,
233:13
**ready** [2] - 277:1,
280:10
**realize** [2] - 269:19,
283:23
**realized** [1] - 295:9
**realizes** [1] - 272:20
**really** [2] - 249:17,
265:22
**reason** [9] - 224:11,
226:12, 237:22,
238:13, 238:16,
277:5, 285:3, 285:12
**reasonable** [18] -
236:20, 237:1,
237:20, 238:5,
238:11, 252:18,
284:22, 285:1,
285:2, 285:7, 285:8,
285:9, 285:15,
285:20, 285:21,
286:1, 286:5, 288:11
**reasons** [1] - 293:19
**rebuttal** [1] - 287:8
**receive** [3] - 232:11,
267:15, 292:12
**received** [1] - 265:3
**recently** [2] - 251:12,
251:24
**recess** [2] - 290:24,
298:6
**Recess** [1] - 272:13
**recesses** [2] - 282:15,
282:16
**recognize** [5] - 228:5,
229:8, 229:11,
230:8, 283:23
**record** [2] - 290:1,
299:5
**redirect** [2] - 286:23,
287:6
**reference** [1] - 251:15

**referred** [1] - 284:10
**referring** [5] - 226:2,
226:3, 226:21,
284:11, 284:13
**refers** [1] - 289:13
**reflection** [1] - 256:16
**refuse** [2] - 281:7,
292:7
**refute** [1] - 293:23
**regard** [3] - 233:7,
255:10, 295:20
**regards** [1] - 269:20
**regular** [2] - 283:16,
283:18
**rejoin** [1] - 269:2
**relate** [2] - 257:22,
258:22
**related** [7] - 235:8,
254:10, 257:24,
260:16, 260:17,
265:19, 266:4
**relating** [1] - 261:18
**relationship** [1] -
261:6
**relatively** [1] - 269:18
**relatives** [2] - 244:20,
254:14
**release** [2] - 265:3,
265:9
**releases** [2] - 265:1,
267:19
**religious** [3] - 237:16,
237:21, 252:14
**rely** [5] - 259:5,
282:11, 283:5,
289:14, 294:5
**relying** [1] - 293:22
**remain** [2] - 282:15,
282:16
**remaining** [1] - 280:5
**remains** [1] - 285:16
**remarks** [1] - 280:22
**remember** [7] -
262:15, 265:8,
265:9, 265:21,
282:3, 282:8, 289:13
**remind** [1] - 231:12
**reminder** [1] - 277:3
**render** [1] - 235:17
**repeat** [1] - 241:16
**replace** [1] - 282:10
**report** [17] - 268:8,
274:16, 274:18,
274:19, 275:17,
275:18, 275:19,
276:4, 276:5, 276:9,
276:12, 276:13,
277:13, 277:14,
277:17, 280:6,
291:18

**reporter** [3] - 225:12,
283:3, 297:5
**Reporter** [2] - 223:23,
299:3
**reporters** [1] - 268:13
**reports** [3] - 248:2,
294:11, 294:17
**represent** [2] - 244:8,
289:20
**represented** [1] -
244:9
**representing** [6] -
224:4, 224:6, 228:7,
228:12, 244:6,
244:13
**represents** [1] - 284:7
**require** [3] - 285:24,
287:1, 289:3
**required** [5] - 229:2,
236:22, 236:23,
285:13, 286:25
**requirements** [1] -
269:6
**reread** [1] - 239:6
**research** [4] - 293:10,
293:13, 293:14,
294:6
**reseat** [1] - 272:4
**reservation** [1] -
237:16
**respect** [1] - 257:11
**respecting** [2] - 296:4,
296:10
**respond** [1] - 293:21
**response** [1] - 227:17
**responses** [1] - 228:3
**responsibilities** [1] -
281:2
**responsibility** [5] -
231:22, 281:10,
281:23, 288:2,
289:20
**responsible** [2] -
241:23, 252:11
**rest** [1] - 297:5
**rested** [1] - 286:12
**result** [1] - 294:7
**resulted** [1] - 247:13
**retained** [1] - 235:11
**retire** [2] - 261:19,
283:8
**retired** [2] - 253:5,
253:7
**return** [3] - 227:9,
237:18, 279:16
**returned** [2] - 227:25,
284:16
**Reverend** [1] - 230:4
**reviewing** [1] - 277:2
**riding** [1] - 251:15

