```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
     UNITED STATES OF AMERICA,
 3                                      Case No. 19-0255 (TSC)
                      Plaintiff(s),
 4                                      Washington, D.C.
                 vs.                    Thursday, September 8, 2022
 5                                      2:03 p.m.
     FREDERICK GOODING,
 6
                      Defendant(s).      Afternoon Session
 7   -------------------------------------------------------
                                DAY 3
 8                      TRANSCRIPT OF JURY TRIAL
               BEFORE THE HONORABLE TANYA S. CHUTKAN
 9                   UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   FOR THE GOVERNMENT:     Jillian D. Willis, Esquire
                             Jil Simon, Esquire
12                           United States Department of Justice
                             1400 New York Avenue Northwest
13                           Washington, D.C. 20005

14   FOR THE DEFENDANT:      Michael J. Khouri, Esquire
                             Khouri Law Firm, APC
15                           2222 Martin
                             Suite 215
16                           Irvine, California 92612

17                           Frederick D. Cooke, Jr., Esquire
                             Rubin, Winston, Diercks
18                            Harris & Cooke, LLP
                             1250 Connecticut Avenue Northwest
19                           Suite 700
                             Washington, D.C. 20036
20

21   REPORTED BY:           Tammy Nestor, RMR, CRR
                             Official Court Reporter
22                           333 Constitution Avenue NW
                             Washington, D.C. 20001
23                           tammy_nestor@dcd.uscourts.gov

24

25
```

```
1                          I-N-D-E-X

2
     WITNESS                 DIRECT   CROSS   REDIRECT   RECROSS
3
4    JUAN L. SCHAENING-PEREZ

5        BY MS. WILLIS        569                596

6        BY MR. KHOURI                569

7    JAMES GILCHRIST

8        BY MS. WILLIS        606                615

9        BY MR. KHOURI                611

10   ALICE MIERZWA

11       BY MS. SIMON         618

12

13   GOVERNMENT'S EXHIBITS                         PAGE

14       5                                          630

15       32E                                        603

16

17

18

19

20

21

22

23

24

25
```

```
 1   The following proceedings began at 2:03 p.m.:

 2            THE COURT:  Good afternoon, ladies and gentlemen.  I

 3   hope you had a good lunch.

 4            Dr. Shaening.

 5            All right.  Ms. Simon, were you done, or we're just

 6   breaking?

 7            MS. WILLIS:  We were done.

 8            THE COURT:  We've done two witnesses today already.

 9            All right.  Thank you.

10            Mr. Khouri.  Come on up.

11                        CROSS EXAMINATION

12   BY MR. KHOURI:

13   Q    Good afternoon.

14   A    Good afternoon.

15   Q    My name is Mike Khouri.  I am one of Dr. Gooding's

16   lawyers.  And it's a pleasure to meet you, sir.

17            Before I start asking questions, I would like you to

18   concentrate on speaking slowly so that you can be -- that I can

19   understand you.

20            So you are a physician, correct?

21   A    That is correct.

22   Q    And are you licensed to practice in any states of the

23   United States?

24   A    Yes.

25            THE COURT:  I had a hand raise.
```

1    So I'll make a deal.  The doctor will speak slowly if

2  you will speak loudly.  Is that fair?

3    MR. KHOURI:  Fair.

4    THE COURT:  All right.  Thank you.

5  BY MR. KHOURI:

6  Q    Now I have to look through the Plexiglas at you.  But

7  anyway, you are licensed to practice medicine in the United

8  States, correct?

9  A    Correct.

10  Q    And after you graduated from medical school, I presume you

11  did a residency in internal medicine?

12  A    Yes.

13  Q    And that's what you are boarded in, in internal medicine?

14  A    That is correct.

15  Q    As a primary care physician, sir?

16  A    Yes.

17  Q    And you are working for one of the Medicare contractors

18  that has jurisdiction over areas -- this area regarding

19  Medicare billing and coding, right?

20  A    That is correct.

21  Q    And that's called which company again?

22  A    That is Navitus Solutions.

23  Q    And how long have you been working for that company?

24  A    Five years.

25  Q    And do you work full-time for that company?

1    A    Yes.  I split my time between First Coast and Navitus

2    Solutions, but yes.

3    Q    First Coast is like a company like the one you work for

4    but has jurisdiction over another part of the country?

5    A    That is correct.

6    Q    And prior to the time that you started working for the

7    Medicare contractor, did you work as a primary care physician?

8    A    Yes.  I had a private practice and I also provided medical

9    services to the correctional patients of Puerto Rico.

10   Q    And, I'm sorry, in Puerto Rico?

11   A    Yes.

12   Q    And you had a private practice.  Was that in Puerto Rico?

13   A    Yes.

14   Q    All right.  And did you practice internal medicine while

15   you were in Puerto Rico?

16   A    Yes.

17   Q    And since you moved to Florida and you worked for the

18   Medicare contractor, do you see patients at all?

19   A    No.

20   Q    Okay.  So are you licensed in Florida?

21   A    No.  I am licensed in Puerto Rico.

22   Q    All right.  Have you attempted to become licensed in the

23   mainland?

24   A    No.

25   Q    So in Puerto Rico, you had an internal medicine practice.

1    And did you perform any spinal injections of the type that we

2    have been talking about on your direct examination?

3    A    No.

4    Q    Okay.  In medical school in Puerto Rico, did you perform

5    any of those spinal injections?

6    A    I did spinal tap, but not these type of spinal injections.

7    Q    And how about in your residency, did you perform any

8    spinal injections?

9    A    No, I did not perform spinal injections, just spinal taps.

10   Q    You said spinal tap?

11   A    Yes.

12   Q    All right.  Now, was your residency in Puerto Rico?

13   A    Yes.

14   Q    And is -- is that a residency -- are you governed by the

15   rules that govern foreign medical college graduates?

16   A    Puerto Rico is a U.S. territory.  We are fully accredited

17   on the University District Hospital.  That is the program from

18   where I graduated, and they have the same board of internal

19   medicine as any physician that is board certified in the United

20   States.

21   Q    So you have been licensed to practice medicine for how

22   many years?

23   A    Since 1995, I have a limited practice, a license through

24   my three years of residency.  And since 1999, I have an active

25   license that I have kept since 1999.

1    Q    So am I correct in understanding you that in all those

2    years of being licensed as a physician -- that's a long time,

3    congratulations -- but you have never performed the type of

4    spinal injections that we have been talking about in this case?

5    A    That is correct.

6    Q    Okay.  Now, do you know what a physiatrist is, sir?

7    A    Yes.

8    Q    A physiatrist is a physician that specializes in

9    alleviating pain, right?

10   A    Uh-huh.

11   Q    Is that a yes?

12   A    That's a yes.  Physical medicine and rehabilitation

13   basically.  One of the things that they do is alleviate pain.

14   Q    Pain management is one of the things that a physiatrist

15   specializes in, correct?

16   A    They can perform pain management as part of their

17   specialty.  They can perform pain management.

18          THE COURT:  Yes, Ms. Willis?

19          (The following was heard sidebar.)

20          THE COURT:  Ms. Willis.

21          MS. WILLIS:  Just, I guess, I don't know how far along

22   this questioning is going to go, but I guess we would have an

23   objection, outside the scope.  This witness is testifying what

24   Medicare would consider medically necessary and not the

25   propriety of a pain doctor as a specialist in general and

1    details about that.

2         THE COURT:  This form of examination is allowed

3    because you elicited a fair amount of testimony from this

4    doctor about how one goes about doing these injections and,

5    therefore, I think Mr. Khouri is allowed to probe his

6    familiarity with these types of injections, so I will allow it.

7         MS. WILLIS:  Thank you.

8         (The following was heard in open court.)

9         THE COURT:  All right.  Objection is overruled.

10        MR. KHOURI:  May I proceed, Your Honor?

11        THE COURT:  Yes.

12        MR. KHOURI:  Thank you.

13   BY MR. KHOURI:

14   Q    So I think we were talking about physiatry.  It's like

15   physical medicine and rehabilitation, correct?

16   A    Correct.

17   Q    And are you familiar with what it takes to become a

18   physiatrist?

19   A    Yes.

20   Q    So you go to medical school, correct?

21   A    Uh-huh.

22        THE COURT:  Doctor --

23        THE WITNESS:  Yes.

24        THE COURT:  Yes, just so the court reporter -- because

25   she can't write down uh-huh.  She can only write down --

1             THE WITNESS:  Yes.  Sorry about that.

2    BY MR. KHOURI:

3    Q    And then you get out of medical school and you go into a

4    residency for a certain period of time in either family

5    practice or internal medicine, correct?

6    A    Yes.  They do their specialty training on the physiatry,

7    yeah.

8    Q    And then after that's completed, they go do a residency

9    that specializes in physiatry, correct?

10   A    And they become a physician.  Once they have their MD,

11   they can go to certain physical medicine and rehabilitation

12   programs and do their specialty, sort of the same way I became

13   a CMD -- an MD, and I did my three years of specialty in

14   internal medicine.

15        Then they will become an MD and they will do their years

16   of training for physical medicine and rehabilitation and get

17   the specialty.

18   Q    The point I am trying to make is that in order to become a

19   physiatrist, you have to go to a residency program in

20   physiatry, correct?

21   A    That is correct.

22   Q    And these residency programs are approved by a national

23   organization that approves various types of residency programs,

24   correct?

25   A    That is correct.

1    Q    So if you are a physiatrist, it's the national Board of

2    Physical Medicine and Rehabilitation that would approve a

3    physiatry residency, true?

4    A    They are accrediting bodies that accredit the programs,

5    the teaching programs.  And when you become board certified,

6    then as a physician, the physiatry PMR board, if you pass the

7    exams, will give you board certification for your specialty.

8         So you can graduate from a specialty and don't get a board

9    certification until you pass some criteria, some exams, and

10   then the board of PMR will give you a board certification.

11   Q    Now, do you have any familiarity with the history of

12   physiatry?  Let me ask you another question.

13        It's a relatively new type of medical practice, correct?

14   A    No.

15   Q    No?  Okay.  And do you have any familiarity with various

16   residency programs in the United States that specialize in

17   physiatry?

18   A    Yes.

19        THE COURT:  All right.  Mr. Khouri, sorry to interrupt

20   you.  Can you go back to the phone, please.

21        MR. KHOURI:  Sure.

22        (The following was heard sidebar.)

23        THE COURT:  I just overruled Ms. Willis's objection

24   about the scope and I allowed you a certain amount of leeway.

25   If your point is that this witness does not have the experience

1    in pain management that your client has, then you need to get

2    to it because it is beyond the scope for you to go into detail

3    about what a physiatry degree or what experience in physiatry

4    means.  You need to get to comparison or ask questions in order

5    to get to it.  I am not going to allow many more questions in

6    this area.

7              MR. KHOURI:  All right.

8              (The following was heard in open court.)

9    BY MR. KHOURI:

10   Q    The point I am trying to make is that what somebody does

11   in a residency in physiatry is very much different than what

12   you would do in a residency like internal medicine or family

13   practice, right?

14   A    There is specialized residency programs, and yes, they

15   have their differences.

16   Q    All right.  Now, as an internal medicine doctor, I'm sure

17   you are familiar with different types of imaging devices,

18   correct?

19   A    Yes.

20   Q    One imaging device would be ultrasound, correct?

21   A    Correct.

22   Q    That's categorized as an imaging device, true?

23   A    True.

24   Q    And an ultrasound is what they use to look at infants when

25   they are in their mother's womb, correct?

1    A    Among other things, yes.

2    Q    And other things too, like renal ultrasounds that look at

3    the conditions of your kidneys and your urinary tract, right?

4    A    Yes.

5    Q    And ultrasounds to look to see if you have a developing

6    aneurysm in that big river that goes through your stomach and

7    brings blood to your brain, right?

8    A    Yes.

9    Q    I'm sorry to be so unsophisticated about it, but you know

10   what I am talking about.  So ultrasound is an accepted means of

11   imaging for certain purposes, correct?

12   A    Yes.  It's a diagnostic tool that --

13            (There was an interruption by the court reporter.)

14            THE WITNESS:  I am agreeing with him, yes.

15   BY MR. KHOURI:

16   Q    And ultrasound, compared to when fluoroscopy and CT

17   started, did ultrasound start before those two other types of

18   imaging or after?

19   A    The x-ray is, you know, is older.  The imaging through

20   x-ray, that's older than the ultrasound, but they are pretty

21   old technologies.

22   Q    What I am getting at is after, say, the year 2000, the

23   technology in ultrasound has advanced, correct?

24   A    Yes.

25   Q    It's advanced a lot.  Would you agree with that?

1    A    Yes.  Ultrasound machines are superior to the ones before

2    2000.

3    Q    And I don't know, are you familiar with any research

4    papers or scholarly articles about the advancements in

5    technology in ultrasound?

6    A    No.

7    Q    Okay.  Now, do you know about what's accepted amongst the

8    community of physiatrists in the United States for imaging?

9    A    For what purpose?  Sorry.

10   Q    Well, for purpose of performing a spinal injection.

11   A    Oh, yes.

12   Q    And I am talking about the opinion of the community of

13   physiatrists only.

14   A    Physiatrists only?  No.

15   Q    Okay.  Do you belong to any professional organizations of

16   physiatry?

17   A    No.

18   Q    Do you subscribe to any academic journals that talk about

19   the development of diagnostic techniques in physiatry?

20   A    No.

21   Q    Now, I have some questions to ask you about Medicare, and

22   I want to start at the very beginning when the applicant for

23   Medicare fills out the application.  All right?

24   A    Yes.

25   Q    And that application is called an 855, I think?

```
 1   A     855, yes, form.
 2   Q     And an 855 application is an application that any Medicare
 3   provider -- or I'm sorry, anyone who wants to become a Medicare
 4   provider fills out, right?
 5   A     Any licensed physician can fill out a Medicare form.
 6   Q     It can be a physician, like an MD or DO, right?
 7   A     Yes.
 8   Q     Or it could be some other type of Medicare provider, like
 9   a clinical psychiatrist or a social worker or a laboratory or
10   anything that bills Medicare?
11   A     Yeah, physician practitioners also, yes.
12   Q     Okay.  One of the most important things about getting a
13   Medicare provider number is that whoever is applying has the
14   appropriate license, right?
15   A     Yes.  It should have the proper credentialing to obtain a
16   Medicare billing number.
17   Q     And when it comes to a physician that is an MD or a doctor
18   of osteopathic medicine, they have to be licensed by the state
19   where they are practicing, correct?
20   A     Correct.
21   Q     Because it's the state that regulates the licenses of the
22   providers, right?
23   A     Yes.
24   Q     You are regulated by the territory of Puerto Rico, right?
25   A     Yes.
```

1    Q     Okay.  And my client, Dr. Gooding, is regulated by the

2    medical board in the District of Columbia when he's practicing

3    here in the district, correct?

4    A     Yes, that would be his regulatory board.

5    Q     Medicare does not regulate a physician's license, true?

6    A     Medicare does not regulate the practice of medicine.

7    Q     Okay.  So when it comes to whether a certain technique

8    or -- a certain technique, that's up -- whether it's

9    appropriate or not is up to the state licensing board, correct?

10   A     The state licensing board will express what services are

11   within the scope of a practitioner or a physician.

12   Q     And Medicare leaves that decision of what a physician is

13   going to do in the best interests of the patient and how the

14   physician wants to practice up to the state -- various state

15   medical boards, correct?

16   A     Medicare will pay services of a qualified physician --

17   Q     I'm sorry to interrupt you, but we are going to get to

18   payment.  I am just talking about the decision of a doctor to

19   do whatever with a patient is up to that doctor under the scope

20   of his license, right?

21   A     That's right.

22   Q     Okay.  Now let's get to payment.

23         Essentially, Medicare is an insurance policy, right?

24   A     Is a federal program that provides insurance to the

25   elderly and handicapped and people with ESRD that is a law,

1    yeah.

2    Q    It's sort of like your homeowners policy that might cover

3    certain things, certain bad things that happen in your home,

4    and other things might not be covered, right?

5    A    Our decisions of coverage are based on legal requirements

6    under the Social Security Act.

7    Q    So the insurance policy that's offered by Medicare covers

8    certain things, doesn't cover other things, depending on what's

9    in the Social Security Act, correct?

10   A    Correct.

11   Q    And depending upon the regulations that are promulgated by

12   the Department of Health and Human Services, correct?

13   A    Correct.

14   Q    All right.  And certain of these regulations are published

15   so that the public can look at them, right?

16   A    Correct.

17   Q    But primarily those publications are meant for the

18   physicians so they can try to figure out how to properly bill

19   for their services, correct?

20   A    They are published so the physician can know what are the

21   covered services for the Medicare program.

22   Q    All right.  The patients -- you don't anticipate that the

23   patients are going to be looking up those things, right?

24   A    I would not anticipate, but I would not rule out.

25   Q    Sure.  So let's look at some of those provisions of the

1    Medicare insurance policy.

2            MR. KHOURI:  Your Honor, if I could ask the government

3    to pull up Exhibits 26, 27, 28 --

4            THE COURT:  Can you pull the microphone closer to you?

5    There you go.

6            MR. KHOURI:  If I could ask the government to pull up

7    Exhibits 26, 27, 28, and 29.

8    BY MR. KHOURI:

9    Q    So this is the provisions of the insurance policy that

10   deals with CPT code 64633 which is one of those spinal

11   injections, right?

12   A    This is basically a descriptor of the code that represents

13   the service with what they call a layman's description or

14   consumer-friendly description, that is basically the

15   description of the code with a simple description below.

16   Q    Okay.  But my question is the 64633 code is a -- one of

17   those spinal injections, correct?

18   A    That is correct.  These are the description of the

19   paravertebral facet joint nerve.

20   Q    Right.  And in the long description, let me direct your

21   attention to the words next to long description, it indicates

22   that the shot has to be with imaging guidance, and in

23   parentheses it says fluoroscopy or CT, cervical or thoracic.

24           See that?

25   A    Yes.

1   Q    And you have to admit that this long description does not

2   prohibit ultrasound?

3   A    It just states that to bill that code is required to be

4   done with fluoroscopy or CT.

5   Q    And where do you see the word required?  It's not in

6   there, right?

7   A    It's calling description, that you must be -- the coding

8   descriptor, when you bill a service, it must be something that

9   represents the code that you are billing.  So your service must

10  meet the descriptor, and the descriptor requires fluoroscopy or

11  CT.

12  Q    Right.  And so my question is, where in that description

13  is the word required?  It doesn't appear, does it?

14  A    It doesn't require.

15  Q    Okay.

16  A    It doesn't appear, the word require.

17  Q    I got it.  Thank you for clarifying.

18       And then underneath, where it says consumer friendly

19  descriptor, it raises an interesting issue as to who the

20  consumer is of Medicare.  The patient's a consumer because they

21  are the ones getting the care, right?

22  A    Yes.

23  Q    But it's not like a normal business where the person

24  that's getting the service is also paying the bill, true?

25  A    Excuse me?  Repeat the question.

1    Q    It's not like a normal business like a grocery store where

2    the person that's getting the product, bacon, eggs, produce, is

3    the one paying the bill?

4    A    Usually not, yes.

5    Q    I'm sorry to use that.  I worked in the supermarket all

6    the way through college and law school.

7         But anyway, so turning to -- but the consumer is also the

8    doctor because he's the one utilizing the Medicare -- he or she

9    is the one utilizing the Medicare services to get paid, right?

10   A    Yes.  But the consumer friendly descriptor are the ones

11   that are used for when a beneficiary gets the notice of the

12   service that they receive, there's a description that is

13   consumer friendly for the beneficiaries of the code.  We do not

14   use the code descriptor that's on the CPT for -- that is for

15   physician use.

16        When a beneficiary receive their MSN, the notification

17   notice that they receive a service, we use a short descriptor

18   that is consumer friendly so the beneficiary can recognize, oh,

19   I received this service from this physician and he billed this

20   for me -- for the things that he did to me.

21   Q    Okay.  I get it.

22        This is published in, though -- is it the Medicare

23   carrier's manual?

24   A    That document is -- I'm not sure whether it was published.

25   It was taken from our system or something like that.  But I

1    have seen that document.  There's a -- the CPT book also have

2    some instructions in other books, but this is a format that it

3    was printed from somewhere, but I'm not sure from what that was

4    the reference for this.

5    Q    So you don't know who published this exhibit?

6    A    No.

7    Q    Okay.  And you don't know if it was CMS?

8    A    It looks like it could have been printed from our system,

9    but I do not have something to verify that for me.

10   Q    It looks like it, but you can't verify it?

11   A    Huh?

12   Q    It looks like it, but you can't verify it?

13   A    Yes.

14   Q    Okay.  So underneath the legal description where it says

15   consumer friendly description, the words appear destruction of

16   upper or middle spinal facet joint nerves using imaging

17   guidance.

18   A    Correct.

19   Q    Okay.  Do you have any idea why whoever published this

20   document -- we don't know -- omitted fluoroscopy or CT?

21   A    So these consumer friendly descriptors, they are short

22   descriptors, and there's a limit of characters that you can put

23   in the system to identify your service.  So descriptions are

24   made to give an idea of what the service were given so the

25   beneficiary can understand what the service was.

 1   Q    Well, wouldn't you agree with me that the long description

 2   and the consumer friendly description are different?

 3   A    Oh, yes.

 4   Q    And wouldn't you agree with me that that would create some

 5   confusion to people who might look at this document, like a

 6   biller or even a physician?

 7   A    I would say no.

 8   Q    All right.  You hesitated there.

 9   A    Yes, because --

10   Q    It doesn't create any confusion in your mind, right?

11   A    Uh-uh, yeah.

12   Q    Right.  And because you work for Medicare, right, and so

13   for --

14   A    Not because of that, you know, because in my private

15   practice, I was very aware that --

16        THE COURT:  Excuse me.  Can we make sure all phones

17   are on silent.  Thank you.

18        THE WITNESS:  -- that I should go to a specificity, so

19   if I was reference -- the CPT book code descriptor to make sure

20   that I was billing my service correctly.  So a, you know --

21   BY MR. KHOURI:

22   Q    I know, but ultrasound is a form of imaging guidance,

23   correct?

24   A    It can be used as a form of imaging guidance.

25   Q    Okay.  And the rest of the exhibits have -- or not the

1   rest of the exhibits.  To save time, there's Exhibit 27, 28,

2   and 29 that you testified to that looked just like 26 but deal

3   with different codes?

4   A    Different anatomical -- the same descriptor.

5   Q    But they are set forth in the same format, where they have

6   a long description that mentions CT and fluoroscopy and a short

7   description that does not?

8   A    Yes.

9   Q    Okay.

10        MR. KHOURI:  Your Honor, the government can take that

11  down now if I can ask them, please.

12        THE COURT:  Thank you.

13        MR. KHOURI:  Now could I request the government to

14  bring up Exhibit 32A?  I hope it's the right one.

15        May I have a moment, Your Honor?

16        THE COURT:  Yes.

17  BY MR. KHOURI:

18  Q    This is a page out of the CPT book, correct?

19  A    Correct.

20  Q    And it describes CPT code 64483, true?

21  A    True.

22  Q    And in the bottom under the parentheses, it talks about an

23  epidural injection under ultrasound guidance, and you have to

24  use -- you are supposed to use one of these T codes that don't

25  pay, correct?

```
 1   A     Correct.

 2   Q     And who prepares the CPT code?

 3   A     The American Medical Association.

 4   Q     And the CPT code adopted by the American Medical

 5   Association is kind of like the Bible of codes, right?

 6   A     Correct.

 7   Q     Medicare looks at it to determine things like what's been

 8   done to the patient and for diagnosis code Y, correct?

 9   A     Correct.

10   Q     So Medicare must know that the epidural injection that's

11   being provided by some physicians is under ultrasound guidance,

12   right?

13   A     Yes.  When billed with the proper code 0230T, Medicare

14   will be aware that that service was provided with ultrasound

15   guidance.

16   Q     That's not my question.

17             THE COURT:  I think the witness said 0230T.

18             Is that correct?

19             THE WITNESS:  O230T, yes, that's the code that is the

20   transforaminal --

21             (There was an interruption by the court reporter.)

22             THE WITNESS:  Sorry.  So for transforaminal epidural

23   injection under ultrasound guidance, it says use 0230T.

24             THE COURT:  It's on the exhibit that's on the screen.

25             THE WITNESS:  This one.
```

1           THE COURT:  All right.  Mr. Khouri.

2     BY MR. KHOURI:

3     Q     My question really was the Medicare administration and

4     people, the decision makers, they know about the CPT code,

5     right?

6     A     Yes.

7     Q     And they know what's in it, right?

8     A     Yes.

9     Q     And they know that there are physicians out there

10    regulated by their state medical board who, within their

11    license, are performing these injections with ultrasound,

12    right?

13    A     Yes.

14    Q     The question is, is Medicare going to pay, right?

15    A     Yes.

16    Q     Okay.  Now, what triggers Medicare payment is an

17    electronic transmission of information from the provider's

18    office to whoever cuts the checks, true?

19    A     True.

20    Q     Okay.  And the checks are often cut by, not the Medicare

21    administration, but by contractors with Medicare, true?

22    A     Yes.  The contractors pay the provider and manage their

23    claims.

