```
1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2
  UNITED STATES OF AMERICA,
3                                   Case No. 19-0255 (TSC)
                 Plaintiff(s),
4                                   Washington, D.C.
            vs.                     Monday, September 12, 2022
5                                   1:35 p.m.
  FREDERICK GOODING,
6
                 Defendant(s).      Afternoon Session
7  -------------------------------------------------------
                          DAY 5
8                  TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE TANYA S. CHUTKAN
9                UNITED STATES DISTRICT JUDGE

10 APPEARANCES:

11 FOR THE GOVERNMENT:      Jillian D. Willis, Esquire
                            Jil Simon, Esquire
12                          United States Department of Justice
                            1400 New York Avenue Northwest
13                          Washington, D.C. 20005

14 FOR THE DEFENDANT:       Michael J. Khouri, Esquire
                            Khouri Law Firm, APC
15                          2222 Martin
                            Suite 215
16                          Irvine, California 92612

17                          Frederick D. Cooke, Jr., Esquire
                            Rubin, Winston, Diercks
18                           Harris & Cooke, LLP
                            1250 Connecticut Avenue Northwest
19                          Suite 700
                            Washington, D.C. 20036
20

21 REPORTED BY:             Tammy Nestor, RMR, CRR
                            Official Court Reporter
22                          333 Constitution Avenue NW
                            Washington, D.C. 20001
23                          tammy_nestor@dcd.uscourts.gov

24

25
```

 1   The following proceedings began at 1:35 p.m.:

 2           THE COURT:  Have you all had a chance to discuss the

 3   proposed final jury instructions?

 4           MS. SIMON:  I'm sorry, I didn't hear, Your Honor.

 5           A JUROR:  Have you all had a chance to discuss the

 6   proposed final jury instructions?

 7           MS. SIMON:  We have, Your Honor.

 8           THE COURT:  Okay.  And are there any areas of

 9   disagreement?

10           MS. SIMON:  No areas of disagreement, as far as I

11   understand, Your Honor.

12           THE COURT:  Okay.  Good.  Can you tell me what the

13   edits are?

14           MS. SIMON:  Yes, Your Honor.  There are two small

15   edits.  The first was on page 18.  This is the evaluation of

16   prior inconsistent statement of a witness.

17           THE COURT:  Okay.  Let me get there.

18           Okay.

19           MS. SIMON:  It starts, You have heard evidence that

20   some witnesses.  We believe that that is more accurately stated

21   as --

22           THE COURT:  A witness?

23           MS. SIMON:  -- a witness, yes, Your Honor.

24           THE COURT:  Okay.  Made -- you want to say, an earlier

25   statement?

 1          MS. SIMON:  I think that would be fine, Your Honor.

 2          THE COURT:  Okay.

 3          MS. SIMON:  The second is a similar edit suggested on

 4   page 19, summary exhibits and testimony.

 5          THE COURT:  From an individual -- or do you want to

 6   say from...

 7          MS. SIMON:  I think an individual.

 8          THE COURT:  An individual.  Okay.

 9          MS. SIMON:  And then the final suggested edit, and I

10   believe defense counsel agrees, relates to page 23, which is

11   the limiting instruction for the 404(b) evidence.

12          THE COURT:  Okay.

13          MS. SIMON:  In the sentence beginning, The evidence of

14   events occurring before January 2015 was admitted, there is a

15   list of the possible the relevance.

16          THE COURT:  So you mean this evidence -- evidence in

17   this case dates to 2008.  You want that -- what's the

18   indictment period again?  Can you remind me?

19          MS. SIMON:  It's 2015 to 2018.

20          THE COURT:  Okay.  So you should say that the evidence

21   in the indictment -- do you want to say the evidence in the

22   indictment is...

23          MS. SIMON:  Sorry, Your Honor.  I was unclear.  The

24   sentence that you just read, the evidence in this case dates to

25   2008, I believe that's accurate, given the --

```
 1            THE COURT:  Okay.

 2            MS. SIMON:  The next sentence lists the possible

 3   relevance to motive, opportunity, intent, et cetera.

 4            THE COURT:  Yes.

 5            MS. SIMON:  We believe that four of the listed items

 6   are not what the 404(b) evidence is relevant to.  So we would

 7   suggest striking those, and we believe that the defense agrees.

 8            THE COURT:  Okay.

 9            MS. SIMON:  Specifically striking -- sorry?

10            MR. KHOURI:  I don't mean to interrupt.  We agree, but

11   I want to make sure we preserve the objections.

12            THE COURT:  I know you don't -- I know you'll continue

13   to object to the admission of the evidence.

14            MR. KHOURI:  And the objections we registered in our

15   briefing pretrial about jury instructions and about the motion

16   in limine we brought to exclude this type of evidence of the

17   prior discipline.

18            THE COURT:  Right.  In other words, your objection to

19   admission of the evidence at all is preserved.

20            MR. KHOURI:  Thank you.

21            THE COURT:  Okay.  But in light of my ruling to admit

22   it, do you agree with their edits?

23            MR. KHOURI:  We do.

24            THE COURT:  Okay.  So tell me what you want to take

25   out.
```

```
 1              MS. SIMON:  So we would take out, Your Honor,
 2    opportunity.  We would take out preparation.
 3              THE COURT:  Okay.
 4              MS. SIMON:  We would take out plan.
 5              THE COURT:  Okay.
 6              MS. SIMON:  And we would also take out identity.
 7              THE COURT:  All right.  That seems fine and
 8    appropriate.
 9              MS. SIMON:  Those were the edits that the government
10    had, Your Honor.
11              THE COURT:  Okay.  What number is the one about the
12    defendant as a witness?  Oh, it's page 17.  It states, A
13    defendant has a right to become a witness in his own behalf.
14    His testimony should not be disbelieved merely because he is
15    the defendant.  In evaluating his testimony, however, you may
16    consider the fact that the defendant has a vital interest in
17    the outcome of this trial.  As with the testimony of any other
18    witness, you should give the defendant's testimony as much
19    weight as in your judgment it deserves.
20              That's a standard instruction that I will be using.
21    Does anyone have an objection to that instruction?
22              MS. SIMON:  No objection from the government.
23              MR. KHOURI:  For the record, I have an objection to
24    the language that the defendant has an interest in this trial.
25              THE COURT:  Do you have a case where it says that it's
```

1    impermissible to give that?

2              MR. KHOURI:  No.

3              THE COURT:  All right.  That's a standard instruction

4    and I will give it.

5              Okay.  Well, then, let's talk about the -- unless we

6    don't have anything to talk about the verdict form.  The

7    defense objection and their request for modification is

8    preserved for the record.  And you will see that -- does

9    anybody have an objection to having the code on here?

10             MS. SIMON:  Not from the government.

11             MR. KHOURI:  I think we objected previously.  That was

12   part of our previous objection that the Court overruled.

13             THE COURT:  Okay.  Yes.  Wait.  Why do I have two?

14   Are these the same?

15             Is there a page for the foreperson's signature?  Yes.

16             All right.  Well, we are ahead of time, so I will -- I

17   am going to go back until 2:00 unless there's anything else I

18   need to talk about.  All right.  Thank you all.

19             (A recess was taken at 1:42 p.m.)

20             (The jury entered the courtroom at 2:04 p.m.)

21             THE COURT:  Good afternoon, ladies and gentlemen.  We

22   are now ready.  I hope you had a good lunch.  We are now ready

23   to hear closing arguments by counsel.

24             Who will be doing closing for the government?

25             MS. WILLIS:  I will.

1          THE COURT:  You will, Ms. Willis?  Thank you.

2          MS. WILLIS:  With patients who trusted him, a staff

3    who did what he commanded, and a federal health benefit program

4    based on taking him at his word, the defendant had all he

5    needed to steal millions.  You see, no one would question him

6    if he submitted claims to Medicare for things that he did not

7    do.

8          Between January 2015 and August 2018, patients came to

9    the defendant's office with two things, pain and insurance.

10   These elderly beneficiaries who were seeking relief for their

11   pain gave the defendant an opportunity, an opportunity to bill

12   Medicare for things that he did not do.

13         He billed Medicare for thousands of claims for CT and

14   fluoroscopy-guided spinal injections.  Did the defendant have a

15   fluoroscopy machine?  No.  Did he have a CT machine?  No.  Did

16   he use any imaging at all at the time that the needle was in

17   the backs or spines of these patients?  Not according to

18   multiple witnesses that you heard from.

19         Did the defendant bill these injections anyway?

20   Absolutely.  He submitted bills to Medicare for more than

21   $3.6 million for these fluoroscopy or CT-guided spinal

22   injections, and Medicare, based on the fee schedule, actually

23   paid him $1.37 million.  He submitted more claims for

24   fluoroscopy or CT-guided spinal injections in the lower spine

25   than anyone else in the region:  D.C., Maryland, Northern

1    Virginia, and Delaware.

2          And the defendant's scheme to get money for Medicare

3    for things that he didn't actually do as reported was not

4    limited to these spinal injections.  He submitted claims for

5    Gel-One knee injections as well, that code J7236.

6          Now, you heard from Dr. Schaening-Perez that any other

7    use of Gel-One was off label.  It wouldn't be paid if these

8    injections were from anywhere other than the knee.  But the

9    defendant submitted these claims anyway.  More than anyone in

10   the region, and he billed more, nearly twice as much as the

11   second highest person.  No one else was even close.

12         Now, the defendant's door didn't say geriatric knee

13   specialist.  No.  And we also know that he was not using this

14   Gel-One to only do knee injections.  We know from Maya Parrott

15   that he wasn't even ordering enough Gel-One to do the

16   injections that he billed.

17         When the defendant signed up for Medicare, he made

18   promises.  He certified that he would give Medicare claims that

19   were not false or fraudulent.  When he was submitting

20   electronic claims, he agreed that the claims would be accurate,

21   complete, and truthful.  That is not what happened here.  At

22   the beginning of this trial, the government told you that this

23   was a case about lies for money.  Here, the defendant submitted

24   claim after claim that he knew were not true and accurate to

25   get money from Medicare.

1          Now, we have talked about a lot of procedure codes in

2    this case, and the easiest way to divide this up in thinking

3    about it are two different types of procedures.  So we have

4    these CT- or fluoroscopy-guided spinal injections.  Those are

5    codes 64633 to 64636 and 64483, and then we have these Gel-One

6    knee injections, which are J7326.

7          Ladies and gentlemen, you are not going to have this

8    PowerPoint in the back with you.  I am about to go through the

9    evidence for each of the counts in the indictment showing that

10   the defendant is guilty of health care fraud for each of the

11   beneficiaries that we talked about on the dates that you have

12   heard a lot about.  So if there's anything you want to jot

13   down, you may want to write down the exhibit number as I'm

14   going through each one of these counts.

15         Now, the government, to show you that the defendant is

16   guilty of health care fraud, has to prove essentially four

17   things.  First, by materially false or fraudulent pretenses,

18   representations or promises, the defendant executed or

19   attempted to execute a scheme to defraud a health benefit

20   program.

21         Now, the judge is going to instruct you further, and

22   her instructions are the most important ones.  You will get

23   them in the back with you.  This is just to think about the

24   evidence as we are going through them.

25         Essentially, this first element means that by making

false representations, the defendant executed a scheme to defraud, here, Medicare.

That the scheme or plan was executed in connection with the delivery or payment of health care benefits, items, or services.  Here, that would be the payment for these spinal injections or these knee injections.

That the defendant knowingly and willfully executed or attempted to execute the scheme with the intent to defraud a health care benefit program.

And then finally, we have to prove to you that Medicare is a health care benefit program.

I will start with No. 4 for all of these claims.  We know that Medicare is a health care benefit program because we know that Medicare is the nationwide program for elderly individuals and other individuals with disabilities.  You heard from Dr. Juan Schaening-Perez.  Medicare pays claims throughout the country and pays for health benefits for the people who are covered, these Medicare beneficiaries.

So let's start by talking about the first count in the indictment.  That would be Count 1 and 2 for patient KM.

We know from Exhibit 7 in these claim detail lines 19268 and 19300 that the defendant submitted or caused to be submitted claims for this patient on March 31, 2016 and October 13, 2016.  On both of these dates, the defendant caused to be submitted claims for 64636, which is the destruction of

1     lower or sacral spinal joint nerves with imaging guidance.

2            We know that this claim was not accurately submitted.

3     How do we know that?  First of all, you will have in the back

4     the records from this date.  We know that, according to

5     Exhibit 17B, KM came into the office for a 15-minute

6     appointment, a knee injection.  Maya Parrott talked to you

7     about this Exhibit 17B and explained the reason why Ms. -- KM

8     was there.

9            You also have the patient files of KM.  Now, ladies

10    and gentlemen, when -- the defendant does not have to put on a

11    case, but when the defendant does, you can evaluate that

12    evidence as you would evaluate other evidence in this case.

13           The government would submit to you that given the

14    testimony of the defendant, the actual records themselves would

15    be the best evidence here of what actually happened or didn't

16    happen that day on March 31, 2016 and October 13, 2016.

17           Focusing on March 31, 2016, we know that the claim

18    under 64636 was not true and accurate and complete, as we know

19    for all of the fluoroscopy-guided injections, because we know

20    the defendant didn't have a fluoroscopy or CT machine.  So we

21    know none of those claims would be true and accurate and

22    correct.

23           But we also know that the defendant did not even use

24    any imaging, not ultrasound, nothing, while the needle was

25    inside the body.  How do we know that?  Well, we know the

1    patient indicated, herself, that there was no needle used.  We

2    know from no imaging used with the needle.  We see from the

3    notes there is no indication that any ultrasound was used.  And

4    we know from Maya Parrott, who was in the room often when the

5    defendant gave spinal injection procedures, that he didn't use

6    the Gel-One -- not the Gel-One -- the gel and the ultrasound at

7    the same time that he had the needles injecting things into the

8    patients.

9            Yet we see from the billing that the defendant caused

10   to be submitted the 64636 code for the 15 minutes that Karen

11   Mackey was there.  And we see the same thing on October 13,

12   2016.  You have these records as well.  And this is -- the

13   patient records are Government's Exhibit 11, and the charge

14   sheets are 17A.

15           For Counts 3 and 4 for patient GB, we see that on

16   November 10, 2016, Dr. Gooding submitted or caused to be

17   submitted claims for GB.  This is claim detail lines 19,133 and

18   19,140.  Now, the first claim detail line would be for J7326,

19   which would be that Gel-One knee injection, and we see that the

20   claim was billed and paid.  The second one would be for 64636,

21   which would be that CT- or fluoroscopy-guided spinal injection

22   on the same date.

23           The government -- the patient files for GB are in the

24   government's exhibits.  12A for this date, we have the

25   procedure reports.  This procedure report says nothing about

1    ultrasound, and also the government would note that,

2    if~anything, Mr. Browne received a hip injection and a nerve

3    block.

4         Now, regarding the J7326, that code that is for the

5    knee injections, we see that the diagnosis code, the principal

6    description for Mr. Browne is osteoarthritis of the knee.  We

7    know that he did not -- at the time that this happened, he told

8    us that he was back to dancing and had a whole new -- had had a

9    knee replacement.  We also know that the records themselves

10   don't show a knee injection.  Therefore, we know that this

11   claim is not true, and like the other claims for the spinal

12   injections, we know that those were not given under imaging

13   guidance as well.

14        How do we know also that GB's spinal injection was not

15   given under imaging guidance?  You will have in the back

16   Government's Exhibit 35, wherein Mr. Browne previously told us

17   that he did not get ultrasound and the shot at the same time.

18   He either always got a sonogram and then would get a shot, but

19   not at the same time.

20        Moving on to Counts 5 and 6 for AM.  Now we see from

21   Exhibit 7, which is that claims data for October 11, 2016, in

22   line 18,009 that AM -- that Dr. Gooding billed as though AM got

23   one of those lower back CT- or fluoroscopy-guided spinal

24   injections under 64635 and also an injection under 64636.

25   Again, we know that shot was not image-guided.  And AM herself

1   indicated that she never had any lower back pain, that the only

2   pain that she ever had was here and here (indicating), in her

3   shoulders.  So if these injections were given at all, they were

4   not given in the way that they were reported and were falsely

5   reported to Medicare.

6          We have AM's underlying medical record in evidence,

7   and this would be Government's Exhibit 13.  And we see in this

8   medical record that there is nothing about any imaging guidance

9   in the procedure report, and we see the codes that Dr. Gooding

10   billed for that day.

11          Moving on to Count 7, YA.  We know the claim detail

12   lines in Exhibit 7, line 12568 shows us that YA for this date,

13   6/14/2017, Dr. Gooding submitted a bill for J7326, which would

14   be a knee injection.  We know from YA's underlying records that

15   she did not receive a knee injection on that day.  If~anything,

16   she received an injection in her left hip.  Again, this would

17   not be an indication or something that Medicare would bill

18   for -- pay for.  So we see when the claim was submitted, the

19   diagnosis code, the principal diagnosis code, is osteoarthritis

20   of the knee.

21          Going to Counts 8 and 9 for JG, we know that on

22   February 16, 2016, Dr. Gooding caused a claim to be submitted

23   for 64636.  Again, that's that lower spinal injection that

24   required that CT or fluoroscopy guidance.  Again, we know that

25   that didn't happen.  And we also know that on 2/27/2018,

Dr. Gooding submitted a claim for JG for 64483.  Again, another
spinal injection requiring that imaging guidance.

We see JG's patient records from February 16, 2016
indicating that -- well, with no indication that there was any
ultrasound given at the same time the needle was in his body.
And we also see Dr. Gooding's claim submission for his notes in
the charging sheet.  And we have the same thing for 2/27/18.
And JG's records, his patient records, are Government's
Exhibit 15.

Counts 10 and 11 for SB.  On two dates, we have
February 24, 2016.  We see a submission for a claim for 64636,
again, that lower back spinal injection that required imaging
guidance, fluoroscopy or CT.  We have the same type of
procedure on 7/13/2016.  We see that these claims were
submitted, billed, and paid.

We also have SB's underlying medical record,
Government's Exhibit 16, which is not consistent with what was
billed, and we have Dr. Gooding's charge sheet for that date
and also the July 2018 date.

So, ladies and gentlemen, we know in Counts 1
through 11, all of these claims were submitted, billed, and
paid, and that the information in them was not true, accurate,
and complete.

How do we know that Dr. Gooding acted willfully and
with intent to defraud not in good faith?  Well, we know from

1   Erica Wright that it was Dr. Gooding who chose not just the
2   procedure codes, but the diagnosis codes.  She told us that she
3   would print out information from Medicare including local
4   coverage determinations, but he had a list of diagnosis codes
5   so that he could code better.  He knew about these codes and
6   the claims that were submitted to Medicare and what they meant.
7   We heard from Dr. Gooding himself that he knew that the 64635
8   and 64636 codes required fluoroscopy or CT and that he did not
9   have those machines.
10          We also know from the local coverage determination
11   that Medicare explicitly stated that the procedures that
12   Dr. Gooding was -- to the extent he was using ultrasound, those
13   would not be covered by Medicare.  We know that from
14   Exhibit 32E, which is the local coverage determination,
15   providing services that are not reasonable and necessary and
16   also giving a list of certain procedure codes.  We see on
17   Government's Exhibit 32E, page 6 and page 8, procedure codes
18   that are consistent with the type of procedures that
19   Dr. Gooding purported to be giving that were explicitly listed
20   as not covered by Medicare.
21          And, again, Erica Wright told us that Dr. Gooding
22   thought he knew better than Medicare.
23          We also heard from Erica Wright that she even gave
24   Dr. Gooding one of her own notes from a physician in which she
25   had gotten a similar procedure.  We see Dr. Gooding's note

1   telling her it was a good idea to bring in her nerve block bill

2   for his inspection so he could see what codes to use, knowing

3   that this was not the same procedure as what he was purportedly

4   providing.

5       For the J codes, we know that Dr. Gooding knew that

6   they were being rejected and had them be resubmitted.  You

7   heard from Erica Wright that they would resubmit the codes to

8   get paid.  She did not say based on what actually happened, but

9   how they could get paid by Medicare for these J codes, for

10  these knee injections that we have been talking about.

11      Exhibit 5.  We know that Medicare told Dr. Gooding

12  what 64635 and 64636 required and that he continued to bill

13  because he didn't care.  And, ladies and gentlemen, let's make

14  one thing clear about knowledge and good faith.  Here we are

15  not talking about the knowledge and good faith about what was

16  best for the patient.  We are talking about the knowledge about

17  what Medicare required to get paid.

18      Now, you heard from Dr. Schaening-Perez, Medicare

19  doesn't tell doctors how to practice.  This means doctors can

20  perform procedures.  They just won't get paid for them.

21  Medicare only says, this is what you have to do for us to pay

22  you.  So what we are talking about here is whether Dr. Gooding

23  knew when he submitted these Medicare claims that he was

24  telling them what Medicare needed to hear to pay him versus

25  what he was actually doing.  We are not talking about patient

1    care, as Mr. Khouri said, and we agree this is not a medical

2    malpractice case.

3           We are talking about whether Dr. Schaening had to give

4    false information to Medicare to get paid.

5           Now, we know.

6           THE COURT:  Did you say Dr. Schaening?

7           MS. WILLIS:  Dr. Gooding, my apologies.

8           THE COURT:  Dr. Schaening is not on trial.

9           MS. WILLIS:  We know that Dr. Gooding submitted claims

10   to Medicare that he knew were not true to get paid.  And that

11   is all we are talking about here.  Now, we know that there was

12   no mistake, that Dr. Gooding knew what fluoroscopy was, and we

13   know from 10C that he had previously been the subject of a

14   Delaware board action related to fluoroscopy for certain spinal

15   injections.  The findings -- and you will have 10C in the back

16   to look at -- included that fluoroscopy was the standard of

17   care for certain spinal injections and that Dr. Gooding had

18   failed to embrace the technology available to him.

19          Now, we are only asking that you consider this

20   evidence as it relates to his knowledge and lack of mistake in

21   submitting these claims.

22          Ladies and gentlemen, we also know that Dr. Gooding

23   billed these codes multiple times a year, codes that

24   Dr. Schaening told you that these procedures, these spinal

25   injections, these nerve destruction procedures, would last for

1  at least six months.  Now, ask yourself, would it be in the

2  best interest of the patients to keep coming back or to get a

3  procedure that actually lasted six months where they wouldn't

4  have to come back month after month after month, and ask

5  yourself if Dr. Gooding was financially incentivized to have

6  these patients continue returning.

7        We see from Government's Exhibit 9C, that 91 percent

8  of the amount he billed for these procedures was based on

9  patients getting two or more of these in less than six months.

10        The evidence has shown you that the defendant wanted

11  to get paid.  He wanted to get paid by Medicare for services

12  that he did not provide.  He did not provide CT- or

13  fluoroscopy-guided spinal injections.  He didn't use any

14  imaging at all.  You heard that from patient after patient and

15  the office staff, yet he billed Medicare as though he did.

16        This was a lie for money, and this is health care

17  fraud.  The defendant is guilty of Counts 1 to 11 and we ask

18  that you would return a verdict consistent with the evidence.

19  Thank you.

20        THE COURT:  Thank you, Ms. Willis.

21        Mr. Khouri.

22        MR. KHOURI:  Thank you, Your Honor.  I need to get a

23  microphone.

24        THE COURT:  Yes.  Ladies and gentlemen, after

25  Mr. Khouri has finished his closing argument, the government

```
 1   will get a brief rebuttal to address issues that Mr. Khouri --
 2   they don't always do it, but they will have an opportunity for
 3   a brief rebuttal closing to address issues that Mr. Khouri
 4   brings up.  This is appropriate because the government bears
 5   the burden of proof in this case.
 6            MR. KHOURI:  Good afternoon.  Can everybody hear me?
 7            JURORS:  No.
 8            MR. KHOURI:  At least I'm consistent.
 9            THE COURT:  You want to maybe pull it up a little
10   higher on your lapel, Mr. Khouri?  Maybe that would work.
11   There we go.
12            MR. KHOURI:  How's that?
13            JURORS:  Yes.
14            MR. KHOURI:  Good.
15            THE COURT:  Apparently I do have some tech skills, if
16   you want to call them that.  Turn it on, turn it off, move it
17   up, move it down.
18            MR. KHOURI:  Let me just get this thing on here.
19            So good afternoon.  The trial has not gone as long as
20   we thought, and I'm sure we are all happy for that.  But I want
21   to thank all of you for sitting here very attentively.  I can
22   tell that everybody was listening and taking notes and probably
23   knows as much about the case as the lawyers do.
24            What impresses me about this case are some subtle
25   things that maybe weren't emphasized during the course of
```

examination and cross-examination.  And the first thing that
impressed me, not as a lawyer, but as a person, is that
Dr. Gooding's practice has the legitimacy of a legitimate
ongoing business.  The presumed legitimacy.  He has patients
that are real patients.  You know, in some fraud cases, you
have billings going out for imaginary patients, people that are
deceased who are apparently receiving care.  That's clearly
fraud.  He has patients that are actually covered by Medicare,
unlike a fraud case that you might see where someone's identity
is stolen and the care is actually rendered to somebody else.
He actually does render care.

Is there a billing dispute?  Yeah, there's a billing
dispute.  But he actually does render care to those patients.
And they keep coming back, some of them for 20 years.  And the
reason they keep coming back is Dr. Gooding has devoted his
life to his patients, not to the insurance company.  He's
devoted his practice to making people in pain feel better.

That, I think, is the first hallmark or badge of good
faith because that's what we have to look at is we have to look
at these badges of good faith.  And the fact that he has a full
waiting room with patients that come back who are in pain that
keep coming back because they feel better is a badge of good
faith.  It's circumstantial evidence of good faith.

The other thing that struck me, just as a person, not
necessarily as a lawyer, is every case is like a story, a

1   novel, a play.  And sometimes when you see a play or read a

2   story, then there's an odd or counterintuitive comparison

3   between some of the characters.  And in this case, we had

4   Dr. Perez testify that Medicare does not regulate the practice

5   of medicine.  Remember that?  Medicare does not tell the

6   doctors what to do.  And believe it or not, while it's an odd

7   comparison, it's a comparison nonetheless, just like in a novel

8   between Dr. Perez, the government's witness, and Dr. Gooding my

9   client because Dr. Gooding told Medicare the same thing, you

10  don't tell me how to practice medicine and you can't threaten

11  me to drive me out of business to make me change.

12        And in good faith, he pushed back, and that's why

13  we're here, because the government doesn't like it when you

14  push back.  That testimony from Dr. Perez, I know he had a

15  hyphenated name, but I choose Perez over the first one.  It's

16  easier to pronounce.  That testimony from Dr. Perez was the

17  most important testimony in this entire trial, I submit to you.

18        So obviously, we believe, on the defense side, that

19  Dr. Gooding did not commit a crime.  There was a billing

20  dispute, but he did not commit a crime in that he at all times

21  acted in good faith and asserted his rights to be paid for the

22  services that he provided.

23        I think that it should be pretty clear by now that

24  Medicare is this massive administration of the United States

25  government.  It's sort of like the IRS.  And the Medicare CPT

1    codes and all the regulations which are supposed to be guided

2    by what's covered under the Social Security Act, which we heard

3    also from Dr. Perez, Medicare is sort of like the tax code, the

4    regulations, the CPT codes, the local coverage determinations.

5    It's overwhelming.  And if a doctor is expected to know

6    everything about what's covered and what's not covered, they

7    are not going to be able to have time to practice medicine.

8           So what we see in this case is really an example of

9    how all these regulations, whether it be the tax code, whether

10   it be the Medicare regulations apply in real life because

11   sometimes -- and I'm talking to you as a person who's been

12   around for a while, as you can tell from my hair, and talking

13   to you as a person who has been around for a while that

14   sometimes, and these are just general preliminary comments,

15   sometimes this business of living life isn't so easy because it

16   presents us with choices where we are between a rock and a hard

17   place.  Do I buy a fluoroscopy machine and increase the

18   probability that my patients get cancer and die especially

19   because of all the other things that are wrong with them?

20          And if you look at the records, I encourage you to

21   look at the medical records that you will have back in the jury

22   room because you will be able to see that these patients are

23   really sick people -- that didn't come out right.  They really

24   have a lot of other diseases; diabetes, heart disease, kidney

25   issues, and on and on and on.

1          So do I buy a fluoroscopy machine and make the

2     government happy and fill my pockets with money instead of

3     getting all these rejections and put my patients at risk, or do

4     I stick to my guns in good faith and tell the government I'm

5     just not going to do it?

6          We've all been to the dentist.  We have all received

7     x-rays at the dentist and we have all had that lead-filled

8     jacket put on us to keep us safe from radiation.  They do that

9     to everybody, even healthy, active 66-year-olds, to everybody.

10         And Dr. Gooding told you -- and he didn't have to tell

11    you.  He got up there on the stand and he told you, I stuck

12    with ultrasound because I didn't want to increase the risk to

13    my patients of getting cancer.

14         So we are going to get back to this issue of badges of

15    good faith and why I believe you should find Dr. Gooding not

16    guilty, because the jury instructions tell you that the

17    government has to prove an intent to defraud, to steal, to take

18    something you are not entitled to.  They came nowhere near

19    proving that beyond a reasonable doubt.  And a reasonable doubt

20    is a doubt based upon reason.  And the explanation he gave you

21    for not getting a fluoroscopy machine is reasonable, and that

22    means not guilty.  And if you believe that he was acting in

23    good faith or you have a reasonable doubt as to whether he was

24    not, your verdict has to be not guilty.

25         So before we go back to these badges of fraud, there's

just a few things about my colleague's comments that I want to
respond to.

I don't think any of these patients -- and I'm not
criticizing them.  You notice that we didn't go into attack
mode with respect to these patients, not really even Karen
Mackey.  But a lot of these patients, there's no way they can
remember -- and I'm just talking about the evidence that the
people submitted -- I'm sorry, the government submitted.
There's no way they can remember whether six or seven years ago
they did or did not get a shot.  When was the last time you all
got a flu shot six or seven years ago?  Can anybody remember
when you got the flu shot?  Did you get it at your doctor's
office?  Did you get it at the local Walgreen's or CVS?  Did
you get it someplace else, like at the county fair?  Nobody, I
think, as a matter of common knowledge, can remember six or
seven years ago when they got their flu shot.

When was the last time you got a tetanus shot?  Nobody
can remember when the last time you got a tetanus shot and
where you were, especially if it was six, seven years ago.

So it's really -- it really pushes the envelope for
the government to ask people if they remember getting a shot
seven or eight years ago when they probably didn't feel it
anyway because of the use of topical anesthetic and Lidocaine
to mask the little pinch you feel from getting a shot.  It just
doesn't make common sense.  And that's a fundamental failure of

```
 1   proof, because I don't believe it can be disputed that there's
 2   no way they can remember the shot or the appointment.  There's
 3   no way they can remember that.
 4        As a matter of fact, many of these witnesses couldn't
 5   remember anything about the specific dates.  All they knew is
 6   that I was in pain and I got better and I kept going back to
 7   see Dr. Gooding, and that's a badge of good faith.
 8        I'm just going to briefly want to respond to something
 9   else that the government said, and that is this issue of the
10   medical board in Delaware telling Dr. Gooding that he could not
11   use ultrasound to give cervical injections in Delaware.
12        Why that's part of this case, I don't think I will
13   ever understand.  First of all, although I am from out of town,
14   I know we are in the District of Columbia where Dr. Gooding had
15   a free and clear medical license long before the time in the
16   indictment.
17             MS. WILLIS:  Objection.
18             THE COURT:  Mr. Khouri -- all right.  Keep going.
19        Do you want me to address it at the end?
20             MS. WILLIS:  Yes, Your Honor.
21             THE COURT:  Mr. Khouri, can you pick up the phone
22   briefly?  I don't like to interrupt your closing argument.
23             MR. KHOURI:  All right.
24             (The following was heard sidebar.)
25             THE COURT:  Yes, Ms. Willis.
```

```
 1            MS. WILLIS:  First, he's commenting on a legal matter
 2    that the Court has already decided on.
 3            THE COURT:  Yes.
 4            MS. WILLIS:  And second --
 5            THE COURT:  It's a comment that I will never
 6    understand why this -- I admitted the evidence.  The jury will
 7    be instructed on that.
 8            MR. KHOURI:  I didn't mean it that way.  I apologize.
 9            THE COURT:  Yes, Ms. Willis?
10            MS. WILLIS:  Secondly, our objection was it seems he
11    was going down a road that wasn't all of that in evidence, but
12    he may not, so we'll see.
13            THE COURT:  Be careful, Mr. Khouri.  I redacted a lot
14    of information from that order.  And if the government makes
15    the argument that you have opened the door to some additional
16    material in that order because of your argument, I may have to
17    revisit that.  And I don't want to because I think it's
18    difficult evidence and I don't want the jury to go off on the
19    wrong tangent with this evidence.  So just be careful.
20            MR. KHOURI:  I'm just going to say that we are not in
21    Delaware and there were no cervical injections involved in this
22    case.
23            THE COURT:  Okay.
24            MR. KHOURI:  Thank you for your concern, Your Honor.
25    I appreciate it.
```

1          THE COURT:  All right.

2          (The following was heard in open court.)

3          THE COURT:  All right.

4          MR. KHOURI:  May I proceed, Your Honor?

5          THE COURT:  Yes.

6          MR. KHOURI:  Thank you.

7          So all I want to say about that is there are no

8   cervical injections involved in this case and we never were in

9   Delaware.  So I think that you should consider it like all the

10  evidence that's been admitted and reject it.

11          Before we get back to this issue of good faith, let me

12  just briefly go through the evidence that was presented by the

13  government and suggest to you that there's a reasonable doubt

14  based upon the evidence that was submitted by the government.

15          Who did we hear from in this case?  I believe the

16  first person we heard from from the government in this case was

17  Maya Parrott.  And Maya Parrott lied to you.  She lied to you

18  because she said, oh, I thought that there was some funny

19  business going on at Dr. Gooding's, but I would never recommend

20  anybody to go work at an office where there was some funny

21  business going on.  And what did she do?  She recommended, not

22  just one cousin, but two cousins to work at Dr. Gooding's.

