UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-255 |
| v. | |
| FREDERICK GOODING, | The Honorable Tanya S. Chutkan |
| Defendant. | |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Continue Trial, and any opposition or reply thereto, the Court hereby **GRANTS** the motion. It is **ORDERED** that

1. Trial is continued/advanced from October 31, 2022 to _____.

**SO ORDERED.**

Date:

_____
HON. TANYA S. CHUTKAN
United States District Judge,
District of Columbia