## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
)
v.  )    Criminal Action No. 19-cr-255 (TSC)
)
FREDERICK GOODING,  )
)
Defendant.  )
)

## VERDICT FORM

### COUNT ONE

With respect to the offense of Health Care Fraud on or about March 31, 2016, related to beneficiary K.M. for code 64636, we the jury find Frederick Gooding:

_____✓_____ Guilty        _____ Not Guilty

### COUNT TWO

With respect to the offense of Health Care Fraud on or about October 13, 2016, related to beneficiary K.M. for code 64636, we the jury find Frederick Gooding:

_____✓_____ Guilty        _____ Not Guilty

## COUNT THREE

With respect to the offense of Health Care Fraud on or about November 10, 2016, related to beneficiary G.B. for code J7326, we the jury find Frederick Gooding:



_____✓_____ Guilty                  _____ Not Guilty

## COUNT FOUR

With respect to the offense of Health Care Fraud on or about November 10, 2016, related to beneficiary G.B. for code 64636, we the jury find Frederick Gooding:



_____✓_____ Guilty                  _____ Not Guilty

## COUNT FIVE

With respect to the offense of Health Care Fraud on or about October 11, 2016, related to beneficiary A.M. for code 64635, we the jury find Frederick Gooding:



_____✓_____ Guilty                  _____ Not Guilty

## COUNT SIX

With respect to the offense of Health Care Fraud on or about October 11, 2016, related to beneficiary A.M. for code 64636, we the jury find Frederick Gooding:



_____✓_____ Guilty                  _____ Not Guilty

## COUNT SEVEN

With respect to the offense of Health Care Fraud on or about June 14, 2017, related to

beneficiary Y.A. for code J7326, we the jury find Frederick Gooding:

_____✓_____ Guilty                    _____ Not Guilty

## COUNT EIGHT

With respect to the offense of Health Care Fraud on or about February 16, 2016, related to

beneficiary J.G. for code 64636, we the jury find Frederick Gooding:

_____✓_____ Guilty                    _____ Not Guilty

## COUNT NINE

With respect to the offense of Health Care Fraud on or about February 27, 2018, related to

beneficiary J.G. for code 64483, we the jury find Frederick Gooding:

_____✓_____ Guilty                    _____ Not Guilty

## COUNT TEN

With respect to the offense of Health Care Fraud on or about February 24, 2016, related to

beneficiary S.B. for code 64636, we the jury find Frederick Gooding:

_____✓_____ Guilty                    _____ Not Guilty

## **COUNT ELEVEN**

With respect to the offense of Health Care Fraud on or about July 13, 2016, related to beneficiary S.B. for code 64635, we the jury find Frederick Gooding:

_____ Guilty          _____ Not Guilty

March 10, 2023
Date:                                    Foreperson's Signature