**right-hand** [3] - 226:1, 226:5, 271:16
**rights** [1] - 261:17
**ringing** [1] - 265:4
**robbery** [2] - 259:15, 259:16
**role** [2] - 259:6, 284:20
**Room** [1] - 223:24
**room** [10] - 282:7, 290:9, 292:25, 294:25, 295:8, 295:10, 295:25, 296:16, 297:25
**rooms** [1] - 273:10
**round** [5] - 269:25, 270:14, 270:19, 272:5, 274:13
**rounds** [1] - 279:8
**row** [3] - 274:23, 274:24, 275:1
**RPR** [1] - 223:23
**Rubin** [1] - 223:20
**rude** [3] - 291:22, 291:25, 292:4
**rule** [6] - 231:15, 281:4, 287:20, 289:25, 290:3, 296:2
**rules** [6] - 280:21, 284:5, 287:17, 293:20, 294:10, 295:23
**running** [2] - 225:9, 272:15
**runs** [1] - 225:8

**S**

**safer** [1] - 295:17
**safety** [2] - 295:14, 296:5
**San** [1] - 253:24
**sat** [3] - 259:15, 262:20
**satellite** [1] - 293:16
**saw** [4] - 288:14, 288:16, 288:17, 288:18
**scene** [1] - 293:16
**Schaening** [1] - 229:18
**Schaening-Perez** [1] - 229:18
**scheduled** [5] - 245:18, 253:20, 273:14, 274:8, 278:14
**scheduling** [1] - 273:6
**school** [6] - 243:7,

246:12, 246:13, 246:23, 278:14, 278:15
**scientific** [1] - 285:14
**screen** [2] - 233:11, 277:6
**Seabron** [1] - 230:5
**seal** [1] - 258:2
**seat** [34] - 270:23, 274:17, 274:18, 274:20, 274:21, 274:25, 275:16, 275:17, 275:18, 275:20, 275:21, 275:22, 276:3, 276:5, 276:6, 276:7, 276:11, 276:13, 276:16, 276:21, 276:22, 276:23, 276:24, 277:14, 277:16, 278:7, 278:11, 279:15, 279:17, 279:18, 283:13, 283:14
**seated** [1] - 276:16
**seats** [6] - 270:22, 271:8, 274:23, 281:24, 283:10, 297:21
**second** [1] - 274:25
**secretary** [2] - 241:7, 241:18
**Section** [1] - 233:22
**section** [1] - 256:13
**see** [9] - 233:11, 267:22, 270:7, 272:11, 274:22, 277:4, 291:20, 292:1, 297:20
**seeing** [5] - 232:10, 232:15, 233:8, 283:3
**seem** [2] - 227:18, 260:3
**seemingly** [1] - 293:15
**select** [4] - 225:16, 225:18, 227:22, 228:3
**selected** [5] - 227:9, 280:4, 280:19, 283:10, 290:25
**selection** [7] - 224:25, 225:18, 269:3, 269:20, 271:10, 274:9, 283:21
**selections** [3] - 227:3, 227:6, 274:10
**send** [2] - 268:12, 293:3
**sending** [1] - 242:16
**sense** [1] - 281:1