24    Q     Okay.  Like your company?

25    A     Yes.

1    Q     Okay.  And one of the things that your company is

2    obligated to do under its contract with Medicare is conserve

3    the Medicare trust funds, right?

4    A     That is part of our missions, yeah.

5    Q     And do you know if your company receives any compensation

6    for conserving Medicare trust funds?

7    A     No.

8    Q     Other than the money it gets from the United States

9    government to help manage the program, correct?

10   A     Yes.  We are paid for processing claims.

11   Q     Okay.  Does your company also conduct audits?

12   A     Yes.

13   Q     And in the money that's collected out of audits, does your

14   company receive any portion, if you know?

15   A     No.

16   Q     Okay.  Except the payment that they receive from the

17   United States, correct?

18   A     Except the payment that we receive for processing the

19   claims, and any money from the contractor goes to the trust

20   fund.

21   Q     Okay.  So when the invoice is transmitted electronically

22   to Medicare for one of these injections, you would expect that

23   there would be a code that you claim requires ultrasound or CT,

24   correct?

25   A     Correct.

1   Q    And if there's also billed a -- the code for ultrasound on

2   the same date of service, I'm presuming that Medicare isn't

3   going to think that the doctor was using ultrasound and

4   fluoroscopy at the same time, right?

5   A    It depends because you could do a diagnostic ultrasound

6   and then do a fluoroscopic procedure.

7   Q    I get that.  But assuming it's not a diagnostic

8   ultrasound, there's no reason to do ultrasound and fluoroscopy

9   in the bill at the same time related to the injection, right?

10  A    Before the same procedure?  Yes, it would not be expected.

11  Q    It would be kind of like wearing a necktie and a bow tie

12  like Mr. Cooke has at the same time?

13  A    Right.

14  Q    It doesn't make sense.

15       But I'm curious.  You said that you could use ultrasound

16  for a diagnosis to justify a spinal injection?

17  A    Not a spinal injection.  I was talking in general to --

18  you could do a diagnostic ultrasound and then decide to do a

19  procedure later --

20  Q    Oh, okay.  So just to clarify --

21  A    -- unrelated.

22  Q    Just to clarify, your use of ultrasound for diagnosis does

23  not apply to a spinal injection procedure, correct?

24  A    Correct.

25  Q    Okay.  And the diagnosis code would give you a clue as to

1    why that patient is there?

2    A    With the proper diagnostic code with the procedure code,

3    it should correlate and give you an idea for why you are doing

4    the ultrasound and the descriptor of the ultrasound, depending

5    on the diagnostic test, if it's an abdominal, renal, it would

6    give you information.  So the descriptor plus the diagnosis

7    will give the contractor information of what was done to the

8    patient.

9    Q    Right.  So if there is not a diagnostic code, for example,

10   renal failure or kidney failure or something like that, then

11   you wouldn't expect whoever -- and I am talking about machine

12   or human -- whoever looks at that type of bill, you wouldn't

13   expect them to think that the ultrasound would be used to

14   diagnose the reason for the spinal injection?

15   A    I wouldn't expect that, you know.  There are some

16   physicians that may look for a spondylosis with ultrasound, but

17   that's sort of new.

18   Q    Billings can be mistaken, right?

19   A    Huh?

20   Q    Billings can be mistaken, correct?

21   A    Billings?

22   Q    I'm sorry.  Billings to Medicare can be mistaken, though,

23   in good faith, right?

24        MS. WILLIS:  Objection, Your Honor.

25        THE COURT:  Sustained.

BY MR. KHOURI:

Q    Now, I am interested in a statement you made on direct examination about Medicare pays all claims because of trust.

A    Because?

Q    Because of trust.

A    Yeah, it's like a trust for -- yes.

Q    Isn't it true that Medicare rejects some claims?

A    Oh, yes.  We have edits that when you bill services that are not properly coded, they will get rejected.

Q    All right.  So if something isn't properly coded, Medicare will reject the claim, right?

A    When -- yes, certain claims that the system identifies that they were not properly coded, the system will reject that claim.

Q    And when you say the system, you are talking about computers that are specially programmed to identify those types of edits, right?

A    The medicare carrier system, which is the computer system which manage this type of RB claims --

         THE COURT:  Did you say carrier?

         THE WITNESS:  Yes, system.  It would process these type of claims, and if the code is not a code that it can be identified from our list of codes, the claim is going to be rejected.  If the code hits one of our system and it's regarding one of our local codes that I mentioned, it could be

1    denied.

2          So just not all claims get paid.

3    BY MR. KHOURI:

4    Q    And with respect to the 59 modifier -- first of all, what

5    is a modifier so the jury understands?

6    A    So a modifier, when you bill a claim, we have certain

7    edits in our system that tells you, if you bill this code with

8    this other code, the payment of this code is already included

9    on this other code, for example, you know.

10         But if you use a modifier, you can tell the system no, for

11   example 59 modifier, this is a separately identified service,

12   so usually not bundle these two codes in one single payment.

13   Usual pay each code individually because they are different

14   separate services.  It's not that I did these two things during

15   this procedure.  There's separately identifiable services.

16   Q    So essentially it asks Medicare to unbundle a bundled

17   code, right?

18   A    Correct.

19   Q    And a bundled code would be -- an example of a bundled

20   code would be a spinal injection with fluoroscopy or CT,

21   correct?

22   A    Spinal injection for fluoroscopy, the CPT only has codes

23   for the epidural transforaminal spinal injections.  It only has

24   the codes that are with the CT or fluoro-guided or with the

25   sono-guided of 0230T, the T code, and the category 3 code that

1    identify ultrasound.  If you do not have that imaging, you

2    should not bill that code.  You should bill unlisted.

3        So if you bill for fluoroscopy in addition to a code that

4    already includes fluoroscopy, we will only cover that

5    fluoroscopy if it's for something that is unrelated that is a

6    different procedure that -- well, I did fluoroscopy for the

7    epidural injection.  I did fluoroscopy for other different

8    procedure.  Maybe we will pay it with the proper modifiers.

9    Q    A bundled code combines more than one service in one code,

10   right?

11   A    Yes.

12   Q    All right.  Thank you very much, Doctor.  Nice meeting

13   you.

14        MR. KHOURI:  Thank you, Your Honor.

15        THE WITNESS:  Pleasure.

16        THE COURT:  Thank you.

17        Redirect.

18                     REDIRECT EXAMINATION

19   BY MS. WILLIS:

20   Q    Just starting off about this 59 modifier and bundling and

21   unbundling, to bill ultrasound while you were billing at the

22   same time as a code that requires fluoroscopy, like the spinal

23   injections, would Medicare pay for both things, like, normally

24   or might the system, the edit, reject it?

25   A    It would depend on the national coding guidelines.

1   There's the NCCI rules that they provide instructions of which

2   codes are bundled.  So it would depend on the codes.  You know,

3   so if a code that is fluoroscopy-guided and you're doing a

4   sono-guided code at the same time, it would bundle because you

5   should not be doing two images, but you can separate it, if

6   they are unrelated procedures with 59.

7   Q    So if a provider uses a 59 modifier with ultrasound and

8   also bills for a spinal injection that requires fluoroscopy,

9   what are they telling Medicare?

10  A    That the ultrasound was a separately identifier procedure

11  not related to the fluoroscopic procedure.

12  Q    We talked a bit about -- or on cross-examination you

13  talked a bit about edits and the system not paying certain

14  codes.

15       Do you recall that line of questioning?

16  A    Yes.

17  Q    And does the system catch everything with the edit?

18  A    No, no.  There are a lot of codes that basically they pay

19  with procedure codes versus diagnosis.  They pay --

20          (There was an interruption by the court reporter.)

21          THE WITNESS:  I am going to repeat myself, and I am

22  going to try to talk slowly.  Sorry about that.

23          So there are codes that -- I lost my line of thought.

24  Could you repeat the question, please?

25

```
 1    BY MS. WILLIS:

 2    Q    Okay.  Remember talking on cross-examination about certain

 3    edits that Medicare has in processing claims and how some

 4    claims are denied?

 5    A    Yes.

 6    Q    Does that catch all of the things that shouldn't be

 7    billed?

 8    A    No, no, no.  There are some -- NCCI rules that I spoke

 9    that those rules, you know, some limits that are in place on

10    the system, and there are the coverage, but not all codes have

11    limitations.

12    Q    And are those edits also based on the claims that are

13    reported to Medicare?

14    A    Repeat the question.

15    Q    Are the edits in the system, the things that recognize

16    anomalies, are those based on the information that a provider

17    gives to Medicare?

18    A    Yeah, yeah.  The provider bills using that procedure code,

19    diagnosis code.  It tells us the number of services that he

20    did.  He provides modifiers to identify if the service, let's

21    say, was right, left, bilateral, you know, if it was separately

22    identified services.  You provide all that information with

23    modifier use.

24         So, yes, when you see those numerical numbers of the CPT

25    versus the numerical numbers of the international coding
```

1   diagnosis, the ICD-10 codes, then you can say, oh, for this

2   procedure and this diagnosis, I did two services, and it was a

3   right and left, or I did one service that it was bilateral and

4   I bill with the 50, you know, two services that was up and down

5   or one service that was bilateral and I use a 50 modifier, that

6   tells me it was a bilateral service.

7        So it's a coding information that the electronic claim

8   reads and identify, oh, 50 modifier, this was bilateral, it was

9   a spinal transforaminal injection to a CT-guided or a

10  fluoroscopic-guided for the diagnosis of a spondyloarthritis,

11  you know, and then it goes and pays the service per the

12  instructions.

13  Q    Is there an edit to check whether a provider is giving

14  truthful information to Medicare?

15  A    No.

16  Q    Is there an edit to check what the documentation is

17  underlying the claims that the provider gave?

18  A    No.  We need to develop that claim to review the

19  documentation.

20  Q    Now, you also talked a little bit on cross-examination

21  regarding CPT codes.

22       Do you remember that?

23  A    Yes.

24  Q    And we looked at Government's Exhibit -- I believe we were

25  looking at 26.

1    A    Yes, that's correct.

2         MS. WILLIS:  And can you pull that up, Ms. Slater?

3    BY MS. WILLIS:

4    Q    Now, do you see in Government's 26 under, I guess, 64633,

5    is there a line that says source in that first block to the

6    right?

7    A    Both, yes.  CPT 2017, American Medical Association, all

8    rights reserved.  This was printed from the CPT.

9    Q    So what is the American Medical Association?

10   A    So the American Medical Association, as it states, is the

11   biggest physician association in the United States that has

12   developed this coding system and works closely with CMS in

13   developing a coding description.

14        So they have the rights over the CPT codes.  So they are

15   copyrights.  So they print the books, they get payment for

16   those books, and it goes to the American Medical Association.

17   Q    Are CPT codes what Medicare decides they should say or are

18   they developed by the American Medical Association?

19   A    CPT codes are developed by the American Medical

20   Association.

21   Q    Now, in your duties as a contractor medical director, do

22   you have to have a basic knowledge of the standard of medicine

23   to do things like write LCDs?

24   A    Yes.

25   Q    And again, what are LCDs?

```
1   A    Local coverage determinations.
2           MS. WILLIS:  Ms. Slater, can you show the witness --
3   this is not admitted yet -- Government's Exhibit 32E.
4   BY MS. WILLIS:
5   Q    Dr. Shaening, do you recognize what we are showing you in
6   32E?
7           MR. KHOURI:  Your Honor --
8           THE COURT:  Oh, do you not have it up?  Oh, you want
9   to -- oh, I see.
10          (The following was heard sidebar.)
11          THE COURT:  Mr. Khouri.
12          MR. KHOURI:  I don't think any local coverage
13  determination should be admitted into evidence because it's
14  going to lead the jury to believe that they have the force of
15  law.  They do not have the force of law.
16          THE COURT:  Hold on a second.  First of all, are you
17  going to seek to admit this?
18          MS. WILLIS:  Yes, Your Honor.
19          THE COURT:  And why do you think they will be asked --
20  why do you think -- I mean, I don't think the government is
21  going to argue that they have the force of law.  What's your
22  concern?
23          MR. KHOURI:  I believe it will give the jury the
24  impression that these opinions by government contractors have
25  the force of law on this issue.
```

1          THE COURT:  I don't think they will any more than the

2    CPT codes which have been developed and which Medicare uses.  I

3    don't think -- they are not being offered as statutes or law,

4    and they are not -- it says here contractor information, LCD

5    services that are not reasonable and necessary.  There's no

6    indication on the document that these are statutes or codes or

7    anything else.

8          MR. KHOURI:  Well, when she -- when you get to the

9    rest of it, I think there will be that.

10          THE COURT:  Well, I certainly will, if I hear a

11    question that indicates or implies or asks the jury to make an

12    inference of these or somehow codes are binding or locally

13    promulgated codes or laws, I would certainly stop that.  But as

14    of my view of the document, I don't see anything problematic,

15    so I am going to overrule the objection.

16          (The following was heard in open court.)

17          THE COURT:  The objection is overruled.

18    BY MS. WILLIS:

19    Q    Dr. Shaening, is Exhibit 32E an example of an LCD code

20    related to services that are not covered by Medicare?

21    A    Yes.

22    Q    And is it a fair and accurate depiction of LCD L35094?

23    A    Yes.  That describes the contractor's jurisdiction that is

24    applicable to that LCD.

25          THE COURT:  By jurisdiction, do you mean their area,

1    their locality?

2              THE WITNESS:  Yes.  Jurisdiction H and jurisdiction L.

3    This LCD applies to two jurisdictions.

4              MS. WILLIS:  At this time the government would move to

5    admit Government's Exhibit 32E.

6              THE COURT:  Any objection already not stated?

7              MR. KHOURI:  Only one, relevance.

8              THE COURT:  All right.  It will be admitted over

9    objection.

10             (Government's 32E received in evidence.)

11             MS. WILLIS:  Ms. Slater, could you publish

12   Government's Exhibit 32E.

13   BY MS. WILLIS:

14   Q    Now, are local coverage determinations available to

15   practitioners?

16   A    Yes.  They are readily available through our website and

17   also readily available through the Medicare data services.

18   There's a website on CMS where you can get all the LCDs for the

19   contract MCD.

20   Q    Now, on cross-examination, do you remember the discussion

21   regarding the long descriptions and the short descriptions of

22   the CPT codes?

23   A    Yes.

24             MS. WILLIS:  Ms. Slater, could you turn to page 6,

25   please.  And could you blow up the top of the bottom where it

1    says CPT HCPCS codes?

2    BY MS. WILLIS:

3    Q    Is there a note in discussing CPT and HCPCS codes?

4    A    Yes.

5    Q    What does the note say?

6    A    Providers are reminded to refer to the long descriptors of

7    the CPT codes in their CPT book.

8    Q    And does this LCD also provide a list of services that are

9    not covered?

10   A    Yes.

11        MS. WILLIS:  Thank you, Ms. Slater.

12   BY MS. WILLIS:

13   Q    Now, on cross-examination, you also talked about whether

14   Medicare determines how people practice medicine.

15        Is that fair, that discussion?

16   A    My statement was that we do not determine what -- how

17   physicians practice medicine.  We determine what services are

18   covered.

19   Q    And do you provide -- does Medicare provide information to

20   physicians about what they will pay for?

21   A    Yes.

22        MS. WILLIS:  May I have the Court's indulgence?

23        THE COURT:  Yes.

24        MS. WILLIS:  No further questions.  Thank you.

25        THE COURT:  All right.  Thank you, Doctor.  You are

1    free to leave.  Your testimony is complete.

2              Actually, can I ask you one quick question?

3              THE WITNESS:  Sure.

4              THE COURT:  It's a survey.

5              (The following was heard sidebar.)

6              THE COURT:  Hello, Doctor.  This has nothing to do

7    with your testimony.  I am doing an informal survey about my

8    COVID protocols.  There's Plexiglas.  Did the presence of the

9    Plexiglas make you feel any more comfortable about testifying,

10   or did it have no effect?

11             THE WITNESS:  For me, you know, it had no effect

12   because I am more than maybe -- I think it's a good measure

13   because I believe I am about six feet from the jury, from the

14   first juror, so if he was coughing or something, I would feel a

15   little safer.  But I think your COVID protocols are good, to be

16   sincere.

17             THE COURT:  Thank you.

18             (The following was heard in open court.)

19             MS. WILLIS:  The government calls James Gilchrist.

20             THE COURT:  All right.

21             THE COURTROOM DEPUTY:  Good afternoon, sir.  Please

22   raise your right hand.

23                          JAMES GILCHRIST

24   Having been first duly sworn on oath, was examined and

25   testified as follows:

 1              THE COURT:  Good afternoon.  Sir, if you would, when

 2     you are speaking, make sure you get good and close to the

 3     microphone so everyone can hear you.

 4              THE WITNESS:  I didn't hear that.

 5              THE COURT:  Oh.  Can you hear me now?

 6              THE WITNESS:  Yes.

 7              THE COURT:  Okay.  When you are speaking, just make

 8     sure you are close to the microphone like you are now.  Thank

 9     you.

10              THE WITNESS:  Okay.

11                        DIRECT EXAMINATION

12     BY MS. WILLIS:

13     Q    Good afternoon.

14     A    Good afternoon.

15     Q    Could you say and spell your name for the record.

16     A    James Gilchrist.

17     Q    And where are you from, Mr. Gilchrist?

18     A    Washington, D.C.

19     Q    Have you lived here your whole life?

20     A    I went to school in Arizona, and I was in the U.S. Air

21     Force for 3 years, 11 months, and 27 days.

22     Q    Thank you for your service.

23          Were you ever a patient of a Dr. Frederick Gooding?

24     A    Yes.

25     Q    How long were you a patient?

```
1    A    Approximately 20 years.

2    Q    And did you have friends and family that went to

3    Dr. Gooding as well?

4    A    Yes.

5    Q    Why did you first start seeing Dr. Gooding?

6    A    I had problems with my knees.

7    Q    Okay.  Any other problems that you first started seeing

8    him for?

9    A    The knees were the first problem I had.

10   Q    And at the time you started seeing Dr. Gooding, did you

11   have Medicare?

12   A    No.

13   Q    At some point, did you transition into being insured or

14   covered by the Medicare program?

15   A    Yes.

16   Q    Okay.  Do you know around when that was?

17   A    Well, I'm 74 now, so I think 65 was the age.  But I did

18   have to wait a little while because my wife was in federal

19   government.

20   Q    Were you covered by Medicare by the year 2016, based on

21   your recollection?

22   A    Yes.

23   Q    Now, when you saw Dr. Gooding, did you ever get shots in

24   your spine?

25   A    Not that I know of.
```

1    Q     Did you ever get shots in your back?

2    A     In my hip.

3    Q     Okay.  But can you show the jury, when you say your hip,

4    I'm sorry to ask you to do this, but can you stand up and point

5    to the area.

6    A     (Indicating), pretty right in here.

7              THE COURT:  Let the record reflect that the witness is

8    pointing to the top of his rear right leg area or posterior hip

9    area and towards his lower back.

10             MR. KHOURI:  The top of the belt line or the top of

11   his pants.

12             THE COURT:  Mr. Gilchrist, would you mind doing it one

13   more time and sort of holding the position for a moment.

14             Come on around, Mr. Khouri.

15             THE COURTROOM DEPUTY:  Be careful when you step down.

16             THE COURT:  Yes.  We don't want any accidents in the

17   courtroom.

18             Right there is good.  Just point to where you got the

19   injection.

20             THE WITNESS:  (Indicating), pretty much.

21             MR. KHOURI:  Where the belt is in the lower right-hand

22   side?

23             THE COURT:  Thank you.

24             While the jury can see, I will reflect that the jury's

25   observation will control, but the witness indicated the top of

1   the gluteal muscle, maybe lower back, lower back, top of the

2   hip region in the rear.

3          MS. WILLIS:  Your Honor, just so the record is clear,

4   can I ask the witness if he was thinking that was his lower

5   back or the top of his buttocks?

6          THE COURT:  Of course.

7   BY MS. WILLIS:

8   Q    Would that be your lower back or the top of your buttocks?

9          MR. KHOURI:  Objection, lack of foundation.  Could I

10  be heard, please?

11         THE COURT:  All right.

12         (The following was heard sidebar.)

13         THE COURT:  Mr. Khouri.

14         MR. KHOURI:  This witness is not qualified to talk

15  about from a doctor's perspective where the lower back

16  injections --

17         THE COURT:  I understand.  So does the jury.  He's

18  going to talk about what be believes that area to be.  The jury

19  can see.  Nobody is saying he's an expert.  And, Ms. Willis,

20  you can say, what part of your body do you believe that to be.

21         (The following was heard in open court.)

22         THE COURT:  The objection is overruled.

23  BY MS. WILLIS:

24  Q    Last question on this part.  What part of your body that

25  you pointed to do you believe that to be, the lower back or the

```
1   top of your buttocks?

2   A    Pretty much in between.

3   Q    Okay.  Now, did you ever have any nerve destruction

4   procedures at Dr. Gooding's office?

5           MR. KHOURI:  Objection, lack of foundation.

6           THE COURT:  Overruled.

7   BY MS. WILLIS:

8   Q    Did Dr. Gooding ever tell you that he was destroying any

9   nerves in your back?

10  A    Destroying my nerves?

11  Q    Yes.

12  A    No.

13  Q    Did he tell you what kind of shots you were getting in the

14  hip area?

15          MR. KHOURI:  Objection, misstates the testimony.

16          THE COURT:  Objection is sustained.

17  BY MS. WILLIS:

18  Q    Did you get shots in your hip area?

19  A    Yes.

20  Q    Did you get shots in any other area of your body?

21  A    My knees.

22  Q    Okay.  Other than your knees and your hips, did you get

23  shots in any other part of your body?

24  A    I had a tear in my rotator cuff.  I'm really not sure, but

25  I had, you know, quite a few -- quite a bit done with that.
```

1   Q     Okay.  With your rotator cuff?

2   A     Right.

3   Q     And is that in the upper part of your body?

4   A     Yes.  In my shoulder.

5   Q     So just focusing on the hips, did Dr. Gooding ever tell

6   you what injection you got in your hip?

7   A     The only one that I really know about is the B12 injection

8   and, you know, the other just medicine in it.

9   Q     Okay.  And at the time that you got the injection in your

10  hip, was there any kind of machine used at the same time the

11  needle was in your body?

12  A     Was there a machine used?

13  Q     At the same time when the needle was in there, was there a

14  machine being used?

15  A     I don't recall that, no.

16        MS. WILLIS:  No further questions.

17        THE COURT:  All right.  Thank you.

18        Mr. Khouri.

19                    CROSS EXAMINATION

20  BY MR. KHOURI:

21  Q     Good afternoon, Mr. Gilchrist.

22  A     Good afternoon.

23  Q     I'm Mike Khouri, and I am one of Dr. Gooding's lawyers.

24  It's nice to meet you again, sir.

25  A     Nice to meet you.

```
 1   Q    Now, you were a patient of Dr. Gooding's for 20 years,

 2   right?

 3   A    Yes.

 4   Q    That's a long time.  I imagine you kept seeing him because

 5   you believed that he was helping you with your pain, right?

 6   A    Helped me tremendously.

 7   Q    Okay.  How often per month did you go see Dr. Gooding over

 8   these 20 years?

 9           THE COURT:  You have to speak up, Mr. Khouri.

10           THE WITNESS:  Yes, please.

11   BY MR. KHOURI:

12   Q    How often did you see him over these 20 years, once a

13   month, once a quarter?

14   A    Pretty much every quarter unless I had a problem.

15   Q    And he helped you so much that you referred family and

16   friends to him who were undergoing, experiencing, pain, right?

17   A    Yes.

18   Q    Okay.  Now --

19           MR. KHOURI:  Your Honor, may I have a moment?

20           THE COURT:  Yes.

21           MR. KHOURI:  Thank you.

22   BY MR. KHOURI:

23   Q    I imagine that your recollection as to events that

24   occurred in 2015 and '18 is probably a tad fuzzy.

25   A    '15 and '18?
```

```
1   Q    Yes.

2   A    I think I might remember quite a bit about it.

3   Q    Do you remember going to see Dr. Gooding in February of

4   2016 and 2018?

5   A    Yes.

6   Q    So when you went to see him on those days, prior to the

7   time that you received an injection, did he have something that

8   looked like a wand in his hand that he applied to the area that

9   was injected with an image that went up on a screen?  Do you

10  remember that?

11  A    Yes.  He would look at areas with -- I think he applied

12  some sort of substance and then rolled it across it.

13  Q    Okay.  Was it a gel-like substance that was applied?

14  A    Yes.  I don't know exactly, you know, what dates.

15  Q    Have you ever had an ultrasound?

16  A    Yes.

17  Q    Okay.  On different parts of your body?

18  A    Yes.

19  Q    Okay.  And was what Dr. Gooding did on those two days

20  similar to the ultrasounds that you had received on other parts

21  of your body?

22  A    On those two days?

23  Q    Yes.

24  A    I can't remember the days, but he has done those.

25  Q    Okay.  So wand, gel, and picture up on a screen, right?
```

```
1    A    Yes.

2    Q    Okay.  Now, when he gave you those injections, and I am

3    going to say in the area of your belt, why did you want to get

4    these injections?  Were you in pain?

5    A    Yes.

6    Q    And where was the pain, sir?

7    A    In my hip.

8    Q    And you are referring to the belt area?

9    A    Yes.

10   Q    Okay.

11   A    Well, yeah.

12   Q    And did the injections help?

13   A    Yes.

14   Q    Okay.  How long did it alleviate the pain?

15   A    I'm not sure.

16   Q    Okay.

17   A    Probably several months.

18   Q    Did Dr. Gooding explain to you that area of the body was

19   considered the lower spine?  Do you remember that?

20        MS. WILLIS:  Objection.

21        THE COURT:  Mr. Khouri, if you are going to -- you

22   have to ask a question, and then we will see if you have laid a

23   foundation.

24        MR. KHOURI:  Okay.

25
```

1    BY MR. KHOURI:

2    Q    Do you recall that after the needle went in, punctured

3    your skin, could you feel the medication going in?