23          So you will receive a jury instruction, I believe, and

24  always rely on what the judge tells you, that if a witness --

25  if you determine that a witness has lied to you and it was

intentionally false, you can throw out that person's testimony because you shouldn't believe anything they say, which tells us a little bit about reasonable doubt.  Just like in real life, if someone lied to you, you wouldn't do business with them.  By the same token, if you believe someone lied to you here in this courtroom, you can reject their testimony.

Who else did we hear from that was less than truthful? Karen Mackey.  She got up on the stand and she said she couldn't remember getting a hip injection.  By the same token, she could barely remember that the FBI had interviewed her on September 2, not even 30 days ago.

In addition to that, she denied ever having any back problem and she denied ever having any MRI.  As a matter of fact, she said she would remember because you have to get into one of those big machines, you know, the thing you kind of roll into in an MRI.

Well, what was the truth on cross-examination?  The truth on cross-examination was that not only did she have an MRI on her back, but she had an MRI on her knee at Provident Hospital.  And the MRI on her back revealed that she had really severe back disease, bulging discs, extreme bulging discs at multiple levels, which tells us that Dr. Gooding's right, when you have knee pain, it could be caused in part at least by back problems, and that's why Dr. Gooding gave her those back injections.

1          So I submit to you that Karen Mackey's testimony

2     should be disregarded, because whether she lied to you or

3     whether she just has a very unreliable memory, regardless of

4     why, you should reject that testimony.

5          And, again, I urge you to look at the medical records

6     to try to discover what all the problems health-wise these

7     particular individuals had.

8          And that means, if you reject Karen Mackey's

9     testimony, Counts 1 and 2 are not guilty.  And I submit to you

10    that when you go back in the jury room -- and I am not trying

11    to invade on how you do these things; I am just trying to make

12    suggestions -- is that Counts 1 and 2 should be a very quick

13    not guilty because there's a total failure of proof.

14         We also heard from some experts from Medicare.  One

15    was Dr. Perez.  Remember the one who said that Medicare doesn't

16    regulate medicine?  And another thing he said on direct

17    examination was that Medicare pays all claims, which we know is

18    wrong.  And the other thing he said was, this is how you do

19    these injections and this is what's covered, even though

20    ultrasound is not excluded from the CPT code.

21         Well, on cross-examination, it appears that Dr. Perez

22    hasn't practiced medicine for -- and I could be wrong, but I

23    think 12 years, and he's an internist, a primary care

24    physician.  I'm not criticizing him for that.  I love my

25    doctor.  But he's a primary care physician.  And in all the

1    time that he went to medical school, did his internal medicine

2    residency, practiced medicine, he hasn't performed one spinal

3    facet joint block for any of the injections that were made by

4    Dr. Gooding, not one.

5         So it's sort of like being in the emergency room after

6    having a heart attack and having a young -- a doctor walk in to

7    do a heart cath -- you know where they put the balloon up --

8    and saying to the doctor, Doctor, how many of these have you

9    done, Doctor?  Well, none, you are going to be my first.  And

10   have you ever done them in private practice at all?  No, I'm a

11   podiatrist or I'm a neurologist.  It's kind of like -- remember

12   that old commercial, if I can deviate so far, where I'm not a

13   doctor or I'm not an airplane pilot, but I did stay last night

14   at a Holiday Inn Express?  Do you remember that?  Anybody?

15   Probably not.  But anyway, what would you say?  How would you

16   feel?

17        Well, that feeling of being sort of just sick in your

18   stomach is the same way you should feel about Dr. Perez's

19   testimony, exactly the same.  You should reject it is my

20   suggestion because I believe that someone who has never done

21   shouldn't be telling others how to do it.

22        We also heard from Alice -- and I am going to do

23   really bad on her last name, but Mierzwa, who talked to us

24   about the audit, admitted that ultrasound isn't excluded, that

25   it just was based upon the CPT code, and also gave us a little

1    clue on how Medicare manipulates the statistics to fit their

2    own purposes.

3        And this again, as with the other expert -- he's not

4    an expert, actually -- Quindoza, the one who interpreted that

5    big spreadsheet, they manipulate the statistics.  And the way

6    they manipulate the statistics is they compare this man with

7    every other doctor in this Delaware, Maryland, Washington, D.C.

8    Northern Virginia area who use that CPT code.  They don't

9    separate physiatrists from anesthesiologists, interventional

10   radiologists, and so on who do things differently.  They don't

11   compare them only to doctors that have a very high percentage

12   of Medicare patients who obviously are going to use the code

13   more and bill Medicare more.  They don't do that.  So of course

14   he's going to look like he's billed more than other people,

15   because the comparison is completely unfair.

16       A little bit more about the government's case.  If you

17   look at Exhibits 26 and 29, those are the descriptors of the

18   CPT code, and the consumer descriptor just says imaging

19   guidance.  It doesn't reference fluoroscopy and ultrasound.

20   So, quite frankly, I think that letter that Dr. Gooding got

21   from the Medicare contractor is wrong because who is the

22   consumer of the CPT codes?  The doctors.  And it's the doctors

23   who read things like that.  And even in Exhibit 7 on the

24   spreadsheet, if you look at the titles to the various columns

25   when you go over the procedure code column, at the top it just

037

says imaging.  It doesn't say fluoroscopy.  And in the
description of the CPT code, the words don't say fluoroscopy or
CT.

So I think there was a real reasonable doubt in this
case at the end of the government's case, lots of reasonable
doubt.  And at the end of the government's case, the government
didn't prove intent to defraud or steal at all.  Why?  Because
he wants to get paid?

Erica Wright was very honest about how she's a manager
of a medical practice now and it's very common for people in
her position to make sure that receivables are collected.  And
so if you've ever been in a small business, then you are kind
of at a disadvantage, but Dr. Gooding was responsible for
paying the rent -- and we are not going to hide that; that's
not evidence of fraud -- for paying the rent, for paying his
employees' salaries, for paying for the things, as a matter of
common knowledge, the upkeep on the office and on the
equipment, the malpractice insurance, and anything that goes to
running a medical practice.

So he better keep an eye on collecting receivables or
he's not going to be in business anymore.  That's absolutely
normal.  Erica Wright, on direct, the government made it look
like, oh, my God, he left these little notes for her about
making sure that we get paid by Medicare.  And on cross, she
said, well, I didn't think there was anything wrong with that.

1    That's normal.

2         And then Erica Wright talked about how Dr. Gooding and

3    herself worked really hard to try to figure out how they could

4    get paid for the injections with ultrasound and guided by

5    ultrasound.

6         Again, the prosecution just says these patients say

7    that the ultrasound machine wasn't on when the needle was going

8    in, but they wouldn't know because they are on their back

9    facing one side of the room and Dr. Gooding is behind them on

10   the other -- right behind them.  They wouldn't know.  It's not

11   so clear whether they would even know that there would be a

12   shot because of the anesthesia.

13        But what I am getting at is Erica Wright said, yeah,

14   we worked together in good faith to call Medicare.  Sometimes

15   we got a call back, sometimes we didn't to look at the CPT

16   codes.  Dr. Gooding went to conferences.  We basically -- we

17   tried the T codes.  We tried the J codes.  Finally what did

18   they decide to do?  And ultimately it was Dr. Gooding's

19   decision, he's the boss, but what they decided to do was submit

20   the only code for the injection available, which was the

21   bundled code injection plus fluoroscopy and submit an

22   ultrasound code in the same document, because remember, between

23   2012 and 2015 there were different codes.  There was one code

24   for the injection and one code for the ultrasound.  And

25   everything was great, no problem.

1          Then along comes the Medicare contractor who wants to

2    collect money back from the doctors because they have a

3    contract with the government to collect money and they want to

4    look good and they say, oh, no, no, the codes have been

5    changed.  And the only reason they knew Dr. Gooding used

6    ultrasound is because he told them.  There was no concealment

7    or hiding anything.  I think Dr. Gooding was probably actually

8    happy to be audited because finally there would be a person

9    that he could talk to about this.  Yeah, I'm doing ultrasound.

10         So finally, after all these efforts failed, not out of

11   lack of good faith, Dr. Gooding has that choice.  Do I buy a

12   fluoroscope and possibly give my patients cancer or do I keep

13   with the ultrasound, disclose it on the bill, and let Medicare

14   pay us for what they want to pay us?  Because Dr. Perez, I

15   think it was, was pretty clear that Medicare would think it was

16   silly if -- Medicare's not going to think you are doing

17   fluoroscopy and ultrasound at the same time.  Like I said, it's

18   like wearing a necktie like I am wearing and wearing a bow tie

19   like Mr. Cooke is wearing.  It doesn't make sense.

20         So let's disclose it to Medicare and let's get paid

21   for what they want to pay us, and he's performing the service.

22   The patients kept coming back.  Why would they not come back if

23   he wasn't performing the service -- or why would they come back

24   if he wasn't performing the service?  He was obviously

25   performing the service, and it was obviously medically

necessary because the patients got better.  Why would they get

better if he wasn't performing a service?  He obviously was

performing a service.

It defies common sense to think otherwise.  The

patients loved him.  Do you think the patients loved him

because they sat around inside the room and, you know, talked

about whether the Yankees or the Dodgers are going to win the

World Series?  They kept coming back because he treated them.

And he has a billing dispute with Medicare.  Medicare

says, Fred Gooding, despite your 40 years of experience as a

doctor, despite your medical degree, your residency, your

double board certification, you do what we say when you

practice medicine or we are going to drive you out of business.

And Fred Gooding, thank God, said no, you are not going to do

that to me.  Those are all badges of good faith, all of that.

It's like one of those military heros with all the

badges on the lapels.  They are all signs of good faith.

Let's talk briefly about -- I wish I knew what you all

were thinking, but let's talk briefly about Dr. Gooding's

testimony.  Despite the fact he didn't have to, Dr. Gooding

testified, because he wanted to talk to you.  And he talked to

you and he told you how physiatrists are trained differently

than the interventional radiologists and the anesthesiologists

and the surgeons and so on and so on and that he had a practice

that dealt with recurrent pain, chronic pain, and that the

1    patients would keep coming back for years.  That's one of the

2    reasons why he didn't want to expose them to a lot of

3    radiation, because they get exposed to a lot of radiation

4    because they keep coming back.  Excuse me.  It's not like an

5    acute practice where somebody comes in once and has their pain

6    relieved and doesn't come back.  They go back to their primary

7    care physician.  And the last thing he wants to do is start

8    writing scripts for opiates because we know what that leads to.

9            And he told you that when the codes were different,

10   everything was fine, and then the codes changed.  And compared

11   like a novel, Dr. Gooding to Erica Wright, they were a team,

12   one a government witness, one a defense witness, but they are a

13   team and they work together to try to figure out how to bill

14   Medicare and get paid for what they were doing, and this was

15   the only way they could figure out is by just putting all the

16   cards on the table.  This is what we are doing, Medicare.  Do

17   what you want to do.

18           He's a good, caring physician.  I think nobody will

19   disagree with that.  He's not a thief.  And those are badges of

20   fraud.

21           Finally, let me go to some of the other counts really

22   quickly.

23           Count 3 is Gregory Browne, and again we have one of

24   these situations where Dr. Gooding injected Gel-One into a hip.

25   By the way, I don't think it's true that if something is

 1    non-FDA approved, it's not approved by -- you can't bill it to

 2    Medicare.  But even if you can't, you should be able to.  And

 3    if you actually injected the Gel-One into the hip and you ask

 4    Medicare to pay you that, then that's not fraud.  That's just

 5    saying I want to be paid for what I did.

 6          And what happened is that on this Count 3, the

 7    diagnosis code was wrong.  It said knee pain.  Well, the notes

 8    and the chart sheets that Dr. Gooding gave to Erica said that

 9    he injected it in the hip.  Erica sent it out somehow as a

10    diagnosis code with a knee problem, pain in the knee.  And we

11    know from Dr. Perez that the diagnosis code does not trigger

12    payment.  It's the procedure code.  Remember how I asked him if

13    you had an ingrown toenail but your diagnosis was strep throat,

14    the claim would get rejected?  So if they don't match, the

15    claim is going to get rejected.

16          But in this case, they did match, but the payment is

17    for the use of the Gel-One.  The payment isn't for use of the

18    Gel-One on a knee or a hip or a shoulder or anything else, and

19    that goes to that issue of materiality, which is that it has to

20    trigger payment, and a diagnosis code does not trigger payment

21    according to Dr. Perez.  End of story.  Not guilty.

22          Same thing with Count 7, which is Yvonne Anderson,

23    although she had a very bad memory, and I think just based upon

24    what she said at the close of the government's case, there's a

25    question about -- I think you all should be at the point there

1    where nobody knows what Yvonne Anderson got.  God bless her,

2    but she just couldn't explain it.  And this was again the same

3    problem with the diagnosis code.  So 7 should be a not guilty.

4         Swift Burch is 10 and 11 and, you know, we heard from

5    his loved one, which is a term I stole from counsel -- thank

6    you very much -- because I used girlfriend, but I think loved

7    one is better.  And she says, well, really nothing of

8    substance.  She wasn't there.  She heard him say that he got an

9    injection in the knee, which proves he got an injection in the

10   knee, not that he didn't get an injection in the lower back or

11   the hip, and that he never said anything about getting an

12   injection in the lower back and hip.  Well, that doesn't prove

13   anything except he never said it.

14        So there's a complete failure of proof on 10 and 11.

15   And I would put 10 and 11 up with 1 and 2 as quick not

16   guilties, because there's just no proof, certainly not beyond a

17   reasonable doubt.

18        All the other counts fall into this category of, well,

19   he didn't use fluoroscopy.  They certainly haven't proven

20   beyond a reasonable doubt that he didn't use realtime

21   ultrasound.  So it really all boils down to the use of

22   ultrasound instead of fluoroscopy and what were on the bills.

23   We used ultrasound.  As a matter of fact, on some of the bills

24   were the 59 modifier, which is like, you know, why can't

25   Medicare just tell people to use words instead of all these

1    codes?  It's almost like, you know, secret codes in World

2    War II being intercepted.

3            But anyway, they used a 59 modifier, and the 59

4    modifier told Medicare, you know that bundled code where you

5    all bundle into one payment fluoroscopy and injection?

6    Unbundle them.  So he's telling that to Medicare.  He's trying

7    to get paid for what he's doing because he practices medicine,

8    not Medicare.

9            So I have said enough.  And I just want to make some

10   final comments to you.  The law requires that proof in a

11   criminal case be beyond a reasonable doubt.  That means beyond

12   any doubt that's based upon reason.

13           In this case, I submit to you and suggest that there

14   are many doubts based upon reason, witnesses who lied,

15   witnesses who can't recall, witnesses who common sense tells us

16   they can't recall.  Look at the fact that he disclosed to the

17   auditors and disclosed on his billing forms that he was doing

18   exactly what they say he concealed.  Look at the fact that he's

19   been a physician for 40 years with a patient following as loyal

20   to him they are almost like disciples, they love him, and they

21   love him because he made them better.  And that's why they kept

22   coming back.  And that's why it's absolutely unfathomable to me

23   that any of the care was not done or not necessary.

24           What we heard in this courtroom over the last week was

25   a dispute -- a billing dispute between a doctor who stood up to

 1    Medicare.  And thank God he did.  Ladies and gentlemen,

 2    Dr. Frederick Gooding is not guilty, and I submit to you that

 3    you should vote that way because that's exactly what he

 4    deserves.  Thank you very much.

 5              THE COURT:  Thank you, Mr. Khouri.

 6              Rebuttal, Ms. Willis.

 7              MS. WILLIS:  Can you all hear me?

 8              Did Dr. Gooding stand up to Medicare or did he just

 9    submit false claims to get paid?

10              Ladies and gentlemen, this case boils down to whether

11    Dr. Gooding submitted claims that he knew -- bills to Medicare

12    that he knew were not truthful and accurate to get paid.

13              The choice was not whether to get a fluoroscopy

14    machine or not.  The choice was whether to tell the truth and

15    get paid for what he was doing or not doing or to lie and not

16    get paid.

17              Now, we have been through the evidence in this case.

18    Mr. Khouri has had a chance to respond and attempt to raise

19    reasonable doubt.  And we, the government, because we bear the

20    burden of proof in this case, we go last.  We get a chance to

21    respond to Mr. Khouri's attempts before you deliberate.

22              Now, the Court will give you some further instructions

23    on all the law after I sit down, but just so we are all on the

24    same page, let's talk a little bit about reasonable doubt.

25              And I think, Mr. Bradley, if you could pull up...

1          And I will just keep talking while we are addressing

2     some technical issues.

3          You heard from the judge in the beginning of this case

4     that reasonable doubt isn't an imaginary doubt or a doubt based

5     on speculation or guesswork.  It's a doubt based on reason.

6     With that in mind, let's test some of the defenses that

7     Mr. Khouri raised against reason.

8          Now, first, Mr. Khouri -- and I am not going to go

9     over everything Mr. Khouri said.  We will just talk about some

10    of the defenses.

11         Mr. Khouri noted to you that the patients kept coming

12    back.  Well, ladies and gentlemen, ask yourself, to commit any

13    kind of fraud, to steal money from people, doesn't some of that

14    involve a trusting relationship?  If people were suspicious,

15    then you couldn't get paid.

16         So you heard from Karen Mackey that when she finally

17    looked at her EOBs and saw that she was getting billed for

18    things that were not services that she received, that she

19    stopped going to Dr. Gooding.  He stopped getting paid for her.

20    We know from her records which corroborate that she only went

21    to him for about a year and then stopped going.  And we know

22    that patients may have kept coming back.  Ask yourself if it

23    was because they were getting just enough medicine to make it a

24    few weeks or a month but not enough medicine, not actually

25    getting the procedure that was billed that would last at least

1    six months.

2         You heard from Dr. Perez, that you would expect

3    someone getting these 64633 through 64636 procedures to have

4    those procedures last at least six months.

5         So ask yourself if patients coming back is proof of

6    some kind of good faith or is it demonstrative of someone who

7    was billing services over and over again for patients instead

8    of providing longer-term solutions for those patients in order

9    for them to get paid.

10         Mr. Khouri also indicated that the claims data and the

11    bills disclosed that ultrasound was being used.  So that goes

12    back to this 59 modifier.  Now, you heard that this 59 modifier

13    basically tells Medicare that Dr. Gooding was doing something

14    different.  Don't look at this ultrasound as part of this

15    fluoroscopy.  I know that ultrasound and fluoroscopy wouldn't

16    go together, so I did something different.

17         Now, if you look at the claims data and look at the 59

18    modifiers, you will see that the ultrasound code and the 59

19    modifier also have descriptions.  The ultrasound was described

20    as ultrasound of an extremity, like an arm or a leg.  Does that

21    sound like an attempt to tell Medicare that you were using

22    ultrasound at the same time that you were using fluoroscopy or

23    to also get paid for ultrasound in addition to the bundled

24    code?

25         Mr. Khouri indicated that patients had a hard time

1    remembering things.  Ladies and gentlemen, I will submit to you

2    that we are talking about events that happened between 2015 and

3    2018, and all of the witnesses, including the defendant

4    himself, had difficulty remembering.  So perhaps the best

5    records that we have are the patient files themselves, which

6    show that these shots were not being given as they were

7    reported.

8         He also indicated that patients would be able to

9    remember these shots -- or would not be able to remember things

10   because they would not be memorable, like a flu shot.  Ask

11   yourself, is getting a spinal injection the same as getting a

12   flu shot?  Would your memory of that be the same?

13        We would also note -- to talk further about good

14   faith.  Now, you will get an instruction on good faith, and the

15   judge's instructions are what you should follow.  Part of this

16   instruction is that an honest belief that a business venture

17   will ultimately succeed is not good faith if the defendant

18   intended to deceive others by making representations that he

19   knew to be false or fraudulent.

20        It's not enough that the defendant wanted to stay in

21   business.  He lied to Medicare to do that, and that is the

22   crime.  He did not have a good faith belief that what he was

23   doing was right.  The defendant -- Mr. Khouri indicated to you

24   that Medicare was confusing and that there's a lot of

25   regulations.  But the defendant told you himself he understood

1    that the CPT code required fluoroscopy and CT.  It wasn't

2    confusing whether you use the long description or the short

3    description.  He told you himself that he knew and that he just

4    made a choice not to use that imaging.

5          Now, you also heard the defendant discuss the use of

6    imaging in general.  And you can evaluate that testimony also

7    against good faith.

8          Ladies and gentlemen, if the defendant was not using

9    any imaging at all, I believe we could all agree that it wasn't

10   safe for his patients.  The defendant indicated that these were

11   dangerous procedures.  Everybody has -- Dr. Schaening has

12   indicated that it was in a sensitive area of the body and we

13   are talking about small spinal nerves.

14         If there was no imaging at all, then there could be no

15   good faith because the patients would be in danger with these

16   injections.  And every single patient that you heard from told

17   you, no, I never had ultrasound used at the same time as the

18   needle.  Patient after patient said that.  Maya Parrott told

19   you, no, I never saw him use the ultrasound at the same time as

20   the needle.

21         Even if the ultrasound was just as good as the CT or

22   the fluoroscopy, the defendant wasn't using it at the same time

23   based on the testimony of all of the other witnesses.  And ask

24   yourself, if he was acting in good faith, why would he indicate

25   that he was using something and doing something that was not

1   what everybody else reported?

2           Now, let's talk a little bit about these knee

3   injections.  Dr. Schaening indicated that the Gel-One had to be

4   used for the knee.  That was the FDA approved indication.  That

5   was all Medicare would pay for.  So we know that the defendant

6   also knew this in the billing.

7           We had Erica Wright tell us that he decided not just

8   the CPT codes, but the diagnosis codes.  And we know that they

9   understood that if the diagnosis codes and the CPT codes didn't

10  match up, it would get rejected.  Was it a mistake that the

11  diagnosis code only said knee injection for a code that

12  required the knee?

13          If it were a mistake, why was it always in his favor?

14  It appears that he was the only person that would have made

15  this mistake over and over and over and over again.  Was it a

16  mistake, or was it an attempt to get paid for something that he

17  knew he could not get paid for if Medicare had any indication

18  that this was not for the knees of these patients.

19          And finally, ladies and gentlemen, comparing the

20  defendant to his peers and talking about what other people did

21  or did not do.  We know that, yes, this Medicare data is based

22  on other providers, other providers that, you know, work more

23  than the three days a week that the defendant worked, other

24  providers that have specialties that you may think would

25  involve more knee injections, other providers of all the

1    different types that the defendant and Mr. Khouri described.

2           But he was number one out of all of these providers.

3    No matter how you divide them up, he was number one.  He was

4    compared to the other physiatrists that, you know, take

5    Medicare, the other practitioners who take Medicare.  This is

6    not a situation where he was No. 15 and the other people may

7    have had some other specialty.  He was No. 1 one and outranked

8    the other providers, Medicare providers.

9           Based on reason, there is no doubt here that the

10   defendant lied to Medicare to get paid, and that is what this

11   case is about.  It is not about whether he was a good doctor or

12   a bad doctor.  It's about whether he knew that fluoroscopy and

13   CT was required to get paid by Medicare, which he did.  It's

14   about whether he knew it was the standard of care, which he

15   did.  By the Delaware board, we know that he was told that

16   fluoroscopy was the standard of care for certain cervical

17   injections.

18          And I submit to you, ladies and gentlemen, we have

19   been talking about 64633 to 64636 -- sorry, a lot of codes --

20   but those are just the same spinal injections up and down the

21   spine.  So cervical, thoracic, lumbar.  So he was told

22   specifically, you need to use imaging, and whether it was the

23   cervical spine or the lumbar spine, we know that that is the

24   same procedure.  You are trying to destroy nerves in those

25   small joints in the spine, something very dangerous.

1          We know that the defendant was not using imaging.  We

2   know that he was putting his patients at risk by doing this,

3   and in the process, also lying to Medicare to get paid for it.

4   Based on the evidence, the defendant is guilty.  Thank you.

5          THE COURT:  Thank you.

6          Madam Court Reporter, are you okay to go through the

7   instructions?

8          Everybody all right?

9          A JUROR:  (Raising hand.)

10         You need a break?  Let's take five minutes.

11         (A recess was taken at 3:31 p.m.)

12         THE COURTROOM DEPUTY:  The Court is again in session.

13   Please be seated and come to order.

14         THE COURT:  Good afternoon, ladies and gentlemen.

15   Almost there.  Members of the jury, I should say.

16         So, members of the jury, at this time, it is my duty

17   and responsibility as a trial judge to give you instructions as

18   to the law that applies to this case and the evidence that has

19   been presented.  It is your sworn duty to base your verdict

20   upon the law given in these instructions and upon the evidence

21   that has been admitted in this trial.

22         I will provide you with a copy -- actually two copies

23   of my instructions.  During your deliberations, you may, if you

24   want, refer to these instructions.  While you may refer to any

25   particular portion of the instructions, you are to consider the

1   instructions as a whole and you may not follow some and ignore

2   others.

3          If you have any questions about the instructions, you

4   should feel free to send me a note.  Please return your

5   instructions to me when your verdict is rendered.

6          As I stated in my preliminary instructions at the

7   beginning of the trial, my function is to conduct this trial in

8   an orderly, fair, and efficient manner, to rule on questions of

9   law and instruct you on the law that applies in this case.  It

10  is your duty to accept the law as I instruct you.  You should

11  consider all the instructions as a whole.  You may not ignore

12  or refuse to follow any of them.

13         Your function as a jury is to determine what the facts

14  are in this case.  You are the sole judges of the facts.  While

15  it is my responsibility to decide what is admitted as evidence

16  during the trial, you alone decide what weight, if any, to give

17  to that evidence.  You alone decide the credibility or

18  believability of the witnesses.  You should determine the facts

19  without prejudice, fear, sympathy, or favoritism.  You should

20  not be improperly influenced by anyone's race, ethnic origin,

21  or gender.  Decide the case solely from a fair consideration of

22  the evidence.  You may not take anything I may have said or

23  done as indicating how I think you should decide this case.

24         If you believe that I have expressed or indicated any

25  such opinion, you should ignore it.  The verdict in this case

1   is your sole and exclusive responsibility.

2          If any reference by me or the attorneys to the

3   evidence is different from your own memory of the evidence, it

4   is your memory that should control during your deliberations.

5          During your deliberations, you may consider only the

6   evidence properly admitted in this trial.  The evidence in this

7   case consists of the sworn testimony of the witnesses and the

8   exhibits that were admitted into evidence.

9          When you consider the evidence, you are permitted to

10  draw from the facts that you find have been proven.  Such

11  reasonable inferences as you feel are justified in the light of

12  your experience.

13         You should give any evidence such weight as in your

14  judgment it is fairly entitled to receive.

15         The statements and arguments of the lawyers are not

16  evidence.  They are only intended to assist you in

17  understanding the evidence.  Similarly, the questions of the

18  lawyers are not evidence.

19         The indictment is merely the formal way of accusing a

20  person of a crime.  You must not consider the indictment as

21  evidence of any kind.  You may not consider it as any evidence

22  of Frederick Gooding's guilt or draw any inference of guilt

23  from it.

24         Every defendant in a criminal case is presumed to be

25  innocent.  This presumption of innocence remains with the

1    defendant throughout the trial unless and until the government

2    has proven that he is guilty beyond a reasonable doubt.  This

3    burden never shifts throughout the trial.  The law does not

4    require Frederick Gooding to prove his innocence or to produce

5    any evidence at all.

6         If you find that the government has proven beyond a

7    reasonable doubt every element of a particular offense with

8    which Frederick Gooding is charged, it is your duty to find him

9    guilty of that offense.

10        On the other hand, if you find the government has

11   failed to prove any element of a particular offense beyond a

12   reasonable doubt, it is your duty to find Frederick Gooding not

13   guilty of that offense.

14        The government has the burden of proving Frederick

15   Gooding guilty beyond a reasonable doubt.  In civil cases, it

16   is only necessary to prove that a fact is more likely true than

17   not or in some cases that its truth is highly probable.  In

18   criminal cases such as this one, the government's proof must be

19   more powerful than that.  It must be beyond a reasonable doubt.

20        Reasonable doubt, as the name implies, is a doubt

21   based on reason, a doubt for which you have a reason, based

22   upon the evidence or lack of evidence in the case.

23        If after careful, honest, and impartial consideration

24   of all the evidence, you cannot say that you are firmly

25   convinced of the defendant's guilt, then you have a reasonable

1  doubt.

2       Reasonable doubt is a kind of doubt that will cause a

3  reasonable person after careful and thorough reflection to

4  hesitate to act in the graver or more important matters in

5  life.  However, it is not an imaginary doubt nor a doubt based

6  on speculation or guesswork.  It is a doubt based on reason.

7       The government is not required to prove guilt beyond

8  all doubt or to a mathematical or scientific certainty.  Its

9  burden is to prove guilt beyond a reasonable doubt.

10      There are two types of evidence from which you may

11 determine what the facts are in this case, direct and

12 circumstantial evidence.  You heard a bit about that at the

13 beginning.  When a witness such as an eyewitness asserts actual

14 knowledge of a fact, that witness's testimony is direct

15 evidence.

16      On the other hand, evidence of facts and circumstances

17 from which reasonable inferences may be drawn is circumstantial

18 evidence.

19      You will recall, as I said at the start of this trial,

20 I gave you an example about direct and circumstantial evidence

21 of it snowing.  Assume a person looked out a window and saw

22 that snow was falling.  If he later testified in court about

23 what he had seen, his testimony would be direct evidence that

24 snow was falling at the time he saw it happen.

25      Assume, however, he looked out a window and saw no

snow on the ground and then went to sleep and saw snow on the

ground after he woke up.  His testimony about what he had seen

would be circumstantial evidence that it had snowed while he

was asleep.

The law says that both direct and circumstantial

evidence are acceptable as a means of proving a fact.  The law

does not favor one form of evidence over another.  It is for

you to decide how much weight to give any particular evidence,

whether it is direct or circumstantial.

You are permitted to give equal weight to both.

Circumstantial evidence does not require a greater degree of

certainty than direct evidence.  In reaching a verdict in this

case, you should consider all the evidence presented, both

direct and circumstantial.

One of the questions you were asked when we were

selecting this jury was whether the nature of the charges

itself would affect your ability to reach a fair and impartial

verdict.  We asked you that question because you must not allow

the nature of the charge -- the nature of a charge, excuse me,

to affect your verdict.  You must consider only the evidence

that has been presented in this case in reaching a fair and

impartial verdict.

The weight of the evidence is not necessarily

determined by the number of witnesses testifying for each side.

Rather, you should consider all of the facts and circumstances

in evidence to determine which of the witnesses you believe.
You might find that the testimony of a smaller number of
witnesses on one side is more believable than the testimony of
a greater number of witnesses on the other side, or you might
find the opposite.

        The lawyers in this case sometimes objected when the
other side asked a question, made an argument, or offered
evidence that the objecting lawyer believed was not proper.
You must not hold such objections against the lawyer who made
them or the party that they represent.  It is the lawyer's
responsibility to object to evidence that they believe is not
admissible.

        If during the course of the trial I sustained an
objection to a lawyer's question, you should ignore the
question and you must not speculate as to what the answer would
have been.

        If after a witness answered a question I ruled that
the answer should be stricken, you should ignore both the
question and the answer and they should play no part in your
deliberations.

        In determining whether the government has proved the
charges against the defendant beyond a reasonable doubt, you
must consider the testimony of all the witnesses who have
testified.  You are the sole judges of the credibility of the
witnesses.  You alone determine whether to believe any witness

1    and the extent to which a witness should be believed.

2            Judging a witness's credibility means evaluating

3    whether the witness has testified truthfully and also whether

4    the witness accurately observed, recalled, and described the

5    matters about which the witness testified.

6            As I instructed you at the beginning of the trial and

7    again just now, you should evaluate the credibility of

8    witnesses free from prejudices and biases.

9            You may consider anything else that in your judgment

10   affects the credibility of any witness.  For example, you may

11   consider the demeanor and the behavior of the witness on the

12   witness stand, the witness's manner of testifying, whether the

13   witness impresses you as having an accurate memory, whether the

14   witness has any reason for not telling the truth, whether the

15   witness had a meaningful opportunity to observe the matters

16   about which they testified, whether the witness has any

17   interest in the outcome of this case, stands to gain anything

18   by testifying, or has friendship or hostility towards other

19   people concerned with this case.

20           In evaluating the accuracy of a witness's -- excuse

21   me.  In evaluating the accuracy of a witness's memory, you may

22   consider the circumstances surrounding that event including the

23   time that elapsed between the event and any later recollection

24   of the event and the circumstances under which the witness was

25   asked to recall details of the event.

1          You may consider whether there are any inconsistencies

2     in a witness's testimony or between the witness's testimony and

3     any previous statements made by the witness.  You may also

4     consider any consistencies or inconsistencies between a

5     witness's testimony and any other evidence that you credit.

6          You may consider whether any inconsistencies are the

7     result of lapses in memory, mistake, misunderstanding,

8     intentional falsehood, or differences in perceptions.

9          You may consider the reasonableness or

10    unreasonableness, the probability or improbability of the

11    testimony of a witness in determining whether to accept it as

12    true and accurate.  You may consider whether the witness has

13    been contradicted or supported by other evidence that you

14    credit.

15         If you believe that any witness has shown themselves

16    to be biased or prejudiced for or against either side in this

17    trial or motivated by self-interest, you may consider and

18    determine whether such bias or prejudice has colored the

19    testimony of the witness so as to affect the desire and

20    capability of that witness to tell the truth.

21         You should give the testimony of each witness such

22    weight as in your judgment it is fairly entitled to receive.

23         A defendant has a right to become a witness in their

24    own behalf.  A defendant's testimony should not be disbelieved

25    merely because he is the defendant.  In evaluating his

1    testimony, however, you may consider the fact that the

2    defendant has a vital interest in the outcome of this trial.

3            As with the testimony of any other witness, you should

4    give the defendant's testimony as much weight as in your

5    judgment it deserves.

6            You have heard evidence that a witness made an earlier

7    statement under oath subject to the penalty of perjury at a

8    deposition and that the statement may be inconsistent with

9    their testimony here at trial.  If you find that the earlier

10   statement is inconsistent with a witness's testimony here in

11   court, you may consider this inconsistency in judging the

12   credibility of the witness.

13           You also may consider this earlier statement as

14   evidence that what was said in the earlier statement was true.