**sent** [1] - 264:14
**sentencing** [2] - 247:14, 275:12
**September** [3] - 223:6, 231:6, 265:15
**Serco** [1] - 254:1
**series** [1] - 226:6
**serious** [2] - 231:22, 283:20
**serve** [3] - 256:21, 280:4, 291:9
**served** [7] - 231:24, 233:14, 241:9, 249:7, 249:14, 249:16, 262:9
**serves** [1] - 263:4
**service** [9] - 231:13, 249:23, 255:11, 273:14, 276:12, 292:14, 292:20, 293:4, 293:5
**Services** [1] - 233:25
**serving** [3] - 246:21, 263:6, 297:15
**Session** [1] - 223:7
**set** [4] - 260:4, 266:7, 278:4, 278:6
**Seventh** [1] - 250:7
**shall** [1] - 287:18
**sheets** [1] - 277:1
**Shelton** [1] - 229:20
**sheriff's** [2] - 234:13, 239:24
**Shield** [1] - 255:1
**shifts** [1] - 285:22
**shoot** [1] - 273:9
**short** [2] - 224:14, 297:11
**shortly** [1] - 297:3
**show** [2] - 232:2, 271:12
**shows** [1] - 238:5
**side** [4] - 225:19, 247:17, 287:10, 289:16
**sides** [1] - 287:15
**significant** [3] - 231:1, 234:20, 251:7
**Simon** [8] - 224:4, 228:9, 228:17, 229:14, 241:13, 284:11, 287:4
**SIMON** [1] - 223:13
**simple** [2] - 271:1, 293:15
**simpler** [1] - 272:10
**simply** [4] - 232:13, 235:10, 257:5, 284:1
**Sioux** [1] - 247:13
**sit** [15] - 226:13,

231:2, 232:7, 232:18, 232:21, 233:1, 233:18, 237:17, 237:22, 238:16, 251:3, 252:15, 256:16, 275:15, 295:11
**sites** [1] - 290:18
**sitting** [5] - 232:1, 277:8, 283:8, 283:14, 291:2
**sixth** [1] - 269:9
**sketch** [1] - 264:14
**Slater** [2] - 228:10
**slater** [1] - 228:17
**sleep** [1] - 288:18
**small** [1] - 261:20
**smoothly** [1] - 269:19
**snow** [2] - 288:14, 288:16, 288:18
**snowed** [1] - 288:20
**social** [1] - 290:18
**sold** [2] - 266:21
**sole** [3] - 281:9, 281:22, 288:2
**solely** [3] - 265:11, 281:18, 294:17
**solid** [2] - 289:24
**someone** [10] - 230:20, 244:6, 244:8, 244:9, 251:1, 260:20, 273:11, 283:24, 290:22, 292:6
**sometime** [1] - 232:8
**sometimes** [11] - 225:11, 232:20, 232:22, 272:23, 275:9, 275:11, 279:3, 279:9, 284:10, 289:7, 294:14
**somewhere** [2] - 275:11, 276:9
**son** [5] - 250:3, 250:18, 251:2, 251:12, 251:23
**son-in-law** [1] - 250:3
**soon** [2] - 291:18, 294:22
**sorry** [5] - 238:20, 248:22, 257:19, 265:22, 271:15
**sort** [4] - 235:8, 238:12, 267:13, 284:2
**sources** [1] - 293:25
**South** [2] - 246:1, 247:13
**space** [1] - 269:5

**SPAM** [3] - 242:16, 244:11, 244:12
**speaking** [4] - 224:12, 233:4, 233:12, 295:21
**Special** [3] - 229:19, 229:20
**specially** [1] - 243:11
**specific** [1] - 244:24
**specifically** [2] - 261:4, 261:5
**speculate** [2] - 258:24, 289:24
**speculation** [1] - 285:12
**speeches** [1] - 242:1
**spend** [3] - 260:22, 295:11, 295:15
**spending** [1] - 296:1
**spoken** [1] - 263:6
**spread** [1] - 295:16
**staff** [3] - 228:5, 264:10, 282:17
**stand** [5] - 226:19, 228:14, 280:15, 286:18, 287:3
**stands** [1] - 228:21
**start** [6] - 249:1, 264:9, 271:4, 275:8, 296:19, 296:23
**started** [1] - 224:13
**starting** [2] - 245:19, 274:23
**state** [9] - 233:15, 234:12, 234:14, 234:18, 239:23, 239:25, 241:8, 241:18, 266:12
**State** [1] - 266:19
**statement** [5] - 286:9, 286:10, 286:12, 286:16, 289:12
**statements** [6] - 274:12, 286:8, 286:13, 286:16, 287:13, 287:23
**STATES** [3] - 223:1, 223:3, 223:10
**states** [1] - 231:19
**States** [14] - 224:3, 224:9, 225:1, 228:7, 230:13, 231:20, 233:22, 235:19, 237:19, 238:2, 238:4, 261:18, 284:7, 284:8
**step** [3] - 240:15, 245:7, 286:7
**Stephen** [2] - 229:20, 230:5