4    A    No.

5    Q    Okay.  Could you feel that the needle was being redirected

6    in different directions after the skin was punctured?

7    A    No, I can't recall that.

8    Q    You just can't recall?  Okay.

9    A    Most of the time it would kill the pain, so, you know, I

10   could just feel something, but I wouldn't, you know, have the

11   pain.

12   Q    You wouldn't -- when the needle went under the skin, the

13   pain went away and the feeling went away, right?

14   A    In time.

15   Q    Okay.  Great.  Thank you, sir.

16          MR. KHOURI:  Thank you, Your Honor.

17          THE COURT:  All right.  Any redirect?

18          MS. WILLIS:  Yes, Your Honor.

19                      REDIRECT EXAMINATION

20   BY MS. WILLIS:

21   Q    Mr. Gilchrist, on cross-examination, do you remember just

22   now defense counsel asking you if you remember two particular

23   dates, if you remember particular dates in 2016?  Do you

24   remember that?

25   A    Not particular dates.  I just, you know, remember those

1    years that I was being treated.

2    Q    Okay.  So it's fair to say that you don't remember

3    anything about particular visits, is that correct?

4    A    I really can't remember.  I had quite a few problems, a

5    tear in my rotator cuff, tennis elbow, you know, just several

6    things that I knew I could get relief by visiting Dr. Gooding.

7    Q    Okay.

8    A    But as far as specific dates, I have had too many

9    birthdays to remember that.

10   Q    Okay.  So just so the record is clear, are you saying you

11   don't actually remember specific visits from 2016 to 2018?

12   A    Yes.  I remember, you know, going to the office and

13   receiving treatment, but, you know, not on a specific date.

14   Q    Okay.

15        MS. WILLIS:  May I have the Court's indulgence?

16   BY MS. WILLIS:

17   Q    Last question.  Out of all of the issues that you

18   mentioned, the tennis elbow, the knees, the hips, did you ever

19   have an issue with your lower back?

20   A    Yes.  I have three bulging discs in my lower back.

21   Q    And did you get a spinal injection from Dr. Gooding at any

22   point for that?

23   A    No.

24        MS. WILLIS:  No further questions.

25        THE COURT:  All right.  Actually, I have one question

1   for you not related to your testimony.

2           (The following was heard sidebar.)

3           THE COURT:  Mr. Gilchrist, I'm just taking a little

4   survey regarding my COVID protocols.  You will see I have

5   Plexiglas in front and to the side of you.  The presence of the

6   Plexiglas, did it help you feel comfortable in testifying or

7   did it have no effect?

8           THE WITNESS:  No effect.  I just have a little

9   difficulty hearing.

10          THE COURT:  All right.  Thank you.

11          (The following was heard in open court.)

12          THE COURT:  Thank you, Mr. Gilchrist.  You are free to

13  go.

14          We are going to stop because I said at 4:00, two

15  minutes before 4:00.

16          Madam Court Reporter, are you okay to go until then?

17          Members of the jury, does anyone need a break, or can

18  we go until just before 4:00?

19          If this changes, raise your hand and let me know.

20          THE COURTROOM DEPUTY:  That was your chance.  You

21  should have taken it.

22          THE COURT:  We are trying to get through the evidence.

23          Ms. Simon.

24          MS. SIMON:  Ready to call the next witness?

25          THE COURT:  Yes, please.

1          MS. SIMON:  Government calls Ms. Alice Mierzwa.

2          THE COURTROOM DEPUTY:  Good afternoon, ma'am.  Please

3    raise your right hand.

4                          ALICE MIERZWA

5    Having been first duly sworn on oath, was examined and

6    testified as follows:

7          THE COURT:  Good afternoon, ma'am.

8          THE WITNESS:  Hello.

9          THE COURT:  I am going to ask you to do two things.

10   One is, when you are speaking, to pull the microphone nice and

11   close to you so everyone can hear you.  And the other one is,

12   while you are speaking into the microphone, if you feel

13   comfortable doing so, you can take your mask down so the jury

14   can see your face and the court reporter can hear you, if you

15   feel comfortable.

16         You may proceed, Ms. Simon.

17         MS. SIMON:  Thank you, Your Honor.

18                       DIRECT EXAMINATION

19   BY MS. SIMON:

20   Q    Good afternoon, Ms. Mierzwa.  Could you state and spell

21   your name.

22   A    Alice Mierzwa, A-L-I-C-E M-I-E-R-Z-W-A.

23   Q    Ms. Mierzwa, where do you work?

24   A    Navitus Solutions.

25   Q    What is Navitus Solutions?

```
1   A     It's a Medicare contractor.

2   Q     How long have you worked at Navitus?

3   A     Since 2012.

4   Q     What is your role at Navitus currently?

5   A     I am a clinical training specialist.

6   Q     What was the role that you held prior to that?

7   A     Clinical review nurse.

8   Q     How long did you have the role of clinical review nurse?

9   A     Three years.

10  Q     And are you a nurse?

11  A     Yes.

12  Q     You have medical training?

13  A     Yes.

14  Q     Did you ever work as a nurse treating patients?

15  A     Yes.

16  Q     And was that before you started working at Navitus?

17  A     Yes.

18  Q     Can you describe some of the things you did in your role

19  as a clinical review nurse?

20  A     Review medical records submitted by providers to evaluate

21  whether the medical necessity was met by the documentation.

22  Q     Did you conduct what were called clinical reviews?

23  A     Yes.

24  Q     And just generally, what did that process entail, a

25  clinical review?
```

```
 1   A     Prior to me or starting with me?

 2   Q     When you were a clinical review nurse and you conducted a

 3   clinical review process, what did you do?

 4   A     What I did was review the records that were submitted by

 5   the providers.  On occasion I would contact the provider with

 6   their contact person to request additional documentation to

 7   support the codes that were billed.  I evaluated the medical

 8   records, made a clinical decision based on the submitted

 9   medical records, provided education both over the phone and

10   through a letter to the provider contact that was designated.

11   Q     And when you say provided a determination, a determination

12   of what?

13   A     Whether a claim should be allowed, denied, reduced, or

14   upcoded, which would mean a higher level.

15   Q     And just to help us with that terminology, when you say

16   allowed, does that mean paid?

17   A     Yes.

18   Q     And I think you said denied, which would be not paid,

19   right?

20   A     Yes.

21   Q     And I'm sorry, you said upcoded?

22   A     Upcoded would mean that the provider would get more

23   money -- that the code met a higher level and could get paid

24   more money.

25   Q     And how were providers selected for a clinical review?
```

1    A    Data analysis was from performed by the informatics

2    department, and based on the results of the data analysis,

3    providers were selected for review.

4    Q    And what type of indicator was the data analysis looking

5    for?

6    A    There's a variety of analytical programs that they run,

7    but typically they are looking for outliers or providers whose

8    billing is different than their peers, exceeding their peers.

9    Q    Okay.  Is it fair to say that the purpose of the clinical

10   review is to determine whether the claims should be paid or not

11   or how much should be paid?

12   A    Yes.

13   Q    Are you familiar with Dr. Frederick Gooding?

14   A    Yes.

15   Q    How are you familiar with him?

16   A    I performed a medical review for Dr. Gooding.

17   Q    You performed a medical review, when you say for

18   Dr. Gooding, do you mean of --

19   A    On Dr. Gooding's claims, yes.

20   Q    And when was that?

21   A    2017.

22   Q    Why was Dr. Gooding selected for the clinical review you

23   performed?

24   A    For the codes.  He exceeded his peers by a statistically

25   significant amount.

```
1    Q     Did those codes relate to certain spinal injections?

2    A     Yes.

3    Q     Did the codes relate to fluoroscopy- or CT-guided spinal

4    injections?

5    A     Yes.

6    Q     Talking now about that review that you performed on

7    Dr. Gooding's claims in 2017 for the CT- or fluoroscopy-guided

8    spinal injections, what information did you start with for the

9    clinical review?

10   A     The CPT code book to look at the definitions of the codes

11   that were part of the review.

12   Q     Any other information that you needed to conduct the

13   clinical review?

14   A     I did also submit a request to the contractor medical

15   director to get some additional -- have another look at a

16   couple of the claims.

17   Q     Okay.  We will come back to that.  Did you receive

18   information from Dr. Gooding --

19   A     Yes.

20   Q     -- in order to conduct the review?

21   A     Medical records were received.

22   Q     And did you review the medical records that you received?

23   A     Yes.

24   Q     Are Medicare providers required to keep documentation

25   supporting the procedures that they perform?
```

1  A    Yes.

2  Q    And then with the CPT codes that you said you got and the

3  medical records that you received from Dr. Gooding, what did

4  you do then?

5  A    I reviewed the medical records.  I contacted the provider

6  contact that was designated requesting if they had any

7  additional records that could support the medical necessity.

8  Q    And why did you do that?

9  A    Because the documentation that was submitted was

10 insufficient and did not support the medical necessity.

11 Q    Where did you find the information about the CPT code

12 requirements when you were conducting this review?

13 A    There's a current procedural terminology manual, so the

14 2017 version.

15 Q    Okay.

16        MS. SIMON:  Ms. Slater, could we pull up, please,

17 Exhibit 28.

18        Your Honor, I believe this is already in evidence.

19        THE COURT:  Yes, it is.

20        MS. SIMON:  Could we also publish that to the jury,

21 Mr. Bradley?

22        Thank you.

23 BY MS. SIMON:

24 Q    And you, Ms. Mierzwa, said that you used the version of

25 the CPT code book in 2017, is that right?

1   A      Yes.

2   Q      Okay.  So you said before that some of the codes that you

3   reviewed as part of this clinical review of Dr. Gooding in 2017

4   related to CT- or fluoroscopy-guided spinal injections?

5   A      Yes.

6          MS. SIMON:  Ms. Slater, could we make bigger just the

7   2017 portion of this, please.

8   BY MS. SIMON:

9   Q      Ms. Mierzwa, is this one of the codes that you reviewed as

10  part of that clinical review?

11  A      Yes.

12  Q      CPT code 64635?

13  A      Yes.

14  Q      Okay.  And what procedure does this CPT code describe?

15  A      Destruction by neurolytic agent paravertebral facet joint

16  nerve with imaging guidance, fluoroscopy or CT, lumbar or

17  sacral, single facet joint .

18  Q      After you received the documentation and any additional

19  documentation from Dr. Gooding's office, did you compare all

20  that documentation to the requirements in this code?

21  A      Yes.

22  Q      And did the defendant's documentation satisfy the

23  requirements for this code?

24  A      No.

25  Q      Why not?

1  A     There was no indication that fluoroscopy or CT was

2  utilized for any of the -- any of the medical records that I

3  reviewed.

4  Q     And you mentioned before that the purpose or one of the

5  purposes of clinical review is to determine whether the claim

6  should be paid or denied.  After your review of the defendant's

7  64635 claims, were they paid or denied?

8  A     Denied.

9          MS. SIMON:  Thank you, Ms. Slater.

10         Ms. Slater, could we also please pull up Exhibit 29.

11         I believe this is also in evidence, Your Honor.

12         THE COURT:  Yes.

13         MS. SIMON:  Could we do the same thing focusing in,

14  please, on 2017.

15  BY MS. SIMON:

16  Q     Ms. Mierzwa, is this another one of the CPT codes that you

17  reviewed as part of the clinical review of Dr. Gooding in 2017?

18  A     Yes.

19  Q     And that's CPT code 64636?

20  A     Yes.

21  Q     And what does this code describe?

22  A     It's the same, but this is if there was an additional

23  level, an additional facet joint.

24  Q     After you reviewed all of the documentation submitted by

25  Dr. Gooding's office and compared it to this CPT code, did the

1    documentation satisfy the requirements of this CPT code?

2    A    No.

3    Q    And why not?

4    A    For a majority of the claims, there were not -- there was

5    not a second level even treated, and there was no indication

6    that CT or fluoroscopy was used during the procedure.

7    Q    So what was the determination regarding whether those

8    claims should be paid or denied?

9    A    Denied.

10          MR. KHOURI:  Your Honor, may I make an objection?

11          (The following was heard sidebar.)

12          MR. KHOURI:  I thought the point of this witness was

13   to lay the foundation for the letter of Dr. Gooding.

14          THE COURT:  Wait, wait, wait, wait.  I want to stop

15   you there.

16          Ms. Simon?

17          MS. SIMON:  I am not sure what that's based on.  We

18   noticed her and explained what her testimony would be.  It was

19   not simply limited to the letter.

20          THE COURT:  I mean, it's not a civil trial in any

21   event, and I assume -- how are you prejudiced?  What is your

22   objection?  Are you saying that the witness isn't -- this is

23   not relevant?

24          MR. KHOURI:  All this testimony about what happened

25   during the audit and the documentation and claims being denied

```
 1   is irrelevant.

 2            MS. SIMON:  May I speak, Your Honor?

 3            THE COURT:  Yes.

 4            MS. SIMON:  It goes to certainly his knowledge

 5   specifically of these codes and the requirements of fluoroscopy

 6   and CT.  This is a clinical review that she, herself,

 7   performed, and she's speaking about what she did during that

 8   clinical review.

 9            THE COURT:  I think it's relevant, Mr. Khouri.  I

10   don't understand your argument as to why it is not.  It's

11   directly related.

12            MR. KHOURI:  It's outside of what's charged in the

13   indictment.

14            MS. SIMON:  It's the same codes, Your Honor, same time

15   period.

16            THE COURT:  The objection is overruled.  I think it's

17   relevant, and I think -- the subject matter of the testimony is

18   within the relevant time period, so I am going to overrule the

19   objection.

20            (The following was heard in open court.)

21            THE COURT:  We are going to take a brief break.  Thank

22   you.

23            THE COURTROOM DEPUTY:  Please close your notebooks.

24            THE COURT:  Ms. Mierzwa, we are going to take a

25   five-minute break, seven minutes maybe is more reasonable,
```

1    probably end up being ten.  You can be excused during that time

2    or you can remain seated, whatever you prefer.  You are still

3    under oath.

4              (The jury exited the courtroom at 3:31 p.m. and a

5    recess was taken.)

6              THE COURT:  Ms. Simon.

7              MS. SIMON:  Thank you, Your Honor.

8    BY MS. SIMON:

9    Q    At the beginning of your testimony when you mentioned you

10   were conducting the clinical review of the claims that

11   Dr. Gooding submitted, you sent some of the claims to another

12   individual to review as well, is that correct?

13   A    Yes.

14   Q    Who was that person?

15   A    A contractor medical director in the company, a physician.

16   Q    A physician.  And why did you send those claims to that

17   person?

18   A    We did not have an LCD or local coverage determination for

19   the codes.  So sometimes when that was the case, although we

20   had guidance from the description of the CPT code in the

21   manual, we might send it to a physician for some additional

22   guidance.

23   Q    And you mentioned before the two codes that we looked at,

24   64635 and 64636, that those claims were denied?

25   A    Yes.

```
 1   Q    Was the defendant informed -- excuse me.  Was Dr. Gooding
 2   informed of the outcome, that those claims were denied?
 3   A    Yes.
 4   Q    How was he informed of that?
 5   A    There was a letter that had the review results.  Also
 6   attached to the letter was what's called a beneficiary review
 7   summary, and it's a -- it's each claim decision for every code
 8   for all the claims that were part of the review.  In addition,
 9   there was verbal education over the telephone with the
10   designated contact person for the practice.
11   Q    Okay.
12        MS. SIMON:  Ms. Slater, could we please show the
13   witness Exhibit 5, that's been marked for identification as
14   Government's Exhibit 5.
15        Ms. Slater, could you scroll through, I think, the
16   first -- let's take a look at the first six pages.
17   BY MS. SIMON:
18   Q    Ms. Mierzwa, do you see this letter?
19   A    Yes.
20   Q    Is this the letter that you wrote to the defendant after
21   the clinical review?
22   A    Yes.
23   Q    And does this letter include the results of that review?
24   A    Yes.
25   Q    And was this letter mailed to Dr. Gooding?
```

```
 1   A     Yes.

 2           MS. SIMON:  At this time we would move to admit

 3   Government's Exhibit 5 into evidence.

 4           THE COURT:  Any objection?

 5           MR. KHOURI:  Yes.

 6           (The following was heard sidebar.)

 7           MR. KHOURI:  Nothing other than our prior objection,

 8   submit.

 9           THE COURT:  The objection is overruled.

10           (The following was heard in open court.)

11           THE COURT:  I will enter it over objection.

12           (Government's 5 received in evidence.)

13           MS. SIMON:  May we go to the second page of this

14   document?

15           THE COURT:  Does the jury have it?

16           THE COURTROOM DEPUTY:  They should.

17   BY MS. SIMON:

18   Q     Can you see it as well, Ms. Mierzwa?

19   A     Yes.

20   Q     What is the date on the letter?

21   A     April 24, 2017.

22   Q     And does the letter state why Dr. Gooding was selected for

23   the clinical review?

24   A     Yes.

25   Q     What is the stated reason?
```

```
1    A    Unusual reporting frequency for the codes.

2    Q    And does it list code 64635 and 64636?

3    A    Yes.

4    Q    And those were the fluoroscopy- or CT-guided spinal

5    injection codes we just looked at a few moments ago?

6    A    Yes.

7    Q    Do you see the section at the bottom of the page that says

8    medical review findings?

9    A    Yes.

10   Q    And below that, it says CPT 64635?

11   A    Yes.

12   Q    Going to the top of the next page, Ms. Slater, does this

13   section still relate to CPT code 64635, Ms. Mierzwa?

14   A    Yes.

15   Q    And does this section set out why -- the basis for why the

16   claims were denied in your clinical review?

17   A    Yes.

18   Q    What were those reasons?

19   A    The procedures were performed without fluoroscopy or

20   computerized tomography guidance.

21   Q    Ms. Mierzwa, does computerized tomography guidance, does

22   that also mean CT guidance?

23   A    CT, yes.

24   Q    Thank you.  Are there other reasons stated?

25   A    Yes.  They did not support the billed services to be
```

1    medically reasonable and necessary.  For some of the services,

2    documentation did not support that the patient received prior

3    conservative treatment.  There was also no documentation that

4    previous medium branch blocks were performed showing at least

5    50 percent improvement of the patient's symptoms.

6    Q    Thank you, Ms. Mierzwa.  Taking a look at the next section

7    with the header CPT 64636, is this another one of the CT- or

8    fluoroscopy-guided spinal injections we discussed?

9    A    Yes.

10   Q    And does the letter set out the determination for whether

11   these codes were denied or approved?

12   A    Yes.

13   Q    And does it state that they are denied?

14   A    Yes.

15   Q    Does it include the reasons why these claims were denied?

16   A    Yes.

17   Q    What were those reasons?

18   A    Well, 20 of the services were denied because it did not

19   support that an additional level was treated and that's what

20   this code is defined as.

21        Also, a couple of services were denied because the

22   documentation didn't support the billed date of service.  And

23   some of them were denied for the same reasons that I had stated

24   for the other code.  If you want me to repeat them, I can.

25             THE COURT:  Again, get a little closer to the

 1  microphone if you don't mind.

 2          THE WITNESS:  Okay.

 3          THE COURT:  Thank you.

 4          MS. SIMON:  Ms. Slater, could we please go to page 4

 5  of this document, the next page.

 6  BY MS. SIMON:

 7  Q    Ms. Mierzwa, do you see at the top where it says

 8  education?

 9  A    Yes.

10  Q    What is this part of the letter?

11  A    This includes information on the, you know, what the

12  guidelines are for the codes.

13  Q    What the guidelines are for the codes.  You mean what's

14  required for --

15  A    Yes, information on facet joint injections, indications,

16  procedural requirements, some documentation requirements.

17  Q    In the general procedure requirements, does it state that

18  for the facet joint injections, they must be performed under

19  the fluoroscopic or CT guidance?

20  A    Yes, must be performed.

21  Q    And where did these requirements come from?

22  A    Some --

23  Q    When you put together -- maybe let me ask it a different

24  way.

25          When you put together this letter that you sent, do you

1    remember where these procedure requirements were pulled from?

2    A    This was from some of the information that the CMD had

3    provided.

4    Q    Okay.  Just one last question.  If Medicare knew that

5    Dr. Gooding wasn't using a fluoroscopy machine or a CT machine,

6    would it approve any claims for 64635 or 64636?

7    A    No.

8    Q    Thank you, Ms. Mierzwa.

9            THE COURT:  Thank you.

10           Mr. Khouri, how long do you think?

11           MR. KHOURI:  More than six minutes.

12           THE COURT:  All right.  Then we will break, which

13   means you have to come back tomorrow morning, I'm afraid.

14           So let us break now and we will start tomorrow

15   morning -- okay.  Tomorrow we can start at 9:30.  I don't have

16   a morning matter.  We will break at 12:30.  And we can go until

17   5:00 tomorrow.

18           And, ladies and gentlemen, I see you all have been

19   paying close attention.  I appreciate it.  Today everything

20   went well technologically, so thank you very much for your

21   attention so far.  Hopefully we can get a lot done tomorrow and

22   be even closer to completion of the evidence.

23           So you are excused, and you can come back at -- I will

24   see you tomorrow at 9:30 in the morning.  Again, don't discuss

25   the case or anything you have heard.

1          THE COURTROOM DEPUTY:  Please close your notebooks up

2     and leave them on your chairs.

3          THE COURT:  Just one moment, Ms. Mierzwa.

4          Give yourself a couple of minutes tomorrow.  It might

5     be busy if you are coming through Third Street.

6          (The jury exited the courtroom at 3:56 p.m.)

7          THE COURT:  All right.  I will just do this now.  This

8     doesn't have to be on the record.

9          (Discussion off the record.)

10         THE COURT:  Tomorrow morning you need to be here at

11    shortly before 9:30 or by 9:30 to resume your testimony.  You

12    are still under oath.  And I am going to ask you that while you

13    are still under oath and still on the stand, that you not

14    discuss the subject matter of your testimony with anyone.

15    Thank you.

16         Yes, Ms. Willis.

17         You can step down now.

18         MS. WILLIS:  May I?

19         THE COURT:  Yes.

20         MS. WILLIS:  Your Honor, the government will have a

21    couple of preliminary matters in the morning for the Court

22    so...

23         THE COURT:  Okay.  Ms. Mierzwa, let's change that.

24         What time do you need her here?  Still 9:30?

25         MS. WILLIS:  Yes, still 9:30.  I was just flagging for

1   the Court --

2           THE COURT:  All right.  Thank you.

3           Have a good evening.

4           Mr. Khouri, you had some questions about witness prep,

5   I mean when to have your witnesses here.

6           MR. KHOURI:  I am thinking that we may be done with

7   the government's case tomorrow.

8           THE COURT:  Wow.  Do you think so?

9           MS. WILLIS:  I think it's possible, yes.

10          THE COURT:  Oh, my.

11          MR. KHOURI:  If not, early Monday morning.  So my

12  plan, with the Court's approval, is to open Monday morning and

13  start putting on my case.

14          THE COURT:  Yes.  But you also need to be prepared

15  that if the government rests and we have a couple hours

16  tomorrow, I don't want to waste that.  So you need to be

17  prepared to open at a minimum.  Do you have any witnesses who

18  are in town?

19          MR. KHOURI:  Yes.  I am going to make sure my

20  investigator -- I have two witnesses, and I am going to make

21  sure that my investigator has one here, and the other is

22  already here.

23          THE COURT:  Yes.  I don't want to lose any time.  So

24  if there's -- you know, if we finish early, I'm not saying we

25  will and we probably won't because I have said it now, in the

```
 1   event that we finish early, I would like to start the defense
 2   case.
 3           MR. KHOURI:  And I will have a motion, of course.
 4           THE COURT:  Yes.
 5           You said preliminary issues.  Are you going to --
 6           MS. WILLIS:  Your Honor, I anticipate that the
 7   government in the morning, after looking at the transcript,
 8   will argue that the defendant opened the door to the 404(b)
 9   when he --
10           THE COURT:  I have been thinking about that.  You need
11   to be prepared to address that.  And I will be looking at it
12   again this evening.  You mean the Delaware?
13           MS. WILLIS:  The Delaware, yes.
14           MR. KHOURI:  I can give you my preliminary thoughts.
15           THE COURT:  Let me look at it again.  Tell me why you
16   don't think --
17           Mr. Cooke, you do you need to go?
18           MR. COOKE:  Yes, Your Honor, but --
19           THE COURT:  If Mr. Gooding doesn't mind you going and
20   Mr. Khouri giving me his thoughts, or I can do it in the
21   morning.
22           MR. COOKE:  No.  I think efficiency is more important
23   than me being here because I do have to run.
24           THE COURT:  Okay.
25           MR. COOKE:  Your Honor, are you warning us about
```

 1    something tomorrow?  You keep talking about tomorrow.