15           The government presented testimony from an individual

16   regarding exhibits in the forms -- excuse me, in the form of

17   charts and summaries.  Those charts and summaries have been

18   admitted into evidence for clarity and convenience, and you

19   should treat the charts and summaries as you treat any other

20   evidence admitted during this trial.

21           On the other hand, testimony regarding those charts

22   and summaries is to be used only as a matter of convenience as

23   an aid to you in evaluating the evidence.

24           During the course of this trial, a number of exhibits

25   were admitted in evidence.  Sometimes only portions of an

1    exhibit were admitted such as portions of a larger -- excuse

2    me, such as portions of a longer document with some words or

3    pictures blacked out or otherwise removed.  There is a variety

4    of reasons why only a portion of an exhibit is admitted

5    including that the other portions are inadmissible or implicate

6    an individual's privacy.

7            As you examine the exhibits and you see or hear

8    portions where there appear to be omissions, you should

9    consider only the portions that were admitted.  You should not

10   guess as to what has been taken out or why and you should not

11   hold it against either party.  You are to decide the facts only

12   from the evidence that is before you.

13           I will be sending in to the jury room with you the

14   exhibits that have been admitted into evidence.  You may

15   examine any or all of them as you consider your verdicts.

16           Please keep in mind that exhibits that were only

17   marked for identification but were not admitted into evidence

18   will not be given to you to examine or consider in reaching

19   your verdict.

20           Each count of the indictment charges a separate

21   offense.  You should consider each offense and the evidence

22   which applies to it separately and you should return separate

23   verdicts as to each count.

24           The fact that you may find the defendant guilty or not

25   guilty on any one count of the indictment should not influence

1    your verdict with respect to any other count of the indictment.

2         Counts 1 through 11 of the indictment charge Frederick

3    Gooding with health care fraud.

4         The evidence in this case dates to 2008.  The evidence

5    of events occurring before January 2015 was admitted for its

6    possible relevance to motive, intent, knowledge, absence of

7    mistake, or lack of accident.  However, to find Frederick

8    Gooding guilty of health care fraud, the jury must unanimously

9    find that Frederick Gooding engaged in an affirmative act of

10   health care fraud against Medicare on or about the dates listed

11   in the indictment after January 2015 but before August 2018.

12        Frederick Gooding can be found guilty of health care

13   fraud only if the government has proven all of the following

14   elements beyond a reasonable doubt:

15        First, that Frederick Gooding by means of materially

16   false or fraudulent pretenses, representations, or promises:

17        1, executed or attempted to execute a scheme to

18   defraud a health care benefit program; or

19        2, executed or attempted to execute a scheme to obtain

20   any money or property owned by or under the custody or control

21   of a health care benefit program.

22        The jury must be unanimous as to whether Frederick

23   Gooding committed beyond a reasonable doubt the acts described

24   in the above sections 1 or 2 or both.

25        Second, that the scheme or plan was executed in

connection with the delivery of or payment for health care

benefits, items, or services.

Third, that Frederick Gooding knowingly and willfully

executed or attempted to execute the scheme with the intent to

defraud a health care benefit program.

Fourth, that Medicare is a health care benefit

program.

A scheme or plan to defraud means any plan, pattern,

or course of action involving a materially false or fraudulent

pretense, representation, or promise intended to deceive others

in order to obtain something of value, such as money from the

institution to be deceived.

A defendant acts with a requisite intent to defraud if

the defendant acted knowingly and with the specific intent to

deceive ordinarily for the purpose of causing some financial

loss to another.

Knowingly means to act voluntarily and deliberately

rather than mistakenly or inadvertently.

Willfully means to act knowingly and with a bad

purpose.

A statement is material if it has a natural tendency

to influence or is capable of influencing a decision of the

health care benefit program.

A representation is fraudulent if it was falsely made

with intent to deceive.

1          Deceitful statements of half truth, the concealment of

2     material facts, and the expression of an opinion not honestly

3     entertained may constitute false or fraudulent statements under

4     the statute.

5          Health care benefit program means any public or

6     private plan or contract affecting commerce under which any

7     medical benefit, item, or service is provided to any individual

8     and includes any individual or entity who is providing a

9     medical benefit, item, or service for which payment may be made

10    under the plan or contract.

11         Affecting commerce means that the program must have

12    had some effect on the movement, transportation, or flow of

13    goods, merchandise, money, and individuals between or among the

14    states.

15         The government need only prove that the health care

16    program itself either engaged in interstate commerce or that

17    its activity affected interstate commerce to any degree.  The

18    government need not prove Frederick Gooding engaged in

19    interstate commerce or that the acts of Frederick Gooding

20    affected interstate commerce.

21         It is not required that all the details about the

22    precise nature and purpose of the scheme be proved nor must it

23    be proved that the alleged scheme actually succeeded in

24    defrauding anyone.  What must be proved beyond a reasonable

25    doubt is that the defendant knowingly attempted or carried out

1   a scheme to defraud Medicare.

2           Someone's intent or knowledge ordinarily cannot be

3   proved directly because there is no way of knowing what a

4   person is actually thinking.  But you may infer someone's

5   intent or knowledge from the surrounding circumstances.  You

6   may consider any statement made or acts done or omitted by

7   Frederick Gooding and all other facts and circumstances

8   received in evidence which indicate his intent or knowledge.

9           You may infer but are not required to infer that a

10  person intends natural and probable consequences of acts he

11  intentionally did or intentionally did not do.

12          It is entirely up to you, however, to decide what

13  facts to find from the evidence received during this trial.

14  You should consider all the circumstances and evidence that you

15  think are relevant in determining whether the government has

16  proved beyond a reasonable doubt that Frederick Gooding acted

17  with the necessary state of mind.

18          Good faith is a complete defense to a charge that

19  requires intent to defraud.  A defendant is not required to

20  prove good faith.  The government must prove intent to defraud

21  beyond a reasonable doubt.  An honestly held opinion or an

22  honestly performed belief cannot be fraudulent intent even if

23  the opinion or belief is mistaken.

24          Similarly, evidence of a mistake in judgment, an error

25  in management, or carelessness can't establish fraudulent

1    intent.  But an honest belief that a business venture would

2    ultimately succeed doesn't constitute good faith if the

3    defendant intended to deceive others by making representations

4    the defendant knew to be false or fraudulent.

5         A verdict must represent the considered judgment of

6    each juror, and in order to return a verdict, each juror must

7    agree on the verdict.  In other words, your verdict on each

8    count must be unanimous.

9         You will be provided with a verdict form for use when

10   you have concluded your deliberations.  The form is not

11   evidence in this case and nothing in it should be taken to

12   suggest or convey any opinion by me as to what the verdict

13   should be.  Nothing in the form replaces the instructions of

14   law I have already given you and nothing in it replaces or

15   modifies the instructions about the elements which the

16   government must prove beyond a reasonable doubt.  The form is

17   meant only to assist you in recording your verdict.

18        The question of possible punishment of the defendant

19   in the event of a conviction is not a concern of yours and

20   should not enter into or influence your deliberations in any

21   way.  The duty of imposing sentence in the event of a

22   conviction rests exclusively with me.  Your verdict should be

23   based solely on the evidence in this case and you should not

24   consider the matter of punishment at all.

25        When you return to the jury room, you should first

 1   select a foreperson to preside over your deliberations and to

 2   be your spokesperson here in court.  There are no specific

 3   rules regarding how you should select a foreperson.  That is up

 4   to you.  However, as you go about the task, be mindful of your

 5   mission to reach a fair and just verdict based on the evidence.

 6   Consider selecting a foreperson who will be able to facilitate

 7   your discussion, who can help you organize the evidence, who

 8   will encourage civility and mutual respect among all of you,

 9   who will invite each juror to speak up regarding his or her

10   views about the evidence, and who will promote a full and fair

11   consideration of that evidence.

12          I would like to remind you that in some cases,

13   although not necessarily this one, there may be reports in the

14   newspaper or on the radio, internet, or television concerning

15   this case.  If there should be such media coverages in this

16   case, you may be tempted to read, listen to, or watch it.  You

17   must not read listen to or watch such reports because you must

18   decide this case solely on the evidence presented in this

19   courtroom.

20          If any publicity about this trial inadvertently comes

21   to your attention, do not discuss it with other jurors or

22   anyone else.  Just let me or Mr. Bradley know as soon after it

23   happens as you can and I will then briefly discuss it with you.

24          As you retire to the jury room to deliberate, I also

25   wish to remind you of an instruction I gave you at the

beginning of the trial.  During deliberations you may not communicate with anyone not on the jury about this case.  This includes any electronic communications such as email or text or any blogging about this case.

In addition, you may not conduct any independent investigation during deliberations.  This means that you may not conduct any research in person or electronically via the internet or in any other way.

If it becomes necessary during your deliberations to communicate with me, you may send a note by my courtroom deputy, Mr. Bradley, or the marshals signed by your foreperson or by one or more members of the jury.  No member of the jury should try to communicate with me except by such a signed note, and I will never communicate with any member of the jury on any matter concerning the merits of this case except in writing or orally here in open court.

Bear in mind also that you are never under any circumstances to reveal to any person, not the clerk, the marshal, or me how jurors are voting until after you have reached a unanimous verdict.  This means you should never tell me in writing or in open court how the jury is divided on any matter.  For example, 6 to 6 or 7 to 5 or 11 to 1, in any fashion or in any other fashion whether the vote is for conviction or acquittal or on any other issue in the case.

The attitude and conduct of jurors at the beginning of

1  their deliberations are matters of considerable importance.  It

2  may not be useful for a juror upon entering the jury room or

3  the courtroom where you are going to deliberate to voice a

4  strong expression of an opinion on the case or to announce a

5  determination to stand for a certain verdict.  When one does

6  that at the outset, a sense of pride may cause that juror to

7  hesitate to back away from an announced position after

8  discussion of the case.

9        Furthermore, many jurors find it useful to avoid an

10  initial vote upon retiring to the jury room.  Calmly reviewing

11  and discussing the case at the beginning of deliberations is

12  often a more useful way to proceed.  Remember that you are not

13  partisans or advocates in this matter, but you are judges of

14  the facts.

15        Counsel, would you pick up the phone at this time,

16  please.

17        (The following was heard sidebar.)

18        THE COURT:  Given how things can sometimes happen,

19  before I excuse the alternates, do you want me to inquire if

20  everybody is still able to continue to deliberate just in case

21  we have someone who isn't feeling well or, you know, has

22  something come up?  I also intend to, you know, in the next

23  instruction tell them not to discuss the case obviously even if

24  they are excused.  But do you want me to inquire or do you want

25  me to just go ahead and excuse the seat numbers already

1    discussed?

2            MS. WILLIS:  We would defer to the defense, Your

3    Honor.

4            MR. KHOURI:  You can go ahead and inquire, sure.

5            THE COURT:  All right.  Thank you.

6            (The following was heard in open court.)

7            THE COURT:  Ladies and gentlemen, before I excuse the

8    alternates in this case, I want to make one last inquiry.  We

9    are ahead of schedule.  It's Monday.  You are going to having a

10   little time to deliberate already.  If there is anybody sitting

11   on the jury right now who feels that they cannot participate in

12   deliberations because of something going on in their life,

13   speak now.  Okay.

14           Hearing no response, I will continue on.

15           The last thing I must do before you begin your

16   deliberations is to excuse the alternate jurors.  As I told you

17   before, the selection of alternates was an entirely random

18   process.  It's nothing personal.  Sometimes the alternates we

19   pick can change if people have been sleeping or not paying

20   attention, but you all have been paying attention wonderfully.

21           We selected two seats to be alternate seats before any

22   of you entered to the courtroom.  Since the rest of you have

23   remained healthy and attentive, I can now excuse the jurors in

24   seats 7 and 14.  Thank you very much.  We could not proceed in

25   this trial without alternate jurors.  But hold on.  Before you

 1  leave, I am going to ask you to tear out a page from your

 2  notebook, a blank page, and write down your name and daytime

 3  phone number and hand it to Mr. Bradley.  I do this because it

 4  is possible though unlikely that we will need to summon you

 5  back to rejoin the jury in case something happens to a regular

 6  juror.  It's rare, but it happens.

 7          Since that possibility exists, I am also going to

 8  instruct you not to discuss the case with anyone until we call

 9  you and tell you that a verdict has been rendered, and then you

10  can talk about the case.  But until you get that call, I am

11  going to ask that you not discuss the case with anyone in case

12  we have to call you back.

13          My earlier instruction on use of the internet still

14  applies.  Do not research this case or communicate about it on

15  the internet.  In all likelihood we will be calling you to tell

16  you that there has been a verdict and that you are now free to

17  discuss the case.  There is, however, this small chance that we

18  will need to bring you back on to the jury.  Thank you very

19  much for your service.  And please report back to the jury

20  office to turn in your badge on your way out.

21          (Alternate jurors exited the courtroom.)

22          THE COURT:  All right.  Ladies and gentlemen, the case

23  is now yours.  You may retire to begin your deliberations.  And

24  we will go until 5:00 today or unless there's a reason --

25  you'll decide.  If for some reason you want to stop before

073

```
1    5:00, you just simply write a note, let Mr. Bradley know that
2    you want to go.  I'm not going to bring you back into the
3    courtroom to excuse you.  If I don't hear from you by 5:00, you
4    can leave at 5:00, just let Mr. Bradley know you are leaving.
5    If you need to leave before 5:00, again, just let Mr. Bradley
6    or the marshal know you are leaving.
7            You are expected to return to begin your deliberations
8    promptly at 9:30 tomorrow morning.  You do not need -- you will
9    not come to the courtroom.  You just go to your deliberating
10   room.
11           And once all of you are present, you may begin your
12   deliberations.  You all have to be present to deliberate.  If
13   somebody has to leave to go to the restroom or take a break,
14   stop, wait for them to come back, and then you can resume your
15   deliberations.
16           Because you are our deliberating jury, lunch will be
17   brought to you because you are deliberating, and Mr. Bradley
18   will explain that to you.  And thank you very much for your --
19   I have watched you all.  You have all been paying very close
20   attention.  I appreciate that.  And the case is now yours.
21   Thank you very much.
22           (The jury exited the courtroom at 4:15 p.m.)
23           THE COURT:  All right.  Counsel, what I am going to
24   ask you to do -- oh, please sit down -- is to make sure
25   Mr. Bradley has your cell phone number and that you are
```

1    somewhere where you can get back here within 15 minutes if
2    there's a verdict or a note.  If you haven't heard anything by
3    5:00, we are done for the day and assume that the jury will
4    start deliberating at 9:30 in the morning.
5            Mr. Khouri, do you have a question?
6            MR. KHOURI:  To remind the Court that Mr. Cooke will
7    be here for the verdict.
8            THE COURT:  So you are taking off today?
9            MR. KHOURI:  Tomorrow morning.
10           THE COURT:  Pleasure having you in the Court.
11           MR. KHOURI:  Thank you, Your Honor.
12           THE COURT:  Safe travels.
13           MR. KHOURI:  I look forward to being back.
14           THE COURT:  All right.  Everyone, now I need to make
15   sure you coordinate with Mr. Bradley and my law clerk to make
16   sure all the exhibits are properly marked and sent back to the
17   jury.  Have a good evening.  Everybody get some rest, and I
18   will see you all whenever we have word.  Thank you.
19           I assume you all need to meet with Mr. Bradley and
20   make sure that you all agree on which exhibits are going back.
21   If there is a disagreement, then let chambers know.
22           I'm trying to think.  I think you did, Mr. Khouri,
23   move a couple exhibits into evidence.  I'm not sure.  Did you?
24           MR. KHOURI:  I think there was one, Exhibit I, but
25   that turned out to already be in Ms. Mackey's medical records.

```
 1              THE COURT:  All right.  Thank you.

 2              MS. WILLIS:  Your Honor, may I raise one thing?

 3              THE COURT:  Yes.

 4              MS. WILLIS:  My apologies I didn't say something

 5     earlier.  I understand from the Court's order from yesterday,

 6     if we -- if there were any facts that were included in the

 7     Court's decision in the Rule 29 that we had any dispute with,

 8     that we should file something.  Is that -- there was just

 9     one -- the testimony of -- from the government's perspective,

10     the testimony from one of the witnesses was cited to a

11     different witness, and we didn't know if we needed to correct

12     it.

13              THE COURT:  What is it?

14              MS. WILLIS:  I think when the Court was giving its

15     opinion, there was some discussion of something that Erica

16     Wright testified to and that Maya Parrott testified to.  I

17     think that they were flipped.  I apologize that I do not have

18     the exact sentence.

19              Oh, okay.  Ms. Simon has helped me.  I think that

20     Erica Wright said that the defendant selected the billing code.

21              THE COURT:  Yes.  I said testimony from Erica Wright

22     that Dr. Gooding personally filled out charge sheets and

23     selecting which billing codes to use.  Was that supposed to

24     be --

25              MS. WILLIS:  What was the sentence before that?  I
```

1    apologize.

2         THE COURT:  Testimony from Maya Parrott that she spoke

3    with Dr. Gooding about the Medicare requirements for codes

4    64635 and 64636 and the requirement of using fluoroscopy and

5    that Dr. Gooding stated that -- stated he has the newest

6    interventional way of doing it with ultrasound.

7         MS. WILLIS:  That was Erica Wright, not Ms. Parrott.

8         THE COURT:  Sorry.

9         MS. WILLIS:  At least from the government's --

10        THE COURT:  I will take a look at the transcript.  I

11   apologize.

12        MS. WILLIS:  No, I apologize.  I didn't raise it

13   earlier.

14        THE COURT:  That's fine.

15        MS. WILLIS:  I couldn't remember what the sentence

16   was.

17        THE COURT:  That testimony is still -- regardless of

18   who it came from, that testimony in the case is still

19   sufficient to defeat a motion for judgment of acquittal.  Thank

20   you.

21        Thank you for correcting me on that.

22        All right.  See you all, like I said, whenever we

23   hear.  Thank you.

24        (A recess was taken at 4:2 p.m.)

25

C E R T I F I C A T E


         I hereby certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.



9/123/22              s/ Tammy Nestor
                      Tammy Nestor, RMR, CRR
                      Official Court Reporter
                      333 Constitution Avenue NW
                      Washington, D.C. 20001
                      tammy_nestor@dcd.uscourts

1078

A JUROR: [2] 1006/5
1052/9
JURORS: [2] 1024/7
1024/13
MR. KHOURI: [25] 1008/10
1008/14 1008/20 1008/23
1009/23 1010/2 1010/11
1023/22 1024/6 1024/8
1024/12 1024/14 1024/18
1030/23 1031/8 1031/20
1031/24 1032/4 1032/6
1071/4 1074/6 1074/9
1074/11 1074/13 1074/24
MS. SIMON: [22] 1006/4
1006/7 1006/10 1006/14
1006/19 1006/23 1007/1
1007/3 1007/7 1007/9
1007/13 1007/19 1007/23
1008/2 1008/5 1008/9
1009/1 1009/4 1009/6
1009/9 1009/22 1010/10
MS. WILLIS: [19] 1010/25
1011/2 1022/7 1022/9
1030/17 1030/20 1031/1
1031/4 1031/10 1045/7
1071/2 1075/2 1075/4
1075/14 1075/25 1076/7
1076/9 1076/12 1076/15
THE COURT: [66] 1006/2
1006/8 1006/12 1006/17
1006/22 1006/24 1007/2
1007/5 1007/8 1007/12
1007/16 1007/20 1008/1
1008/4 1008/8 1008/12
1008/18 1008/21 1008/24
1009/3 1009/5 1009/7
1009/11 1009/25 1010/3
1010/13 1010/21 1011/1
1022/6 1022/8 1023/20
1023/24 1024/9 1024/15
1030/18 1030/21 1030/25
1031/3 1031/5 1031/9
1031/13 1031/23 1032/1
1032/3 1032/5 1045/5
1052/5 1052/14 1070/18
1071/5 1071/7 1072/22
1073/23 1074/8 1074/10
1074/12 1074/14 1075/1
1075/3 1075/13 1075/21
1076/2 1076/8 1076/10
1076/14 1076/17
THE COURTROOM
DEPUTY: [1] 1052/12

**$**
$1.37 [1] 1011/23
$1.37 million [1] 1011/23
$3.6 [1] 1011/21
$3.6 million [1] 1011/21

**0**
0255 [1] 1005/3

**1**
10 [5] 1016/16 1019/10
1043/4 1043/14 1043/15
10C [2] 1022/13 1022/15
11 [10] 1016/13 1017/21
1043/4 1043/14 1043/15
1063/2 1069/22
12 [2] 1005/4 1034/23
1250 [1] 1005/18
12568 [1] 1018/12
12A [1] 1016/24
13 [4] 1014/24 1015/16
1016/11 1018/7
14 [1] 1071/24
1400 [1] 1005/12
15 [4] 1016/10 1019/9
1051/6 1074/1
15-minute [1] 1015/5
16 [3] 1018/22 1019/3
1019/17
17 [1] 1009/12
17A [1] 1016/14
17B [2] 1015/5 1015/7
18 [2] 1006/15 1019/7
18,009 [1] 1017/22
19 [1] 1007/4
19,133 [1] 1016/17
19,140 [1] 1016/18
19-0255 [1] 1005/3
19268 [1] 1014/22
19300 [1] 1014/22
1:35 [2] 1005/5 1006/1
1:42 [1] 1010/19

**2**
2/27/18 [1] 1019/7
2/27/2018 [1] 1018/25
20 [1] 1025/14
20001 [2] 1005/22 1077/10
20005 [1] 1005/13
20036 [1] 1005/19
2008 [3] 1007/17 1007/25
1063/4
2012 [1] 1038/23
2015 [7] 1007/14 1007/19
1011/8 1038/23 1048/2
1063/5 1063/11
2016 [12] 1014/23 1014/24
1015/16 1015/16 1015/17
1016/12 1016/16 1017/21
1018/22 1019/3 1019/11
1019/14
2017 [1] 1018/13
2018 [6] 1007/19 1011/8
1018/25 1019/19 1048/3
1063/11
2022 [1] 1005/4
215 [1] 1005/15
22 [1] 1077/8
2222 [1] 1005/15
23 [1] 1007/10
24 [1] 1019/11
26 [1] 1036/17
29 [2] 1036/17 1075/7
2:00 unless [1] 1010/17
2:04 [1] 1010/20

**3**
30 [1] 1033/11
31 [3] 1014/23 1015/16
1015/17
32E [2] 1020/14 1020/17
333 [2] 1005/22 1077/9
35 [1] 1017/16

**4**
40 [2] 1040/10 1044/19
404 [2] 1007/11 1008/6
4:15 [1] 1073/22
4:2 [1] 1076/24

**5**
59 [7] 1043/24 1044/3
1044/3 1047/12 1047/12
1047/17 1047/18
5:00 [5] 1073/1 1073/3
1073/4 1073/5 1074/3
5:00 today [1] 1072/24

**6**
6/14/2017 [1] 1018/13
64483 [2] 1013/5 1019/1
64633 [3] 1013/5 1047/3
1051/19
64635 [4] 1017/24 1020/7
1021/12 1076/4
64636 [13] 1013/5 1014/25
1015/18 1016/10 1016/20
1017/24 1018/23 1019/11
1020/8 1021/12 1047/3
1051/19 1076/4
66-year-olds [1] 1028/9

**7**
7/13/2016 [1] 1019/14
700 [1] 1005/19

**9**
9/123/22 [1] 1077/8
91 percent [1] 1023/7
92612 [1] 1005/16
9:30 [2] 1073/8 1074/4
9C [1] 1023/7

**A**
ability [1] 1057/17
able [7] 1027/7 1027/22
1042/2 1048/8 1048/9
1068/6 1070/20
about [79] 1008/15 1008/15
1009/11 1010/5 1010/6
1010/18 1012/23 1013/1
1013/3 1013/8 1013/11
1013/12 1013/23 1014/19
1015/7 1016/25 1018/8
1020/5 1021/10 1021/14
1021/15 1021/15 1021/16
1021/16 1021/22 1021/25
1022/3 1022/11 1024/23
1024/24 1027/6 1029/1
1029/7 1030/5 1032/7
1033/3 1035/18 1035/24
1036/16 1037/9 1037/23
1038/2 1039/9 1040/7
1040/18 1040/19 1042/25
1043/11 1045/24 1046/9
1046/21 1048/2 1048/13
1049/13 1050/2 1050/20
1051/11 1051/11 1051/12
1051/14 1051/19 1053/3
1056/12 1056/20 1056/22
1057/2 1059/5 1059/16
1063/10 1065/21 1067/15

1068/10 1068/20
1069/2 1069/4 1072/10
1072/14 1076/3
above [2] 1063/24 1077/5
above-entitled [1] 1077/5
absence [1] 1063/6
absolutely [3] 1011/20
1037/21 1044/22
accept [2] 1053/10 1060/11
acceptable [1] 1057/6
accident [1] 1063/7
according [3] 1011/17 1015/4
1042/21
accuracy [2] 1059/20
1059/21
accurate [10] 1007/25
1012/20 1012/24 1015/18
1015/21 1019/22 1045/12
1059/13 1060/12 1077/4
accurately [3] 1006/20
1015/2 1059/4
accusing [1] 1054/19
acquittal [2] 1069/24 1076/19
act [5] 1027/2 1056/4 1063/9
1064/17 1064/19
acted [4] 1019/24 1026/21
1064/14 1066/16
acting [2] 1028/22 1049/24
action [2] 1022/14 1064/9
active [1] 1028/9
activity [1] 1065/17
acts [5] 1063/23 1064/13
1065/19 1066/6 1066/10
actual [2] 1015/14 1056/13
actually [17] 1011/22 1012/3
1015/15 1021/8 1021/25
1023/3 1025/8 1025/10
1025/11 1025/13 1036/4
1039/7 1042/3 1046/24
1052/22 1065/23 1066/4
acute [1] 1041/5
addition [3] 1033/12 1047/23
1069/5
additional [1] 1031/15
address [3] 1024/1 1024/3
1030/19
addressing [1] 1046/1
administration [1] 1026/24
admissible [1] 1058/12
admission [2] 1008/13
1008/19
admit [1] 1008/21
admitted [17] 1007/14
1031/6 1032/10 1035/24
1052/21 1053/15 1054/6
1054/8 1061/18 1061/20
1061/25 1062/1 1062/4
1062/9 1062/14 1062/17
1063/5
advocates [1] 1070/13
affect [3] 1057/17 1057/20
1060/19
affected [2] 1065/17 1065/20
affecting [2] 1065/6 1065/11
affects [1] 1059/10
affirmative [1] 1063/9
after [17] 1012/24 1023/4
1023/4 1023/14 1023/24
1035/5 1039/10 1045/23

A

after… [9] 1049/18 1055/23 1056/3 1057/2 1058/17 1063/11 1068/22 1069/19 1070/7
afternoon [5] 1005/6 1010/21 1024/6 1024/19 1052/14
again [18] 1007/18 1017/25 1018/16 1018/23 1018/24 1019/1 1019/12 1020/21 1034/5 1036/3 1038/6 1041/23 1043/2 1047/7 1050/15 1052/12 1059/7 1073/5
against [7] 1046/7 1049/7 1058/9 1058/22 1060/16 1062/11 1063/10
ago [6] 1029/9 1029/11 1029/16 1029/19 1029/22 1033/11
agree [6] 1008/10 1008/12 1022/1 1049/9 1067/7 1074/20
agreed [1] 1012/20
agrees [2] 1007/10 1008/7
ahead [4] 1010/16 1070/25 1071/4 1071/9
aid [1] 1061/23
airplane [1] 1035/13
Alice [1] 1035/22
all [97] 1006/2 1006/5 1008/19 1009/7 1010/3 1010/16 1010/18 1010/18 1011/4 1011/16 1014/12 1015/3 1015/19 1018/3 1019/21 1022/11 1023/14 1024/20 1024/21 1026/20 1027/1 1027/9 1027/19 1028/3 1028/6 1028/6 1028/7 1029/10 1030/5 1030/13 1030/18 1030/23 1031/11 1032/1 1032/3 1032/7 1032/9 1034/6 1034/17 1034/25 1035/10 1037/7 1039/10 1040/15 1040/15 1040/16 1040/17 1040/18 1041/15 1042/25 1043/18 1043/21 1043/25 1044/5 1045/7 1045/23 1045/23 1048/3 1049/9 1049/9 1049/14 1049/23 1050/5 1050/25 1051/2 1052/8 1053/11 1055/5 1055/24 1056/8 1057/13 1057/25 1058/23 1062/15 1063/13 1065/21 1066/7 1066/14 1067/24 1068/8 1071/5 1071/20 1072/15 1072/22 1073/11 1073/12 1073/19 1073/19 1073/23 1074/14 1074/16 1074/18 1074/19 1074/20 1075/1 1076/22 1076/22
alleged [1] 1065/23
allow [1] 1057/18
almost [3] 1044/1 1044/20 1052/15
alone [3] 1053/16 1053/17 1058/25

already [5] 1031/2 1067/14 1070/25 1071/10 1074/25
also [36] 1009/6 1012/13 1015/9 1015/23 1017/1 1017/9 1017/14 1017/24 1018/25 1019/6 1019/16 1019/19 1020/10 1020/16 1020/23 1022/22 1027/3 1034/14 1035/22 1035/25 1047/10 1047/19 1047/23 1048/8 1048/13 1049/5 1049/6 1050/6 1052/3 1059/3 1060/3 1061/13 1068/24 1069/17 1070/22 1072/7
alternate [4] 1071/16 1071/21 1071/25 1072/21
alternates [4] 1070/19 1071/8 1071/17 1071/18
although [3] 1030/13 1042/23 1068/13
always [4] 1017/18 1024/2 1032/24 1050/13
am [17] 1010/17 1013/8 1017/20 1017/22 1017/22 1017/25 1030/13 1034/10 1034/11 1035/22 1038/13 1039/18 1046/8 1072/1 1072/7 1072/10 1073/23
AM's [1] 1018/6
AMERICA [1] 1005/2
among [2] 1065/13 1068/8
amount [1] 1023/8
Anderson [2] 1042/22 1043/1
anesthesia [1] 1038/12
anesthesiologists [2] 1036/9 1040/23
anesthetic [1] 1029/23
announce [1] 1070/4
announced [1] 1070/7
another [4] 1019/1 1034/16 1057/7 1064/16
answer [3] 1058/15 1058/18 1058/19
answered [1] 1058/17
any [75] 1006/8 1009/17 1011/16 1012/6 1015/24 1016/3 1018/1 1018/8 1019/4 1023/13 1029/3 1033/12 1033/13 1035/3 1044/12 1044/23 1046/12 1049/9 1050/17 1052/24 1053/3 1053/12 1053/16 1053/24 1054/2 1054/13 1054/21 1054/21 1054/22 1055/5 1055/11 1057/8 1058/25 1059/10 1059/14 1059/16 1059/23 1060/1 1060/3 1060/4 1060/5 1060/6 1060/15 1061/3 1061/19 1062/15 1062/25 1063/1 1063/20 1064/8 1065/5 1065/6 1065/7 1065/8 1065/17 1066/6 1067/12 1067/20 1068/20 1069/3 1069/4 1069/5 1069/7 1069/8 1069/14 1069/14 1069/17 1069/18

1069/24 1071/21 1075/6 1075/7
anybody [5] 1010/9 1029/11 1032/20 1035/14 1071/10
anymore [1] 1037/21
anyone [8] 1009/21 1011/25 1012/9 1065/24 1068/22 1069/2 1072/8 1072/11
anyone's [1] 1053/20
anything [17] 1010/6 1010/17 1013/12 1017/2 1018/15 1030/5 1033/2 1037/18 1037/25 1039/7 1042/18 1043/11 1043/13 1053/22 1059/9 1059/17 1074/2
anyway [5] 1011/19 1012/9 1029/23 1035/15 1044/3
anywhere [1] 1012/8
APC [1] 1005/14
apologies [2] 1022/7 1075/4
apologize [5] 1031/8 1075/17 1076/1 1076/11 1076/12
apparently [1] 1024/15 1025/7
appear [1] 1062/8
APPEARANCES [1] 1005/10
appears [2] 1034/21 1050/14
applies [4] 1052/18 1053/9 1062/22 1072/14
apply [1] 1027/10
appointment [2] 1015/6 1030/2
appreciate [2] 1031/25 1073/20
appropriate [2] 1009/8 1024/4
approved [3] 1042/1 1042/1 1050/4
are [117] 1006/8 1006/13 1006/14 1008/6 1010/14 1010/16 1010/22 1010/22 1013/3 1013/4 1013/6 1013/7 1013/22 1013/24 1014/17 1016/13 1016/14 1016/23 1019/8 1020/15 1020/18 1021/14 1021/16 1021/22 1021/25 1022/3 1022/11 1022/19 1024/20 1024/24 1025/5 1025/6 1025/7 1025/8 1025/21 1027/1 1027/7 1027/14 1027/16 1027/19 1027/22 1028/14 1028/18 1030/14 1031/20 1032/7 1034/9 1035/9 1036/12 1036/17 1037/11 1037/12 1037/14 1038/8 1039/16 1040/7 1040/13 1040/14 1040/15 1040/17 1040/22 1041/12 1041/16 1041/19 1044/14 1044/20 1045/23 1046/1 1048/2 1048/5 1048/15 1049/13 1051/20 1051/24 1052/6 1052/25 1053/14 1053/14 1054/9 1054/11 1054/15 1054/16 1054/18 1055/24 1056/10 1056/11 1057/6 1057/10 1058/24