**steps** [22] - 238:25, 240:16, 242:4, 245:8, 248:15, 253:13, 255:18, 255:24, 259:10, 260:7, 262:1, 264:2, 268:20, 273:3, 273:23
**still** [3] - 234:2, 263:6, 272:7
**stolen** [1] - 247:24
**stood** [1] - 228:9
**stop** [3] - 296:25, 297:1, 297:3
**straightforward** [1] - 228:2
**stress** [1] - 292:22
**stretch** [1] - 297:5
**stricken** [2] - 290:1, 290:3
**strike** [6] - 269:22, 270:2, 270:4, 270:5, 270:9, 271:8
**strikes** [17] - 269:24, 270:4, 270:5, 270:6, 270:11, 270:12, 270:13, 270:20, 271:11, 271:14, 274:14, 275:2, 276:2, 276:10, 278:23, 279:9, 279:14
**striking** [1] - 270:11
**struck** [4] - 271:13, 277:22, 279:1, 279:4
**stuff** [4] - 241:24, 259:21, 266:4, 266:6
**submit** [2] - 294:24, 295:3
**submitted** [3] - 290:5, 290:7, 290:11
**substitute** [1] - 280:22
**successive** [3] - 269:23, 269:24, 270:10
**suddenly** [2] - 265:8, 283:23
**suggest** [1] - 296:13
**suggesting** [1] - 272:1
**suggests** [1] - 289:7
**Suite** [2] - 223:17, 223:21
**summaries** [1] - 283:4
**Sunday** [1] - 273:12
**Superior** [2] - 262:12, 262:15
**support** [2] - 254:4, 287:11
**supposed** [3] - 253:24, 277:6,

296:19
**Supreme** [1] - 232:1
**suspended** [1] - 247:14
**sustain** [1] - 289:22
**swear** [3] - 227:6, 274:11, 280:10
**switch** [1] - 271:25
**sworn** [5] - 227:7, 227:12, 227:13, 280:16, 288:4
**sympathy** [2] - 237:25, 281:15
**system** [2] - 231:16, 295:12

---

# T

**tam** [2] - 244:10, 258:2
**tank** [1] - 261:11
**TANYA** [1] - 223:10
**tarry** [1] - 292:2
**teacher** [1] - 278:15
**team** [1] - 258:4
**television** [2] - 268:8, 294:12
**temperature** [2] - 296:12, 296:13
**tempted** [1] - 294:15
**tendency** [1] - 291:6
**term** [3] - 227:14, 293:16
**testified** [1] - 288:14
**testify** [7] - 229:1, 229:6, 234:23, 236:4, 237:6, 237:8
**testifying** [1] - 251:25
**testimony** [25] - 234:25, 235:1, 235:3, 235:6, 235:12, 236:3, 239:19, 240:8, 243:18, 247:6, 250:11, 254:15, 257:3, 261:2, 263:11, 266:13, 282:3, 283:2, 283:4, 283:25, 288:4, 288:9, 288:15, 288:19, 289:9
**text** [1] - 293:3
**texting** [1] - 292:24
**that'll** [1] - 297:24
**THE** [253] - 223:1, 223:10, 224:2, 224:7, 224:21, 224:22, 229:22, 230:7, 239:1, 239:3, 239:7, 239:11,