 2              THE COURT:  No.  I don't know what's going.  I know

 3    every Friday there's a little scrum.  The grand juries meet on

 4    Friday.  On Friday there's always something.  And we have

 5    three, possibly four trials going on -- no, four trials going

 6    on.

 7              Give me your preliminary thoughts.

 8              MR. KHOURI:  It's not so much that we haven't opened

 9    the door, but that, as I read this order, on page 16, item 2,

10    the order just is that he not perform -- I think I have the

11    wrong one -- not perform cervical injections without

12    fluoroscopy.  That's the way I read --

13              THE COURT:  I don't have it in front of me.  I will

14    take a look at it.  Here are my preliminary thoughts.  My

15    preliminary thoughts are that you have, through

16    cross-examination, and granted I haven't heard your opening,

17    through cross-examination, raised the inference that ultrasound

18    was, if not just as good as fluoroscopic imagery, in some ways

19    an alternative.  And if that is the inference you want to

20    raise, then certainly Mr. Gooding's awareness of whether that

21    is true becomes an issue.  And the fact that he was -- I can't

22    remember if he was reprimanded or struck off, or whatever it

23    was from the Delaware medical licensing board for doing just

24    that is relevant to that issue.  So I believe it opens the

25    door.

 1          Again, I will take a look at the case law, I will take

 2     a look at the government's motion, and I will hear you in your

 3     opening.  And, Ms. Willis, would it be your intention to put

 4     that evidence on in rebuttal, because that would seem to be the

 5     time?

 6          MS. WILLIS:  I think the government would introduce

 7     the evidence at the end of its case in chief.  We don't know if

 8     they are going to put on a case.  They have already raised the

 9     inference, and they have indicated based on the

10     cross-examination from the government's perspective, that if

11     there was any indication that you couldn't use ultrasound or

12     fluoroscopy wasn't, you know, necessary, that a medical board

13     would have done something.  The defense counsel went far into

14     you are not the medical board, you are Medicare.

15          THE COURT:  That's when I started thinking about this.

16          MS. WILLIS:  And so I don't think it's just, you know,

17     the alternative of ultrasound versus fluoroscopy.  I think that

18     line of questioning kind of got us in the realm of what the

19     medical board has said to the defendant.

20          THE COURT:  All right.  I am going to review the

21     pleadings, review the proffered evidence, and review my notes.

22     And I will tell you that I am inclined to allow it.  I don't

23     know yet because I think there has been an inference raised.

24     Whether it will be allowed to come in in the government's case

25     in chief or as rebuttal, I don't know, because that's putting

1   the cart before the horse.  But I do believe that the door has

2   been opened, so I will address it further in the morning.

3          MR. KHOURI:  And I agree.  It's just to what extent

4   does the order apply?

5          I think if the Court rules that it comes in, maybe

6   counsel and I can stipulate to a watered down --

7          THE COURT:  I'm sure you want to watered down version.

8   I suggest you start discussing that in the eventuality that it

9   becomes necessary.

10         MR. KHOURI:  Okay.  And one final kind of planning

11  thing.  I have talked to Dr. Gooding about it.  And Mr. Cooke,

12  when the jury goes out, it's my intent to fly back home to take

13  care of things, and Mr. Cooke will be here to answer questions

14  from the Court and be here when the verdict comes.

15         THE COURT:  Sure.  And if you want me to instruct the

16  jury that lawyers sometimes have other things to do and they

17  shouldn't read anything into the fact that one or the other

18  isn't here, I can tell them that too.

19         MR. KHOURI:  And one of the reasons is when the case

20  got moved up, it compressed my schedule.  I was happy to

21  rearrange things for the Court and did, but --

22         THE COURT:  Thank you.  I appreciate everyone's

23  willingness to get ready for this.  It's highly unusual that we

24  are actually doing better than our estimate.  I hope we can

25  continue on in that way.  But I appreciate everyone's efforts

1   to move this along.

2          So, yes, if I can be of assistance, I will certainly

3   let the jury know that they should not read anything into the

4   fact that one or another lawyer for either side is or isn't

5   here.

6          All right.  Thank you all.  See you at 9:30 tomorrow

7   morning.

8          (The trial adjourned at 4:05 p.m.)

9                            - - -

10                   C E R T I F I C A T E

11

12          I hereby certify that the foregoing is an

13   accurate transcription of the proceedings in the

14   above-entitled matter.

15

16

17   9/8/22              s/ Tammy Nestor
                         Tammy Nestor, RMR, CRR
18                       Official Court Reporter
                         333 Constitution Avenue NW
19                       Washington, D.C. 20001
                         tammy_nestor@dcd.uscourts
20

21

22

23

24

25

**BY MR. KHOURI:** [1] 578/15
**BY MS. WILLIS:** [1] 604/2
**MR. COOKE:** [3] 637/18
637/22 637/25
**MR. KHOURI:** [41] 570/3
574/10 574/12 576/21 577/7
583/2 583/6 588/10 588/13
596/14 601/7 601/12 601/23
602/8 603/7 608/10 608/21
609/9 609/14 610/5 610/15
612/19 612/21 614/24
615/16 626/10 626/12
626/24 627/12 630/5 630/7
634/11 636/6 636/11 636/19
637/3 637/14 638/8 640/3
640/10 640/19
**MS. SIMON:** [17] 617/24
618/1 618/17 623/16 623/20
624/6 625/9 625/13 626/17
627/2 627/4 627/14 628/7
629/12 630/2 630/13 633/4
**MS. WILLIS:** [28] 569/7
573/21 574/7 593/24 600/2
601/2 601/18 603/4 603/11
603/24 604/11 604/22
604/24 605/19 609/3 611/16
614/20 615/18 616/15
616/24 635/18 635/20
635/25 636/9 637/6 637/13
639/6 639/16
**THE COURT:** [106] 569/2
569/8 569/25 570/4 573/18
573/20 574/2 574/9 574/11
574/22 574/24 576/19
576/23 583/4 587/16 588/12
588/16 589/17 589/24 590/1
593/25 594/20 596/16 601/8
601/11 601/16 601/19 602/1
602/10 602/17 602/25 603/6
603/8 604/23 604/25 605/4
605/6 605/17 605/20 606/1
606/5 606/7 608/7 608/12
608/16 608/23 609/6 609/11
609/13 609/17 609/22 610/6
610/16 611/17 612/9 612/20
614/21 615/17 616/25 617/3
617/10 617/12 617/22
617/25 618/7 618/9 623/19
625/12 626/14 626/20 627/3
627/9 627/16 627/21 627/24
628/6 630/4 630/9 630/11
630/15 632/25 633/3 634/9
634/12 635/3 635/7 635/10
635/19 635/23 636/2 636/8
636/10 636/14 636/23 637/4
637/10 637/15 637/19
637/24 638/2 638/13 639/15
639/20 640/7 640/15 640/22
**THE COURTROOM
DEPUTY:** [7] 605/21 608/15
617/20 618/2 627/23 630/16
635/1
**THE WITNESS:** [21] 574/23
575/1 578/14 587/18 589/19
589/22 589/25 594/21
596/15 597/21 603/2 605/3
605/11 606/4 606/6 606/10
608/20 612/10 617/8 618/8

**'**
'15 [1] 612/25
'18 [2] 612/24 612/25

**0**
0230T [4] 589/13 589/17
589/23 595/25
0255 [1] 567/3

**1**
10 [1] 599/1
11 [1] 606/21
1250 [1] 567/18
12:30 [1] 634/16
1400 [1] 567/12
16 [1] 638/9
19-0255 [1] 567/3
1995 [1] 572/23
1999 [2] 572/24 572/25

**2**
20 [5] 607/1 612/1 612/8
612/12 632/18
2000 [2] 578/22 579/2
20001 [2] 567/22 641/19
20005 [1] 567/13
20036 [1] 567/19
2012 [1] 619/3
2015 [1] 612/24
2016 [4] 607/20 613/4
615/23 616/11
2017 [10] 600/7 621/21
622/7 623/14 623/25 624/3
624/7 625/14 625/17 630/21
2018 [2] 613/4 616/11
2022 [1] 567/4
215 [1] 567/15
22 [1] 641/17
2222 [1] 567/15
24 [1] 630/21
26 [5] 583/3 583/7 588/2
599/25 600/4
27 [4] 583/3 583/7 588/1
606/21
28 [4] 583/3 583/7 588/1
623/17
29 [3] 583/7 588/2 625/10
2:03 [2] 567/5 569/1

**3**
32A [1] 588/14
32E [6] 601/3 601/6 602/19
603/5 603/10 603/12
333 [2] 567/22 641/18
3:31 [1] 628/4
3:56 [1] 635/6

**4**
404 [1] 637/8
4:00 [3] 617/14 617/15
617/18
4:05 [1] 641/8

**5**
50 [3] 599/4 599/5 599/8
50 percent [1] 632/5
59 [5] 595/4 595/11 596/20
597/6 597/7

**6**
64483 [1] 588/20
64633 [3] 583/10 583/16
600/4
64635 [7] 624/12 625/7
628/24 631/2 631/10 631/13
634/6
64636 [5] 625/19 628/24
631/2 632/7 634/6
65 [1] 607/17

**7**
700 [1] 567/19
74 [1] 607/17

**8**
855 [3] 579/25 580/1 580/2

**9**
9/8/22 [1] 641/17
92612 [1] 567/16
9:30 [7] 634/15 634/24
635/11 635/11 635/24
635/25 641/6

**A**
abdominal [1] 593/5
about [49] 572/2 572/7 573/4
574/1 574/4 574/4 574/14
575/1 576/24 577/3 578/9
578/10 579/4 579/7 579/12
579/18 579/21 580/12
581/18 588/22 590/4 593/11
594/3 594/15 596/20 597/12
597/13 597/22 598/2 604/13
604/20 605/7 605/9 605/13
609/15 609/18 611/7 613/2
616/3 622/6 623/11 626/24
627/7 636/4 637/10 637/25
638/1 639/15 640/11
above [1] 641/14
above-entitled [1] 641/14
academic [1] 579/18
accepted [1] 578/10 579/7
accidents [1] 608/16
accredit [1] 576/4
accredited [1] 572/16
accrediting [1] 576/4
accurate [2] 602/22 641/13
across [1] 613/12
Act [2] 582/6 582/9
active [1] 572/24
actually [4] 605/2 616/11
616/25 640/24
addition [2] 596/3 629/8
additional [8] 620/6 622/15
623/7 624/18 625/22 625/23
628/21 632/19
address [2] 637/11 640/2
adjourned [1] 641/8
administration [2] 590/3
590/21
admit [4] 584/1 601/17 603/5
630/2
admitted [3] 601/3 601/13
603/8
adopted [1] 589/4
advanced [2] 578/23 578/25

**a**
documents [1] 579/4
afraid [1] 634/13
after [11] 570/10 575/8
578/18 578/22 615/2 615/6
624/18 625/6 625/24 629/20
637/7
afternoon [13] 567/6 569/2
569/13 569/14 605/21 606/1
606/13 606/14 611/21
611/22 618/2 618/7 618/20
again [8] 570/21 600/25
611/24 632/25 634/24
637/12 637/15 639/1
age [1] 607/17
agent [1] 624/15
ago [1] 631/5
agree [4] 578/25 587/1 587/4
640/3
agreeing [1] 578/14
Air [1] 606/20
ALICE [4] 568/10 618/1
618/4 618/22
all [50] 569/5 569/9 570/4
571/14 571/18 571/22
572/12 573/1 574/9 576/19
577/7 577/16 579/23 582/14
582/22 585/5 587/8 587/16
590/1 594/3 594/10 595/2
595/4 596/12 598/6 598/10
598/22 600/7 601/16 603/8
603/18 604/25 605/20
609/11 611/17 615/17
616/17 616/25 617/10
624/19 625/24 626/24 629/8
634/12 634/18 635/7 636/2
639/20 641/6 641/6
alleviate [2] 573/13 614/14
alleviating [1] 573/9
allow [3] 574/6 577/5 639/22
allowed [6] 574/2 574/5
576/24 620/13 620/16
639/24
along [2] 573/21 641/1
already [7] 569/8 595/8
596/4 603/6 623/18 636/22
639/8
also [22] 571/8 580/11
584/24 585/7 586/1 591/11
592/1 597/8 598/12 599/20
603/17 604/8 604/13 622/14
623/20 625/10 625/11 629/5
631/22 632/3 632/21 636/14
alternative [2] 638/19 639/17
although [1] 628/19
always [1] 638/4
am [31] 569/15 571/21 573/1
575/18 577/5 577/10 578/10
578/14 578/22 579/12
581/18 593/11 594/2 597/21
597/21 602/15 605/7 605/12
605/13 611/23 614/2 618/9
619/5 626/17 627/18 635/12
636/6 636/19 636/20 639/20
639/22
AMERICA [1] 567/2
American [8] 589/3 589/4
600/7 600/9 600/10 600/16
600/18 600/19
Among [1] 578/1

643

**A**

amongst [1] 579/7
amount [3] 574/3 576/24 621/25
analysis [3] 621/1 621/2 621/4
analytical [1] 621/6
anatomical [1] 588/4
aneurysm [1] 578/6
anomalies [1] 598/16
another [7] 571/4 576/12 622/15 625/16 628/11 632/7 641/4
answer [1] 640/13
anticipate [3] 582/22 582/24 637/6
any [41] 569/22 572/1 572/5 572/7 572/19 576/11 576/15 579/3 579/15 579/18 580/2 580/5 586/19 587/10 591/5 591/14 591/19 601/12 602/1 603/6 605/9 607/7 608/16 610/3 610/8 610/20 610/23 611/10 615/17 616/21 622/12 623/6 624/18 625/2 625/2 626/20 630/4 634/6 636/17 636/23 639/11
anyone [3] 580/3 617/17 635/14
anything [7] 580/10 602/7 602/14 616/3 634/25 640/17 641/3
anyway [2] 570/7 585/7
APC [1] 567/14
appear [3] 584/13 584/16 586/15
APPEARANCES [1] 567/10
applicable [1] 602/24
applicant [1] 579/22
application [4] 579/23 579/25 580/2 580/2
applied [3] 613/8 613/11 613/13
applies [1] 603/3
apply [2] 592/23 640/4
applying [1] 580/13
appreciate [3] 634/19 640/22 640/25
appropriate [2] 580/14 581/9
approval [1] 636/12
approve [2] 576/2 634/6
approved [2] 575/22 632/11
approves [1] 575/23
Approximately [1] 607/1
April [1] 630/21
April 24 [1] 630/21
are [124] 569/20 569/22 570/7 570/13 570/17 571/20 572/14 572/16 574/17 575/22 576/1 576/4 577/17 577/25 578/20 579/1 579/3 580/19 580/24 581/10 581/17 582/5 582/11 582/14 582/17 582/20 582/20 582/23 583/18 584/9 584/21 585/10 585/11 586/21 586/23 587/2 587/17 588/5 588/24 590/9 590/11 590/20 591/10 593/3 593/15 594/9

**A**

595/24 597/2 597/6 597/9 597/18 597/23 598/4 598/8 598/9 598/10 598/12 598/12 598/15 598/16 600/14 600/17 600/17 600/19 600/25 601/5 601/16 602/3 602/4 602/5 602/6 602/12 602/20 603/14 603/16 604/6 604/8 604/17 604/25 605/15 606/2 606/7 606/8 606/8 606/17 614/8 614/21 616/10 617/12 617/14 617/16 617/22 618/10 618/12 619/10 621/7 621/13 621/15 622/24 626/21 626/22 627/21 627/24 628/2 631/24 632/13 633/12 633/13 634/23 635/5 635/12 635/13 636/18 637/5 637/25 638/14 638/15 639/8 639/14 639/14 640/24
area [14] 570/18 577/6 602/25 608/5 608/8 608/9 609/18 610/14 610/18 610/20 613/8 614/3 614/8 614/18
areas [2] 570/18 613/11
argue [2] 601/21 637/8
argument [1] 627/10
Arizona [1] 606/20
around [2] 607/16 608/14
articles [1] 579/4
as [37] 570/15 571/7 572/19 573/2 573/16 573/25 576/6 577/16 577/22 584/19 587/24 592/25 596/22 600/10 600/21 602/3 602/13 605/25 607/3 612/23 616/8 616/8 618/6 619/14 619/19 624/3 624/9 625/17 627/10 628/12 629/13 630/18 632/20 638/9 638/18 638/18 639/25
ask [13] 576/12 577/4 579/21 583/2 583/6 588/11 605/2 608/4 609/4 614/22 618/9 633/23 635/12
asked [1] 601/19
asking [2] 569/17 615/22
asks [2] 595/16 602/11
assistance [1] 641/2
association [9] 589/3 589/5 600/7 600/9 600/10 600/11 600/16 600/18 600/20
assume [1] 626/21
assuming [1] 592/7
attached [1] 629/6
attempted [1] 571/22
attention [3] 583/21 634/19 634/21
audit [1] 626/25
audits [2] 591/11 591/13
available [1] 603/14 603/16 603/17
Avenue [4] 567/12 567/18 567/22 641/18
aware [1] 587/15 589/14
awareness [1] 638/20

**B**

B12 [1] 611/7
back [16] 576/20 608/1 608/9 609/1 609/1 609/5 609/8 609/15 609/25 610/9 616/19 616/20 622/17 634/13 634/23 640/12
bacon [1] 585/2
bad [1] 582/3
based [8] 582/5 598/12 598/16 607/20 620/8 621/2 626/17 639/9
basic [1] 600/22
basically [4] 573/13 583/12 583/14 597/18
basis [1] 631/15
be [67] 569/18 577/20 578/9 580/6 580/8 580/18 581/4 582/4 582/23 583/22 584/3 584/7 584/8 587/24 589/14 591/23 592/10 592/11 593/13 593/18 593/20 593/22 594/22 594/23 594/25 595/19 595/20 597/5 598/6 601/13 601/19 602/9 603/8 605/15 608/15 609/8 609/10 609/18 609/18 609/20 609/25 620/13 620/18 621/10 621/11 625/6 633/18 633/20 634/22 635/5 635/8 635/10 636/6 636/14 636/16 637/11 637/11 639/3 639/4 639/24 640/13 640/14 641/2
became [1] 575/12
because [30] 574/3 574/24 577/2 580/21 584/20 585/8 587/9 587/12 587/14 587/14 592/5 594/3 594/4 594/5 595/13 597/4 601/13 605/12 605/13 607/18 612/4 617/14 623/9 632/18 632/21 636/25 637/23 639/4 639/23 639/25
become [7] 571/22 574/17 575/10 575/15 575/18 576/5 580/3
becomes [2] 638/21 640/9
been [14] 570/23 572/2 572/21 573/4 586/8 589/7 602/2 605/24 618/5 629/13 634/18 637/10 639/23 640/2
before [13] 567/8 569/17 578/17 579/1 592/10 617/15 617/18 619/16 624/2 625/4 628/23 635/11 640/1
began [1] 569/1
beginning [2] 579/22 628/9
being [10] 573/2 589/11 602/3 607/13 611/14 615/5 616/1 626/25 628/9 637/14
believe [10] 599/24 601/14 601/23 605/13 609/20 609/25 623/18 625/11 638/24 640/1
believed [1] 612/5
believes [1] 609/18
belong [1] 579/15

**B**

belt [4] 608/10 608/21 614/3 614/8
beneficiaries [1] 585/13
beneficiary [5] 585/11 585/16 585/18 586/25 629/6
best [1] 581/13
better [1] 640/24
between [2] 571/1 610/2
beyond [1] 577/2
Bible [1] 589/5
big [1] 578/6
bigger [1] 624/6
biggest [1] 600/11
bilateral [5] 598/21 599/3 599/5 599/6 599/8
bill [15] 582/18 584/3 584/8 584/24 585/3 592/9 593/12 594/8 595/6 595/7 596/2 596/2 596/3 596/21 599/4
billed [7] 585/19 589/13 592/1 598/7 620/7 631/25 632/22
biller [1] 587/6
billing [5] 570/19 580/16 584/9 587/20 596/21 621/8
Billings [4] 593/18 593/20 593/21 593/22
bills [3] 580/10 597/8 598/18
binding [1] 602/12
birthdays [1] 616/9
bit [5] 597/12 597/13 599/20 610/25 613/2
block [1] 600/5
blocks [1] 632/4
blood [1] 578/7
blow [1] 603/25
board [18] 572/18 572/19 576/1 576/5 576/6 576/7 576/8 576/10 576/10 581/2 581/4 581/9 581/10 590/10 638/23 639/12 639/14 639/19
boarded [1] 570/13
boards [1] 581/15
bodies [1] 576/4
body [9] 609/20 609/24 610/20 610/23 611/3 611/11 613/17 613/21 614/18
book [6] 586/1 587/19 588/18 604/7 622/10 623/25 600/16
books [3] 586/2 600/15 600/16
both [3] 596/23 600/7 620/9
bottom [3] 588/22 603/25 631/7
bow [1] 592/11
Bradley [1] 623/21
brain [1] 578/7
branch [1] 632/4
break [6] 617/17 627/21 627/25 634/12 634/14 634/16
breaking [1] 569/6
brief [1] 627/21
bring [1] 588/14
brings [1] 578/7
bulging [1] 616/20
bundle [2] 595/12 597/4

644

**B**

bundled [5] 595/16 595/19 595/19 596/9 597/2
bundling [1] 596/20
business [2] 584/23 585/1
busy [1] 635/5
buttocks [3] 609/5 609/8 610/1

**C**

California [1] 567/16
call [2] 583/13 617/24
called [4] 570/21 579/25 619/22 629/6
calling [1] 584/7
calls [2] 605/19 618/1
can [61] 569/18 569/18 573/16 573/17 574/25 575/11 576/8 576/20 580/5 580/6 582/15 582/18 582/20 583/4 585/18 586/22 586/25 587/16 587/24 588/10 588/11 593/18 593/20 593/22 594/22 595/10 597/5 599/1 600/2 601/2 603/18 605/2 606/3 606/5 608/3 608/4 608/24 609/4 609/19 609/20 617/17 618/11 618/13 618/14 618/14 619/18 628/1 628/2 630/18 632/24 634/15 634/16 634/21 634/23 635/17 637/14 637/20 640/6 640/18 640/24 641/2
can't [8] 574/25 586/10 586/12 613/24 615/7 615/8 616/4 638/21
care [4] 570/15 571/7 584/21 640/13
careful [1] 608/15
carrier [2] 594/18 594/20
carrier's [1] 585/23
cart [1] 640/1
case [12] 567/3 573/4 628/19 634/25 636/7 636/13 637/2 639/1 639/7 639/8 639/24 640/19
catch [2] 597/17 598/6
categorized [1] 577/22
category [1] 595/25
certain [5] 575/4 575/11 576/24 578/11 581/7 581/8 582/3 582/3 582/8 582/14 594/12 595/6 597/13 598/2 622/1
certainly [5] 602/10 602/13 627/4 638/20 641/2
certification [3] 576/7 576/9 576/10
certified [2] 572/19 576/5
certify [1] 641/12
cervical [2] 583/23 638/11
chairs [1] 635/2
chance [1] 617/20
change [1] 635/23
changes [1] 617/19
characters [1] 586/22
charged [1] 627/12
check [2] 599/13 599/16

chief [2] 639/7 639/25
CHUTKAN [1] 567/8
civil [1] 626/20
claim [10] 591/23 594/11 594/14 594/23 595/6 599/7 599/18 620/13 625/5 629/7
claims [30] 590/23 591/10 591/19 594/3 594/7 594/12 594/19 594/22 595/2 598/3 598/4 598/12 599/17 621/10 621/19 622/7 622/16 625/7 626/4 626/8 626/25 628/10 628/11 628/16 628/24 629/2 629/8 631/16 632/15 634/6
clarify [2] 592/20 592/22
clarifying [1] 584/17
clear [2] 609/3 616/10
client [2] 577/1 581/1
clinical [25] 580/9 619/5 619/7 619/8 619/19 619/22 619/25 620/2 620/3 620/8 620/25 621/9 621/22 622/9 622/13 624/3 624/10 625/5 625/17 627/6 627/8 628/10 629/21 630/23 631/16
close [6] 606/2 606/8 618/11 627/23 634/19 635/1
closely [1] 600/12
closer [3] 583/4 632/25 634/22
clue [1] 592/25
CMD [2] 575/13 634/2
CMS [3] 586/7 600/12 603/18
Coast [2] 571/1 571/3
code [63] 583/10 583/12 583/15 583/16 584/3 584/9 585/13 585/14 587/19 588/20 589/2 589/4 589/8 589/13 589/19 590/4 591/23 592/1 592/25 593/2 593/2 593/9 594/22 594/22 594/24 595/7 595/8 595/8 595/9 595/13 595/17 595/19 595/20 595/25 595/25 596/2 596/3 596/9 596/9 596/22 597/3 597/4 598/18 598/19 602/19 620/23 622/10 623/11 623/25 624/12 624/14 624/20 624/23 625/19 625/21 625/25 626/1 628/20 629/7 631/2 631/13 632/20 632/24
coded [3] 594/9 594/10 594/13
codes [46] 588/3 588/24 589/5 594/23 594/25 595/12 595/22 595/24 597/2 597/2 597/14 597/18 597/19 597/23 598/10 599/1 599/21 600/14 600/17 600/19 602/2 602/6 602/12 602/13 603/22 604/1 604/3 604/7 620/7 621/24 622/1 622/3 622/10 623/2 624/2 624/9 625/16 627/5 627/14 628/19 628/23 631/1 631/5 632/11 633/12 633/13