1060/6 1062/5 1062/11 1066/9 1066/15 1068/2 1069/17 1069/19 1070/1 1070/3 1070/12 1070/13 1070/24 1071/9 1071/9 1072/16 1073/4 1073/6 1073/7 1073/11 1073/16 1073/17 1073/25 1074/3 1074/8 1074/16 1074/20
area [2] 1036/8 1049/12
areas [2] 1006/8 1006/10
argument [5] 1023/25 1030/22 1031/15 1031/16 1058/7
arguments [2] 1010/23 1054/15
arm [1] 1047/20
around [3] 1027/12 1027/13 1040/6
as [99] 1006/10 1006/10 1006/21 1009/12 1009/17 1009/18 1009/19 1012/3 1012/5 1012/10 1012/10 1013/13 1013/24 1015/12 1015/18 1016/12 1017/13 1017/22 1020/20 1021/3 1022/1 1022/20 1023/15 1024/19 1024/19 1024/23 1024/23 1025/2 1025/2 1025/24 1025/25 1027/11 1027/12 1027/13 1028/23 1029/15 1030/4 1033/13 1036/3 1037/16 1040/10 1042/9 1043/15 1043/23 1044/19 1047/14 1047/20 1048/6 1048/11 1049/17 1049/19 1049/21 1049/21 1052/17 1052/17 1053/1 1053/6 1053/10 1053/11 1053/15 1053/23 1054/11 1054/13 1054/20 1054/21 1055/18 1055/20 1056/13 1056/19 1057/6 1058/15 1059/6 1059/13 1060/11 1060/19 1060/22 1061/3 1061/4 1061/4 1061/13 1061/19 1061/22 1061/22 1062/1 1062/2 1062/7 1062/10 1062/15 1062/23 1063/22 1064/11 1067/12 1068/4 1068/22 1068/23 1069/3 1071/16
ask [13] 1023/1 1023/4 1023/17 1029/21 1042/3 1046/12 1046/22 1047/5 1048/10 1049/23 1072/1 1072/11 1073/24
asked [5] 1042/12 1057/15 1057/18 1058/7 1059/25
asking [1] 1022/19
asleep [1] 1057/4
asserted [1] 1026/21
asserts [1] 1026/21
assist [2] 1054/16 1067/17
assume [4] 1056/21 1056/25 1074/3 1074/19
attack [2] 1029/4 1035/6

1080

## A

attempt [3] 1045/18 1047/21 1050/16
attempted [6] 1013/19 1014/8 1063/17 1063/19 1064/4 1065/25
attempts [1] 1045/21
attention [4] 1068/21 1071/20 1071/20 1073/20
attentive [1] 1071/23
attentively [1] 1024/21
attitude [1] 1069/25
attorneys [1] 1054/2
audit [1] 1035/24
audited [1] 1039/8
auditors [1] 1044/17
August [2] 1011/8 1063/11
August 2018 [2] 1011/8 1063/11
available [1] 1022/18 1038/20
Avenue [4] 1005/12 1005/18 1005/22 1077/9
avoid [1] 1070/9
away [1] 1070/7

## B

back [59] 1010/17 1013/8 1013/23 1015/3 1017/8 1017/15 1017/23 1018/1 1019/12 1022/15 1023/2 1023/4 1025/14 1025/15 1025/21 1025/22 1026/12 1026/14 1027/21 1028/14 1028/25 1030/6 1032/11 1033/12 1033/19 1033/20 1033/21 1033/23 1033/24 1034/10 1038/8 1038/15 1039/2 1039/22 1039/22 1039/23 1040/8 1041/1 1041/4 1041/6 1041/6 1043/10 1043/12 1044/22 1046/12 1046/22 1047/5 1047/12 1070/7 1072/5 1072/12 1072/18 1072/19 1073/2 1073/14 1074/1 1074/13 1074/16 1074/20
backs [1] 1011/17
bad [4] 1035/23 1042/23 1051/12 1064/19
badge [4] 1025/18 1025/22 1030/7 1072/20
badges [6] 1025/20 1028/14 1028/25 1040/15 1040/17 1041/19
balloon [1] 1035/7
barely [1] 1033/10
base [1] 1052/19
based [22] 1011/4 1011/22 1021/8 1023/8 1028/20 1032/14 1035/25 1042/23 1044/12 1044/14 1046/4 1046/5 1049/23 1050/21 1051/9 1052/4 1055/21 1055/21 1056/5 1056/6 1067/23 1068/5
basically [2] 1038/16 1047/13
be [107] 1007/1 1009/14

1012/20 1014/5 1014/20 1014/22 1014/25 1015/15 1015/21 1016/10 1016/16 1016/18 1016/19 1016/20 1016/21 1018/7 1018/14 1018/17 1018/22 1020/13 1020/19 1021/6 1023/1 1026/21 1026/23 1027/1 1027/7 1027/9 1027/10 1027/22 1028/24 1030/1 1031/7 1031/13 1031/19 1033/23 1034/2 1034/12 1034/22 1035/9 1035/21 1037/21 1038/11 1039/8 1039/8 1042/2 1042/5 1042/25 1043/3 1044/11 1048/8 1048/9 1048/10 1048/12 1048/19 1049/14 1049/15 1050/3 1052/13 1053/20 1054/24 1055/18 1055/19 1056/17 1056/23 1057/3 1058/18 1059/1 1060/16 1060/24 1061/8 1061/22 1062/8 1062/13 1062/18 1063/12 1063/22 1064/12 1065/9 1065/22 1065/23 1065/24 1066/2 1066/2 1066/7 1067/8 1067/9 1067/11 1067/13 1067/22 1068/2 1068/4 1068/6 1068/13 1068/15 1068/16 1070/2 1071/21 1072/15 1073/12 1073/16 1074/7 1074/25 1075/24
bear [2] 1045/19 1069/17
bears [1] 1024/4
because [59] 1009/14 1014/13 1015/19 1021/13 1024/4 1025/19 1025/22 1026/9 1026/13 1027/10 1027/15 1027/19 1027/22 1028/12 1028/16 1029/23 1030/1 1031/16 1031/17 1032/18 1033/2 1033/14 1034/2 1034/13 1035/20 1036/15 1036/21 1037/7 1038/8 1038/12 1038/22 1039/2 1039/6 1039/8 1039/14 1040/1 1040/6 1040/8 1040/21 1041/3 1041/4 1041/8 1043/6 1043/16 1044/7 1044/21 1045/3 1045/19 1046/23 1048/10 1049/15 1057/18 1060/25 1066/3 1068/17 1071/12 1072/3 1073/16 1073/17
become [2] 1009/13 1060/23
becomes [1] 1069/9
been [25] 1021/10 1022/13 1027/11 1027/13 1028/6 1032/10 1037/12 1039/19 1044/19 1045/17 1051/19 1052/19 1052/21 1054/14 1057/17 1058/16 1060/13 1061/17 1062/10 1062/14 1071/19 1071/20 1072/9 1072/16 1073/19

1028/25 1030/15 1032/11 1045/21 1062/12 1063/5 1063/11 1070/19 1071/7 1071/15 1071/17 1071/21 1071/25 1072/5 1073/5 1075/25
began [1] 1006/1
begin [4] 1071/15 1072/23 1073/7 1073/11
beginning [9] 1007/13 1012/22 1046/3 1053/7 1056/13 1059/6 1069/1 1069/25 1070/11
behalf [2] 1009/13 1060/24
behavior [1] 1059/11
behind [2] 1038/9 1038/10
being [7] 1021/6 1035/5 1035/17 1044/2 1047/11 1048/6 1074/13
belief [5] 1048/16 1048/22 1066/22 1066/23 1067/1
believability [1] 1053/18
believable [1] 1058/3
believe [21] 1006/20 1007/10 1007/25 1008/5 1008/7 1026/6 1026/18 1028/15 1028/22 1030/1 1032/15 1032/23 1033/2 1033/5 1035/20 1049/9 1053/24 1058/1 1058/11 1058/25 1060/15
believed [2] 1058/8 1059/1
beneficiaries [5] 1011/10 1013/11 1014/18
benefit [13] 1011/3 1013/19 1014/9 1014/11 1014/13 1063/18 1063/21 1064/5 1064/6 1064/23 1065/5 1065/7 1065/9
benefits [3] 1014/4 1014/17 1064/2
best [4] 1015/15 1021/16 1023/2 1048/4
better [10] 1020/5 1020/22 1025/17 1025/22 1030/6 1037/20 1040/1 1040/2 1043/7 1044/21
between [11] 1011/8 1026/3 1026/8 1027/16 1038/22 1044/25 1048/2 1059/23 1060/2 1060/4 1065/13
beyond [19] 1028/19 1043/16 1043/20 1044/11 1044/11 1055/2 1055/6 1055/11 1055/15 1055/19 1056/7 1056/9 1058/22 1063/14 1063/23 1065/24 1066/16 1066/21 1067/16
bias [1] 1060/18
biased [1] 1060/16
biases [1] 1059/8
big [2] 1033/15 1036/5
bill [10] 1011/11 1011/19 1018/13 1018/17 1021/1 1021/12 1036/13 1039/13 1041/13 1042/1
billed [15] 1011/13 1012/10 1012/16 1016/20 1017/22

1019/15 1019/18
1019/21 1022/23 1023/8 1023/15 1036/14 1046/17 1046/25
billing [11] 1016/9 1025/12 1025/12 1026/19 1040/9 1044/17 1044/25 1047/7 1050/6 1075/20 1075/23
billings [1] 1025/6
bills [5] 1011/20 1043/22 1043/23 1045/11 1047/11
bit [5] 1033/3 1036/16 1045/24 1050/2 1056/12
blacked [1] 1062/3
blank [1] 1072/2
bless [1] 1043/1
block [3] 1017/3 1021/1 1035/3
blogging [1] 1069/4
board [4] 1022/14 1030/10 1040/12 1051/15
body [3] 1015/25 1019/5 1049/12
boils [2] 1043/21 1045/10
boss [1] 1038/19
both [6] 1014/24 1057/5 1057/10 1057/13 1058/18 1063/24
bow [1] 1039/18
Bradley [11] 1045/25 1068/22 1069/11 1072/3 1073/1 1073/4 1073/5 1073/17 1073/25 1074/15 1074/19
break [2] 1052/10 1073/13
brief [2] 1024/1 1024/3
briefing [1] 1008/15
briefly [6] 1030/8 1030/22 1032/12 1040/18 1040/19 1068/23
bring [3] 1021/1 1072/18 1073/2
brings [1] 1024/4
brought [2] 1008/16 1073/17
Browne [4] 1017/2 1017/6 1017/16 1041/23
bulging [1] 1033/21 1033/21
bundle [1] 1044/5
bundled [3] 1038/21 1044/4 1047/23
Burch [1] 1043/4
burden [5] 1024/5 1045/20 1055/3 1055/14 1056/9
business [12] 1025/4 1026/11 1027/15 1032/19 1032/21 1033/4 1037/12 1037/21 1040/13 1048/16 1048/21 1067/1
buy [3] 1027/17 1028/1 1039/11

## C

California [1] 1005/16
call [6] 1024/16 1038/14 1038/15 1072/8 1072/10 1072/12
calling [1] 1072/15
Calmly [1] 1070/10
came [4] 1011/8 1015/5 1028/18 1076/18

can [32]  1006/12 1007/18
1015/11 1021/19 1024/6
1024/21 1027/12 1029/6
1029/9 1029/11 1029/15
1029/18 1030/1 1030/2
1030/3 1030/21 1033/1
1033/6 1035/12 1045/7
1049/6 1063/12 1068/7
1068/23 1070/18 1071/4
1071/19 1071/23 1072/10
1073/4 1073/14 1074/1
can't [7]  1026/10 1042/1
1042/2 1043/24 1044/15
1044/16 1066/25
cancer [3]  1027/18 1028/13
1039/12
cannot [4]  1055/24 1066/2
1066/22 1071/11
capability [1]  1060/20
capable [1]  1064/22
cards [1]  1041/16
care [32]  1013/10 1013/16
1014/4 1014/9 1014/11
1014/13 1021/13 1022/1
1022/17 1023/16 1025/7
1025/10 1025/11 1025/13
1034/23 1034/25 1041/7
1044/23 1051/14 1051/16
1063/3 1063/8 1063/10
1063/12 1063/18 1063/21
1064/1 1064/5 1064/6
1064/23 1065/5 1065/15
careful [4]  1031/13 1031/19
1055/23 1056/3
carelessness [1]  1066/25
caring [1]  1041/18
carried [1]  1065/25
case [71]  1005/3 1007/17
1007/24 1009/25 1012/23
1013/2 1015/11 1015/12
1022/2 1024/5 1024/23
1024/24 1025/9 1025/25
1026/3 1027/8 1030/12
1031/22 1032/8 1032/15
1032/16 1036/16 1037/5
1037/5 1037/6 1042/16
1042/24 1044/11 1044/13
1045/10 1045/17 1045/20
1046/3 1051/11 1052/18
1053/9 1053/14 1053/21
1053/23 1053/25 1054/7
1054/24 1055/22 1056/11
1057/13 1057/21 1058/6
1059/17 1059/19 1063/4
1067/11 1067/23 1068/15
1068/16 1068/18 1069/2
1069/4 1069/15 1069/24
1070/4 1070/8 1070/11
1070/20 1070/23 1071/8
1072/5 1072/8 1072/10
1072/11 1072/11 1072/14
1072/17 1072/22 1073/20
1076/18
cases [5]  1025/9 1055/15
1055/17 1055/18 1068/12
category [1]  1043/24
cath [1]  1035/7
cause [2]  1056/2 1070/6

1016/9 1016/16 1018/22
1033/23
causing [1]  1064/15
cell [1]  1073/25
certain [5]  1020/16 1022/14
1022/17 1051/16 1070/5
certainly [2]  1043/16 1043/19
certainty [2]  1056/8 1057/12
certification [1]  1040/12
certified [1]  1012/18
certify [1]  1077/3
cervical [6]  1030/11 1031/21
1032/8 1051/16 1051/21
1051/23
cetera [1]  1008/3
chambers [1]  1074/21
chance [5]  1006/2 1006/5
1045/18 1045/20 1072/17
change [2]  1026/11 1071/19
changed [2]  1039/5 1041/10
characters [1]  1026/3
charge [7]  1016/13 1019/18
1057/19 1057/19 1063/2
1066/18 1075/22
charged [1]  1055/8
charges [3]  1057/16 1058/22
1062/20
charging [1]  1019/7
chart [1]  1042/8
charts [4]  1061/17 1061/17
1061/19 1061/21
choice [4]  1039/11 1045/13
1045/14 1049/4
choices [1]  1027/16
choose [1]  1026/15
chose [1]  1020/1
chronic [1]  1040/25
CHUTKAN [1]  1005/8
circumstances [8]  1056/16
1057/25 1059/22 1059/24
1066/5 1066/7 1066/14
1069/18
circumstantial [9]  1025/23
1056/12 1056/17 1056/20
1057/3 1057/5 1057/9
1057/11 1057/14
cited [1]  1075/10
civil [1]  1055/15
civility [1]  1068/8
claim [17]  1012/24 1012/24
1014/21 1015/2 1015/17
1016/17 1016/18 1016/20
1017/11 1018/11 1018/18
1018/22 1019/1 1019/6
1019/11 1042/14 1042/15
claims [27]  1011/6 1011/13
1011/23 1012/4 1012/9
1012/18 1012/20 1012/20
1014/12 1014/16 1014/23
1014/25 1015/21 1016/17
1017/11 1017/21 1019/14
1019/21 1020/6 1021/23
1022/9 1022/21 1034/17
1045/9 1045/11 1047/10
1047/17
clarity [1]  1061/18
clear [5]  1021/14 1026/23
1030/15 1038/11 1039/15

clerk [2]  1069/18 1074/15
client [1]  1026/9
close [3]  1012/11 1042/24
1073/19
closing [5]  1010/23 1010/24
1023/25 1024/3 1030/22
clue [1]  1036/1
code [35]  1010/9 1012/5
1016/10 1017/4 1017/5
1018/19 1018/19 1020/5
1027/3 1027/9 1034/20
1035/25 1036/8 1036/12
1036/18 1036/25 1037/2
1038/20 1038/21 1038/22
1038/23 1038/24 1042/7
1042/10 1042/11 1042/12
1042/20 1043/3 1044/4
1047/18 1047/24 1049/1
1050/11 1050/11 1075/20
codes [35]  1013/1 1013/5
1018/9 1020/2 1020/2
1020/4 1020/5 1020/8
1020/16 1020/17 1021/2
1021/5 1021/7 1021/9
1022/23 1022/23 1027/1
1027/4 1036/22 1038/16
1038/17 1038/17 1038/23
1039/4 1041/9 1041/10
1044/1 1044/1 1050/8
1050/8 1050/9 1050/9
1051/19 1075/23 1076/3
colleague's [1]  1029/1
collect [2]  1039/2 1039/3
collected [1]  1037/11
collecting [1]  1037/20
colored [1]  1060/18
COLUMBIA [2]  1005/1
1030/14
column [1]  1036/25
columns [1]  1036/24
come [10]  1023/4 1025/21
1027/23 1039/22 1039/23
1041/6 1052/13 1070/22
1073/9 1073/14
comes [3]  1039/1 1041/5
1068/20
coming [12]  1023/2 1025/14
1025/15 1025/22 1039/22
1040/8 1041/1 1041/4
1044/22 1046/11 1046/22
1047/5
commanded [1]  1011/3
comment [1]  1031/5
commenting [1]  1031/1
comments [3]  1027/14
1029/1 1044/10
commerce [6]  1065/6
1065/11 1065/16 1065/7
1065/19 1065/20
commercial [1]  1035/12
commit [3]  1026/19 1026/20
1046/12
committed [1]  1063/23
common [6]  1029/15
1029/25 1037/10 1037/17
1040/4 1044/15
communicate [5]  1069/2
1069/10 1069/13 1069/14

communications [1]  1069/3
company [1]  1025/16
compare [2]  1036/6 1036/11
compared [1]  1041/10
1051/4
comparing [1]  1050/19
comparison [4]  1026/2
1026/7 1026/7 1036/15
complete [5]  1012/21
1015/18 1019/23 1043/14
1066/18
completely [1]  1036/15
concealed [1]  1044/18
concealment [2]  1039/6
1065/1
concern [2]  1031/24 1067/19
concerned [1]  1059/19
concerning [2]  1068/14
1069/15
concluded [1]  1067/10
conduct [4]  1053/7 1069/5
1069/7 1069/25
conferences [1]  1038/16
confusing [2]  1048/24 1049/2
Connecticut [1]  1005/18
connection [2]  1014/3 1064/1
consequences [1]  1066/10
consider [33]  1009/16
1022/19 1032/9 1052/25
1053/11 1054/5 1054/9
1054/20 1054/21 1057/13
1057/20 1057/25 1058/23
1059/9 1059/11 1059/22
1060/1 1060/4 1060/6
1060/9 1060/12 1060/17
1061/1 1061/11 1061/13
1062/9 1062/15 1062/18
1062/21 1066/6 1066/14
1067/24 1068/6
considerable [1]  1070/1
consideration [3]  1053/21
1055/23 1068/11
considered [1]  1067/5
consistencies [1]  1060/4
consistent [4]  1019/17
1020/18 1023/18 1024/8
consists [1]  1054/7
constitute [1]  1065/3 1067/2
Constitution [2]  1005/22
1077/9
consumer [2]  1036/18
1036/22
continue [4]  1008/12 1023/6
1070/20 1071/14
continued [1]  1021/12
contract [3]  1039/3 1065/6
1065/10
contractor [2]  1036/21
1039/1
contradicted [1]  1060/13
control [2]  1054/4 1063/20
convenience [2]  1061/18
1061/22
convey [1]  1067/12
conviction [3]  1067/19
1067/22 1069/24
convinced [1]  1055/25
Cooke [4]  1005/17 1005/18

1082

**C**

Cooke... [2]  1039/19 1074/6
coordinate [1]  1074/15
copies [1]  1052/22
copy [1]  1052/22
correct [2]  1015/22 1075/11
correcting [1]  1076/21
corroborate [1]  1046/20
could [15]  1020/5 1021/2
1021/9 1030/10 1033/10
1033/23 1034/22 1038/3
1039/9 1041/15 1045/25
1049/9 1049/14 1050/17
1071/24
couldn't [5]  1030/4 1033/9
1043/2 1046/15 1076/15
counsel [5]  1007/10 1010/23
1043/5 1070/15 1073/23
count [11]  1014/19 1014/20
1018/11 1041/23 1042/6
1042/22 1062/20 1062/23
1062/25 1063/1 1067/8
Count 1 [1]  1014/20
counterintuitive [1]  1026/2
country [1]  1014/17
counts [13]  1013/9 1013/14
1016/15 1017/20 1018/21
1019/10 1019/20 1023/17
1034/9 1034/12 1041/21
1043/18 1063/2
Counts 1 [4]  1019/20
1023/17 1034/9 1034/12
county [1]  1029/14
couple [1]  1074/23
course [5]  1024/25 1036/13
1058/13 1061/24 1064/9
court [18]  1005/1 1005/21
1010/12 1031/2 1032/2
1045/22 1052/6 1052/12
1056/22 1061/11 1068/2
1069/16 1069/21 1071/6
1074/6 1074/10 1075/14
1077/9
Court's [2]  1075/5 1075/7
courtroom [11]  1010/20
1033/6 1044/24 1068/19
1069/10 1070/3 1071/22
1072/21 1073/3 1073/9
1073/22
cousin [1]  1032/22
cousins [1]  1032/22
coverage [4]  1020/4 1020/10
1020/14 1027/4
coverages [1]  1068/15
covered [8]  1014/18 1020/13
1020/20 1025/8 1027/2
1027/6 1027/6 1034/19
CPT [12]  1026/25 1027/4
1034/20 1035/25 1036/8
1036/18 1036/22 1037/2
1038/15 1049/1 1050/8
1050/9
credibility [6]  1053/17
1058/24 1059/2 1059/7
1059/10 1061/12
credit [2]  1060/5 1060/14
crime [4]  1026/19 1026/20
1048/22 1054/20
criminal [3]  1044/11 1054/24

criticizing [1]  1029/4 1034/24
cross [5]  1025/1 1033/17
1033/18 1034/21 1037/24
cross-examination [4]  1025/1
1033/17 1033/18 1034/21
CRR [2]  1005/21 1077/8
CT [16]  1011/13 1011/15
1011/21 1011/24 1013/4
1015/20 1016/21 1017/23
1018/24 1019/13 1020/8
1023/12 1037/3 1049/1
1049/21 1051/13
CT-guided [2]  1011/21
1011/24
custody [1]  1063/20
CVS [1]  1029/13

**D**

D.C [7]  1005/4 1005/13
1005/19 1005/22 1011/25
1036/7 1077/10
dancing [1]  1017/8
danger [1]  1049/15
dangerous [2]  1049/11
1051/25
data [4]  1017/21 1047/10
1047/17 1050/21
date [6]  1015/4 1016/22
1016/24 1018/12 1019/18
1019/19
dates [8]  1007/17 1007/24
1013/11 1014/24 1019/10
1030/5 1063/4 1063/10
day [5]  1005/7 1015/16
1018/10 1018/15 1074/3
days [2]  1033/11 1050/23
daytime [1]  1072/2
dcd.uscourts [1]  1077/10
dcd.uscourts.gov [1]  1005/23
dealt [1]  1040/25
deceased [1]  1025/7
Deceitful [1]  1065/1
deceive [5]  1048/18 1064/10
1064/15 1064/25 1067/3
deceived [1]  1064/12
decide [11]  1038/18 1053/15
1053/16 1053/17 1053/21
1053/23 1057/8 1062/11
1066/12 1068/18 1072/25
decided [3]  1031/2 1038/19
1050/7
decision [3]  1038/19 1064/22
1075/7
defeat [1]  1076/19
defendant [61]  1005/6
1005/14 1009/12 1009/13
1009/15 1009/16 1009/24
1011/4 1011/11 1011/14
1011/19 1012/9 1012/17
1012/23 1013/10 1013/15
1013/18 1014/1 1014/7
1014/22 1014/24 1015/10
1015/11 1015/14 1015/20
1015/23 1016/5 1016/9
1023/10 1023/17 1048/3
1048/17 1048/20 1048/23
1048/25 1049/5 1049/8
1049/10 1049/22 1050/5
1050/20 1050/23 1051/1

1054/24 1055/1 1058/22
1060/23 1060/25 1061/2
1062/24 1064/13 1064/14
1065/25 1066/19 1067/3
1067/4 1067/18 1075/20
defendant's [7]  1009/18
1011/9 1012/2 1012/12
1055/25 1060/24 1061/4
defense [7]  1007/10 1008/7
1010/7 1026/18 1041/12
1066/18 1071/2
defenses [2]  1046/6 1046/10
defer [1]  1071/2
defies [1]  1040/4
defraud [13]  1013/19 1014/2
1014/8 1019/25 1028/17
1037/7 1063/18 1064/5
1064/8 1064/13 1066/1
1066/19 1066/20
defrauding [1]  1065/24
degree [3]  1040/11 1057/11
1065/17
Delaware [8]  1012/1 1022/14
1030/10 1030/11 1031/21
1032/9 1036/7 1051/15
deliberate [6]  1045/21
1068/24 1070/3 1070/20
1071/10 1073/12
deliberately [1]  1064/17
deliberating [4]  1073/9
1073/16 1073/17 1074/4
deliberations [18]  1052/23
1054/4 1054/5 1058/20
1067/10 1067/20 1068/1
1069/1 1069/6 1069/9
1070/1 1070/11 1071/12
1071/16 1072/23 1073/7
1073/12 1073/15
delivery [2]  1014/4 1064/1
demeanor [1]  1059/11
demonstrative [1]  1047/6
denied [2]  1033/12 1033/13
dentist [2]  1028/6 1028/7
Department [1]  1005/12
deposition [1]  1061/8
deputy [1]  1069/11
described [4]  1047/19 1051/1
1059/4 1063/23
description [4]  1017/6 1037/2
1049/2 1049/3
descriptions [1]  1047/19
descriptor [1]  1036/18
descriptors [1]  1036/17
deserves [3]  1009/19 1045/4
1061/5
desire [1]  1060/19
despite [3]  1040/10 1040/11
1040/20
destroy [1]  1051/24
destruction [2]  1014/25
1022/25
detail [4]  1014/21 1016/17
1016/18 1018/11
details [2]  1059/25 1065/21
determination [3]  1020/10
1020/14 1070/5
determinations [2]  1020/4
1027/4

1053/13 1053/18 1056/11
1058/1 1058/25 1060/18
determined [1]  1057/24
determining [3]  1058/21
1060/11 1066/15
deviate [1]  1035/12
devoted [2]  1025/15 1025/17
diabetes [1]  1027/24
diagnosis [14]  1017/5
1018/19 1018/19 1020/2
1020/4 1042/7 1042/10
1042/11 1042/13 1042/20
1043/3 1050/8 1050/9
1050/11
did [46]  1011/3 1011/6
1011/12 1011/14 1011/15
1011/15 1011/19 1015/23
1017/7 1017/17 1018/15
1020/8 1021/8 1022/6
1023/12 1023/12 1023/15
1026/19 1026/20 1029/10
1029/10 1029/12 1029/13
1029/13 1032/15 1032/21
1033/7 1033/18 1035/1
1035/13 1038/17 1042/5
1042/16 1045/1 1045/8
1045/8 1047/16 1048/22
1050/20 1050/21 1051/13
1051/15 1066/11 1066/11
1074/22 1074/23
didn't [27]  1006/4 1012/3
1012/12 1015/15 1015/20
1016/5 1018/25 1021/13
1023/13 1027/23 1028/10
1028/12 1029/4 1029/22
1031/8 1037/7 1037/25
1038/15 1040/20 1041/2
1043/10 1043/19 1043/20
1050/9 1075/4 1075/11
1076/12
die [1]  1027/18
Diercks [1]  1005/17
differences [1]  1060/8
different [8]  1013/3 1038/23
1041/9 1047/14 1047/16
1051/1 1054/3 1075/11
differently [3]  1036/10
1040/22
difficult [1]  1031/18
difficulty [1]  1048/4
direct [10]  1034/16 1037/22
1056/11 1056/14 1056/20
1056/23 1057/5 1057/9
1057/12 1057/14
directly [1]  1066/3
disabilities [1]  1014/15
disadvantage [1]  1037/13
disagree [1]  1041/19
disagreement [3]  1006/9
1006/10 1074/21
disbelieved [2]  1009/14
1060/24
disciples [1]  1044/20
discipline [1]  1008/17
disclose [2]  1039/13 1039/20
disclosed [3]  1044/16
1047/17 1047/11
discover [1]  1034/6

discs [2]  1033/21 1033/21
discuss [9]  1006/2 1006/5
1049/5 1068/21 1068/23
1070/23 1072/8 1072/11
1072/17
discussed [1]  1071/1
discussing [1]  1070/11
discussion [3]  1068/7 1070/8
1075/15
disease [2]  1027/24 1033/21
diseases [1]  1027/24
dispute [7]  1025/12 1025/13
1026/20 1040/9 1044/25
1044/25 1075/7
disputed [1]  1030/1
disregarded [1]  1034/2
DISTRICT [4]  1005/1 1005/1
1005/9 1030/14
divide [2]  1013/2 1051/3
divided [1]  1069/21
do [60]  1007/5 1007/21
1008/22 1008/23 1009/25
1010/13 1011/7 1011/12
1012/3 1012/14 1012/15
1015/3 1015/25 1017/14
1019/24 1021/21 1024/2
1024/15 1024/23 1026/6
1027/17 1028/1 1028/3
1028/5 1028/8 1030/19
1032/21 1033/4 1034/11
1034/18 1035/7 1035/14
1035/21 1035/22 1036/10
1036/13 1038/18 1038/19
1039/11 1039/12 1040/5
1040/12 1040/14 1041/7
1041/16 1041/17 1048/21
1050/21 1066/11 1068/21
1070/19 1070/24 1070/24
1071/15 1072/3 1072/14
1073/8 1073/24 1074/5
1075/17
doctor [12]  1027/5 1034/25
1035/6 1035/8 1035/8
1035/9 1035/13 1036/7
1040/11 1044/25 1051/11
1051/12
doctor's [1]  1029/12
doctors [7]  1021/19 1021/19
1026/6 1036/11 1036/22
1036/22 1039/2
document [2]  1038/22
1062/2
Dodgers [1]  1040/7
does [15]  1009/21 1010/8
1015/10 1015/11 1025/11
1025/13 1026/4 1026/5
1042/11 1042/20 1047/20
1055/3 1057/7 1057/11
1070/5
doesn't [11]  1021/19 1026/13
1029/25 1034/15 1036/19
1037/1 1039/19 1041/6
1043/12 1046/13 1067/2
doing [15]  1010/24 1021/25
1039/9 1039/16 1041/14
1041/16 1044/7 1044/17
1045/15 1045/15 1047/13
1048/23 1049/25 1052/2

don't [20]  1008/10 1008/12
1010/6 1017/10 1024/2
1026/10 1029/3 1030/1
1030/12 1030/22 1031/17
1031/18 1036/8 1036/10
1036/13 1037/2 1041/25
1042/14 1047/14 1073/3
done [7]  1035/9 1035/10
1035/20 1044/23 1053/23
1066/6 1074/3
door [2]  1012/12 1031/15
double [1]  1040/12
doubt [42]  1028/19 1028/19
1028/20 1028/23 1032/13
1033/3 1037/4 1037/6
1043/17 1043/20 1044/11
1044/12 1045/19 1045/24
1046/4 1046/4 1046/4
1046/5 1051/9 1055/2
1055/7 1055/12 1055/15
1055/19 1055/20 1055/20
1055/21 1056/1 1056/2
1056/2 1056/5 1056/5
1056/6 1056/8 1056/9
1058/22 1063/14 1063/23
1065/25 1066/16 1066/21
1067/16
doubts [1]  1044/14
down [10]  1013/13 1013/13
1024/17 1031/11 1043/21
1045/10 1045/23 1051/20
1072/2 1073/24
Dr [2]  1012/6 1021/5
Dr. [81]  1014/16 1016/16
1017/22 1018/9 1018/13
1018/22 1019/1 1019/6
1019/18 1019/24 1020/1
1020/7 1020/12 1020/19
1020/21 1020/24 1020/25
1021/11 1021/18 1021/22
1022/3 1022/6 1022/7
1022/8 1022/9 1022/12
1022/17 1022/22 1022/24
1023/5 1025/3 1025/15
1026/4 1026/8 1026/8
1026/9 1026/14 1026/16
1028/15 1027/3 1028/10
1028/15 1030/7 1030/10
1030/14 1032/19 1032/22
1033/22 1033/24 1034/15
1034/21 1035/4 1035/18
1036/20 1037/13 1038/2
1038/9 1038/16 1038/18
1039/5 1039/7 1039/11
1039/14 1040/19 1040/20
1041/11 1041/24 1042/8
1042/11 1042/21 1045/2
1045/8 1045/11 1046/19
1047/2 1047/13 1049/11
1050/3 1075/22 1076/3
1076/5
Dr. Frederick [1]  1045/2
Dr. Gooding [51]  1016/16
1017/22 1018/9 1018/13
1018/22 1019/1 1019/24
1020/1 1020/7 1020/12
1020/19 1020/21 1020/24
1021/11 1021/22 1022/7

1022/22 1023/5 1025/15
1026/8 1026/9 1026/19
1028/10 1028/15 1030/7
1030/10 1030/14 1033/22
1033/24 1034/15 1035/4
1035/18 1036/20 1037/13
1038/2 1038/9 1038/16
1039/5 1039/7 1039/11
1040/20 1041/11 1041/24
1046/19 1047/13 1075/22
1076/3 1076/5
Dr. Gooding's [9]  1019/6
1019/18 1020/25 1025/3
1032/19 1032/22 1033/22
1038/18 1040/19
Dr. Juan [1]  1014/16
Dr. Perez [11]  1026/4 1026/8
1026/14 1026/16 1027/3
1034/15 1034/21 1039/14
1042/11 1042/21 1047/2
Dr. Perez's [1]  1035/18
Dr. Schaening [6]  1022/3
1022/6 1022/8 1022/24
1049/11 1050/3
Dr. Schaening-Perez [1]
1021/18
draw [2]  1054/10 1054/22
drawn [1]  1056/17
drive [2]  1026/11 1040/13
during [12]  1024/25 1052/23
1053/16 1054/4 1054/5
1058/13 1061/20 1061/24
1066/13 1069/1 1069/6
1069/9
duty [6]  1052/16 1052/19
1053/10 1055/8 1055/12
1067/21

E
each [12]  1013/9 1013/10
1013/14 1057/24 1060/21
1062/20 1062/21 1062/23
1067/6 1067/6 1067/7
1068/9
earlier [8]  1006/24 1061/6
1061/9 1061/13 1061/14
1072/13 1075/5 1076/13
easier [1]  1026/16
easiest [1]  1013/2
easy [1]  1027/15
edit [2]  1007/3 1007/9
edits [4]  1006/13 1006/15
1008/22 1009/9
effect [1]  1065/12
efficient [1]  1053/8
efforts [1]  1039/10
eight [1]  1029/22
either [4]  1017/18 1060/16
1062/11 1065/16
elapsed [1]  1059/23
elderly [2]  1011/10 1014/14
electronic [2]  1020/9 1069/3
electronically [1]  1069/7
element [3]  1013/25 1055/7
1055/11
elements [2]  1063/14
1067/15
else [11]  1010/17 1011/25
1012/11 1025/10 1029/14