239:14, 239:18, 239:22, 240:6, 240:11, 240:13, 240:15, 240:17, 240:19, 240:22, 241:1, 241:4, 241:6, 241:9, 241:12, 241:15, 242:3, 242:5, 242:7, 242:9, 242:12, 242:18, 242:21, 242:23, 243:1, 243:6, 243:11, 243:16, 243:22, 244:1, 245:3, 245:5, 245:7, 245:9, 245:11, 245:13, 245:17, 245:21, 245:24, 246:2, 246:6, 246:9, 246:14, 246:16, 246:20, 247:2, 247:9, 247:15, 247:19, 247:21, 247:25, 248:4, 248:8, 248:11, 248:13, 248:16, 248:18, 248:20, 248:24, 249:2, 249:6, 249:9, 249:13, 249:17, 249:22, 250:1, 250:5, 250:9, 250:14, 250:17, 250:19, 250:21, 250:23, 251:1, 251:5, 251:11, 251:23, 252:2, 252:5, 252:13, 252:17, 252:22, 252:25, 253:3, 253:11, 253:14, 253:16, 253:19, 253:22, 253:25, 254:2, 254:5, 254:10, 254:13, 254:18, 254:24, 255:2, 255:6, 255:10, 255:13, 255:15, 255:17, 255:19, 255:23, 255:25, 256:2, 256:4, 256:6, 256:11, 256:15, 256:20, 257:3, 257:9, 257:16, 259:1, 259:8, 259:12, 260:5, 260:8, 260:10, 260:12, 260:15, 260:19, 260:25, 261:5, 261:10,

261:12, 261:23, 261:25, 262:2, 262:4, 262:6, 262:9, 262:12, 262:15, 262:18, 262:22, 262:24, 263:2, 263:7, 263:15, 263:17, 263:20, 264:1, 264:3, 264:5, 264:7, 264:9, 264:15, 264:23, 265:6, 265:14, 265:18, 265:23, 266:5, 266:10, 266:13, 266:17, 266:23, 267:4, 267:8, 267:17, 268:2, 268:4, 268:19, 268:22, 269:15, 269:16, 269:18, 271:1, 271:3, 271:7, 271:17, 271:19, 271:23, 271:25, 272:2, 272:6, 272:14, 272:18, 272:20, 273:1, 273:5, 273:14, 273:16, 273:19, 273:22, 273:24, 274:3, 274:5, 274:15, 274:22, 275:3, 275:16, 275:23, 275:24, 275:25, 276:3, 276:11, 276:15, 276:17, 276:18, 276:19, 277:3, 277:12, 277:18, 277:19, 277:21, 277:22, 277:23, 277:24, 278:1, 278:4, 278:5, 278:6, 278:7, 278:8, 278:9, 278:10, 278:13, 278:20, 278:25, 279:3, 279:6, 279:8, 279:15, 279:19, 279:21, 279:24, 280:1, 280:3, 280:8, 280:10, 280:12, 280:13, 280:14, 280:17, 297:8, 297:9, 297:23, 298:3
**therefore** [1] - 228:1
**thinking** [1] - 270:3
**Thompson** [1] - 230:3
**thoughtful** [1] - 285:9
**thoughts** [1] - 293:5
**three** [3] - 260:22,