596/25 598/25 599/7 600/12 600/13
collected [1] 591/13
college [2] 572/15 585/6
COLUMBIA [1] 567/1 581/2
combines [1] 596/9
come [7] 569/10 608/14 622/17 633/21 634/13 634/23 639/24
comes [4] 580/17 581/7 640/5 640/14
comfortable [4] 605/9 617/6 618/13 618/15
coming [1] 635/5
community [2] 579/8 579/12
company [10] 570/21 570/23 570/25 571/3 590/24 591/1 591/5 591/11 591/14 628/15
compare [1] 624/19
compared [2] 578/16 625/25
comparison [1] 577/4
compensation [1] 591/5
complete [1] 605/1
completed [1] 575/8
completion [1] 634/22
compressed [1] 640/20
computer [1] 594/18
computerized [2] 631/20 631/21
computers [1] 594/16
concentrate [1] 569/18
concern [1] 601/22
conditions [1] 578/3
conduct [4] 591/11 619/22 622/12 622/20
conducted [1] 620/2
conducting [2] 623/12 628/10
confusion [2] 587/5 587/10
congratulations [1] 573/3
Connecticut [1] 567/18
conservative [1] 632/3
conserve [1] 591/2
conserving [1] 591/6
consider [1] 573/24
considered [1] 614/19
Constitution [2] 567/22 641/18
consumer [11] 583/14 584/18 584/20 584/20 585/7 585/10 585/13 585/18 586/15 586/21 587/2
consumer-friendly [1] 583/14
contact [5] 620/5 620/6 620/10 623/6 620/10
contacted [1] 623/5
continue [1] 640/25
contract [2] 591/2 603/19
contractor [9] 571/7 571/18 591/19 593/7 600/21 602/4 619/1 622/14 628/15
contractor's [1] 602/23
contractors [4] 570/17 590/21 590/22 601/24
control [1] 608/25
Cooke [6] 567/17 567/18 592/12 637/17 640/11 640/13
copyrights [1] 600/15

570/8 570/9 570/14 570/20
571/5 573/1 573/5 573/15
574/15 574/16 574/20 575/5
575/9 575/20 575/21 575/24
575/25 576/13 577/18
577/20 577/21 577/25
578/11 578/23 580/19
580/20 581/3 581/9 581/15
582/9 582/10 582/12 582/13
582/16 582/19 583/17
583/18 586/18 587/23
588/18 588/19 588/25 589/1
589/6 589/8 589/9 589/18
591/9 591/17 591/24 591/25
592/23 592/24 593/20
595/18 595/21 600/1 616/3
628/12
correctional [1] 571/9
correctly [1] 587/20
correlate [1] 593/3
coughing [1] 605/14
could [30] 580/8 583/2 583/6
586/8 588/13 592/5 592/15
592/18 594/25 597/24
603/11 603/24 603/25
606/15 609/9 615/3 615/15
615/10 616/6 618/20 620/23
623/7 623/16 624/20 624/6
625/10 625/13 629/12
629/15 633/4
couldn't [1] 639/11
counsel [3] 615/22 639/13
640/6
country [1] 571/4
couple [5] 622/16 632/21
635/4 635/21 636/15
course [2] 609/6 637/3
court [22] 567/1 567/21
574/8 574/24 577/8 578/13
589/21 597/20 602/16
605/18 609/21 617/11
617/16 618/14 627/20
630/10 635/21 636/1 640/5
640/14 640/21 641/18
Court's [3] 604/22 616/15
636/12
courtroom [3] 608/17 628/4
635/6
cover [3] 582/2 582/8 596/4
coverage [6] 582/5 598/10
601/1 601/12 603/14 628/18
covered [7] 582/4 582/21
602/20 604/9 604/18 607/14
607/20
covers [1] 582/7
COVID [3] 605/8 605/15
617/4
CPT [37] 583/10 585/14
586/1 587/19 588/18 588/20
589/2 589/4 590/4 595/22
598/24 599/21 600/7 600/8
600/14 600/17 600/19 602/2
603/22 604/1 604/3 604/7
604/7 622/10 623/2 623/11
623/25 624/12 624/14
625/16 625/19 625/25 626/1
626/20 631/10 631/13 632/7
create [2] 587/4 587/10

**C**

credentialing [1] 580/15
criteria [1] 576/9
cross [12] 568/2 569/11
597/12 598/2 599/20 603/20
604/13 611/19 615/21
638/16 638/17 639/10
cross-examination [9] 597/12
598/2 599/20 603/20 604/13
615/21 638/16 638/17
639/10
CRR [2] 567/21 641/17
CT [23] 578/16 583/23 584/4
584/11 586/20 588/6 591/23
595/20 595/24 599/9 622/3
622/7 624/4 624/16 625/1
626/6 627/6 631/4 631/22
631/23 632/7 633/19 634/5
CT-guided [3] 599/9 622/3
631/4
cuff [3] 610/24 611/1 616/5
curious [1] 592/15
current [1] 623/13
currently [1] 619/4
cut [1] 590/20
cuts [1] 590/18

**D**

D.C [6] 567/4 567/13 567/19
567/22 606/18 641/19
data [4] 603/17 621/1 621/2
621/4
date [4] 592/2 616/13 630/20
632/22
dates [5] 613/14 615/23
615/23 615/25 616/8
DAY [1] 567/7
days [5] 606/21 613/6 613/19
613/22 613/24
dcd.uscourts [1] 641/19
dcd.uscourts.gov [1] 567/23
deal [2] 570/1 588/2
deals [1] 583/10
decide [1] 592/18
decides [1] 600/17
decision [5] 581/12 581/18
590/4 620/8 629/7
decisions [1] 582/5
defendant [6] 567/6 567/14
629/1 629/20 637/8 639/19
defendant's [2] 624/22 625/6
defense [3] 615/22 637/1
639/13
defined [1] 632/20
definitions [1] 622/10
degree [1] 577/3
Delaware [3] 637/12 637/13
638/23
denied [19] 595/1 598/4
620/13 620/18 625/6 625/7
625/8 626/8 626/9 626/25
628/24 629/2 631/16 632/11
632/13 632/15 632/18
632/21 632/23
department [3] 567/12
582/12 621/2
depend [2] 596/25 597/2
depending [3] 582/8 582/11
593/4

depends [1] 596/6
depiction [1] 602/22
describe [3] 619/18 624/14
625/21
describes [2] 588/20 602/23
description [19] 583/13
583/14 583/15 583/15
583/18 583/20 583/21 584/1
584/7 584/12 585/12 586/14
586/15 587/1 587/2 588/6
588/7 600/13 628/20
descriptions [3] 586/23
603/21 603/21
descriptor [12] 583/12 584/8
584/10 584/10 584/19
585/10 585/14 585/17
587/19 588/4 593/4 593/6
descriptors [3] 586/21 586/22
604/6
designated [3] 620/10 623/6
629/10
destroying [2] 610/8 610/10
destruction [3] 586/15 610/3
624/15
detail [1] 577/2
details [1] 574/1
determination [6] 601/13
620/11 620/11 626/7 628/18
632/10
determinations [2] 601/1
603/14
determine [5] 589/7 604/16
604/17 621/10 625/5
determines [1] 604/14
develop [1] 599/18
developed [4] 600/12 600/18
600/19 602/2
developing [2] 578/5 600/13
development [1] 579/19
device [2] 577/20 577/22
devices [1] 577/17
diagnose [1] 593/14
diagnosis [10] 589/8 592/16
592/22 592/25 593/6 597/19
598/19 599/1 599/2 599/10
diagnostic [8] 578/12 579/19
592/5 592/7 592/18 593/2
593/5 593/9
did [74] 570/11 571/7 571/14
572/1 572/4 572/6 572/7
572/9 575/13 578/17 585/20
594/20 595/14 596/6 596/7
598/20 599/2 599/3 605/8
605/10 607/2 607/5 607/10
607/13 607/17 607/23 608/1
610/3 610/8 610/13 610/18
610/20 610/22 611/5 612/7
612/12 613/7 613/19 614/3
614/12 614/14 614/18
616/18 616/21 617/6 617/7
619/8 619/14 619/18 619/22
619/24 620/3 620/4 622/1
622/3 622/8 622/14 622/17
622/22 623/3 623/8 623/10
623/11 624/19 624/22
625/25 627/7 628/16 628/18
631/25 632/2 632/18 633/21
640/21
didn't [2] 606/4 632/22

differences [1] 577/15
different [12] 577/11 577/17
587/2 588/3 588/4 595/13
596/6 596/7 613/17 615/6
621/8 633/23
difficulty [1] 617/9
direct [6] 568/2 572/2 583/20
594/2 606/11 618/18
directions [1] 615/6
directly [1] 627/11
director [3] 600/21 622/15
628/15
discs [1] 616/20
discuss [2] 634/24 635/14
discussed [1] 632/8
discussing [2] 604/3 640/8
discussion [3] 603/20 604/15
635/9
district [6] 567/1 567/1 567/9
572/17 581/2 581/3
do [75] 570/25 571/18 573/6
573/13 575/6 575/8 575/12
575/15 576/11 576/15
577/12 579/7 579/15 579/18
580/6 581/13 581/19 584/5
585/13 586/9 586/19 591/2
591/5 592/5 592/6 592/8
592/18 592/18 596/1 597/15
599/22 600/4 600/21 600/23
601/5 601/8 601/15 601/19
601/20 602/25 603/20
604/16 604/19 605/6 607/16
608/4 609/20 609/25 613/3
613/9 614/19 615/2 615/21
615/23 618/9 618/23 620/3
621/18 623/4 623/8 625/13
629/18 631/7 633/7 633/25
634/10 635/7 635/24 636/8
636/17 637/17 637/20
637/23 640/1 640/16
doctor [13] 570/1 573/25
574/4 574/22 577/16 580/17
581/18 581/19 585/8 592/3
596/12 604/25 605/6
doctor's [1] 609/15
document [8] 585/24 586/1
586/20 587/5 602/6 602/14
630/14 633/5
documentation [17] 599/16
599/19 619/21 620/6 620/24
623/9 624/18 624/19 624/20
624/22 625/24 626/1 626/25
632/2 632/3 632/22 633/16
does [33] 576/25 577/10
581/5 581/6 584/1 584/13
588/7 591/11 591/13 592/22
597/17 598/6 604/5 604/8
604/19 609/17 617/17
620/16 624/14 625/21
629/23 630/15 630/22 631/2
631/12 631/15 631/21
631/21 632/10 632/13
632/15 633/17 640/4
doesn't [8] 582/8 584/13
584/14 584/16 587/10
592/14 635/8 637/19
doing [9] 574/4 593/3 597/3
597/5 605/7 608/12 618/13

don't [31] 573/21 576/8
579/3 582/22 586/5 586/7
586/20 588/24 601/12
601/20 602/1 602/3 602/14
608/16 611/15 613/14 616/2
616/11 627/10 633/1 634/15
634/24 636/16 636/20
637/16 638/2 638/13 639/7
639/16 639/22 639/25
done [11] 569/5 569/7 569/8
584/4 589/8 593/7 610/25
613/24 634/21 636/6 639/13
door [4] 637/8 638/9 638/25
640/1
down [9] 574/25 574/25
588/11 599/4 608/15 618/13
635/17 640/6 640/7
Dr [2] 610/4 621/13
Dr. [38] 569/4 569/15 581/1
601/5 602/19 606/23 607/3
607/5 607/10 607/23 610/8
611/5 611/23 612/1 612/7
613/3 613/19 614/18 616/6
616/21 621/16 621/18
621/19 621/22 622/7 622/18
623/3 624/3 624/19 625/17
625/25 626/13 628/11 629/1
629/25 630/22 634/5 640/11
Dr. Frederick [1] 606/23
Dr. Gooding [27] 581/1 607/3
607/5 607/10 607/23 610/8
611/5 612/7 613/3 613/19
614/18 616/6 616/21 621/16
621/18 621/22 622/18 623/3
624/3 625/17 626/13 628/11
629/1 629/25 630/22 634/5
640/11
Dr. Gooding's [7] 569/15
611/23 612/1 621/19 622/7
624/19 625/25
Dr. Shaening [3] 569/4 601/5
602/19
duly [2] 605/24 618/5
during [5] 595/14 626/6
626/25 627/7 628/1
duties [1] 600/21

**E**

each [2] 595/13 629/7
early [3] 636/11 636/24
637/1
edit [4] 596/24 597/17
599/13 599/16
edits [7] 594/8 594/17 595/7
597/13 598/3 598/12 598/15
education [3] 620/9 629/9
633/8
effect [4] 605/10 605/11
617/7 617/8
efficiency [1] 637/22
efforts [1] 640/25
eggs [1] 585/2
either [2] 575/4 641/4
elbow [2] 616/5 616/18
elderly [1] 581/25
electronic [2] 590/17 599/7
electronically [1] 591/21
elicited [1] 574/3
else [1] 602/7

646

## E

end [2] 628/1 639/7
entail [1] 619/24
enter [1] 630/11
entitled [1] 641/14
epidural [5] 588/23 589/10
589/22 595/23 596/7
Esquire [4] 567/11 567/11
567/14 567/17
ESRD [1] 581/25
essentially [2] 581/23 595/16
estimate [1] 640/24
evaluate [1] 619/20
evaluated [1] 620/7
even [3] 587/6 626/5 634/22
evening [2] 636/3 637/12
event [2] 626/21 637/1
events [1] 612/23
eventuality [1] 640/8
ever [9] 606/23 607/23 608/1
610/3 610/8 611/5 613/15
616/18 619/14
every [3] 612/14 629/7 638/3
everyone [2] 606/3 618/11
everyone's [2] 640/22 640/25
everything [2] 597/17 634/19
evidence [11] 601/13 603/10
617/22 623/18 625/11 630/3
630/12 634/22 639/4 639/7
639/21
exactly [1] 613/14
examination [18] 569/11
572/2 574/2 594/3 596/18
597/12 598/2 599/20 603/20
604/13 606/11 611/19
615/19 615/21 618/18
638/16 638/17 639/10
examined [2] 605/24 618/5
example [5] 593/9 595/9
595/11 595/19 602/19
exams [2] 576/7 576/9
exceeded [1] 621/24
exceeding [1] 621/8
Except [2] 591/16 591/18
excuse [3] 584/25 587/16
629/1
excused [2] 628/1 634/23
exhibit [14] 586/5 588/1
588/14 589/24 599/24 601/3
602/19 603/5 603/12 623/17
625/10 629/13 629/14 630/3
exhibits [15] 568/13 583/3
583/7 587/25 588/1
exited [2] 628/4 635/6
expect [4] 591/22 593/11
593/13 593/15
expected [1] 592/10
experience [2] 576/25 577/3
experiencing [1] 612/16
expert [1] 609/19
explain [1] 614/18
explained [1] 626/18
express [1] 581/10
extent [1] 640/3

## F

face [1] 618/14
facet [7] 583/19 586/16
624/15 624/17 625/23

fact [3] 638/21 640/17 641/4
failure [2] 593/10 593/10
fair [7] 570/2 570/3 574/3
602/22 604/15 616/2 621/9
faith [1] 593/23
familiar [5] 574/17 577/17
579/3 621/13 621/15
familiarity [3] 574/6 576/11
576/15
family [4] 575/4 577/12 607/2
612/15
far [4] 573/21 616/8 634/21
639/13
February [1] 613/3
federal [2] 581/24 607/18
feel [8] 605/9 605/14 615/3
615/5 615/10 617/6 618/12
618/15
feeling [1] 615/13
feet [1] 605/13
few [3] 610/25 616/4 631/5
figure [1] 582/18
fill [1] 580/5
fills [2] 579/23 580/4
final [1] 640/10
find [1] 623/11
findings [1] 631/8
finish [2] 636/24 637/1
Firm [1] 567/14
first [13] 571/1 571/3 595/4
600/5 601/16 605/14 605/24
607/5 607/7 607/9 618/5
629/16 629/16
five [2] 570/24 627/25
five-minute [1] 627/25
flagging [1] 635/25
Florida [2] 571/17 571/20
fluoro [1] 595/24
fluoro-guided [1] 595/24
fluoroscopic [5] 592/6 597/11
599/10 633/19 638/18
fluoroscopic-guided [1]
599/10
fluoroscopy [32] 578/16
583/23 584/4 584/10 586/20
588/6 592/4 592/8 595/20
595/22 596/3 596/4 596/5
596/6 596/7 596/22 597/3
597/8 622/3 622/7 624/4
624/16 625/1 626/6 627/5
631/4 631/19 632/8 634/5
638/12 639/12 639/17
fluoroscopy-guided [4] 597/3
622/7 624/4 632/8
fly [1] 640/12
focusing [2] 611/5 625/13
following [17] 569/1 573/19
574/8 576/22 577/8 601/10
602/16 605/5 605/18 609/12
609/21 617/2 617/11 626/11
627/20 630/6 630/10
follows [2] 605/25 618/6
force [5] 601/14 601/15
601/21 601/25 606/21
foregoing [1] 641/12
foreign [1] 572/15
form [5] 574/2 580/1 580/5
587/22 587/24

forth [1] 588/5
foundation [4] 609/9 610/5
614/23 626/13
four [2] 638/5 638/5
FREDERICK [4] 567/5
567/17 606/23 621/13
free [2] 605/1 617/12
frequency [1] 631/1
Friday [3] 638/3 638/4 638/4
friendly [8] 583/14 584/18
585/10 585/13 585/18
586/15 586/21 587/2
friends [2] 607/2 612/16
front [2] 617/5 638/13
full [1] 570/25
full-time [1] 570/25
fully [1] 572/16
fund [1] 591/20
funds [2] 591/3 591/6
further [4] 604/24 611/16
616/24 640/2
fuzzy [1] 612/24

## G

gave [2] 599/17 614/2
gel [2] 613/13 613/25
gel-like [1] 613/13
general [3] 573/25 592/17
633/17
generally [1] 619/24
gentlemen [2] 569/2 634/18
get [32] 575/3 575/16 576/8
577/1 577/4 577/5 581/17
581/22 585/9 585/21 592/7
594/9 595/2 600/15 602/8
603/18 606/2 607/23 608/1
610/18 610/20 610/22 614/3
616/6 616/21 617/22 620/22
620/23 622/15 632/25
634/21 640/23
gets [2] 585/11 591/8
getting [6] 578/22 580/12
584/21 584/24 585/2 610/13
GILCHRIST [10] 568/7
605/19 605/23 606/16
606/17 608/12 611/21
615/21 617/3 617/12
give [11] 576/7 576/10
586/24 592/25 593/3 593/6
593/7 601/23 635/4 637/14
638/7
given [1] 586/24
gives [1] 598/17
giving [2] 599/13 637/20
gluteal [1] 609/1
go [18] 573/22 574/20 575/3
575/8 575/11 575/19 576/20
577/2 583/5 587/18 612/7
617/13 617/16 617/18
630/13 633/4 634/16 637/17
goes [7] 574/4 578/6 591/19
599/11 600/16 627/4 640/12
going [36] 573/22 577/5
581/13 581/17 582/23
590/14 592/3 594/23 597/21
597/22 601/14 601/17
601/21 602/15 609/18 613/3
614/3 614/21 615/3 616/12
617/14 618/9 627/18 627/21

good [20] 569/2 569/3
569/13 569/14 593/23
605/12 605/15 605/21 606/1
606/2 606/13 606/14 608/18
611/21 611/22 618/2 618/7
618/20 636/3 638/18
GOODING [31] 567/5 581/1
606/23 607/3 607/5 607/10
607/23 610/8 611/5 612/7
613/3 613/19 614/18 616/6
616/21 621/13 621/16
621/18 621/22 622/18 623/3
624/3 625/17 626/13 628/11
629/1 629/25 630/22 634/5
637/19 640/11
Gooding's [9] 569/15 610/4
611/23 612/1 621/19 622/7
624/19 625/25 638/20
got [7] 584/17 608/18 611/6
611/9 623/2 639/18 640/20
govern [1] 572/15
governed [1] 572/14
government [16] 567/11
583/2 583/6 588/10 588/13
591/9 601/20 601/24 603/4
605/19 607/19 618/1 635/20
636/15 637/7 639/6
government's [14] 568/13
599/24 600/4 601/3 603/5
603/10 603/12 629/14 630/3
630/12 636/7 639/2 639/10
639/24
graduate [1] 576/8
graduated [2] 570/10 572/18
graduates [1] 572/15
grand [1] 638/3
granted [1] 638/16
Great [1] 615/15
grocery [1] 585/1
guess [3] 573/21 573/22
600/4
guidance [15] 583/22 586/17
587/22 587/24 588/23
589/11 589/15 589/23
624/16 628/20 628/22
631/20 631/21 631/22
633/19
guided [11] 595/24 595/25
597/3 597/4 599/9 599/10
622/3 622/7 624/4 631/4
632/8
guidelines [3] 596/25 633/12
633/13

## H

had [21] 569/3 569/25 571/8
571/12 571/25 605/11 607/6
607/9 610/24 610/25 612/14
613/15 613/20 616/4 616/8
623/6 628/20 629/5 632/23
634/2 636/4
hand [6] 569/25 605/22
608/21 613/8 617/19 618/3
handicapped [1] 581/25
happen [1] 582/3
happened [1] 626/24

happy [1] 640/20
Harris [1] 567/18
has [17] 570/18 571/4 577/1
578/23 580/13 583/22
592/12 595/22 595/23 598/3
600/11 605/6 613/24 636/21
639/19 639/23 640/1
have [98] 570/6 570/23
571/22 572/2 572/18 572/21
572/23 572/24 572/25 573/3
573/4 573/22 575/10 575/19
576/11 576/15 576/25
577/15 578/5 579/21 580/15
580/18 584/1 586/1 586/1
586/8 586/9 586/19 587/25
588/5 588/15 588/23 594/8
595/6 596/1 598/10 600/14
600/22 600/22 601/8 601/14
601/15 601/21 601/24 602/2
604/22 605/10 606/19 607/2
607/11 607/18 610/3 612/9
612/19 613/7 613/15 614/22
614/22 615/10 616/8 616/15
616/19 616/20 616/25 617/4
617/7 617/8 617/21 619/2
619/8 619/12 622/15 628/18
630/15 634/13 634/15
634/18 634/25 635/8 635/20
636/3 636/5 636/15 636/17
636/20 636/25 637/3 637/10
637/23 638/4 638/10 638/13
638/15 639/8 639/9 639/13
640/11 640/16
haven't [2] 638/8 638/16
Having [2] 605/24 618/5
HCPCS [2] 604/1 604/3
he [23] 585/8 585/19 585/20
598/19 598/20 605/14 609/4
610/8 610/13 612/5 612/15
613/7 613/8 613/11 613/11
613/24 614/2 621/24 629/4
637/9 638/10 638/21 638/22
he's [4] 581/2 585/8 609/17
609/19
header [1] 632/7
Health [1] 582/12
hear [7] 602/10 606/3 606/4
606/5 618/11 618/14 639/2
heard [19] 573/19 574/8
576/22 577/8 601/10 602/16
605/5 605/18 609/10 609/12
609/21 617/2 617/11 626/11
627/20 630/6 630/10 634/25
638/16
hearing [1] 617/9
held [1] 619/6
Hello [2] 605/6 618/8
help [4] 591/9 614/12 617/6
620/15
helped [2] 612/6 612/15
helping [1] 612/5
her [3] 626/18 626/18 635/24
here [15] 581/3 602/4 606/19
608/6 635/10 635/24 636/5
636/21 636/22 637/23
638/14 640/13 640/14
640/18 641/5
hereby [1] 641/12

hesitated [1] 587/8
higher [2] 620/14 620/23
highly [1] 640/23
him [7] 578/14 607/8 612/4
612/12 612/16 613/6 621/15
hip [9] 608/2 608/3 608/8
609/2 610/14 610/18 611/6
611/10 614/7
hips [3] 610/22 611/5 616/18
his [12] 574/5 581/4 581/20
608/8 608/9 608/11 609/4
609/5 613/8 621/24 627/4
637/20
history [1] 576/11
hits [1] 594/24
Hold [1] 601/16
holding [1] 608/13
home [2] 582/3 640/12
homeowners [1] 582/2
Honor [23] 574/10 583/2
588/10 588/15 593/24
596/14 601/7 601/18 609/3
612/19 615/16 615/18
618/17 623/18 625/11
626/10 627/2 627/14 628/7
635/20 637/6 637/18 637/25
HONORABLE [1] 567/8
hope [1] 569/3 588/14
640/24
Hopefully [1] 634/21
horse [1] 640/1
Hospital [1] 572/17
hours [1] 636/15
how [22] 570/23 572/7
572/21 573/21 574/4 581/13
582/18 598/3 604/14 604/16
606/25 612/7 612/12 614/14
619/2 619/8 620/25 621/11
621/15 626/21 629/4 634/10
huh [5] 573/10 574/21
574/25 586/11 593/19
human [2] 582/12 593/12