1022/12 1023/5 1025/15
1026/8 1026/9 1026/19
1028/10 1028/15 1030/7
1030/10 1032/19 1033/1
1035/4 1036/20 1037/1
1038/2 1038/9 1038/16
1039/5 1039/7 1039/11
1040/20 1041/1 1041/24
1046/19 1047/13 1075/22
1076/3 1076/5
Dr. Gooding's [9]  1019/6
email [1]  1069/3
embrace [1]  1022/18
emergency [1]  1035/5
emphasized [1]  1024/25
employees' [1]  1037/16
encourage [1]  1027/20
1068/8
end [4]  1030/19 1037/5
1037/6 1042/21
engaged [3]  1063/9 1065/16
1065/18
enough [5]  1012/15 1044/9
1046/23 1046/24 1048/20
enter [1]  1067/20
entered [2]  1010/20 1071/22
entering [1]  1070/2
entertained [1]  1065/3
entire [1]  1026/17
entirely [2]  1066/12 1071/17
entitled [4]  1028/18 1054/14
1060/22 1077/5
entity [1]  1065/8
envelope [1]  1029/20
EOBs [1]  1046/17
equal [1]  1057/10
equipment [1]  1037/18
Erica [16]  1020/1 1020/21
1020/23 1021/7 1037/9
1037/22 1038/2 1038/13
1041/11 1042/8 1042/9
1050/7 1075/15 1075/20
1075/21 1076/7
error [1]  1066/24
especially [2]  1027/18
1029/19
Esquire [4]  1005/11 1005/11
1005/14 1005/17
essentially [2]  1013/16
1013/25
establish [1]  1066/25
et [1]  1008/3
et cetera [1]  1008/3
ethnic [1]  1053/20
evaluate [4]  1015/11 1015/12
1049/6 1059/7
evaluating [6]  1009/15
1059/2 1059/20 1059/21
1060/25 1061/23
evaluation [1]  1006/15
even [14]  1012/11 1012/15
1015/23 1020/23 1028/9
1029/5 1033/11 1034/19
1036/23 1038/11 1042/2
1049/21 1066/22 1070/23
evening [1]  1074/17
event [6]  1059/22 1059/23
1059/24 1059/25 1067/19
1067/21
events [3]  1007/14 1048/2
1063/5
ever [6]  1018/2 1030/13
1033/12 1033/13 1035/10
1037/12
every [5]  1025/25 1036/7
1049/16 1054/24 1055/7
everybody [9]  1024/6
1024/22 1028/9 1028/23

everybody... [5] 1049/11 1050/1 1052/8 1070/20 1074/17
Everyone [1] 1074/14
everything [4] 1027/6 1038/25 1041/10 1046/9
evidence [99] 1006/19 1007/11 1007/13 1007/16 1007/16 1007/20 1007/21 1007/24 1008/6 1008/13 1008/16 1008/19 1013/9 1013/24 1015/12 1015/12 1015/15 1018/6 1022/20 1023/10 1023/18 1025/23 1029/7 1031/6 1031/11 1031/18 1031/19 1032/10 1032/12 1032/14 1037/15 1045/17 1052/4 1052/18 1052/20 1053/15 1053/17 1053/22 1054/3 1054/3 1054/6 1054/6 1054/8 1054/9 1054/13 1054/16 1054/17 1054/18 1054/21 1054/21 1055/5 1055/22 1055/22 1055/24 1056/10 1056/12 1056/15 1056/16 1056/18 1056/20 1056/23 1057/3 1057/6 1057/7 1057/8 1057/11 1057/12 1057/13 1057/20 1057/23 1058/1 1058/8 1058/11 1060/5 1060/13 1061/6 1061/14 1061/18 1061/20 1061/23 1061/25 1062/12 1062/14 1062/17 1062/21 1063/4 1063/4 1066/8 1066/13 1066/14 1066/24 1067/11 1067/23 1068/5 1068/7 1068/10 1068/11 1068/18 1074/23
exact [1] 1075/14
exactly [3] 1035/19 1044/18 1045/3
examination [6] 1025/1 1025/1 1033/17 1033/18 1034/17 1034/21
examine [3] 1062/7 1062/15 1062/18
example [4] 1027/8 1056/20 1059/10 1069/22
except [3] 1043/13 1069/13 1069/15
exclude [1] 1008/16
excluded [2] 1034/20 1035/24
exclusive [1] 1054/1
exclusively [1] 1067/22
excuse [11] 1041/4 1057/19 1059/20 1061/16 1062/1 1070/19 1070/25 1071/7 1071/16 1071/23 1073/3
excused [1] 1070/24
execute [5] 1013/19 1014/8 1063/17 1063/19 1064/4
executed [8] 1013/18 1014/1 1014/3 1014/7 1063/17 1063/19 1063/25 1064/4
exhibit [19] 1013/13 1014/21

1017/16 1017/21 1018/7 1018/12 1019/9 1019/17 1020/14 1020/17 1021/11 1023/7 1036/23 1062/1 1062/4 1074/24
Exhibit 15 [1] 1019/9
Exhibit 16 [1] 1019/17
Exhibit 17B [1] 1015/5
Exhibit 32E [1] 1020/14
exhibits [12] 1007/4 1016/24 1036/17 1054/8 1061/16 1061/24 1062/7 1062/14 1062/16 1074/16 1074/20 1074/23
exists [1] 1072/7
exited [2] 1072/21 1073/22
expect [1] 1047/2
expected [2] 1027/5 1073/7
experience [2] 1040/10 1054/12
expert [2] 1036/3 1036/4
experts [1] 1034/14
explain [2] 1043/2 1073/18
explained [1] 1015/7
explanation [1] 1028/20
explicitly [2] 1020/11 1020/19
expose [1] 1041/2
exposed [1] 1041/3
Express [1] 1035/14
expressed [1] 1053/24
expression [2] 1065/2 1070/4
extent [2] 1020/12 1059/1
extreme [1] 1033/21
extremity [1] 1047/20
eye [1] 1037/20
eyewitness [1] 1056/13

## F

facet [1] 1035/3
facilitate [1] 1068/6
facing [1] 1038/9
fact [13] 1009/16 1025/20 1030/4 1033/14 1040/20 1043/23 1044/16 1044/18 1055/16 1056/14 1057/6 1061/1 1062/24
facts [13] 1053/13 1053/14 1053/18 1054/10 1056/11 1056/16 1057/25 1062/11 1065/2 1066/7 1066/13 1070/14 1075/6
failed [3] 1022/18 1039/10 1055/11
failure [1] 1029/25 1034/13 1043/14
fair [7] 1029/14 1053/8 1053/21 1057/17 1057/21 1068/5 1068/10
fairly [2] 1054/14 1060/22
faith [29] 1019/25 1021/14 1021/15 1025/19 1025/20 1025/23 1025/23 1026/12 1026/21 1028/4 1028/15 1028/23 1030/7 1032/11 1038/14 1039/11 1040/15 1040/17 1047/6 1048/14 1048/14 1048/17 1048/22 1049/7 1049/15 1049/24 1066/18 1066/20 1067/2

falling [2] 1056/22 1056/24
false [11] 1012/19 1013/17 1014/1 1022/4 1033/1 1045/9 1048/19 1063/16 1064/9 1065/3 1067/4
falsehood [1] 1060/8
falsely [2] 1018/4 1064/24
far [2] 1006/10 1035/12
fashion [2] 1069/23 1069/23
favor [2] 1050/13 1057/7
favoritism [1] 1053/19
FBI [1] 1033/10
FDA [2] 1042/1 1050/4
fear [1] 1053/19
February [3] 1018/22 1019/3 1019/11
February 16 [2] 1018/22 1019/3
February 24 [1] 1019/11
federal [1] 1011/3
fee [1] 1011/22
feel [8] 1025/17 1025/22 1029/22 1029/24 1035/16 1035/18 1053/4 1054/11
feeling [2] 1035/17 1070/21
feels [1] 1071/11
few [2] 1029/1 1046/24
figure [3] 1038/3 1041/13 1041/15
file [1] 1075/8
files [3] 1015/9 1016/23 1048/5
fill [1] 1028/2
filled [2] 1028/7 1075/22
final [4] 1006/3 1006/6 1007/9 1044/10
finally [7] 1014/10 1038/17 1039/8 1039/10 1041/21 1046/16 1050/19
financial [1] 1064/15
financially [1] 1023/5
find [14] 1028/15 1054/10 1055/6 1055/8 1055/10 1055/12 1058/2 1058/5 1061/9 1062/24 1063/7 1063/9 1066/13 1070/9
findings [1] 1022/15
fine [4] 1007/1 1009/7 1041/10 1076/14
finished [1] 1023/25
Firm [1] 1005/14
firmly [1] 1055/24
first [16] 1006/15 1013/17 1013/25 1014/19 1015/3 1016/18 1025/1 1025/25 1026/15 1030/13 1031/1 1032/16 1035/9 1046/8 1063/15 1067/25
fit [1] 1036/1
five [1] 1052/10
flipped [1] 1075/17
flow [1] 1065/12
flu [5] 1029/11 1029/12 1029/16 1048/10 1048/12 1039/12 fluoroscope [1] 1039/12
fluoroscopy [36] 1011/14 1011/15 1011/21 1011/24 1013/4 1015/19 1015/20

1019/13 1020/8 1022/12 1022/14 1022/16 1023/13 1027/17 1028/1 1028/21 1036/19 1037/1 1037/2 1038/21 1039/17 1043/19 1043/22 1044/5 1045/13 1047/15 1047/15 1047/22 1049/1 1049/22 1051/12 1051/16 1076/4
fluoroscopy-guided [6] 1011/14 1013/4 1015/19 1016/21 1017/23 1023/13
Focusing [1] 1015/17
follow [3] 1048/15 1053/1 1053/12
following [7] 1006/1 1030/24 1032/2 1044/19 1063/13 1070/17 1071/6
foregoing [1] 1077/3
foreperson [4] 1068/1 1068/3 1068/6 1069/11
foreperson's [1] 1010/15
form [7] 1010/6 1057/7 1061/16 1067/9 1067/10 1067/13 1067/16
formal [1] 1054/19
forms [2] 1044/17 1061/16
forward [1] 1074/13
found [1] 1063/12
four [2] 1008/5 1013/16
Fourth [1] 1064/6
frankly [1] 1036/20
fraud [15] 1013/10 1013/16 1023/17 1025/5 1025/8 1025/9 1028/25 1037/15 1041/20 1042/4 1046/13 1063/3 1063/8 1063/10 1063/13
fraudulent [10] 1012/19 1013/17 1048/19 1063/16 1064/9 1064/24 1065/3 1066/22 1066/25 1067/4
Fred [2] 1040/10 1040/14
FREDERICK [19] 1005/5 1005/17 1045/2 1054/22 1055/4 1055/8 1055/12 1055/14 1063/2 1063/7 1063/9 1063/12 1063/15 1063/22 1064/3 1065/18 1065/19 1066/7 1066/25
free [4] 1030/15 1053/4 1059/8 1072/16
friendship [1] 1059/18
full [2] 1025/20 1068/10
function [2] 1053/7 1053/13
fundamental [1] 1029/25
funny [2] 1032/18 1032/20
further [3] 1013/21 1045/22 1048/13
Furthermore [1] 1070/9

## G

gain [1] 1059/17
gave [9] 1011/11 1016/5 1020/23 1028/20 1033/24 1035/25 1042/8 1056/20 1068/25
GB [3] 1016/15 1016/17 1016/23

GB's [1] 1017/14
gel [14] 1012/5 1012/7
1012/14 1012/15 1013/5
1016/6 1016/6 1016/6
1016/19 1041/24 1042/3
1042/17 1042/18 1050/3
Gel-One [13] 1012/5 1012/7
1012/14 1012/15 1013/5
1016/6 1016/6 1016/19
1041/24 1042/3 1042/17
1042/18 1050/3
gender [1] 1053/21
general [2] 1027/14 1049/6
gentlemen [17] 1010/21
1013/7 1015/10 1019/20
1021/13 1022/22 1023/24
1045/1 1045/10 1046/12
1048/1 1049/8 1050/19
1051/18 1052/14 1071/7
1072/22
geriatric [1] 1012/12
get [56] 1006/17 1012/2
1012/25 1013/22 1017/17
1017/18 1021/8 1021/9
1021/17 1021/20 1022/4
1022/10 1023/2 1023/11
1023/11 1023/22 1024/1
1024/18 1027/18 1028/14
1029/10 1029/12 1029/13
1029/14 1032/11 1033/14
1037/8 1037/24 1038/4
1039/20 1040/1 1041/3
1041/14 1042/14 1042/15
1043/10 1044/7 1045/9
1045/12 1045/13 1045/15
1045/16 1045/20 1046/15
1047/9 1047/23 1048/14
1050/10 1050/16 1050/17
1051/10 1051/13 1052/3
1072/10 1074/1 1074/17
getting [16] 1023/9 1028/3
1028/13 1028/21 1029/21
1029/24 1033/9 1038/13
1043/11 1046/17 1046/19
1046/23 1046/25 1047/3
1048/11 1048/11
girlfriend [1] 1043/6
give [15] 1009/18 1010/1
1010/4 1012/18 1022/3
1030/11 1039/12 1045/22
1052/17 1053/16 1054/13
1057/8 1057/10 1060/21
1061/4
given [12] 1007/25 1015/13
1017/12 1017/15 1018/3
1018/4 1019/5 1048/6
1052/20 1062/18 1067/14
1070/18
giving [3] 1020/16 1020/19
1075/14
go [23] 1010/17 1013/8
1024/11 1028/25 1029/4
1031/18 1032/12 1032/20
1034/10 1036/25 1041/6
1041/21 1045/20 1046/8
1047/16 1052/6 1068/4
1070/25 1071/4 1072/24
1073/2 1073/9 1073/13

1043/1 1045/1
goes [3] 1037/18 1042/19
1047/11
going [41] 1010/17 1013/7
1013/14 1013/21 1013/24
1018/21 1025/6 1027/7
1028/5 1028/14 1030/6
1030/8 1030/18 1031/11
1031/20 1032/19 1032/21
1035/9 1035/22 1036/12
1036/14 1037/14 1037/21
1038/7 1039/16 1040/7
1040/13 1040/14 1042/15
1046/8 1046/19 1046/21
1070/3 1071/9 1071/12
1072/1 1072/7 1072/11
1073/2 1073/23 1074/20
gone [1] 1024/19
good [42] 1006/12 1010/21
1010/22 1019/25 1021/1
1021/14 1021/15 1024/6
1024/14 1024/19 1025/18
1025/20 1025/22 1025/23
1026/12 1026/21 1028/4
1028/15 1028/23 1030/7
1032/11 1038/14 1039/4
1039/11 1040/15 1040/17
1041/18 1047/6 1048/13
1048/14 1048/17 1048/22
1049/7 1049/15 1049/21
1049/24 1051/11 1052/14
1066/18 1066/20 1067/2
1074/17
GOODING [71] 1005/5
1016/16 1017/22 1018/9
1018/13 1018/22 1019/1
1019/24 1020/1 1020/7
1020/12 1020/19 1020/21
1020/24 1021/5 1021/11
1021/22 1022/7 1022/9
1022/12 1022/17 1022/22
1023/5 1025/15 1026/8
1026/9 1026/19 1028/10
1028/15 1030/7 1030/10
1030/14 1033/24 1035/4
1036/20 1037/13 1038/2
1038/9 1038/16 1039/5
1039/7 1039/11 1040/10
1040/14 1040/20 1041/11
1041/24 1042/8 1045/2
1045/8 1045/11 1046/19
1047/13 1055/4 1055/8
1055/12 1055/15 1063/3
1063/8 1063/9 1063/12
1063/15 1063/23 1064/3
1065/18 1065/19 1066/7
1066/16 1075/22 1076/3
1076/5
Gooding's [10] 1019/6
1019/18 1020/25 1025/3
1032/19 1032/22 1033/22
1038/18 1040/19 1054/22
goods [1] 1065/13
got [16] 1017/18 1017/22
1028/11 1029/11 1029/12
1029/16 1029/17 1029/19
1030/6 1033/8 1036/20
1038/15 1040/1 1043/1

gotten [1] 1020/25
government [42] 1005/11
1009/9 1009/22 1010/10
1010/24 1012/22 1013/15
1015/13 1016/23 1017/1
1023/25 1024/4 1026/13
1026/25 1028/2 1028/4
1028/17 1029/8 1029/21
1030/9 1031/14 1032/13
1032/14 1032/16 1037/6
1037/22 1039/3 1041/12
1045/19 1055/1 1055/6
1055/10 1055/14 1056/7
1058/21 1061/15 1063/13
1065/15 1065/18 1066/15
1066/20 1067/16
government's [16] 1016/13
1016/24 1017/16 1018/7
1019/8 1019/17 1020/17
1023/7 1026/8 1036/16
1037/5 1037/6 1042/24
1055/18 1075/9 1076/9
graver [1] 1056/4
great [1] 1038/25
greater [2] 1057/11 1058/4
Gregory [1] 1041/23
ground [2] 1057/1 1057/2
guess [1] 1062/10
guesswork [2] 1046/5 1056/6
guidance [8] 1015/1 1017/13
1017/15 1018/8 1018/24
1019/2 1019/13 1036/19
guided [11] 1011/14 1011/21
1011/24 1013/4 1015/19
1016/21 1017/23 1017/25
1023/13 1027/1 1038/4
guilt [5] 1054/22 1054/22
1055/25 1056/7 1056/9
guilties [1] 1043/16
guilty [20] 1013/10 1013/16
1023/17 1028/16 1028/22
1028/24 1034/9 1034/13
1042/21 1043/3 1045/2
1052/4 1055/2 1055/9
1055/13 1055/15 1062/24
1062/25 1063/8 1063/12
guns [1] 1028/4

**H**

had [42] 1006/2 1006/5
1009/10 1010/22 1011/4
1016/7 1017/8 1017/8
1017/8 1018/1 1018/2
1020/4 1020/25 1021/6
1022/3 1022/13 1022/17
1026/3 1026/14 1028/7
1030/14 1033/10 1033/19
1033/20 1034/7 1040/24
1042/13 1042/23 1045/18
1047/25 1048/4 1049/17
1050/3 1050/7 1050/17
1051/7 1056/23 1057/2
1057/3 1059/15 1065/12
1075/7
hair [1] 1027/12
half [1] 1065/1
hallmark [1] 1025/18
hand [5] 1052/9 1055/10
1056/16 1061/21 1072/3

1056/24 1070/18
happened [6] 1012/21
1015/15 1017/7 1021/8
1042/6 1048/2
happens [3] 1068/23 1072/5
1072/6
happy [3] 1024/20 1028/2
1039/8
hard [3] 1027/16 1038/3
1047/25
Harris [1] 1005/18
has [54] 1009/13 1009/16
1009/24 1013/16 1023/10
1023/25 1024/19 1025/3
1025/4 1025/8 1025/15
1025/20 1027/13 1028/17
1028/24 1031/2 1032/25
1034/3 1035/20 1039/11
1040/9 1041/5 1042/19
1045/18 1049/11 1049/11
1052/18 1052/21 1055/2
1055/6 1055/10 1055/14
1057/21 1058/21 1059/3
1059/14 1059/16 1059/18
1060/12 1060/15 1060/18
1060/23 1061/2 1062/10
1063/13 1064/21 1066/15
1070/21 1072/9 1072/16
1073/13 1073/25 1075/19
1076/5
hasn't [2] 1034/22 1035/2
have [99] 1006/2 1006/5
1006/7 1006/19 1009/21
1009/23 1009/25 1010/6
1010/9 1010/13 1011/14
1011/15 1013/1 1013/3
1013/5 1013/7 1013/11
1014/10 1015/3 1015/9
1015/10 1015/20 1016/12
1016/24 1017/15 1018/6
1019/7 1019/10 1019/13
1019/16 1019/18 1020/9
1021/10 1021/21 1022/15
1023/4 1023/5 1024/2
1024/15 1025/6 1025/19
1025/19 1027/7 1027/21
1027/24 1028/6 1028/7
1028/10 1028/23 1031/15
1031/16 1033/14 1033/18
1033/23 1035/8 1035/10
1036/11 1039/2 1039/4
1040/20 1041/23 1044/9
1045/17 1046/22 1047/3
1047/19 1048/5 1048/22
1050/14 1050/24 1051/7
1051/18 1053/3 1053/22
1053/24 1054/10 1055/21
1055/25 1058/16 1058/23
1061/6 1061/17 1062/14
1065/11 1067/10 1067/14
1069/19 1070/21 1071/19
1071/20 1071/22 1072/12
1073/12 1073/19 1073/19
1074/5 1074/17 1074/18
1075/17
haven't [2] 1043/19 1074/2
having [1] 1010/9 1033/12
1033/13 1035/6 1035/6

having... [3] 1059/13 1071/9
1074/10
he [156] 1009/14 1011/3
1011/4 1011/6 1011/6
1011/12 1011/13 1011/15
1011/16 1011/20 1011/23
1012/3 1012/4 1012/10
1012/13 1012/15 1012/16
1012/17 1012/18 1012/18
1012/19 1012/20 1012/24
1016/5 1016/7 1017/7
1017/7 1017/8 1017/17
1017/18 1020/4 1020/5
1020/5 1020/7 1020/8
1020/12 1020/22 1021/2
1021/3 1021/12 1021/13
1021/23 1021/23 1021/25
1022/10 1022/13 1023/8
1023/11 1023/12 1023/12
1023/13 1023/15 1023/15
1025/4 1025/8 1025/11
1025/13 1025/20 1026/12
1026/14 1026/20 1026/20
1026/22 1028/10 1028/11
1028/11 1028/20 1028/22
1028/23 1030/10 1031/10
1031/12 1034/16 1034/18
1035/1 1035/2 1037/8
1037/20 1037/23 1039/6
1039/9 1039/23 1039/24
1039/24 1040/2 1040/2
1040/8 1040/9 1040/20
1040/21 1040/21 1040/22
1040/24 1041/2 1041/7
1041/9 1042/9 1043/8
1043/9 1043/10 1043/11
1043/13 1043/19 1043/20
1044/7 1044/16 1044/17
1044/18 1044/21 1045/1
1045/3 1045/8 1045/11
1045/12 1045/15 1046/19
1048/8 1048/18 1048/21
1048/22 1048/22 1048/25
1049/3 1049/3 1049/3
1049/24 1049/24 1049/25
1050/7 1050/14 1050/16
1050/17 1051/2 1051/3
1051/3 1051/6 1051/7
1051/11 1051/12 1051/13
1051/14 1051/14 1051/15
1051/21 1052/2 1055/2
1056/22 1056/23 1056/24
1056/25 1057/2 1057/2
1057/3 1060/25 1066/10
1076/5
he's [16] 1025/16 1031/1
1034/23 1034/25 1036/3
1036/14 1036/14 1037/21
1038/19 1039/21 1041/18
1041/19 1044/6 1044/6
1044/7 1044/18
health [23] 1011/3 1013/10
1013/16 1013/19 1014/4
1014/9 1014/11 1014/13
1014/17 1023/16 1034/6
1063/3 1063/8 1063/10
1063/12 1063/18 1063/21
1064/1 1064/5 1064/6

health-wise [1] 1034/6
healthy [2] 1028/9 1071/23
hear [10] 1006/4 1010/23
1021/24 1024/6 1032/15
1033/7 1045/7 1062/7
1073/3 1076/23
heard [30] 1006/19 1011/18
1012/6 1013/12 1014/15
1020/7 1020/23 1021/7
1021/18 1023/14 1027/2
1030/24 1032/2 1032/16
1034/14 1035/22 1043/4
1043/8 1044/24 1046/3
1046/16 1047/2 1047/12
1049/5 1049/16 1056/12
1061/6 1070/17 1071/6
1074/2
Hearing [1] 1071/14
heart [3] 1027/24 1035/6
1035/7
held [1] 1066/21
help [1] 1068/7
helped [1] 1075/19
her [19] 1012/2 1018/2
1018/16 1020/24 1021/1
1021/1 1033/10 1033/19
1033/19 1033/20 1033/24
1035/23 1037/11 1037/23
1043/1 1046/17 1046/19
1046/20 1068/9
here [22] 1010/9 1012/21
1012/23 1014/2 1014/5
1015/15 1018/2 1018/2
1021/14 1021/22 1022/11
1024/18 1024/21 1026/13
1033/5 1051/9 1061/9
1061/10 1068/2 1069/16
1074/1 1074/7
hereby [1] 1077/3
heros [1] 1040/16
herself [3] 1016/1 1017/25
1038/3
hesitate [2] 1056/4 1070/7
hide [1] 1037/14
hiding [1] 1039/7
high [1] 1036/11
higher [1] 1024/10
highest [1] 1012/11
highly [1] 1055/17
him [17] 1011/2 1011/4
1011/5 1011/23 1021/24
1022/18 1034/24 1040/5
1040/5 1042/12 1043/8
1044/20 1044/20 1044/21
1046/21 1049/19 1055/8
himself [4] 1020/7 1048/4
1048/25 1049/3
hip [9] 1017/2 1018/16
1033/9 1041/24 1042/3
1042/9 1042/18 1043/11
1043/12
his [28] 1009/13 1009/14
1009/15 1011/4 1019/5
1019/6 1019/8 1021/2
1022/20 1023/25 1025/15
1025/16 1025/17 1026/21
1035/1 1037/15 1043/5
1044/17 1049/10 1050/13

1056/23 1057/2 1060/25
1066/8 1068/9
hold [3] 1058/9 1062/11
1071/25
Holiday [1] 1035/14
honest [4] 1037/9 1048/16
1055/23 1067/1
honestly [1] 1065/2 1066/21
1066/22
Honor [16] 1006/4 1006/7
1006/11 1006/14 1006/23
1007/1 1007/23 1009/1
1009/10 1023/22 1030/20
1031/24 1032/4 1071/3
1074/11 1075/2
HONORABLE [1] 1005/8
hope [1] 1010/22
Hospital [1] 1033/20
hostility [1] 1059/18
how [27] 1015/3 1015/25
1017/14 1019/24 1021/9
1021/19 1026/10 1027/9
1034/11 1034/18 1035/8
1035/15 1035/21 1036/1
1037/9 1038/2 1038/3
1040/22 1041/13 1042/12
1051/3 1053/23 1057/8
1068/3 1069/19 1069/21
1070/18
How's [1] 1024/12
however [8] 1009/15 1056/5
1056/25 1061/1 1063/7
1066/12 1068/4 1072/17
hyphenated [1] 1026/15

I

I'm [20] 1006/4 1013/13
1024/8 1024/20 1027/11
1028/4 1029/3 1029/7
1029/8 1030/8 1031/20
1034/24 1035/10 1035/11
1035/12 1035/13 1039/9
1073/2 1074/22 1074/23
idea [1] 1021/1
identification [1] 1062/17
identity [2] 1009/6 1025/9
ignore [5] 1053/1 1053/11
1053/25 1058/14 1058/18
II [1] 1044/2
image [1] 1017/25
image-guided [1] 1017/25
imaginary [3] 1025/6 1046/4
1056/5
imaging [18] 1011/16 1015/1
1015/24 1016/2 1017/12
1017/15 1018/8 1019/2
1019/12 1023/14 1036/18
1037/1 1049/4 1049/6
1049/9 1049/14 1051/22
1052/1
impartial [3] 1055/23 1057/17
1057/22
impermissible [1] 1010/1
implicate [1] 1062/5
implies [1] 1055/20
importance [1] 1070/1
important [3] 1013/22
1026/17 1056/4
imposing [1] 1067/21

impresses [1] 1025/2
impresses [2] 1024/24
1059/13
improbability [1] 1060/10
improperly [1] 1053/20
inadmissible [1] 1062/5
inadvertently [2] 1064/18
1068/20
incentivized [1] 1023/5
included [2] 1022/16 1075/6
includes [2] 1065/8 1069/3
including [4] 1020/3 1048/3
1059/22 1062/5
inconsistencies [3] 1060/1
1060/4 1060/6
inconsistency [1] 1061/11
inconsistent [3] 1006/16
1061/8 1061/10
increase [2] 1027/17 1028/12
independent [1] 1069/5
indicate [2] 1049/24 1066/8
indicated [10] 1016/1 1018/1
1047/10 1047/25 1048/8
1048/23 1049/10 1049/12
1050/3 1053/24
indicating [3] 1018/2 1019/4
1053/23
indication [5] 1016/3 1018/17
1019/4 1050/4 1050/17
indictment [13] 1007/18
1007/21 1007/22 1013/9
1014/20 1030/16 1054/19
1054/20 1062/20 1062/25
1063/1 1063/2 1063/11
individual [6] 1007/5 1007/7
1007/8 1061/15 1065/7
1065/8
individual's [1] 1062/6
individuals [4] 1014/15
1014/15 1034/7 1065/13
infer [3] 1066/4 1066/9
1066/9
inference [1] 1054/22
inferences [2] 1054/11
1056/17
influence [3] 1062/25
1064/22 1067/20
influenced [1] 1053/20
influencing [1] 1064/22
information [4] 1019/22
1020/3 1022/4 1031/14
ingrown [1] 1042/13
initial [1] 1070/10
injected [3] 1041/24 1042/3
1042/9
injecting [1] 1016/7
injection [25] 1015/6 1016/5
1016/19 1016/21 1017/2
1017/10 1017/14 1017/24
1018/14 1018/15 1018/16
1018/23 1019/2 1019/12
1033/9 1038/20 1038/21
1038/24 1043/9 1043/9
1043/10 1043/12 1044/5
1048/11 1050/11
injections [35] 1011/14
1011/19 1011/22 1011/24
1012/4 1012/5 1012/8
1012/14 1012/16 1013/4

**I**

injections... [25] 1013/6
1014/6 1014/6 1015/19
1017/5 1017/12 1017/24
1018/3 1021/10 1022/15
1022/17 1022/25 1023/13
1030/11 1031/21 1032/8
1033/25 1034/19 1035/3
1038/4 1049/16 1050/3
1050/25 1051/17 1051/20
Inn [1] 1035/14
innocence [2] 1054/25
1055/4
innocent [1] 1054/25
inquire [3] 1070/19 1070/24
1071/4
inquiry [1] 1071/8
inside [2] 1015/25 1040/6
inspection [1] 1021/2
instead [4] 1028/2 1043/22
1043/25 1047/7
institution [1] 1064/12
instruct [4] 1013/21 1053/9
1053/10 1072/8
instructed [2] 1031/7 1059/6
instruction [10] 1007/11
1009/20 1009/21 1010/3
1032/23 1048/14 1048/16
1068/25 1070/23 1072/13
instructions [20] 1006/3
1006/6 1008/15 1013/22
1028/16 1045/22 1048/15
1052/7 1052/17 1052/20
1052/23 1052/24 1052/25
1053/1 1053/3 1053/5
1053/6 1053/11 1067/13
1067/15
insurance [3] 1011/9 1025/16
1037/18
intend [1] 1070/22
intended [4] 1048/18
1054/16 1064/10 1067/3
intends [1] 1066/10
intent [17] 1008/3 1014/8
1019/25 1028/17 1037/7
1063/6 1064/4 1064/13
1064/14 1064/25 1066/2
1066/5 1066/8 1066/19
1066/20 1066/22 1067/1
intentional [1] 1060/8
intentionally [3] 1033/1
1066/11 1066/11
intercepted [1] 1044/2
interest [6] 1009/16 1009/24
1023/2 1059/17 1060/17
1061/2
internal [1] 1035/1
internet [4] 1068/14 1069/8
1072/13 1072/15
internist [1] 1034/23
interpreted [1] 1036/4
interrupt [2] 1008/10 1030/22
interstate [4] 1065/16
1065/17 1065/19 1065/20
interventional [3] 1036/9
1040/23 1076/6
interviewed [1] 1033/10
invade [1] 1034/11
investigation [1] 1069/6

involve [2] 1046/14 1050/25
involved [2] 1031/21 1032/8
involving [1] 1064/9
IRS [1] 1026/25
Irvine [1] 1005/16
is [181] 1006/15 1006/20
1007/3 1007/10 1007/14
1007/22 1008/6 1008/19
1009/11 1009/14 1010/7
1010/15 1012/21 1013/10
1013/15 1013/21 1013/23
1014/11 1014/13 1014/14
1014/25 1016/3 1016/12
1016/17 1017/4 1017/6
1017/11 1017/21 1018/8
1018/19 1019/17 1020/14
1021/21 1021/22 1022/1
1022/8 1022/11 1023/16
1023/17 1024/4 1025/2
1025/10 1025/10 1025/12
1025/15 1025/18 1025/19
1025/22 1025/25 1025/25
1026/24 1027/3 1027/5
1027/8 1028/20 1028/21
1030/5 1030/9 1032/7
1034/12 1034/17 1034/18
1034/19 1034/20 1035/18
1035/19 1036/6 1036/15
1036/21 1036/21 1038/9
1038/13 1039/6 1039/19
1041/7 1041/15 1041/16
1041/23 1041/25 1042/6
1042/15 1042/16 1042/19
1042/22 1043/4 1043/5
1043/7 1043/24 1045/2
1047/5 1047/6 1048/11
1048/16 1048/17 1048/21
1050/21 1051/5 1051/9
1051/10 1051/11 1051/11
1051/23 1052/4 1052/12
1052/16 1052/19 1053/5
1053/7 1053/10 1053/13
1053/15 1053/15 1054/1
1054/3 1054/4 1054/14
1054/19 1054/24 1055/2
1055/8 1055/8 1055/12
1055/16 1055/16 1055/17
1055/20 1056/2 1056/5
1056/6 1056/7 1056/9
1056/14 1056/17 1057/7
1057/9 1057/23 1058/3
1058/10 1058/11 1060/22
1060/25 1061/10 1061/22
1062/3 1062/4 1062/12
1064/6 1064/21 1064/22
1064/24 1065/7 1065/8
1065/21 1065/25 1066/3
1066/4 1066/12 1066/18
1066/19 1066/23 1067/10
1067/16 1067/19 1068/3
1069/21 1069/23 1070/11
1070/20 1071/10 1071/16
1072/4 1072/17 1072/23
1073/20 1073/24 1074/21
1075/8 1075/13 1076/17
1076/19 1077/3
isn't [5] 1027/15 1035/24
1042/17 1046/4 1070/21