260:24, 270:19
**throughout** [3] - 262:20, 285:19, 285:22
**throwing** [2] - 265:5, 276:20
**ticket** [1] - 251:17
**today** [1] - 297:2
**together** [1] - 295:25
**tomorrow** [2] - 273:16, 297:1
**took** [1] - 281:24
**torn** [1] - 282:23
**total** [2] - 257:19, 257:22
**touch** [1] - 227:18
**towards** [2] - 225:19, 246:4
**trains** [1] - 225:8
**TRANSCRIPT** [1] - 223:9
**transcript** [2] - 225:13, 299:4
**transcripts** [1] - 283:4
**travel** [1] - 232:6
**treat** [1] - 247:4
**treated** [1] - 247:19
**trial** [47] - 224:10, 227:8, 228:8, 228:10, 229:1, 229:6, 229:16, 230:24, 231:2, 232:18, 232:23, 233:2, 234:8, 234:23, 236:21, 236:25, 246:18, 256:9, 265:8, 266:8, 267:13, 267:20, 272:21, 277:8, 280:21, 280:24, 281:3, 281:11, 282:1, 282:18, 282:21, 283:15, 283:19, 283:23, 285:19, 285:23, 286:7, 287:20, 289:11, 289:12, 293:9, 294:13, 294:19, 294:20, 295:22, 296:19, 297:25
**TRIAL** [1] - 223:9
**trials** [2] - 231:3, 231:17
**TRICARE** [1] - 258:10
**tries** [1] - 292:6
**trip** [4] - 245:18, 253:20, 255:10, 265:15
**trips** [1] - 265:14

**troopers** [1] - 266:12
**trouble** [1] - 232:15
**true** [3] - 225:5, 284:23, 291:23
**truth** [1] - 284:24
**truthful** [1] - 225:23
**truthfully** [2] - 227:15, 227:16
**try** [1] - 292:19
**TSC** [1] - 223:4
**Tuesday** [1] - 273:13
**turn** [3] - 249:6, 283:13, 291:21
**turned** [1] - 277:4
**tweeting** [1] - 292:24
**twice** [1] - 249:11
**Twitter** [1] - 290:19
**two** [22] - 225:17, 239:5, 240:6, 255:11, 269:14, 269:23, 269:24, 270:4, 270:5, 270:10, 270:11, 270:13, 270:14, 270:15, 270:16, 270:18, 270:19, 271:8, 288:6
**type** [3] - 233:19, 235:24
**types** [2] - 288:6, 289:10

**U**

**U.S** [5] - 223:13, 223:24, 239:9, 239:15, 254:4
**unable** [2] - 238:2, 238:8
**unanimous** [2] - 287:18, 296:8
**unanimously** [1] - 296:4
**unavailable** [1] - 232:7
**uncle** [1] - 245:25
**uncle's** [1] - 246:2
**under** [4] - 242:16, 258:2, 265:7, 294:9
**underinclusive** [1] - 226:10
**unfair** [1] - 293:23
**unfortunately** [3] - 235:20, 272:22, 293:24
**unions** [1] - 261:19
**unique** [2] - 231:19, 231:20
**United** [14] - 224:3,

224:9, 225:1, 228:7, 230:13, 231:20, 233:21, 235:19, 237:19, 238:1, 238:4, 261:18, 284:7, 284:8
**UNITED** [3] - 223:1, 223:3, 223:10
**universal** [1] - 296:8
**unless** [3] - 236:25, 285:19, 296:23
**unlikely** [1] - 292:6
**unpleasant** [3] - 234:20, 236:8, 251:7
**unpredictable** [1] - 231:4
**unusual** [1] - 226:24
**up** [47] - 226:12, 226:18, 226:19, 226:25, 231:9, 231:14, 232:2, 232:22, 233:10, 233:11, 238:13, 238:17, 238:25, 240:11, 240:16, 240:24, 241:12, 242:4, 244:1, 245:7, 245:8, 248:15, 251:18, 251:19, 253:13, 255:11, 255:13, 255:24, 260:7, 260:23, 262:1, 264:2, 271:13, 272:3, 272:16, 272:22, 273:2, 273:3, 277:6, 277:11, 279:19, 282:2, 288:19, 293:16, 294:2, 296:1, 297:14
**upfront** [1] - 258:18
**upper** [3] - 226:1, 226:4, 271:16

**V**

**vacations** [1] - 230:25
**valuables** [2] - 296:15, 296:16
**vary** [1] - 296:13
**ventilation** [2] - 295:12, 295:17
**verdict** [16] - 227:25, 235:17, 237:18, 237:24, 238:9, 238:15, 249:18, 259:4, 262:18, 262:19, 281:22, 282:22, 287:18, 288:1, 289:4, 290:20