I

I'll [1] 570/1
I'm [21] 571/10 577/16 578/9
580/3 581/17 585/5 585/24
586/3 592/2 592/15 593/22
607/17 608/4 610/24 611/23
614/15 617/3 620/21 634/13
636/24 640/7
I-N-D-E-X [1] 567/24
ICD [1] 599/1
ICD-10 [1] 599/1
idea [3] 586/19 586/24 593/3
identifiable [1] 595/15
identification [1] 629/13
identified [3] 594/23 595/11
598/22
identifier [1] 597/10
identifies [1] 594/12
identify [5] 586/23 594/16
596/1 598/20 599/8
image [1] 613/9
imagery [1] 638/18
images [1] 597/5
imagine [2] 612/4 612/23
imaging [13] 577/17 577/20
577/22 578/11 578/18

implies [1] 587/22
important [2] 580/12 637/22
impression [1] 601/24
inclined [1] 639/22
include [2] 629/23 632/15
included [1] 595/8
includes [2] 596/4 633/11
indicated [2] 608/25 639/9
indicates [2] 583/21 602/11
Indicating [1] 608/6 608/20
indication [4] 602/6 625/1
626/5 639/11
indications [1] 633/15
indicator [1] 621/4
indictment [1] 627/13
individual [1] 628/12
individually [1] 595/13
indulgence [2] 604/22 616/15
infants [1] 577/24
inference [5] 602/12 638/17
638/19 639/9 639/23
informal [1] 605/7
informatics [1] 621/1
information [16] 590/17
593/6 593/7 598/16 598/22
599/7 599/14 602/4 604/19
622/8 622/12 622/18 623/11
633/11 633/15 634/2
informed [3] 629/1 629/2
629/4
injected [1] 613/9
injection [21] 579/10 588/23
589/10 589/23 592/9 592/16
592/17 592/23 593/14
595/20 595/22 596/7 597/8
599/9 608/19 611/6 611/7
611/9 613/7 616/21 631/5
injections [26] 572/1 572/5
572/6 572/8 572/9 573/4
574/4 574/6 583/11 583/17
590/11 591/22 595/23
596/23 609/16 614/2 614/4
614/12 622/1 622/4 622/8
624/4 632/8 633/15 633/18
638/11
instruct [1] 640/15
instructions [3] 586/2 597/1
599/12
insufficient [1] 623/10
insurance [5] 581/23 581/24
582/7 583/1 583/9
insured [1] 607/13
intent [1] 640/12
intention [1] 639/3
interested [1] 594/2
interesting [1] 584/19
interests [1] 594/19
internal [9] 570/11 570/13
571/14 571/25 572/18 575/5
575/14 577/12 577/16
international [1] 598/25
interrupt [2] 576/19 581/17
interruption [1] 578/13
589/21 597/20
introduce [1] 639/6
investigator [2] 636/20

invoice [1] 591/21
irrelevant [1] 627/1
Irvine [1] 567/16
is [165] 569/15 569/21 570/2
570/14 570/20 570/22 571/3
571/5 572/14 572/14 572/16
572/17 572/19 573/5 573/6
573/8 573/11 573/13 573/14
573/22 573/23 574/2 574/5
574/9 575/18 575/21 575/25
576/25 577/2 577/10 577/11
577/14 577/24 578/10
578/19 578/19 578/22
579/25 580/2 580/13 580/13
580/17 581/1 581/9 581/12
581/19 581/23 581/24
581/25 583/9 583/10 583/12
583/14 583/16 583/16
583/18 584/3 584/12 584/13
584/20 584/24 585/2 585/7
585/9 585/12 585/14 585/18
585/22 585/22 585/24 586/2
587/22 588/18 589/5 589/11
589/18 589/19 590/14
590/14 590/16 591/1 591/2
591/4 591/21 593/1 593/9
594/18 594/22 594/23 595/5
595/8 595/11 596/5 596/5
597/3 599/13 599/13 599/16
599/16 600/5 600/9 600/10
601/3 601/20 602/17 602/19
602/22 602/23 604/3 604/15
605/1 608/7 608/18 608/21
609/3 609/14 609/19 609/22
610/16 611/3 611/7 612/24
616/3 616/10 618/10 618/11
618/25 619/4 621/8 621/9
621/10 623/18 623/19
623/25 624/9 625/5 625/11
625/16 625/22 626/21
626/22 627/1 627/6 627/10
627/16 627/17 627/25
628/12 629/20 630/9 630/20
630/25 632/7 632/20 633/10
636/12 636/21 637/22
638/10 638/19 638/21
638/24 640/19 641/4 641/12
isn't [6] 592/2 594/7 594/10
626/22 640/18 641/4
issue [5] 584/19 601/25
616/19 638/21 638/24
issues [2] 616/17 637/5
it [129] 574/6 574/17 577/2
577/2 577/5 578/9 580/6
580/8 580/15 580/17 581/7
583/21 583/23 584/3 584/8
584/13 584/13 584/14
584/16 584/17 584/18
584/19 585/21 585/22
585/24 585/25 586/2 586/7
586/8 586/8 586/10 586/10
586/10 586/12 586/12
586/12 586/14 587/10
587/24 588/20 588/22 589/7
589/23 590/7 591/8 592/5
592/10 592/11 592/14 592/3
593/5 594/7 594/21 594/22
594/25 595/16 595/23 596/8

**I**

it... [71] 596/24 596/25 597/2
597/4 597/5 598/19 598/21
599/2 599/3 599/6 599/8
599/11 600/10 600/16 601/8
601/23 602/4 602/9 602/22
603/8 603/25 605/10 605/11
608/12 611/8 613/2 613/12
613/12 613/13 614/14 615/9
617/6 617/7 617/21 621/9
623/19 625/25 626/18 627/4
627/10 628/21 630/11
630/15 630/18 631/2 631/10
632/13 632/15 632/18 633/7
633/17 633/23 634/6 634/19
635/4 636/25 637/11 637/15
637/20 638/13 638/14
638/22 638/24 639/3 639/22
639/24 640/2 640/5 640/8
640/11 640/20
it's [43] 569/16 574/14 576/1
576/13 578/12 578/25
580/21 581/8 582/2 584/5
584/7 584/23 585/1 588/14
589/24 592/7 593/5 594/6
594/24 595/14 596/5 599/7
601/13 605/4 605/12 611/24
616/2 619/1 625/22 626/20
627/9 627/10 627/12 627/14
627/16 629/7 629/7 636/9
638/8 639/16 640/3 640/12
640/23
item [1] 638/9
its [2] 591/2 639/7

**J**

JAMES [4] 568/7 605/19
605/23 606/16
Jil [1] 567/11
Jillian [1] 567/11
joint [7] 583/19 586/16
624/15 624/17 625/23
633/15 633/18
journals [1] 579/18
Jr [1] 567/17
JUAN [1] 568/4
JUDGE [1] 567/9
juries [1] 638/3
jurisdiction [6] 570/18 571/4
602/23 602/25 603/2 603/2
jurisdictions [1] 603/3
juror [1] 605/14
jury [19] 567/8 595/5 601/14
601/23 602/11 605/13 608/3
608/24 609/17 609/18
617/17 618/13 623/20 628/4
630/15 635/6 640/12 640/16
641/3
jury's [1] 608/24
just [39] 569/5 572/9 573/21
574/24 576/23 581/18 584/3
588/2 592/20 592/22 595/2
596/20 606/7 608/18 609/3
611/5 611/8 615/8 615/10
615/21 615/25 616/5 616/10
617/3 617/8 617/18 619/24
620/15 624/6 631/5 634/4
635/3 635/7 635/25 638/10
638/18 638/23 639/16 640/3

justify [1] 592/16

**K**

keep [2] 622/24 638/1
kept [2] 572/25 612/4
Khouri [20] 567/14 567/14
568/6 568/9 569/10 569/15
574/5 576/19 590/1 601/11
608/14 609/13 611/18
611/23 612/9 614/21 627/9
634/10 636/4 637/20
kidney [1] 593/10
kidneys [1] 578/3
kill [1] 615/9
kind [6] 589/5 592/11 610/13
611/10 639/18 640/10
knees [5] 607/6 607/9
610/21 610/22 616/18
knew [2] 616/6 634/4
know [51] 573/6 573/21
578/9 578/19 579/3 579/7
582/20 586/5 586/7 586/20
587/14 587/20 587/22
589/10 590/4 590/7 590/9
591/5 591/14 593/15 595/9
597/2 598/9 598/21 599/4
599/11 605/11 607/16
607/25 610/25 611/7 611/8
613/14 613/14 615/9 615/10
615/25 616/5 616/12 616/13
617/19 633/11 636/24 638/2
638/2 639/7 639/12 639/16
639/23 639/25 641/3
knowledge [2] 600/22 627/4

**L**

L35094 [1] 602/22
laboratory [1] 580/9
lack [2] 609/9 610/5
ladies [2] 569/2 634/18
laid [1] 614/22
last [3] 609/24 616/17 634/4
later [1] 592/19
law [9] 567/14 581/25 585/6
601/15 601/15 601/21
601/25 602/3 639/1
laws [1] 602/13
lawyer [1] 641/4
lawyers [3] 569/16 611/23
640/16
lay [1] 626/13
layman's [1] 583/13
LCD [7] 602/4 602/19 602/22
602/24 603/3 604/8 628/18
LCDs [3] 600/23 600/25
603/18
lead [1] 601/14
least [1] 632/4
leave [2] 605/1 635/2
leaves [1] 581/12
leeway [1] 576/24
left [2] 598/21 599/3
leg [1] 608/8
legal [2] 582/5 586/14
let [8] 576/12 583/20 608/7
617/19 633/23 634/14
637/15 641/3
let's [5] 581/22 582/25
598/20 629/16 635/23

**M**

M-I-E-R-Z-W-A [1] 618/22

626/19 629/5 629/6 629/18
629/20 629/23 629/25
630/20 630/22 632/10
633/10 633/25
level [5] 620/14 620/23
625/23 626/5 632/19
license [6] 572/23 572/25
580/14 581/5 581/20 590/11
licensed [9] 569/22 570/7
571/20 571/21 571/22
572/21 573/2 580/5 580/18
licenses [1] 580/21
licensing [3] 581/9 581/10
638/23
life [1] 606/19
like [32] 569/17 571/3 571/3
574/14 577/12 578/2 580/6
580/8 582/2 584/23 585/1
585/1 585/25 586/8 586/10
586/12 587/5 588/2 589/5
589/7 590/24 592/11 592/12
593/10 594/6 596/22 596/23
600/23 606/8 613/8 613/13
637/1
limit [1] 586/22
limitations [1] 598/11
limited [2] 572/23 626/19
limits [1] 598/9
line [5] 597/15 597/23 600/5
608/10 639/18
list [3] 594/23 604/8 631/2
little [7] 599/20 605/15
607/18 617/3 617/8 632/25
638/3
lived [1] 606/19
LLP [1] 567/18
local [5] 594/25 601/1 601/12
603/14 628/18
locality [1] 603/1
locally [1] 602/12
long [15] 570/23 573/2
583/20 583/21 584/1 587/1
588/6 603/21 604/6 606/25
612/4 614/14 619/2 619/8
634/10
look [17] 570/6 577/24 578/2
578/5 582/15 582/25 587/5
593/16 613/11 622/10
622/15 629/16 632/6 637/15
638/14 639/1 639/2
looked [1] 588/2 599/24
looks [3] 618/8 628/23 631/5
looking [6] 582/23 599/25
621/4 621/7 637/7 637/11
looks [5] 586/8 586/10
586/12 589/7 593/12
lose [1] 636/23
lost [1] 597/23
lot [3] 578/25 597/18 634/21
loudly [1] 570/2
lower [11] 608/9 608/21
609/1 609/1 609/4 609/8
609/15 609/25 614/19
616/19 616/20
lumbar [1] 624/16
lunch [1] 569/3

machine [6] 593/11 611/10
611/12 611/14 634/5 634/5
machines [1] 579/1
Madam [1] 617/16
made [3] 586/24 594/2 620/8
mailed [1] 629/25
mainland [1] 571/23
majority [1] 626/4
make [14] 570/1 575/18
577/10 587/16 587/19
592/14 602/11 605/9 606/2
606/7 624/6 626/10 636/19
636/20
makers [1] 590/4
manage [3] 590/2 591/9
594/19
management [4] 573/14
573/16 573/17 577/1
manual [3] 585/23 623/13
628/21
many [3] 572/22 577/5 616/8
marked [1] 629/13
Martin [1] 567/15
mask [1] 618/13
matter [4] 627/17 634/16
635/14 641/14
matters [1] 635/21
may [12] 574/10 588/15
593/16 604/22 612/19
616/15 618/16 626/10 627/2
630/13 635/18 636/6
maybe [6] 596/8 605/12
609/1 627/25 633/23 640/5
MCD [1] 603/19
MD [5] 570/10 575/13 575/15
580/6 580/17
me [26] 576/12 583/20
584/25 585/20 585/20 586/9
587/1 587/4 587/16 599/6
605/11 606/5 612/6 617/19
620/1 620/1 629/1 632/24
633/23 637/15 637/15
637/20 637/23 638/7 638/13
640/15
mean [11] 601/20 602/25
620/14 620/16 620/22
621/18 626/20 631/22
633/13 636/5 637/12
means [3] 577/4 578/10
634/13
meant [1] 582/17
measure [1] 605/12
medical [40] 570/10 571/8
572/4 572/15 574/20 575/3
576/13 581/2 581/15 589/3
589/4 590/10 600/7 600/9
600/10 600/16 600/18
600/19 600/21 619/12
619/20 619/21 620/7 620/9
621/16 621/17 622/14
622/21 622/22 623/3 623/5
623/7 623/10 625/2 628/15
631/8 638/23 639/12 639/14
639/19
medically [2] 573/24 632/1
medicare [51] 570/17 570/19
571/7 571/18 573/24 579/21
579/23 580/2 580/3 580/5

649

medicare... [55] 580/8
580/10 580/13 580/16 581/5
581/6 581/12 581/16 581/23
582/7 582/21 583/1 584/20
585/8 585/9 585/22 587/12
589/7 589/10 589/13 590/3
590/14 590/16 590/20
590/21 591/2 591/3 591/6
591/22 592/2 593/22 594/3
594/7 594/10 594/18 595/16
596/23 597/9 598/3 598/13
598/17 599/14 600/17 602/2
602/20 603/17 604/14
604/19 607/11 607/14
607/20 619/1 622/24 634/4
639/14
medication [1] 615/3
medicine [22] 570/7 570/11
570/13 571/14 571/25
572/19 572/21 573/12
574/15 575/5 575/11 575/14
575/16 576/2 577/12 577/16
580/18 581/6 600/22 604/14
604/17 611/8
medium [1] 632/4
meet [5] 569/16 584/10
611/24 611/25 638/3
meeting [1] 596/12
Members [1] 617/17
mentioned [5] 594/25 616/18
625/4 628/9 628/23
mentions [1] 588/6
met [2] 619/21 620/23
Michael [1] 567/14
microphone [6] 583/4 606/3
606/8 618/10 618/12 633/1
middle [1] 586/16
MIERZWA [19] 568/10 618/1
618/4 618/20 618/22 618/23
623/24 624/9 625/16 627/24
629/18 630/18 631/13
631/21 632/6 633/7 634/8
635/3 635/23
might [7] 582/2 582/4 587/5
596/24 613/2 628/21 635/4
Mike [2] 569/15 611/23
mind [4] 587/10 608/12
633/1 637/19
minimum [1] 636/17
minute [1] 627/25
minutes [4] 617/15 627/25
634/11 635/4
missions [1] 591/4
misstates [1] 610/15
mistaken [3] 593/18 593/20
593/22
modifier [10] 595/4 595/5
595/6 595/10 595/11 596/20
597/7 598/23 599/5 599/8
modifiers [2] 596/8 598/20
moment [4] 588/15 608/13
612/19 635/3
moments [1] 631/5
Monday [2] 636/11 636/12
money [5] 591/8 591/13
591/19 620/23 620/24
month [2] 612/7 612/13
months [2] 606/21 614/17

605/9 605/12 608/13 620/22
620/24 627/25 634/11
637/22
morning [12] 634/13 634/15
634/16 634/24 635/10
635/21 636/11 636/12 637/7
637/21 640/2 641/7
most [2] 580/12 615/9
mother's [1] 577/25
motion [2] 637/3 639/2
move [3] 603/4 630/2 641/1
moved [2] 571/17 640/20
MR [2] 568/6 568/9
Mr. [27] 569/10 574/5 576/19
590/1 592/12 601/11 606/17
608/12 608/14 609/13
611/18 611/21 612/9 614/21
615/21 617/3 617/12 623/21
627/9 634/10 636/4 637/17
637/19 637/20 638/20
640/11 640/13
Mr. Bradley [1] 623/21
Mr. Cooke [4] 592/12 637/17
640/11 640/13
Mr. Gilchrist [6] 606/17
608/12 611/21 615/21 617/3
617/12
Mr. Gooding [1] 637/19
Mr. Gooding's [1] 638/20
Mr. Khouri [14] 569/10 574/5
576/19 590/1 601/11 608/14
609/13 611/18 612/9 614/21
627/9 634/10 636/4 637/20
MS [4] 568/5 568/8 568/11
633/4
Ms. [39] 569/5 573/18
573/20 576/23 600/2 601/2
603/11 603/24 604/11
609/19 617/23 618/1 618/16
618/20 618/23 623/16
623/24 624/6 624/9 625/9
625/10 625/16 626/16
627/24 628/6 629/12 629/15
629/18 630/18 631/12
631/13 631/21 632/6 633/7
634/8 635/3 635/16 635/23
639/3
Ms. Alice [1] 618/1
Ms. Mierzwa [15] 618/20
618/23 623/24 624/9 625/16
627/24 629/18 630/18
631/13 631/21 632/6 633/7
634/8 635/3 635/23
Ms. Simon [5] 569/5 617/23
618/16 626/16 628/6
Ms. Slater [12] 600/2 601/2
603/11 603/24 604/11
623/16 624/6 625/9 625/10
629/12 629/15 631/12
Ms. Willis [5] 573/18 573/20
609/19 635/16 639/3
Ms. Willis's [1] 576/23
MSN [1] 585/16
much [9] 577/11 596/12
608/20 610/2 612/14 612/15
621/11 634/20 638/8
muscle [1] 609/1
must [6] 584/7 584/8 584/9

my [37] 569/15 571/1 572/24
575/13 581/1 583/16 584/12
587/14 587/20 589/16 590/3
597/23 602/14 604/16 605/7
607/6 607/18 608/2 610/10
610/21 610/24 611/4 614/7
616/5 616/20 617/4 636/10
636/11 636/13 636/19
636/21 637/14 638/14
638/14 639/21 640/12
640/20
myself [1] 597/21

N
name [3] 569/15 606/15
618/21
national [3] 575/22 576/1
596/25
Navitus [7] 570/22 571/1
618/24 618/25 619/2 619/4
619/16
NCCI [2] 597/1 598/8
necessary [5] 573/24 602/5
632/1 639/12 640/9
necessity [3] 619/21 623/7
623/10
necktie [1] 592/11
need [10] 577/1 577/4
599/18 617/17 635/10
635/24 636/14 636/16
637/10 637/17
needed [1] 622/12
needle [5] 611/11 611/13
615/2 615/5 615/12
nerve [3] 583/19 610/3
624/16
nerves [3] 586/16 610/9
610/10
nestor [5] 567/21 567/23
641/17 641/17 641/19
neurolytic [1] 624/15
never [1] 573/3
new [3] 567/12 576/13
593/17
next [5] 583/21 617/24
631/12 632/6 633/5
nice [4] 596/12 611/24
611/25 618/10
no [48] 567/3 571/19 571/21
571/24 572/3 572/9 576/14
576/15 579/6 579/14 579/17
579/20 586/6 587/7 591/7
591/15 592/8 595/10 597/18
597/18 598/8 598/8 598/8
599/15 599/18 602/5 604/24
605/10 605/11 607/12
610/12 611/15 611/16 615/4
615/7 616/23 616/24 617/7
617/8 624/24 625/1 626/2
626/5 632/3 634/7 637/22
638/2 638/5
Nobody [1] 609/19
normal [2] 584/23 585/1
normally [1] 596/23
Northwest [2] 567/12 567/18
not [84] 572/6 572/9 573/24
576/25 577/5 581/5 581/6
581/9 582/4 582/24 582/24
584/1 584/5 584/23 585/1

586/9 587/14 587/25 588/7
589/16 590/20 592/7 592/10
592/17 592/23 593/9 594/9
594/13 594/22 595/2 595/12
595/14 596/1 596/2 597/5
597/11 597/13 598/10 601/3
601/8 601/15 602/3 602/4
602/5 602/20 603/6 604/9
604/16 607/25 609/14
610/24 614/15 615/25
616/13 617/1 620/18 621/10
623/10 624/25 626/3 626/4
626/5 626/17 626/19 626/20
626/23 627/10 628/18
631/25 632/2 632/18 635/13
636/11 636/24 638/8 638/10
638/11 638/18 639/14 641/3
note [2] 604/3 604/5
notebooks [2] 627/23 635/1
notes [1] 639/21
nothing [2] 605/6 630/7
notice [2] 585/11 585/17
noticed [1] 626/18
notification [1] 585/16
now [32] 570/6 572/12 573/6
576/11 577/16 579/7 579/21
581/22 588/11 588/13
590/16 594/2 599/20 600/4
600/21 603/14 603/20
604/13 606/5 606/8 607/17
607/23 610/3 612/1 612/18
614/2 615/22 622/6 634/14
635/7 635/17 636/25
number [3] 580/13 580/16
598/19
numbers [2] 598/24 598/25
numerical [2] 598/24 598/25
nurse [6] 619/7 619/8 619/10
619/14 619/19 620/2
NW [2] 567/22 641/18

O
O230T [1] 589/19
oath [5] 605/24 618/5 628/3
635/12 635/13
objection [22] 573/23 574/9
576/23 593/24 602/15
602/17 603/6 603/9 609/9
609/22 610/5 610/15 610/16
610/20 626/10 626/22
627/16 627/19 630/4 630/7
630/9 630/11
obligated [1] 591/2
observation [1] 608/25
obtain [1] 580/15
occasion [1] 620/5
occurred [1] 612/24
off [3] 596/20 635/9 638/22
offered [2] 582/7 602/3
office [5] 590/18 610/4
616/12 624/19 625/25
Official [2] 567/21 641/18
often [3] 590/20 612/7
612/12
oh [12] 579/1 585/18 587/3
592/20 594/8 599/1 599/8
601/8 601/8 601/9 606/5
636/10
okay [68] 571/20 572/4 573/6

okay... [65] 576/15 579/7
579/15 580/12 581/1 581/7
581/22 583/16 584/15
585/21 586/7 586/14 586/19
587/25 588/9 590/16 590/20
590/24 591/1 591/11 591/16
591/21 592/20 592/25 598/2
606/7 606/10 607/7 607/16
608/3 610/3 610/22 611/1
611/9 612/7 612/18 613/13
613/17 613/19 613/25 614/2
614/10 614/14 614/16
614/24 615/5 615/8 615/15
616/2 616/7 616/10 616/14
617/16 621/9 622/17 623/15
624/2 624/14 629/11 633/2
634/4 634/15 635/23 637/24
640/10
old [1] 578/21
older [2] 578/19 578/20
omitted [1] 586/20
once [3] 575/10 612/12
612/13
one [45] 569/15 570/17
571/3 573/13 573/14 574/4
577/20 580/12 583/10
583/16 585/3 585/8 585/9
588/14 588/24 589/25 591/1
591/22 594/24 594/25
595/12 596/9 596/9 599/3
599/5 603/7 605/2 608/12
611/7 611/23 616/25 618/10
618/11 624/9 625/4 625/16
632/7 634/4 635/3 636/21
638/11 640/10 640/17
640/19 641/4
ones [3] 579/1 584/21
585/10
only [8] 574/25 579/13
579/14 595/22 595/23 596/4
603/7 611/7
open [10] 574/8 577/8
602/16 605/18 609/21
617/11 627/20 630/10
636/12 636/17
opened [3] 637/8 638/8
640/2
opening [2] 638/16 639/3
opens [1] 638/24
opinion [1] 579/12
opinions [1] 601/24
order [6] 575/18 577/4
622/20 638/9 638/10 640/4
organization [1] 575/23
organizations [1] 579/15
osteopathic [1] 580/18
other [25] 578/1 578/2
578/17 580/8 582/4 582/8
586/2 591/8 595/8 595/9
596/7 607/7 610/20 610/22
610/23 611/8 613/20 618/11
622/12 630/7 631/24 632/24
636/21 640/16 640/17
our [11] 582/5 585/25 586/8
591/4 594/23 594/24 594/25
595/7 603/16 630/7 640/24
out [13] 575/3 579/23 580/4
580/5 582/18 582/24 588/18