1032/11 1042/19 1069/24
issues [4] 1024/1 1024/3
1027/25 1046/2
it [132] 1006/19 1008/22
1009/12 1009/19 1009/25
1010/4 1012/7 1013/3
1020/1 1021/1 1022/20
1023/1 1024/2 1024/9
1024/16 1024/16 1024/16
1024/17 1026/6 1026/13
1026/23 1027/9 1027/10
1027/15 1028/5 1029/12
1029/13 1029/14 1029/19
1029/20 1029/22 1029/24
1030/1 1030/19 1031/8
1031/10 1031/25 1032/9
1032/10 1032/25 1033/23
1034/21 1035/19 1035/21
1035/25 1036/19 1036/25
1037/1 1037/22 1038/18
1039/13 1039/15 1039/15
1039/19 1039/20 1039/25
1040/4 1042/1 1042/7
1042/9 1042/9 1042/19
1043/2 1043/13 1043/21
1046/22 1046/23 1047/6
1049/1 1049/9 1049/12
1049/22 1050/10 1050/10
1050/13 1050/13 1050/14
1050/15 1050/16 1051/11
1051/14 1051/22 1052/3
1052/16 1052/19 1053/9
1053/15 1053/25 1054/3
1054/14 1054/21 1054/23
1055/8 1055/12 1055/15
1055/19 1056/5 1056/6
1056/21 1056/24 1057/3
1057/7 1057/9 1058/10
1060/11 1060/22 1061/5
1062/11 1062/22 1064/21
1064/24 1065/21 1065/22
1066/12 1067/11 1067/14
1068/16 1068/21 1068/22
1068/23 1069/9 1070/1
1070/9 1072/3 1072/3
1072/6 1072/14 1075/12
1075/13 1076/6 1076/12
1076/18
it's [32] 1007/19 1009/12
1009/25 1025/23 1026/6
1026/7 1026/15 1026/25
1027/5 1029/20 1031/5
1031/17 1035/5 1035/11
1036/22 1037/10 1038/10
1039/17 1040/16 1041/4
1041/25 1042/1 1042/12
1044/1 1044/22 1046/5
1048/20 1051/12 1051/13
1071/9 1071/18 1072/6
item [2] 1065/7 1065/9
items [3] 1008/5 1014/4
1064/2
its [5] 1055/17 1056/8 1063/5
1065/17 1075/14
itself [2] 1057/17 1065/16

**J**

J7236 [1] 1012/5
J7326 [4] 1013/6 1016/18

jacket [1] 1028/8
January [4] 1007/14 1011/8
1063/5 1063/11
January 2015 [4] 1007/14
1011/8 1063/5 1063/11
JG [2] 1018/21 1019/1
JG's [2] 1019/3 1019/8
Jil [1] 1005/11
Jillian [1] 1005/11
joint [2] 1015/1 1035/3
joints [1] 1051/25
jot [1] 1013/12
Jr [1] 1005/17
Juan [1] 1014/16
judge [5] 1005/9 1013/21
1032/24 1046/3 1052/17
judge's [1] 1048/15
judges [3] 1053/14 1058/24
1070/13
judging [2] 1059/2 1061/11
judgment [8] 1009/19
1054/14 1059/9 1060/22
1061/5 1066/24 1067/5
1076/19
July [1] 1019/19
July 2018 [1] 1019/19
juror [6] 1067/6 1067/6
1068/9 1070/2 1070/6
1072/6
jurors [8] 1068/21 1069/19
1069/25 1070/9 1071/16
1071/23 1071/25 1072/21
jury [35] 1005/8 1006/3
1006/6 1008/15 1010/20
1027/21 1028/16 1031/6
1031/18 1032/23 1034/10
1052/15 1052/16 1053/13
1057/16 1062/13 1063/8
1063/22 1067/25 1068/24
1069/2 1069/12 1069/12
1069/14 1069/21 1070/2
1070/10 1071/11 1072/5
1072/18 1072/19 1073/16
1073/22 1074/3 1074/17
just [51] 1007/24 1013/23
1020/1 1021/20 1024/18
1025/24 1026/7 1027/14
1028/5 1029/1 1029/7
1029/24 1030/8 1031/19
1031/20 1032/12 1032/22
1033/3 1034/3 1034/11
1035/17 1035/25 1036/18
1036/25 1038/6 1041/15
1042/4 1042/23 1043/2
1043/16 1043/25 1044/9
1045/8 1045/23 1046/1
1046/9 1046/23 1049/3
1049/21 1050/7 1051/20
1059/7 1068/5 1068/22
1070/20 1070/25 1073/1
1073/4 1073/5 1073/9
1075/8
Justice [1] 1005/12
justified [1] 1054/11

**K**

Karen [6] 1016/10 1029/5
1033/8 1034/1 1034/8
1046/16

**K**

keep [12]  1023/2  1025/14
1025/15  1025/22  1028/8
1030/18  1037/20  1039/12
1041/1  1041/4  1046/1
1062/16
kept [6]  1030/6  1039/22
1040/8  1044/21  1046/11
1046/22
Khouri [23]  1005/14  1005/14
1022/1  1023/21  1023/25
1024/1  1024/3  1024/10
1030/18  1030/21  1031/13
1045/5  1045/18  1046/7
1046/8  1046/9  1046/11
1047/10  1047/25  1048/23
1051/1  1074/5  1074/22
Khouri's [1]  1045/21
kidney [1]  1027/24
kind [7]  1033/15  1035/11
1037/12  1046/13  1047/6
1054/21  1056/2
KM [4]  1014/20  1015/5
1015/7  1015/9
knee [29]  1012/5  1012/8
1012/12  1012/14  1013/6
1014/6  1015/6  1016/19
1017/5  1017/6  1017/9
1017/10  1018/14  1018/15
1018/20  1021/10  1033/19
1033/23  1042/7  1042/10
1042/10  1042/18  1043/9
1043/10  1050/2  1050/4
1050/11  1050/12  1050/25
knees [1]  1050/18
knew [20]  1012/24  1020/5
1020/7  1020/22  1021/5
1021/23  1022/10  1022/12
1030/5  1039/5  1040/18
1045/11  1045/12  1048/19
1049/3  1050/6  1050/17
1051/12  1051/14  1067/4
know [79]  1008/12  1008/12
1012/13  1012/14  1014/13
1014/14  1014/21  1015/2
1015/3  1015/4  1015/17
1015/18  1015/19  1015/21
1015/23  1015/25  1015/25
1016/2  1016/4  1017/7
1017/9  1017/10  1017/12
1017/14  1017/25  1018/11
1018/14  1018/21  1018/24
1018/25  1019/20  1019/24
1019/25  1020/10  1020/13
1021/5  1021/11  1022/5
1022/9  1022/11  1022/13
1022/22  1025/5  1026/14
1027/5  1030/14  1033/15
1034/17  1035/7  1038/8
1038/10  1038/11  1040/6
1041/8  1042/11  1043/4
1043/24  1044/1  1044/4
1046/20  1046/21  1047/15
1050/5  1050/8  1050/21
1050/22  1051/4  1051/15
1051/23  1052/1  1052/2
1068/22  1070/21  1070/22
1073/1  1073/4  1073/6
1074/21  1075/11

knowing [2]  1014/7  1064/3
knowingly [6]  1014/7  1064/3
1064/14  1064/17  1064/19
1065/25
knowledge [11]  1021/14
1021/15  1021/16  1022/20
1029/15  1037/17  1056/14
1063/6  1066/2  1066/5
1066/8
knows [2]  1024/23  1043/1

**L**

label [1]  1012/7
lack [4]  1022/20  1039/11
1055/22  1063/7
ladies [17]  1010/21  1013/7
1015/9  1019/20  1021/13
1022/22  1023/24  1045/1
1045/10  1046/12  1048/1
1049/8  1050/19  1051/18
1052/14  1071/7  1072/22
language [1]  1009/24
lapel [1]  1024/10
lapels [1]  1040/17
lapses [1]  1060/7
larger [1]  1062/1
last [13]  1022/25  1029/10
1029/17  1029/18  1035/13
1035/23  1041/7  1044/24
1045/20  1046/25  1047/4
1071/8  1071/15
lasted [1]  1023/3
later [2]  1056/22  1059/23
law [13]  1005/14  1044/10
1045/23  1052/18  1052/20
1053/9  1053/9  1053/10
1055/3  1057/5  1057/6
1067/14  1074/15
lawyer [4]  1025/2  1025/25
1058/8  1058/9
lawyer's [2]  1058/10  1058/14
lawyers [4]  1024/23  1054/15
1054/18  1058/6
lead [1]  1028/7
lead-filled [1]  1028/7
leads [1]  1041/8
least [6]  1023/1  1024/8
1033/23  1046/25  1047/4
1076/9
leave [4]  1072/1  1073/4
1073/5  1073/13
leaving [1]  1073/4  1073/6
left [2]  1018/16  1037/23
leg [1]  1047/20
legal [1]  1031/1
legitimacy [1]  1025/3  1025/4
legitimate [1]  1025/3
less [2]  1023/9  1033/7
let [10]  1006/17  1024/18
1032/11  1039/13  1041/21
1068/22  1073/1  1073/4
1073/5  1074/21
let's [11]  1010/5  1014/19
1021/13  1039/20  1039/20
1040/18  1040/19  1045/24
1046/6  1050/2  1052/10
letter [1]  1036/20
levels [1]  1033/22
license [1]  1030/15
Lidocaine [1]  1029/23

lied [9]  1032/17  1032/17
1032/25  1033/4  1033/5
1034/2  1044/14  1048/21
1051/10
lies [1]  1012/23
life [6]  1025/16  1027/10
1027/15  1033/3  1056/5
1071/12
light [2]  1008/21  1054/11
like [30]  1017/11  1025/25
1026/7  1026/13  1026/25
1027/3  1029/14  1030/22
1032/9  1033/3  1035/5
1035/11  1036/14  1036/23
1037/23  1039/17  1039/18
1039/18  1039/19  1040/16
1041/4  1041/11  1043/24
1044/1  1044/20  1047/20
1047/21  1048/10  1068/12
1076/22
likelihood [1]  1072/15
likely [1]  1055/16
limine [1]  1008/16
limited [1]  1012/4
limiting [1]  1007/11
line [3]  1016/18  1017/22
1018/12
lines [3]  1014/21  1016/17
1018/12
list [3]  1007/15  1020/4
1020/16
listed [3]  1008/5  1020/19
1063/10
listen [2]  1068/16  1068/17
listening [1]  1024/22
lists [1]  1008/2
little [9]  1024/9  1029/24
1033/3  1035/25  1036/16
1037/23  1045/24  1050/2
1071/10
living [1]  1027/15
LLP [1]  1005/18
local [5]  1020/3  1020/10
1020/14  1027/4  1029/13
1049/2
long [3]  1024/19  1030/15
1049/2
longer [2]  1047/8  1062/2
longer-term [1]  1047/8
look [19]  1022/16  1025/19
1025/19  1027/20  1027/21
1034/5  1036/14  1036/17
1036/24  1037/22  1038/15
1039/4  1044/16  1044/18
1047/14  1047/17  1047/17
1074/13  1076/10
looked [3]  1046/17  1056/21
1056/25
loss [1]  1064/16
lot [9]  1013/1  1013/12
1027/24  1029/6  1031/13
1041/2  1041/3  1048/24
1051/19
lots [1]  1037/5
love [3]  1034/24  1044/20
1044/21
loved [4]  1040/5  1040/5
1043/5  1043/6
lower [8]  1011/24  1015/1

1018/1  1018/23
1019/12  1043/10  1043/12
loyal [1]  1044/19
lumbar [2]  1051/21  1051/23
lunch [2]  1010/22  1073/16
lying [1]  1052/3

**M**

machine [8]  1011/15  1011/15
1015/20  1027/17  1028/1
1028/21  1038/7  1045/14
machines [2]  1020/9  1033/15
Mackey [4]  1016/11  1029/6
1033/8  1046/16
Mackey's [3]  1034/1  1034/8
1074/25
Madam [1]  1052/6
made [14]  1006/24  1012/17
1035/3  1037/22  1044/21
1049/4  1050/14  1058/7
1058/9  1060/3  1061/6
1064/24  1065/9  1066/6
make [15]  1008/11  1021/13
1026/11  1028/1  1029/25
1034/11  1037/11  1039/19
1044/9  1046/23  1071/8
1073/24  1074/14  1074/15
1074/20
makes [1]  1031/14
making [5]  1013/25  1025/17
1037/24  1048/18  1067/3
malpractice [2]  1022/2
1037/18
man [1]  1036/6
management [1]  1066/25
manager [1]  1037/9
manipulate [2]  1036/5  1036/6
manipulates [1]  1036/1
manner [2]  1053/8  1059/12
many [4]  1030/4  1035/8
1044/14  1070/9
March [3]  1014/23  1015/16
1015/17
March 31 [3]  1014/23
1015/16  1015/17
marked [2]  1062/17  1074/16
marshal [2]  1069/19  1073/6
marshals [1]  1069/11
Martin [1]  1005/15
Maryland [2]  1011/25  1036/7
mask [1]  1029/24
massive [1]  1026/24
match [3]  1042/14  1042/16
1050/10
material [3]  1031/16  1064/21
1065/2
materiality [1]  1042/19
materially [3]  1013/17
1063/15  1064/9
mathematical [1]  1056/8
matter [13]  1029/15  1030/4
1031/1  1033/13  1037/16
1043/23  1051/3  1061/22
1067/24  1069/15  1069/22
1070/13  1077/5
matters [4]  1056/4  1059/5
1059/15  1070/1
may [49]  1009/15  1013/13
1031/12  1031/16  1032/4
1046/22  1050/24  1051/6

**M**

may... [41] 1052/23 1052/24
1053/1 1053/11 1053/22
1053/22 1054/5 1054/21
1056/10 1056/17 1059/9
1059/10 1059/21 1060/1
1060/3 1060/6 1060/9
1060/12 1060/17 1061/1
1061/8 1061/11 1061/13
1062/14 1062/24 1065/3
1065/9 1066/4 1066/6
1066/9 1068/13 1068/16
1069/1 1069/5 1069/6
1069/10 1070/2 1070/6
1072/23 1073/11 1075/2
Maya [8] 1012/14 1015/6
1016/4 1032/17 1032/17
1049/18 1075/16 1076/2
maybe [3] 1024/9 1024/10
1024/25
me [39] 1006/12 1006/17
1007/18 1008/24 1024/6
1024/18 1024/24 1025/2
1025/24 1026/10 1026/11
1026/11 1026/11 1030/19
1032/11 1040/15 1041/4
1041/21 1044/22 1045/7
1053/4 1053/5 1054/2
1057/19 1059/21 1061/16
1062/2 1067/12 1067/22
1068/22 1069/10 1069/13
1069/19 1069/21 1070/19
1070/24 1070/25 1075/19
1076/21
mean [3] 1007/16 1008/10
1031/8
meaningful [1] 1059/15
means [15] 1013/25 1021/19
1028/22 1034/8 1044/11
1057/6 1059/2 1063/15
1064/8 1064/17 1064/19
1065/5 1065/11 1069/6
1069/20
meant [2] 1020/6 1067/17
media [1] 1068/15
medical [15] 1018/6 1018/8
1019/16 1022/1 1027/21
1030/10 1030/15 1034/5
1035/1 1037/10 1037/19
1040/11 1065/7 1065/9
1074/25
medically [1] 1039/25
Medicare [85] 1011/6
1011/12 1011/13 1011/20
1011/22 1012/2 1012/17
1012/18 1012/25 1014/2
1014/11 1014/13 1014/14
1014/16 1014/18 1018/5
1018/17 1020/3 1020/6
1020/11 1020/13 1020/20
1020/22 1021/9 1021/11
1021/17 1021/18 1021/21
1021/23 1021/24 1022/4
1022/10 1023/11 1023/15
1025/8 1026/4 1026/5
1026/9 1026/24 1026/25
1027/3 1027/10 1034/14
1034/15 1034/17 1036/1
1036/12 1036/13 1036/21

1039/13 1039/15 1039/20
1040/9 1040/9 1041/14
1041/16 1042/2 1042/4
1043/25 1044/4 1044/6
1044/8 1045/1 1045/8
1045/11 1047/13 1047/21
1048/21 1048/24 1050/5
1050/17 1050/21 1051/5
1051/5 1051/8 1051/10
1051/13 1052/3 1063/10
1064/6 1066/1 1076/3
Medicare's [1] 1039/16
medicine [11] 1026/5
1026/10 1027/7 1034/16
1034/22 1035/1 1035/2
1040/13 1044/7 1046/23
1046/24
meet [1] 1074/19
member [2] 1069/12 1069/14
members [3] 1052/15
1052/16 1069/12
memorable [1] 1048/10
memory [8] 1034/3 1042/23
1048/12 1054/3 1054/4
1059/13 1059/21 1060/7
merchandise [1] 1065/13
merely [3] 1009/14 1054/19
1060/25
merits [1] 1069/15
Michael [1] 1005/14
microphone [1] 1023/23
Mierzwa [1] 1035/23
might [3] 1025/9 1058/2
1058/4
military [1] 1040/16
million [2] 1011/21 1011/23
millions [1] 1011/5
mind [4] 1046/6 1062/16
1066/17 1069/17
mindful [1] 1068/4
minute [1] 1015/5
minutes [3] 1016/10 1052/10
1074/1
mission [1] 1068/5
mistake [9] 1022/12 1022/20
1050/10 1050/13 1050/15
1050/16 1060/7 1063/7
1066/24
mistaken [1] 1066/23
mistakenly [1] 1064/18
misunderstanding [1] 1060/7
mode [1] 1029/5
modification [1] 1010/7
modifier [6] 1043/24 1044/3
1044/4 1047/12 1047/12
1047/19
modifiers [1] 1047/18
modifies [1] 1067/15
Monday [2] 1005/4 1071/9
money [11] 1012/2 1012/23
1012/25 1023/16 1028/2
1039/2 1039/3 1046/13
1063/20 1064/11 1065/13
month [4] 1023/4 1023/4
1023/4 1046/24
months [5] 1023/1 1023/3
1023/9 1047/1 1047/4
more [18] 1006/20 1011/20

1023/9 1036/13 1036/13
1036/14 1036/16 1050/22
1050/25 1055/16 1055/19
1056/4 1058/3 1069/12
1070/12
morning [3] 1073/8 1074/4
1074/9
most [2] 1013/22 1026/17
motion [2] 1008/15 1076/19
motivated [1] 1060/17
motive [2] 1008/3 1063/6
move [3] 1024/16 1024/17
1074/23
movement [1] 1065/12
Moving [2] 1017/20 1018/11
Mr [3] 1024/3 1068/22
1074/5
Mr. [35] 1017/2 1017/6
1017/16 1022/1 1023/21
1023/25 1024/1 1024/10
1030/18 1030/21 1031/13
1039/19 1045/5 1045/18
1045/21 1045/25 1046/7
1046/8 1046/9 1046/11
1047/10 1047/25 1048/23
1051/1 1069/11 1072/3
1073/1 1073/4 1073/5
1073/17 1073/25 1074/6
1074/15 1074/19 1074/22
Mr. Bradley [10] 1045/25
1069/11 1072/3 1073/1
1073/4 1073/5 1073/17
1073/25 1074/15 1074/19
Mr. Browne [3] 1017/2
1017/6 1017/16
Mr. Cooke [2] 1039/19
1074/6
Mr. Khouri [19] 1022/1
1023/21 1023/25 1024/1
1024/10 1030/18 1030/21
1031/13 1045/5 1045/18
1046/7 1046/8 1046/9
1046/11 1047/10 1047/25
1048/23 1051/1 1074/22
Mr. Khouri's [1] 1045/21
MRI [5] 1033/13 1033/16
1033/19 1033/19 1033/20
Ms [2] 1015/7 1031/9
Ms. [7] 1011/1 1023/20
1030/25 1045/6 1074/25
1075/19 1076/7
Ms. Mackey's [1] 1074/25
Ms. Parrott [1] 1076/7
Ms. Simon [1] 1075/19
Ms. Willis [4] 1011/1 1023/20
1030/25 1045/6
much [11] 1009/18 1012/10
1024/23 1043/6 1045/4
1057/8 1061/4 1071/24
1072/19 1073/18 1073/21
multiple [3] 1011/18 1022/23
1033/22
must [21] 1054/20 1055/18
1055/19 1057/18 1057/20
1058/9 1058/15 1058/23
1063/8 1063/22 1065/11
1065/22 1065/24 1066/20
1067/5 1067/6 1067/8

1067/16 1068/17 1068/17
1071/15
mutual [1] 1068/8
my [24] 1008/21 1022/7
1026/8 1027/12 1027/18
1028/2 1028/3 1028/4
1028/13 1029/1 1034/24
1035/9 1035/19 1037/23
1039/12 1052/16 1052/23
1053/6 1053/7 1053/15
1069/10 1072/13 1074/15
1075/4

**N**

name [4] 1026/15 1035/23
1055/20 1072/2
nationwide [1] 1014/14
natural [2] 1064/21 1066/10
nature [4] 1057/16 1057/19
1057/19 1065/22
near [1] 1028/18
nearly [1] 1012/10
necessarily [1] 1025/25
1057/23 1068/13
necessary [6] 1020/15
1040/1 1044/23 1055/16
1066/17 1069/9
necktie [1] 1039/18
need [12] 1010/18 1023/22
1051/22 1052/10 1065/15
1065/18 1072/4 1072/18
1073/5 1073/8 1074/14
1074/19
needed [3] 1011/5 1021/24
1075/11
needle [8] 1011/16 1015/24
1016/1 1016/2 1019/5
1038/7 1049/18 1049/20
needles [1] 1016/7
nerve [3] 1017/2 1021/1
1022/25
nerves [3] 1015/1 1049/13
1051/24
nestor [5] 1005/21 1005/23
1077/8 1077/8 1077/10
neurologist [1] 1035/11
never [13] 1018/1 1031/5
1032/8 1032/19 1035/20
1043/11 1043/13 1049/17
1049/19 1055/3 1069/14
1069/17 1069/20
new [2] 1005/12 1017/8
newest [1] 1076/5
newspaper [1] 1068/14
next [2] 1008/2 1070/22
night [1] 1035/13
no [42] 1005/3 1006/10
1009/22 1010/2 1011/5
1011/15 1011/15 1012/11
1012/13 1016/1 1016/2
1016/3 1019/4 1022/12
1024/7 1029/6 1029/9
1030/2 1030/3 1031/21
1032/7 1035/10 1038/25
1039/4 1039/4 1039/6
1040/14 1043/16 1049/14
1049/14 1049/17 1049/19
1051/3 1051/7 1051/9
1056/25 1058/19 1066/3
1068/2 1069/12 1071/14

1090

**N**

no... [1] 1076/12
No. [2] 1014/12 1051/6
No. 15 [1] 1051/6
No. 4 [1] 1014/12
nobody [4] 1029/14 1029/17
1041/18 1043/1
non [1] 1042/1
non-FDA [1] 1042/1
none [2] 1015/21 1035/9
nonetheless [1] 1026/7
normal [2] 1037/22 1038/1
Northern [2] 1011/25 1036/8
Northwest [2] 1005/12
1005/18
not [191] 1008/6 1009/14
1010/10 1011/6 1011/12
1011/17 1012/3 1012/13
1012/19 1012/21 1012/24
1013/7 1015/2 1015/10
1015/18 1015/23 1015/24
1016/6 1017/7 1017/11
1017/12 1017/14 1017/17
1017/19 1017/25 1018/4
1018/15 1018/17 1019/17
1019/22 1019/25 1020/1
1020/8 1020/13 1020/15
1020/20 1021/3 1021/8
1021/15 1021/25 1022/1
1022/8 1022/10 1023/12
1023/12 1024/19 1025/2
1025/16 1025/24 1026/4
1026/5 1026/6 1026/19
1026/20 1027/6 1027/7
1028/5 1028/15 1028/18
1028/21 1028/22 1028/24
1028/24 1029/3 1029/5
1029/10 1030/10 1031/12
1031/20 1032/21 1033/11
1033/18 1034/9 1034/10
1034/13 1034/20 1034/24
1035/4 1035/12 1035/13
1035/15 1036/3 1037/14
1037/15 1037/21 1038/10
1039/10 1039/16 1039/22
1040/14 1041/4 1041/19
1042/1 1042/4 1042/11
1042/20 1042/21 1043/3
1043/10 1043/15 1043/16
1044/8 1044/23 1044/23
1045/2 1045/12 1045/13
1045/14 1045/15 1045/15
1046/8 1046/18 1046/24
1046/24 1048/6 1048/9
1048/10 1048/17 1048/20
1048/22 1049/4 1049/8
1049/25 1050/7 1050/17
1050/18 1050/21 1051/6
1051/11 1052/1 1053/1
1053/11 1053/20 1053/22
1054/15 1054/18 1054/20
1054/21 1055/3 1055/12
1055/17 1056/5 1056/7
1057/7 1057/11 1057/18
1057/23 1058/8 1058/9
1058/11 1058/15 1059/14
1060/24 1062/9 1062/10
1062/17 1062/18 1062/24
1062/25 1065/2 1065/18

1066/19 1067/10 1067/19
1067/20 1067/23 1068/13
1068/17 1068/21 1069/1
1069/2 1069/5 1069/7
1069/18 1070/2 1070/12
1070/23 1071/19 1071/24
1072/8 1072/11 1072/14
1073/2 1073/8 1073/9
1074/23 1075/17 1076/7
note [8] 1017/1 1020/25
1048/13 1053/4 1069/10
1069/13 1073/1 1074/2
notebook [1] 1072/2
noted [1] 1046/11
notes [6] 1016/3 1019/6
1020/24 1024/22 1037/23
1042/7
nothing [8] 1015/24 1016/25
1018/8 1043/7 1067/11
1067/13 1067/14 1071/18
notice [1] 1029/4
novel [3] 1026/1 1026/7
1041/11
November [1] 1016/16
November 10 [1] 1016/16
now [34] 1010/22 1010/22
1012/6 1012/12 1013/1
1013/15 1013/21 1015/9
1016/18 1017/4 1017/20
1021/18 1022/5 1022/11
1022/19 1023/1 1026/23
1037/10 1045/17 1045/22
1046/8 1047/12 1047/17
1048/14 1049/5 1050/2
1059/7 1071/11 1071/13
1071/23 1072/16 1072/23
1073/20 1074/14
nowhere [1] 1028/18
number [10] 1009/11
1013/13 1051/2 1051/3
1057/24 1058/2 1058/4
1061/24 1072/3 1073/25
numbers [1] 1070/25
NW [2] 1005/22 1077/9

**O**

oath [1] 1061/7
object [2] 1008/13 1058/11
objected [2] 1010/11 1058/6
objecting [1] 1058/8
objection [10] 1008/18
1009/21 1009/22 1009/23
1010/7 1010/9 1010/12
1030/17 1031/10 1058/14
objections [3] 1008/11
1008/14 1058/9
observe [1] 1059/15
observed [1] 1059/4
obtain [2] 1063/19 1064/11
obviously [6] 1026/18
1036/12 1039/24 1039/25
1040/2 1070/23
occurring [2] 1007/14 1063/5
October [4] 1014/24 1015/16
1016/11 1017/21
October 11 [1] 1017/21
October 13 [3] 1014/24
1015/16 1016/11
odd [2] 1026/2 1026/6

1031/18 1074/8
offense [6] 1055/7 1055/9
1055/11 1055/13 1062/21
1062/21
offered [1] 1058/7
office [7] 1011/9 1015/5
1023/15 1029/13 1032/20
1037/17 1072/20
Official [2] 1005/21 1077/9
often [2] 1016/4 1070/12
oh [6] 1009/12 1032/18
1037/23 1039/4 1073/24
1075/19
okay [22] 1006/8 1006/12
1006/17 1006/18 1006/24
1007/2 1007/8 1007/12
1007/20 1008/1 1008/8
1008/21 1008/24 1009/3
1009/5 1009/11 1010/5
1010/13 1031/23 1052/6
1071/13 1075/19
old [1] 1035/12
olds [1] 1028/9
omissions [1] 1062/8
omitted [1] 1066/6
once [2] 1041/5 1073/11
one [56] 1009/11 1011/5
1012/5 1012/7 1012/11
1012/14 1012/15 1013/5
1013/14 1016/6 1016/6
1016/19 1016/20 1017/23
1020/24 1021/14 1026/15
1032/22 1033/15 1034/14
1034/15 1035/2 1035/4
1036/4 1038/9 1038/23
1038/24 1040/16 1041/1
1041/12 1041/12 1041/23
1041/24 1042/3 1042/17
1042/18 1043/5 1043/7
1044/5 1050/3 1051/2
1051/3 1051/7 1055/18
1057/7 1057/15 1058/3
1062/25 1068/13 1069/12
1070/5 1071/8 1074/24
1075/2 1075/9 1075/10
ones [1] 1013/22
ongoing [1] 1025/4
only [25] 1012/14 1018/1
1021/21 1022/19 1033/18
1036/11 1038/20 1039/5
1041/15 1046/20 1050/11
1050/14 1054/5 1054/16
1055/16 1057/20 1061/22
1061/25 1062/4 1062/9
1062/11 1062/16 1063/13
1065/15 1067/17
open [4] 1032/2 1069/16
1069/21 1071/6
opened [1] 1031/15
opiates [1] 1041/8
opinion [7] 1053/25 1065/2
1066/21 1066/23 1067/12
1070/4 1075/15
opportunity [6] 1008/3
1009/2 1011/11 1011/11
1024/2 1059/15
opposite [1] 1058/5
orally [1] 1069/16

1047/8 1052/13 1064/11
1067/6 1075/5
ordering [1] 1012/15
orderly [1] 1053/8
ordinarily [2] 1064/15 1066/2
organize [1] 1068/7
origin [1] 1053/20
osteoarthritis [2] 1017/6
1018/19
other [46] 1008/18 1009/17
1012/6 1012/8 1014/15
1015/12 1017/11 1025/24
1027/19 1027/24 1034/18
1036/3 1036/7 1036/14
1038/10 1041/21 1043/18
1049/23 1050/20 1050/22
1050/22 1050/23 1050/25
1051/4 1051/5 1051/6
1051/7 1051/8 1055/10
1056/16 1058/4 1058/7
1059/18 1060/5 1060/13
1061/3 1061/19 1061/21
1062/5 1063/1 1066/7
1067/7 1068/21 1069/8
1069/23 1069/24
others [5] 1035/21 1048/18
1053/2 1064/10 1067/3
otherwise [2] 1040/4 1062/3
our [4] 1008/14 1010/12
1031/10 1073/16
out [27] 1008/25 1009/1
1009/2 1009/4 1009/6
1020/3 1025/6 1026/11
1027/23 1030/13 1033/1
1038/3 1039/10 1040/13
1041/13 1041/15 1042/9
1051/2 1056/21 1056/25
1062/3 1062/10 1065/25
1072/1 1072/20 1074/25
1075/22
outcome [3] 1009/17
1059/17 1061/2
outranked [1] 1051/7
outset [1] 1070/6
over [12] 1026/15 1036/25
1044/24 1046/9 1047/7
1047/7 1050/15 1050/15
1050/15 1050/15 1057/7
1068/1
overruled [1] 1010/12
overwhelming [1] 1027/5
own [5] 1009/13 1020/24
1036/2 1054/3 1060/24
owned [1] 1063/20

**P**

p.m [7] 1005/5 1006/1
1010/19 1010/20 1052/11
1073/22 1076/24
page [10] 1006/15 1007/4
1007/10 1009/12 1010/15
1020/17 1020/17 1045/24
1072/1 1072/2
paid [34] 1011/23 1012/7
1016/20 1019/15 1019/22
1021/8 1021/9 1021/17
1021/20 1022/4 1022/17
1023/11 1023/11 1026/21
1037/8 1037/24 1038/4

**P**

paid... [17] 1039/20 1041/14 1042/5 1044/7 1045/9 1045/12 1045/15 1045/16 1046/15 1046/19 1047/9 1047/23 1050/16 1050/17 1051/10 1051/13 1052/3
pain [13] 1011/9 1011/11 1018/1 1018/2 1025/17 1025/21 1030/6 1033/23 1040/25 1040/25 1041/5 1042/7 1042/10
Parrott [9] 1012/14 1015/6 1016/4 1032/17 1032/17 1049/18 1075/16 1076/2 1076/7
part [6] 1010/12 1030/12 1033/23 1047/14 1048/15 1058/19
participate [1] 1071/11
particular [5] 1034/7 1052/25 1055/7 1055/11 1057/8
partisans [1] 1070/13
party [2] 1058/10 1062/11
patient [18] 1014/20 1014/23 1015/9 1016/1 1016/13 1016/15 1016/23 1019/3 1019/8 1021/16 1021/25 1023/14 1023/14 1044/19 1048/5 1049/16 1049/18 1049/18
patients [40] 1011/2 1011/8 1011/17 1016/8 1023/2 1023/6 1023/9 1025/4 1025/5 1025/6 1025/8 1025/13 1025/16 1025/21 1027/18 1027/22 1028/3 1028/13 1029/3 1029/5 1029/6 1036/12 1038/6 1039/12 1039/22 1040/1 1040/5 1040/5 1041/1 1046/11 1046/22 1047/5 1047/7 1047/8 1047/25 1048/8 1049/10 1049/15 1050/18 1052/2
pattern [1] 1064/8
pay [8] 1018/18 1021/21 1021/24 1039/14 1039/14 1039/21 1042/4 1050/5
paying [7] 1037/14 1037/15 1037/15 1037/16 1071/19 1071/20 1073/19
payment [10] 1014/4 1014/5 1042/12 1042/16 1042/17 1042/20 1042/20 1044/5 1064/1 1065/9
pays [3] 1014/16 1014/17 1034/17
peers [1] 1050/20
penalty [1] 1061/7
people [15] 1014/17 1025/6 1025/17 1027/23 1029/8 1029/21 1036/14 1037/10 1043/25 1046/13 1046/14 1050/20 1051/6 1059/19 1071/19
percent [1] 1023/7
percentage [1] 1036/11
perceptions [1] 1060/8