**verdicts** [2] - 287:18, 287:19
**versus** [3] - 224:3, 224:9, 225:1
**victim** [4] - 235:15, 235:19, 236:13, 247:22
**view** [1] - 293:16
**views** [1] - 234:6
**visit** [1] - 260:23
**visualize** [1] - 272:7
**vital** [1] - 227:23
**voir** [6] - 225:21, 225:22, 226:18, 227:14, 238:18
**voting** [1] - 231:15

**W**

**wait** [4] - 248:25, 270:3, 290:11, 297:2
**walk** [1] - 291:21
**wandering** [1] - 292:1
**wants** [1] - 227:24
**warm** [1] - 296:14
**warn** [1] - 292:19
**Washington** [4] - 223:5, 223:14, 223:22, 223:25
**watch** [2] - 294:16
**WAYNE** [2] - 223:23, 299:3
**Wayne** [3] - 225:11, 299:9, 299:9
**website** [1] - 292:25
**Wednesday** [1] - 223:6
**week** [7] - 231:7, 232:8, 253:21, 253:23, 265:16
**weekends** [1] - 275:6
**weeks** [1] - 255:11
**weight** [4] - 235:13, 281:11, 288:25, 289:2
**welcome** [1] - 253:12
**well-being** [1] - 295:14
**what'd** [1] - 275:24
**whatnot** [1] - 264:14
**whole** [1] - 281:6
**Wilhelmena** [1] - 230:4
**WILLIS** [23] - 223:12, 229:15, 240:12, 241:14, 245:4, 248:9, 253:4, 253:7, 253:10, 255:14, 255:21, 259:2,

259:19, 261:24, 263:19, 268:3, 270:25, 272:4, 272:24, 274:1, 278:18, 279:11, 279:23
**Willis** [22] - 224:4, 228:9, 228:17, 229:14, 229:22, 241:13, 245:3, 248:8, 253:3, 255:13, 259:1, 259:18, 261:23, 263:18, 268:2, 270:24, 271:2, 279:22, 284:11, 287:4
**window** [3] - 247:24, 288:14, 288:17
**Winston** [1] - 223:20
**wish** [5] - 227:21, 282:1, 283:1, 291:4, 296:21
**withdrawn** [1] - 289:23
**witness** [21] - 226:13, 226:19, 235:3, 235:24, 236:1, 239:20, 240:9, 243:4, 246:4, 247:6, 247:7, 250:12, 254:16, 257:7, 261:3, 263:12, 266:15, 282:5, 283:24, 286:18, 288:8
**witness's** [1] - 288:9
**witnesses** [22] - 229:1, 229:2, 229:5, 229:6, 229:9, 229:11, 229:12, 230:1, 236:4, 257:4, 257:5, 257:6, 281:13, 283:3, 283:22, 286:18, 287:3, 287:21, 288:4, 291:8, 291:15, 291:20
**woke** [1] - 288:19
**words** [1] - 263:8
**works** [1] - 254:22
**wrangling** [1] - 272:15
**Wright** [2] - 229:18, 230:3
**write** [17] - 225:25, 226:9, 228:6, 228:18, 228:23, 229:12, 230:10, 230:21, 232:9, 233:2, 238:22,

268:9, 268:10, 271:10, 282:25, 290:16, 292:20
**writing** [3] - 233:5, 233:13, 242:1
**written** [1] - 282:23

**Y**

**year** [1] - 242:25
**years** [8] - 247:13, 250:25, 260:22, 260:24, 262:17, 263:6, 264:12, 266:20
**yesterday** [7] - 224:14, 227:4, 259:19, 268:23, 273:8, 275:5, 296:24
**York** [1] - 223:14
**youngest** [1] - 250:18
**yourself** [1] - 291:13
**yourselves** [2] - 283:18, 296:9