632/10 640/12
outcome [1] 629/2
outliers [1] 621/7
outside [2] 573/23 627/12
over [9] 570/18 571/4 600/14
603/8 612/7 612/12 620/9
629/9 630/11
overrule [2] 602/15 627/18
overruled [7] 574/9 576/23
602/17 609/22 610/6 627/16
630/9

P

p.m [5] 567/5 569/1 628/4
635/6 641/8
page [9] 568/13 588/18
603/24 630/13 631/7 631/12
633/4 633/5 638/9
pages [1] 629/16
paid [11] 585/9 591/10 595/2
620/16 620/18 620/23
621/10 621/11 625/6 625/7
626/8
pain [15] 573/9 573/13
573/14 573/16 573/17
573/25 577/1 612/5 612/16
614/4 614/6 614/14 615/9
615/11 615/13
pants [1] 608/11
papers [1] 579/4
paravertebral [2] 583/19
624/15
parentheses [2] 583/23
588/22
part [14] 571/4 573/16 591/4
609/20 609/24 609/24
610/23 611/3 622/11 624/3
624/10 625/17 629/8 633/10
particular [4] 615/22 615/23
615/25 616/3
parts [2] 613/17 613/20
pass [2] 576/6 576/9
patient [9] 581/13 581/19
589/8 593/1 593/8 606/23
606/25 612/1 632/2
patient's [2] 584/20 632/5
patients [5] 571/9 571/18
582/22 582/23 619/14
pay [10] 581/16 588/25
590/14 590/22 595/13 596/8
596/23 597/18 597/19
604/20
paying [4] 584/24 585/3
597/13 634/19
payment [8] 581/18 581/22
590/16 591/16 591/18 595/8
595/12 600/15
pays [2] 594/3 599/11
peers [3] 621/8 621/8 621/24
people [4] 581/25 587/5
590/4 604/14
per [2] 599/11 612/7
percent [1] 632/5
PEREZ [1] 568/4
perform [9] 572/1 572/4
572/7 572/9 573/16 573/17
622/25 638/10 638/11
performed [11] 573/3 621/1
621/16 621/17 621/23 622/6

633/20
performing [2] 579/10 590/11
period [3] 575/4 627/15
627/18
person [6] 584/23 585/2
620/6 628/14 628/17 629/10
perspective [2] 609/15
639/10
phone [2] 576/20 620/9
phones [1] 587/16
physiatrist [6] 573/6 573/8
573/14 574/19 575/19 576/1
physiatrists [3] 579/8 579/13
579/14
physiatry [13] 574/14 575/6
575/9 575/20 576/3 576/6
576/12 576/17 577/3 577/3
577/11 579/16 579/19
physical [5] 573/12 574/15
575/11 575/16 576/2
physician [24] 569/20 570/15
571/7 572/19 573/2 573/8
575/10 576/6 580/5 580/6
580/11 580/17 581/11
581/12 581/14 581/16
582/20 585/15 585/19 587/6
600/11 628/15 628/16
628/21
physician's [1] 581/5
physicians [6] 582/18 589/11
590/9 593/16 604/17 604/20
picture [1] 613/25
place [1] 598/9
Plaintiff [1] 567/3
plan [1] 636/12
planning [1] 640/10
pleadings [1] 639/21
please [17] 576/20 588/11
597/24 603/25 605/21
609/10 612/10 617/25 618/2
623/16 624/7 625/10 625/14
627/23 629/12 633/4 635/1
pleasure [2] 569/16 596/15
Plexiglas [5] 570/6 605/8
605/9 617/5 617/6
plus [1] 593/6
PMR [2] 576/6 576/10
point [8] 575/18 576/25
577/10 607/13 608/4 608/18
616/22 626/12
pointed [1] 609/25
pointing [1] 608/8
policy [5] 581/23 582/2 582/7
583/1 583/9
portion [2] 591/14 624/7
position [1] 608/13
possible [1] 636/9
possibly [1] 638/5
posterior [1] 608/8
practice [17] 569/22 570/7
571/8 571/12 571/14 571/25
572/21 572/23 575/5 573/13
577/13 581/6 581/14 587/15
604/14 604/17 629/10
practicing [2] 580/19 581/2
practitioner [1] 581/11
practitioners [2] 580/11
603/15

prejudiced [1] 626/21
preliminary [6] 635/21 637/5
637/14 638/7 638/14 638/15
prep [1] 636/4
prepared [3] 636/14 636/17
637/11
prepares [1] 589/2
presence [2] 605/8 617/5
presume [1] 570/10
presuming [1] 592/2
pretty [5] 578/20 608/6
608/20 610/2 612/14
previous [1] 632/4
primarily [1] 582/17
primary [2] 570/15 571/7
print [1] 600/15
printed [3] 586/3 586/8 600/8
prior [6] 571/6 613/6 619/6
620/1 630/7 632/2
private [1] 571/8 571/12
587/14
probably [4] 612/24 614/17
621/1 636/25
probe [1] 574/5
problem [2] 607/9 612/14
problematic [1] 602/14
problems [3] 607/6 607/7
616/4
procedural [2] 623/13 633/16
procedure [17] 592/6 592/10
592/19 592/23 593/2 595/15
596/6 596/8 597/10 597/11
597/19 598/18 599/2 624/14
626/6 633/17 634/1
procedures [4] 597/6 610/4
622/25 631/19
proceed [2] 574/10 618/16
proceedings [2] 569/1 641/13
process [3] 594/21 619/24
620/3
processing [3] 591/10 591/18
598/3
produce [1] 585/2
product [1] 585/2
professional [1] 579/15
proffered [1] 639/1
program [6] 572/17 575/19
581/24 582/21 591/9 607/14
programmed [1] 594/16
programs [8] 575/12 575/22
575/23 576/4 576/5 576/16
577/14 621/6
prohibit [1] 584/2
promulgated [2] 582/11
602/13
proper [4] 580/15 589/13
593/2 596/9
properly [4] 582/18 594/9
594/10 594/13
propriety [1] 573/25
protocols [3] 605/8 605/15
617/4
provide [5] 597/1 598/22
604/8 604/19 604/19
provided [6] 571/8 589/11
589/14 620/9 620/11 634/3
provider [14] 580/3 580/4
580/8 580/13 590/22 597/7

650

**P**

provider... [8] 598/16 598/18 599/13 599/17 620/5 620/10 620/22 623/5
provider's [1] 590/17
providers [8] 580/22 604/6 619/20 620/5 620/25 621/3 621/7 622/24
provides [2] 581/24 598/20
provisions [2] 582/25 583/9
psychiatrist [1] 580/9
public [1] 582/15
publications [1] 582/17
publish [2] 603/11 623/20
published [6] 582/14 582/20 585/22 585/24 586/5 586/19
Puerto [10] 571/9 571/10 571/12 571/15 571/21 571/25 572/4 572/12 572/16 580/24
pull [7] 583/3 583/4 583/6 600/2 618/10 623/16 625/10
pulled [1] 634/1
punctured [2] 615/2 615/6
purpose [4] 579/9 579/10 621/9 625/4
purposes [2] 578/11 625/5
put [5] 586/22 633/23 633/25 639/3 639/8
putting [2] 636/13 639/25

**Q**

qualified [2] 581/16 609/14
quarter [2] 612/13 612/14
question [16] 576/12 583/16 584/12 584/25 589/16 590/3 590/14 597/24 598/14 602/11 605/2 609/24 614/22 616/17 616/25 634/4
questioning [3] 573/22 597/15 639/18
questions [9] 569/17 577/4 577/5 579/21 604/24 611/16 616/24 636/4 640/13
quick [1] 605/2
quite [4] 610/25 610/25 613/2 616/4

**R**

raise [5] 569/25 605/22 617/19 618/3 638/20
raised [3] 638/17 639/8 639/23
raises [1] 584/19
ray [2] 578/19 578/20
RB [1] 594/19
read [4] 638/9 638/12 640/17 641/3
readily [2] 603/16 603/17
reads [1] 599/8
ready [2] 617/24 640/23
really [4] 590/3 610/24 611/7 616/4
realm [1] 639/18
rear [2] 608/8 609/2
rearrange [1] 640/21
reason [3] 592/8 593/14 630/25
reasonable [3] 602/5 627/25

reasons [6] 631/18 631/24 632/15 632/17 632/23 640/19
rebuttal [2] 639/4 639/25
recall [5] 597/15 611/15 615/2 615/7 615/8
receive [7] 585/12 585/16 585/17 591/14 591/16 591/18 622/17
received [10] 585/19 603/10 613/7 613/20 622/21 622/22 623/3 624/18 630/12 632/2
receives [1] 591/5
receiving [1] 616/13
recess [1] 628/5
recognize [3] 585/18 598/15 601/5
recollection [2] 607/21 612/23
record [6] 606/15 608/7 609/3 616/10 635/8 635/9
records [10] 619/20 620/4 620/8 620/9 622/21 622/22 623/3 623/5 623/7 625/2
RECROSS [1] 568/2
redirect [5] 568/2 596/17 596/18 615/17 615/19
redirected [1] 615/5
reduced [1] 620/13
refer [1] 604/6
reference [2] 586/4 587/19
referred [1] 612/15
referring [1] 614/8
reflect [2] 608/7 608/24
regarding [6] 570/18 594/25 599/21 603/21 617/4 626/7
region [1] 609/2
regulate [2] 581/5 581/6
regulated [3] 580/24 581/1 590/10
regulates [1] 580/21
regulations [2] 582/11 582/14
regulatory [1] 581/4
rehabilitation [1] 573/12 574/15 575/11 575/16 576/2
reject [1] 594/11 594/13 596/24
rejected [2] 594/9 594/24
rejects [1] 594/7
relate [3] 622/1 622/3 631/13
related [6] 592/9 597/11 602/20 617/1 624/4 627/11
relatively [1] 576/13
relevance [1] 603/7
relevant [5] 626/23 627/9 627/17 627/18 638/24
relief [1] 616/6
remain [1] 628/2
remember [20] 598/2 599/22 603/20 613/2 613/3 613/10 613/24 614/19 615/21 615/22 615/23 615/24 615/25 616/2 616/4 616/9 616/11 616/12 634/1 638/22
reminded [1] 604/6
renal [3] 578/2 593/5 593/10
repeat [5] 584/25 597/21 597/24 598/14 632/24

reporter [1] 567/21 574/24 578/13 589/21 597/20 617/16 618/14 641/18
reporting [1] 631/1
represents [2] 583/12 584/9
reprimanded [1] 638/22
request [3] 588/13 620/6 622/14
requesting [1] 623/6
require [2] 584/14 584/16
required [5] 584/3 584/5 584/13 622/24 633/14
requirements [11] 582/5 623/12 624/20 624/23 626/1 627/5 633/16 633/16 633/17 633/21 634/1
requires [4] 584/10 591/23 596/22 597/8
research [1] 579/3
reserved [1] 600/8
residency [15] 570/11 572/7 572/12 572/14 572/24 575/4 575/8 575/19 575/22 575/23 576/3 576/16 577/11 577/12 577/14
respect [1] 595/4
rest [3] 587/25 588/1 602/9
rests [1] 636/15
results [3] 621/2 629/5 629/23
resume [1] 635/11
review [42] 599/18 619/7 619/8 619/19 619/20 619/25 620/2 620/3 620/4 620/25 621/3 621/10 621/16 621/17 621/22 622/6 622/9 622/11 622/13 622/20 622/22 623/12 624/3 624/10 625/5 625/6 625/17 627/6 627/8 628/10 628/12 629/5 629/6 629/8 629/21 629/23 630/23 631/8 631/16 639/20 639/21 639/21
reviewed [6] 623/5 624/3 624/9 625/3 625/17 625/24
reviews [1] 619/22
Rico [10] 571/9 571/10 571/12 571/15 571/21 571/25 572/4 572/12 572/16 580/24
right [90] 569/5 569/9 570/4 570/19 571/14 571/22 572/12 573/9 574/9 576/19 577/7 577/13 577/16 578/3 578/7 579/23 580/4 580/6 580/14 580/22 580/24 581/20 581/21 581/23 582/4 582/14 582/15 582/22 582/23 583/11 583/20 584/6 584/12 584/21 585/9 587/8 587/10 587/12 587/12 588/14 589/5 589/12 590/1 590/5 590/7 590/12 590/14 591/3 592/4 592/9 592/12 593/9 593/18 593/23 594/10 594/11 594/17 595/17 596/10 596/12 598/21 599/3 600/6 603/8 604/25 605/20

reported [2] 587/22 598/7
reporter [8] 608/6 608/18 608/21 609/11 611/2 611/17 612/2 612/5 612/16 613/25 615/13 615/17 616/25 634/12 635/7 636/2 639/20 641/6
right-hand [1] 608/21
rights [2] 600/8 600/14
river [1] 578/6
RMR [1] 567/21 641/17
role [4] 619/4 619/6 619/8 619/18
rolled [1] 613/12
rotator [2] 610/24 611/1 616/5
Rubin [1] 567/17
rule [1] 582/24
rules [5] 572/15 597/1 598/8 598/9 640/5
run [2] 621/6 637/23

**S**

sacral [1] 624/17
safer [1] 605/15
said [12] 572/10 589/17 592/15 617/14 620/18 620/21 623/2 623/24 624/2 636/25 637/5 639/19
same [18] 572/18 575/12 588/4 588/5 592/2 592/4 592/9 592/10 592/12 596/22 597/4 611/10 611/13 625/13 622/25 627/14 627/14 632/23
satisfy [2] 624/22 626/1
save [1] 588/1
saw [1] 607/23
say [17] 578/22 587/7 594/15 594/20 598/21 599/1 600/17 604/5 606/15 608/3 609/20 614/3 616/2 620/11 620/15 621/9 621/17
saying [4] 609/19 616/10 626/22 636/24
says [10] 583/23 584/18 586/14 589/23 600/5 602/4 604/1 631/7 631/10 633/7
SCHAENING [1] 568/4
SCHAENING-PEREZ [1] 568/4
schedule [1] 640/20
scholarly [1] 579/4
school [6] 570/10 572/4 574/20 575/3 585/6 606/20
scope [5] 573/23 576/24 577/2 581/11 581/19
screen [3] 589/24 613/9 613/25
scroll [1] 629/15
scrum [1] 638/3
seated [1] 628/2
second [3] 601/16 626/5 630/13
section [4] 631/7 631/13 631/15 632/6
Security [2] 582/6 582/9
see [24] 571/18 578/5 583/24 584/5 598/24 600/4 601/9 602/14 608/24 609/19

**S**

see... [14] 612/7 612/10
613/3 613/6 614/22 617/4
618/14 629/18 630/18 631/7
633/7 634/18 634/24 641/6
seeing [4] 607/5 607/7
607/10 612/4
seek [1] 601/17
seem [1] 639/4
seen [1] 586/1
selected [4] 620/25 621/3
621/22 630/22
send [2] 628/16 628/21
sense [1] 592/14
sent [2] 628/11 633/25
separate [2] 595/14 597/5
separately [4] 595/11 595/15
597/10 598/21
September [1] 567/4
service [22] 583/13 584/8
584/9 584/24 585/12 585/17
585/19 586/23 586/24
586/25 587/20 589/14 592/2
595/11 596/9 598/20 599/3
599/5 599/6 599/11 606/22
632/22
services [23] 571/9 581/10
581/16 582/12 582/19
582/21 585/9 594/8 595/14
595/15 598/19 598/22 599/2
599/4 602/5 602/20 603/17
604/8 604/17 631/25 632/1
632/18 632/21
Session [1] 567/6
set [3] 588/5 631/15 632/10
seven [1] 627/25
several [2] 614/17 616/5
Shaening [3] 569/4 601/5
602/19
she [6] 574/25 574/25 585/8
602/8 627/6 627/7
she's [1] 627/7
short [4] 585/17 586/21
588/6 603/21
shortly [1] 635/11
shot [1] 583/22
shots [6] 607/23 608/1
610/13 610/18 610/20
610/23
should [16] 580/15 587/18
593/3 596/2 596/2 597/5
600/17 601/13 617/21
620/13 621/10 621/11 625/6
626/8 630/16 641/3
shoulder [1] 611/4
shouldn't [2] 598/6 640/17
show [3] 601/2 608/3 629/12
showing [2] 601/5 632/4
side [3] 608/22 617/5 641/4
sidebar [8] 573/19 576/22
601/10 605/5 609/12 617/2
626/11 630/6
significant [1] 621/25
silent [1] 587/17
similar [1] 613/20
Simon [7] 567/11 568/11
569/5 617/23 618/16 626/16
628/6
simple [1] 583/15

simply [1] 626/9
since [5] 571/17 572/23
572/24 572/25 619/3
sincere [1] 605/16
single [2] 595/12 624/17
sir [8] 569/16 570/15 573/6
605/21 606/1 611/24 614/6
615/15
six [3] 605/13 629/16 634/11
skin [3] 615/3 615/6 615/12
Slater [13] 600/2 601/2
603/11 603/24 604/11
623/16 624/6 625/9 625/10
629/12 629/15 631/12 633/4
slowly [3] 569/18 570/1
597/22
so [94] 569/18 569/20 570/1
571/20 571/25 572/21 573/1
574/6 574/14 574/20 574/24
576/1 576/8 578/9 578/10
581/7 582/7 582/15 582/18
582/20 582/25 583/9 584/9
584/12 585/7 585/18 586/5
586/14 586/21 586/23
586/24 587/12 587/18
587/20 589/10 589/22
591/21 592/20 593/6 593/9
594/10 595/2 595/5 595/6
595/12 595/16 596/3 597/2
597/3 597/7 597/23 598/24
599/7 600/9 600/10 600/14
600/14 600/15 602/15
605/14 606/3 607/17 609/3
609/17 611/5 612/15 613/6
613/25 615/9 616/2 616/10
616/10 618/11 618/13
618/13 623/13 624/2 626/7
627/18 628/19 634/14
634/20 634/21 634/23
635/22 636/8 636/11 636/16
636/23 638/8 638/24 639/16
640/2 641/2
social [3] 580/9 582/6 582/9
Solutions [4] 570/22 571/2
618/24 618/25
some [27] 576/9 576/9
579/21 580/8 582/25 586/2
587/4 589/11 593/15 594/7
598/3 598/8 598/9 607/13
613/12 619/18 622/15 624/2
628/11 628/21 632/1 632/23
633/16 633/22 634/2 636/4
638/18
somebody [1] 577/10
somehow [1] 602/12
something [12] 584/8 585/25
586/9 593/10 594/10 596/5
605/14 613/7 615/10 638/1
638/4 639/13
sometimes [2] 628/19 640/16
somewhere [1] 586/3
sono [2] 595/25 597/4
sono-guided [2] 595/25
597/4
sorry [13] 571/10 575/1
576/19 578/9 579/9 580/3
581/17 585/5 589/22 593/22
597/22 608/4 620/21
sort [5] 575/12 582/2 593/17

source [1] 600/5
speak [4] 570/1 570/2 612/9
627/2
speaking [6] 569/18 606/2
606/7 618/10 618/12 627/7
specialist [2] 573/25 619/5
specialize [1] 576/16
specialized [1] 577/14
specializes [3] 573/8 573/15
575/9
specially [1] 594/16
specialty [7] 573/17 575/6
575/12 575/13 575/17 576/7
576/8
specific [3] 616/8 616/11
616/13
specifically [1] 627/5
specificity [1] 587/18
spell [2] 606/15 618/20
spinal [30] 572/1 572/5 572/6
572/6 572/8 572/9 572/9
572/10 573/4 579/10 583/10
583/17 586/16 592/16
592/17 592/23 593/14
595/20 595/22 595/23
596/22 597/8 599/9 616/21
622/1 622/3 622/8 624/4
631/4 632/8
spine [2] 607/24 614/19
split [1] 571/1
spoke [1] 598/8
spondyloarthritis [1] 599/10
spondylosis [1] 593/16
stand [2] 608/4 635/13
standard [1] 600/22
start [10] 569/17 578/17
579/22 607/5 622/8 634/14
634/15 636/13 637/1 640/8
started [6] 571/6 578/17
607/7 607/10 619/16 639/15
starting [2] 596/20 620/1
state [11] 580/18 580/21
581/9 581/10 581/14 581/14
590/10 618/20 630/22
632/13 633/17
stated [4] 603/6 630/25
631/24 632/23
statement [2] 594/2 604/16
states [15] 567/1 567/2
567/9 567/12 569/22 569/23
570/8 572/20 576/16 579/8
584/3 591/8 591/17 600/10
600/11
statistically [1] 621/24
statutes [2] 602/3 602/6
step [2] 608/15 635/17
still [7] 628/2 631/13 635/12
635/13 635/13 635/24
635/25
stipulate [1] 640/6
stomach [1] 578/6
stop [3] 602/13 617/14
626/14
store [1] 585/1
Street [1] 635/5
struck [1] 638/22
subject [2] 627/17 635/14
submit [2] 622/14 630/8

something [20] 619/20 620/4
620/8 623/9 625/24 628/11
subscribe [1] 579/18
substance [2] 613/12 613/13
suggest [1] 640/8
Suite [2] 567/15 567/19
summary [1] 629/7
superior [1] 579/1
supermarket [1] 585/5
support [2] 620/7 623/7
623/10 631/25 632/2 632/19
632/22
supporting [1] 622/25
supposed [1] 588/24
sure [17] 576/21 577/16
582/25 585/24 586/3 587/16
587/19 605/3 606/2 606/8
610/24 614/15 626/17
636/19 636/21 640/7 640/15
survey [3] 605/4 605/7 617/4
sustained [2] 593/25 610/16
sworn [2] 605/24 618/5
symptoms [1] 632/5
system [18] 585/25 586/8
586/23 594/12 594/13
594/15 594/18 594/18
594/21 594/24 595/7 595/10
596/24 597/13 597/17
598/10 598/15 600/12

**T**

tad [1] 612/24
take [9] 588/10 618/13
627/21 627/24 629/16
638/14 639/1 639/1 640/12
taken [3] 585/25 617/21
628/5
takes [1] 574/17
taking [2] 617/3 632/6
talk [4] 579/18 597/22
609/14 609/18
talked [5] 597/12 597/13
599/20 604/13 640/11
talking [12] 572/2 573/4
574/14 578/10 579/12
581/18 592/17 593/11
594/15 598/2 622/6 638/1
talks [1] 588/22
tammy [5] 567/21 567/23
641/17 641/17 641/19
TANYA [1] 567/8
tap [2] 572/6 572/10
taps [1] 572/9
teaching [1] 576/5
tear [2] 610/24 616/5
technique [2] 581/7 581/8
techniques [1] 579/19
technologically [1] 634/20
technologies [1] 578/21
technology [2] 578/23 579/5
telephone [1] 629/9
tell [7] 595/10 610/8 610/13
611/5 637/15 639/22 640/18
telling [1] 597/9
tells [3] 595/7 598/19 599/6
ten [1] 628/1
tennis [2] 616/5 616/18
terminology [2] 620/15
623/13
territory [2] 572/16 580/24

test [1] 593/5
testified [3] 588/2 605/25 618/6
testifying [3] 573/23 605/9 617/6
testimony [11] 574/3 605/1 605/7 610/15 617/1 626/18 626/24 627/17 628/9 635/11 635/14
than [12] 577/11 578/20 591/8 596/9 602/1 605/12 610/22 621/8 630/7 634/11 637/23 640/24
thank [38] 569/9 570/4 574/7 574/12 584/17 587/17 588/12 596/12 596/14 596/16 604/11 604/24 604/25 605/17 606/8 606/22 608/23 611/17 612/21 615/15 615/16 617/10 617/12 618/17 623/22 625/9 627/21 628/7 631/24 632/6 633/3 634/8 634/9 634/20 635/15 636/2 640/22 641/6
that [348] 569/18 569/18 569/21 570/2 570/14 570/18 570/20 570/22 570/23 570/25 571/5 571/6 571/12 572/1 572/14 572/15 572/17 572/19 572/25 573/1 573/4 573/5 573/8 573/11 573/13 573/14 574/1 575/1 575/9 575/25 576/2 576/4 576/16 576/25 577/1 577/10 578/2 578/6 578/6 578/12 578/25 579/18 579/25 580/2 580/10 580/13 580/17 580/21 581/4 581/12 581/19 581/24 581/25 582/2 582/3 582/11 582/15 582/22 583/9 583/12 583/14 583/18 583/22 583/24 584/1 584/3 584/3 584/7 584/8 584/9 584/12 585/5 585/11 585/12 585/12 585/14 585/17 585/18 585/20 585/24 585/25 586/1 586/2 586/3 586/9 586/22 587/1 587/4 587/4 587/14 587/15 587/18 587/20 588/2 588/2 588/6 588/7 588/10 588/24 589/10 589/14 589/14 589/18 589/19 590/9 591/1 591/4 591/16 591/18 591/22 591/23 592/2 592/3 592/7 592/15 593/1 593/10 593/12 593/13 593/15 593/16 594/7 594/8 594/8 594/12 594/13 594/13 594/16 594/22 594/25 595/7 595/14 595/24 595/25 596/1 596/2 596/3 596/4 596/5 596/5 596/6 596/22 597/1 597/3 597/8 597/10 597/15 597/18 597/22 597/23 598/3 598/6 598/6 598/8 598/9 598/9 598/12 598/15 598/16 598/18 598/19 598/22 599/3