1021/18 1026/4 1026/8 1026/14 1026/15 1026/16 1027/3 1034/15 1034/21 1039/14 1042/11 1042/21 1047/2
Perez's [1] 1035/18
perform [1] 1021/20
performed [2] 1035/2 1066/22
performing [6] 1039/21 1039/23 1039/24 1039/25 1040/2 1040/3
perhaps [1] 1048/4
period [1] 1007/18
perjury [1] 1061/7
permitted [2] 1054/9 1057/10
person [15] 1012/11 1025/2 1025/24 1027/11 1027/13 1032/16 1039/8 1050/14 1054/20 1056/3 1056/21 1066/4 1066/10 1069/7 1069/18
person's [1] 1033/1
personal [1] 1071/18
personally [1] 1075/22
perspective [1] 1075/9
phone [4] 1030/21 1070/15 1072/3 1073/25
physiatrists [3] 1036/9 1040/22 1051/4
physician [6] 1020/24 1034/24 1034/25 1041/7 1041/18 1044/19
pick [3] 1030/21 1070/15 1071/19
pictures [1] 1062/3
pilot [1] 1035/13
pinch [1] 1029/24
place [1] 1027/17
Plaintiff [1] 1005/3
plan [7] 1009/4 1014/3 1063/25 1064/8 1064/8 1065/6 1065/10
play [3] 1026/1 1026/1 1058/19
please [6] 1052/13 1053/4 1062/16 1070/16 1072/19 1073/24
Pleasure [1] 1074/10
plus [1] 1038/21
pockets [1] 1028/2
podiatrist [1] 1035/11
point [1] 1042/25
portion [2] 1052/25 1062/4
portions [6] 1061/25 1062/1 1062/2 1062/5 1062/8 1062/9
position [2] 1037/11 1070/7
possibility [1] 1073/17
possible [5] 1007/15 1008/2 1063/6 1067/18 1072/4
possibly [1] 1039/12
powerful [1] 1055/19
PowerPoint [1] 1013/8
practice [12] 1021/19 1025/3 1025/17 1026/4 1026/10 1027/7 1035/10 1037/10 1037/19 1040/13 1040/24

practiced [2] 1034/22 1035/2
practices [1] 1044/7
practitioners [1] 1051/5
precise [1] 1065/22
prejudice [1] 1053/19 1060/18
prejudiced [1] 1060/16
prejudices [1] 1059/8
preliminary [2] 1027/14 1053/6
preparation [1] 1009/2
present [2] 1073/11 1073/12
presented [6] 1032/12 1052/19 1057/13 1057/21 1061/15 1068/18
presents [1] 1027/16
preserve [1] 1008/11
preserved [2] 1008/19 1010/8
preside [1] 1068/1
presumed [2] 1025/4 1054/24
presumption [1] 1054/25
pretense [1] 1064/10
pretenses [2] 1013/17 1063/16
pretrial [1] 1008/15
pretty [2] 1026/23 1039/15
previous [2] 1010/12 1060/3
previously [3] 1010/11 1017/16 1022/13
pride [1] 1070/6
primary [3] 1034/23 1034/25 1041/6
principal [2] 1017/5 1018/19
print [1] 1020/3
prior [2] 1006/16 1008/17
privacy [1] 1062/6
private [2] 1035/10 1065/6
probability [2] 1027/18 1060/10
probable [2] 1055/17 1066/10
probably [4] 1024/22 1029/22 1035/15 1039/7
problem [4] 1033/13 1038/25 1042/10 1043/3
problems [2] 1033/24 1034/6
procedure [15] 1013/1 1016/25 1016/25 1018/9 1019/14 1020/2 1020/16 1020/17 1020/25 1021/3 1023/3 1036/25 1042/12 1046/25 1051/24
procedures [11] 1013/3 1016/5 1020/11 1020/18 1021/20 1022/24 1022/25 1023/8 1047/3 1047/4 1049/11
proceed [3] 1032/4 1070/12 1071/24
proceedings [2] 1006/1 1077/4
process [2] 1052/3 1071/18
produce [1] 1055/4
program [14] 1011/3 1013/20 1014/9 1014/11 1014/13 1014/14 1040/18 1063/21

1064/5 1064/7 1064/23 1065/5 1065/11 1065/16
promise [1] 1064/10
promises [3] 1012/18 1013/18 1063/16
promote [1] 1068/10
promptly [1] 1073/8
pronounce [1] 1026/16
proof [9] 1024/5 1030/1 1034/13 1043/14 1043/16 1044/10 1045/20 1047/5 1055/18
proper [1] 1058/8
properly [2] 1054/6 1074/16
property [1] 1063/20
proposed [2] 1006/3 1006/6
prosecution [1] 1038/6
prove [15] 1013/16 1014/10 1028/17 1037/7 1043/12 1055/4 1055/11 1055/16 1056/7 1056/9 1065/15 1065/18 1066/20 1066/20 1067/16
proved [6] 1058/21 1065/22 1065/23 1066/24 1066/3 1066/16
proven [5] 1043/19 1054/10 1055/2 1055/6 1063/13
proves [1] 1043/9
provide [5] 1023/12 1023/12 1052/22
provided [3] 1026/22 1065/7 1067/9
Provident [1] 1033/19
providers [7] 1050/22 1050/22 1050/24 1050/25 1051/2 1051/8 1051/8
providing [4] 1020/15 1021/4 1047/8 1065/8
proving [1] 1028/19 1055/14 1057/6
public [1] 1065/5
publicity [1] 1068/20
pull [2] 1024/9 1045/25
punishment [1] 1067/18 1067/24
purported [1] 1020/19
purportedly [1] 1021/3
purpose [1] 1064/15 1064/20 1065/22
purposes [1] 1036/2
push [1] 1026/14
pushed [1] 1026/12
pushes [1] 1029/20
put [5] 1015/10 1028/3 1028/8 1035/7 1043/15
putting [1] 1041/15 1052/2

**Q**

question [10] 1011/5 1042/25 1057/18 1058/7 1058/14 1058/15 1058/17 1058/19 1067/18 1074/5
questions [4] 1053/3 1053/8 1054/17 1057/15
quick [2] 1034/12 1043/15
quickly [1] 1041/22
Quindoza [1] 1036/4
quite [1] 1036/20

1092

**R**

radiation [3] 1028/8 1041/3 1041/3
radio [1] 1068/14
radiologists [2] 1036/10 1040/23
raise [3] 1045/18 1075/2 1076/12
raised [1] 1046/7
Raising [1] 1052/9
random [1] 1071/17
rare [1] 1072/6
rather [2] 1057/25 1064/18
rays [1] 1028/7
reach [2] 1057/17 1068/5
reached [1] 1069/20
reaching [3] 1057/12 1057/21 1062/18
read [5] 1007/24 1026/1 1036/23 1068/16 1068/17
ready [2] 1010/22 1010/22
real [4] 1025/5 1027/10 1033/3 1037/4
really [12] 1027/8 1027/23 1027/23 1029/5 1029/20 1029/20 1033/20 1035/23 1038/3 1041/21 1043/7 1043/21
realtime [1] 1043/20
reason [15] 1015/7 1025/15 1028/20 1039/5 1044/12 1044/14 1046/5 1046/7 1051/9 1055/21 1055/21 1056/6 1059/14 1072/24 1072/25
reasonable [34] 1020/15 1028/19 1028/19 1028/21 1028/23 1032/13 1033/3 1037/4 1037/5 1043/17 1043/20 1044/11 1045/19 1045/24 1046/4 1054/11 1055/2 1055/7 1055/12 1055/15 1055/19 1055/20 1055/25 1056/2 1056/3 1056/9 1056/17 1058/22 1063/14 1063/23 1065/24 1066/16 1066/21 1067/16
reasonableness [1] 1060/9
reasons [2] 1041/2 1062/4
rebuttal [3] 1024/1 1024/3 1045/6
recall [4] 1044/15 1044/16 1056/19 1059/25
recalled [1] 1059/4
receivables [2] 1037/11 1037/20
receive [4] 1018/15 1032/23 1054/14 1060/22
received [6] 1017/2 1018/16 1028/6 1046/18 1066/8 1066/13
receiving [1] 1025/7
recess [3] 1010/19 1052/11 1076/24
recollection [1] 1059/23
recommend [1] 1032/19
recommended [1] 1032/21
record [5] 1009/23 1010/8 1018/6 1018/8 1019/16

records [15] 1015/4 1015/14 1016/12 1016/13 1017/9 1018/14 1019/3 1019/8 1019/8 1027/20 1027/21 1034/5 1046/20 1048/5 1074/25
recurrent [1] 1040/25
redacted [1] 1031/13
refer [2] 1052/24 1052/24
reference [2] 1036/19 1054/2
reflection [1] 1056/3
refuse [1] 1053/12
regarding [5] 1017/4 1061/16 1061/21 1068/3 1068/9
regardless [2] 1034/3 1076/17
region [1] 1011/25 1012/10
registered [1] 1008/14
regular [1] 1072/5
regulate [2] 1026/4 1034/16
regulations [5] 1027/1 1027/4 1027/9 1027/10 1048/25
reject [5] 1032/10 1033/6 1034/4 1034/8 1035/19
rejected [4] 1021/6 1042/14 1042/15 1050/10
rejections [1] 1028/3
rejoin [1] 1072/5
related [1] 1022/14
relates [2] 1007/10 1022/20
relationship [1] 1046/14
relevance [3] 1007/15 1008/3 1063/6
relevant [1] 1008/6 1066/15
relief [1] 1011/10
relieved [1] 1041/6
rely [1] 1032/24
remained [1] 1071/23
remains [1] 1054/25
remember [22] 1026/5 1029/7 1029/9 1029/11 1029/15 1029/18 1029/21 1030/2 1030/3 1030/5 1033/9 1033/10 1033/14 1034/15 1035/11 1035/14 1038/22 1042/12 1048/9 1048/9 1070/12 1076/15
remembering [2] 1048/1 1048/4
remind [4] 1007/18 1068/12 1068/25 1074/6
removed [1] 1062/3
render [2] 1025/11 1025/13
rendered [3] 1025/10 1053/5 1072/9
rent [2] 1037/14 1037/15
replacement [1] 1017/9
replaces [2] 1067/13 1067/14
report [3] 1016/25 1018/9 1072/19
reported [6] 1005/21 1012/3 1018/4 1018/5 1048/7 1050/1
Reporter [1] 1005/21 1052/6 1077/9
reports [3] 1016/25 1068/13 1068/17
represent [2] 1058/10 1067/5

representations [5] 1013/18 1014/1 1048/18 1063/16 1067/3
request [1] 1010/7
require [2] 1055/4 1057/11
required [12] 1018/24 1019/12 1020/8 1021/12 1021/17 1049/1 1050/12 1051/13 1056/7 1065/21 1066/9 1066/19
requirement [1] 1076/4
requirements [1] 1076/3
requires [2] 1044/10 1066/19
requiring [1] 1019/2
requisite [1] 1064/13
research [2] 1069/7 1072/14
residency [2] 1035/2 1040/11
respect [5] 1029/5 1063/1 1068/8
respond [4] 1029/2 1030/8 1045/18 1045/21
response [1] 1071/14
responsibility [4] 1052/17 1053/15 1054/1 1058/11
responsible [1] 1037/13
rest [2] 1071/22 1074/17
restroom [1] 1073/13
rests [1] 1067/22
resubmit [1] 1021/7
resubmitted [1] 1021/6
result [1] 1060/7
resume [1] 1073/14
retire [2] 1068/24 1072/23
retiring [1] 1070/10
return [6] 1023/18 1053/4 1062/22 1067/6 1067/25 1073/7
returning [1] 1023/6
reveal [1] 1069/18
revealed [1] 1033/20
reviewing [1] 1070/10
revisit [1] 1031/17
right [23] 1008/18 1009/7 1009/13 1010/3 1010/16 1010/18 1027/23 1030/18 1030/23 1032/1 1032/3 1033/22 1038/10 1048/23 1052/8 1060/23 1071/5 1071/11 1072/22 1073/23 1074/14 1075/1 1076/22
rights [1] 1026/21
risk [3] 1028/3 1028/12 1052/2
RMR [1] 1005/21 1077/8
road [1] 1031/11
rock [1] 1027/16
roll [1] 1033/15
room [13] 1016/4 1025/21 1027/22 1034/10 1035/5 1038/9 1040/6 1062/13 1067/25 1068/24 1070/2 1070/10 1073/10
Rubin [1] 1005/17
rule [2] 1053/8 1075/7
Rule 29 [1] 1075/7
rules [1] 1058/17
rules [1] 1068/3

running [1] 1037/19

**S**

sacral [1] 1015/1
safe [3] 1028/8 1049/10 1074/12
said [27] 1022/1 1030/9 1032/18 1033/8 1033/14 1034/15 1034/16 1034/18 1037/25 1038/13 1039/17 1040/14 1042/7 1042/8 1042/24 1043/11 1043/13 1044/9 1046/9 1049/18 1050/11 1053/22 1056/19 1061/14 1075/20 1075/21 1076/22
salaries [1] 1037/16
same [28] 1010/14 1016/7 1016/11 1016/22 1017/17 1017/19 1019/5 1019/7 1019/13 1021/3 1026/9 1033/5 1033/9 1035/18 1035/19 1038/22 1039/17 1042/22 1043/2 1045/24 1047/22 1048/11 1048/12 1049/17 1049/19 1049/22 1051/20 1051/24
sat [1] 1040/6
saw [6] 1046/17 1049/19 1056/21 1056/24 1056/25 1057/1
say [21] 1006/24 1007/6 1007/20 1007/21 1012/12 1021/8 1022/6 1031/20 1032/7 1033/2 1035/15 1037/1 1037/2 1038/6 1039/4 1040/12 1043/8 1044/18 1052/15 1055/24 1075/4
saying [1] 1035/8 1042/5
says [9] 1009/25 1016/25 1021/21 1036/18 1037/1 1038/6 1040/10 1043/7 1057/5
SB [1] 1019/10
SB's [1] 1019/16
Schaening [9] 1012/6 1014/16 1021/18 1022/3 1022/6 1022/8 1022/24 1049/11 1050/3
Schaening-Perez [2] 1012/6 1014/16
schedule [2] 1011/22 1071/9
scheme [13] 1012/2 1013/19 1014/1 1014/3 1014/8 1063/17 1063/19 1063/25 1064/4 1064/8 1065/22 1065/23 1066/1
school [1] 1035/1
scientific [1] 1056/8
scripts [1] 1041/8
seat [1] 1070/25
seated [1] 1052/13
seats [3] 1071/21 1071/21 1071/24
second [5] 1007/3 1012/11 1016/20 1031/4 1063/25
Secondly [1] 1031/10
secret [1] 1044/1

sections [1] 1063/24
Security [1] 1027/2
see [30] 1010/8 1011/5
1016/2 1016/9 1016/11
1016/15 1016/19 1017/5
1017/20 1018/7 1018/9
1018/18 1019/3 1019/6
1019/11 1019/14 1020/16
1020/25 1021/2 1023/7
1025/9 1026/1 1027/8
1027/22 1030/7 1031/12
1047/18 1062/7 1074/18
1076/22
seeking [1] 1011/10
seems [2] 1009/7 1031/10
seen [2] 1056/23 1057/2
select [2] 1068/1 1068/3
selected [2] 1071/21 1075/20
selecting [3] 1057/16 1068/6
1075/23
selection [1] 1071/17
self [1] 1060/17
self-interest [1] 1060/17
send [2] 1053/4 1069/10
sending [1] 1062/13
sense [5] 1029/25 1039/19
1040/4 1044/15 1070/6
sensitive [1] 1049/12
sent [2] 1042/9 1074/16
sentence [7] 1007/13
1007/24 1008/2 1067/21
1075/18 1075/25 1076/15
separate [3] 1036/9 1062/20
1062/22
separately [1] 1062/22
September [2] 1005/4
1033/11
September 2 [1] 1033/11
Series [1] 1040/8
service [9] 1039/21 1039/23
1039/24 1039/25 1040/2
1040/3 1065/7 1065/9
1072/19
services [7] 1014/5 1020/16
1023/11 1026/22 1046/18
1047/7 1064/2
session [2] 1005/6 1052/12
seven [5] 1029/9 1029/11
1029/16 1029/19 1029/22
severe [1] 1033/21
she [39] 1018/1 1018/2
1018/15 1018/16 1020/2
1020/2 1020/23 1020/24
1021/8 1032/17 1032/18
1032/21 1032/21 1033/8
1033/8 1033/8 1033/10
1033/12 1033/13 1033/14
1033/14 1033/18 1033/19
1033/20 1034/2 1034/3
1037/24 1042/23 1042/24
1043/2 1043/7 1043/8
1043/8 1046/16 1046/17
1046/18 1046/18 1046/20
1076/2
she's [1] 1037/9
sheet [2] 1019/7 1019/18
sheets [3] 1016/14 1042/8
1075/22

short [1] 1049/2
shot [15] 1017/17 1017/18
1017/25 1029/10 1029/11
1029/12 1029/16 1029/17
1029/18 1029/21 1029/24
1030/2 1038/12 1048/10
1048/12
shots [2] 1048/6 1048/9
should [55] 1007/20 1009/14
1009/18 1026/23 1028/15
1032/9 1034/2 1034/4
1034/12 1035/18 1035/19
1042/2 1042/25 1043/3
1045/3 1048/15 1052/15
1053/4 1053/10 1053/18
1053/19 1053/23 1053/25
1054/4 1054/13 1057/13
1057/25 1058/14 1058/18
1058/18 1058/19 1059/1
1059/7 1060/21 1060/24
1061/3 1061/19 1062/8
1062/9 1062/10 1062/21
1062/22 1062/25 1066/14
1067/11 1067/13 1067/20
1067/22 1067/23 1067/25
1068/3 1068/15 1069/13
1069/20 1075/8
shoulder [1] 1042/18
shoulders [1] 1018/3
shouldn't [2] 1033/2 1035/21
show [5] 1013/15 1017/10
1048/6
showing [1] 1013/9
shown [2] 1023/10 1060/15
shows [1] 1018/12
sick [2] 1027/23 1035/17
side [7] 1026/18 1038/9
1057/24 1058/3 1058/4
1058/7 1060/16
sidebar [2] 1030/24 1070/17
signature [1] 1010/15
signed [3] 1012/17 1069/11
1069/13
signs [1] 1040/17
silly [1] 1039/16
similar [2] 1007/3 1020/25
Similarly [2] 1054/17 1066/24
Simon [2] 1005/11 1075/19
simply [1] 1073/1
Since [2] 1071/22 1072/7
single [1] 1049/16
sit [2] 1045/23 1073/24
sitting [2] 1024/21 1071/10
situation [1] 1051/6
situations [1] 1041/24
six [9] 1023/1 1023/3 1023/9
1029/9 1029/11 1029/15
1029/19 1047/1 1047/4
skills [1] 1024/15
sleep [1] 1057/1
sleeping [1] 1071/19
small [5] 1006/14 1037/12
1049/13 1051/25 1072/17
smaller [1] 1058/2
snow [4] 1056/22 1056/24
1057/1 1057/1
snowed [1] 1057/3
snowing [1] 1056/21

1008/6 1008/24 1009/1
1010/16 1013/3 1013/12
1014/19 1015/20 1018/3
1018/18 1019/20 1020/5
1021/2 1021/22 1024/19
1026/18 1027/8 1027/15
1028/1 1028/14 1028/25
1029/20 1031/12 1031/19
1032/7 1032/9 1032/23
1034/1 1035/5 1035/12
1036/10 1036/13 1036/20
1037/4 1037/12 1037/20
1038/11 1039/10 1039/20
1040/24 1040/24 1042/14
1043/3 1043/14 1043/21
1044/6 1044/9 1045/23
1046/16 1047/5 1047/11
1047/16 1048/4 1050/5
1051/21 1051/21 1052/16
1060/19 1074/8
Social [1] 1027/2
sole [3] 1053/14 1054/1
1058/24
solely [1] 1053/21 1067/23
1068/18
solutions [1] 1047/8
some [29] 1006/20 1024/15
1024/24 1025/5 1025/14
1026/3 1031/15 1032/18
1032/20 1034/14 1041/21
1043/23 1044/9 1045/22
1046/2 1046/6 1046/9
1046/13 1047/6 1051/7
1053/1 1055/17 1062/2
1064/15 1065/12 1068/12
1072/25 1074/17 1075/15
somebody [3] 1025/10
1041/5 1073/13
somehow [1] 1042/9
someone [6] 1033/4 1033/5
1035/20 1047/3 1047/6
1070/21
someone's [3] 1025/9 1066/2
1066/4
someplace [1] 1029/14
something [17] 1018/17
1028/18 1030/8 1041/25
1047/13 1047/16 1049/25
1049/25 1050/16 1051/25
1064/11 1070/22 1071/12
1072/5 1075/4 1075/8
1075/15
sometimes [10] 1026/1
1027/11 1027/14 1027/15
1038/14 1038/15 1058/6
1061/25 1070/18 1071/18
somewhere [1] 1074/1
sonogram [1] 1017/18
soon [1] 1068/22
sorry [6] 1006/4 1007/23
1008/9 1029/8 1051/19
1076/8
sort [4] 1026/25 1027/3
1035/5 1035/17
sound [1] 1047/21
speak [2] 1068/9 1071/13
specialist [1] 1012/13
specialties [1] 1050/24

specific [3] 1030/5 1064/14
1068/2
specifically [2] 1008/9
1051/22
speculate [1] 1058/15
speculation [2] 1046/5
1056/6
spinal [23] 1011/14 1011/21
1011/24 1012/4 1013/4
1014/5 1015/1 1016/5
1016/21 1017/11 1017/14
1017/23 1018/23 1019/2
1019/12 1022/14 1022/17
1022/24 1023/13 1035/2
1048/11 1049/13 1051/20
spine [5] 1011/24 1051/21
1051/23 1051/23 1051/25
spines [1] 1011/17
spoke [1] 1076/2
spokesperson [1] 1068/2
spreadsheet [2] 1036/5
1036/24
staff [2] 1011/2 1023/15
stand [5] 1028/11 1033/8
1045/8 1059/12 1070/5
standard [5] 1009/20 1010/3
1022/16 1051/14 1051/16
stands [1] 1059/17
start [5] 1014/12 1014/19
1041/7 1056/19 1074/4
starts [1] 1006/19
state [1] 1066/17
stated [5] 1006/20 1020/11
1053/6 1076/5 1076/5
statement [9] 1006/16
1006/25 1061/7 1061/8
1061/10 1061/13 1061/14
1064/21 1066/6
statements [4] 1054/15
1063/3 1065/1 1065/3
states [7] 1005/1 1005/2
1005/9 1005/12 1009/12
1026/21 1064/24
statistics [3] 1036/1 1036/5
1036/6
statute [1] 1065/4
stay [2] 1035/13 1048/20
steal [4] 1011/5 1028/17
1037/7 1046/13
stick [1] 1028/4
still [4] 1070/20 1072/13
1076/17 1076/18
stole [1] 1043/5
stolen [1] 1025/10
stomach [1] 1035/18
stood [1] 1044/25
stop [2] 1072/25 1073/14
stopped [3] 1046/19 1046/19
1046/21
story [3] 1025/25 1026/2
1042/21
strep [1] 1042/13
stricken [1] 1058/18
striking [2] 1007/8 1008/9
strong [1] 1070/4
struck [1] 1025/24
stuck [1] 1028/11
subject [2] 1022/13 1061/7

1094

**S**

submission [2] 1019/6
1019/11
submit [11] 1015/13 1026/17
1034/1 1034/9 1038/19
1038/21 1044/13 1045/2
1045/9 1048/1 1051/18
submitted [26] 1011/6
1011/20 1011/23 1012/4
1012/9 1012/23 1014/22
1014/23 1014/25 1015/2
1016/10 1016/16 1016/17
1018/13 1018/18 1018/22
1019/1 1019/15 1019/21
1020/6 1021/23 1022/9
1029/8 1029/8 1032/14
1045/11
submitting [2] 1012/19
1022/21
substance [1] 1043/8
subtle [1] 1024/24
succeed [2] 1048/17 1067/2
succeeded [1] 1065/23
such [15] 1053/25 1054/10
1054/13 1055/18 1056/13
1058/9 1060/18 1060/21
1062/1 1062/2 1064/11
1068/15 1068/17 1069/3
1069/13
sufficient [1] 1076/19
suggest [4] 1008/7 1032/13
1044/13 1067/12
suggested [2] 1007/3 1007/9
suggestion [1] 1035/20
suggestions [1] 1034/12
Suite [2] 1005/15 1005/19
summaries [4] 1061/17
1061/17 1061/19 1061/22
summary [1] 1007/4
summon [1] 1072/4
supported [1] 1060/13
supposed [2] 1027/1 1075/23
sure [10] 1008/11 1024/20
1037/11 1037/24 1071/4
1073/24 1074/15 1074/16
1074/20 1074/23
surgeons [1] 1040/24
surrounding [2] 1059/22
1066/5
suspicious [1] 1046/14
sustained [1] 1058/13
Swift [1] 1043/4
sworn [2] 1052/19 1054/7
sympathy [1] 1053/19

**T**

table [1] 1041/16
take [12] 1008/24 1009/1
1009/2 1009/4 1009/6
1028/17 1051/4 1051/5
1052/10 1053/22 1073/13
1076/10
taken [5] 1010/19 1052/11
1062/10 1067/11 1076/24
taking [3] 1011/4 1024/22
1074/8
talk [12] 1010/5 1010/6
1010/18 1039/9 1040/18
1040/19 1040/21 1045/24

1072/10
talked [7] 1013/1 1013/11
1015/6 1035/23 1038/2
1040/6 1040/21
talking [16] 1014/19 1021/10
1021/15 1021/16 1021/22
1021/25 1022/3 1022/11
1027/11 1027/12 1029/7
1046/1 1048/2 1049/13
1050/20 1051/19
tammy [5] 1005/21 1005/23
1077/8 1077/8 1077/10
tangent [1] 1031/19
TANYA [1] 1005/8
task [1] 1068/4
tax [2] 1027/3 1027/9
team [2] 1041/11 1041/13
tear [1] 1072/1
tech [1] 1024/15
technical [1] 1046/2
technology [1] 1022/18
television [1] 1068/14
tell [19] 1006/12 1008/24
1021/19 1024/22 1026/5
1026/10 1027/12 1028/4
1028/10 1028/16 1043/25
1045/14 1047/21 1050/7
1060/20 1069/20 1070/23
1072/9 1072/15
telling [6] 1021/1 1021/24
1030/10 1035/21 1044/6
1059/14
tells [5] 1032/24 1033/2
1033/22 1044/15 1047/13
tempted [1] 1068/16
tendency [1] 1064/21
term [2] 1043/5 1047/8
test [1] 1046/6
testified [8] 1040/21 1056/22
1058/24 1059/3 1059/5
1059/16 1075/16 1075/16
testify [1] 1026/4
testifying [3] 1057/24
1059/12 1059/18
testimony [45] 1007/4
1009/14 1009/15 1009/17
1009/18 1015/14 1026/14
1026/16 1026/17 1033/1
1033/6 1034/1 1034/4
1034/9 1035/19 1040/20
1049/6 1049/23 1054/7
1056/14 1056/23 1057/2
1058/2 1058/3 1058/23
1060/2 1060/2 1060/5
1060/11 1060/19 1060/21
1060/24 1061/1 1061/3
1061/4 1061/9 1061/10
1061/15 1061/21 1075/9
1075/10 1075/21 1076/2
1076/17 1076/18
tetanus [2] 1029/17 1029/18
text [1] 1069/3
than [15] 1011/20 1011/25
1012/8 1012/9 1020/22
1023/9 1033/7 1036/14
1040/23 1050/23 1055/16
1055/19 1057/12 1058/3
1064/18

1011/1 1023/19 1023/20
1023/22 1024/21 1031/24
1032/6 1040/14 1043/5
1045/1 1045/4 1045/5
1052/4 1052/5 1071/5
1071/24 1072/18 1073/18
1073/21 1074/11 1074/18
1075/1 1076/19 1076/21
1076/23
that [493] 1006/19 1006/20
1006/20 1007/1 1007/17
1007/20 1007/24 1008/5
1008/7 1009/7 1009/9
1009/16 1009/20 1009/21
1009/24 1009/25 1010/1
1010/8 1010/11 1010/12
1011/6 1011/12 1011/16
1011/18 1012/3 1012/5
1012/6 1012/13 1012/15
1012/16 1012/18 1012/18
1012/20 1012/21 1012/22
1012/24 1013/9 1013/11
1013/11 1013/15 1013/25
1014/3 1014/5 1014/7
1014/10 1014/13 1014/14
1014/20 1014/22 1015/2
1015/3 1015/4 1015/11
1015/13 1015/16 1015/17
1015/23 1015/25 1016/1
1016/3 1016/5 1016/7
1016/9 1016/10 1016/15
1016/19 1016/19 1016/21
1017/1 1017/4 1017/4
1017/5 1017/7 1017/7
1017/8 1017/9 1017/10
1017/12 1017/14 1017/17
1017/21 1017/22 1017/22
1017/25 1018/1 1018/1
1018/2 1018/4 1018/8
1018/9 1018/10 1018/12
1018/14 1018/15 1018/17
1018/21 1018/23 1018/23
1018/24 1018/24 1018/25
1018/25 1019/2 1019/4
1019/4 1019/12 1019/12
1019/14 1019/18 1019/22
1019/24 1020/1 1020/2
1020/5 1020/6 1020/7
1020/7 1020/8 1020/11
1020/11 1020/11 1020/13
1020/15 1020/18 1020/18
1020/19 1020/21 1020/23
1021/3 1021/5 1021/5
1021/7 1021/10 1021/11
1021/12 1021/23 1022/9
1022/10 1022/10 1022/11
1022/12 1022/13 1022/16
1022/17 1022/19 1022/22
1022/23 1022/24 1023/3
1023/7 1023/10 1023/12
1023/14 1023/18 1024/1
1024/3 1024/10 1024/12
1024/16 1024/20 1024/22
1024/25 1025/1 1025/2
1025/5 1025/6 1025/8
1025/9 1025/18 1025/20
1025/21 1025/21 1025/24
1026/4 1026/5 1026/14

1026/22 1026/23 1026/23
1027/13 1027/18 1027/19
1027/21 1027/22 1027/23
1027/23 1028/8 1028/16
1028/19 1028/21 1028/22
1029/1 1029/4 1029/7
1030/1 1030/3 1030/6
1030/9 1030/9 1030/10
1031/2 1031/5 1031/7
1031/8 1031/11 1031/11
1031/14 1031/15 1031/16
1031/17 1031/20 1032/7
1032/9 1032/12 1032/13
1032/14 1032/18 1032/24
1032/25 1033/1 1033/7
1033/10 1033/12 1033/18
1033/20 1033/22 1034/1
1034/4 1034/8 1034/10
1034/12 1034/15 1034/17
1034/21 1034/24 1035/1
1035/3 1035/12 1035/14
1035/17 1035/20 1035/24
1035/24 1036/4 1036/8
1036/11 1036/13 1036/20
1036/20 1036/23 1037/11
1037/14 1037/18 1037/24
1037/25 1038/7 1038/11
1039/9 1039/11 1039/15
1040/15 1040/15 1040/24
1040/25 1040/25 1041/8
1041/9 1041/19 1041/25
1042/4 1042/6 1042/8
1042/8 1042/11 1042/19
1042/19 1042/19 1043/8
1043/10 1043/11 1043/12
1043/20 1044/4 1044/6
1044/10 1044/11 1044/13
1044/16 1044/17 1044/18
1044/23 1045/2 1045/3
1045/11 1045/12 1046/4
1046/6 1046/6 1046/11
1046/13 1046/16 1046/17
1046/18 1046/18 1046/18
1046/20 1046/22 1046/25
1046/25 1047/2 1047/10
1047/11 1047/11 1047/12
1047/13 1047/15 1047/18
1047/20 1047/21 1047/22
1047/25 1048/2 1048/2
1048/5 1048/6 1048/8
1048/12 1048/16 1048/16
1048/18 1048/20 1048/21
1048/21 1048/22 1048/24
1048/24 1049/1 1049/3
1049/3 1049/4 1049/6
1049/9 1049/10 1049/12
1049/16 1049/18 1049/25
1049/25 1050/3 1050/4
1050/4 1050/5 1050/7
1050/8 1050/9 1050/10
1050/11 1050/14 1050/14
1050/16 1050/18 1050/21
1050/22 1050/23 1050/24
1050/24 1051/1 1051/4
1051/9 1051/10 1051/12
1051/15 1051/15 1051/23
1051/23 1052/1 1052/2
1052/18 1052/18 1052/21