599/17 599/18 599/22 600/2 600/5 600/5 600/11 601/14 601/21 601/24 602/5 602/6 602/9 602/11 602/13 602/20 602/23 602/23 602/24 604/8 604/15 604/15 604/16 606/4 607/2 607/7 607/16 607/25 608/7 608/24 609/4 609/8 609/18 609/20 609/24 609/25 610/8 610/25 611/3 611/7 611/9 611/15 612/5 612/15 612/23 612/23 613/7 613/7 613/8 613/8 613/9 613/10 613/13 613/20 614/18 614/19 615/2 615/5 615/7 615/24 616/1 616/2 616/3 616/6 616/9 616/17 616/22 617/20 619/6 619/6 619/16 619/24 620/4 620/7 620/10 620/15 620/16 620/22 620/23 621/6 621/9 621/20 622/6 622/6 622/11 622/12 622/17 622/22 622/25 623/2 623/3 623/6 623/7 623/8 623/9 623/20 623/24 623/25 624/2 624/2 624/9 624/10 624/20 625/1 625/2 625/4 625/16 626/6 626/22 627/6 627/7 628/1 628/10 628/12 628/14 628/16 628/19 628/23 628/24 629/2 629/4 629/5 629/8 629/20 629/23 631/7 631/10 631/22 632/2 632/3 632/13 632/19 632/23 633/17 633/25 634/2 634/4 635/12 635/13 635/23 636/6 636/15 636/16 636/21 637/1 637/6 637/8 637/10 637/11 638/8 638/9 638/10 638/15 638/17 638/19 638/20 638/21 638/24 638/24 639/4 639/4 639/10 639/11 639/12 639/17 639/22 640/1 640/5 640/8 640/8 640/16 640/17 640/18 640/23 640/25 641/3 641/4 641/12
that's [28] 570/13 570/21 573/2 573/12 575/8 577/22 578/20 581/8 581/21 582/7 584/24 585/2 585/14 589/10 589/16 589/19 589/24 591/13 593/17 600/1 612/4 625/19 626/17 629/13 632/19 638/12 639/15 639/25
their [18] 573/16 575/6 575/10 575/12 575/15 577/15 577/25 582/19 585/16 590/10 590/10 590/22 602/25 603/1 604/7 620/6 621/8 621/8
them [7] 582/15 588/11 593/13 632/23 632/24 635/2 640/18
then [19] 575/3 575/8 575/15 576/6 576/10 577/1 584/18 592/6 592/18 593/10 599/1

617/16 623/2 623/4 634/12 638/20
there [39] 577/14 578/13 583/5 584/6 587/8 589/21 590/9 590/9 591/23 593/1 593/9 593/15 597/18 597/20 597/23 598/8 598/10 599/13 599/16 600/5 602/9 604/3 608/18 611/10 611/12 611/13 611/13 625/1 625/22 626/4 626/4 626/5 626/15 625/5 629/9 631/24 632/3 639/11 639/23
there's [16] 585/12 586/1 586/22 588/1 592/1 592/8 595/15 597/1 602/5 603/18 605/8 621/6 623/13 636/24 638/3 638/4
therefore [1] 574/5
these [24] 572/6 574/4 574/6 575/22 582/14 583/18 586/21 588/24 590/11 591/22 594/21 595/12 595/14 601/24 602/6 602/12 612/8 612/12 614/4 627/5 632/11 632/15 633/21 634/1 635/12 641/12 634/1 634/5 637/12 638/9 639/15 640/23 641/1
thing [2] 625/13 640/11
things [25] 573/13 573/14 578/1 578/2 580/12 582/3 582/3 582/4 582/8 582/8 582/23 585/20 589/7 591/1 595/14 596/23 598/6 598/15 600/23 616/6 618/9 619/18 640/13 640/16 640/25
think [34] 574/5 574/14 579/25 589/17 592/3 593/13 601/12 601/19 601/20 601/20 602/1 602/3 602/9 605/12 605/15 607/17 613/2 613/11 620/18 627/9 627/16 627/17 629/15 634/10 636/8 636/9 637/16 637/22 638/10 639/6 639/16 639/17 639/23
thinking [4] 609/4 636/6 637/10 639/15
Third [1] 635/5
this [86] 570/18 573/4 573/22

577/6 583/9 583/12 584/1 585/19 585/19 585/19 585/22 586/2 586/4 586/5 586/19 587/5 588/18 589/25 594/19 595/7 595/8 595/8 595/9 595/11 595/15 596/20 591/1 599/2 599/8 600/8 600/12 601/3 601/17 601/25 603/3 603/4 604/8 605/6 608/4 609/14 609/24 617/19 623/12 623/18 624/3 624/7 624/9 624/14 624/20 624/23 625/11 625/16 625/21 625/22 625/25 626/1 626/12 626/22 626/24 627/6 629/18 629/20 629/23 629/25 630/2 630/13 631/12 631/15 632/7 632/20 633/5 633/10 633/11 633/25 634/2 635/7 635/7 637/12 638/9 639/15 640/23 641/1
thoracic [1] 583/23
those [28] 572/5 573/1 578/17 582/17 582/23 582/25 583/10 583/17 594/16 598/9 598/12 598/16 598/24 600/16 613/6 613/19 613/22 613/24 614/2 615/25 622/1 626/7 628/16 628/24 629/2 631/4 631/18 632/17
though [2] 582/22 593/22
thought [2] 597/23 626/12
thoughts [5] 637/14 637/20 638/7 638/14 638/15
three [5] 572/24 575/13 616/20 619/9 638/5
through [13] 570/6 572/23 578/6 578/19 585/6 603/16 603/17 617/22 620/10 629/15 635/15 638/17
Thursday [1] 567/4
tie [1] 592/11
time [28] 570/25 571/1 571/6 573/2 575/4 588/1 592/4 592/9 592/12 596/22 597/4 603/4 607/10 608/13 611/9 611/10 611/13 612/4 613/7 615/9 615/14 627/14 627/18 628/1 630/2 635/24 636/23 639/5
today [2] 569/8 634/19
together [2] 633/23 633/25
tomography [2] 631/20 631/21
tomorrow [13] 634/13 634/14 634/15 634/17 634/21 634/24 635/4 635/10 636/7 636/16 638/1 638/1 641/6
too [3] 578/2 616/8 640/18
tool [1] 578/12
top [11] 603/25 608/8 608/10 608/10 608/25 609/1 609/5 609/8 610/1 631/12 633/7
towards [1] 608/9
town [1] 636/18
tract [1] 578/3
training [4] 575/6 575/16 619/5 619/10

654

**T**

transcript [2] 567/8 637/7
transcription [1] 641/13
transforaminal [4] 589/20 589/22 595/23 599/9
transition [1] 607/13
transmission [1] 590/17
transmitted [1] 591/21
treated [3] 616/1 626/5 632/19
treating [1] 619/14
treatment [2] 616/13 632/3
tremendously [1] 612/6
trial [3] 567/8 626/20 641/8
trials [2] 638/5 638/5
triggers [1] 590/16
true [12] 576/3 577/22 577/23 581/5 584/24 588/20 588/21 590/18 590/19 590/21 594/7 638/21
trust [6] 591/3 591/6 591/19 594/3 594/5 594/6
truthful [1] 599/14
try [2] 582/18 597/22
trying [3] 575/18 577/10 617/22
TSC [1] 567/3
turn [1] 603/24
turning [1] 585/7
two [15] 569/8 578/17 595/12 595/14 597/5 599/2 599/4 603/3 613/19 613/22 615/22 617/14 618/9 628/23 636/20
type [9] 572/1 572/6 573/3 576/13 580/8 593/12 594/19 594/22 621/4
types [5] 574/6 575/23 577/17 578/17 594/16
typically [1] 621/7

**U**

U.S [2] 572/16 606/20
uh [5] 573/10 574/21 574/25 587/11 587/11
uh-huh [3] 573/10 574/21 574/25
Uh-uh [1] 587/11
ultrasound [37] 577/20 577/24 578/10 578/16 578/17 578/20 578/23 579/1 579/5 584/2 587/22 588/23 589/11 589/14 589/23 590/11 591/23 592/1 592/3 592/5 592/8 592/8 592/15 592/18 592/22 593/4 593/4 593/13 593/16 596/1 596/21 597/7 597/10 613/15 638/17 639/11 639/17
ultrasounds [3] 578/2 578/5 613/20
unbundle [1] 595/16
unbundling [1] 596/21
under [13] 581/19 582/6 588/22 588/23 589/11 589/23 591/2 600/4 615/12 628/3 633/18 635/12 635/13
undergoing [1] 612/16
underlying [1] 599/17

**586/14**

understand [4] 569/19 586/25 609/17 627/10
understanding [1] 573/1
understands [1] 595/5
UNITED [12] 567/1 567/2 567/9 567/12 569/23 570/7 572/19 576/16 579/8 591/8 591/17 600/11
University [1] 572/17
unless [1] 612/14
unlisted [1] 596/2
unrelated [3] 592/21 596/5 597/6
unsophisticated [1] 578/9
until [4] 576/9 617/16 617/18 634/16
unusual [2] 631/1 640/23
up [22] 569/10 581/8 581/9 581/14 581/19 582/23 583/3 583/6 588/14 599/4 600/2 601/8 603/25 608/4 612/9 613/9 613/25 623/16 625/10 628/1 635/1 640/20
upcoded [3] 620/14 620/21 620/22
upon [1] 582/11
upper [2] 586/16 611/3
urinary [1] 578/3
us [5] 598/19 620/15 634/14 637/25 639/18
use [14] 577/24 585/5 585/14 585/15 585/17 588/24 588/24 589/23 592/15 592/22 595/10 598/23 599/5 639/11
used [8] 585/11 587/24 593/13 611/10 611/12 611/14 623/24 626/6
uses [2] 597/7 602/2
using [4] 586/16 592/3 598/18 634/5
Usual [1] 595/13
usually [2] 585/4 595/12
utilized [1] 625/2
utilizing [2] 585/8 585/9

**V**

variety [1] 621/6
various [3] 575/23 576/15 581/14
verbal [1] 629/9
verdict [1] 640/14
verify [3] 586/9 586/10 586/12
version [3] 623/14 623/24 640/7
versus [3] 597/19 598/25 639/17
very [5] 577/11 579/22 587/15 596/12 634/20
view [1] 602/14
visiting [1] 616/6
visits [2] 616/3 616/11
vs [1] 567/4

**W**

wait [5] 607/18 626/14 626/14 626/14 626/14

**want [11]** 579/22 601/8
608/16 614/3 626/14 632/24 636/16 636/23 638/19 640/7 640/15
wants [2] 580/3 581/14
warning [1] 637/25
was [115] 571/12 572/12 573/19 574/8 576/22 577/8 578/13 585/24 585/25 586/3 586/3 586/7 586/25 587/15 587/9 587/20 589/14 589/21 590/3 592/3 592/17 593/7 597/10 597/20 598/21 598/21 599/2 599/3 599/4 599/5 599/6 599/8 599/8 600/8 601/10 602/16 604/16 605/5 605/14 605/18 605/24 606/20 607/16 607/17 607/18 609/4 609/4 609/12 609/21 610/8 611/10 611/11 611/12 611/13 611/13 612/5 613/9 613/13 613/13 613/19 614/6 614/18 615/5 615/6 616/1 617/2 617/11 617/20 618/5 619/6 619/16 619/21 620/4 620/10 621/1 621/4 621/20 621/22 623/6 623/9 623/9 625/1 625/2 626/4 626/5 626/6 626/7 626/11 626/12 626/18 627/20 628/5 628/14 628/19 629/1 629/4 629/5 629/6 629/9 629/25 630/6 630/10 630/22 632/3 632/19 634/2 635/25 638/18 638/21 638/22 638/23 639/11 640/20
Washington [5] 567/4 567/13 567/19 567/22 641/19
Washington, [1] 606/18
Washington, D.C [1] 606/18
wasn't [2] 634/5 639/12
waste [1] 636/16
watered [2] 640/6 640/7
way [5] 575/12 585/6 633/24 638/12 640/25
ways [1] 638/18
we [65] 569/7 572/1 572/16 573/4 573/22 574/14 581/17 585/13 585/17 586/20 587/16 591/10 591/18 594/8 595/6 596/4 596/8 597/12 599/18 599/24 599/24 601/5 604/16 604/17 608/16 614/22 617/14 617/18 617/22 622/17 623/16 623/20 624/6 625/10 625/13 626/17 627/21 627/24 628/18 628/19 628/21 628/23 629/12 630/2 630/13 631/5 632/8 633/4 634/12 634/14 634/15 634/16 634/16 634/21 636/6 636/15 636/24 636/25 637/1 638/4 638/8 639/7 640/23 640/24
we're [1] 569/5
We've [1] 569/8

**bearing [1]** 592/11
website [2] 603/16 603/18
well [12] 579/10 587/1 596/6 602/8 602/10 607/3 607/7 614/11 628/12 630/18 632/18 634/20
went [10] 606/20 607/2 613/6 613/9 615/2 615/12 615/13 615/13 634/20 639/13
were [43] 569/5 569/7 571/15 574/14 586/24 594/13 596/21 599/24 606/23 606/25 607/9 607/20 610/13 612/1 612/16 614/4 619/22 620/2 620/4 620/7 620/25 621/3 622/11 622/21 623/12 625/7 626/4 628/10 628/24 629/2 629/8 631/4 631/16 631/18 631/19 632/4 632/11 632/15 632/17 638/18 632/21 632/23 634/1
what [69] 570/13 573/6 573/23 574/17 577/3 577/3 577/10 577/11 577/24 578/10 578/22 579/9 581/10 581/12 582/20 583/13 586/3 586/24 586/25 590/16 593/7 595/4 597/9 599/16 600/9 600/17 600/25 601/5 604/5 604/16 604/17 604/20 609/18 609/20 609/24 610/13 611/6 613/14 613/19 618/25 619/4 619/6 619/22 619/24 620/3 620/4 620/12 621/4 622/8 623/3 624/14 625/21 626/7 626/17 626/18 626/21 626/24 627/7 630/20 630/25 631/18 632/17 632/19 633/10 633/11 633/13 635/24 639/18 640/3
what's [9] 579/7 582/8 589/7 590/7 601/21 627/12 629/6 633/13 638/2
whatever [3] 581/19 628/2 638/22
when [46] 576/5 577/24 578/16 579/22 580/17 581/2 581/7 584/8 585/11 585/16 589/13 591/21 594/8 594/12 594/15 595/6 598/24 602/8 602/8 606/1 606/7 607/16 607/23 608/3 608/15 611/13 613/6 614/2 615/12 618/10 620/2 620/11 620/15 621/17 621/20 623/12 628/9 628/19 633/23 633/25 636/5 637/9 639/15 640/12 640/14 640/19
where [21] 572/18 580/19 584/5 584/12 584/18 584/23 585/1 586/14 588/5 603/18 603/25 606/17 608/18 608/21 609/15 614/6 618/23 620/2 623/17 633/21 634/1 637/5 633/21 634/1
whether [13] 581/7 581/8 585/24 599/13 604/13 619/7 613/23 621/10 625/5 626/7 632/10 638/20 639/24

655

**W**

which [10]  570/21 583/10
594/18 594/19 597/1 602/2
602/2 620/14 620/18 634/12
while [6]  571/14 596/21
607/18 608/24 618/12
635/12
who [9]  580/3 584/19 586/5
587/5 589/2 590/10 612/16
628/14 636/17
whoever [5]  580/13 586/19
590/18 593/11 593/12
whole [1]  606/19
whose [1]  621/7
why [18]  586/19 593/1 593/3
601/19 601/20 607/5 614/3
621/22 623/8 624/25 626/3
627/10 628/16 630/22
631/15 631/15 632/15
637/15
wife [1]  607/18
will [48]  570/1 570/2 574/6
575/15 575/15 576/7 576/10
581/10 581/16 589/14 593/7
594/9 594/11 594/13 596/4
596/8 601/19 601/23 602/1
602/9 602/10 603/8 604/20
608/24 608/25 614/22 617/4
622/17 630/11 634/12
634/14 634/16 634/23 635/7
635/20 636/25 637/3 637/8
637/11 638/13 639/1 639/1
639/2 639/22 639/24 640/2
640/13 641/2
willingness [1]  640/23
Willis [8]  567/11 568/5 568/8
573/18 573/20 609/19
635/16 639/3
Willis's [1]  576/23
Winston [1]  567/17
within [3]  581/11 590/10
627/18
without [2]  631/19 638/11
witness [14]  568/2 573/23
576/25 589/17 601/2 608/7
608/25 609/4 609/14 617/24
626/12 626/22 629/13 636/4
witnesses [4]  569/8 636/5
636/17 636/20
womb [1]  577/25
won't [1]  636/25
word [3]  584/5 584/13
584/16
words [2]  583/21 586/15
work [6]  570/25 571/3 571/7
587/12 618/23 619/14
worked [3]  571/17 585/5
619/2
worker [1]  580/9
working [4]  570/17 570/23
571/6 619/16
works [1]  600/12
would [47]  569/17 573/22
573/24 576/2 577/12 577/20
578/25 581/4 582/24 582/24
587/4 587/7 591/22 591/23
592/10 592/11 592/25 593/5
593/13 594/21 595/19
595/20 596/23 596/25 597/2

606/1 608/12 609/8 613/11
615/9 620/5 620/14 620/18
620/22 620/22 626/18 630/2
634/6 637/1 639/3 639/4
639/6 639/13
wouldn't [7]  587/1 587/4
593/11 593/12 593/15
615/10 615/12
Wow [1]  636/8
write [3]  574/25 574/25
600/23
wrong [1]  638/11
wrote [1]  629/20

**X**

x-ray [2]  578/19 578/20

**Y**

yeah [9]  575/7 580/11 582/1
587/11 591/4 594/6 598/18
598/18 614/11
year [2]  578/22 607/20
years [13]  570/24 572/22
572/24 573/2 575/13 575/15
606/21 607/1 612/1 612/8
612/12 616/1 619/9
yes [171]  569/24 570/12
570/16 571/1 571/2 571/8
571/11 571/13 571/16
572/11 572/13 573/7 573/11
573/12 573/18 574/11
574/19 574/23 574/24 575/1
575/6 576/18 577/14 577/19
578/1 578/4 578/8 578/12
578/14 578/24 579/1 579/11
579/24 580/1 580/7 580/11
580/15 580/23 580/25 581/4
583/25 584/22 585/4 585/10
586/13 587/3 587/9 588/8
588/16 589/13 589/19 590/6
590/8 590/13 590/15 590/22
590/25 591/10 591/12
592/10 594/6 594/8 594/12
594/21 596/11 597/16 598/5
598/24 599/23 600/1 600/7
600/24 601/18 602/21
602/23 603/2 603/16 603/23
604/4 604/10 604/21 604/23
606/6 606/24 607/4 607/15
607/22 608/16 610/11
610/19 611/4 612/3 612/10
612/17 612/20 613/1 613/5
613/11 613/14 613/16
613/18 613/23 614/1 614/5
614/9 614/13 615/18 616/12
616/20 617/25 619/11
619/13 619/15 619/17
619/23 620/17 620/20
621/12 621/14 621/19 622/2
622/5 622/19 622/23 623/1
623/19 624/1 624/5 624/11
624/13 624/21 625/12
625/18 625/20 627/3 628/13
628/25 629/3 629/19 629/22
629/24 630/1 630/5 630/19
630/24 631/3 631/6 631/9
631/11 631/14 631/17
631/23 631/25 632/9 632/12
632/14 632/16 633/9 633/15

635/25 636/9 636/14 636/19
636/23 637/4 637/13 637/18
641/2
yet [2]  601/3 639/23
York [1]  567/12
you [438]  569/3 569/5 569/9
569/16 569/17 569/18
569/19 569/20 569/22 570/2
570/4 570/6 570/7 570/10
570/10 570/13 570/17
570/23 570/25 571/3 571/6
571/7 571/12 571/14 571/15
571/17 571/17 571/18
571/20 571/22 571/25 572/1
572/4 572/7 572/10 572/14
572/21 573/1 573/3 573/6
574/3 574/7 574/12 574/17
574/20 575/3 575/3 575/19
576/1 576/5 576/6 576/7
576/8 576/9 576/10 576/11
576/12 576/15 576/20
576/20 576/24 577/1 577/2
577/4 577/12 577/17 578/5
578/9 578/19 578/25 579/3
579/7 579/15 579/18 579/21
580/24 581/17 582/22 583/4
583/4 583/5 584/1 584/5
584/7 584/8 584/9 584/17
586/5 586/7 586/10 586/12
586/19 586/22 587/1 587/4
587/8 587/12 587/14 587/17
587/20 588/2 588/12 588/23
588/24 591/5 591/14 591/22
591/23 592/5 592/15 592/15
592/18 592/25 593/3 593/3
593/6 593/11 593/12 593/15
594/2 594/8 594/15 594/15
594/20 595/6 595/7 595/7
595/9 595/10 595/10 596/1
596/1 596/2 596/3 596/12
596/13 596/14 596/16
596/21 597/2 597/4 597/5
597/12 597/15 597/24 598/9
598/21 598/22 598/24 599/1
599/4 599/11 599/20 599/22
600/2 600/4 600/22 601/2
601/5 601/5 601/8 601/8
601/16 601/19 601/20 602/8
602/25 603/11 603/18
603/20 603/24 603/25
604/11 604/13 604/19
604/24 604/25 604/25 605/2
605/9 605/11 605/17 606/1
606/2 606/2 606/3 606/5
606/7 606/8 606/8 606/9
606/15 606/17 606/19
606/22 606/23 606/25 607/2
607/5 607/7 607/10 607/10
607/13 607/16 607/20
607/23 607/23 608/1 608/3
608/3 608/4 608/4 608/12
608/15 608/18 608/23
609/20 609/20 609/25
609/25 610/3 610/8 610/13
610/13 610/18 610/20
610/22 610/25 611/6 611/6
611/8 611/9 611/17 611/24
611/25 612/1 612/4 612/5

612/15 612/15 612/21 613/3
613/6 613/7 613/9 613/14
613/15 613/20 614/2 614/3
614/4 614/8 614/18 614/19
614/21 614/21 614/22 615/2
615/3 615/5 615/8 615/9
615/10 615/12 615/15
615/16 615/21 615/22
615/22 615/23 615/25 623
615/25 616/2 616/5 616/10
616/10 616/12 616/13
616/17 616/18 616/21 617/1
617/4 617/5 617/6 617/10
617/12 617/12 617/16
617/20 618/9 618/10 618/11
618/11 618/12 618/12
618/13 618/14 618/14
618/16 618/17 618/20
618/23 619/2 619/6 619/8
619/10 619/12 619/14
619/16 619/18 619/18
619/22 620/2 620/2 620/3
620/11 620/15 620/18
620/21 621/13 621/15
621/17 621/17 621/18
621/22 622/6 622/8 622/12
622/17 622/22 622/22 623/2
623/2 623/3 623/4 623/8
623/11 623/12 623/22
623/24 623/24 624/2 624/2
624/9 624/18 624/19 625/4
625/9 625/16 625/24 626/15
626/21 626/22 627/22 628/1
628/2 628/2 628/2 628/7
628/9 628/9 628/11 628/16
628/23 629/15 629/18
629/20 630/18 631/7 631/24
632/6 632/24 633/1 633/3
633/7 633/11 633/13 633/23
633/25 633/25 633/25 634/8
634/9 634/10 634/13 634/18
634/20 634/23 634/23
634/24 634/25 635/5 635/10
635/11 635/12 635/12
635/13 635/15 635/17
635/24 636/2 636/4 636/8
636/14 636/16 636/17
636/24 637/5 637/5 637/10
637/12 637/14 637/15
637/17 637/17 637/19
637/25 638/1 638/15 638/19
639/2 639/11 639/12 639/14
639/14 639/16 639/22 640/7
640/8 640/15 640/22 641/6
641/6
you're [1]  597/3
your [106]  572/2 572/7
572/12 574/10 576/7 576/25
577/1 578/3 578/3 578/6
578/7 582/2 582/3 583/2
583/20 584/9 586/23 587/10
588/10 588/15 590/24 591/1
591/5 591/11 591/13 592/22
593/24 596/14 600/21 601/7
601/18 601/21 605/1 605/7
605/15 605/22 606/15
606/19 606/22 607/21
607/24 608/1 608/3 609/3

**Y**

your... [62]  609/8 609/8
609/20 609/24 610/1 610/9
610/18 610/20 610/22
610/22 610/23 611/1 611/3
611/6 611/9 611/11 612/5
612/19 612/23 613/17
613/21 614/3 615/3 615/16
615/18 616/19 617/1 617/19
617/20 618/3 618/13 618/14
618/17 618/21 619/4 619/18
623/18 625/6 625/11 626/10
626/21 627/2 627/10 627/14
627/23 628/7 628/9 631/16
634/20 635/1 635/2 635/11
635/14 635/20 636/5 637/6
637/18 637/25 638/7 638/16
639/2 639/3
yourself [1]  635/4