1095

that... [110]  1053/9 1053/17
1053/24 1054/4 1054/8
1054/10 1055/2 1055/6
1055/9 1055/13 1055/16
1055/17 1055/19 1055/24
1056/2 1056/12 1056/14
1056/22 1056/23 1057/3
1057/5 1057/18 1057/21
1058/2 1058/8 1058/10
1058/11 1058/17 1059/9
1059/22 1059/23 1060/5
1060/13 1060/15 1060/20
1061/1 1061/6 1061/8
1061/9 1061/14 1062/5
1062/9 1062/12 1062/14
1062/16 1062/16 1062/24
1063/9 1063/15 1063/25
1064/3 1064/6 1065/11
1065/15 1065/16 1065/19
1065/21 1065/23 1065/25
1066/9 1066/14 1066/16
1066/18 1067/1 1068/3
1068/11 1068/12 1069/6
1069/17 1070/6 1070/6
1070/12 1071/11 1072/4
1072/7 1072/9 1072/10
1072/11 1072/16 1072/16
1072/17 1073/1 1073/18
1073/20 1073/25 1074/3
1074/6 1074/20 1074/25
1075/6 1075/7 1075/8
1075/8 1075/15 1075/16
1075/17 1075/17 1075/19
1075/20 1075/22 1075/23
1075/25 1076/2 1076/5
1076/5 1076/7 1076/17
1076/18 1076/21 1077/3
that's [23]  1007/25 1009/20
1010/3 1018/23 1025/7
1025/19 1026/12 1029/25
1030/7 1030/12 1032/10
1033/24 1037/14 1037/21
1038/1 1041/1 1042/4
1042/4 1044/12 1044/21
1044/22 1045/3 1076/14
their [13]  1008/22 1010/7
1011/10 1029/16 1033/6
1036/1 1038/8 1041/5
1041/6 1060/23 1061/9
1070/1 1071/12
them [27]  1013/23 1013/24
1019/22 1021/6 1021/20
1021/24 1024/16 1025/14
1027/19 1029/4 1033/4
1035/10 1036/11 1038/9
1038/10 1039/6 1040/8
1041/2 1044/6 1044/21
1047/9 1051/3 1053/12
1058/10 1062/15 1070/23
1073/14
themselves [4]  1015/14
1017/9 1048/5 1060/15
then [20]  1007/9 1010/15
1013/5 1014/10 1017/18
1026/2 1037/12 1038/2
1039/1 1041/10 1042/4
1046/15 1046/21 1049/14
1055/25 1057/1 1068/23

there [50]  1006/8 1006/14
1006/17 1007/14 1010/15
1015/8 1016/1 1016/3
1016/11 1018/8 1019/4
1022/11 1024/11 1025/12
1026/19 1028/11 1031/21
1032/7 1032/18 1032/20
1037/4 1037/25 1038/11
1038/23 1038/23 1039/6
1039/8 1042/25 1043/8
1044/13 1049/14 1049/14
1051/9 1052/15 1056/10
1060/1 1062/3 1062/8
1066/3 1068/2 1068/13
1068/15 1071/10 1072/16
1072/17 1074/21 1074/24
1075/6 1075/8 1075/15
there's [17]  1010/17 1013/12
1025/12 1026/2 1028/25
1029/6 1029/9 1030/1
1030/2 1032/13 1034/13
1042/24 1043/14 1043/16
1048/24 1072/24 1074/2
Therefore [1]  1017/10
these [62]  1010/14 1011/10
1011/17 1011/19 1011/21
1012/4 1012/7 1012/9
1013/4 1013/5 1013/14
1014/5 1014/6 1014/12
1014/18 1014/21 1014/24
1016/12 1018/3 1019/14
1019/21 1020/5 1021/9
1021/10 1021/23 1022/21
1022/23 1022/24 1022/24
1022/25 1023/6 1023/8
1023/9 1025/20 1027/9
1027/14 1027/22 1028/3
1028/25 1029/3 1029/5
1029/6 1030/4 1034/6
1034/11 1034/19 1035/8
1037/23 1038/6 1039/10
1041/24 1043/25 1047/3
1048/6 1048/9 1049/10
1049/15 1050/2 1050/18
1051/2 1052/20 1052/24
they [83]  1018/3 1018/4
1020/6 1021/6 1021/7
1021/9 1021/20 1023/3
1024/2 1024/2 1025/14
1025/15 1025/22 1027/6
1027/23 1028/8 1028/18
1029/6 1029/9 1029/10
1029/16 1029/21 1029/22
1030/2 1030/3 1030/5
1033/2 1035/7 1036/5
1036/6 1036/6 1036/8
1036/10 1036/13 1038/3
1038/8 1038/8 1038/10
1038/11 1038/18 1038/19
1039/2 1039/3 1039/4
1039/5 1039/14 1039/21
1039/22 1039/23 1040/1
1040/6 1040/8 1040/17
1041/3 1041/4 1041/6
1041/11 1041/12 1041/13
1041/14 1041/15 1042/14
1042/16 1043/19 1044/3
1044/16 1044/18 1044/20

1046/23 1048/6 1048/10
1050/8 1054/16 1058/10
1058/11 1058/19 1059/16
1070/24 1071/11 1075/17
thief [1]  1041/19
thing [14]  1016/11 1019/7
1021/14 1024/18 1025/1
1025/24 1026/9 1033/15
1034/16 1034/18 1041/7
1042/22 1071/15 1075/2
things [17]  1011/6 1011/9
1011/12 1012/3 1013/17
1016/7 1024/25 1027/19
1029/1 1034/11 1036/10
1036/23 1037/16 1046/18
1048/1 1048/9 1070/18
think [36]  1007/1 1007/7
1010/11 1013/23 1025/18
1026/23 1029/3 1029/15
1030/12 1031/17 1032/9
1034/23 1036/20 1037/4
1037/25 1039/7 1039/15
1039/15 1039/16 1040/4
1040/5 1041/18 1041/25
1042/23 1042/25 1043/6
1045/25 1050/24 1053/23
1066/15 1074/22 1074/22
1074/24 1075/14 1075/17
1075/19
thinking [3]  1013/2 1040/19
1066/4
Third [1]  1064/3
this [138]  1006/15 1007/16
1007/17 1007/24 1008/16
1009/17 1009/24 1012/13
1012/22 1012/22 1013/2
1013/2 1013/7 1013/23
1013/25 1014/23 1015/2
1015/4 1015/7 1015/12
1016/12 1016/17 1016/24
1016/25 1017/7 1017/10
1018/7 1018/7 1018/12
1018/16 1021/3 1021/19
1021/21 1022/1 1022/19
1023/16 1023/16 1024/4
1024/5 1024/18 1024/24
1026/3 1026/17 1026/24
1027/8 1027/15 1028/14
1030/9 1030/12 1031/6
1031/19 1031/21 1032/8
1032/11 1032/15 1032/16
1033/5 1034/18 1034/19
1036/3 1036/6 1036/7
1037/4 1039/9 1041/14
1041/16 1042/6 1042/16
1043/2 1043/18 1044/13
1044/24 1045/10 1045/17
1045/20 1046/3 1047/12
1047/12 1047/14 1047/14
1048/15 1050/6 1050/15
1050/18 1050/21 1051/5
1051/10 1052/2 1052/16
1052/18 1052/21 1053/7
1053/9 1053/14 1053/23
1053/25 1054/6 1054/6
1054/25 1055/2 1055/18
1056/11 1056/19 1057/12
1057/16 1057/21 1058/6

1061/2 1061/11 1061/13
1061/20 1061/24 1063/4
1066/13 1067/11 1067/23
1068/13 1068/15 1068/15
1068/18 1068/18 1068/20
1069/2 1069/2 1069/4
1069/6 1069/15 1069/20
1070/13 1070/15 1071/8
1071/25 1072/3 1072/14
1072/17
thoracic [1]  1051/21
thorough [1]  1056/3
those [21]  1008/7 1009/9
1013/4 1015/21 1017/12
1017/23 1020/9 1020/12
1025/13 1033/15 1033/24
1036/17 1040/15 1040/16
1041/19 1047/4 1047/8
1051/20 1051/24 1061/17
1061/21
though [4]  1017/22 1023/15
1034/19 1072/4
thought [3]  1020/22 1024/20
1032/18
thousands [1]  1011/13
threaten [1]  1026/10
three [1]  1050/23
throat [1]  1042/13
through [9]  1013/8 1013/14
1013/24 1019/21 1032/12
1045/17 1047/3 1052/6
1063/2
through 11 [1]  1019/21
throughout [3]  1014/16
1055/1 1055/3
throw [1]  1033/1
tie [1]  1039/18
time [24]  1010/16 1011/16
1016/7 1017/7 1017/17
1017/19 1019/5 1027/7
1029/10 1029/17 1029/18
1030/15 1035/1 1039/17
1047/22 1047/25 1049/17
1049/19 1049/22 1052/16
1056/24 1059/23 1070/15
1071/10
times [2]  1022/23 1026/20
titles [1]  1036/24
today [2]  1072/24 1074/8
toenail [1]  1042/13
together [3]  1038/14 1041/13
1047/16
token [1]  1033/5 1033/9
told [21]  1012/22 1017/7
1017/16 1020/2 1020/21
1021/11 1022/24 1026/9
1028/10 1028/11 1039/6
1040/22 1041/9 1044/4
1048/25 1049/3 1049/16
1049/18 1051/15 1051/21
1071/16
tomorrow [2]  1073/8 1074/9
top [1]  1036/25
topical [1]  1029/23
total [1]  1034/13
towards [1]  1059/18
town [1]  1030/13
trained [1]  1040/22

**T**

transcript [2] 1005/8 1076/10
transcription [1] 1077/4
transportation [1] 1065/12
travels [1] 1074/12
treat [2] 1061/19 1061/19
treated [1] 1040/8
trial [27] 1005/8 1009/17
1009/24 1012/22 1022/8
1024/19 1026/17 1052/17
1052/21 1053/7 1053/7
1053/16 1054/6 1055/1
1055/3 1056/19 1058/13
1059/6 1060/17 1061/2
1061/9 1061/20 1061/24
1066/13 1068/20 1069/1
1071/25
tried [2] 1038/17 1038/17
trigger [3] 1042/11 1042/20
1042/20
true [10] 1012/24 1015/18
1015/21 1017/11 1019/22
1022/10 1041/25 1055/16
1060/12 1061/14
trusted [1] 1011/2
trusting [1] 1046/14
truth [7] 1033/17 1033/18
1045/14 1055/17 1059/14
1060/20 1065/1
truthful [3] 1012/21 1033/7
1045/12
truthfully [1] 1059/3
try [4] 1034/6 1038/3
1041/13 1069/13
trying [5] 1034/10 1034/11
1044/6 1051/24 1074/22
TSC [1] 1005/3
turn [3] 1024/16 1024/16
1072/20
turned [1] 1074/25
twice [1] 1012/10
two [10] 1006/14 1010/13
1011/9 1013/3 1019/10
1023/9 1032/22 1052/22
1056/10 1071/21
type [3] 1008/16 1019/13
1020/18
types [2] 1013/3 1051/1
1056/10

**U**

ultimately [3] 1038/18
1048/17 1067/2
ultrasound [36] 1015/24
1016/3 1016/6 1017/1
1017/17 1019/5 1020/12
1028/12 1030/11 1034/20
1035/24 1036/19 1038/4
1038/5 1038/7 1038/22
1038/24 1039/6 1039/9
1039/13 1039/17 1043/21
1043/22 1043/23 1047/11
1047/14 1047/15 1047/18
1047/19 1047/20 1047/22
1047/23 1049/17 1049/19
1049/21 1076/6
unanimous [3] 1063/22
1067/8 1069/20
unanimously [1] 1063/8

unclear [1] 1007/23
under [13] 1015/18 1017/12
1017/15 1017/24 1017/24
1027/2 1059/24 1061/7
1063/20 1065/3 1065/6
1065/10 1069/17
underlying [3] 1018/6
1018/14 1019/16
understand [4] 1006/11
1030/13 1031/6 1075/5
understanding [1] 1054/17
understood [2] 1048/25
1050/9
unfair [1] 1036/15
unfathomable [1] 1044/22
UNITED [5] 1005/1 1005/2
1005/9 1005/12 1026/24
unless [4] 1010/5 1010/17
1055/1 1072/24
unlike [1] 1025/9
unlikely [1] 1072/4
unreasonableness [1]
1060/10
unreliable [1] 1034/3
until [6] 1010/17 1055/1
1069/19 1072/8 1072/10
1072/24
up [22] 1012/17 1013/2
1024/4 1024/9 1024/17
1028/11 1030/21 1033/8
1035/7 1043/15 1044/25
1045/8 1045/25 1050/10
1051/3 1051/20 1057/2
1066/12 1068/3 1068/9
1070/15 1070/22
upkeep [1] 1037/17
upon [11] 1028/20 1032/14
1035/25 1042/23 1044/12
1044/14 1052/20 1052/20
1055/22 1070/2 1070/10
urge [1] 1034/5
us [18] 1017/8 1017/16
1018/12 1020/2 1020/21
1021/21 1027/16 1028/8
1028/8 1033/2 1033/22
1035/23 1035/25 1039/14
1039/14 1039/21 1044/15
1050/7
use [24] 1011/16 1012/7
1015/23 1016/5 1021/2
1023/13 1029/23 1030/11
1036/8 1036/12 1042/17
1042/17 1043/19 1043/20
1043/21 1043/25 1049/2
1049/4 1049/5 1049/19
1051/22 1067/9 1072/13
1075/23
used [11] 1016/1 1016/2
1016/3 1039/5 1043/6
1043/23 1044/3 1047/11
1049/17 1050/4 1061/22
useful [3] 1070/2 1070/9
1070/12
using [10] 1009/20 1012/13
1020/12 1047/21 1047/22
1049/8 1049/22 1049/25
1052/1 1076/4

value [1] 1064/11
variety [1] 1062/3
various [1] 1036/24
venture [2] 1048/16 1067/1
verdict [27] 1010/6 1023/18
1028/24 1052/19 1053/5
1053/25 1057/12 1057/18
1057/20 1057/22 1062/19
1063/1 1067/5 1067/6
1067/7 1067/7 1067/9
1067/12 1067/17 1067/22
1068/5 1069/20 1070/5
1072/9 1072/16 1074/2
1074/7
verdicts [2] 1062/15 1062/23
versus [1] 1021/24
very [15] 1024/21 1034/3
1034/12 1036/11 1037/9
1037/10 1042/23 1043/6
1045/4 1051/25 1071/24
1072/18 1073/18 1073/19
1073/21
via [1] 1069/7
views [1] 1068/10
Virginia [1] 1012/1 1036/8
vital [2] 1009/16 1061/2
voice [1] 1070/3
voluntarily [1] 1064/17
vote [3] 1045/3 1069/23
1070/10
voting [1] 1069/19
vs [1] 1005/4

**W**

wait [2] 1010/13 1073/14
waiting [1] 1025/21
Walgreen's [1] 1029/13
walk [1] 1035/6
want [32] 1006/24 1007/5
1007/17 1007/21 1008/11
1008/24 1013/12 1013/13
1024/9 1024/16 1024/20
1028/12 1029/1 1030/8
1030/19 1031/17 1031/18
1032/7 1039/3 1039/14
1039/21 1041/2 1041/17
1042/5 1044/9 1052/24
1070/19 1070/24 1070/24
1071/8 1072/25 1073/2
wanted [4] 1023/10 1023/11
1040/21 1048/20
wants [3] 1037/8 1039/1
1041/7
War [1] 1044/2
War II [1] 1044/2
was [165] 1006/15 1007/14
1007/23 1010/11 1010/19
1011/16 1012/3 1012/7
1012/11 1012/13 1012/19
1012/23 1014/3 1015/2
1015/8 1015/18 1015/24
1016/1 1016/3 1016/4
1016/11 1016/20 1017/8
1017/14 1017/25 1018/2
1018/18 1019/4 1019/5
1019/17 1019/22 1020/1
1020/12 1020/12 1021/1
1021/3 1021/3 1021/15

1021/25 1022/11
1022/12 1022/16 1023/5
1023/8 1023/16 1024/22
1026/16 1026/19 1028/22
1028/23 1029/10 1029/17
1029/19 1030/6 1030/24
1031/10 1031/11 1032/2
1032/12 1032/14 1032/18
1032/18 1032/20 1032/25
1033/7 1033/17 1033/18
1034/15 1034/17 1034/18
1035/25 1037/4 1037/9
1037/13 1037/25 1038/7
1038/18 1038/19 1038/20
1038/23 1038/25 1039/6
1039/7 1039/15 1039/15
1039/15 1039/24 1039/25
1040/2 1041/10 1041/14
1042/7 1042/13 1043/2
1044/17 1044/23 1044/24
1045/13 1045/14 1045/15
1046/17 1046/23 1046/25
1047/7 1047/11 1047/13
1047/19 1048/22 1048/23
1048/24 1049/8 1049/12
1049/14 1049/21 1049/24
1049/25 1049/25 1050/4
1050/5 1050/10 1050/13
1050/14 1050/15 1050/16
1050/18 1051/2 1051/3
1051/3 1051/6 1051/7
1051/11 1051/13 1051/14
1051/15 1051/16 1051/21
1051/22 1052/1 1052/2
1052/11 1056/22 1056/24
1057/4 1057/16 1058/8
1059/24 1061/14 1061/14
1063/5 1063/25 1064/24
1070/17 1071/6 1071/17
1074/24 1075/8 1075/10
1075/14 1075/15 1075/23
1075/25 1076/7 1076/16
1076/24
Washington [5] 1005/4
1005/13 1005/19 1005/22
1077/10
Washington, [1] 1036/7
Washington, D.C [1] 1036/7
wasn't [10] 1012/15 1031/11
1038/7 1039/23 1039/24
1040/2 1043/8 1049/1
1049/9 1049/22
watch [2] 1068/16 1068/17
watched [1] 1073/19
way [19] 1013/2 1018/4
1029/6 1029/9 1030/2
1030/3 1031/8 1035/18
1036/5 1041/15 1041/25
1045/3 1054/19 1066/3
1067/21 1069/8 1070/12
1072/20 1076/6
we [189] 1006/7 1006/20
1008/5 1008/6 1008/7
1008/10 1008/11 1008/14
1008/16 1008/23 1009/1
1009/2 1009/4 1009/6
1010/5 1010/11 1010/16
1010/21 1010/22 1012/13
1012/14 1013/1 1013/3

we... [166] 1013/5 1013/11
1013/24 1014/10 1014/12
1014/13 1014/21 1015/2
1015/3 1015/4 1015/17
1015/18 1015/19 1015/20
1015/23 1015/25 1015/25
1016/1 1016/2 1016/4
1016/9 1016/11 1016/15
1016/19 1016/24 1017/5
1017/6 1017/9 1017/10
1017/12 1017/14 1017/20
1017/25 1018/6 1018/7
1018/9 1018/11 1018/14
1018/18 1018/21 1018/24
1018/25 1019/3 1019/6
1019/7 1019/10 1019/11
1019/13 1019/14 1019/16
1019/18 1019/20 1019/24
1019/25 1020/7 1020/10
1020/13 1020/16 1020/23
1021/11 1021/14 1021/16
1021/22 1021/25 1022/1
1022/3 1022/5 1022/9
1022/11 1022/11 1022/12
1022/19 1022/22 1023/7
1023/17 1024/11 1024/20
1024/20 1025/19 1025/19
1026/3 1026/18 1027/2
1027/8 1027/16 1028/6
1028/7 1028/14 1028/25
1029/4 1030/14 1031/20
1032/8 1032/11 1032/15
1032/16 1033/7 1034/14
1034/17 1035/22 1037/14
1037/24 1038/14 1038/15
1038/15 1038/16 1038/16
1038/17 1040/12 1040/13
1041/8 1041/16 1041/23
1042/10 1043/4 1043/23
1044/24 1045/17 1045/19
1045/19 1045/20 1045/20
1045/23 1046/1 1046/9
1046/20 1046/21 1048/2
1048/5 1048/13 1049/9
1049/12 1050/5 1050/7
1050/8 1050/21 1051/15
1051/18 1051/23 1052/1
1052/1 1057/15 1057/18
1070/21 1071/2 1071/8
1071/18 1071/21 1071/24
1072/4 1072/8 1072/12
1072/15 1072/17 1072/24
1074/3 1074/18 1075/6
1075/7 1075/8 1075/11
1075/11 1076/22
we'll [1] 1031/12
we're [1] 1026/13
We've [1] 1028/6
wearing [4] 1039/18 1039/18
1039/18 1039/19
week [2] 1044/24 1050/23
weeks [1] 1046/24
weight [8] 1009/19 1053/16
1054/13 1057/8 1057/10
1057/23 1060/22 1061/4
well [19] 1010/5 1010/16
1012/5 1015/25 1016/12

1033/17 1034/21 1035/9
1035/17 1037/25 1042/7
1043/7 1043/12 1043/18
1046/12 1070/21
went [4] 1035/1 1038/16
1046/20 1057/1
were [48] 1009/9 1011/10
1012/8 1012/19 1012/24
1017/12 1018/3 1018/3
1018/4 1018/4 1019/14
1019/21 1020/6 1020/19
1021/6 1022/10 1029/19
1031/21 1032/8 1035/3
1038/23 1040/19 1041/9
1041/11 1041/14 1043/22
1043/24 1045/12 1046/14
1046/18 1046/23 1047/21
1047/22 1048/6 1048/6
1049/10 1050/13 1054/8
1057/15 1057/15 1061/25
1062/1 1062/9 1062/16
1062/17 1075/6 1075/6
1075/17
weren't [1] 1024/25
what [72] 1006/12 1008/6
1008/24 1009/11 1011/3
1012/21 1015/15 1019/17
1020/6 1021/2 1021/3
1021/8 1021/12 1021/15
1021/17 1021/21 1021/22
1021/24 1021/25 1022/12
1024/24 1025/19 1026/6
1027/8 1032/21 1032/24
1033/17 1034/6 1035/15
1038/13 1038/17 1038/19
1039/14 1039/21 1040/12
1040/18 1041/8 1041/14
1041/16 1041/17 1042/5
1042/6 1042/24 1043/1
1043/22 1044/7 1044/18
1044/24 1045/3 1045/15
1048/15 1048/22 1050/1
1050/20 1051/10 1053/13
1053/15 1053/16 1056/11
1056/23 1057/2 1058/15
1061/14 1062/10 1065/24
1066/3 1066/12 1067/12
1073/23 1075/13 1075/25
1076/15
what's [5] 1007/17 1027/2
1027/6 1027/6 1034/19
when [31] 1012/17 1012/19
1015/10 1015/11 1016/4
1018/18 1021/23 1026/1
1026/13 1029/10 1029/12
1029/16 1029/17 1029/18
1029/22 1033/22 1034/10
1036/25 1038/7 1040/12
1041/9 1046/16 1053/5
1054/9 1056/13 1057/15
1058/6 1067/9 1067/25
1070/5 1075/14
whenever [2] 1074/18
1076/22
where [17] 1009/25 1023/3
1025/9 1027/16 1029/19
1030/14 1032/20 1035/7
1035/12 1041/5 1041/24

1062/8 1070/3 1074/1
wherein [1] 1017/16
whether [36] 1021/22 1022/3
1027/9 1027/9 1028/23
1029/9 1034/2 1034/3
1038/11 1040/7 1045/10
1045/13 1045/14 1049/2
1051/11 1051/12 1051/14
1051/22 1057/9 1057/16
1058/21 1058/25 1059/3
1059/3 1059/12 1059/13
1059/14 1059/16 1060/1
1060/6 1060/11 1060/12
1060/18 1063/22 1066/15
1069/23
which [41] 1007/10 1013/6
1014/25 1016/19 1016/21
1017/21 1018/13 1019/17
1020/14 1020/24 1027/1
1027/2 1033/2 1033/22
1034/17 1038/20 1042/19
1042/22 1043/5 1043/9
1043/24 1046/20 1048/5
1051/13 1051/14 1055/8
1055/21 1056/10 1056/17
1058/1 1059/1 1059/5
1059/16 1059/24 1062/22
1065/6 1065/9 1066/8
1067/15 1074/20 1075/23
while [8] 1015/24 1026/6
1027/12 1027/13 1046/1
1052/24 1053/14 1057/3
who [39] 1010/24 1011/2
1011/3 1011/10 1014/17
1016/4 1020/1 1025/7
1025/21 1027/13 1032/15
1033/7 1034/15 1035/20
1035/23 1036/4 1036/8
1036/10 1036/12 1036/21
1036/23 1039/1 1044/14
1044/15 1044/15 1044/25
1047/6 1051/5 1058/9
1058/23 1065/8 1066/6
1068/7 1068/7 1068/9
1068/10 1070/21 1071/11
1076/18
who's [1] 1027/11
whole [3] 1017/8 1053/1
1053/11
why [20] 1010/13 1015/7
1026/12 1028/15 1030/12
1031/6 1033/24 1034/4
1037/7 1039/22 1039/23
1040/1 1041/2 1043/24
1044/21 1044/22 1049/24
1050/13 1062/4 1062/10
will [52] 1009/20 1010/4
1010/8 1010/16 1010/24
1010/25 1011/1 1013/22
1014/12 1015/3 1017/15
1022/15 1024/1 1024/2
1027/21 1027/22 1030/12
1031/5 1031/6 1032/23
1041/18 1045/22 1046/1
1046/9 1047/18 1048/1
1048/14 1048/17 1052/22
1056/2 1056/19 1062/13
1062/18 1067/9 1068/6

1068/9 1068/10
1068/23 1069/14 1071/14
1072/4 1072/15 1072/18
1072/24 1073/8 1073/16
1073/18 1074/3 1074/6
1074/18 1076/10
willfully [4] 1014/7 1019/24
1064/3 1064/19
Willis [6] 1005/11 1011/1
1023/20 1030/25 1031/9
1045/6
win [1] 1040/7
window [2] 1056/21 1056/25
Winston [1] 1005/17
wise [1] 1034/6
wish [2] 1040/18 1068/25
within [1] 1074/1
without [2] 1053/19 1071/25
witness [38] 1006/16
1006/22 1006/23 1009/12
1009/13 1009/18 1026/8
1032/24 1032/25 1041/12
1041/12 1056/13 1058/17
1058/25 1059/1 1059/3
1059/4 1059/5 1059/10
1059/11 1059/12 1059/13
1059/14 1059/15 1059/16
1059/24 1060/3 1060/11
1060/12 1060/15 1060/19
1060/20 1060/21 1060/23
1061/3 1061/6 1061/12
1075/11
witness's [9] 1056/14 1059/2
1059/12 1059/20 1059/21
1060/2 1060/2 1060/5
1061/10
witnesses [18] 1006/20
1011/18 1030/4 1044/14
1044/15 1044/15 1048/3
1049/23 1053/18 1054/7
1057/24 1058/1 1058/3
1058/4 1058/23 1058/25
1059/8 1075/10
woke [1] 1057/2
won't [1] 1021/20
wonderfully [1] 1071/20
word [2] 1011/4 1074/18
words [5] 1008/18 1037/2
1043/25 1062/2 1067/7
work [5] 1024/10 1032/20
1032/22 1041/13 1050/22
worked [3] 1038/3 1038/14
1050/23
World [2] 1040/8 1044/1
would [67] 1007/1 1008/6
1009/1 1009/2 1009/4
1009/6 1011/5 1012/18
1012/20 1014/5 1014/20
1015/12 1015/13 1015/14
1015/21 1016/18 1016/19
1016/20 1016/21 1017/1
1017/18 1018/7 1018/13
1018/16 1018/17 1020/3
1020/13 1021/7 1022/25
1023/1 1023/18 1024/10
1032/19 1033/14 1035/15
1035/15 1038/11 1038/11
1039/8 1039/15 1039/22
1039/23 1040/1 1041/1

**W**

would... [23]  1042/14
1043/15 1046/25 1047/2
1048/8 1048/9 1048/10
1048/12 1048/13 1049/15
1049/24 1050/5 1050/10
1050/14 1050/24 1056/23
1057/3 1057/17 1058/15
1067/1 1068/12 1070/15
1071/2
wouldn't [6]  1012/7 1023/3
1033/4 1038/8 1038/10
1047/15
Wright [14]  1020/1 1020/21
1020/23 1021/7 1037/9
1037/22 1038/2 1038/13
1041/11 1050/7 1075/16
1075/20 1075/21 1076/7
write [3]  1013/13 1072/2
1073/1
writing [3]  1041/8 1069/15
1069/21
wrong [7]  1027/19 1031/19
1034/18 1034/22 1036/21
1037/25 1042/7

**X**

x-rays [1]  1028/7

**Y**

YA [2]  1018/11 1018/12
YA's [1]  1018/14
Yankees [1]  1040/7
yeah [3]  1025/12 1038/13
1039/9
year [3]  1022/23 1028/9
1046/21
years [10]  1025/14 1029/9
1029/11 1029/16 1029/19
1029/22 1034/23 1040/10
1041/1 1044/19
yes [15]  1006/14 1006/23
1008/4 1010/13 1010/15
1023/24 1024/13 1030/20
1030/25 1031/3 1031/9
1032/5 1050/21 1075/3
1075/21
yesterday [1]  1075/5
yet [2]  1016/9 1023/15
York [1]  1005/12
you [427]  1006/2 1006/5
1006/12 1006/19 1006/24
1007/5 1007/16 1007/17
1007/18 1007/20 1007/21
1007/24 1008/12 1008/20
1008/22 1008/24 1009/15
1009/18 1009/25 1010/8
1010/18 1010/22 1011/1
1011/1 1011/5 1011/18
1012/6 1012/22 1013/7
1013/8 1013/11 1013/12
1013/13 1013/15 1013/21
1013/22 1013/23 1014/10
1014/15 1015/3 1015/6
1015/9 1015/11 1015/12
1015/13 1016/12 1017/15
1021/6 1021/18 1021/25
1021/22 1022/6 1022/15
1022/19 1022/24 1023/10

1023/20 1023/22 1024/9
1024/16 1024/21 1025/5
1025/5 1025/9 1026/1
1026/9 1026/10 1026/13
1026/17 1027/11 1027/12
1027/13 1027/20 1027/20
1027/21 1027/22 1028/10
1028/11 1028/11 1028/15
1028/16 1028/18 1028/20
1028/22 1028/23 1029/4
1029/10 1029/12 1029/12
1029/13 1029/14 1029/17
1029/18 1029/19 1029/24
1030/19 1030/21 1031/15
1031/24 1032/6 1032/9
1032/13 1032/17 1032/17
1032/23 1032/24 1032/25
1032/25 1033/1 1033/2
1033/4 1033/4 1033/5
1033/5 1033/6 1033/14
1033/15 1033/15 1033/23
1034/1 1034/2 1034/4
1034/5 1034/8 1034/9
1034/10 1034/11 1034/18
1035/7 1035/8 1035/9
1035/10 1035/14 1035/15
1035/15 1035/18 1035/19
1036/16 1036/24 1036/25
1037/12 1039/16 1040/5
1040/6 1040/12 1040/12
1040/13 1040/14 1040/18
1040/21 1040/22 1040/22
1041/9 1041/17 1042/1
1042/2 1042/2 1042/3
1042/3 1042/4 1042/13
1042/25 1043/4 1043/6
1043/24 1044/1 1044/4
1044/4 1044/10 1044/13
1045/2 1045/3 1045/4
1045/5 1045/7 1045/21
1045/22 1045/25 1046/3
1046/11 1046/15 1046/16
1047/2 1047/2 1047/12
1047/17 1047/18 1047/21
1047/22 1048/1 1048/14
1048/15 1048/23 1048/25
1049/2 1049/3 1049/5
1049/6 1049/16 1049/17
1049/19 1050/22 1050/24
1051/3 1051/4 1051/18
1051/22 1051/24 1052/4
1052/5 1052/6 1052/10
1052/17 1052/22 1052/23
1052/23 1052/24 1052/25
1053/1 1053/3 1053/3
1053/9 1053/10 1053/10
1053/11 1053/14 1053/16
1053/17 1053/18 1053/19
1053/22 1053/23 1053/24
1053/25 1054/5 1054/9
1054/9 1054/10 1054/11
1054/13 1054/16 1054/20
1054/21 1055/6 1055/10
1055/21 1055/24 1055/24
1055/25 1056/10 1056/12
1056/19 1056/20 1057/8
1057/10 1057/13 1057/15
1057/18 1057/17 1057/20

1058/4 1058/9 1058/14
1058/15 1058/18 1058/22
1058/24 1058/25 1059/6
1059/7 1059/9 1059/10
1059/13 1059/21 1060/1
1060/3 1060/5 1060/6
1060/9 1060/12 1060/13
1060/15 1060/17 1060/21
1061/1 1061/3 1061/6
1061/9 1061/11 1061/13
1061/18 1061/19 1061/23
1062/7 1062/7 1062/8
1062/9 1062/10 1062/11
1062/12 1062/13 1062/14
1062/15 1062/18 1062/21
1062/22 1062/24 1066/4
1066/5 1066/9 1066/12
1066/14 1066/14 1067/9
1067/10 1067/14 1067/17
1067/23 1067/25 1067/25
1068/3 1068/4 1068/4
1068/7 1068/8 1068/12
1068/16 1068/16 1068/17
1068/23 1068/23 1068/24
1068/25 1068/25 1069/1
1069/5 1069/6 1069/10
1069/17 1069/19 1069/20
1070/3 1070/12 1070/13
1070/15 1070/19 1070/21
1070/22 1070/24 1070/24
1071/4 1071/5 1071/9
1071/15 1071/16 1071/20
1071/22 1071/22 1071/24
1071/25 1072/1 1072/4
1072/8 1072/9 1072/9
1072/9 1072/10 1072/11
1072/12 1072/15 1072/16
1072/16 1072/18 1072/18
1072/23 1072/25 1073/1
1073/2 1073/2 1073/3
1073/3 1073/3 1073/4
1073/5 1073/6 1073/7
1073/8 1073/8 1073/9
1073/11 1073/11 1073/12
1073/14 1073/16 1073/17
1073/17 1073/18 1073/18
1073/19 1073/19 1073/21
1073/24 1073/25 1074/1
1074/2 1074/5 1074/8
1074/10 1074/11 1074/15
1074/18 1074/18 1074/19
1074/20 1074/22 1074/23
1075/1 1076/20 1076/21
1076/22 1076/23
you'll [2]  1008/12 1072/25
you've [1]  1037/12
young [1]  1035/6
your [81]  1006/4 1006/7
1006/11 1006/14 1006/23
1007/1 1007/23 1008/18
1009/1 1009/10 1009/19
1023/22 1024/10 1028/24
1029/12 1030/20 1030/22
1031/16 1031/24 1031/24
1032/4 1035/17 1040/10
1040/11 1040/11 1040/11
1042/13 1048/12 1052/19
1052/19 1052/23 1053/4

1054/1 1054/3 1054/4
1054/4 1054/5 1054/12
1054/13 1055/8 1055/12
1057/17 1057/20 1058/19
1059/9 1060/22 1061/4
1062/15 1062/19 1063/1
1067/7 1067/10 1067/17
1067/20 1067/22 1068/1
1068/2 1068/4 1068/7
1068/21 1069/9 1069/11
1071/2 1071/15 1072/1
1072/2 1072/19 1072/20
1072/20 1072/23 1073/7
1073/9 1073/11 1073/14
1073/18 1073/25 1074/11
1075/2
yours [3]  1067/19 1072/23
1073/20
yourself [7]  1023/1 1023/5
1046/12 1046/22 1047/5
1048/11 1049/24
Yvonne [2]  1042/22 1043/1